UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonnell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. <br><br> Defendants. | Case No. _____ |

**PLAINTIFF'S LOCAL RULE 7(A)(2) CERTIFICATION**

Pursuant to Civil L. R 7(a)(2), with respect to Plaintiff's *Motion for Expedited Declaratory and Injunctive Relief and for Expedited Hearing on the Motion for Expedited Declaratory and Injunctive Relief*, filed contemporaneously with this certification, Plaintiff states that no memorandum or other supporting papers will be filed and that he will instead rely on the

substance of the Complaint, the exhibits attached thereto and such other evidence which may be adduced at the hearing or identified in any reply brief or subsequent pleading.

        Respectfully Submitted,

        KROGER, GARDIS & REGAS, LLP

        /s/ William Bock, III
        William Bock III, Indiana Attorney No. 14777-49
        James A. Knauer, Indiana Attorney No. 5436-49
        Kevin D. Koons, Indiana Attorney No. 27915-49

        ATTORNEYS FOR PLAINTIFF DONALD J. TRUMP

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000