IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, ) ) ) ) Plaintiff, ) ) vs. ) ) ) The Wisconsin Elections Commission, and its ) members, Ann S. Jacobs, Mark L. Thomsen, ) Marge Bostelman, Dean Knudson, Robert F. ) Spindell, Jr., in their official capacities, Scott ) McDonnell in his official capacity as the Dane ) County Clerk, George L. Christenson in his ) official capacity as the Milwaukee County Clerk, ) Julietta Henry in her official capacity as the ) Milwaukee Election Director, Claire Woodall-) Vogg in her official capacity as the Executive ) Director of the Milwaukee Election Commission, ) Mayor Tom Barrett, Jim Owczarski, Mayor Satya ) Rhodes-Conway, Maribeth Witzel-Behl, Mayor ) Cory Mason, Tara Coolidge, Mayor John ) Antaramian, Matt Krauter, Mayor Eric Genrich, ) Kris Teske, in their official Capacities; Douglas J. ) La Follette, Wisconsin Secretary of State, in his ) official capacity, and Tony Evers, Governor of ) Wisconsin, in his Official capacity. ) ) ) Defendants. | Case No. _____ |

**NOTICE OF APPEARANCE BY COUNSEL**

To: The Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Donald J. Trump, Candidate for President of the United States.

/s/ Kevin D. Koons
Kevin D. Koons, Indiana Attorney No. 27915-49
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 692-9000

ATTORNEY FOR PLAINTIFF DONALD J. TRUMP

2