UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonnell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity.<br><br>　　　　　Defendants. | Case No.<br>_____ |

**PROPOSED ORDER ON
PLAINTIFF'S MOTION FOR EXPEDITED DECLARATORY AND INJUNCTIVE
RELIEF AND FOR AN EXPEDITED HEARING ON THE MOTION FOR EXPEDITED
DECLARATORY AND INJUNCTIVE RELIEF**

This matter comes before the Court on Plaintiff Donald J. Trump's *Motion for Expedited Declaratory and Injunctive Relief and for an Expedited Hearing on the Motion for Expedited Declaratory and Injunctive Relief,* and the Court being duly advised, now finds that due to the

time exigencies of the case, the Plaintiff's request for a hearing within forty-eight (48) hours of the filing of the Motion or such other shortened time which this Court determines to be reasonable should be granted.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a hearing on Plaintiff's Motion shall be held beginning _____ , 2020, commencing at _____ a.m.

    So Ordered.

Dated: _____

_____
Hon.
United States District Court Judge
Eastern District of Wisconsin