UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. <br><br> Defendants. | Case No. 2:-20-cv-01785 |

**APPENDIX OF EXHIBITS TO
PLAINTIFF'S COMPLAINT FOR EXPEDITED DECLARATORY AND INJUNCTIVE
RELIEF PURSUANT TO ARTICLE II OF THE UNITED STATES CONSTITUTION**

Plaintiff Donald J. Trump ("Plaintiff"), by his undersigned attorneys, respectfully submits the attached exhibits to the *Plaintiff's Complaint for Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* filed December 2, 2020, Doc. No. 1 in the

captioned cause, which the Court's system would not accept at the time of filing Plaintiff's Complaint. These exhibits should be considered to be a part of the Plaintiff's Complaint.

Respectfully Submitted,

KROGER, GARDIS & REGAS, LLP


/s/ William Bock, III
William Bock III, Indiana Attorney No. 14777-49
James A. Knauer, Indiana Attorney No. 5436-49
Kevin D. Koons, Indiana Attorney No. 27915-49

ATTORNEYS FOR PLAINTIFF DONALD J. TRUMP

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000