

Polls   Election 2020   Video   Writ

# Polls

Battleground States | Top Senate Races | Find Any Poll | Try 'State,' or 'Candidate' | Quick Poll/Map Links

## Top Battlegrounds: Wisconsin, Michigan, Pennsylvania, North Carolina, Florida, Arizona

RCP National Average | Top Battlegrounds vs. 2016 Top Battlegrounds

Final 2016 RCP Averages: Clinton +1.1, Results: Trump +1.7 (Trump +2.8 Ahead of RCP Average)

| Top Battlegrounds: Trump vs. Biden | | | | |
|---|---|---|---|---|
| RCP Average | Date | Biden (D) | Trump (R) | Spread |
| Final Results | 11/3 | | | Biden +0.03 |
| Top Battlegrounds - RCP Average | 11/3 | 48.9 | 46.6 | Biden +2.3 |
| Pennsylvania - RCP Average | November 3rd | 48.7 | 47.5 | Biden +1.2 |
| Pennsylvania - Final Results | November 3rd | 50.0 | 48.8 | Biden +1.2 |
| North Carolina - RCP Average | November 3rd | 47.6 | 47.8 | Trump +0.2 |
| North Carolina - Final Results | November 3rd | 48.7 | 50.1 | Trump +1.4 |
| Florida - RCP Average | November 3rd | 47.9 | 47.0 | Biden +0.9 |
| Florida - Final Results | November 3rd | 47.9 | 51.2 | Trump +3.3 |
| Michigan - RCP Average | November 3rd | 50.0 | 45.8 | Biden +4.2 |
| Michigan - Final Results | November 3rd | 50.6 | 47.8 | Biden +2.7 |
| Wisconsin - RCP Average | November 3rd | 51.0 | 44.3 | Biden +6.7 |
| Wisconsin - Final Results | November 3rd | 49.6 | 48.9 | Biden +0.7 |
| Arizona - RCP Average | November 3rd | 47.9 | 47.0 | Biden +0.9 |
| Arizona - Final Results | November 3rd | 49.4 | 49.1 | Biden +0.3 |



RCP POLL AVERAGE
Top Battlegrounds: Trump vs. Biden

48.9 Biden (D) +2.3
46.6 Trump (R)