

**Home**  **Voters**  **Elections**  **Candidates**  **About Us**  **Clerks**

Home › Node

# Absentee Ballot Drop Box Information

Priority
Timely Attention Required

Date
August 19, 2020 - 3:15pm

To
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

From
Meagan Wolfe, Administrator
Richard Rydecki, Assistant Administrator

| Attachment | Size |
| --- | --- |
| Drop Box Final.pdf | 338.8 KB |

A ballot drop box provides a secure and convenient means for voters to return their by mail absentee ballot. A drop box is a secure, locked structure operated by local election officials. Voters may deposit their ballot in a drop box at any time after they receive it in the mail up to the time of the last ballot collection Election Day.

This document is intended to provide information and guidance on drop box options for secure absentee ballot return for voters. The information has been adapted from a resource developed as part of the Cybersecurity and Infrastructure Security Agency (CISA) Elections Infrastructure Government Coordinating Council and Sector Coordinating Council's Joint COVID Working Group.

clerks

**Exhibit 14**

## Search

Search

## Resources

Calendar

Complaints

Contact Us

FAQs

Forms

Legal Resources

Links

News and Notices

Public Records

Publications

Statistics

Training

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

State Canvass of the Presidential Contest and Determination of the Results of the Recount
11/30/2020
Wisconsin Elections Commission December 2020 Meeting
12/01/2020

Case 2:20-cv-01785-BHL   Filed 12/03/20   Page 2 of 3   Document 12-14