

Exhibit 19

Case 2:20-cv-01785-BHL   Filed 12/03/20   Page 1 of 1   Document 12-19