

Search | Wisconsin Elections Co × Search for a ballot drop box in ×

wisconsinwatch.org/2020/10/wisconsin-absentee-ballot-drop-box-search/

Wisconsin Watch About the Center Contact Newsletters Membership More Donate

| Municipality | Location | Address | Deadline | Other Instructions |
|---|---|---|---|---|
| CITY OF MARSHFIELD - MULTIPLE COUNTIES | Marshfield City Hall | 207 W 6TH ST, MARSHFIELD, WI 54449 | 11/3/2020 | Drop Box is located to the left of City Hall front doors. |
| CITY OF MAYVILLE - DODGE COUNTY | Mayville City Hall | 15 S SCHOOL ST, MAYVILLE, WI 53050-1656 | 11/3/2020 | The silver, locked drop box is in the City Hall parking lot (next to the post office box). |
| CITY OF MENASHA - MULTIPLE COUNTIES | Menasha City Hall Drop-box | 100 MAIN ST, MENASHA, WI 54952 | 11/3/2020 | Located in the parking lot off 100 Main Street. The drop-box is a black free standing, locked box that is on the left when entering the parking lot. |
| CITY OF MENASHA - MULTIPLE COUNTIES | Menasha Library Drop-box | 440 1ST ST, MENASHA, WI 54952 | 11/3/2020 | Designated book drop slot |
| CITY OF MERRILL - LINCOLN COUNTY | Merrill City Hall Ballot Drop Box | 1004 E 1ST ST, MERRILL, WI 54452-2560 | 11/3/2020 | |

9 / 103

Source: Wisconsin Elections Commission

A Flourish data visualization

10:19 AM 11/10/2020

Exhibit 20