# City of Madison Unveils Secure Absentee Ballot Drop Boxes

Friday, October 16, 2020 - 8:14am

The City of Madison Clerk's Office has purchased 14 secure ballot drop boxes that are being placed at 13 Madison Fire stations and at Elver Park shelter. Installation of the boxes should be completed by City of Madison Engineering crews this afternoon.

The drop boxes are made for the sole purpose of ballot collection, and are manufactured with a minimum of ¼" steel. The seams are fully welded to prevent damage and tampering.

The last ballot box pick-up will occur by 5:00pm the day before Election Day, and the slots will be closed and locked at that time. Voters will be directed to drop their absentee ballot off at their polling place on Election Day if they still have it.

Anticipating that these boxes will be a very popular option for City of Madison absentee voters this weekend, the City Clerk's Office has scheduled two pick-ups for each location this Saturday and Sunday: the first pick-up will happen by 1:00pm and the second pick-up will happen by 5:00pm. Clerk's Office staff will determine if more than one pick-up time will be necessary after this weekend.

Sworn election officials will pick-up ballots from the secure drop boxes and deliver them directly back to the Clerk's Office. The election officials will be wearing City of Madison Clerk high-visibility vests and nametags. They will count the number of ballots they are picking up, place them in a bag and secure the bag with a tamper-evident seal. The number of ballots and the seal number of the bag will be noted on the chain of custody form specific to that ballot box location. The chain of custody form will be returned back to the Clerk's Office with the ballots, and Clerk's Office staff will confirm the seal number of the bag and the number of ballots returned.

The City of Madison absentee ballot drop boxes are for City of Madison voters. Voters in other municipalities should seek information from their own municipal clerk about how to safely return their absentee ballot.

The City Clerk's Office would like to thank the Department of Planning, the Madison Fire Department, Madison Parks, City of Madison Traffic Engineering, and City of Madison Engineering for all of their help in determining locations and in coordinating the installation of the drop boxes.

City of Madison Absentee Ballot Drop Box Locations

Station 1: 316 W Dayton St
Box is located just east of the main driveway.

Station 2: 421 Grand Canyon Dr
Box is located on west side of Grand Teton Pkwy before the station's back driveway.

Station 3: 1217 Williamson St
Box is located in small garden just outside station front door. Walk-up traffic only.

Station 4: 1437 Monroe St
Box is located just east of driveway right across from the badger at Camp Randall. Just beneath the Madison: Solar America City sign.

Station 5: 4418 Cottage Grove Rd
Box is located on Atlas Ave between the bus stop and the station's back driveway.

Station 6: 825 W Badger Rd
Box is located behind station on west side of Perry St just south of Madison College driveway.

Station 8: 3945 Lien Rd
Box is located east of station on east side of Parkside Dr.

Station 9: 201 N Midvale Blvd
Box is located behind station on west side of Meadow Ln.

Station 10: 1517 Troy Dr
Box is located on north side of station near the intersection of Troy Dr and Hanover St.

Station 11: 4011 Morgan Way

### Links

City of Madison Absentee Ballot Drop-Off Sites

### Images




Exhibit 26
Case 2:20-cv-01785-BHL   Filed 12/03/20   Page 1 of 2   Document 12-26

Box is located behind station on east side of Crossing Pl between station driveway and intersection of Crossing Pl and Nelson Rd.

Station 12: 400 South Point Rd
Box is located just north of station on South Point Rd near intersection of South Point Rd and Briar Haven Dr.

Station 13: 6350 Town Center Dr
Box is located just east of station driveway on north side of Town Center Dr.

Station 14: 3201 Dairy Dr
Box is located just north of station driveway near intersection of Dairy Dr and Prairie Dock Dr.

Elver Park Shelter: 1250 McKenna Blvd
Box is located in island of the circle drive near the park shelter.

## Contacts

- Maribeth Witzel-Behl, (608) 266-4601, clerk@cityofmadison.com