

Search | Wisconsin Elections Co × Search for a ballot drop box in × +

wisconsinwatch.org/2020/10/wisconsin-absentee-ballot-drop-box-search/

Wisconsin Watch | About the Center | Contact | Newsletters | Membership | More | Donate

Search...

| Municipality | Location | Address | Deadline | Other Instructions |
|---|---|---|---|---|
| CITY OF LANCASTER - GRANT COUNTY | Absentee Drop box | 206 S MADISON ST, LANCASTER, WI 53813-1762 | 11/3/2020 | |
| CITY OF MADISON - DANE COUNTY | Elver Park Shelter | 1250 MCKENNA BLVD, MADISON, WI 53719 | 11/3/2020 | Box is located in island of the circle drive near the park shelter. Box will be locked at 5 p.m. Monday, November 2. If returning your absentee ballot on Election Day, take it directly to your polling location. |
| CITY OF MANAWA - WAUPACA COUNTY | Drop Box | 500 S BRIDGE ST, MANAWA, WI 54949-9533 | 11/3/2020 | |
| CITY OF MANITOWOC - MANITOWOC COUNTY | Manitowoc City Hall | 900 QUAY ST, MANITOWOC, WI 54220-4543 | 11/3/2020 | Dropbox on southwest side of building |
| CITY OF MARINETTE - MARINETTE COUNTY | CITY HALL | 1905 HALL AVE, MARINETTE, WI 54143 | 11/3/2020 | |

8 / 103

Source: Wisconsin Elections Commission

10:10 AM 11/30/2020

Exhibit 27