

Election Officials / July 7, 2020

# CTCL Partners with 5 Wisconsin Cities to Implement Safe Voting Plan



On July 6, the mayors of Wisconsin's five largest cities announced they secured $6.3 million in grant funds from Center for Tech and Civic Life (CTCL) to support election administration in the midst of the COVID-19 pandemic.

The grants, awarded to the cities of Green Bay, Kenosha, Madison, Milwaukee, and Racine, will be used to implement the Wisconsin Safe Voting Plan — a vision for a safe, inclusive, and secure voting process in 2020 elections.

"This year, election departments are facing an unprecedented challenge of administering safe and secure elections that provide healthy voting options to the public," said Center for Tech and Civic Life Executive Director, Tiana Epps-Johnson. "To meet this challenge, CTCL is providing support to Wisconsin election officials so no voter is required to make a choice between their health and their ability to vote. From ensuring that polling places are open and following the latest public health guidelines, to providing options for voters to easily and securely return absentee ballots, to making certain that the incredible people who step up to serve as poll workers are protected and well compensated for their service, we're proud to partner with the five largest cities in Wisconsin to deliver a smooth voting process that inspires confidence."

While experts estimate it will take ~$4 billion in funding to successfully administer 2020 elections, Congress has allocated $400 million to date.

"Through an extraordinary effort, Madison was able to pull off a safe election in April, but we spent hundreds of thousands of dollars we hadn't budgeted doing so," said Madison Mayor, Satya Rhodes-Conway. "As we have seen in Wisconsin and across the nation, COVID-19 is not gone; in fact it's getting worse in some places. If we are going to meet our obligations as elected leaders to ensure the safe administration of elections during this pandemic, we have to think differently and

bring in help where we can. These valuable resources will go a long way to running successful elections this year."

# Summary of grants

## Total by municipality

- City of Milwaukee: $2,154,500
- City of Madison: $1,271,788
- City of Green Bay: $1,093,400
- City of Kenosha: $862,779
- City of Racine: $942,100

## Total by use

**Support Early In-Person Voting and Vote by Mail: $2,572,839**
*Expand the number of in-person Early Voting sites (including Curbside Voting). Provide assistance to help voters comply with absentee ballot requests and certification requirements. Utilize secure drop-boxes to facilitate return of absentee ballots. Deploy additional staff and/or technology improvements to expedite and improve accuracy of absentee ballot processing.*

**Launch Poll Worker Recruitment, Training & Safety Efforts:     $1,810,028**
*Recruit and hire a sufficient number of poll workers and inspectors to ensure poll sites properly staffed during virus outbreak, utilizing hazard pay where required. Provide voting facilities with funds to compensate for increased site cleaning and sanitization costs. Provide updated training for current and new poll workers administering elections in midst of pandemic.*

**Ensure Safe, Efficient Election Day Administration $876,700**
*Procure Personal Protective Equipment (PPE) and personal disinfectant to protect election officials and voters from coronavirus. Support and expand drive-thru voting on election day, including covering additional unbudgeted expenses for signage, tents, traffic control, and safety measures.*

**Expand Voter Education & Outreach Efforts: $1,065,000**
*Outreach to remind voters to verify and update their address, or other voter registration information, prior to the election.*

Are you an election department interested in shared approaches and resources for administering elections during COVID-19? Review the free COVID-19 webinar series.

Looking for additional support like funding or technical assistance? Email us at hello@techandciviclife.org and we'll get in touch.

# RECENT NEWS

## CTCL Program Awards Over 2,500 COVID-19 Response Grants

## 20 Ways Election Officials Increased Accessibility During the November Election

## CTCL COVID-19 Response Grants Available for Georgia Runoff

## A First Look at CTCL Grant Program Impact

## Celebrating Election Hero Day



Center for Tech and Civic Life

Sign up for our email of election administration best practices, ELECTricity.

First Name

Email Address

Submit

hello@techandciviclife.org

Media Inquiries:

Email - press@techandciviclife.org
Phone - (872) 204-5714

**ABOUT**
Our story
Our people
Key funders and partners
Careers
Invite us to speak

**OUR WORK**
Election Officials
Civic Data

News & events
Donate
Privacy Policy

**CONNECT**

