News  City of Madison

# Voter turnout in Madison, Dane County surpasses record 2016 numbers

'No one should expect the vote total to change whether or not there is a recount,' Dane County Clerk says

by **VANESSA REZA** · Nov 4, 2020

Tweet  Share



Exhibit 29
Case 2:20-cv-01785-BHL   Filed 12/03/20   Page 1 of 3   Document 12-29

The City of Madison and Dane County saw a record number of votes cast for the 2020 Presidential Election, with residents voting absentee, early or in person at the polls Tuesday.

According to the Wisconsin State Journal, nearly 2 million Wisconsin residents had voted by mail or early in person prior to Election Day, Tuesday, Nov. 3. The 2020 early votes represented about 65% of the total votes cast in the 2016 election.

In Dane County alone, 345,604 votes — approximately 80% of the county's voting-age population — were tallied, surpassing the 2016 election by 34,047 votes. When asked if there were any unexpected hiccups, Dane County Clerk Scott McDonell said the big day went as planned.



**Democrats win Wisconsin assembly seats in downtown Madison districts**
Up-and-coming Democrat and Madison-based chef Francesa Hong won the District 76 representative seat in the Wisconsin Assembly Tuesday night by
**Read...**

"It actually went very smoothly, McDonell said. "A few places took a while to get through some of the envelopes, but otherwise it was a very smooth election."

In Madison, 161,836 votes — approximately 75% of the city's voting-age population — were recorded, according to the Wisconsin State Journal.

Madison City Clerk Maribeth Witzel-Behl said to Channel 3000 an hour before polls were scheduled to close Tuesday that 90 of the city's 92 polling places had counted all of their absentee ballots. This was accomplished with the help of over 5,000 poll workers, Witzel-Behl said.



**2020 Election uncertainty abounds amid the COVID-19 pandemic**
Election integrity came into question regarding the presidential election in November as more people chose to vote absentee due to **Read...**

When it comes to the integrity of the numbers, McDonell said Wisconsin is both efficient and accurate in its counting. McDonell said in the event of a recount, the state's overall electoral will likely remain the same.

"In each of the last recounts, the vote total essentially only changed by a handful of votes," McDonell said. "Usually, those are ballots that were marked incorrectly. No one should expect the vote total to change whether or not there is a recount."

After it was announced Joe Biden won the state of Wisconsin Wednesday afternoon by a narrow 20,000 votes, President Donald Trump's campaign said it planned to call for a recount.



**Wisconsin key in 2020 election, said political experts, students alike**
Political experts say Wisconsin will be a key swing state in the 2020 presidential election, and different campus political organizations **Read...**

According to the Associated Press, recounts in Wisconsin have historically changed the vote tally by just a few hundred votes. Nonetheless, McDonell said the office is prepared for a recount.

"We did this four years ago so we'll be getting ready for that," McDonell said.