# AFFIDAVIT OF ANNE MARIE KLOBUCHAR

STATE OF WISCONSIN )
) ss
COUNTY OF _____ )

1. My name is Anne Marie Klobuchar. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of Wisconsin and live at ███████████████████ ███████.

3. I am a registered voter in ███████████████.

4. I voted in the November 3, 2020 election.

5. I was an observer at the Central Count location for the City of Milwaukee.

6. When I arrived to observe they weren't allowing Republicans in so I registered as an Independent. I was told that I had to go stand outside the taped off areas for the duration of observation, which made it very difficult to meaningfully observe the vast majority of tables at Central Count.

7. While at the Central Count location for the City of Milwaukee, I observed the following:

    a. I observed bins of absentee ballots arriving at Central Count with already opened envelopes.

    b. I observed that there were approximately 75 absentee ballots that had red marks on them where dates or other information appeared to have been changed.

c. I observed 2 ballots that I objected to where names and addresses didn't match. She took my objection, Claire (Executive Director of the Milwaukee Election Commision) took the ballots then walked away. I alerted Deana, attorney with the Trump campaign, but have no idea what Claire did with them.

d. I observed two ballots that appeared to be crushed or damaged that were recreated by one of the poll workers, but I was too far away from the worker to observe what the worker was marking on the ballot. These ballots were in plain white envelopes without any markings of standard ballot envelopes and I deemed them questionable.

e. It was arranged that ballots were to be examined first by a partisan duo and once they were deemed ok, they were to be opened. I'm not sure if that truly took place.

8. In addition, I was informed that there were 169,000 absentee ballots returned prior to election day and at approximately 7:35 p.m. on election day it was announced that Central Count had already processed 102,000 absentee ballots at that point in time.

9. I never received any explanation concerning my observations and the irregularities.

10. I declare under penalty of perjury pursuant to that the forgoing is true and correct.

Executed on the 10th day of November, 2020

Anne Marie Klobuchar

Amy Stanislawski
Notary Public
State of Wisconsin
exp: 11-9-2021