AFFIDAVIT OF SCOTT GOETZ

STATE OF WISCONSIN )
                          ) ss
COUNTY OF _____ )

1. My name is Steven S. Goetz. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of Wisconsin and live at ███████████████████████████.

3. I was appointed as a watcher at the polling location for Ward 110, located on Junction Road in Madison, Wisconsin by the Republican party.

4. I arrived at the above address on November 3, 2020 after the polls opened and presented my credentials as a poll watcher.

5. I did not enter or attempt to enter restricted places within the polling location. I did not interfere in any way with the process of voting, nor mark or alter any official election record.

6. I was required to stand in a very small designated area that was at least 10 feet the registration tables, where I could not meaningfully observe the process.

7. As a result, I had no meaningful way to observe voters in order to allow me to challenge the qualifications of a person applying to vote or proof of such person's qualifications.

8. I declare under penalty of perjury pursuant to that the forgoing is true and correct.

Executed on the ___ day of November, 2020

_signature_

Steve S. Goetz

Subscribed and sworn to before me
This 11ᵗʰ day of Nov , 2020.

_signature_

Name: Eric A Knudson
Notary Public, Dane County, WI
My Commission expires 01/22/2022

2 of 2

Exhibit 41