AFFIDAVIT OF KYLE HUDSON

STATE OF WISCONSIN )
CITY OF SUN PRAIRIE )

1. My name is Kyle Hudson. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of Wisconsin and live at [redacted].

3. I was appointed as a canvasser at Sun Prairie City Municipal Building located at 2598 W Main Street, Sun Prairie, WI 53590

4. I arrived at the above address on November 9, 2020 at 8:30 a.m. to complete the canvassing work assigned to me.

5. I did not enter or attempt to enter restricted places within the polling location. I did not interfere in any way with the process of voting, nor mark or alter any official election record.

6. At first we were told to leave, when I stated I would not they conceded and allowed me to watch a virtual zoom call of the proceedings.

7. As a result, I had no meaningful way to observe the canvassing process.

8. The video feed for the canvass was unreliable. It continually froze during the counting process.

9. I was not allowed to observe the count and numbers being written and verified by those performing the count.

10. There were more than 10 counting errors while the canvass took place.

11. I declare under penalty of perjury pursuant to that the forgoing is true and correct. Executed on the 10 day of November, 2020

*[signature]*
Kyle Hudson

Subscribed and sworn to before me
This 11 day of Nov , 2020

Name: B.J.V
Notary Public. Dane County, WI
My Commission expires 1/9/23

BRANDON JOSEPH VOLLEY
Notary Public
State of Wisconsin

Exhibit 43