

### AFFIDAVIT OF JEREMY BOWERS

STATE OF WISCONSIN
City Sun Prairie

1. My name is Jeremy Bowers. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.
2. I am a resident of Wisconsin and live at ███████████████
3. I arrived at 2598 West Main Street on November 9, 2020 after the polls opened
4. I did not enter or attempt to enter restricted places within the polling location. I did not interfere in any way with the process of voting, nor mark or alter any official election record.
5. I was first asked to leave but after stating that I would not, they relented and allowed us to sit in the break room across the hall and had us watch the canvass via zoom call.
6. The video feed we were provided was unreliable and would cut out at intervals making it very difficult to accurately verify that the counting was done properly.
7. There were more than 10 counting errors during the canvassing period.
8. I declare under penalty of perjury pursuant to that the forgoing is true and correct.

Executed on Tuesday November, 9 2020

Jeremy Bowers  *Jeremy Bowers*

Subscribed and sworn to before me
This _11_ day of _Nov_, 2020.

Name: _Brent Bailey_
Notary Public, _Sauk_ County, WI
My Commission expires _Jan 4 2021_
Notarial officer per Wis Stats 706.07
Brent Bailey
Sauk Co. Register of Deeds



Exhibit 44



# State Of Wisconsin

## Registered Voters by Ward Within County

| County | Muni | Hindi | ward | Voter Count |
|---|---|---|---|---|
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 128 | 1872 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 129 | 1182 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 13 | 684 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 130 | 418 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 131 | 1369 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 132 | 1737 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 133 | 1067 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 134 | 1204 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 135 | 1034 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 136 | 1086 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 137 | 628 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 138 | 2469 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 139 | 1988 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 14 | 1264 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 140 | 719 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 141 | 870 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 142 | 989 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 143 | 1011 |
| MILWAUKEE COUNTY - 41 | CITY OF MILWAUKEE - MAIN - 41251 | 41251 | City of Milwaukee - Ward 144 | 645 |

**Exhibit 1**