

Jeffrey A. Mandell

222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
JMandell@staffordlaw.com
608.210.6303

December 3, 2020

The Honorable Brett Ludwig
U.S. District Court for the Eastern District of Wisconsin
Via CM/ECF

Re:    *Trump v. Wisconsin Elections Commission, et al.*
       Case No. 2:2020-CV-1785

Dear Judge Ludwig:

On behalf of Defendant Governor Tony Evers, I write to alert the Court of two recent filings in the matter captioned *Feehan v. Wisconsin Elections Commission*, Case No. 2:20-CV-1771, also pending before this Court. Specifically, Governor Evers recently filed both (i) a Civil Local Rule 3(b) Notice of Related Case and Request for Assignment in Concert with that Related Case; as well as (ii) a Motion to Reassign Case Pursuant to Civil Local Rule 3(b). For the Court's reference, both papers are attached to this letter.

As explained in those two recent filings, Governor Evers believes that the above-captioned action and the *Feehan* action are related under Civil Local Rule 3(b) and should be treated as such. The Governor's understanding is that when there is a question as to whether two cases are related Civil Local Rule 3(b) provides that it will be resolved by the judge to whom the action with the lower-case number is assigned (in this case, the *Feehan* action), and therefore filed their papers in the *Feehan* matter. Governor Evers, however, wanted to promptly notify this Court of those filings.

Respectfully submitted,

STAFFORD ROSENBAUM LLP

Jeffrey A. Mandell

Enclosure
cc:    Counsel of record (via CM/ECF)

Madison Office
222 West Washington Avenue
P.O. Box 1784
Madison, Wisconsin
53701-1784
608.256.0226
888.655.4752
Fax 608.259.2600
www.staffordlaw.com

Milwaukee Office
1200 North Mayfair Road
Suite 430
Milwaukee, Wisconsin
53226-3282
414.982.2850
888.655.4752
Fax 414.982.2889
www.staffordlaw.com

Case 2:20-cv-01785-BHL   Filed 12/03/20   Page 1 of 1   Document 13