UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| Donald J. Trump, Candidate for President of the United States of America, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Case No. 2:20-cv-01785-BHL |
| The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L. R. 7.1, Plaintiff Donald J. Trump, respectfully submits this Disclosure Statement.

Plaintiff Donald J. Trump is an individual, a resident of the State of Florida, the forty-fifth President of the United States of America, and a candidate for President of the United States

in the November 3, 2020, election held in the State of Wisconsin for the selection of electors for the offices of President and Vice President of the United States.

The name of the law firm representing the Plaintiff is Kroger, Gardis & Regas, LLP. At this time, only attorneys from Kroger, Gardis & Regas, LLP are expected to appear for the Plaintiff in this matter.

Date: December 2, 2020

Respectfully Submitted,

KROGER, GARDIS & REGAS, LLP


/s/ William Bock, III
William Bock III, Indiana Attorney No. 14777-49
James A. Knauer, Indiana Attorney No. 5436-49
Kevin D. Koons, Indiana Attorney No. 27915-49

ATTORNEYS FOR PLAINTIFF DONALD J. TRUMP


KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000