UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the United States of America,

    Plaintiff,

vs.

THE WISCONSIN ELECTIONS COMMISSION, and its members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMAN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official Capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his Official capacity,

    Defendants.

Case No. 2:20-cv-01785-BHL

**NOTICE OF MOTION AND MOTION BY NON-PARTIES WISCONSIN STATE CONFERENCE NAACP, DOROTHY HARRELL, WENDELL J. HARRIS, SR., AND EARNESTINE MOSS TO INTERVENE AND FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S MOTION ON THE SAME SCHEDULE AS DEFENDANTS**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Wisconsin State Conference NAACP (the "organizational Applicant") and Dorothy Harrell, Wendell J. Harris, Sr., and Earnestine Moss, (together, the "individual Applicants") respectfully move to intervene in this case as Defendants.

Applicants seek intervention as of right under Rule 24(a)(2) or, alternatively, permissive intervention under Rule 24(b)(1)(b). Applicants have sought consent to intervention from all parties. Counsel for Defendants Tony Evers, Scott McDonell, George Christenson, Julietta Henry, and Claire Woodall-Vogg do not object to the relief sought in this motion. Counsel for Applicants have contacted counsel for the remaining parties to this action seeking their position on this motion but have not yet received decisions from those counsel.

This motion is based upon the accompanying brief and the declarations of the individual Applicants.

Applicants request expedited consideration of this motion, because the President's Complaint seeks an injunction that would effectively nullify the results of Wisconsin's November 3, 2020, General Election. The deadline for state certification of presidential electors is December 8, 2020, 3 U.S.C. § 5; *see Bush v. Gore*, 531 U.S. 98, 110 (2000); and the date on which those electors are to give their votes is December 14, 2020, 3 U.S.C. § 7.

WHEREFORE, Applicants respectfully request that this Court grant their motion to intervene as of right, or in the alternative, grant permissive intervention, and that the Court grant Applicants leave to file a response to President Trump's motion for injunctive relief on or before the date on which Defendants must file a response to the President's motion.

Dated this 3rd day of December, 2020.

*s/ Mark M. Leitner*
Joseph S. Goode (WI State Bar No. 1020886)
Mark M. Leitner (WI State Bar No. 1009459)
John W. Halpin (WI State Bar No. 1064336)
Allison E. Laffey (WI State Bar No. 1090079)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003 Phone
(414) 755-7089 Facsimile
jgoode@llgmke.com
mleitner@llgmke.com
jhalpin@llgmke.com
alaffey@llgmke.com

Kristen Clarke (*admission pending*)
Jon Greenbaum
Ezra Rosenberg
Ajay Saini (*admission pending*)
Jacob Conarck
Ryan Snow (*admission pending*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, 9th Floor
Washington, DC 20005
(202) 662-8315 (phone)
(202) 783-0857 (fax)
kclarke@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jconarck@lawyerscommittee.org

*Attorneys for Intervenor-Defendants Wisconsin State Conference NAACP, Dorothy Harrell, Wendell J. Harris, Sr., and Earnestine Moss*