# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>THE WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>Defendants. | Case No. 2:20-cv-01785-BHL |

## DECLARATION OF WENDELL J. HARRIS, SR.

I, Wendell J. Harris, Sr., hereby declare as follows:

1. I have personal knowledge of the matters stated in this Declaration and would testify to them if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify.

3. I currently live in the City of Milwaukee, which is located in Milwaukee County.

4. I am registered to vote at my current address in Milwaukee.

5. For the November 3, 2020 general election, I voted by absentee ballot because I was ill with COVID-19 and was concerned about infecting others. I mailed my ballot from my residence on October 26, 2020.

6. Normally I vote in-person at the Enderis Park Polling Place at 2900 N 72nd St, Milwaukee, WI 53210. I was unable to do this for the November 3, 2020 general election because of my COVID-19 diagnosis.

7. I prefer to vote in-person because it is a way neighbors get to see each other. We are on a first-name basis with the poll workers. It is a community effort and we all talk to each other about the importance of voting and elections.

8. I understand this lawsuit seeks to invalidate my vote and those of thousands of Wisconsin absentee and in-person voters despite the fact that those votes were legally cast.

9. If my vote were not counted, I would be robbed of this essential democratic voice, through no fault of my own. If my vote does not count, my voice is not heard, and I am not represented. As a result, I would lose faith in our democracy, of which I am very proud.

10. Additionally, I am a member of the National Association for the Advancement of Colored People ("NAACP"), a nonpartisan and non-profit organization.

11. I currently serve as the President of the Wisconsin State Conference NAACP ("Wisconsin NAACP"). I have held this position since November 2019.

12. The Wisconsin NAACP is an affiliated unit of the NAACP which is comprised of 7 local units in Wisconsin.

13. The Wisconsin NAACP has approximately 4,000 members in 7 units across Wisconsin. Many of those members are eligible to vote in Wisconsin, and a significant portion of them are registered to vote in Wisconsin. The vast majority of our members are in Milwaukee County.

14. The Wisconsin NAACP works in the areas of voter registration, voter education, get-out-the-vote efforts, and grassroots mobilization around voting rights.

15. For the 2020 general election, we continued these efforts including voter education, voter registration, election protection, and grassroots mobilization to get out the vote. In addition,

Wisconsin NAACP members served as poll monitors statewide, but most of the work was done in Milwaukee County.

16. The Wisconsin NAACP has an interest in preventing the disenfranchisement of eligible voters who properly cast absentee voter ballots, including voters it may have assisted in navigating the absent voter voting process.

17. Discarding lawfully cast absent voter ballots by qualified electors in Milwaukee would effectively disenfranchise a disproportionate number of Black voters who cast such ballots and is substantially likely to harm individual Wisconsin NAACP members who cast absent voter ballots.

18. Discarding lawfully cast absent voter ballots would also undermine the Wisconsin NAACP's voter advocacy efforts by leading some voters to believe that voting is pointless because their ballots will not be counted. This sense of futility will likely depress turnout in the future and make it more difficult for the Wisconsin NAACP to carry out its mission of encouraging Black individuals to register to vote, to vote, and to help protect others' right to vote.

19. Moreover, discarding lawfully cast absent voter ballots will force the Wisconsin NAACP to dedicate additional resources to voter education efforts, at the expense of other organizational priorities. These questions will result in the Wisconsin NAACP spending additional volunteer time and resources responding that could have been dedicated to other efforts.

20. Furthermore, the rejection of Wisconsin voters' absent voter ballots will force the Wisconsin NAACP, in an effort to promote the effective enfranchisement of Black individuals, to dedicate a larger share of its limited sources to voter education efforts, to ensure that voters cast mail-in ballots that cannot be challenged or rejected on the basis of minor errors. Because the

Wisconsin NAACP's resources are limited, those efforts will necessarily come at the expense of other efforts, including voter registration and get out the vote drives.

I declare under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated this 3rd day of December, 2020.

/s/ <i>Wendell J. Harris, Sr.</i><br>Wendell J. Harris, Sr.