# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>THE WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>Defendants. | Case No. 2:20-cv-01785-BHL |

## DECLARATION OF EARNESTINE MOSS

I, Earnestine Moss, hereby declare as follows:

1. I have personal knowledge of the matters stated in this Declaration and would testify to them if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify in Court.

3. I currently live in the City of Madison, which is in Dane County.

4. I am a registered voter at my current address in Madison and have been since around 2006.

5. I am 68 years old; my racial background is African-American.

6. I am a member of the NAACP Dane County Branch 36AB, located in Madison.

7. For the November 3, 2020 general election, I voted in person at Lakeview Lutheran Church at 4001 Mandrake Road, Madison, Wisconsin 53704.

8. I love to vote in-person on Election Day as it is a great way to engage with my community about the importance of voting and elections. Normally I offer rides to the polls and

see if my neighbors and friends voted already but I could not do that this year because of the COVID-19 pandemic.

9. I understand this lawsuit seeks to invalidate my vote and those of thousands of Wisconsin absentee and in-person voters despite the fact that those votes were legally cast, and I object to the notion that my voice would not be heard and I would not be represented.

10. It is unfortunate that we live in a democracy that encourages voter engagement and now that people are stepping up to the plate to make their voices heard, someone wants to question their actions, without proof, and invalidate their votes, which are their voice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Dated this 3rd day of December, 2020.

/s/ *Earnestine Moss*
Earnestine Moss