# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

DONALD J. TRUMP, Candidate for President of the United States of America,

    Plaintiff,

v.

THE WISCONSIN ELECTIONS COMMISSION, et al.,

    Defendants,

&amp;

DEMOCRATIC NATIONAL COMMITTEE,
    Proposed Intervenor-Defendant.

No. 2:20-cv-01785

## NOTICE OF APPEARANCE OF MICHELLE M. UMBERGER

Attorney Michelle M. Umberger hereby enters her appearance as counsel for Proposed Intervenor-Defendant Democratic National Committee.

Attorney Umberger is an attorney in the law firm of Perkins Coie LLP, and her office address and telephone number are:

> 33 East Main Street
> Suite 201
> Madison, WI 53703-3095
> Tel: (608) 663-7460
> Fax: (608) 663-7499
> Email: MUmberger@perkinscoie.com

Attorney Umberger is licensed to practice law in the State of Wisconsin and is admitted to practice before the District Court for the Eastern District of Wisconsin.

Dated: December 3, 2020

Respectfully Submitted,

By: s/ *Michelle M. Umberger*
Michelle M. Umberger
SBN 1023801
PERKINS COIE LLP
33 East Main St., Suite 201
Madison, WI 53703
(608) 663-7460
mumberger@perkinscoie.com