# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

DONALD J. TRUMP, Candidate for President of the United States of America,

        Plaintiff,

v.

THE WISCONSIN ELECTIONS COMMISSION, et al.,

        Defendants,

        &

DEMOCRATIC NATIONAL COMMITTEE,
        Proposed Intervenor-Defendant.

No. 2:20-cv-01785

---

## NOTICE OF APPEARANCE OF CHARLES G. CURTIS, JR.

---

Attorney Charles G. Curtis, Jr. hereby enters his appearance as counsel for Proposed Intervenor-Defendant Democratic National Committee.

Attorney Curtis is an attorney in the law firm of Perkins Coie LLP, and his office address and telephone number are:

>33 East Main Street
>Suite 201
>Madison, WI 53703-3095
>Tel: (608) 663-7460
>Fax: (608) 663-7499
>Email: CCurtis@perkinscoie.com

Attorney Curtis is licensed to practice law in the State of Wisconsin and is admitted to practice before the District Court for the Eastern District of Wisconsin.

Dated: December 3, 2020

Respectfully Submitted,

By: s/ *Charles G. Curtis, Jr.*
    Charles G. Curtis, Jr.
SBN 1013075
PERKINS COIE LLP
33 East Main St., Suite 201
Madison, WI 53703
(608) 663-7460
ccurtis@perkinscoie.com