# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America,<br><br>Plaintiffs<br><br>v.<br><br>THE WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>Defendants. | No. 2:20-cv-01785 |

## PROPOSED INTERVENOR-DEFENDANT THE DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO INTERVENE

Proposed Intervenor-Defendant Democratic Services Corporation/Democratic National Committee (the "DNC") respectfully moves for leave to participate in this action to defend its interests against the claims asserted by Plaintiff. For the reasons discussed in the memorandum in support, the DNC is entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, the DNC requests permissive intervention pursuant to Rule 24(b).

In accordance with Rule 24(c), the DNC intends to file a proposed answer to Plaintiff's complaint. That complaint, however, is 72 pages and 302 paragraphs long, and the DNC needs additional time to prepare a proposed answer. Because of the expedited character of these proceedings, counsel are submitting the DNC's motion to intervene and a proposed order at this time, and will file a proposed answer later on Friday, December 4, 2020.

WHEREFORE, and subject to the submission of its proposed answer on December 4, the DNC respectfully requests that the court grant it leave to intervene in the above-captioned matter.

DATED: December 4, 2020

Respectfully Submitted,

*/s/ Michelle M. Umberger*

| | |
|---|---|
| Seth P. Waxman* <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 1875 Pennsylvania Ave., NW <br> Washington, DC 20006 <br> (202) 663-6000 <br> seth.waxman@wilmerhale.com <br><br> David S. Lesser* <br> Jamie Dycus* <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> (212) 230-8800 <br> david.lesser@wilmerhale.com <br> jamie.dycus@wilmerhale.com <br><br> Matthew W. O'Neill <br> SBN 1019269 <br> FOX, O'NEILL & SHANNON, S.C. <br> 622 North Water Street, Suite 500 <br> Milwaukee, WI 53202 <br> (414) 273-3939 <br> mwoneill@foslaw.com <br><br> *Application for admission pending* | Charles G. Curtis, Jr. <br> SBN 1013075 <br> Michelle M. Umberger <br> SBN 1023801 <br> Sopen B. Shah <br> SBN 1105013 <br> Will M. Conley <br> SBN 1104680 <br> PERKINS COIE LLP <br> 33 East Main St., Suite 201 <br> Madison, WI 53703 <br> (608) 663-7460 <br> ccurtis@perkinscoie.com <br> mumberger@perkinscoie.com <br> sshah@perkinscoie.com <br> wconley@perkinscoie.com <br><br> Marc E. Elias* <br> John Devaney* <br> Zachary J. Newkirk* <br> PERKINS COIE LLP 700 Thirteenth St., <br> N.W., Suite 800 <br> Washington, D.C. 20005 <br> (202) 654-6200 <br> melias@perkinscoie.com <br> jdevaney@perkinscoie.com <br> znewkirk@perkinscoie.com <br><br> *Counsel for Proposed Intervenor-Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, December 4, 2020, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Michelle M. Umberger*
Counsel for Proposed Intervenor
