# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>THE WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-01785 |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO INTERVENE

Before the Court is Proposed Intervenor-Defendant Democratic Services Corporation/Democratic National Committee's (the "DNC") Motion to Intervene. Having reviewed the papers filed in support of and in opposition to (if any) this motion, and being fully advised, the Court finds that that the DNC has satisfied either the elements of intervention as of right or the elements of permissive intervention. Accordingly, the DNC is entitled to intervene in this case, and the Court GRANTS the DNC's motion.

It is so **ORDERED.**

**SIGNED**:

_____
HON. BRETT H. LUDWIG
United States District Judge