# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Donald J. Trump ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:20-cv-01785 |
| Wisconsin Election Commission ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenors WISCONSIN STATE CONFERENCE NAACP, et al.

Date: 12/04/2020

*Attorney's signature*

Jon M. Greenbaum, DC Bar No. 489887
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Washington, DC 20005
*Address*

jgreenbaum@lawyerscommittee.org
*E-mail address*

(202) 662-8315
*Telephone number*

(202) 783-0857
*FAX number*