UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DONALD J. TRUMP,

    Plaintiff,

v.                                          Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

    Defendants.

_____

### NOTICE OF APPEARANCE
_____

PLEASE TAKE NOTICE that the undersigned, being duly admitted to practice before this Court, hereby appears as counsel of record for defendants George L. Christenson and Julietta Henry.

Dated at Milwaukee, Wisconsin this 4th day of December, 2020.

                **HANSEN REYNOLDS LLC**

                /s/ Andrew A. Jones
                Andrew A. Jones
                301 N. Broadway, Suite 400
                Milwaukee, WI 53202
                (414) 455-7676 (phone)
                (414) 273-8476 (fax)
                ajones@hansenreynolds.com

                *Attorneys for Defendants George L.*
                *Christenson and Julietta Henry*