UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity.<br><br>Defendants. | Case No. 2:-20-cv-01785-BHL |

-
**PROPOSED ORDER GRANTING
PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

This matter comes before the Court on Plaintiff Donald J. Trump's *Motion for Expedited Discovery*, and the Court being duly advised, now finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that no later than three (3) days from the date of this Order or at least 12 hours before a hearing on the Motion, whichever is

soonest:

    A.  Defendant the Wisconsin Elections Commission shall respond to Plaintiff's Requests for Production to the Wisconsin Elections Commission, and produce all requested documents.

    B.  Defendant the Wisconsin Elections Commission shall respond to Plaintiff's Requests for Admission to the Wisconsin Elections Commission.

    C.  Defendant Mayor Tom Barrett, in his official capacity, shall respond to Plaintiff's Request for Admission to Mayor Tom Barrett in his Official Capacity.

So Ordered.

Dated: _____

_____
Judge
United States District Court
Eastern District of Wisconsin, Milwaukee Div.