# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of
the United States of America,

    Plaintiff,

vs.

THE WISCONSIN ELECTIONS
COMMISSION, et al.,

    Defendants.

Case No. 2:20-cv-01785-BHL

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph S. Goode, Mark M. Leitner, John W. Halpin, and Allison E. Laffey hereby appear in this matter as counsel for Intervenors Wisconsin State Conference NAACP, Dorothy Harrell, Wendell J. Harris, Sr., and Earnestine Moss, and further request that all further notices and copies of pleadings, papers, and other materials relevant to this action be directed and served upon them via the PACER/ECF electronic filing system, with correspondence, written discovery, and other documents not filed with the Court to be served upon them at the address below.

Dated this 4th day of December, 2020.

    *s/ Joseph S. Goode*
Joseph S. Goode (WI State Bar No. 1020886)
Mark M. Leitner (WI State Bar No. 1009459)
John W. Halpin (WI State Bar No. 1064336)
Allison E. Laffey (WI State Bar No. 1090079)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003 Phone
(414) 755-7089 Facsimile
jgoode@llgmke.com
mleitner@llgmke.com
jhalpin@llgmke.com
alaffey@llgmke.com

Kristen Clarke (*admission pending*)
Jon Greenbaum
Ezra Rosenberg
Ajay Saini (*admission pending*)
Jacob Conarck
Ryan Snow (*admission pending*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, 9th Floor
Washington, DC 20005
(202) 662-8315 (phone)
(202) 783-0857 (fax)
kclarke@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
asaini@lawyerscommittee.org
jconarck@lawyerscommittee.org
rsnow@lawyerscommittee.org

*Attorneys for Intervenor-Defendants Wisconsin State Conference NAACP, Dorothy Harrell, Wendell J. Harris, Sr., and Earnestine Moss*