# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

DONALD J. TRUMP,

        Plaintiff,

v.                                            Case No. 20-C-1785

THE WISCONSIN ELECTIONS COMMISSION, et al.,

        Defendants.

___

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the City Attorney, Tearman Spencer, by:

    Tearman Spencer, City Attorney – State Bar No. 1030676

    Scott Brown, Deputy City Attorney – State Bar No. 1089753

    Kathyrn Block, Assistant City Attorney – State Bar No. 1029749

    James Carroll, Assistant City Attorney – State Bar No. 1068910

    Elleny Christopoulos, Assistant City Attorney – State Bar No. 1105495

    Patrick McClain, Assistant city Attorney – State Bar No. 1100896

    Tyrone St. Junior, Assistant City Attorney – State Bar No. 1079284

    Julie P. Wilson, Assistant City Attorney – State Bar No. 1034792

represents and appears for defendants, Tom Barrett, Claire Woodall-Vogg and Jim Owczarski, in the above-entitled action, and demands that a copy of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800, City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated at Milwaukee, Wisconsin this 4th day of December, 2020.

                        TEARMAN SPENCER
                        City Attorney

                        s/James M. Carroll
                        JAMES M. CARROLL
                        Assistant City Attorney
                        State Bar No. 1068910
                        Attorney for Defendants
                        Tom Barrett, Claire Woodall-Vogg and
                        Jim Owczarski

<u>P.O. ADDRESS</u>:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: 414-286-2601
Fax: 414-286-8550
Email: jmcarr@milwaukee.gov

/272531