IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DONALD J. TRUMP, CANDIDATE FOR
PRESIDENT OF THE UNITED STATES
OF AMERICA,

    Plaintiff,

  v.                         Case No. 20-CV-1785

WISCONSIN ELECTIONS
COMMISSION, et al.,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendants, Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knutson, and Robert F. Spindell, Jr., in their official capacities, and Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, appear in this matter by their attorneys, Joshua L. Kaul, Wisconsin Attorney General, and Steven C. Kilpatrick, Colin T. Roth, Thomas C. Bellavia, and Gabe Johnson-Karp, Assistant Attorneys General, and request that service of all pleadings and other papers be made upon Assistant Attorneys General Kilpatrick, Roth, Bellavia, and Johnson-Karp at 17 West Main Street, Madison, Wisconsin, 53703, by first class mail at Post Office Box

7857, Madison, Wisconsin, 53707-7857, or via the ECF system for the United States District Court for the Eastern District of Wisconsin.

Dated this 4th day of December 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/Steven C. Kilpatrick
STEVEN C. KILPATRICK
Assistant Attorney General
State Bar #1025452

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

THOMAS C. BELLAVIA
Assistant Attorney General
State Bar #1030182

GABE JOHNSON-KARP
Assistant Attorney General
State Bar #1084731

Attorneys for Wisconsin Elections
Commission and its members, and
Secretary of State La Follette

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (SCK)
(608) 264-6219 (CTR)
(608) 266-8690 (TCB)
(608) 267-8904 (GJK)

(608) 294-2907 (Fax)
kilpatricksc@doj.state.wi.us
rothct@doj.state.wi.us
bellaviatc@doj.state.wi.us
johnsonkarpg@doj.state.wi.us