UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DONALD J. TRUMP, Candidate for President of the United States of America,

       Plaintiff,

  v.

THE WISCONSIN ELECTIONS COMMISSION, and its members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity.

       Defendants.

Case No.: 20CV1785

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen L. Shackelford, Jr. of the law firm of Susman Godfrey L.L.P. has been retained by defendant Governor Tony Evers in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 4th day of December 2020.

/s/ Stephen L. Shackelford, Jr.

Stephen Shackelford Jr.
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
212-336-8330
sshackelford@susmangodfrey.com

*Attorneys for Defendant, Governor Tony Evers*