UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DONALD J. TRUMP,

     Plaintiff,

     v.                              Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION, et al.

     Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Margaret C. Daun, Milwaukee County Corporation Counsel, hereby appears as counsel on behalf of Defendants, George L. Christenson and Julietta Henry, in the above-captioned matter, and requests that copies of all further pleadings, papers and other matters herein be served upon her at the Milwaukee County Office of Corporation Counsel, 901 North Ninth Street, Room 303, Milwaukee, Wisconsin 53233.

Dated at Milwaukee, Wisconsin this 4th day of December, 2020.

By:    s/ Margaret C. Daun
         MARGARET C. DAUN
         Corporation Counsel
         State Bar No. 1041181
         Attorney for Defendants, George L. Christenson
         and Julietta Henry

P.O. Mailing Address:
Milwaukee County Office of Corporation Counsel
901 North Ninth Street, Room 303
Milwaukee, WI 53233
Telephone:   (414) 278-4315
Facsimile:   (414) 223-1249
Email: margaret.daun@milwaukeecountywi.gov

1