# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE:    December 4, 2020
JUDGE:                 Brett H. Ludwig
CASE NO.:            20-cv-1785-bhl
CASE NAME:        Trump v. The Wisconsin Elections Commission et al
MATTER:              Status/Scheduling Conference
APPEARANCES:    William Bock, III, Attorney for Plaintiff Donald J Trump
                            Colin Roth, Attorney for Defendants The Wisconsin Elections
                            Commission, Commissioner Ann S Jacobs, Commissioner Dean Knudson,
                            Commissioner Marge Bostelmann, Mark L Thomsen, Robert F Spindell,
                            Jr, and Douglas J La Follette
                            Jeffrey A Mandell, Attorney for Defendant Governor Tony Evers
                            Andrew A Jones, Attorney for Defendants George L Christenson and
                            Julietta Henry
                            James M Carroll, Attorney for Defendants Claire Woodall-Vogg, Mayor
                            Tom Barrett, and Jim Owczarski
                            Lindsay Mather, Attorney for Defendants Kris Teske and Eric Genrich
                            Scott Letteney, Attorney for Defendants Mayor Cory Mason and Tara
                            Coolidge
                            Bryan Charbogian, Attorney for Defendants Mayor John Antaramian and
                            Matt Krauter
                            Michael P May, Attorney for Defendants Mayor Satya Rhodes-Conway,
                            Maribeth Witzel-Behl, and Scott McDonell
                            Joseph S Goode, Attorney for Proposed Intervenor-Defendants Wisconsin
                            State Conference NAACP, Dorothy Harrell, Wendell J Harris, Sr, and
                            Earnestine Moss
                            Charles G Curtis, Jr, Attorney for Proposed Intervenor-Defendant
                            Democratic National Committee
TIME:                    1:26 p.m. – 2:50 p.m.
COURT REPORTER:        Susan A.
COURTROOM DEPUTY:    Melissa P.

---

The Court held a conference to discuss a schedule for this case with the parties given the plaintiff's request to expedite proceedings. Upon consideration of the parties' opinions as to how the case should proceed, the Court set a schedule. The Court also considered the plaintiff's motion to expedite discovery and took the motions to intervene under advisement. The Court strongly encouraged defense counsel to coordinate their responses and strategy for the evidentiary hearing. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's motion for expedited discovery, ECF No. 28, is GRANTED. Defendants shall respond to plaintiff's requests for production and admission no later than **5:00 p.m. on Tuesday, December 8, 2020**.

2. Plaintiff shall file a list of any witnesses he intends to call at the hearing, along with a short summary of each witness's anticipated testimony, no later than **12:00 p.m. on Sunday, December 6, 2020**. Defendants shall file a list of any witnesses they intend to call at the hearing, along with a short summary of each witness's anticipated testimony, no later than **5:00 p.m. on Tuesday, December 8, 2020**. The Court will not hear testimony from any witness that is not listed in a timely-filed witness list.

3. Defendants shall respond to plaintiff's complaint, ECF No. 1, and plaintiff's motion for preliminary injunction, ECF No. 6, no later than **5:00 p.m. on Tuesday, December 8, 2020**.

4. Plaintiff shall file any materials in reply no later than **12:00 p.m. on Wednesday December 9, 2020**.

5. The Court will conduct a final pretrial conference in this matter on **Wednesday, December 9, 2020**, at **3:00 p.m.** by telephone. To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time. All participants other than lead counsel for each party are asked to keep their phones muted.

6. At plaintiff's suggestion, and with defendants' consent, the Court will conduct a final hearing on plaintiff's complaint and motion on **Thursday, December 10, 2020** at **9:00 a.m.** by Zoom videoconference.

Dated at Milwaukee, Wisconsin on December 4, 2020.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge