STATE OF WISCONSIN
FOR THE EASTERN DISTRICT OF WISCONSIN

**DONALD J. TRUMP,**

      Plaintiff,

Vs.                   **CASE NO**. 20-CV-1785-BHL

**WISCONSIN ELECTIONS COMMISSION, et al.,**

      Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Attorney Dixon R. Gahnz of Lawton & Cates, S.C., hereby appears as counsel on behalf of Defendants, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich and Kris Teske, in the above-captioned matter, and requests that copies of all further pleadings, papers and other matters herein be served upon them at Lawton & Cates, S.C., 345 W. Washington Ave. Ste. 201 P.O. Bo 2965, Madison, Wisconsin 53703.

Dated: This 5th day of December, 2020.

                                    **Lawton & Cates, S.C.**
                                    Attorneys for Defendants,
                                    Mayor Cory Mason, Tara Coolidge,
                                    Mayor John Antaramian, Matt Krauter,
                                    Mayor Eric Genrich and Kris Teske
                                    *Electronically Signed By:*

                                    */s/ Dixon R. Gahnz*
                                    Attorney Dixon R. Gahnz
                                    State Bar No. 1024367

P.O. Mailing Address:
345 W. Washington Ave. Ste. 201
P.O. Box 2965
Madison, WI 53703
Telephone:    (608) 282 – 6200
Facsimile:     (608) 282 – 6252
Email:         dgahnz@lawtoncates.com