STATE OF WISCONSIN
FOR THE EASTERN DISTRICT OF WISCONSIN

**DONALD J. TRUMP,**

    Plaintiff,

Vs.                                 **CASE NO**. 20-CV-1785-BHL

**WISCONSIN ELECTIONS COMMISSION, et al.,**

    Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Attorney Daniel P. Bach of Lawton & Cates, S.C., hereby appears as counsel on behalf of Defendants, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich and Kris Teske, in the above-captioned matter, and requests that copies of all further pleadings, papers and other matters herein be served upon them at Lawton & Cates, S.C., 345 W. Washington Ave. Ste. 201 P.O. Bo 2965, Madison, Wisconsin 53703.

Dated: This 5th day of December, 2020.

                                              **Lawton & Cates, S.C.**
                                              Attorneys for Defendants,
                                              Mayor Cory Mason, Tara Coolidge,
                                              Mayor John Antaramian, Matt Krauter,
                                              Mayor Eric Genrich and Kris Teske
                                              *Electronically Signed By:*

                                              */s/ Daniel P. Bach*
                                              Attorney Daniel P. Bach
                                              State Bar No. 1005751

<u>P.O. Mailing Address</u>:
345 W. Washington Ave. Ste. 201
P.O. Box 2965
Madison, WI 53703
<u>Telephone</u>:    (608) 282 – 6200
<u>Facsimile</u>:    (608) 282 – 6252
<u>Email</u>:    dbach@lawtoncates.com