UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the
United States of America,

    Plaintiff,

v.                                        Case No.: 2:20-cv-01785-BHL

THE WISCONSIN ELECTIONS COMMISSION, and its
Members, ANN S. JACOBS, MARK L. THOMSEN,
MARGE BOSTELMANN, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official capacities,
SCOTT MCDONELL in his official capacity as the Dane
County Clerk, GEORGE L. CHRISTENSON in his
official capacity as the Milwaukee County Clerk,
JULIETTA HENRY in her official capacity as the
Milwaukee Election Director, CLAIRE WOODALL-
VOGG in her official capacity as the Executive Director
of the Milwaukee Election Commission, MAYOR TOM
BARRETT, JIM OWCZARSKI, MAYOR SATYA
RHODES-CONWAY, MARIBETH WITZEL-BEHL,
MAYOR CORY MASON, TARA COOLIDGE,
MAYOR JOHN ANTARAMIAN, MATT KRAUTER,
MAYOR ERIC GENRICH, KRIS TESKE, in their
official capacities; DOUGLAS J. LA FOLLETTE,
Wisconsin Secretary of State, in his official capacity, and
TONY EVERS, Governor of Wisconsin, in his official capacity,

    Defendants.

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael P. May of the law firm of Boardman & Clark LLP has been retained by defendants Mayor Satya Rhode-Conway, Maribeth Witzel-Behl and Scott McDonnell in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 7th day of December, 2020.

        BOARDMAN & CLARK LLP
        By

        */s/ Michael P. May*
        Michael P. May, SBN 1011610
        Attorneys for Defendants Mayor Satya Rhode-
        Conway, Maribeth Witzel-Behl and
        Scott McDonnell

        U.S. Bank Plaza, Suite 410
        1 South Pinckney Street
        P.O. Box 927
        Madison, Wisconsin 53701-0927
        (608) 257-9521
        mmay@boardmanclark.com

2

Case 2:20-cv-01785-BHL   Filed 12/07/20   Page 2 of 2   Document 52