UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DONALD J. TRUMP,                                )
                                                )
        Plaintiff,              )
                                                )    Case No: 2:20-CV-1785
  v.                                           )
                                                )    Hon. Brett Ludwig
THE WISCONSIN ELECTIONS COMMISSION,             )
and its members, *et al.,*                      )
                                                )
        Defendants.             )
                                                )

---

### DISCLSOURE STATEMENT OF *AMICI CURIAE* CHRISTINE TODD WHITMAN, JOHN DANFORTH, LOWELL WEICKER, *ET AL.,*

---

The undersigned, counsel of record for *Amici Curiae* Christine Todd Whitman, John Danforth**,** Lowell Weicker, *et al.*, furnishes the following list in compliance with Civil L. R. 7.1 and Federal R. Civ. P. 7.1:

    <u>Amici Curiae</u>
    Christine Todd Whitman
    John Danforth
    Lowell Weicker
    Constance Morella
    Christopher Shays
    Carter Phillips
    Stuart M. Gerson
    Donald Ayer
    John Bellinger III
    Edward J. Larson
    Michael Stokes Paulsen
    Alan Charles Raul
    Paul Rosenzweig
    Robert Shanks
    Stanley Twardy
    Keith E. Whittington
    Richard Bernstein

Nancy A. Temple of the law firm of Katten & Temple, LLP, will be appearing in this case on behalf of the above *amici*.

Dated: December 7, 2020

Respectfully submitted,

/s/ *Nancy A. Temple*

Nancy A. Temple
KATTEN & TEMPLE, LLP
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
312-663-0800
ntemple@kattentemple.com

*Of Counsel*
Richard D. Bernstein
1875 K Street, N.W.
Washington, D.C. 20006
(202) 303-1000
rbernsteinlaw@gmail.com