IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DONALD J. TRUMP, CANDIDATE FOR
PRESIDENT OF THE UNITED STATES
OF AMERICA,

    Plaintiff,

  v.                                       Case No. 20-CV-1785

WISCONSIN ELECTIONS
COMMISSION, et al.,

    Defendants.

## NOTICE OF ADDITONAL COUNSEL

PLEASE TAKE NOTICE that Defendants, Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knutson, and Robert F. Spindell, Jr., in their official capacities, and Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, appear in this matter by their attorneys, Joshua L. Kaul, Wisconsin Attorney General, and Steven C. Kilpatrick, Colin T. Roth, Thomas C. Bellavia, and Gabe Johnson-Karp, Assistant Attorneys General, and request that service of all pleadings and other papers be made upon Assistant Attorneys General Kilpatrick, Roth, Bellavia, and Johnson-Karp at 17 West Main Street, Madison, Wisconsin, 53703, by first class mail at Post Office Box

7857, Madison, Wisconsin, 53707-7857, or via the ECF system for the United States District Court for the Eastern District of Wisconsin.

Assistant Attorney General Corey F. Finkelmeyer appears in addition to Assistant Attorneys General Steven C. Kilpatrick, Colin T. Roth, Thomas C. Bellavia, and Gabe Johnson-Karp, who have previously appeared in this matter.

Dated this 8th day of December 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/Corey F. Finkelmeyer
COREY F. FINKELMEYER
Assistant Attorney General
State Bar #1034147

Attorneys for Wisconsin Elections Commission and its members, and Secretary of State La Follette

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7342
(608) 294-2907 (Fax)
finkelmeyercf@doj.state.wi.us

2
Case 2:20-cv-01785-BHL    Filed 12/08/20    Page 2 of 2    Document 60