UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONALD J TRUMP,

                Plaintiff,

      v.                                                  Case No. 20-cv-1785-bhl

THE WISCONSIN ELECTIONS COMMISSION ET AL,

                Defendants.

## ORDER ESTABLISHING EXHIBIT PROCEDURES

The Court has scheduled an evidentiary hearing for December 10, 2020 at 9:00 a.m. on the Plaintiff's Complaint and Motion for Expedited Declaratory and Injunctive Relief. (ECF Nos. 1, 6.) The Court will issue an Order Establishing Remote Evidentiary Hearing Protocols before the hearing. Given the expedited nature of the evidentiary hearing, and in advance of that more-detailed Order, the Court directs the parties to file and exchange hearing exhibits as follows:

1. No later than **Wednesday, December 9, 2020, at 5 p.m.** (CT), the parties must file on the docket (a) a list of exhibits to be offered at trial; (b) copies of any documents the parties anticipate using at the evidentiary hearing, other than rebuttal exhibits; and (c) a designation of all depositions or portions of transcripts of depositions to be read into the record.

2. Only one exhibit number should be assigned to a document.
    a. Numbers 1 – 500 are reserved for Plaintiff's exhibits.
    b. Numbers 501 – 599 are reserved for Defendants' exhibits. Counsel for all Defendants and Intervenor Defendants must coordinate to ensure exhibits and document numbers are not duplicated.

3. No later than **Wednesday, December 9, 2020, at 5 p.m.** (CT), the parties must deliver courtesy paper copies of all proposed exhibits – numbered, sequentially compiled, and separated by tabs – in a binder, to the Clerk of District Court or the Chambers of Judge Ludwig.

Dated at Milwaukee, Wisconsin on December 8, 2020.

                                                    s/ *Brett H. Ludwig*
                                                    BRETT H. LUDWIG
                                                    United States District Judge