# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America, )<br>*Plaintiff* )<br>v. )<br>THE WISCONSIN ELECTIONS COMMISSION, et al. )<br>*Defendant* ) | Case No.  2:20-cv-01785-BHL |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant - Democratic National Committee                                      .

Date:    12/08/2020

s/ Seth P. Waxman
*Attorney's signature*

Seth P. Waxman
*Printed name and bar number*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

*Address*

Seth.Waxman@wilmerhale.com
*E-mail address*

(202) 663-6800
*Telephone number*

(202) 663-6363
*FAX number*