UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DONALD J. TRUMP,

    Plaintiff,

v.                              Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

    Defendants.

_____

**NOTICE OF APPEARANCE**
_____

PLEASE TAKE NOTICE that the undersigned, being duly admitted to practice before this Court, hereby appears as counsel of record for defendants George L. Christenson and Julietta Henry.

Dated at Milwaukee, Wisconsin this 8th day of December, 2020.

        **HANSEN REYNOLDS LLC**

        /s/ James F. Cirincione
        James F. Cirincione, SBN:1086061
        301 N. Broadway, Suite 400
        Milwaukee, WI 53202
        (414) 455-7676 (phone)
        (414) 273-8476 (fax)
        jcirincione@hansenreynolds.com

        *Attorneys for Defendants George L.*
        *Christenson and Julietta Henry*