**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

DONALD J. TRUMP,

     Plaintiff,

v.                                                     Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

     Defendants.

---

**NOTICE OF APPEARANCE**

---

     PLEASE TAKE NOTICE that the undersigned, being duly admitted to practice before this

Court, hereby appears as counsel of record for defendants George L. Christenson and Julietta

Henry.

     Dated at Milwaukee, Wisconsin this 8th day of December, 2020.

                  **HANSEN REYNOLDS LLC**

                  /s/ Andrew J. Kramer
                  Andrew J. Kramer, SBN: 1055182
                  301 N. Broadway, Suite 400
                  Milwaukee, WI 53202
                  (414) 455-7676 (phone)
                  (414) 273-8476 (fax)
                  akramer@hansenreynolds.com

                  *Attorneys for Defendants George L.*
                  *Christenson and Julietta Henry*