UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

DONALD J. TRUMP,

    Plaintiff,

v.                                                Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

    Defendants.

_____

## NOTICE OF APPEARANCE
_____

PLEASE TAKE NOTICE that the undersigned, being duly admitted to practice before this Court, hereby appears as counsel of record for defendants George L. Christenson and Julietta Henry.

Dated at Milwaukee, Wisconsin this 8th day of December, 2020.

                                                    **HANSEN REYNOLDS LLC**

                                                    /s/ John W. McCauley
                                                    John W. McCauley, SBN:1104739
                                                    10 E. Doty Street, Suite 800
                                                    Madison, WI 53703
                                                    (608) 841-1351 (phone)
                                                    (414) 273-8476 (fax)
                                                    jmcauley@hansenreynolds.com

                                                    *Attorneys for Defendants George L.*
                                                    *Christenson and Julietta Henry*