UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the
United States of America,

    Plaintiff,

v.

THE WISCONSIN ELECTIONS COMMISSION, and its members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity.

    Defendants.

Case No.:20CV1785

---

**DEFENDANT GOVERNOR TONY EVERS'S NOTICE OF JOINDER
IN OTHER STATE DEFENDANTS' MOTION TO STAY EVIDENTIARY HEARING**

---

Defendant Governor Tony Evers will file this afternoon a motion to dismiss Plaintiff's Complaint. As the motion will raise various threshold issues of justiciability which the Court must resolve before turning to the merits, Governor Evers joins the Wisconsin Elections Commission, its members, and Secretary of State Doug La Follette in asking the Court to stay

the evidentiary hearing scheduled for Thursday, December 10, until those issues have been adjudicated.

Before a court can consider the merits of a claim, it "must first consider threshold issues of justiciability" which bear on the Court's jurisdiction. *Wernsing v. Thompson*, 423 F.3d 732, 742–43 (7th Cir. 2005) "Jurisdiction is the 'power to declare law,' and without it the federal courts cannot proceed." *Hay v. Indiana State Bd. of Tax Comm'rs*, 312 F.3d 876, 879 (7th Cir. 2002) (quoting *Ruhrgas v. Marathon Oil Co.*, 526 U.S. 574, 577, 583 (1999)).

The scheduled evidentiary hearing is designed to address Plaintiff's motion for preliminary declaratory and injunctive relief that would, if granted, provide Plaintiff the ultimate remedy he seeks. Resolving the threshold questions raised in motions to dismiss, from Governor Evers and potentially other Defendants, may eliminate the need for any evidentiary hearing or at least help clarify and narrow the scope of such a hearing.

In *Feehan v. Wisconsin Elections Commission*, No. 2020-cv-1771, which arises from the same basic facts and raises some of the same merits issues, Chief Judge Pepper today denied the plaintiff's motion for an evidentiary hearing, explaining that she would address the jusiticiability issues in the motions to dismiss as a prerequisite to hearing evidence or otherwise considering injunctive relief. (*See* Text Notice of Hearing dated December 7, 2020.) So, too, in another case proceeding in the District of Arizona, in which some of the undersigned counsel are also engaged. *See Bowyer v. Ducey*, No. 2:20-cv-02321 (D. Ariz.). The Court there initially scheduled an evidentiary hearing, as this Court has, but, upon seeing the jusiticiability arguments raised by the defendants in that case, modified the schedule to use the time initially designated for an evidentiary presentation instead for legal argument on jusiticiability issues. The court has taken that argument under advisement and told the parties it will rule on those issues before any evidentiary hearing.

Governor Evers respectfully suggests that this Court should follow a similar path. For that reason, Governor Evers joins the motion filed earlier today by the Wisconsin Elections Commission, its members, and Secretary of State La Follette, asking this Court to stay the evidentiary hearing until after a final decision is made regarding forthcoming motions to dismiss.

Dated: December 8, 2020

Respectfully submitted,

/s/ Jeffrey A. Mandell
Jeffrey A. Mandell
Rachel E. Snyder
Richard A. Manthe
STAFFORD ROSENBAUM LLP
222 W. Washington Ave., Suite 900
Post Office Box 1784
Madison, WI 53701-1784
Telephone: 608-256-0226
jmandell@staffordlaw.com
rsnyder@staffordlaw.com
rmanthe@staffordlaw.com

Justin A. Nelson
Stephen E. Morrissey
Stephen Shackelford Jr.
Davida Brook
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002
Telephone: 713-651-9366
jnelson@susmangodfrey.com
smorrissey@susmangodfrey.com
sshackelford@susmangodfrey.com
dbrook@susmangodfrey.com

Paul Smith
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, DC 20005
Telephone: (202) 736-2200
psmith@campaignlegalcenter.org

*Attorneys for Defendant,*
*Governor Tony Evers*