# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the
United States of America,

       Plaintiff,

      v.                                        Case No.: 2:20-cv-01785-BHL

THE WISCONSIN ELECTIONS COMMISSION, and its
Members, ANN S. JACOBS, MARK L. THOMSEN,
MARGE BOSTELMANN, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official capacities,
SCOTT MCDONELL in his official capacity as the Dane
County Clerk, GEORGE L. CHRISTENSON in his
official capacity as the Milwaukee County Clerk,
JULIETTA HENRY in her official capacity as the
Milwaukee Election Director, CLAIRE WOODALL-
VOGG in her official capacity as the Executive Director
of the Milwaukee Election Commission, MAYOR TOM
BARRETT, JIM OWCZARSKI, MAYOR SATYA
RHODES-CONWAY, MARIBETH WITZEL-BEHL,
MAYOR CORY MASON, TARA COOLIDGE,
MAYOR JOHN ANTARAMIAN, MATT KRAUTER,
MAYOR ERIC GENRICH, KRIS TESKE, in their
official capacities; DOUGLAS J. LA FOLLETTE,
Wisconsin Secretary of State, in his official capacity, and
TONY EVERS, Governor of Wisconsin, in his official capacity,

       Defendants.

## DECLARATION OF MICHAEL P. MAY

Michael P. May declares:

1.     I am one of the attorneys for Scott McDonnell, Mayor Satya Rhodes-Conway and

Maribeth Witzel-Behl, defendants in this action.

2.     The following exhibits accompany the Combined Brief of Wisconsin Municipal Officials In Support of Their Respective Motions To Dismiss And In Opposition To Request For Emergency Relief

3.     Attached hereto as **Exhibit 1** is a copy of the Petition for Original Action Pursuant to Wis. Stat. § 809.70 filed with the Supreme Court of Wisconsin on December 1, 2020.  The petitioners include Donald J. Trump, plaintiff in this action.

4.     Attached hereto as **Exhibit 2** is a copy of an Order entered by the Supreme Court of Wisconsin on December 3, 2020, denying the Petition, Exhibit 1.

5.     Attached hereto as **Exhibit 3** is a copy of the Notice of Appeal filed in the Circuit Court for Dane County.  An identical notice of appeal was filed in the Circuit Court for Milwaukee County, and the appeals have been consolidated in the Milwaukee County appeal.

6.     Attached hereto as **Exhibit 4** is a copy of the Certificate of Ascertainment For President, Vice President And Presidential Electors General Election - November 3, 2020 Executed By Tony Evers, Governor of the State of Wisconsin, on November 30, 2020.

7.     Attached hereto as **Exhibit 5** is a copy of an order of the Wisconsin Supreme Court in *Jefferson v. Dane County*, 2020 AP557-OA dated March 31, 2020.

8.     Attached hereto as **Exhibit 6** is a copy of The Wisconsin Election Commission Amended Guidance regarding Missing or Insufficient Witness Address on Absentee Certificate Envelopes dated October 16, 2016.

9.     Attached hereto as **Exhibit 7** is a copy of an order of the Wisconsin Supreme Court in *Wisconsin Voters Alliance v. Wisconsin Elections Commission*, 2020AP1930-OA dated December 4, 2020.

2

10.     Attached hereto as **Exhibit 8** is a copy of the Order of the United States District Court, Griesbach, J. presiding, in *Wisconsin Voters Alliance v. City of Racine*, 20-C-1487, dated October 14, 2020.

11.     Attached hereto as **Exhibit 9** is a copy of *King v. Whitmer*, No. 20-13134, slip op. at 28 (E.D. Mich., Dec. 7, 2020)

12.     Attached hereto as **Exhibit 10** is a copy of an order of the Michigan Court of Appeals dated December 4, 2020 in the case entitled of Donald J. Trump for President, Inc. v. Secretary of State, Docket Nos. 355378; 355397, LC No. 2020-000225-MZ.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of a secure ballot drop box used in the City of Madison.  Notices on the Box state: "Box will close at 5:00 pm the day before Election Day.  On Election Day:  drop your completed ballot at your polling place to be counted."

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.


*/s/ Michael P. May*
Michael P. May, SBN 1011610