STATE OF WISCONSIN      CIRCUIT COURT      DANE COUNTY

DONALD J. TRUMP,
1100 South Ocean Boulevard
Palm Beach, FL 33480,

MICHAEL R. PENCE,
4750 North Meridian Street
Indianapolis, IN 46208,

AND

DONALD J. TRUMP FOR
PRESIDENT, INC.,
725 Fifth Avenue
New York, NY 10022,

    Plaintiffs,

v.

JOSEPH R. BIDEN
1209 Barley Mill Road
Wilmington, DE 19807,

KAMALA D. HARRIS
435 N. Kenter Avenue
Los Angeles, CA 90049,

DANE COUNTY CLERK
c/o SCOTT MCDONELL
Dane County Clerk
210 Martin Luther King Jr. Blvd.
Madison, WI 53703,

DANE COUNTY BOARD
OF CANVASSERS
c/o ALAN A. ARNSTEN, Member of
Dane County Board of Canvassers
210 Martin Luther King Jr. Blvd.
Madison, WI 53703,

WISCONSIN ELECTIONS COMMISSION
212 E. Washington Avenue, Third Floor
Madison, WI 53703,

**EXHIBIT 3**

AND

ANN S. JACOBS, Chair
Wisconsin Elections Commission
212 E. Washington Avenue, Third Floor
Madison, WI 53703,

      Defendants.

# NOTICE OF APPEAL AND APPEAL
# UNDER WIS. STAT. § 9.01(6)(a)

TO:    DANE COUNTY CLERK OF COURTS
215 S. Hamilton St.
Madison, Wisconsin 53703

WISCONSIN SUPREME COURT
Attn: CHIEF JUSTICE PATIENCE D. ROGGENSACK
16 East State Capitol
Madison, WI 53701-1688

JOSEPH R. BIDEN
1209 Barley Mill Road
Wilmington, DE 19807

KAMALA D. HARRIS
435 N. Kenter Avenue
Los Angeles, CA 90049

BIDEN FOR PRESIDENT
c/o Matthew O'Neil
1120 20TH Street NW, Suite 250
Washington, DC 20036
Via electronic service (mwoneill@foslaw.com;
cc: David.kronig@2020victory.com)

JO JORGENSEN
300 Butler Avenue
Greenville, SC 29601
c/o Matthew Bughman
via electronic service (chair@lpwi.org)

JEREMY SPIKE COHEN
3620 Pelham Road, #300
Greenville, SC 29615
c/o Matthew Bughman
via electronic service (chair@lpwi.org)

DON BLANKENSHIP
c/o Howie Morgan
via electronic service (howie@netdoor.com;
info@donblankenship.com)

WILLIAM MOHR
c/o Howie Morgan
via electronic service (howie@netdoor.com;
info@donblankenship.com)

BRIAN CARROLL
c/o Dave Bovee
via electronic service (hwisconsinasp@gmail.com)

AMAR PATEL
c/o Dave Bovee
via electronic service (hwisconsinasp@gmail.com)

DANE COUNTY CLERK
210 Martin Luther King Jr. Blvd
Madison, WI 53703

DANE COUNTY BOARD
OF CANVASSERS
Attn: ALLEN A. ARNSTEN
210 Martin Luther King Jr. Blvd
Madison, WI 53703

WISCONSIN ELECTIONS COMMISSION
212 E. Washington Avenue, Third Floor
Madison, WI 53703

AND

ANN S. JACOBS,
212 E. Washington Avenue, Third Floor
Madison, WI 53703

PLEASE TAKE NOTICE that the above-named Plaintiffs, by their attorneys, TROUPIS LAW OFFICE and the LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C., hereby appeal to the Circuit Court of Dane County in accordance with Wis. Stat. § 9.01(6)(a), from the determination of the recount of the election for the Offices of President and Vice President of the United States in Dane County, Wisconsin. Plaintiffs are further prepared, and have sufficient funds available,

3

to post an undertaking and surety in cash, pursuant to Wis. Stat. § 895.346, and will do so as soon as the court approves an amount as required under Wis. Stat. § 9.01(6)(a).

Because Plaintiffs are also filing a notice of appeal under Wis. Stat. § 9.01 from the determination of the recount of the election for the Offices of President and Vice President of the United States in Milwaukee County, Wisconsin, Plaintiffs request and contemporaneously hereby move the Chief Justice of the Wisconsin Supreme Court, the Honorable Patience D. Roggensack, to "consolidate all appeals relating to [such] election and appoint a circuit judge, who shall be a reserve judge if available, to hear the appeal." Wis. Stat. § 9.01(6)(b).

Dated at Madison, Wisconsin this 3rd day of December, 2020.

**TROUPIS LAW OFFICE**

By: *Electronically Signed by James R. Troupis*
    James R. Troupis, SBN 1005341
    4126 Timber Ln.
    Cross Plains, WI 53528-9786
    Phone:    608.305.4889
    Email:    judgetroupis@gmail.com

**CONWAY, OLEJNICZAK & JERRY S.C.**

By: *Electronically Signed by R. George Burnett*
    R. George Burnett, SBN 1005964
    Kurt A. Goehre, SBN 1068003
    231 S. Adams St., P.O. Box 23200
    Green Bay, WI 54305-3200
    Phone:    920.437.0476
    Email:    rgb@lcojlaw.com

*Attorneys for Plaintiffs*