# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the United States of America,

    Plaintiff,

v.                                          Case No.: 2:20-cv-01785-BHL

THE WISCONSIN ELECTIONS COMMISSION, and its Members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2020, I electronically filed the following documents with the Clerk of Court, using the CM/ECF system, which will send notification electronically to all attorneys of record:

1. Combined Brief of Wisconsin Municipal Officials in Support of Their Respective Motions to Dismiss and in Opposition to Request for Emergency Relief;

2. Motion to Dismiss Filed on Behalf of Defendants Satya Rhodes-Conway, Mayor of Madison, Maribeth Witzel-Behl, City Clerk of Madison, and Scott McDonnell, County Clerk of Dane County;

3. Civil L. R. 7(h) Expedited Nondispositive Motion to Quash Subpoena, For Protective Order or Order *In Limine* Barring Testimony of Maribeth Witzel-Behl and Delaying Any Evidentiary Hearing; and

4. Declaration of Michael P. May

BOARDMAN & CLARK LLP
By

*/s/ Michael P. May*
Michael P. May, SBN 1011610
James E. Bartzen, SBN 1003047
Barry J. Blonien, SBN 1078848
mmay@boardmanclark.com
jbartzen@boardmanclark.com
bblonien@boardmanclark.com

Attorneys for Defendants Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl and Scott McDonnell