# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

DONALD J. TRUMP,

    Plaintiff,

v.                            Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

    Defendants.

___

## DISCLOSURE STATEMENT
___

The undersigned, as counsel of record for defendants George L. Christenson and Julietta Henry provide the following information in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1:

1. Full name of every party the attorney represents in this matter:

    George L. Christenson
    Julietta Henry

2. Parent corporations and stockholders:

    a. Parent corporations, if any:

        Not applicable.

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus:

        Not applicable.

2. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

Hansen Reynolds LLC
Office of the Milwaukee County Corporation Counsel

Dated at Milwaukee, Wisconsin this 8th day of December, 2020.

| **MILWAUKEE COUNTY OFFICE OF CORPORATION COUNSEL** | **HANSEN REYNOLDS LLC** |
|---|---|
| | */s/ Andrew A. Jones* |
| Margaret C. Daun | Andrew A. Jones |
| Milwaukee County Corporation Counsel | Andrew J. Kramer |
| 901 N. 9th Street, Suite 303 | James F. Cirincione |
| Milwaukee, WI 53233 | 301 N. Broadway, Suite 400 |
| (414) 278-4300 (phone) | Milwaukee, WI 53202 |
| margaret.daun@milwaukeecountywi.gov | (414) 455-7676 (phone) |
| | (414) 273-8476 (fax) |
| | ajones@hansenreynolds.com |
| | akramer@hansenreynolds.com |
| | jcirincione@hansenreynolds.com |

John W. McCauley
10 E. Doty Street, Suite 800
Madison, WI 53703
(608) 841-1351 (phone)
jmcauley@hansenreynolds.com

*Attorneys for Defendants*
*George L. Christenson and Julietta Henry*