UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DONALD J. TRUMP,

    Plaintiff,

v.                                                         Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

    Defendants.

---

### MOTION TO DISMISS OF DEFENDANTS GEORGE L. CHRISTENSON AND JULIETTA HENRY

---

Pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, defendants George L. Christenson and Julietta Henry hereby move to dismiss plaintiff's complaint (ECF No. 1) in its entirety on the following grounds: (1) plaintiff lacks standing to bring the claims set forth in the complaint; (2) plaintiff's claims are barred on equitable grounds; (3) this Court should abstain from addressing plaintiff's claims; and (4) the claims set forth in the complaint fail to state a claim upon which relief can be granted.

The grounds for this motion are more fully set forth in the accompanying memorandum of law and declaration of Andrew A. Jones.

1

Dated at Milwaukee, Wisconsin this 8th day of December, 2020.

| | |
|---|---|
| **MILWAUKEE COUNTY OFFICE OF CORPORATION COUNSEL** | **HANSEN REYNOLDS LLC** |
| | */s/ Andrew A. Jones* |
| Margaret C. Daun | Andrew A. Jones |
| Milwaukee County Corporation Counsel | Andrew J. Kramer |
| 901 N. 9th Street, Suite 303 | James F. Cirincione |
| Milwaukee, WI 53233 | 301 N. Broadway, Suite 400 |
| (414) 278-4300 (phone) | Milwaukee, WI 53202 |
| margaret.daun@milwaukeecountywi.gov | (414) 455-7676 (phone) |
| | (414) 273-8476 (fax) |
| | ajones@hansenreynolds.com |
| | akramer@hansenreynolds.com |
| | jcirincione@hansenreynolds.com |
| | |
| | John W. McCauley |
| | 10 E. Doty Street, Suite 800 |
| | Madison, WI 53703 |
| | (608) 841-1351 (phone) |
| | jmcauley@hansenreynolds.com |
| | |
| | *Attorneys for Defendants* |
| | *George L. Christenson and Julietta Henry* |