

# CTCL Statement on the Amistad Project

The Center for Tech and Civic Life (CTCL) has released the following statement regarding a baseless challenge to CTCL's COVID-19 Response Grant Program, which is offering funding to election administrators in all 50 states for resources like personal protective equipment and hazard pay for poll workers to ensure a safe and healthy election.

"This year, we've heard from countless election officials, from across the political spectrum, who simply don't have the funding they need to provide a safe, secure voting process for their voters as a result of the COVID-19 pandemic. In this moment of need, we feel so fortunate to be administering an open call grant program available to every local election department in every state in the union to ensure that they have the staffing, training, and equipment necessary so that this November every eligible voter can participate in a safe and timely way and have their vote counted."

"Since the launch of the CTCL COVID-19 Response Grant program open call, we've seen requests from every corner of the U.S. All eligible Americans deserve to have their vote count — regardless of political affiliation, whether they live in rural or urban communities, or somewhere in between. Over 1,100 election administrators across the country agree and have already applied for support. As a non-partisan organization backed by Democrats, Republicans, and nonpartisan officials, we are confident that these frivolous charges are without merit, and look forward to continuing this critical grant program in these unprecedented times."

Grants awarded in states where Project Amistad has filed frivolous litigation

Iowa

Michigan

Minnesota

**Exhibit D**

Pennsylvania

Wisconsin

Note: All local election offices responsible for administering election activities covered by the CTCL COVID-19 Response grant program are eligible to apply for grant funds. Every eligible election department that is verified as legitimate will be approved for a grant. The minimum CTCL COVID-19 Response Grant amount awarded is $5,000.

| Local Election Jurisdiction | Jurisdiction Type | State |
|---|---|---|
| **Iowa** | | |
| Appanoose | County | Iowa |
| Benton | County | Iowa |
| Black Hawk | County | Iowa |
| Boone | County | Iowa |
| Bremer | County | Iowa |
| Buchanan | County | Iowa |
| Buena Vista | County | Iowa |
| Butler | County | Iowa |
| Calhoun | County | Iowa |
| Carroll | County | Iowa |
| Cedar | County | Iowa |
| Cerro Gordo | County | Iowa |
| Cherokee | County | Iowa |
| Chickasaw | County | Iowa |
| Clarke | County | Iowa |
| Clay | County | Iowa |
| Clayton | County | Iowa |
| Clinton | County | Iowa |
| Crawford | County | Iowa |
| Decatur | County | Iowa |
| Delaware | County | Iowa |

| | | |
|---|---|---|
| Des Moines | County | Iowa |
| Dubuque | County | Iowa |
| Emmet | County | Iowa |
| Floyd | County | Iowa |
| Franklin | County | Iowa |
| Fremont | County | Iowa |
| Hamilton | County | Iowa |
| Hardin | County | Iowa |
| Harrison | County | Iowa |
| Humboldt | County | Iowa |
| Ida | County | Iowa |
| Iowa | County | Iowa |
| Jackson | County | Iowa |
| Jasper | County | Iowa |
| Jones | County | Iowa |
| Kossuth | County | Iowa |
| Lee | County | Iowa |
| Louisa | County | Iowa |
| Lyon | County | Iowa |
| Mills | County | Iowa |
| Monona | County | Iowa |
| Monroe | County | Iowa |
| Montgomery | County | Iowa |
| Osceola | County | Iowa |
| Page | County | Iowa |
| Palo Alto | County | Iowa |
| Polk | County | Iowa |
| Plymouth | County | Iowa |
| Pocahontas | County | Iowa |
| Pottawattamie | County | Iowa |
| Poweshiek | County | Iowa |

