Advertisement

Fact Checks › Politics

# Debunking Trump Tweets: Biden's 143K Vote 'Dump' in Wisconsin

Voting spikes did occur in Wisconsin and other states as ballots were being counted, but for ordinary and predictable reasons.

**DAVID MIKKELSON**

PUBLISHED 18 NOVEMBER 2020



*Image via Getty Images*

Advertisement

Advertisement

Claim

Joe Biden received a fraudulent 'dump' of 143K ballots in Wisconsin in the early morning hours after Election Day 2020.

Ad-free browsing is here. Become a Founding Member.

✕



## False
_About this rating_ ↗

Rely on Snopes? **Become a member.**

Advertisement



ponsored Video

VERTISED BY ADVERTISING PARTNER        See More

Origin

In the continuous stream of tweets alleging election fraud issued from the

Twitter account of President Donald Trump in mid-November 2020, one
tweet posted in the evening of Nov. 18 claimed that victorious Democratic
presidential candidate had received an "unbelievable" "dump of 143,379 votes
at 3:42AM, when they learned he was losing badly":



**Donald J. Trump** ✔
@realDonaldTrump

Look at this in Wisconsin! A day AFTER the election,
Biden receives a dump of 143,379 votes at 3:42AM,
when they learned he was losing badly. This is
unbelievable!

7:22 PM · Nov 18, 2020                          ⓘ

♡ 369.9K        💬 192K people are Tweeting about this

It is true that Biden picked up about 149,000 votes in Wisconsin around 3:30
AM in the early morning hours following the election, thereby erasing a lead
Trump had held in the in-progress vote tally up to that point:

Most Popular                          View all

 **Is the Story Behind
Alix Idrache West
Point Photograph
Genuine?**

 **No, a Doctor Didn't Say
'Stop' After Identical
Twins Married
Identical Twins**

 **Was Gina Haspel
Found Dead in
November 2020?**

 **Sidney Powell Lawsuit
Cites Election Fraud in
Non-Existent
Michigan County**

 **Did a Hiker
Photograph a Ghost
and Find Car Keys in
the Woods?**

View all

Advertisement

**FiveThirtyEight** 
@FiveThirtyEight

Parts of Brown and Kenosha counties still have to report votes, but as things stand, Biden leads by 0.22 percentage points statewide in Wisconsin, 49.25 percent to 49.03 percent, according to ABC News. 53eig.ht/386INQh

5:57 AM · Nov 4, 2020

ⓘ

♡ 582     ◯ 150 people are Tweeting about this

Advertisement

However, no fraudulent activity of furtive "dump" of ballots was behind this phenomenon. By law, Wisconsin was not allowed to begin tabulating absentee ballots (no matter how early they were sent in) until 7:00 AM on

Election Day. Biden's vote count took a big jump (while Trump's increased much more modestly) around the time in question because that was when Milwaukee County finished and reported the tabulation of its approximately 170,000 absentee ballots. That occurrence was doubly favorable for Biden, both because Democrats were **far more likely** to vote via absentee ballots, and because Milwaukee County is the most populous county in Wisconsin and is an overwhelmingly Democratic area:

| County | Margin | 2016 margin | Est. votes reported | ▼ Total votes |
|--------|--------|-------------|---------------------|---------------|
| Milwaukee | Biden +40 | D+36.9 | >95% | 458,971 |
| Dane | Biden +53 | D+47.3 | >98% | 344,791 |

The Milwaukee Journal Sentinel **reported** on the bulge in Biden votes, and the reasons behind it, at the time it took place:

Biden overtook Trump in the early morning hours when Milwaukee reported its roughly 170,000 absentee votes, which were overwhelmingly Democratic. Then early morning returns from Green Bay and Kenosha on Wednesday added to his slender lead.

Trump had nurtured a lead of more than 100,000 votes before those returns came in.

By the morning after the election, even Trump had recognized (if not accepted) the phenomenon of mail-in ballots in most states being heavily Democratic, in large part because he discouraged his supporters from using that method of voting:



Donald J. Trump ✔
@realDonaldTrump

How come every time they count Mail-In ballot dumps they are so devastating in their percentage and power of destruction?

9:17 AM · Nov 4, 2020

♡ 548.6K    ◯ 194.1K people are Tweeting about this

In fact, more than two months before the election, NPR had **observed** that "President Trump's campaign to discourage the use of mail-in voting this fall is raising concerns among Republicans, particularly in the key swing state of Wisconsin, that his efforts could hinder their party on election night."


**Did Trump Admin Execute More People in 5 Months Than Feds Did in Past 50 Years?**


**Did Dr. Roger Hodkinson Call COVID-19 a Hoax?**


**Did a Dominion Voting Systems Employee Brag About Rigging the Election Against Trump?**


**Was 'The Electric Slide' Written About Vibrators?**


**Did President Trump Experience Diarrhea on a Golf Course?**

Advertisement

As of this writing, Biden has won Wisconsin (and its 10 electoral votes) by just over 20,000 votes out of more than 3.2M ballots cast:



| Candidates | Vote % | Vote count |
|---|---|---|
| Joe Biden — Democratic Party | 49.6% | 1,630,673 |
| Donald Trump — Republican Party | 48.9% | 1,610,065 |
| Jo Jorgensen — Libertarian Party | 1.2% | 38,491 |
| Brian Carroll — American Solidarity Party | 0.2% | 5,258 |
| Don Blankenship — Constitution Party | 0.2% | 5,144 |

PUBLISHED 18 NOVEMBER 2020

BY **DAVID MIKKELSON**



# We can't fact-check without you.

In a time where access to truth is under constant attack, help Snopes endure — and thrive — with an unconditional contribution.



$10   $25   $100   $250

Advertisement



### Does AstraZeneca's COVID-19 Vaccine Contain Aborted Fetal Cells?

A viral anti-vaccine video mangles the science behind the production of a potential COVID-19 vaccine.

### Was Fucking (the Town in Austria, That Is) Renamed?

Rumor has it the infamously named town has officially been bowdlerized.

### 'Everything Was Forbidden': Did Orwell's '1984' Predict COVID-19 Restrictions?

Amid COVID-19 lockdown rules in 2020, social media users appeared to "discover" a brand new quotation from the classic dystopian novel "1984."

### Did Reagan Say 'Under No Pretext Should Arms Be Surrendered'?

Ronald Reagan, Karl Marx, what's the difference?

### Sidney Powell Lawsuit Cites Election Fraud in Non-Existent Michigan County

Can a candidate receive more than 100% of the vote, recorded in a locale that isn't real?

Advertisement


**Snopes**

**Company**
About Us
Careers
Terms of Use
Privacy Policy
Cookie Policy
Don't Sell My Info
Consent Preferences
Ad Preferences

**Navigate**
Home
Search
Archive
Store
FAQ
Submit a Topic

**Sections**
What's New
Hot 50
Fact Checks
News
Randomizer

© 1995 - 2020 by Snopes Media Group Inc.
This material may not be reproduced without permission.
Snopes and the Snopes.com logo are registered service marks of Snopes.com