UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

DONALD J. TRUMP,

    Plaintiff,

v.                                           Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

    Defendants.
_____

## DECLARATION OF ANDREW A. JONES
_____

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am one of the attorneys for defendants George L. Christenson and Julietta Henry.

2. I make this declaration based on my personal knowledge of the facts attested to herein.

3. Attached hereto as Exhibit 1 is a true and complete copy of the Complaint filed by President Trump on December 7, 2020 in Milwaukee County Circuit Court Case No. 2020-CV-7092, *Donald J. Trump v. Joseph R. Biden, et al*.

4. Attached hereto as Exhibit 2 is a true and complete copy of the March 31, 2020 Order entered by the Wisconsin Supreme Court in Appeal No. 2020-AP-557, *Jefferson, et al. v. Dane County*.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Milwaukee, Wisconsin on this 8th day of December, 2020.

                                                                     s/ Andrew A. Jones
                                                                        Andrew A. Jones