# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| Donald J. Trump, Candidate for President of the USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-01785 |
| The Wisconsin Elections Commission, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Center for Tech and Civic Life.

Date: 12/08/2020

s / Kendall W. Harrison
*Attorney's signature*

Kendall W. Harrison, Bar No. 1023438
*Printed name and bar number*

Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
*Address*

kharrison@gklaw.com
*E-mail address*

(608) 257-3911
*Telephone number*

(608) 257-0609
*FAX number*