UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DONALD J. TRUMP, Candidate for President of the United States of America,

    Plaintiff,

v.                                                         Case No.: 2:20-cv-01785-BHL

THE WISCONSIN ELECTIONS COMMISSION, and its Members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity,

    Defendants.

---

## DISCLOSURE STATEMENT

---

The undersigned, as counsel of record for defendants Scott McDonnell, Mayor Satya Rhodes-Conway and Maribeth Witzel-Behl, provide the following information in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1:

1. Full name of every party the attorney represents in this matter:

   Scott McDonnell
   Mayor Satya Rhodes-Conway
   Maribeth Witzel-Behl

2. Parent corporation and stockholders:

   a. Parent corporation, if any:

      Not applicable.

   b. List of corporate stockholders that are publicly held companies owning 10 percent

      or more of the stock of the party or amicus:

      Not applicable.

3. The name of all law firms whose partners or associates appear for a party or are

   expected to appear for the party in this court:

   Boardman & Clark LLP

Dated this 8th day of December, 2020.

                                      BOARDMAN & CLARK LLP
                                      By

                                      */s/ Michael P. May*
                                      Michael P. May, SBN 1011610
                                      James E. Bartzen, SBN 1003047
                                      Barry J. Blonien, SBN 1078848
                                      Attorneys for Defendants Mayor Satya Rhode-
                                      Conway, Maribeth Witzel-Behl and
                                      Scott McDonnell

                                      U.S. Bank Plaza, Suite 410
                                      1 South Pinckney Street
                                      P.O. Box 927
                                      Madison, Wisconsin 53701-0927
                                      (608) 257-9521
                                      mmay@boardmanclark.com
                                      jbartzen@boardmanclark.com
                                      bblonien@boardmanclark.com