UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

Donald J. Trump, Candidate for President of the United States of America,

    Plaintiff,

v.

The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonnell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities, Douglas J. LaFollette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity,

    Defendants.

Case No. 20-cv-01785-BHL

## ORDER

IT IS HEREBY ORDERED that Non-party The Center for Tech and Civic Life's Civil L.R. 7(h) Expedited Non-Dispositive Motion for Leave to File Non-Party Amicus Brief is GRANTED.

Dated this __ day of December, 2020.

                              BY THE COURT:

                              Judge Brett H. Ludwig
                              District Court Judge

23843575.1