UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonnell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities, Douglas J. LaFollette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity,<br><br>　　　　　　Defendants. | Case No. 20-cv-01785-BHL |

**NON-PARTY THE CENTER FOR TECH AND CIVIC LIFE'S
RULE 7.1 DISCLOSURE STATEMENT**

　　　The undersigned, counsel of record for Non-party The Center for Tech and Civic Life, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

　　　1.　　Godfrey & Kahn, S.C. and Kaplan Hecker & Fink LLP, represent CTCL and will appear for CTCL in this Court.

　　　2.　　CTCL's full name is The Center for Tech and Civic Life.

　　　3.　　CTCL is a 501(c)(3) non-profit corporation.

1

4. No parent corporation or publicly held corporation owns 10% or more of CTCL's stock.

Dated this 8th day of December, 2020.

By: *s/ Kendall W. Harrison*
Kendall W. Harrison (#1023438)
Mike B. Wittenwyler (#1025895)
Maxted Lenz (#1104692)
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Phone: 608-257-3911
Fax: 608-257-0609
kharriso@gklaw.com
mwittenw@gklaw.com
mlenz@gklaw.com

Joshua Matz, NY Bar No. 5388962
Harmann Singh, NY Bar No. 5811021
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
jmatz@kaplanhecker.com
hsingh@kaplanhecker.com
Phone: 212-763-0883

*Attorneys for the Center for Tech and Civic Life (CTCL)*

23827160.1