# APPENDIX A

| | |
|---|---|
| THE PARTIES | ¶¶1-22 |
| JURISDICTION AND VENUE | ¶¶23-25 |
| BRIEF SUMMARY OF ULTA VIRES ACTS BY WISCONSIN OFFICIALS THAT UNDERMINES THE PRESIDENTIAL ELECTION IN WISCONSIN | ¶¶26-31 |
| PROCEDURAL CONTEXT | ¶¶32-36 |
| BACKGROUND | |
|     The Electors Clause of the U.S. Constitution | ¶¶37-41 |
|     The Election Clauses and Separation of Powers Provisions of the U.S. Constitution Safeguard Liberty and Fair and Free Elections | ¶¶42-63 |
|     Whether Election Administrators Adhered to the Direction of the Wisconsin Legislature in the Conduct of the Presidential Election Presents a Justiciable Issues | ¶¶64-72 |
| WISCONSIN LEGISLATURE'S EXPRESS POLICIES AND DIRECTIONS REGARDING ELECTIONS | ¶73 |
|     Wisconsin Law Requires Photo Identification for In-Person Voters and Most Absentee Voters | ¶¶74-82 |
|     Wisconsin Public Officials Misapplies Wisconsin's "Indefinitely Confined" or Indefinite Period of Disability Exceptions, Undermining Wisconsin Election Law and Permitting Likely Tens of Thousands of Voters to Improperly Vote Absentee Without Complying with Wisconsin's Photo Identification Law | ¶¶83-108 |
|     The Wisconsin Legislature Expressly Disfavors Mail-In Voting and Has Sought to Limit the Practice in Wisconsin | ¶¶109-114 |
|     The Wisconsin Legislature's Concerns with Mail-In Ballot Fraud Are Reasonable and Well Founded | ¶¶115-130 |
|     The Anticipated Competitiveness of the 2020 Presidential Election in Wisconsin Made it A Potential Target for Fraud | ¶¶131-143 |
|     The Disparate Impact of Mail-In Balloting | ¶¶144-162 |
| 2020 PRESIDENTIAL ELECTION IN WISCONSIN | ¶¶163-167 |
|     Mayors in Wisconsin's Five Largest Cities Adopted an Unlawful Plan to Expand Absentee Voting Using Prohibited, Un-Manned, Drop Boxes and the Wisconsin Elections Commission Supported the Unlawful Plan | ¶¶168-234 |
|     The Wisconsin Elections Commission Unlawfully Directed Election Officials to Tamper with Absentee Ballot Witness Certifications | ¶¶235-258 |
|     The Voter-Centric Approach to Absentee Balloting in the Wisconsin Election Code | ¶¶259-280 |
|     The Conduct of the Mayors in Wisconsin's Five Largest Cities Contributed to a Lack of Public Access to Absentee Ballot Processing and Counting Contrary to Law, Undermining Public Confidence in the Election and Depriving the Public of an Important Aspect of Accountability for Absentee Ballots | ¶¶281-302 |
| CONCLUSION | pg. 71 |
| PRAYER FOR JUDGMENT | pp. 71-72 |