# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04809-TCB
## Pearson et al v. Kemp et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 12/07/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:06 A.M.    COURT REPORTER: Lori Burgess
TIME IN COURT: 1:06                 DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

ATTORNEY(S)    Joshua Belinfante representing Brad Raffensperger
PRESENT:       Joshua Belinfante representing Brian Kemp
               Joshua Belinfante representing David J. Worley
               Joshua Belinfante representing Matthew Mashburn
               Joshua Belinfante representing Rebecca N. Sullivan
               Amanda Callais representing DCCC
               Amanda Callais representing DSCC
               Amanda Callais representing Democratic Party of Georgia, Inc.
               Julia Haller representing Brian Jay Van Gundy
               Julia Haller representing Carolyn Hall Fisher
               Julia Haller representing Cathleen Alston Latham
               Julia Haller representing Coreco Jaqan Pearson
               Julia Haller representing Gloria Kay Godwin
               Julia Haller representing James Kenneth Carroll
               Julia Haller representing Vikki Townsend Consiglio
               Harry MacDougald representing Brian Jay Van Gundy
               Harry MacDougald representing Carolyn Hall Fisher
               Harry MacDougald representing Cathleen Alston Latham
               Harry MacDougald representing Coreco Jaqan Pearson
               Harry MacDougald representing Gloria Kay Godwin
               Harry MacDougald representing James Kenneth Carroll
               Harry MacDougald representing Vikki Townsend Consiglio
               Charlene McGowan representing Anh Le
               Charlene McGowan representing Brad Raffensperger
               Charlene McGowan representing Brian Kemp
               Charlene McGowan representing David J. Worley

Charlene McGowan representing Matthew Mashburn
Charlene McGowan representing Rebecca N. Sullivan
Carey Miller representing Anh Le
Carey Miller representing Brad Raffensperger
Carey Miller representing Brian Kemp
Carey Miller representing David J. Worley
Carey Miller representing Matthew Mashburn
Carey Miller representing Rebecca N. Sullivan
Sidney Powell representing Brian Jay Van Gundy
Sidney Powell representing Carolyn Hall Fisher
Sidney Powell representing Cathleen Alston Latham
Sidney Powell representing Coreco Jaqan Pearson
Sidney Powell representing Gloria Kay Godwin
Sidney Powell representing James Kenneth Carroll
Sidney Powell representing Vikki Townsend Consiglio
** Abigail Frye

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [43]Motion to Dismiss GRANTED<br>[63]Motion to Dismiss GRANTED |
| MINUTE TEXT: | Defendants' motions are GRANTED. TRO is DISSOLVED. Case is DISMISSED. Clerk shall close the case. |
| HEARING STATUS: | Hearing Concluded |