# EXHIBIT 18

STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY

Case No. 2020CV7092

Donald J. Trump, Michael R. Pence, and Donald J. Trump for
President, Inc.

Plaintiffs,

v.

Joseph R. Biden, Kamala D. Harris, Milwaukee County Clerk
c/o George L. Christenson, Milwaukee County Board of
Canvassers c/o Timothy H. Posnanski, Chairman of Milwaukee
County Board of Canvassers, Wisconsin Elections
Commission, and Ann S. Jacobs

Defendants.

---

STATE OF WISCONSIN          CIRCUIT COURT          DANE COUNTY

Case No. 2020CV2514

Donald J. Trump, Michael R. Pence, and Donald J. Trump for
President, Inc.

Plaintiffs,

v.

Joseph R. Biden, Kamala D. Harris, Dane County Clerk c/o
Scott McDonell, Dane County Board of Canvassers c/o Allan
A. Arnsten, Member of the Dane County Board of Canvassers,
Wisconsin Election Commission, and Ann S. Jacobs

Defendants.

1

You are hereby notified that the Chief Justice of the Wisconsin Supreme Court has issued the following order:

Appeals of the determinations of boards of canvassers or of the determinations of the chairperson of the Wisconsin Elections Commission relating to the November 3, 2020 general election have been filed, pursuant to Wis. Stat. § 9.01(6)(a), in Dane County (<u>Trump v. Biden</u>; Case No. 2020CV2514) and in Milwaukee County (<u>Trump v. Biden</u>; Case No. 2020CV7092). Those appeals relate to an election that was held in more than one judicial district. In such circumstances, Wisconsin Statute § 9.01(6)(b) provides that the Chief Justice of the Supreme Court shall consolidate those appeals and appoint the judge, who shall be a reserve judge if available, to preside over the consolidated appeal. Accordingly,

IT IS ORDERED that <u>Trump v. Biden</u>, Milwaukee County Case No. 2020CV7092, and <u>Trump v. Biden</u>, Dane County Case No. 2020CV2514, shall be consolidated for all purposes in the Milwaukee County Circuit Court under Case No. 2020CV7092; and

IT IS FURTHER ORDERED that Reserve Judge Stephen A. Simanek of Racine County is appointed to preside over the consolidated appeal proceedings in the circuit court.

2

Dated this 3 day of December 2020.

BY:

*Patience D. Roggensack*
Patience D. Roggensack
Chief Justice
Wisconsin Supreme Court

3