IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DONALD J. TRUMP,

        Plaintiff,

   v.

WISCONSIN ELECTIONS COMMISSION,
et. al.,

        Defendants.

No. 20-cv-1785-bhl

**INTERVENOR-DEFENDANT
DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO DISMISS
PLAINTIFF DONALD J. TRUMP'S "COMPLAINT FOR EXPEDITED
DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO ARTICLE
II OF THE UNITED STATES CONSTITUTION" (ECF NO. 1)**

The Democratic National Committee ("DNC"), by its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectfully moves to dismiss in its entirety and with prejudice Plaintiff Donald J. Trump's "Complaint for Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution" (ECF No. 1). This Court lacks subject-matter jurisdiction over a claim asking for a declaratory judgment determining that state officials violated state law and thereby "infringed and invaded upon [*sic*] the Wisconsin Legislature's prerogative and directions under Article II of the U.S. Constitution regarding the conduct of the 2020 Presidential election in Wisconsin." ECF No. 1 ¶ 31. Nor does this Court have jurisdiction to "remand this matter to the Wisconsin Legislature" for that body "to review the nature and scope of the infringement declared and determine the appropriate remedy." *Id.* President Trump's Complaint also fails in multiple respects "to state a claim upon which relief can be granted." Fed. R. Civ. P. 12(b)(6).

In granting permissive intervention earlier today, the Court admonished the DNC to "work to ensure that judicial economies are maintained" and that DNC's participation "will not be a burden on further proceedings." ECF No. 61 at 4. With that in mind, the DNC will not file a separate brief in support of this motion to dismiss. The arguments for dismissal are largely identical to the arguments for denying the President's "Motion for Expedited Declaratory and Injunctive Relief" (ECF No. 6). The DNC's arguments are fully set forth in its brief in opposition to that motion, and they apply with equal force in support of this motion to dismiss. The DNC respectfully refers the Court to that brief, and incorporates the arguments in that brief by reference in support of this motion.

Pursuant to Civil L.R. 7(a)(2), the undersigned certifies that no separate memorandum or other supporting papers will be filed in support of this motion.

Respectfully Submitted,

s/ *Michelle Umberger*

Seth P. Waxman
WILMER CUTLER PICKERING HALE AND
   DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
seth.waxman@wilmerhale.com

David S. Lesser
Jamie Dycus
Christopher Bouchoux*
Joseph J. Yu*
Charles Bridge*
WILMER CUTLER PICKERING HALE AND
DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com
christopher.bouchoux@wilmerhale.com
joseph.yu@wilmerhale.com
charles.bridge@wilmerhale.com

Matthew W. O'Neill
  SBN 1019269
FOX, O'NEILL &
  SHANNON, S.C.
622 North Water Street,
  Suite 500
Milwaukee, WI 53202
(414) 273-3939
mwoneill@foslaw.com

*\* Admission pending*

Charles G. Curtis, Jr.
  SBN 1013075
Michelle M. Umberger
  SBN 1023801
Sopen B. Shah
  SBN 1105013
Will M. Conley
  SBN 1104680
PERKINS COIE LLP
One East Main St., Suite 201
Madison, WI 53703
(608) 663-7460
ccurtis@perkinscoie.com
mumberger@perkinscoie.com
sshah@perkinscoie.com
wconley@perkinscoie.com

Marc E. Elias*
John Devaney
Zachary J. Newkirk*
PERKINS COIE LLP
   700 Thirteenth St., N.W.,
    Suite 800
Washington, D.C. 20005
(202) 654-6200
melias@perkinscoie.com
jdevaney@perkinscoie.com
znewkirk@perkinscoie.com

*Counsel for Respondent-Intervenor*

# CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, December 8, 2020, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Michelle Umberger*
Counsel for Respondent-Intervenor