**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

DONALD J. TRUMP, Candidate for President of
the United States of America,

       Plaintiff,

  vs.

THE WISCONSIN ELECTIONS
COMMISSION, et al.,

       Defendants,

  and

WISCONSIN STATE CONFERENCE NAACP,
et al.,

       Intervenor-Defendants.

Case No. 2:20-cv-01785-BHL

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OF INTERVENOR-**
**DEFENDANTS WISCONSIN STATE CONFERENCE NAACP, DOROTHY HARRELL,**
**WENDELL J. HARRIS, SR., AND EARNESTINE MOSS**

NOW COME Intervenor-Defendants Wisconsin State Conference NAACP, Dorothy

Harrell, Wendell J. Harris, Sr., and Earnestine Moss (collectively "Wisconsin NAACP"), and

respectfully move this Court, by and through Wisconsin NAACP's attorneys Laffey, Leitner &

Goode LLC and the Lawyers' Committee for Civil Rights Under Law, for an order dismissing the

Complaint, pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and pursuant

to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Grounds for this motion are set forth in the accompanying brief filed in support of this

motion.

Dated this 8th day of December 2020.

s/ Joseph S. Goode
_____
Joseph S. Goode (WI State Bar No. 1020886)
Mark M. Leitner (WI State Bar No. 1009459)
John W. Halpin (WI State Bar No. 1064336)
Allison E. Laffey (WI State Bar No. 1090079)
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003 Phone
(414) 755-7089 Facsimile
jgoode@llgmke.com
mleitner@llgmke.com
jhalpin@llgmke.com
alaffey@llgmke.com

Kristen Clarke (*admission pending*)
Jon Greenbaum
Ezra Rosenberg
Ajay Saini (*admission pending*)
Jacob Conarck
Ryan Snow (*admission pending*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW, 9th Floor
Washington, DC 20005
(202) 662-8315 (phone)
(202) 783-0857 (fax)
kclarke@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
asaini@lawyerscommittee.org
jconarck@lawyerscommittee.org
rsnow@lawyerscommittee.org

*Attorneys for Intervenor-Defendants Wisconsin*
*State Conference NAACP, Dorothy Harrell,*
*Wendell J. Harris, Sr., and Earnestine Moss*

2