# EXHIBIT A

```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD J. TRUMP FOR                :
PRESIDENT, INC., et al.,           :   Civil Action
               Plaintiffs          :   No. 4:20-CV-02078
                                   :
          vs.                      :
                                   :   (Judge Brann)
KATHY BOOCKVAR, et al.,            :
               Defendants          :
                                   :
NAACP-PENNSYLVANIA STATE           :
CONFERENCE, et al.,                :
       Intervenor Defendants       :
                                   :
DNC SERVICES CORPORATION/          :
DEMOCRATIC NATIONAL COMMITTEE,     :
       Intervenor Defendant        :


         TRANSCRIPT OF ORAL ARGUMENT PROCEEDINGS
                IN RE:  MOTION TO DISMISS

         BEFORE THE HONORABLE MATTHEW W. BRANN
            UNITED STATES DISTRICT COURT JUDGE
                NOVEMBER 17, 2020; 1:30 P.M.
                  WILLIAMSPORT, PENNSYLVANIA
```

```
                      Lori A. Shuey
            Federal Certified Realtime Reporter
                   United States Courthouse
              228 Walnut Street, P.O. Box 983
                 Harrisburg, PA  17108-0983
                        717-215-1270
                 lori_shuey@pamd.uscourts.gov
  Proceedings recorded by mechanical stenography; transcript
            produced by computer-aided transcription.
```

```
 1                          APPEARANCES

 2
     COUNSEL FOR PLAINTIFFS:
 3
         Rudolph W. Giuliani, Esquire
 4       Giuliani Partners, LLC
         445 Park Avenue, 18th Floor
 5       New York, NY  10022

 6       Linda A. Kerns, Esquire
         Law Offices of Linda A. Kerns, LLC
 7       1420 Locust Street, Suite 200
         Philadelphia, PA  19102
 8
         Marc A. Scaringi, Esquire
 9       Brian C. Caffrey, Esquire
         Scaringi Law
10       2000 Linglestown Road, Suite 106
         Harrisburg, PA  17110
11
     COUNSEL FOR DEFENDANT KATHY BOOCKVAR:
12
         Daniel T. Donovan, Esquire
13       Michael A. Glick, Esquire
         Kirkland & Ellis, LLP
14       1301 Pennsylvania Avenue, N.W.
         Washington, D.C.  20004
15
         Daniel T. Brier, Esquire
16       Myers, Brier & Kelly, LLP
         425 Spruce Street, Suite 200
17       Scranton, PA  18503

18       Keli M. Neary, Exec. Deputy Attorney General (via Webex)
         Pennsylvania Office of Attorney General
19       Civil Law Division
         Strawberry Square, 15th Floor
20       Harrisburg, PA  17120

21

22

23

24

25
```

```
 1                     APPEARANCES (cont'd.)

 2
     COUNSEL FOR DEFENDANTS ALLEGHENY, CHESTER, MONTGOMERY &
 3   PHILADELPHIA COUNTIES:

 4        Mark A. Aronchick, Esquire (via Webex)
          Michele D. Hangley, Esquire
 5        Hangley, Aronchick, Segal, Pudlin & Schiller
          One Logan Square, 27th Floor
 6        Philadelphia, PA  19103

 7        Andrew F. Szefi, Esquire (via Webex)
          Allegheny County Law Department
 8        445 Fort Pitt Boulevard, Suite 300
          Pittsburgh, PA  15219
 9
     COUNSEL FOR DEFENDANT CENTRE COUNTY:
10
          Elizabeth A. Dupuis, Esquire
11        Babst, Calland, Clements and Zomnir, P.C.
          330 Innovation Boulevard, Suite 302
12        State College, PA  16803

13        Molly E. Meacham, Esquire
          Babst, Calland, Clements and Zomnir, P.C.
14        Two Gateway Center
          603 Stanwix Street, 6th Floor
15        Pittsburgh, PA  15222

16   COUNSEL FOR DEFENDANT DELAWARE COUNTY:

17        Terence M. Grugan, Esquire
          Edward D. Rogers, Esquire (via Webex)
18        Ballard Spahr, LLP
          1735 Market Street, 51st Floor
19        Philadelphia, PA  19103

20   COUNSEL FOR DEFENDANT NORTHAMPTON COUNTY:

21        Timothy P. Brennan, Esquire (via Webex)
          County of Northampton
22        669 Washington Street
          Easton, PA  18042
23
          Brian J. Taylor, Esquire (via Webex)
24        King, Spry, Herman, Freund & Faul, LLC
          One West Broad Street, Suite 700
25        Bethlehem, PA  18018
```

```
 1                        APPEARANCES (cont'd.)

 2
     COUNSEL FOR INTERVENOR DEFENDANTS NAACP-PSC, COMMON CAUSE PA,
 3   LEAGUE OF WOMEN VOTERS OF PA, BLACK POLITICAL EMPOWERMENT
     PROJECT, GAJDA, HIGGINS, LARA, MORALES, PRICE, STOVER, AYENI &
 4   STEVENS:

 5       Witold J. Walczak, Esquire
         American Civil Liberties Union of PA
 6       P.O. Box 23058
         Pittsburgh, PA  15222
 7
         David M. Zionts, Esquire
 8       Covington & Burling, LLP
         One City Center
 9       850 Tenth Street, N.W.
         Washington, D.C.  20001
10
         Benjamin D. Geffen, Esquire
11       The Public Interest Law Center
         2 Penn Center
12       1500 John F. Kennedy Boulevard, Suite 802
         Philadelphia, PA  19102
13
     COUNSEL FOR INTERVENOR DEFENDANT DEMOCRATIC NATIONAL COMMITTEE:
14
         Uzoma Nkwonta, Esquire
15       Marc E. Elias, Esquire
         Perkins Coie, LLP
16       700 13th Street, N.W., Suite 600
         Washington, D.C.  20005
17
         Clifford B. Levine, Esquire
18       Dentons, Cohen & Grigsby, P.C.
         625 Liberty Avenue, 5th Floor
19       Pittsburgh, PA  15222

20       Ari Holtzblatt, Esquire
         Seth P. Waxman, Esquire (via Webex)
21       Wilmer Hale
         1875 Pennsylvania Avenue, N.W.
22       Washington, D.C.  20006

23

24

25
```

