# Exhibit 2

OFFICE OF THE CLERK

Supreme Court of Wisconsin

110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WI 53701-1688

TELEPHONE (608) 266-1880
FACSIMILE (608) 267-0640
Web Site: www.wicourts.gov



December 3, 2020

**To:**

Joshua Kaul
Charlotte Gibson
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857

Karen L. Mueller
Amos Center for Justice and Liberty
18261 57th Avenue
Chippewa Falls, WI 54729

Charles G. Curtis
Michelle M. Umberger
Sopen B. Shah
Will M. Conley
Perkins Coie LLP
One East Main St., Ste. 201
Madison, WI 53703

Matthew W. O'Neill
Fox, O'Neill & Shannon, S.C.
622 North Water Street Suite 500
Milwaukee, WI 53202

*Address list continued on Page 2

You are hereby notified that the Court has entered the following order:

No. 2020AP1958-OA   Mueller v. Jacobs

A petition for leave to commence an original action under Wis. Stat. § (Rule) 809.70 has been filed on behalf of petitioner, Dean W. Mueller. A response has been filed by respondents, Ann S. Jacobs, in her official capacity as chair of the Wisconsin Elections Commission, et al. A motion to intervene has been filed by proposed intervenor-respondent, Democratic National Committee. The court having considered all of the filings,

IT IS ORDERED that the petition for leave to commence an original action is denied; and

IT IS FURTHER ORDERED that the motion to intervene is denied as moot.

PATIENCE DRAKE ROGGENSACK, C.J., ANNETTE KINGSLAND ZIEGLER, J., and REBECCA GRASSL BRADLEY, J. (*dissenting*).  This court cannot continue to shirk its institutional responsibilities to the people of Wisconsin.

---

Sheila T. Reiff
Clerk of Supreme Court

Address list continued:

David S. Lesser
Jamie Dycus
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Marc E. Elias
John Devaney
Zachary J. Newkirk
Perkins Coie LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005

Seth P. Waxman
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006