# Exhibit 11



# Election Administration Manual

for
Wisconsin Municipal Clerks

Wisconsin Elections Commission

September 2020

Case 2:20-cv-01785-BHL   Filed 12/08/20   Page 2 of 4   Document 101-11

App. 200

> > i. The clerk is not required to provide postage on certificate envelopes that will be returned from outside of the United States.
>
> g. For military and overseas voters, use the postage paid envelopes; EL-120m mailer envelope and the EL-122m certificate envelope.

6. Mail the Absentee Carrier Envelope to the mailing address provided by the absentee elector within one business day of receiving the request. Wis. Stat. § 7.15(1)(cm).

7. The clerk maintains the Absentee Ballot Log (EL-124).

    a. The Absentee Ballot Log (EL-124) is used to track the events that occur during the absentee ballot process (e.g. application received, ballot issued, ballot canceled, 2nd ballot issued, ballot received, ballot counted, etc.)

    b. The Absentee Ballot Log (EL-124) enables the clerk to track any problems with the absentee certificate envelope (missing certificate, voter signature, witness signature and address, or two SVD signatures) and communicate this information to the election inspectors so they can reject the ballot if the error is not corrected by 8:00 p.m. on Election Day.

    c. Municipal clerks who maintain their own WisVote data may also track absentee ballots and print ballot labels in WisVote.

    d. The Absentee Ballot Log (EL-124) is sent to the polling place with the absentee ballots on Election Day.

8. An absentee ballot is marked by an absent voter, and sealed in an Absentee Ballot Certificate Envelope (EL-122). The Absentee Ballot Certificate Envelope (EL-122) is then completed and signed by the absentee voter, witnessed by an adult U.S. Citizen, and mailed or delivered in person to the municipal clerk. Wis. Stat. § 6.87(4)(b). <u>Note:</u> The witness for absentee ballots completed by Military, Permanent and Temporary Overseas voters, must be an adult, but does not have to be a U.S. Citizen.

    a. The witness must include their address.

b. Clerks may add a missing witness address using whatever means are available. Clerks should initial next to the added witness address.

*Correcting Defective Absentee Certificate Envelopes*



1. The municipal clerk reviews each absentee certificate envelope when it is returned to the clerk's office for any errors (e.g. missing certificate, voter signature, witness signature and address, or two SVD signatures).

2. If there is an error, the clerk should contact the voter, if possible. Wis. Stat. § 6.87(9).

    a. The voter has the option to correct the absentee certificate envelope in the clerk's office, by mail, or at the polling place/central count location on Election Day.

        i. If the voter wants the original ballot mailed back to them, the clerk shall enclose the original ballot in its unopened certificate