# APPENDIX A

**Jurisdictions In Wisconsin That Received Grants From The CTCL COVID-19 Response Grant Program**

## Cities

Abbotsford
Altoona
Amery
Antigo
Appleton
Barron
Beloit
Brodhead
Brookfield
Chetek
Chilton
Plymouth
Colby
Cuba City
Delafield
Eau Claire
Edgerton
Fitchburg
Fond du Lac
Fort Atkinson
Green Bay
Hudson
Janesville
Kenosha
Kewaunee
Lake Mills
Lancaster
Madison
Marathon
Marinette
Marshfield
Menasha
Milton
Milwaukee
Monona
Mosinee
Niagara
Omro
Peshtigo

Pittsville
Platteville
Racine
Rice Lake
River Falls
Schofield
Sun Prairie
Two Rivers
Waukesha
Wausau
West Allis

**Counties**

Marathon

**Towns**

Amberg
Athelstane
Aztalan
Beaver
Beaver
Beecher
Beetown
Beetown
Bennett
Bergen
Berlin
Bern
Bevent
Brazeau
Brighton (Marathon County)
Brothertown
Brule
Calumet
Cassel
Chetek
Chilton
Cleveland
Clinton
Dodge
Dunbar
Eagle (Waukesha County)
Easton
Eau Pleine

Emmet, Marathon County
Evergreen
Farmington
Forest (Richland County)
Frankfort
Franzen
Freedom
Friendship
Fulton
Genesee
Gillett
Goodman
Green Valley
Greenbush
Grover
Guenther
Halsey
Hamburg, Marathon County
Hamilton
Harrison (Calumet County)
Harrison (Lincoln County)
Hazel Green
Hewitt
Holton
Hull
Ixonia
Johnson
Knowlton
La Prairie
Lake
Lake Mills
Lawrence
Liberty
Lima
Lisbon
Little River
Long Lake
Maple Grove
Marathon
Marshall
Marshall
McMillan
Medina
Metomen
Milton
Morgan

Morrison
Mosinee
Mount Hope
Mountain
Norrie
Oakland
of Day
Onalaska
Ottawa
Palmyra
Paris
Pembine
Perry
Peshtigo
Pittsfield
Plover
Plymouth
Porterfield
Pound
Prairie Lake
Red Springs
Reid
Rhine
Rib Falls
Rib Mountain
Rice Lake
Rietbrock
Ringle
Riverview
Rock
Rush River
Sheboygan Falls
Silver Cliff
Spencer
Springfield
Stanfold
Stettin
Superior
Taycheedah
Texas
Troy
Turtle
Wausau
Weston
Westport
Wien

4

Wrightstown (Brown County)

**<u>Villages</u>**

Athens
Biron
Black Earth
Cambridge
Campbellsport
Clear Lake
Clinton
Coleman
Cottage Grove
Crivitz
Dickeyville
Edgar
Elderon
Elkhart Lake
Endeavor
Ettrick
Fenwood
Footville
Hammond
Hatley
Hazel Green
Iron Ridge
Kekoskee
Kronenwetter
Luck
Maine
McFarland
Minong
Montfort
Oakfield
Ontario
Osceola
Palmyra
Pound
Readstown
Rockland
Rothschild
Solon Springs
Spencer
Stratford
Superior
Tennyson

Turtle Lake
Unity
Waldo
Waunakee
Wausaukee
Weston
Wilton