UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the
United States of America,

    Plaintiff,

v.                                           Case No.: 2:20-cv-01785-BHL

THE WISCONSIN ELECTIONS COMMISSION, and its
Members, ANN S. JACOBS, MARK L. THOMSEN,
MARGE BOSTELMANN, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official capacities,
SCOTT MCDONELL in his official capacity as the Dane
County Clerk, GEORGE L. CHRISTENSON in his
official capacity as the Milwaukee County Clerk,
JULIETTA HENRY in her official capacity as the
Milwaukee Election Director, CLAIRE WOODALL-
VOGG in her official capacity as the Executive Director
of the Milwaukee Election Commission, MAYOR TOM
BARRETT, JIM OWCZARSKI, MAYOR SATYA
RHODES-CONWAY, MARIBETH WITZEL-BEHL,
MAYOR CORY MASON, TARA COOLIDGE,
MAYOR JOHN ANTARAMIAN, MATT KRAUTER,
MAYOR ERIC GENRICH, KRIS TESKE, in their
official capacities; DOUGLAS J. LA FOLLETTE,
Wisconsin Secretary of State, in his official capacity, and
TONY EVERS, Governor of Wisconsin, in his official capacity,

    Defendants.

**DISCLOSURE STATEMENT**

The undersigned, as counsel of record for defendants Scott McDonell, Mayor Satya Rhodes-Conway and Maribeth Witzel-Behl, provide the following information in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1:

1. Full name of every party the attorney represents in this matter:

    Scott McDonell
    Mayor Satya Rhodes-Conway
    Maribeth Witzel-Behl

2. Parent corporation and stockholders:

    a. Parent corporation, if any:

       Not applicable.

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus:

       Not applicable.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

    Boardman & Clark LLP

Dated this 8th day of December, 2020.

                BOARDMAN & CLARK LLP
                By

                */s/ Michael P. May*
                Michael P. May, SBN 1011610
                James E. Bartzen, SBN 1003047
                Barry J. Blonien, SBN 1078848
                Attorneys for Defendants Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl and Scott McDonell

                U.S. Bank Plaza, Suite 410
                1 South Pinckney Street
                P.O. Box 927
                Madison, Wisconsin 53701-0927
                (608) 257-9521
                mmay@boardmanclark.com
                jbartzen@boardmanclark.com
                bblonien@boardmanclark.com