UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 2:-20-cv-01785-BHL<br>)<br>) |
| The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR LEAVE TO FILE ONE OVERSIZED REPLY BRIEF OF UP TO FIFTY (50) PAGES IN LENGTH

Plaintiff Donald J. Trump, by counsel, moves the Court for leave to file one (1) oversized Reply brief of not more than fifty (50) pages, and in support, states as follows:

1. Plaintiff filed his Complaint on December 2, 2020.

2. This Court held a status conference on December 4, 2020, and thereafter ordered Defendants and Intervenors to file briefs in response to Plaintiff's Motion for Expedited Declaratory and Injunctive Relief by 5:00 p.m. (CST) on December 8, 2020, and Plaintiff to file replies by noon (CST) December 9, 2020.

3. This matter proceeds to trial on December 10, 2020, commencing at 9:00 a.m. (CST).

4. Defendants (including Intervenors) and amici filed eleven briefs, not including a joinder. (*See* ECF 70, 75, 76, 81, 87, 94, 98, 100, 101, 106, 107)

5. Local Rule 7(c) limits the length of a Reply Brief to fifteen (15) pages.

6. In the interests of judicial efficiency, rather than file eleven replies which would have permitted up to 165 pages of briefing, Plaintiff has compiled and filed one Reply brief of not more than fifty (50) pages (not including caption, table of contents, and certificate of service.

7. By filing one brief, Plaintiff avoids repetition of arguments relating to multiple Defendants. However, the divergent issues raised by the parties could not reasonably be addressed in just fifteen pages.

8. Due to the expedited nature of this action and the fact Defendants' response briefs were filed less than twenty-four hours ago, Plaintiff could not reasonably have sought the requested leave in advance of the deadline to file Replies.

Therefore Plaintiff Donald J. Trump moves for leave to file an oversized Reply brief up to fifty (50) pages, and all other just and proper relief.

Respectfully Submitted,

KROGER, GARDIS & REGAS, LLP

/s/ William Bock, III
William Bock III, Indiana Attorney No. 14777-49
James A. Knauer, Indiana Attorney No. 5436-49
Kevin D. Koons, Indiana Attorney No. 27915-49

ATTORNEYS FOR PLAINTIFF DONALD J. TRUMP

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000

## CERTIFICATE OF SERVICE

A copy of the foregoing document was served upon all parties' counsel of record via this Court's CM/ECF service on this 9th day of December, 2020.

/s/ William Bock, III