UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. )<br>)<br>)<br>)<br>Defendants. ) | Case No. 2:-20-cv-01785-BHL |

**ORDER ON**

**MOTION FOR LEAVE TO FILE ONE OVERSIZED REPLY BRIEF OF UP TO THIRTY (30) PAGES IN LENGTH**

This cause having come before this Court on the Plaintiff Donald J. Trump's

Motion for Leave to File Oversized Reply Brief of Up to Thirty (30) Pages in Length,

and the Court having reviewed said Motion finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Donald J. Trump is granted leave to file an oversized Reply brief of fifty (50) pages.

Dated: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE, U.S. District Court
　　　　　　　　　　　　　　　　　　Eastern District of Wisconsin

Copies to Counsel of Record