# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Donald J. Trump, Candidate for President of the USA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-01785 |
| The Wisconsin Elections Commission, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Center for Tech and Civic Life  .

Date:   12/09/2020

s / Harmann Singh
*Attorney's signature*

Harmann Singh, NY Bar No. 5811021
*Printed name and bar number*

Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
*Address*

asingh@kaplanhecker.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*