UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the
United States of America,

      Plaintiff,

v.                                                                           Case No.: 2:20-cv-01785-BHL

THE WISCONSIN ELECTIONS COMMISSION, and its
Members, ANN S. JACOBS, MARK L. THOMSEN,
MARGE BOSTELMANN, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official capacities,
SCOTT MCDONELL in his official capacity as the Dane
County Clerk, GEORGE L. CHRISTENSON in his
official capacity as the Milwaukee County Clerk,
JULIETTA HENRY in her official capacity as the
Milwaukee Election Director, CLAIRE WOODALL-
VOGG in her official capacity as the Executive Director
of the Milwaukee Election Commission, MAYOR TOM
BARRETT, JIM OWCZARSKI, MAYOR SATYA
RHODES-CONWAY, MARIBETH WITZEL-BEHL,
MAYOR CORY MASON, TARA COOLIDGE,
MAYOR JOHN ANTARAMIAN, MATT KRAUTER,
MAYOR ERIC GENRICH, KRIS TESKE, in their
official capacities; DOUGLAS J. LA FOLLETTE,
Wisconsin Secretary of State, in his official capacity, and
TONY EVERS, Governor of Wisconsin, in his official capacity,

      Defendants.

## DISCLOSURE STATEMENT

The undersigned, as counsel of record for defendants Cory Mason, Mayor of the City of Racine, Tara Coolidge, City Clerk of the City of Racine, John Antaramian, Mayor of the City of Kenosha, Matt Krauter, City Clerk of the City of Kenosha, Eric Genrich, Mayor of the City of

Green Bay, and Kris Teske, City Clerk of the City of Green Bay, provide the following information in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1:

1. Full name of every party the attorney represents in this matter:

    Mayor Cory Mason
    Tara Coolidge
    Mayor John Antaramian
    Matt Krauter
    Mayor Eric Genrich
    Kris Teske

2. Parent corporation and stockholders:

    a. Parent corporation, if any:

        Not applicable.

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus:

        Not applicable.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

    Lawton & Cates, S.C.

Dated this 9th day of December, 2020.    LAWTON & CATES, S.C.

/s/ Dixon R. Gahnz
Dixon R. Gahnz, SBN: 1024367
Daniel P. Bach, SBN: 1005751
Daniel S. Lenz, SBN: 1082058
Terrence M. Polich, SBN: 1031375

345 W. Washington Avenue, Suite 201
P.O. Box 2965
Madison, WI 53701-2965
Phone: (608) 282-6200
Fax: (608) 282-6252
dgahnz@lawtoncates.com

dbach@lawtoncates.com
dlenz@lawtoncates.com
tpolich@lawtoncates.com