| | |
|---|---|
| **From:** | William Bock, III |
| **To:** | Mary Myers; finkelmeyer@doj.state.wi.us; jmcarr@milwaukee.gov; jbartzen@boardmanclark.com; rothct@doj.state.wi.us; mmay@boardmanclark.com; pmcla@milwaukee.gov; kilpatricksc@doj.state.wi.us; mmay@boardmanclark.com; Andrew Jones; pmccla@milwaukee.gov; tstjun@milwaukee.gov; dbach@lawtocates.com; jmandell@staffordlaw.com |
| **Cc:** | Kevin Koons; James Knauer; Steve Runyan |
| **Subject:** | RE: Trump v. WEC -- Revised Draft Stipulation |
| **Date:** | Wednesday, December 9, 2020 3:43:26 PM |
| **Attachments:** | image002.png<br>Draft Stipulation (revised following meet and confer).docx |

Counsel,

Thank you for your time during our meet and confer earlier today. On the call you requested that the Plaintiff identify a stipulation that would obviate the need for calling Meagan Wolfe, Claire Woodall-Vogg, Mayor Tom Barrett and Maribeth Witzel-Behl. Without conceding any point and reserving all arguments, I am attaching a proposed stipulation that would address some facts relevant to the question of the materiality of the identified constitutional violations that would lead us to be willing not to call these witnesses. This proposed stipulation constitutes an offer in compromise as to the testimony of these witnesses and unless and until executed should not be relied upon for any other purpose.

I realize this does not leave a great deal of time to consider before the pre-hearing conference, however, I can assure you that this is all I have worked on since our call.

Kind regards,

Bill Bock

William Bock, III | Partner



**KROGER GARDIS & REGAS, LLP**
—ATTORNEYS—

111 Monument Circle Suite 900
Indianapolis, IN 46204-5125
Phone: (317) 777-7412
Fax: (317) 264-6832
Mobile: (317) 698-7332
WBock@kgrlaw.com   www.kgrlaw.com
Follow us on Twitter and LinkedIn and visit our Blog

RATED BY
Super Lawyers

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail transmissions attached to it, contain information that is confidential and may be legally privileged. If you are not the intended recipient of this transmission, or a person responsible for delivering it to the intended recipient, you are notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving or forwarding it in any manner. Thank you for your consideration.

**From:** Mary Myers

**Sent:** Wednesday, December 9, 2020 12:31 PM
**To:** finkelmeyer@doj.state.wi.us; jmcarr@milwaukee.gov; jbartzen@boardmanclark.com; rothct@doj.state.wi.us; mmay@boardmanclark.com; pmcla@milwaukee.gov
**Cc:** William Bock, III; Kevin Koons; James Knauer; Steve Runyan
**Subject:** Trump v. WEC -- Draft Stipulation

Counsel—

At Bill Bock's instruction, attached is a draft copy of the proposed stipulation for discussion at the meet and confer conference today. You will also be receiving in the next few minutes an invitation to a Box account that contains some additional documents for you to review prior to the meet and confer. Thank you.

Mary Myers | Paralegal



**KROGER GARDIS & REGAS, LLP**
—ATTORNEYS—

111 Monument Circle Suite 900
Indianapolis, IN 46204-5125
Phone: (317) 777-7430
Fax: (317) 264-6832
Mobile: (317) 445-0477
MMyers@kgrlaw.com   www.kgrlaw.com
Follow us on Twitter and LinkedIn and visit our Blog

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail transmissions attached to it, contain information that is confidential and may be legally privileged. If you are not the intended recipient of this transmission, or a person responsible for delivering it to the intended recipient, you are notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving or forwarding it in any manner. Thank you for your consideration.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

Donald J. Trump, Candidate for President of
the United States of America,

    Plaintiff,

vs.

The Wisconsin Elections Commission, et al.

    Defendants.

