UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity.<br><br>    Defendants. | Case No. 2:-20-cv-01785-BHL |

**PLAINTIFF'S EXHIBIT LIST**

  Plaintiff Donald J. Trump, by counsel, identifies the exhibits he presently intends to use at the hearing in this matter pursuant to paragraph 1 of the Court's Order Establishing Exhibit Procedures of December 8, 2020 (Doc. 63). Plaintiff presently expects to offer the following exhibits:

Exhibits

| | |
|---|---|
| 1 | Assembly Speaker Calls for Investigation of Wisconsin Election |
| 2 | Guidance Indefinitely Confined Electors, *Wisconsin Election Commission* – March 29, 2020 |
| 3 | Scott McDonell Facebook post regarding important voting information |
| 4 | Absentee Voters in Milwaukee, Dane Counties can say they're 'Indefinitely Confined' and skip photo ID, clerks say, *Milwaukee Journal Sentinel* – March 25, 2020 updated March 26, 2020 |
| 5 | Rep. Jim Steineke and Sen. Roger Roth: All mail ballot proposal: return to sender, *State Journal* – Apr. 20, 2020 |
| 6 | Republicans say thousands in Wisconsin may have circumvented voter ID requirement, *by Zackary Halaschak Breaking News* Reporter – Nov. 10, 2020 |
| 7 | Report of Commission on Federal Election Reform – Sept. 2005 |
| 8 | Federal Prosecution of Election Offenses – Dec. 2017 |
| 9 | Voting Fraud is a Real Concern, *Opinion by John R. Lott, Jr., President, Crime Prevention Research Center* – August 4, 2020 |
| 10 | As More Vote by Mail, Faulty Ballots Impact Election, *New York Times* |
| 11 | Top Battlegrounds Page, *RealClear Politics* |
| 12 | Wisconsin Safe Voting Plan, *Center for Tech and Civic Life* – June 15, 2020 |
| 13 | Absentee Drop Box Guidance, *Wisconsin Elections Commission* – August 19, 2020 |
| 14 | Absentee Drop Box Information, *Wisconsin Elections Commission* – August 19, 2020 |
| 15 | Ballot Drop Box, CISA |
| 16 | Ballot Drop Boxes offer a "Safe Place" for voting, *Wisconsin Center for Investigative Journalism* |
| 17 | Search for a Ballot Drop Box using this Tool, *Wisconsin Watch* |
| 18 | Drop Box List, *Wisconsin Elections Commission* |
| 19 | Drop Box Information, Hayward Wisconsin, *Wisconsin Watch* |
| 20 | Drop Box Menasha Library, *Wisconsin Watch* |
| 21 | Drop Box Information City of Vermont Dane County, *Wisconsin Watch* |
| 22 | Drop Box Information Village of DeForest Dane County, *Wisconsin Watch* |
| 23 | Drop Box Information Village of Boyd, *Wisconsin Watch* |
| 24 | Milwaukee gears up for historic election in which 70% of voters may not cast a ballot, *Milwaukee Journal Sentinel* – Sept. 15, 2020 |
| 25 | Milwaukee Absentee Ballot Drop Boxes Replaced this Week with Permanent Versions, *Milwaukee Journal Sentinel* – Oct. 27, 2020 |
| 26 | City of Madison Unveils Secure Absentee Ballot Drop Boxes, *City of Madison Clerk* – October 16, 2020 |
| 27 | Drop Box Information City of Madison Dane County, *Wisconsin Watch* |
| 28 | CTCL partners with 5 Wisconsin cities to Implement Safe Voting Plan, *Center for Tech and Civic Life* – July 7, 2020 |
| 29 | Voter turnout in Madison, Dane County Surpasses record 2016 Numbers, *City of Madison by Vanessa Reza* – Nov. 4, 2020 |

