MADISON MAIN

# Search for a ballot drop box in your community using this tool

By Nora Eckert (Wisconsin Watch) October 27, 2020



With Election Day just days away, voters are being urged to deposit their absentee ballots in one of the over 500 secure drop boxes across the state. Ballots deposited in these boxes go directly to election officials without risk of delay.

The U.S. Supreme Court ruled Monday that only ballots received by Election Day, Nov. 3, will be counted. The Wisconsin Elections Commission lists several reasons why voters might choose to vote using a drop box, including, "lack of trust in the postal process, fear that their ballot could be tampered with, or concern that their information will be exposed."



Jim Malewitz / Wisconsin Watch

**Related content:** Ballot drop boxes offer 'a safe place' for voting in Wisconsin's election

Most municipalities require ballots be deposited by Nov. 3, but some have earlier deadlines or specific restrictions. Search for a drop box in your community here:

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 1 of 3   Document 117-17

Exhibit 17

If voters miss the deadline to deposit their ballot in a particular drop box, clerks are advised to display instructions on alternate ways they can submit their ballots.

## Wisconsin absentee drop box location search
Nora Eckert/Wisconsin Watch.

Search...

| Municipality | Location | Address | Deadline | Other Instructions |
|---|---|---|---|---|
| CITY OF ASHLAND - MULTIPLE COUNTIES | City Hall Mail Slot | 601 MAIN ST W, ASHLAND, WI 54806 | 11/3/2020 | You may deposit your ballot in the mail slot at the main entrance of Ashland City Hall. |
| CITY OF ASHLAND - MULTIPLE COUNTIES | City Hall Utility Drop Box | 601 MAIN ST W, ASHLAND, WI 54806 | 11/3/2020 | You may deposit ballots in the Ashland City Hall Utility Dropbox on Main St |
| CITY OF AUGUSTA - EAU CLAIRE COUNTY | City Hall Dropbox | 145 W LINCOLN ST, AUGUSTA, WI 54722-9152 | 11/3/2020 | Envelope only Dropbox is located on the east end of City Hall, facing Lincoln St. |
| CITY OF BAYFIELD - BAYFIELD COUNTY | Bayfield City Hall | 125 S 1ST ST, BAYFIELD, WI 54814 | 11/3/2020 | Drop Box Available for Absentee Ballots until 8 p.m. on November 3, 2020 |
| CITY OF BELOIT - ROCK COUNTY | CITY HALL | 100 STATE ST DROPBOX, BELOIT, WI 53511 | 11/3/2020 | There are two dropbox options at City Hall. The first is a DRIVE UP off of State Street in the circle drive between City Hall and Regal (where utility payments are dropped.) The second is INSIDE the lobby of City Hall at the first floor reception desk. BOTH will be available until 8pm on election night (we will assign an end of line officer to post a polls closed sign at 8pm). |

[ 1 ] / 103

The nonprofit Wisconsin Center for Investigative Journalism (wisconsinwatch.org) collaborates with Wisconsin Public Radio, PBS Wisconsin, other news media and the UW-Madison School of Journalism and Mass Communication. All works created, published, posted or disseminated by the Center do not necessarily reflect the views or opinions of UW-Madison or any of its affiliates.

## ABOUT NORA ECKERT



Nora Eckert joined the Center in October 2020 as a reporter for Wisconsin Watch's Votebeat project — a pop-up nonprofit newsroom covering local election administration and voting in six states, created by Chalkbeat. She holds a master's degree in journalism from the University of Maryland and undergraduate degree from St. Norbert College in De Pere, Wis. She previously worked with NPR, The Associated Press and The Wall Street Journal. She's reported on national investigations into jail suicides, how climate change disproportionately affects the urban poor, the spread of coronavirus in nursing homes and the race for artificial blood. While reporting in Washington, she covered the impeachment hearings of President Donald Trump and funeral of Rep. Elijah Cummings. Before diving into the journalism world, she worked as a marketing and communications specialist at a Minnesota biotech company.

**More by Nora**