

Nora Eckert/Wisconsin Watch.

| Municipality | Location | Address | Deadline | Other Instructions |
|---|---|---|---|---|
| VILLAGE OF BLANCHARDVILLE MULTIPLE COUNTIES | Dropbox Village Hall | 208 MASON ST, BLANCHARDVILLE, WI 53516 | 11/3/2020 | Dropbox is secure and located at the entrance door to Village Hall at the top of the ramp. |
| VILLAGE OF BLOOMFIELD WALWORTH COUNTY | Bloomfield Town Hall | N1140 COUNTY ROAD H, GENOA CITY, WI 53128-1104 | 11/3/2020 | |
| VILLAGE OF BOYD - CHIPPEWA COUNTY | Village Hall | 705 E MURRAY ST, BOYD, WI 54726-9008 | 11/3/2020 | Ballots can be placed in mail slot in front door of Village Hall |
| VILLAGE OF BROOKLYN - MULTIPLE COUNTIES | Village of Brooklyn Clerk's Office | 210 COMMERCIAL ST, BROOKLYN, WI 53521 | 11/3/2020 | Dropbox is located outside the Clerk's Office between the office and the USPS building. |
| VILLAGE OF BROWNTOWN - GREEN COUNTY | Browntown Village Hall | 110 S MILL ST, BROWNTOWN, WI 53522-9540 | 11/3/2020 | |

Source: Wisconsin Elections Commission