**ELECTIONS**

# 84% of registered voters in Green Bay voted in election

**Haley BeMiller, Jeff Bollier, Nusaiba Mizan, Benita Mathew and Doug Schneider**
Green Bay Press-Gazette
Published 6:01 a.m. CT Nov. 3, 2020 | **Updated 5:02 a.m. CT Nov. 4, 2020**

  



**Election Day in Brown County**
An election unlike any other kicked off at 7 a.m. Tuesday

It's an Election Day unlike any other.

Brown County voters who haven't joined the throngs of people casting absentee ballots will head to the polls today to vote for the next president of the United States. It's the biggest election held during the coronavirus pandemic and will test months of preparation by Green Bay to avoid a repeat of the long lines and worker shortages that occured on election day in April.

## Waiting on Green Bay

As of 4:45 a.m. Wednesday, the city of Green Bay results were the only missing from Brown County. Those results were delivered to the county and were being entered into the results software, according to Brown County.

Milwuakee County reported its results as around 4 a.m.

## Voter turnout strong

The city of Green Bay reported that 84% of its registered voters cast a ballot in Tuesday's election. Of those voting, 31,891 cast absentee ballots and 15,484 voted in person.

As of midnight, the city was still counting absentee ballots.

 **City of Green Bay**
@CityofGreenBay 

84% of registered voters in the City of Green Bay voted in this election! We are still currently counting absentee ballots at Central Count. We will post an update when counting has completed. dlvr.it/RkxySM





♡ 23   ⏵ See City of Green Bay's other Tweets

### Voting winds down in city

Only one person was seen voting at Bay Beach Amusement Park shortly before polls closed at 8 p.m. Tuesday. Current and former UW-Green Bay students with Leaders Igniting Transformation and Vote Mob sat outside helping last-minute voters and offering merchandise to people who passed by. Throughout the day, the nonpartisan group handed out hats, T-shirts and sweatshirts to voters who pledged to text friends and ask if they had voted.

As of 8:30 p.m., Green Bay had counted 20,316 absentee ballots, which Mayor Eric Genrich said was about two-thirds of the way through. Thirty-four of the city's 47 wards reported over 12,000 ballots cast in person.

## Voters use curbside option

There was virtually no wait time at the old Sears location just before 5 p.m. "But we had a lot of curbside too. A lot of curbside," chief election inspector Karen Schley said.

At one stretch in the afternoon, there were more curbside voters than in-person voters. In April there were about six to seven curbside voters at the location, Schley said.

By 6 p.m., a handful of residents stood in line to register to vote. Schley said the ages of first-time voters Tuesday ranged from 18 to 72.

Chief inspector Paul Willems volunteered to work the polls after the long lines in April, but he said Tuesday was much smoother. In-person voting has been lower because many people in his ward voted absentee, he said, though he's noticed more younger voters than usual.

"When you look at our poll book...70% of them have already voted," he said.

## Green Bay total approaches 2016 level

Voters in the city of Green Bay had cast nearly 40,000 ballots as of 4 p.m. Tuesday, Mayor Eric Genrich said; the total of 39,298 is roughly 70% of the number of registered voters in the city.

All ballots cast, including early and Election Day voting, will be counted before poll workers end their workday, the mayor said. He expected that the count will continue at least until early Wednesday morning.

"We're making good progress," he said. "But we still have a ways to go."

The vote total of absentee ballots and those cast by 4 p.m. Tuesday equated to about 84% of the total cast in the Donald Trump-Hillary Clinton election in 2016.

One of multiple tallying machines being used to count ballots experienced a jam early in the day. Genrich said a technician from the company that manufactures the machines was able to repair the problem.