## DECLARATION

1. My name is Beth A. Brown. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of Illinois and live at ███████████████████. I was appointed as a watcher for Precinct #173 and #143, located at Frances Starms Discovery Learning Center - 2035 N 25th St, Milwaukee, WI 53205-1000

3. by the Wisconsin Republican Party.

4. I arrived at the above address at 6:50a.m. and introduced myself as a poll watcher. I got out my credentials/ID to present to the chief election inspector who told me, "I don't need to see that." She had me sign in and write my party offiliation down, but did not look at my Driver's License.

5. I did not enter or attempt to enter restricted places within the polling location. I did not interfere in any way with the process of voting, nor mark or alter any official election record.

6. I was required to sit at the far end of the gymnasium, at the opposite end of where the voting activity and registration tables were, where I could not meaningfully observe the voter registration process. After a few hours I decided to go stand lawfully within 6'-8' of ballot and voter registration tables and voting booths so I could see voter IDs and witness the behavior of poll workers. Two Democrat Election Observers contested my move and reported me to a poll worker. This poll worker tried to force me back to the far end of the gym, telling me, "We want you to sit at the far end in your marked seat." I told her I could not see or hear anything from there and they said, "No- you must sit in the seats marked for "Observers". It was pretty heated and I didn't want to be thrown out.

7. When I tried to challenge questionable voter ID, the officials refused to allow me to challenge the qualifications of a person applying to vote and require proof of such person's qualifications. I saw several instances where women would bring 4-5 adult young men to the

**Exhibit 38**

ballot table. When asked for ID, these young men would answer, "I don't have any with me, but I live at her address- can you put me under her name?" The election worker would look up the woman's name and address and ask, "Does he live with you?" and once "verified" would hand a ballot to each of the young men. There was no ID presented for these voters.

8. I was barred from observing Curb-side voting throughout the day, even though I tried to follow poll workers outside to the cars. They told me to "stand back" or " there's nothing for you to see, we're just helping them vote."

9. I declare under penalty of perjury pursuant to that the forgoing is true and correct. (28 U.S.C. § 1746).

Executed on November 9, 2020

Beth A. Brown

11/11/2020

OFFICIAL SEAL
Gregory Heraty
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Mar 30,2022

## DECLARATION

1. My name is Beth A. Brown I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of Illinois and live at ▬▬▬▬▬▬▬▬▬▬

3. I am a registered voter in ▬▬▬▬▬▬

4. I voted in the November 3, 2020 election.

5. I was an Election Observer for the Wisconsin Republican Party on election day. While at the polling location for Precinct #173 and #143, located at Frances Starms Discovery Learning Center - 2035 N 25th St, Milwaukee, WI 53205-1000,

6. I observed many instances of malfeasance on the part of election officials. Here are those instances I reported to the Chief Election Official and texted/emailed to the Trump Hotline:

   (a) Election workers refusing to destroy "soiled" ballots. Instead of destroying them and cutting them in half, they folded them up and put them in a notebook. When I challenged this, they told me they would "destroy them later on" and continued to collect them throughout the 13-hour day. I watched them pile up on the table, then be put into the inside flaps of registration notebooks.

   (b) Election workers "accidentally" giving voters multiple ballots. I counted 8 times voters came back to the ballot table to return extra ballots saying, "You gave me 2 ballots." These were only the times I saw/heard it. I have no idea how many times it actually occurred.

   (c) Occasions where voters would complain that they "lost their mail-in ballot" or they "never received their mail-in ballot" and the poll worker would say, "no problem" and give them a new ballot to cast. I raised several questions about validity of voters reasons/excuses, but was brushed aside like it didn't matter. Poll workers would

check the voter logs but when they couldn't reconcile the question at hand, they would just allow for new ballots for these individuals. This happened all day long.

(d) By the end of the evening, I witnessed more than once, poll workers giving ballots to young people that had no ID with them, but when questioned, they would say, "I live with _____, can't you just put me down with her address?" The poll worker would ask the adult, "Does _____ live under your roof?" and when the answer was "yes", the ballot was given to the young person, no more questions asked. There was a lot of "grey area" that seemed to be reconciled rather quickly. I chose to challenge these many times, but would be met with "It's ok, I handled it" or "We do things a little differently in Wisconsin" or "Don't worry, we have them documented". I would ask where the ID was and they would ignore me, or tell me I was "in their way".

(e) "Non-Partisan Community Group" Common Ground volunteers going into voting booths to "help" people vote. When I asked Chief Election official why this was happening, she would say, "I'll take care of it." This happened multiple times throughout the day- she would say something to the workers, but the behavior never stopped-I watched it continue all day.

(f) Common Ground Community Group volunteers standing outside the front door, 10' from entrance, advising voters. In one instance, a voter came out of the building saying, "I voted to get that Trump Mother-F***er out! and the Common Ground worker said in response, "Good! Bring as many friends as you can to vote- we're open until 8:00pm." When I approached the director of this group (that had about 10 election helpers there that day), I shared a couple issues I'd witnessed and her answer was, "It's ok, as long as we're non-partisan." This same group worked and helped with the curb-side voting, and they worked hand-in-hand with election officials all day. I expressed my concern with the Chief Election Inspector and she

said, "We don't have any conflicts of interest here. This is my watch, and there are NO PROBLEMS going on here, you understand that?"

(g) I reported to the Chief Election Inspector that there were Biden representatives outside with clipboards talking to voters on their way in to the building to vote. She shrugged her shoulders and did nothing to address it. The Biden representatives were not following 100' rule, but it was allowed to continue.

7. I overheard election workers discussing how low the turnout was for Milwaukee throughout the day. At the end of the night, out of 2,526 registered voters from the 2 precincts, only 472 voted. When the polls closed, the final talleys were read, and they heard only 12 of the votes cast were for President Trump, the election workers and "non-partisan" community organizers cheered and celebrated together. So much for a non-partisan & fair election site.

8. I declare under penalty of perjury pursuant to that the forgoing is true and correct. (28 U.S.C. § 1746)

Executed on November 9, 2020.

Beth A. Brown

11/19/2020

OFFICIAL SEAL
Gregory Heraty
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Mar 30,2022