## DECLARATION

- My name is Mary Angelina Horn. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

- I am a resident of Kenosha County and live at ▇▇▇▇▇▇▇▇▇▇▇. I am a registered voter in ▇▇▇▇▇▇▇▇▇▇▇

- I voted in the November 3, 2020 election.

- While at the polling location at Julian Thomas Elementary School located at 930 Dr. Martin Luther King Dr. #300, Racine, WI. I observed election workers running the ballots through the tabulation machine without checking dates on the mail in ballots, discarding voted ballots and not validating those ballots, Voters voting more than once.

- I had gone into work as a poll watcher but was told to sign a payroll paper and was put on the ballot machine therefore preventing me from doing my job as a poll watcher, the tables where the ballots were handed out was about 20ft from me. When I saw people voting more than once I brought my concern up to the lady in charge and she told me that it was impossible so I let it go cause I didn't want to argue with her over it then a few minutes later she got ahold of someone higher up and said I should leave because I didnt live in Racine, WI I wouldnt get paid for working the machine so I left. I had been there from 7 am to 1 pm Nov 3, 2020.

- I declare under penalty of perjury pursuant to that the forgoing is true and correct. (28 U.S.C. § 1746)

Executed on Nov 10, 2020.

*Mary A. Horn*
Mary Angelina Horn

*Kathleen Marie DeSeife*, 1

KATHLEEN MARIE DESEIFE
NOTARY PUBLIC
STATE OF WISCONSIN

My Commission Expires 2/26/2023

Exhibit 39