## DECLARATION

1. My name is Lana Sloane. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of ▇▇▇▇▇▇▇ and live at ▇▇▇▇▇▇▇

3. I am a registered voter in ▇▇▇▇▇▇▇

4. I voted in the November 3, 2020 election.

5. While at the polling location at [City of Madison Ward 87, John Muir Elementary School 6602 Inner Dr, Madison, Wisconsin – I worked from 7:00 am to 1:30 pm], I observed [poll workers not asking voters if they had moved in the last 28 days] [brought to the attention of person in charge that they were not asking if voter had received an absentee ballot] [did not have the inegilible voter list at this location]

6. While at the polling location at [City of Madison Ward 2 Glendale Elementary School 1201 Tompkins Dr, Madison, Wisconsin I worked there from 3:00 to 4:30 pm, I was told when I arrived that they were in a small library and there was only room for one poll observer under the COVID rules. There was a Democrat poll observer there since 7:00 am. That poll worker came out and informed me that we would be doing shifts of an hour and a half each through the end of the day.]

7. I declare under penalty of perjury pursuant to that the forgoing is true and correct.

(28 U.S.C. § 1746)

Executed on [November 14, 2020.

_Lana Sloane_
[Lana Sloane]

Notary!
_Dakota Moxley_

State of Wisconsin
County of Rock
Comm Exp 02-05-2024

DAKOTA MOXLEY
NOTARY PUBLIC
STATE OF WISCONSIN
ID. 234982