Photo of Oshkosh City Hall - 2020



Exhibit 48