

**Madison WI Clerk** ✓
@MadisonWIClerk

Democracy in the Park: created by, planned by, staffed by, and paid for by the @CityofMadison Clerk's Office

cityofmadison.com/news/statement...

#MadisonVotes2020 #VoteByMail #vote #elections2020

**Democracy in the Park**

● Democracy in the Park Event Location

Data Source: City of Madison Planning Division
Date Printed: 9/15/2020

4:34 PM · Sep 25, 2020

♡ 129    💬 56 people are Tweeting about this

Exhibit 49