

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 1 of 1   Document 117-50

Exhibit 50