

# Democracy in the Park

Fall 2020

Exhibit 53



# Our Goal

Our goal is for each eligible voter to be able to cast a ballot and have that ballot counted.



# Courier Delivery

- Vote yard sign
- Absentee bag
- Safety vests
- Clipboards
- Registration forms

- Pens
- Voter pocket guide
- Disinfectant
- Hand sanitizer
- Election official badges





# Code Phrase

Provide code phrase to courier



# Mask Up and Sanitize

* Avoid touching eyes, nose, and mouth with unwashed hands or with gloves







# Safety Vest

\* Helps voters recognize you from afar

\* Please empty pockets after use





# Social Distancing

*Stay six feet apart as much as possible







## Gloves

* Avoid touching face
* Sanitize hands before putting on and after removing
* Do not return used gloves to Clerk's Office



# Disinfect After Each Use



* Pens (voters may keep)

* Clipboards





# Electioneering

* Prohibited within 100 feet

* Remove any political yard signs





# Absentees

**Double-Check**

\* Sealed

\* Voter Signature

\* Witness Signature

\* Witness Address





# Voter Questions

* Election Official phone line will be staffed

* 266-4220





# Voter ID Questions

* Address on ID does not matter when proving your identity

* WI ID, WI license, passport, or military ID may be expired, if expired after last November election (11-6-2018)

* WI ID does not need to meet federal REAL ID criteria



# UW Student Voter ID

* Wiscard not acceptable

* E-mail wiscard_id@union.wisc.edu from wisc.edu email address, put "Voter ID Needed" in subject line, and attach picture of Wiscard to the email to receive voter-compliant ID

# Voter Registration



## Wisconsin Voter Registration Application

Please complete legibly
Additional instructions on reverse

Please return your completed form to your municipal clerk

| | | | |
|---|---|---|---|
| **Qualifications**<br><br>please check each box if<br>**YOU:** | 1 | If you cannot check **every** box, do **NOT** complete this form<br><br>✱☐ Are a citizen of the United States<br><br>✱☐ Have resided at the address provided below for at least<br>10 consecutive days prior to the election and do not<br>currently intend to move | ✱☐ Will be at least 18 years old on or before Election Day<br><br>✱☐ Are not currently serving a sentence including<br>incarceration, parole, probation, or extended<br>supervision for a felony conviction |
| **Your Name** | 2 | ✱ Last<br><br>✱ First | Suffix (Jr. II, etc.)<br><br>Middle |
| **About You**<br><br>phone number and email are<br>optional | 3 | ✱ Date of Birth (MM/DD/YYYY)<br>/    / | Phone Number (    )<br><br>Email Address |
| **The Address<br>Where You Live**<br><br>your residential voting address,<br>which cannot be a P.O. Box | 4 | ✱ Street Address<br><br>✱ City/Town/Village of | AptRoom # ✱<br><br>WI    Zip ✱ |
| If you do not have a street address,<br>please use the map on the back of<br>this form | | Mailing Municipality<br>(if different) | Are you military or permanent overseas voter?  ☐ Military  ☐ Permanent Overseas |

# Voter Registration



| Your Mailing Address | 5 | Street Address (or P.O. Box) |
| if different from above | | City/State/Country/Zip |

| Prior Registration Information | 6 | Full Name on Previous Registration |
| complete this field if you are updating your registration due to a change in name or address | | Full Address on Previous Registration (if known) |

**Identification**
(check the box that applies to you)  **7**

☐ I have an unexpired and valid WI Driver License or WI DOT issued ID. Provide number and expiration date below

＊ Expiration Date ___ / ___ / ___

WI Driver License or ID number required if unexpired and valid. SSN required if DL/ID not valid or never issued

☐ I do not have a valid WI Driver License or WI DOT issued ID
Provide the last four digits of your Social Security Number   XXX-XX- ___ — ___ — ___ — ___

☐ I have neither a valid WI Driver License/ID nor a Social Security Number (see back for more information and next steps)

**Proof of Residence**  **8**
military and permanent overseas voters are not required to provide proof of residence

☐ Voters must provide a proof of residence document when registering to vote. Please check this box to affirm that you are providing a copy of a valid form of proof of residence with this application

Examples include: a copy of a valid and unexpired Wisconsin Driver License or ID Card, a utility bill, a paycheck/pay stub, or correspondence from a unit of government (see back of application for additional information and examples)

**Signature and Certification**  **9**

By signing below, I hereby certify that, to the best of my knowledge, I am a qualified elector, having resided at the above residential address for at least 10 consecutive days immediately preceding this election, that I have no present intent to move, and I have not voted in this election. I also certify that I am not otherwise disqualified from voting and that all statements on this form are true and correct. If I have provided false information, I may be subject to fine or imprisonment under State and Federal laws

＊

X _____  _____ ___ / ___ / ___
Voter Signature                                      Today's Date



# Proof of Address

* Just like at the polls

* One document showing the name and address on registration form

* May be electronic

| Proof of Residence Type | WI DL | WI ID | UTIL | BANK/ CC | PYCK | STDNT ID | GOV DOC | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



# Proof of Address







* Unexpired WI driver license/ID
* Utility bill from the last 90 days
* Bank/credit union statement
* Paycheck
* Residential lease
* Government document
* Affidavit of homeless services

# What – Who – 4 or 2



| Proof of Residence Type | WI DL | WI ID | UTIL | BANK/ CC | PYCK | STDNT ID | GOV DOC |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**What:** U    Proof of Residence Issuing Entity    **Who:** WG&E    Proof of Residence #    **4 or 2:** 1423

| LSE | GOV ID | EMPL ID | RES CARE | TAX | HML/SS |
|---|---|---|---|---|---|
| Date Complete/POR Received | | Election Day Voter Number | | | |

X _Abraham Lincoln_
Official's Signature

**Acceptable
Proof of Address**

A – Affidavit from agency providing
    homeless services
B – Bank/Credit Union statement
C – Care facility intake document
G – Government document/check
H – Housing list from UW/Edgewood
P – Paycheck
R – Residential lease (current)
S – Student ID & Proof of Enrollment
T – Tax bill (this year or last year)
U – Utility bill (water, gas, electric,
    cable, internet, cell, landline)
W – WI driver license/ID (unexpired)



# Interpretation

**Need an Interpreter for a City of Madison Voter?**



1. Dial 1-866-874-3972
2. Enter Client ID 509626
3. Indicate Language
   - 1 – for Spanish
   - 2 – For all others (clearly state the language)
   - 0 – If you don't know the language needed
4. Enter Agency Code 13, followed by #

At the beginning of the call, briefly tell the interpreter the nature of the call. Then speak directly to the limited English proficient individual, pausing for the interpreter at the end of each complete thought. Please note, to ensure accuracy, the interpreter may sometimes ask for clarification or repetition.





# Courier

* Courier will provide code phrase
* Count absentees
* Complete chain-of-custody
* Seal ballot bag & document seal serial number





Thank
You!