Photo of Duffle Bags from City of Madison PowerPoint Presentation on Democracy in the Park-Fall 2020



Exhibit 54