POLITICS

## Madison's "Democracy in the Park" Event Seems Legal, Says Top Elections Official

BY SAVANNA TOMEI | WISCONSIN
PUBLISHED 7:50 PM ET OCT. 01, 2020

MADISON, Wis.— After Republicans threatened to sue over having sworn poll workers act as "human drop boxes" for people to drop off their absentee ballots, the head of the Wisconsin Elections Commission seems to believe the event was legal.

The Madison City Clerk's Office started "Democracy in the Park" because people were asking for ways to drop off their absentee ballot close to home, according to City Clerk Maribeth Witzel-Behl. Saturday, September 26 and Saturday, October 3, poll workers were stationed at more than 200 parks and locations across the city. They were there to get people registered to vote, accept absentee ballots into sealed bags picked up directly by the clerk's office, and serve as a witness for people who hadn't filled out their absentee ballot yet.



The clerk's office said about 100,000 people gave their ballots to poll workers at the event last Saturday.

A lawyer for Assembly Speaker Robin Vos and Senate Majority Leader Scott Fitzgerald sent a letter to the clerk threatening a lawsuit. They claimed the event looks too much like in-person voting, which by law, cannot begin until October 20.

Witzel-Behl said the poll workers were acting as "human drop boxes", because the city's drop boxes are still on order. One staffer in the clerk's office told our crew that it's the same thing as putting it in a mailbox, only it goes directly to the clerk.

City attorney Mike Haas, who also happens to be the former Administrator of the Wisconsin Elections Commission, said the event was legal because no one is being issued a ballot.

In a media briefing on Thursday, current Wisconsin Elections Commission Administrator Meagan Wolfe seemed to say the same thing.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 1 of 3   Document 117-54

Exhibit 55



When it comes to poll workers serving as witnesses, Wolfe said there's nothing in state law defining how that is allowed to happen. "Before that allowable time frame, the statutes do not establish place or means at which the voter can get their ballot witnessed. So if a local municipal clerk wants to offer opportunities for a voter to be able to have their ballot witnessed … it doesn't establish where or how those witnessing opportunities have to happen, and local municipal clerks can choose if they would like to offer those types of services to their voters."

She also said setting up the drop-off sites is within the purview of the clerk's office.

"In terms of returning ballots, again, that is up to each of our 1,850 municipalities to establish return drop-off opportunities for their voters," she said.

"We have provided best practices about security practices for things like drop boxes for drop-off opportunities," Wolfe said. "It's really a smart idea to of course have security at the front and center of establishing those procedures, things like chains of custody, to make sure that things are documented as they should go throughout the process."



Wolfe said the Wisconsin Elections Commission has sent some best practices guidelines to those 1,850 local elections officials so they can ensure their plans are legal and safe during the pandemic.

A handful of voters has now filed a lawsuit asking a judge to declare that their absentee ballots were legally collected at Democracy in the Park, seemingly trying to pre-empt a suit from Republican leaders.

The next Democracy in the Park event is Saturday, October 3, from 9 a.m. to 3 p.m. all over Madison. You can learn more here.

**YOU MAY ALSO BE INTERESTED IN**


BIDEN TRANSITION
**Biden Officially Secures Enough Electors to Become President**
NATIONWIDE  |  3 DAYS AGO


POLITICS
**Trump Campaign Files Lawsuit After Wisconsin Recount Confirms Biden Win**
WISCONSIN  |  1 WEEK AGO


POLITICS
**Wisconsin Elections Commission Orders Presidential Election Recount**
WISCONSIN  |  2 WEEKS AGO


VOTING
**Wisconsin Elections Head Says Still No Evidence of Fraud**
WISCONSIN  |  3 WEEKS AGO


DECISION 2020
**Updates: Wisconsin Reacts to Decision 2020 News, Biden's Projected Victory**
WISCONSIN  |  4 WEEKS AGO


DECISION 2020
**PHOTOS: U.S. Reacts to President-Elect Biden's Victory**
WISCONSIN  |  1 MONTH AGO

32°

LOG IN

MADISON | DECEMBER 8, 2020

SPECTRUM NEWS

CONTACT

ABOUT

RSS

FAQ

SITEMAP

CAREERS

ADVERTISE WITH US

TERMS

PRIVACY

CALIFORNIA CONSUMER PRIVACY RIGHTS

CALIFORNIA CONSUMER DO NOT SELL MY PERSONAL INFORMATION

Copyright Charter Communications