## Plaintiff's Exhibit 56

(Video from Madison's "Democracy in the Park" Event Seems Legal, Says Top Elections Official, *Spectrum News 1* – Oct. 1, 2020

This video exhibit is being delivered to the Court 12/9/2020 on a DVD