Spectrum News 1, Photo from Madison's "Democracy in the Park" Event Seems Legal, Says Top Elections Official – Oct 1, 2020



Exhibit 57