Become a Member - Member Login

Search...

Topics    Election Lawsuits    Real Estate    Politics    A&E    Membership



# City's Ballot Boxes Getting Heavy Use

The 15 drop boxes for early voting getting heavy use. Poll worker recruitment going well.

By Jeramey Jannene - Oct 6th, 2020 09:51 am

Get a daily rundown of the top stories on Urban Milwaukee

Email Address...    Subscribe



A SafeVote dropbox. Photo by Jeramey Jannene.

So far, so good with the 2020 Presidential election in Milwaukee.

That's according to Milwaukee Election Commission executive director **Claire Woodall-Vogg**. She briefed the Common Council's Finance & Personnel Committee on the department's pending 2021 budget, but the discussion turned towards the pending election.

The city has recruited 3,500 poll workers with a goal of 4,000. It needs 2,400 on election day. "We are in really good shape right now," said Woodall-Vogg. Of those 3,500, only 1,000 have prior election experience.

"A lot of our recruitment has been done quite frankly by our terrible press from April 7th," she said. "Voters saw a visual of what a poll worker shortage looked like." Milwaukee went from over 170 polling places to just five as the pandemic caused recruitment issues and the city, under a prior election director, pivoted to large voting centers. Over 50 percent of the city's poll workers were over the age of 50 at that point. "We are seeing a younger pool of applicants."

Why recruit so many extra poll workers? A no show rate on election day could hit 20 percent. Woodall-Vogg said one new process would have standby workers gather at a central point, possibly Miller Park, on the morning of the election to be deployed to polling places needing workers. In the past standby poll workers were called when needed and the city would end up waking some of them up, said Woodall-Vogg, a result that delayed getting workers to the polls.

A total of 173 polling places will be open on November 3rd.

She said she hopes enthusiasm carries over to working at low-turnout elections like the February primary. "Our key will be to keep them engaged going into 2021."

Poll workers are paid $130 for a full day shift plus a $100 bonus during the pandemic funded by a federal grant. Details, including how to apply, are available on the MEC website.

## Absentee Voting

Absentee voting by mail has gone smoothly so far.

### Latest Articles & Columns


**Eyes on Milwaukee: Forest Home Library Not Historic, Alders Vote** by Jeramey Jannene


**Eyes on Milwaukee: New Land Plans Eight-Story Building** by Jeramey Jannene


**Op Ed: Business Leaders Support I-94 Upgrade** by Steve Baas, Tracy Johnson and Suzanne Kelley


**Six New Milwaukee School Board Candidates** by Graham Kilmer


**Texas Attorney General Seeks to Sue Wisconsin, Three Other States** by Jeramey Jannene

### Become a Member

Help assure the future of city's fastest growing publication.

**Join Today**

Buy a Gift Membership

### Press Releases


**DNR And DHS Publish 2020-2021 Fish Consumption Advisory** by Wisconsin Department of Natural Resources


**Katie Kegel Campaign Announces $100,000 Raised** by Katie Kegel


**Founders 3 Real Estate Services Recent Transactions** by Founders 3

Read more Press Releases

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 1 of 3   Document 117-59

Exhibit 60

"It is very interesting to run elections now because we are essentially running two elections at one time and I expect this will be the case in 2021," she said. Woodall-Vogg estimated in September that approximately 150,000 people would vote via absentee.

A total of 15 drop boxes are available for voters to return ballots, at each of the libraries as well as Milwaukee City Hall and the election commission warehouse at 1901 S. Kinnickinnic Ave.

"I am going to easily estimate that over 70 percent of the ballots are being returned via dropbox," said Woodall-Vogg. "They're working really well."

The drop boxes, which are secured to the ground and visible via cameras, have a number of anti-tampering features. "There have been no signs of anyone tampering with the ballot drop boxes," she said. Each box is emptied daily and the frequency will grow as needed, including every two hours on election day.

The boxes are so desirable that occasionally voters from other cities use them. "We immediately put" ballots from outside the city into the hands of the USPS, she said, in order to help return them "as quick as possible." On election day the election commission will call other municipalities to let them know of the stray ballots. "In August most of them sent police officers to pick up their ballots from central count," she said.

Milwaukee residents can put their ballot in any of the City of Milwaukee drop boxes or early vote at any of the early voting sites, but if they choose to vote on election day they must vote at their neighborhood polling location.

Alderwoman **Milele A. Coggs** asked about spoiled ballots, a risk with by-mail voting. Woodall-Vogg said volunteers work off of a commission-developed script to call voters that submit a ballot without the necessary envelope markings, including a voter signature, witness signature or witness address. Ballots are mailed back to be corrected. "It's a very proactive way that we're trying to get our rejected absentee numbers even lower," said Woodall-Vogg. "I actually believe the City of Milwaukee probably does more than any other municipality as far as contacting the voter and returning the ballot to them."

