CITY OF MILWAUKEE
COMMON COUNCIL
CITY CLERK COMMUNICATIONS CENTER
NEWS RELEASE

FOR IMMEDIATE RELEASE          FOR INFORMATION CALL

July 21, 2020                                              Ald. Cavalier Johnson
                                                           (414) 286-3777

# Committee moves forward with grants to help bolster voting access, security

The **Judiciary and Legislation Committee** Monday (July 20) voted to recommend for approval two resolutions authorizing the city to accept more than $2.4 million in grant funding to bolster voting security and to ensure the handling of expected higher numbers of requests this fall for absentee ballot applications amid the coronavirus (COVID-19) pandemic.

Council file **#200445** – sponsored by **Alderman Cavalier Johnson** and **Alderman Michael J. Murphy** – authorizes the acceptance of the WEC CARES Sub-grant, issued by the Wisconsin Elections Commission.

The legislation authorizes the Election Commission to accept and fund additional election administration costs associated with the national emergency related to coronavirus in the amount of $323,861. The project will provide funding for increases in postage and operating costs due to higher levels of absentee voting and increased absentee voting education.

Council file **#200448**, sponsored by Alderman Johnson, authorizes the city to accept the Center for Tech and Civic Life ("CTCL") grant in the amount of $2,154,500 for planning and implementing a safe and secure election administration in the City of Milwaukee in accordance with the Wisconsin Safe Voting Plan 2020.

"The CTCL grant will help pay for personal protective equipment (PPE), poll worker recruitment, and a $100 raise for poll workers," Alderman Johnson said.

-More-

200 EAST WELLS STREET --- MILWAUKEE, WI --- 53202-3570 --- (414) 286-3285

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 1 of 2   Document 117-60

Exhibit 61

**Grants move forward/ADD ONE**

The CTCL grant will also provide funding for an assessment of election administration needs, budget estimates for such assessment, and an assessment of the impact of the plan on voters.

Alderman Johnson said the grant funding will ultimately help reduce the burden on taxpayers while helping the city prepare for the fall 2020 primary and general elections.

"We are looking at the strong possibility of record requests for absentee ballot applications via our SafeVote program in preparation for what I believe to be the most consequential election of our lifetime," Alderman Johnson said. "The grants will help the Election Commission ensure a safe and secure election season across the entire City of Milwaukee."

The files will go before the full Common Council when it meets at **9 a.m. on Tuesday, July 28th**. The July 28 meeting will be televised live on the City Channel (channel 25 on Spectrum Cable and channel 99 on AT&T U-Verse in the City of Milwaukee) and via streaming video on the city website at **city.milwaukee.gov/Channel25**.

-30-