Become a Member - Member Login

Search...

# URBAN MILWAUKEE

Topics　　Election Lawsuits　　Real Estate　　Politics　　A&E　　Membership



## Milwaukee Election Results Expected Around 4 a.m.

In-person results are in, but majority of ballots are absentee and will be reported after all are counted.

By Jeramey Jannene - Nov 3rd, 2020 10:34 pm

Get a daily rundown of the top stories on Urban Milwaukee

Email Address...　　Subscribe



Mayor Tom Barrett and Milwaukee Election Commission executive director Claire Woodall-Vogg address the media on November 3rd. Photo by Jeramey Jannene.

Almost all of Milwaukee's in-person votes have been reported, but the majority of votes still remain outstanding.

Mayor **Tom Barrett** and Milwaukee Election Commission executive director **Claire Woodall-Vogg** expect a central count operation, responsible for processing over 169,000 absentee ballots, to conclude its work at approximately 4:00 a.m. Wednesday morning. As of 8:00 p.m., it had processed 103,000 ballots.

"The 169,000 ballots will be reported at once," said Woodall-Vogg during an 8:00 p.m. press conference. While each of the 173 polling sites transmits its results via modem to the Milwaukee County Clerk, the central count facility will generate a series of encrypted USB drives that will be driven via police escort from the office building at 501 W. Michigan St. to the Milwaukee County Courthouse a few blocks north.

Barrett and Woodall-Vogg praised the approximately 4,000 poll workers that staffed Tuesday's election. "They are not doing this for the money," said Woodall-Vogg, noting that the pay is $230 for a 14-to-18 hour shift.

A crew of approximately 100 workers will finish the ballot processing work, down from the 400 people that formed each of the three shifts at the central count facility. Many of the workers are city employees that have been at the facility since 6:30 a.m. Up to 45 election observers are allowed in at a time, including 15 each from the two major parties. A number of media members are also camped out at the downtown office building.

"We have not had any valid challenges presented," said Woodall-Vogg of the process by which observers can challenge the validity of a ballot.

Want to know if the city is getting close to finishing counting? Watch the live video stream. The fewer people on camera the more likely the work is winding down.

One important thing to watch: many reports will show "100% reporting," a calculation that reflects wards reporting ballots cast, and not that absentee ballots have been received. A Milwaukee County Election Commission webpage lists the status of each municipality's absentee ballots.

For more information on the central count process, see our coverage from earlier Tuesday. For information on how in-person balloting was going, see our afternoon coverage.

*If you think stories like this are important, become a member of Urban Milwaukee and help support real, independent journalism. Plus you get some cool added benefits, all detailed here.*

### Latest Articles & Columns


**DNC, NAACP Intervene In Trump Election Lawsuit** by Graham Kilmer


**Eyes on Milwaukee: Forest Home Library Not Historic, Alders Vote** by Jeramey Jannene


**Eyes on Milwaukee: New Land Plans Eight-Story Building** by Jeramey Jannene


**Op Ed: Business Leaders Support I-94 Upgrade** by Steve Baas, Tracy Johnson and Suzanne Kelley


**Six New Milwaukee School Board Candidates** by Graham Kilmer

### Become a Member

Help assure the future of city's fastest growing publication.

**Join Today**

Buy a Gift Membership

### Press Releases

**DNR And DHS Publish 2020-2021 Fish Consumption Advisory** by Wisconsin Department of Natural Resources

**Katie Kegel Campaign Announces $100,000 Raised** by Katie Kegel

**Founders 3 Real Estate Services Recent Transactions** by Founders 3

Read more Press Releases

Case 2:20-cv-01785-BHL　Filed 12/09/20　Page 1 of 3　Document 117-62

**Exhibit 63**

## More about the 2020 General Election

- DNC, NAACP Intervene In Trump Election Lawsuit - Graham Kilmer - Dec 8th, 2020
- Texas Attorney General Seeks to Sue Wisconsin, Three Other States - Jeramey Jannene - Dec 8th, 2020
- Election Official Joins 'Stop the Steal' Rally - Henry Redman - Dec 8th, 2020
- Democrats Slam Assembly Elections Committee - Ruth Conniff - Dec 7th, 2020
- Op Ed: How Progressives Worked on Election Turnout - Priscilla Bort - Dec 6th, 2020
- Trump's Lawsuits May Impact State - Henry Redman - Dec 5th, 2020
- Legislature Refuses to Change Absentee Vote Counting Law - Nora Eckert - Dec 5th, 2020
- Supreme Court Won't Hear Lawsuit to Overturn Election - Graham Kilmer - Dec 4th, 2020
- Trump Sues Again, This Time in Milwaukee and Dane Counties - Jeramey Jannene - Dec 4th, 2020
- Wisconsin Supreme Court Won't Hear Trump Lawsuit - Jeramey Jannene - Dec 3rd, 2020

Read more about 2020 General Election here

   

### Recommended

**Finally - New Clear, Comfy, Sociable Mask (With Anti-Fog) Arrives In IN**
WeeklyPenny.com

**Here Are the 33 Hottest Holiday Gifts of 2020**
ZangDeal

**Do This To Cut Your Electric Bill By Up To 90%**
WeeklyPenny.com

Ads by Revcontent

**Categories**: Politics

## Leave a Reply

You must be an Urban Milwaukee member to leave a comment. Membership, which includes a host of perks, including an ad-free website, tickets to marquee events like Summerfest, the Wisconsin State Fair and the Florentine Opera, a better photo browser and access to members-only, behind-the-scenes tours, **starts at $9/month**. **Learn more**.

**Join now and cancel anytime**.

If you are an existing member, **sign-in** to leave a comment.

Have questions? Need to report an error? **Contact Us**

### 3 Most Popular



**Sidney Powell Files Suit to Overturn State Election** by Jeramey Jannene

**Eyes on Milwaukee: Why All The New Cell Phone Towers?** by Jeramey Jannene

**Transportation: Bus System Overhaul Beginning in March** by Graham Kilmer



Like Page    Sign Up

### Recent Comments

brthompson on **The State of Politics: A Supreme Court of First Resort?**

brthompson on **Murphy's Law: The Hating of Justice Hagedorn**

brthompson on **Election Official Joins 'Stop the Steal' Rally**

Mingus on **Murphy's Law: The Hating of Justice Hagedorn**

Billlau on **Clock Is Ticking for Eviction Moratorium**

### New Faces

**Milwaukee Art Museum Names Robert Stein as Deputy Director and Chief Experience Officer**

**Gov. Evers Appoints LaKeisha Haase to the Winnebago County Circuit Court**



Kristin Oberholtzer Named to Board of Directors of Advantage+

**More New Faces**

## You Might Also Like



1 Cup Before Bed Burns Belly Fat All Night Long



Take 1 Cup Before Bed, Watch Your Belly Fat Melt Like Crazy.



One Cup of This (Before Bed) Burns Belly Fat Like Crazy!

## Information

Become a Member
About
Advertise
Calendar
Contact
Privacy Policy
The Store
Submit a Press Release

## Follow Us

## The Store

755 N. Milwaukee St.
Milwaukee, WI 53202
414-395-0632
Website (Hours, Directions, Products)

## Subscribe

**Daily Email Update**

email address

Subscribe

**Weekly Email Update**

email address

Subscribe

Take the next step, become a member.
Ditch the ads, get free stuff

Learn more

© 2020, Urban Milwaukee, Inc. All rights reserved.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 3 of 3   Document 117-62