This is Google's cache of https://www.jsonline.com/story/news/local/milwaukee/2020/11/01/absentee-ballot-counting-milwaukees-central-count-live-streamed/6118214002/. It is a snapshot of the page as it appeared on Dec 7, 2020 05:51:29 GMT. The current page could have changed in the meantime. Learn more.

**Full version**        Text-only version        View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or ⌘**-F** (Mac) and use the find bar.

## milwaukee journal sentinel

**MILWAUKEE COUNTY**

# Milwaukee's Central Count facility will tabulate votes in three shifts on Election Day, and livestream the process

**Meg Jones** Milwaukee Journal Sentinel
Published 7:35 p.m. CT Nov. 1, 2020 | **Updated 12:12 a.m. CT Nov. 4, 2020**

At 6 a.m. on Election Day, the first shift of 400 workers will arrive at the City of Milwaukee's Central Count facility and prepare to start opening envelopes.

Fortified by donated snacks and beverages, wearing masks and face shields after taking their own temperatures with thermometers given to them to keep, they will pull out ballots from city voters making their selection for president and other races, smooth them out and start counting.

They'll count throughout the day as many other voters head to the polls to vote in person. They'll count through the evening after polls close at 8 p.m. And they will continue counting with 10 machines the city bought and leased for $875,000.

When will they stop?

No one knows for sure. But Milwaukee Election Commission Executive Director Claire Woodall-Vogg estimates it will take at least until 3 or 4 a.m.

**Results:** Statewide results, county breakdowns and more

**More:** Wisconsin election results likely won't be known before Wednesday

**Live blog:** Updates from around the state

**Full coverage:** Wisconsin election section

Under state law, the totals from absentee ballots won't be released until the very last one passes through a tabulating machine. Votes from individual polling places will be released when they're sent to the county.

Mayor Tom Barrett and Woodall-Vogg both told reporters Sunday afternoon at the counting facility in downtown Milwaukee that they are hamstrung by state law. The first of more than what could be 175,000 ballots mailed in, deposited in drop off boxes or cast during early in-person voting can't be counted until 7 a.m. Tuesday.

Barrett said many states allow counting of absentee ballots before Election Day.

"Wisconsin unfortunately is among the minority of states that don't allow this process until 7 a.m. on Election Day," said Barrett.

The Central Count facility at 501 W. Michigan Ave. is larger than the facilities used in the April and August elections. That's designed to provide more space for ballot counters working in one spot for many hours.

Split into three shifts, tabulators will be positioned in pods of around 50 people to limit the amount of interaction among the hundreds working there because of the coronavirus.

Media will be allowed in designated areas of the Central Count facility and the public can watch through livestreaming via six cameras.

The City Channel will set up two live streams with three cameras each and livestream them on two YouTube Channels:

https://www.youtube.com/user/CityChannel25

https://youtube.com/channel/UCZGEZ32c3ESbCZEbSBkyQbw

The two livestreams will run from 7 a.m. until Central Count operations finish.

The city does not allow absentee ballots to be returned to polling places on Election Day. Instead, voters should use the drop boxes by 7:30 p.m. or return their ballots to the Central Count facility by 8 p.m.

There are 317,000 registered voters in the city and officials expect around 175,000 to vote absentee. As of Sunday 157,000 absentee ballots had come in.

Woodall-Vogg said the U.S. Postal Service will make frequent passes of mailboxes throughout the city to sort out ballots with the final sweep of mailboxes around 6:30 p.m. Tuesday.

Since all ballots are folded before placed in envelopes, one of the first tasks will be to smooth them out so they don't jam the counting machines.

The mechanical tabulators can process 1,200 to 2,000 ballots per hour. Woodall-Vogg expects the machines to be the busiest between 10 p.m. and whenever the final ballots are counted in the wee hours of Wednesday.