Case #20-01785 Trump v. The Wisconsin Election Commission, et al.

## Plaintiff's Exhibit 65

(Audio for Radio Ad for Democracy in the Park by Joe Biden for President)

This audio exhibit is being delivered to the Court 12/9/2020 on a DVD