| | | |
|---|---|---|
| Ringgold | County | Iowa |
| Sac | County | Iowa |
| Scott | County | Iowa |
| Shelby | County | Iowa |
| Union | County | Iowa |
| Wapello | County | Iowa |
| Warren | County | Iowa |
| Webster | County | Iowa |
| Winnebago | County | Iowa |
| Woodbury | County | Iowa |
| Worth | County | Iowa |
| Wright | County | Iowa |
| **Michigan** | | |
| Ada Township | Township | Michigan |
| Adams Township | Township | Michigan |
| Addison Township | Township | Michigan |
| Adrian | City | Michigan |
| Adrian Charter | Township | Michigan |
| Albion | City | Michigan |
| Albion Township | Township | Michigan |
| Alcona | Township | Michigan |
| Alger | County | Michigan |
| Algoma Township | Township | Michigan |
| Allendale Charter Township | Township | Michigan |
| Alma | City | Michigan |
| Almont | Township | Michigan |
| Ann Arbor | City | Michigan |
| Ann Arbor Charter Township | Township | Michigan |
| Arcada Township | Township | Michigan |
| Argentine | Township | Michigan |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 4 of 22   Document 80-5

| | | |
|---|---|---|
| Bainbridge Township | Township | Michigan |
| Bark River | Township | Michigan |
| Battle Creek | City | Michigan |
| Bay City | City | Michigan |
| Beaver Township | Township | Michigan |
| Bedford Township | Township | Michigan |
| Belding | City | Michigan |
| Belleville | City | Michigan |
| Bellevue Township | Township | Michigan |
| Benton Charter Township | Township | Michigan |
| Benton Harbor | City | Michigan |
| Benzonia Township | Township | Michigan |
| Berkley | City | Michigan |
| Berlin | Township | Michigan |
| Bethany Township | Township | Michigan |
| Big Creek Twp. | Township | Michigan |
| Big Rapids | City | Michigan |
| Birch Run Township | Township | Michigan |
| Blaine Township | Township | Michigan |
| Blair Township | Township | Michigan |
| Blendon | Township | Michigan |
| Bloomfield Township Missaukee | Township | Michigan |
| Boyne Valley Township | Township | Michigan |
| Breen Township | Township | Michigan |
| Bridgeport Charter Township | Township | Michigan |
| Brookfield Twp | Township | Michigan |
| Brownstown | Township | Michigan |
| Buchanan | City | Michigan |
| Buchanan Township | Township | Michigan |
| Buena Vista Charter | Township | Michigan |
| Burlington | Township | Michigan |

| | | |
|---|---|---|
| Cadillac | City | Michigan |
| Caldwell | Township | Michigan |
| Caledonia Twp. | Township | Michigan |
| Cannon | Township | Michigan |
| Canton Township | Township | Michigan |
| Carmel | Township | Michigan |
| Caro | City | Michigan |
| Casco | Township | Michigan |
| Casnovia Township | Township | Michigan |
| Caspian | City | Michigan |
| Cedar Creek Township/Muskegon | Township | Michigan |
| Center Line | City | Michigan |
| Champion | Township | Michigan |
| Charleston Township | Township | Michigan |
| Charlotte | City | Michigan |
| Charter Township Of Bedford | Township | Michigan |
| Charter Township Of Brighton | Township | Michigan |
| Charter Township Of Caledonia | Township | Michigan |
| Charter Township Of Clinton | Township | Michigan |
| Charter Township Of Commerce | Township | Michigan |
| Charter Township Of Elmwood | Township | Michigan |
| Charter Township Of Flint | Township | Michigan |
| Charter Township Of Harrison | Township | Michigan |
| Charter Township Of Highland | Township | Michigan |
| Charter Township Of Independence | Township | Michigan |
| Charter Township Of Oakland | Township | Michigan |
| Charter Township Of Oxford | Township | Michigan |
| Charter Township Of Union | Township | Michigan |
| Charter Township Of Ypsilanti | Township | Michigan |
| Chassell Township | Township | Michigan |
| Cheboygan | City | Michigan |