5

```
 1                        I N D E X
 2
 3                                                      PAGE
 4   Argument by Mr. Giuliani                             14
 5   Argument By Mr. Donovan                              33
 6   Argument By Mr. Aronchick                            66
 7   Argument by Ms. Dupuis                               93
 8   Argument By Mr. Nkwonta                              95
 9   Argument By Mr. Zionts                              100
10   Questions by The Court                              106
```

of the ballot, because the minute they're separated, the ballot goes off anonymous and it's lost forever. You can never link it to the certifying paper. And things could be wrong with it, but you can't figure out which vote to cancel. So that's why so much emphasis is put on the inspection process before this became a major way of voting.

That ability to inspect now becomes critical. It is our only way to assure that this new form of voting, which has been widely criticized as open to massive fraud, can be at all policed. And it has been not violated in this case, it's been trashed. It's been stepped all over. It's been disregarded here and in ten other places in an eerily similar pattern.

And also, in the places it happens, they just all happen to be big cities controlled by Democrats who, all of the sudden, have decided that you don't have a right to inspect an absentee ballot. Fifty states have this rule. I don't remember this problem ever existing before.

The point is, Your Honor, this is not an accident. You'd have to be a fool to think this was an accident. You'd have to be a fool to think that somebody woke up in Philadelphia and in Pittsburgh and in Milwaukee and in Detroit and in Phoenix and all the way in Las Vegas and then way back in Atlanta and they decided, oh, we're going to shut out all the Republicans today, we're not going to let them see a single absentee ballot.

And they also did it with very similar devices,
like -- and I can give the court and co-counsel these pictures,
like all these fences they put up. The witnesses will describe
them as corrals or cages. They must have had a subcontract
with a major company to get all of them in all these places.

So the point that I'm making, Your Honor, is, this is
not an isolated case, peculiar just to Pittsburgh,
Philadelphia, or the Commonwealth of Pennsylvania. This
happened in at least ten other jurisdictions at precisely the
same time.

Let me get to the individual plaintiffs because in
many ways what happened to them is totally outrageous.
Mr. Roberts -- I'm sorry, Mr. Henry, who is in Lancaster
County, voted by absentee ballot. I believe he made a mistake
in his vote for absentee ballot, a critical mistake, usually,
under your law, which is he failed to insert the ballot in the
secrecy envelope.

So the ballot looks something like this. I used to
vote by absentee ballot a lot because I traveled a lot. And
you're supposed to put it in an inner envelope. Outer envelope
has all the information we need to see. And I've been in these
contests myself in New York. They're kind of like wrestling
matches.

And instead of doing it this way, he unfortunately
just put the ballot in without the -- they call it the secure

```
 1              CERTIFICATE OF OFFICIAL COURT REPORTER

 2

 3

 4       I, Lori A. Shuey, Federal Certified Realtime Reporter, in

 5  and for the United States District Court for the Middle

 6  District of Pennsylvania, do hereby certify that pursuant to

 7  Section 753, Title 28, United States Code, that the foregoing

 8  is a true and correct transcript to the best of my ability of

 9  the stenographically reported proceedings held in the

10  above-captioned matter and that the transcript page format is

11  in conformance with the regulations of the Judicial Conference

12  of the United States.

13       Dated in Harrisburg, Pennsylvania, this 21st day of

14  November, 2020.

15

16                          **/s/ Lori A. Shuey**
                            Lori A. Shuey
17                          Federal Certified Realtime Reporter

18

19

20

21

22

23

24

25
```