Case No. 2:20-cv-01785-BHL

## STIPULATION REGARDING ADMISSIBILITY OF DOCUMENTS

Plaintiff Donald J. Trump, by counsel, and Defendants the Wisconsin Elections Commissions and its members ("WEC"), Secretary of State Douglas J. La Follette, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Scott McDonnell, Mayor Tom Barrett, Claire Woodall-Vogg, and Jim Owczarski [insert all Defendants] (the "Defendants"), all by counsel, stipulate to the following:

1. The Defendants agree and stipulate that the following documents, more particularly identified in the table below, are admissible into evidence in their entirety and useable for all purposes:

Plaintiff's Exhibits:

2, 12, 13, 14, 18, 26, 28, 29, 32, 35, and 36.

2. The Defendants agree and stipulate that portions of the following documents, specifically identified in the table below, include quotes by Defendants that are true and accurate records of their prior statements and useable for all purposes:

Plaintiff's Exhibits 1, 3, 4, 16, 24, 25 and 37.

| 1 | Assembly Speaker Calls for Investigation of Wisconsin Election |
|---|---|
| 2 | Guidance Indefinitely Confined Electors, *Wisconsin Election Commission* – March 29, 2020 |
| 3 | Scott McDonell Facebook post regarding important voting information |
| 4 | Absentee Voters in Milwaukee, Dane Counties can say they're 'Indefinitely Confined' and skip photo ID, clerks say, *Milwaukee Journal Sentinel* – March 25, 2020 updated March 26, 2020 |
| 12 | Wisconsin Safe Voting Plan, *Center for Tech and Civic Life* – *June 15, 2020* |
| 13 | Absentee Drop Box Guidance, *Wisconsin Elections Commission* – August 19, 2020 |
| 14 | Absentee Drop Box Information, *Wisconsin Elections Commission* – August 19, 2020 |
| 16 | Ballot Drop Boxes offer a "Safe Place" for voting, *Wisconsin Center for Investigative Journalism* |
| 18 | Drop Box List, *Wisconsin Elections Commission* |
| 24 | Milwaukee gears up for historic election in which 70% of voters may not cast a ballot, *Milwaukee Journal Sentinel* – Sept. 15, 2020 |
| 25 | Milwaukee Absentee Ballot Drop Boxes Replaced this Week with Permanent Versions, *Milwaukee Journal Sentinel* – Oct. 27, 2020 |
| 26 | City of Madison Unveils Secure Absentee Ballot Drop Boxes, *City of Madison Clerk* – October 16, 2020 |
| 28 | CTCL partners with 5 Wisconsin cities to Implement Safe Voting Plan, *Center for Tech and Civic Life* – July 7, 2020 |
| 29 | Voter turnout in Madison, Dane County Surpasses record 2016 Numbers, *City of Madison by Vanessa Reza* – Nov. 4, 2020 |
| 32 | WEC Prepares for Fall Elections by Approving Block Grants to Municipalities and Mailing to Voters, *Wisconsin Elections Commission*- May 29, 2020 |
| 35 | Spoiling Absentee Ballot Guidance, *Wisconsin Elections Commission* – Oct. 19, 2020 |
| 36 | Uniform Instructions for Wisconsin Absentee Voters, *Wisconsin Elections Commission* |
| 37 | What Poll Watchers Can and Can't do at Wisconsin Voting Sites, *Milwaukee Journal Sentinel* – Oct. 20, 2020 |

Additionally, the Defendants agree that the following documents are also admissible into evidence in their entirety:

- Affidavit of Claire Woodall-Vogg – November 27, 2020
- Plaintiff's Submission of Excerpts from Wisconsin Election Code
- Wisconsin Elections Commission Questions and Answers with Clerks (WEC000098-WEC000102)
- WEC's Responses to Plaintiff's Requests for Admissions and Document Requests
- "Organizing and Processing Absentee Ballots" Screenshot from WEC Training Video
- "WEC Clerks Training Video 2020"
- WEC Response to Discovery Request No. 1 – Concerning Absentee Ballot Drop Boxes

- WEC Response to Discovery Request No. 2 – Concerning Altering Absentee Ballot Certifications
- WEC Response to Discovery Request No. 3 – Concerning Public Access

3. The Defendants agree and stipulate that the following documents, constituting Plaintiff's trial exhibits, more particularly identified in the table below, are admissible into evidence in their entirety and useable for all purposes.