| 30 | 84% of registered voters in Green Bay voted in election, *Green Bay Press- Gazette* - Nov. 3, 2020 updated Nov. 4, 2020 |
|---|---|
| 31 | CTCL Receives 250M Contribution to Support Critical Work of Election Officials from Priscilla Chan and Mark Zuckerberg, *Center for Tech and Civic Life* – Sept. 1, 2020 |
| 32 | WEC Prepares for Fall Elections by Approving Block Grants to Municipalities and Mailing to Voters, *Wisconsin Elections Commission*- May 29, 2020 |
| 33 | Affidavit of Bartholomew R. Williams and Jean M. Bury Weymier |
| 34 | Affidavit of Anne Marie Klobuchar |
| 35 | Spoiling Absentee Ballot Guidance, *Wisconsin Elections Commission* – Oct. 19, 2020 |
| 36 | Uniform Instructions for Wisconsin Absentee Voters, *Wisconsin Elections Commission* |
| 37 | What Poll Watchers Can and Can't do at Wisconsin Voting Sites, *Milwaukee Journal Sentinel* – Oct. 20, 2020 |
| 38 | Affidavit of Beth A. Brown |
| 39 | Affidavit of Mary Angelina Horn |
| 40 | Affidavit of Charles A. Armgardt |
| 41 | Affidavit of Steven S. Goetz |
| 42 | Affidavit of Lana Sloane |
| 43 | Affidavit of Kyle Hudson |
| 44 | Affidavit of Jeremy Bowers |
| 45 | Q&A with Meagan Wolfe, *The Capitol Times* – Sept. 8, 2020 |
| 46 | WEC CARES Subgrant Program Announcement – June 17, 2020 |
| 47 | Article and Photograph of Oshkosh City Hall, *Oshkosh Northwestern* - Oct. 18, 2020 |
| 48 | Photograph of Oshkosh City Hall – 2020 |
| 49 | Madison City Clerk Tweet – Sept. 25, 2020 |
| 50 | Madison City Clerk Tweet – Sept. 25, 2020 |
| 51 | Not Used |
| 52 | Wisconsin Republicans tried to stifle plan, *Business Insider* – Sept. 26, 2020 |
| 53 | City of Madison PowerPoint Presentation on Democracy in the Park - Fall 2020 |
| 54 | Photograph of Duffle Bags from City of Madison PowerPoint Presentation on Democracy in the Park - Fall 2020 |
| 55 | Madison's "Democracy in the Park" Event Seems Legal, Says Top Elections Official, *Spectrum News 1* – Oct. 1, 2020 |
| 56 | Video from Madison's "Democracy in the Park" Event Seems Legal, Says Top Elections Official, *Spectrum News 1* – Oct. 1, 2020 |
| 57 | Photograph of Madison's "Democracy in the Park" Event Seems Legal, Says Top Elections Officials, *Spectrum News 1* – Oct. 1, 2020 |
| 58 | Absentee Ballot Drop Boxes Available at 15 locations across the City, Including 13 Milwaukee Public Library Branches, *City.Milwaukee.gov, Press Release* – Sept. 10, 2020 |
| 59 | Madison Receives Nearly 11K Absentee Ballots at Collection Event, *Wisconsin Public Radio* – Sept. 28, 2020 |
| 60 | City's Ballot Boxes Getting Heavy Use, *Urban Milwaukee* – Oct. 6, 2020 |

| 61 | Committee moves forward with grants to help bolster voting access, security, *City.Milwaukee.gov, Common Council Press Release* – July 21, 2020 |
|---|---|
| 62 | Affidavit of Claire Woodall-Vogg – Nov. 27, 2020 |
| 63 | Milwaukee Election Results Expected Around 4 a.m., *Urban Milwaukee* – Nov. 3, 2020 |
| 64 | Milwaukee's Central Count facility will tabulate votes in three shifts on Election Day, *Milwaukee Journal Sentinel* – Nov. 1, 2020 |
| 65 | Audio for Radio Ad for Democracy in the Park by Joe Biden for President |
| 66 | Plaintiffs Submission of Excerpts from Wisconsin Election Code |
| 67 | Wisconsin Elections Commission Question and Answers with Clerks |
| 68 | WEC's Responses to Plaintiff's Requests for Admissions and Document Requests |
| 69 | Tweet by Madison Clerk identifying ballots returned via drop box Oct. 28, 2020 |
| 70 | "Organizing and Processing Absentee Ballots" Screenshot from WEC Training Video |
| 71 | "WEC Clerks Training Video 2020" |
| 72 | WEC Response to Discovery Request No. 1 Concerning Absentee Ballot Drop Boxes – Sept. 26, 2020 |
| 73 | WEC Response to Discovery Request No. 2 Concerning Altering Absentee Ballot Certifications – Sept. 18, 2020 |
| 74 | WEC Response to Discovery Request No. 3 Concerning Public Access |
| 75 | Affidavit of David Bolter |

As specified in the Court's Order, the foregoing list does not include exhibits that may be relied upon for impeachment or rebuttal nor does it include demonstrative aids or summaries. Plaintiff further reserves the right to rely upon any matter as to which the Court may take judicial notice.

Respectfully Submitted,

KROGER, GARDIS & REGAS, LLP

/s/ William Bock, III
William Bock III, Indiana Attorney No. 14777-49
James A. Knauer, Indiana Attorney No. 5436-49
Kevin D. Koons, Indiana Attorney No. 27915-49

ATTORNEYS FOR PLAINTIFF DONALD J. TRUMP

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000

## CERTIFICATE OF SERVICE

A copy of the foregoing document was served upon all parties' counsel of record via this Court's CM/ECF service on this 9th day of December, 2020.

/s/ William Bock, III