As of Monday, according to the Wisconsin Elections Commission, 112,955 absentee ballots have been requested by City of Milwaukee residents, 112,047 have been mailed and 35,991 have been returned. Voters can request a ballot and track its status on the state's My Vote WI website.

Early voting begins October 20th and runs through November 1st. Voters will be able to use any of the 18 early voting sites in the city, including Fiserv Forum (inside) and Miller Park (drive through).

Woodall-Vogg addressed the council committee to discuss the commission's budget, which is slated to be more than cut in half in 2021, from $3.16 million to $1.4 million, under the proposed budget by Mayor **Tom Barrett**. But the reason is straight forward: there will be fewer elections in 2021. The February 18th primary and April 6th general election are estimated to have a combined turnout of 90,000. Woodall-Vogg did caution that a move to more absentee voting could result in a higher turnout, a win for democracy, but a slightly added expense for the city. "2021 is a little unique and difficult to project," she said.

*If you think stories like this are important, become a member of Urban Milwaukee and help support real, independent journalism. Plus you get some cool added benefits, all detailed here.*

## More about the 2020 General Election

- DNC, NAACP Intervene In Trump Election Lawsuit - Graham Kilmer - Dec 8th, 2020
- Texas Attorney General Seeks to Sue Wisconsin, Three Other States - Jeramey Jannene - Dec 8th, 2020
- Election Official Joins 'Stop the Steal' Rally - Henry Redman - Dec 8th, 2020
- Democrats Slam Assembly Elections Committee - Ruth Conniff - Dec 7th, 2020
- Op Ed: How Progressives Worked on Election Turnout - Priscilla Bort - Dec 6th, 2020
- Trump's Lawsuits May Impact State - Henry Redman - Dec 5th, 2020
- Legislature Refuses to Change Absentee Vote Counting Law - Nora Eckert - Dec 5th, 2020
- Supreme Court Won't Hear Lawsuit to Overturn Election - Graham Kilmer - Dec 4th, 2020
- Trump Sues Again, This Time in Milwaukee and Dane Counties - Jeramey Jannene - Dec 4th, 2020
- Wisconsin Supreme Court Won't Hear Trump Lawsuit - Jeramey Jannene - Dec 3rd, 2020

Read more about 2020 General Election here

   

**Recommended**

Do You Take B12 To Fight Neuropathy? Try This

Here Are the 33 Hottest Holiday Gifts of 2020

1 Simple Change That Cuts People's Electric Bill By Up

### 3 Most Popular


**Sidney Powell Files Suit to Overturn State Election** by Jeramey Jannene


**Eyes on Milwaukee: Why All The New Cell Phone Towers?** by Jeramey Jannene


**Transportation: Bus System Overhaul Beginning in March** by Graham Kilmer



### Recent Comments

brthompson on **The State of Politics: A Supreme Court of First Resort?**

brthompson on **Murphy's Law: The Hating of Justice Hagedorn**

brthompson on **Election Official Joins 'Stop the Steal' Rally**

Mingus on **Murphy's Law: The Hating of Justice Hagedorn**

Billlau on **Clock Is Ticking for Eviction Moratorium**

### New Faces

**Milwaukee Art Museum Names Robert Stein as Deputy Director and Chief Experience Officer**

**Gov. Evers Appoints LaKeisha Haase to the Winnebago County Circuit Court**

Instead
NerveShieldPlus

ZangDeal

To 90% (Try Tonight)
WeeklyPenny.com

Ads by Revcontent

 Kristin Oberholtzer Named to Board of Directors of Advantage+

More New Faces

**Categories**: Politics

## Leave a Reply

You must be an Urban Milwaukee member to leave a comment. Membership, which includes a host of perks, including an ad-free website, tickets to marquee events like Summerfest, the Wisconsin State Fair and the Florentine Opera, a better photo browser and access to members-only, behind-the-scenes tours, **starts at $9/month**. **Learn more**.

**Join now and cancel anytime**.

If you are an existing member, **sign-in** to leave a comment.

Have questions? Need to report an error? **Contact Us**

### You Might Also Like



Drink 1 Cup Before Bed, Watch Your Body Fat Melt Like Crazy



70 Year Old Grandma Looks 40 Again: You Will Not Believe Her



One Cup of This (Before Bed) Burns Belly Fat Like Crazy!

## Information

Become a Member
About
Advertise
Calendar
Contact
Privacy Policy
The Store
Submit a Press Release

## Follow Us

## The Store

755 N. Milwaukee St.
Milwaukee, WI 53202
414-395-0632
Website (Hours, Directions, Products)



## Subscribe

**Daily Email Update**

email address

Subscribe

**Weekly Email Update**

email address

Subscribe

Take the next step, become a member.
Ditch the ads, get free stuff

Learn more

© 2020, Urban Milwaukee, Inc. All rights reserved.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 3 of 3   Document 117-59