| | | |
|---|---|---|
| Chippewa Township, Mecosta | Township | Michigan |
| City Of Brighton | City | Michigan |
| City Of Burton | City | Michigan |
| City Of Farmington Hills | City | Michigan |
| City Of Grosse Pointe Woods | City | Michigan |
| City Of Hudsonville | City | Michigan |
| City Of Luna Pier | City | Michigan |
| City Of Munising | City | Michigan |
| City Of Niles | City | Michigan |
| City Of Plymouth | City | Michigan |
| City Of Royal Oak | City | Michigan |
| City Of Stanton | City | Michigan |
| City Of Traverse City | City | Michigan |
| City Of Wayne | City | Michigan |
| Clare | City | Michigan |
| Clare | County | Michigan |
| Clawson | City | Michigan |
| Coldsprings Township | Township | Michigan |
| Coldwater Township | Township | Michigan |
| Colfax Township Mecosta | Township | Michigan |
| Colon Township | Township | Michigan |
| Columbia (Van Buren ) | Township | Michigan |
| Convis Township | Township | Michigan |
| Conway Township | Township | Michigan |
| Cooper Charter Township | Township | Michigan |
| Corunna | City | Michigan |
| Courtland | Township | Michigan |
| Crockery Township | Township | Michigan |
| Croswell | City | Michigan |
| Crystal Lake Township | Township | Michigan |
| Dallas Township | Township | Michigan |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 7 of 22   Document 80-5

| | | |
|---|---|---|
| Dalton Township | Township | Michigan |
| Dearborn | City | Michigan |
| Dearborn Heights | City | Michigan |
| Delhi Charter Township | Township | Michigan |
| Delta Township | Township | Michigan |
| Denver Township | Township | Michigan |
| Detroit | City | Michigan |
| Dewitt | City | Michigan |
| Dewitt Charter Township | Township | Michigan |
| Dexter | City | Michigan |
| Douglas | City | Michigan |
| East Bay Charter Township | Township | Michigan |
| East Lansing | City | Michigan |
| East Tawas | City | Michigan |
| Eastpointe | City | Michigan |
| Eaton | County | Michigan |
| Eaton Rapids Township | Township | Michigan |
| Eaton Township | Township | Michigan |
| Eckford Township | Township | Michigan |
| Ecorse | City | Michigan |
| Egelston Township | Township | Michigan |
| Elba Township | Township | Michigan |
| Ensign Township | Township | Michigan |
| Escanaba | City | Michigan |
| Essex | Township | Michigan |
| Evart | City | Michigan |
| Evart Township | Township | Michigan |
| Fennville | City | Michigan |
| Fenton | City | Michigan |
| Ferndale | City | Michigan |
| Flint | City | Michigan |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 8 of 22   Document 80-5

| | | |
|---|---|---|
| Flushing | City | Michigan |
| Fort Gratiot Charter Township | Township | Michigan |
| Frankenmuth | City | Michigan |
| Frankfort | City | Michigan |
| Fredonia | Township | Michigan |
| Freeman Township | Township | Michigan |
| Frenchtown Charter Township | Township | Michigan |
| Frost Township | Township | Michigan |
| Fruitport Charter Township | Township | Michigan |
| Fulton Township | Township | Michigan |
| Gaastra | City | Michigan |
| Gaines (Kent ) | Township | Michigan |
| Galesburg | City | Michigan |
| Garden City | City | Michigan |
| Geneva | Township | Michigan |
| Genoa Charter Township | Township | Michigan |
| Gibraltar | City | Michigan |
| Gobles | City | Michigan |
| Grand Haven | City | Michigan |
| Grand Haven Charter Township | Township | Michigan |
| Grand Rapids | City | Michigan |
| Grand Traverse | County | Michigan |
| Grandville | City | Michigan |
| Green Oak Charter Township | Township | Michigan |
| Greenwood | Township | Michigan |
| Grosse Ile Township | Township | Michigan |
| Grosse Pointe Farms | City | Michigan |
| Grosse Pointe Park | City | Michigan |
| Groveland Township | Township | Michigan |
| Hadley Township | Township | Michigan |
| Hamburg | Township | Michigan |