4. The Defendants agree and stipulate that all documents filed by a defendant in this case, including but not limited to the Affidavit of Claire Woodall-Vogg and all attachments thereto, are admissible into evidence in their entirety.

5. The Defendants agree that the Clerk and election officials in Milwaukee County, the City of Milwaukee, Dane County, and the City of Madison had no written standards used to guide their alteration, curing or adding to absentee ballot witness certificate addresses other than any guidance from the WEC contained in the documents identified above

6. The Defendants agree and stipulate that a total of [insert number] absentee ballots were cast and counted in the 2020 presidential election in Wisconsin (the "2020 Election"), as of the conclusion of the recount proceedings in state court (and before any appeal in those proceedings) (the "Recount Conclusion Date").

7. The Defendants agree and stipulate that a total of [insert number] absentee ballots were collected in absentee ballot drop boxes in the 2020 Election in Wisconsin as of the Recount Conclusion Date and of this number, [insert number] of these ballots were counted in the 2020 Election as of the Recount Conclusion Date.

8. The Defendants agree and stipulate that a total of [insert number] absentee ballots were collected in absentee ballot drop boxes in the 2020 Election in Dane County, Wisconsin (including the City of Madison and any other municipalities located in Dane County) as of the Recount Conclusion Date and of this number, [insert number] of these ballots were counted in

3

the 2020 Election as of the Recount Conclusion Date.

9. The Defendants agree and stipulate that a total of [insert number] absentee ballots were collected in absentee ballot drop boxes in the 2020 Election in Milwaukee County, Wisconsin (including the City of Milwaukee and any other municipalities located in Milwaukee County) as of the Recount Conclusion Date and of this number, [insert number] of these ballots were counted in the 2020 Election as of the Recount Conclusion Date.

10. The Defendants agree and stipulate that a total of [insert number] absentee ballots were collected through Democracy in the Park events in the 2020 Election in Dane County, Wisconsin (including the City of Madison and any other municipalities located in Dane County) as of the Recount Conclusion Date and of this number, [insert number] of these ballots were counted in the 2020 Election as of the Recount Conclusion Date.

11. The Defendants agree and stipulate that a total of [insert number] absentee ballots were collected through Democracy in the Park Events in the 2020 Election in Milwaukee County, Wisconsin (including the City of Milwaukee and any other municipalities located in Milwaukee County) as of the Recount Conclusion Date and of this number, [insert number] of these ballots were counted in the 2020 Election as of the Recount Conclusion Date.

12. The Defendants agree and stipulate that a total of [insert number] of absentee ballots that were counted as valid votes as of the Recount Conclusion Date had aspects of the Witness address certification physically changed by an election worker (including but not limited to by a Clerk or an employee of a Clerk or other Election Administrator) in the 2020 Election in Wisconsin.

13. The Defendants agree and stipulate that a total of [insert number] of absentee ballots that were counted as valid votes as of the Recount Conclusion Date had aspects of the

Witness address certification physically changed by an election worker (including but not limited to by a Clerk or an employee of a Clerk or other Election Administrator) in the 2020 Election in Dane County, Wisconsin (including the City of Madison and any other municipality in Dane County).

14. The Defendants agree and stipulate that a total of [insert number] of absentee ballots that were counted as valid votes as of the Recount Conclusion Date had aspects of the Witness address certification physically changed by an election worker (including but not limited to by a Clerk or an employee of a Clerk or other Election Administrator) in the 2020 Election in in Milwaukee County, Wisconsin (including the City of Milwaukee and any other municipality in Milwaukee County).

15. The Defendants agree and stipulate that a total of [insert number] absentee ballots were cast and counted in the 2016 presidential election in Wisconsin and from voters who received an absentee ballot by virtue of contending they were indefinitely confined or otherwise disabled.