| Hamlin Township | Township | Michigan |
|---|---|---|
| Hampton | Township | Michigan |
| Hamtramck | City | Michigan |
| Hanover Township | Township | Michigan |
| Harper Woods | City | Michigan |
| Harrison | City | Michigan |
| Hatton Township | Township | Michigan |
| Hayes Township | Township | Michigan |
| Hayes Township, Charlevoix | Township | Michigan |
| Hazel Park | City | Michigan |
| Henrietta Township | Township | Michigan |
| Hersey Township | Township | Michigan |
| Highland Park | City | Michigan |
| Holland | City | Michigan |
| Holland Charter Township | Township | Michigan |
| Holton | Township | Michigan |
| Hope Township | Township | Michigan |
| Howard Twp Michigan | Township | Michigan |
| Howell | City | Michigan |
| Hubbell | Town | Michigan |
| Hudson Township | Township | Michigan |
| Huntington Woods | City | Michigan |
| Huron Charter Township | Township | Michigan |
| Ida | Township | Michigan |
| Imlay City | City | Michigan |
| Ingham | | Michigan |
| Inkster | City | Michigan |
| Iron Mountain | City | Michigan |
| Irving Township | Township | Michigan |
| Ishpeming | City | Michigan |
| Ishpeming Township | Township | Michigan |

| Ithaca | City | Michigan |
| --- | --- | --- |
| Jackson | City | Michigan |
| Jamestown Charter Township | Township | Michigan |
| Johnstown Township | Township | Michigan |
| Juniata | Township | Michigan |
| Kalamazoo | City | Michigan |
| Kalamo Township | Township | Michigan |
| Kentwood | City | Michigan |
| Kingsford | City | Michigan |
| L'Anse Township | Township | Michigan |
| Lafayette | Township | Michigan |
| Lansing | City | Michigan |
| Lansing Charter | Township | Michigan |
| Lapeer | City | Michigan |
| Lawrence | Township | Michigan |
| Leland Township | Township | Michigan |
| Leslie Township | Township | Michigan |
| Lexington | Township | Michigan |
| Lincoln | Township | Michigan |
| Lincoln Charter | Township | Michigan |
| Lincoln Park | City | Michigan |
| Linden | City | Michigan |
| Livingston | County | Michigan |
| Livonia | City | Michigan |
| Long Lake Township | Township | Michigan |
| Lowell | City | Michigan |
| Macomb | County | Michigan |
| Macomb Township | Township | Michigan |
| Madison Charter Township | Township | Michigan |
| Madison Heights | City | Michigan |
| Mancelona Township | Township | Michigan |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 11 of 22   Document 90-5

| | | |
|---|---|---|
| Marengo | Township | Michigan |
| Marine City | City | Michigan |
| Markey Township | Township | Michigan |
| Marquette | County | Michigan |
| Marquette | City | Michigan |
| Marquette Township | Township | Michigan |
| Mason | City | Michigan |
| Masonville | Township | Michigan |
| Mayfield Township | Township | Michigan |
| Melvindale | City | Michigan |
| Menominee | County | Michigan |
| Menominee | City | Michigan |
| Metamora Township | Township | Michigan |
| Minden | Township | Michigan |
| Monroe | City | Michigan |
| Montague | City | Michigan |
| Moorland | Township | Michigan |
| Mount Clemens | City | Michigan |
| Mt Pleasant | City | Michigan |
| Mt. Morris Township | Township | Michigan |
| Munising Township | Township | Michigan |
| Muskegon | City | Michigan |
| Muskegon | County | Michigan |
| Muskegon Charter Township | Township | Michigan |
| Muskegon Heights | City | Michigan |
| Negaunee | City | Michigan |
| New Baltimore | City | Michigan |
| New Haven Gratiot | Township | Michigan |
| North Branch | Township | Michigan |
| North Muskegon | City | Michigan |
| Northfield Township | Township | Michigan |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 12 of 22   Document 90-4