16. The Defendants agree and stipulate that as of December 31, 2019, a total of [insert number] voters in Wisconsin were listed in official records as having identified themselves as indefinitely confined or otherwise disabled.

17. The Defendants agree and stipulate that as of March 1, 2020, a total of [insert number] voters in Wisconsin were listed in official records as having identified themselves as indefinitely confined or otherwise disabled.

18. The Defendants agree and stipulate that as of March 1, 2020, a total of [insert number] voters in Dane County, Wisconsin (including the City of Madison and all other municipalities in Dane County) were listed in official records as having identified themselves as

indefinitely confined or otherwise disabled.

19. The Defendants agree and stipulate that as of March 1, 2020, a total of [insert number] voters in Milwaukee County, Wisconsin (including the City of Milwaukee and all other municipalities in Milwaukee County) were listed in official records as having identified themselves as indefinitely confined or otherwise disabled.

20. The Defendants agree and stipulate that a total of [insert number] absentee ballots were cast and, as of the Recount Date, counted in the 2020 Election in Wisconsin from voters who received an absentee ballot by virtue of contending they were indefinitely confined or otherwise disabled.

21. The Defendants agree and stipulate that as of November 3, 2020, a total of [insert number] voters in Dane County, Wisconsin (including the City of Madison and all other municipalities in Dane County) were listed in official records as having identified themselves as indefinitely confined or otherwise disabled and [insert number] of these voters had their vote counted in the Election as of the Recount Date.

22. The Defendants agree and stipulate that as of November 3, 2020, a total of [insert number] voters in Milwaukee County, Wisconsin (including the City of Milwaukee and all other municipalities in Milwaukee County) were listed in official records as having identified themselves as indefinitely confined or otherwise disabled and [insert number] of these voters had their vote counted in the Election as of the Recount Date.

23. The Defendants agree that election workers who received absentee ballots at Democracy in the Park events were referred to by election officials as "human drop boxes."

Therefore, the Parties, by counsel, stipulate to the foregoing.

Date: _____     Date: _____

6

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 8 of 9   Document 115-1

| | |
|---|---|
| William Bock III, Indiana Atty. No. 14777-49<br>James A. Knauer, Indiana Atty. No. 5436-49<br>Kevin D. Koons, Indiana Atty. No. 27915-49<br>Kroger, Gardis & Regas, LLP<br>111 Monument Circle, Suite 900<br>Indianapolis, Indiana 46204-5125<br>Reception: (317) 692-9000<br><br>*Attorneys for Plaintiff Donald J. Trump* | Joshua L. Kaul<br>Attorney General of Wisconsin<br>Signed by:<br>Colin T. Roth<br>Assistant Attorney General<br>SBN #1103985<br><br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 264-6219 (CTR)<br>rothct@doj.state.wi.us<br><br>*Attorneys for Defendants Wisconsin Elections Commission and its members, and Secretary of State La Follette* |
| Date: _____ | Date: _____ |
| Michael P. May, SBN 1011610<br>James E. Bartzen, SBN 1003047<br>Barry J. Blonien, SBN 1078848<br>Boardman & Clark LLP<br><br>U.S. Bank Plaza, Suite 410<br>1 South Pinckney Street<br>P.O. Box 927<br>Madison, Wisconsin 53701-0927<br>(608) 257-9521<br>mmay@boardmanclark.com<br>jbartzen@boardmanclark.com<br>bblonien@boardmanclark.com<br><br>*Attorneys for Defendants Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl and Scott McDonnell* | Tearman Spencer<br>City Attorney, SBN 1030676<br>Signed by:<br>James M. Carroll (SBN 1068910)<br><br>City of Milwaukee<br>Milwaukee City Attorney's Office<br>200 E. Wells Street, Room 800<br>Milwaukee, WI 53202-3515<br>Telephone: (414) 286-2601<br>Facsimile: (414) 286-8550<br>jmcarr@milwaukee.gov<br><br>*Attorneys for Defendants, Tom Barrett, Claire Woodall-Vogg, and Jim Owczarski* |