| | | |
|---|---|---|
| Norton Shores | City | Michigan |
| Novi | City | Michigan |
| Oak Park | City | Michigan |
| Ogden Township | Township | Michigan |
| Olive Township | Township | Michigan |
| Olivet | City | Michigan |
| Onondaga | Township | Michigan |
| Orange Township | Township | Michigan |
| Osceola Township | Township | Michigan |
| Otsego | City | Michigan |
| Ottawa | County | Michigan |
| Overisel | Township | Michigan |
| Paradise Township | Township | Michigan |
| Parchment | City | Michigan |
| Park Township | Township | Michigan |
| Peninsula Township | Township | Michigan |
| Petoskey | City | Michigan |
| Plainfield Charter Township | Township | Michigan |
| Plainwell | City | Michigan |
| Plymouth Township | Township | Michigan |
| Pontiac | City | Michigan |
| Port Huron | City | Michigan |
| Port Huron Charter Township | Township | Michigan |
| Port Sheldon Township | Township | Michigan |
| Portage | City | Michigan |
| Potterville | City | Michigan |
| Raisinville Township | Township | Michigan |
| Ravenna Township | Township | Michigan |
| Ray Township | Township | Michigan |
| Redford Township | Township | Michigan |
| Richfield Township | Township | Michigan |

Case 2:20-cv-01785-WHC   Filed 12/08/20   Page 13 of 22   Document 80-5
Case 1:20-cv-01485-RJJ   Filed 12/08/20   Page 13 of 22   Document 94-1

| | | |
|---|---|---|
| Richland Township | Township | Michigan |
| Richmond Township | Township | Michigan |
| Ridgeway Township | Township | Michigan |
| Riverside Township | Township | Michigan |
| Rochester Hills | City | Michigan |
| Rockford | City | Michigan |
| Rogers City | City | Michigan |
| Romulus | City | Michigan |
| Roosevelt Park | City | Michigan |
| Roscommon Township | Township | Michigan |
| Roxand | Township | Michigan |
| Rubicon | Township | Michigan |
| Rutland Charter Township | Township | Michigan |
| Saginaw | City | Michigan |
| Saginaw Township | Township | Michigan |
| Saline | City | Michigan |
| Sands | Township | Michigan |
| Sandstone Charter Township | Township | Michigan |
| Sanilac | Township | Michigan |
| Schoolcraft | Township | Michigan |
| Scio Township | Township | Michigan |
| Seville Township | Township | Michigan |
| Shelby Township | Township | Michigan |
| Solon | Township | Michigan |
| South Haven Charter Township | Township | Michigan |
| Southfield | City | Michigan |
| Southgate | City | Michigan |
| Spencer Township | Township | Michigan |
| Spring Arbor | Township | Michigan |
| Spring Lake Township | Township | Michigan |
| Springfield | City | Michigan |

| | | |
|---|---|---|
| Springfield Charter Township | Township | Michigan |
| St Clair Shores | City | Michigan |
| St James | Township | Michigan |
| St. Clair | City | Michigan |
| St. Ignace Township | Township | Michigan |
| St. Louis | City | Michigan |
| Sterling Heights | City | Michigan |
| Sullivan Township | Township | Michigan |
| Summerfield | Township | Michigan |
| Summit Township (On Lake Michigan) | Township | Michigan |
| Sumner Township | Township | Michigan |
| Sunfield Township | Township | Michigan |
| Superior | Township | Michigan |
| Surrey Township | Township | Michigan |
| Swan Creek | Township | Michigan |
| Swartz Creek | City | Michigan |
| Sylvan Township | Township | Michigan |
| Taylor | City | Michigan |
| Tecumseh | City | Michigan |
| Thomas Township | Township | Michigan |
| Thornapple Township | Township | Michigan |
| Three Rivers | City | Michigan |
| Tompkins Township | Township | Michigan |
| Township Of Clay | Township | Michigan |
| Township Of Free Soil | Township | Michigan |
| Township Of Hamilton | Township | Michigan |
| Township Of Lapeer | Township | Michigan |
| Township Of Lima | Township | Michigan |
| Township Of Rives | Township | Michigan |
| Trenton | City | Michigan |
| Troy | City | Michigan |

| | | |
|---|---|---|
| Troy Township | Township | Michigan |
| Tuscola | County | Michigan |
| Utica | City | Michigan |
| Van Buren Township | Township | Michigan |
| Vergennes Township | Township | Michigan |
| Vermontville Township | Township | Michigan |
| Vevay Township | Township | Michigan |
| Vienna Township | Township | Michigan |
| Walker | City | Michigan |
| Walled Lake | City | Michigan |
| Warren | City | Michigan |
| Washington Township | Township | Michigan |
| Washtenaw | County | Michigan |
| Waterford Township | Township | Michigan |
| Wayland | City | Michigan |
| Wayne | County | Michigan |
| West Bloomfield | Township | Michigan |
| West Branch Township | Township | Michigan |
| Westland | City | Michigan |
| Wheeler Township | Township | Michigan |
| White Lake Township | Township | Michigan |
| White River Township | Township | Michigan |
| Whiteford | Township | Michigan |
| Whitehall | City | Michigan |
| Whitehall Township | Township | Michigan |
| Windsor Charter Township | Township | Michigan |
| Winterfield Township | Township | Michigan |
| Woodhaven | City | Michigan |
| Wyandotte | City | Michigan |
| Wyoming | City | Michigan |
| Ypsilanti | City | Michigan |

| | | |
|---|---|---|
| Zeeland | City | Michigan |
| Zilwaukee | City | Michigan |

## Minnesota

| | | |
|---|---|---|
| Albertville | City | Minnesota |
| Becker | City | Minnesota |
| Blue Earth | County | Minnesota |
| Brown | County | Minnesota |
| Burnsville | City | Minnesota |
| Center City | City | Minnesota |
| Chaska | City | Minnesota |
| City Of Carver | City | Minnesota |
| Dakota | County | Minnesota |
| Hugo | City | Minnesota |
| Kasson | City | Minnesota |
| Lakeville | City | Minnesota |
| Moorhead | City | Minnesota |
| Minneapolis | City | Minnesota |
| Olmsted | County | Minnesota |
| Ramsey | County | Minnesota |
| Rosemount | City | Minnesota |
| Rushford | City | Minnesota |
| St. Michael | City | Minnesota |
| Victoria | City | Minnesota |
| Watertown | City | Minnesota |
| Winona | County | Minnesota |

## Pennsylvania

| | | |
|---|---|---|
| Centre | County | Pennsylvania |
| Chester | County | Pennsylvania |
| Dauphin | County | Pennsylvania |
| Delaware | City | Pennsylvania |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 17 of 22   Document 80-4

| | | |
|---|---|---|
| Department of State | State | Pennsylvania |
| Erie | County | Pennsylvania |
| Juniata | County | Pennsylvania |
| Lancaster | County | Pennsylvania |
| Luzerne | County | Pennsylvania |
| Mercer | County | Pennsylvania |
| Mifflin | County | Pennsylvania |
| Monroe | County | Pennsylvania |
| Montgomery | County | Pennsylvania |
| Northumberland | County | Pennsylvania |
| Philadelphia | City | Pennsylvania |
| Pike | County | Pennsylvania |
| Somerset | County | Pennsylvania |
| Wayne | County | Pennsylvania |
| York | County | Pennsylvania |
| **Wisconsin** | | |
| Altoona | City | Wisconsin |
| Amery | City | Wisconsin |
| Antigo | City | Wisconsin |
| Athens | Village | Wisconsin |
| Aztalan | Town | Wisconsin |
| Barron | City | Wisconsin |
| Beloit | City | Wisconsin |
| Bergen | Town | Wisconsin |
| Black Earth | Village | Wisconsin |
| Brighton, Marathon | Town | Wisconsin |
| Brookfield | City | Wisconsin |
| Brothertown | Town | Wisconsin |
| Calumet | Town | Wisconsin |
| Cambridge | Village | Wisconsin |

| | | |
|---|---|---|
| Campbellsport | Village | Wisconsin |
| Cassel | Town | Wisconsin |
| Chetek | City | Wisconsin |
| Chilton | City | Wisconsin |
| Chilton | Town | Wisconsin |
| City Of Plymouth | City | Wisconsin |
| Clear Lake | Village | Wisconsin |
| Clinton | Village | Wisconsin |
| Colby | City | Wisconsin |
| Eagle (Waukesha ) | Town | Wisconsin |
| Eau Pleine | Town | Wisconsin |
| Edgerton | City | Wisconsin |
| Emmet, Marathon | Town | Wisconsin |
| Endeavor | Village | Wisconsin |
| Ettrick | Village | Wisconsin |
| Fitchburg | City | Wisconsin |
| Fond Du Lac | City | Wisconsin |
| Footville | Village | Wisconsin |
| Freedom | Town | Wisconsin |
| Friendship | Town | Wisconsin |
| Green Bay | City | Wisconsin |
| Green Valley | Town | Wisconsin |
| Greenbush | Town | Wisconsin |
| Hammond | Village | Wisconsin |
| Hudson | City | Wisconsin |
| Janesville | City | Wisconsin |
| Johnson | Town | Wisconsin |
| Kenosha | City | Wisconsin |
| Kewaunee | City | Wisconsin |
| La Prairie | Town | Wisconsin |
| Lisbon | Town | Wisconsin |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 19 of 22   Document 80-4

| Little River | Town | Wisconsin |
|---|---|---|
| Madison | City | Wisconsin |
| Maine | Village | Wisconsin |
| Mcfarland | Village | Wisconsin |
| Milton | City | Wisconsin |
| Milwaukee | City | Wisconsin |
| Montfort | Village | Wisconsin |
| Morrison | Town | Wisconsin |
| Mosinee | City | Wisconsin |
| Oakfield | Village | Wisconsin |
| Of Day | Town | Wisconsin |
| Ontario | Village | Wisconsin |
| Perry | Town | Wisconsin |
| Pittsville | City | Wisconsin |
| Plover | Town | Wisconsin |
| Plymouth | Town | Wisconsin |
| Racine | City | Wisconsin |
| Rib Falls | Town | Wisconsin |
| Rib Mountain | Town | Wisconsin |
| Rice Lake | City | Wisconsin |
| River Falls | City | Wisconsin |
| Riverview | Town | Wisconsin |
| Rock | Town | Wisconsin |
| Rush River | Town | Wisconsin |
| Schofield | City | Wisconsin |
| Sheboygan Falls | Town | Wisconsin |
| Spencer | Village | Wisconsin |
| Stettin | Township | Wisconsin |
| Stratford | Village | Wisconsin |
| Sun Prairie | City | Wisconsin |
| Taycheedah | Town | Wisconsin |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 20 of 22   Document 90-5

| Town Of Bevent | Town | Wisconsin |
|---|---|---|
| Town Of Cleveland | Town | Wisconsin |
| Town Of Easton | Town | Wisconsin |
| Town Of Fulton | Town | Wisconsin |
| Town Of Hamilton | Town | Wisconsin |
| Town Of Lake Mills | Town | Wisconsin |
| Town Of Marshall | Town | Wisconsin |
| Town Of Medina | Town | Wisconsin |
| Town Of Milton | Town | Wisconsin |
| Town Of Morgan | Town | Wisconsin |
| Town Of Mountain | Town | Wisconsin |
| Town Of Norrie | Town | Wisconsin |
| Town Of Onalaska | Town | Wisconsin |
| Town Of Palmyra | Town | Wisconsin |
| Town Of Pittsfield | Town | Wisconsin |
| Town Of Reid | Town | Wisconsin |
| Town Of Rhine | Town | Wisconsin |
| Town Of Ringle | Town | Wisconsin |
| Town Of Wausau | Township | Wisconsin |
| Town Of Wrightstown, Brown | Town | Wisconsin |
| Township Of Marathon | Township | Wisconsin |
| Troy | Township | Wisconsin |
| Village Of Cottage Grove | Village | Wisconsin |
| Village Of Kronenwetter | Village | Wisconsin |
| Village Of Solon Springs | Village | Wisconsin |
| Village Of Superior | Village | Wisconsin |
| Village Of Waldo | Village | Wisconsin |
| Village Of Weston | Village | Wisconsin |
| Waukesha | City | Wisconsin |
| Waunakee | Village | Wisconsin |
| Wausau | City | Wisconsin |

| | | |
|---|---|---|
| West Allis | City | Wisconsin |
| Weston | Town | Wisconsin |
| Wien | Township | Wisconsin |
| Wilton | Village | Wisconsin |

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 22 of 22   Document 90-5