# KEY WISCONSIN ELECTION CODE PROVISIONS RELIED ON BY PLAINTIFF

## General Authority of Wisconsin Elections Commission

### Wis. Stat. § 5.05(1)

**(1) General authority.** The elections commission shall have the ==responsibility for the administration of chs. 5 to 10 and 12 and other laws relating to elections== and election campaigns, other than laws relating to campaign financing.

## Wisconsin Elections Commission Administrator & Employees

### Wis. Stat. § 5.05(2w)-(4)

**(2w) Elections commission.** The elections commission has the responsibility for the ==administration== of ==chs. 5 to 10 and 12.==

**(3d) Administrator.** The commission shall appoint an administrator in the manner provided under s. 15.61(1)(b). The administrator shall be outside the classified service. The administrator shall appoint such other personnel as he or she requires to carry out the duties of the commission and may designate a commission employee to serve as the commission's legal counsel. The administrator shall perform such duties as the commission assigns to him or her in the administration of chs. 5 to 10 and 12.

**(3g) Chief election officer.** ==The commission administrator shall serve as the chief election officer of this state.==

**(4) Employees.** ==All employees of the commission shall be nonpartisan.==

### Wis. Stat. § 5.02(16c)

### (Proof of identification)

(16c) =="Proof of identification"== means identification that contains the name of the individual to whom the document was issued, which name conforms to the individual's voter registration form, if the individual is required to register to vote, and that ==contains a photograph of the individual==, except as authorized in s. 343.14(3m) or 343.50(4g).

Exhibit 66

## Construction

## Wis. Stat. § 6.84(1) and (2)

**(1) Legislative policy.** The legislature finds that voting is a constitutional right, the vigorous exercise of which should be strongly encouraged. In contrast, voting by absentee ballot is a privilege exercised wholly outside the traditional safeguards of the polling place. The legislature finds that the privilege of voting by absentee ballot must be carefully regulated to prevent the potential for fraud or abuse; to prevent overzealous solicitation of absent electors who may prefer not to participate in an election; to prevent undue influence on an absent elector to vote for or against a candidate or to cast a particular vote in a referendum; or other similar abuses.

**(2) Interpretation.** Notwithstanding s. 5.01(1), with respect to matters relating to the absentee ballot process, ss. 6.86, 6.87(3) to (7) and 9.01(1)(b)2. and 4. shall be construed as mandatory. Ballots cast in contravention of the procedures specified in those provisions may not be counted. Ballots counted in contravention of the procedures specified in those provisions may not be included in the certified result of any election.

## Methods for obtaining an absentee ballot

## Wis. Stat. § 6.86(1)(ar)[1]

(ar) Except as authorized in s. 6.875(6), the municipal clerk shall not issue an absentee ballot unless the clerk receives a written application therefor from a qualified elector of the municipality. The clerk shall retain each absentee ballot application until destruction is authorized under s. 7.23(1). Except as authorized in s. 6.79(6) and (7), if a qualified elector applies for an absentee ballot in person at the clerk's office, the clerk shall not issue the elector an absentee ballot unless the elector presents proof of identification. The clerk shall verify that the name on the proof of identification presented by the elector conforms to the name on the elector's application and shall verify that any photograph appearing on that document reasonably resembles the elector. The clerk shall then enter his or her initials on the certificate envelope indicating that the absentee elector presented proof of identification to the clerk.

---

[1] Wis. Stat. § 6.86(1)(ar) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." Wis. Stat. § 6.84(2) provides: "**(2) Interpretation.** Notwithstanding s. 5.01(1), with respect to matters relating to the absentee ballot process, ss. 6.86, 6.87(3) to (7) and 9.01(1)(b)2. and 4. shall be construed as mandatory. Ballots cast in contravention of the procedures specified in those provisions may not be counted. Ballots counted in contravention of the procedures specified in those provisions may not be included in the certified result of any election."

## Methods for obtaining an absentee ballot

## Wis. Stat. § 6.86(2)(a)[2]

## ("indefinitely confined" exception)

(2)(a) An elector who is indefinitely confined because of age, physical illness or infirmity or is disabled for an indefinite period may by signing a statement to that effect require that an absentee ballot be sent to the elector automatically for every election. The application form and instructions shall be prescribed by the commission, and furnished upon request to any elector by each municipality. The envelope containing the absentee ballot shall be clearly marked as not forwardable. If any elector is no longer indefinitely confined, the elector shall so notify the municipal clerk.

## Absent voting procedure

## Wis. Stat. § 6.87(4)(b)(2)[3]

## ("indefinitely confined" exemption from photo ID)

2. Unless subd. 3. applies, if the absentee elector has applied for and qualified to receive absentee ballots automatically under s. 6.86(2)(a), the elector may, in lieu of providing proof of identification, submit with his or her absentee ballot a statement signed by the same individual who witnesses voting of the ballot which contains the name and address of the elector and verifies that the name and address are correct.

## Absent voting procedure

## Wis. Stat. § 6.87(4)(b)(3)[4]

## (second time absentee voter who has not changed name or address, exemption from photo ID)

3. If the absentee elector has received an absentee ballot from the municipal clerk by mail for a previous election, has provided proof of identification with that ballot, and has not changed his or her name or address since providing that proof of identification, the elector is not required to provide proof of identification.

---

[2] Wis. Stat. § 6.86(2)(a) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

[3] Wis. Stat. § 6.87(4)(b)(2) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

[4] Wis. Stat. § 6.87(4)(b)(3) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 3 of 13   Document 117-65

## Absent voting procedure

## Wis. Stat. § 6.87(1)

## (enclosing ID with application)

(1) Upon proper request made within the period prescribed in s. 6.86, the municipal clerk or a deputy clerk authorized by the municipal clerk shall write on the official ballot, in the space for official endorsement, the clerk's initials and official title. Unless application is made in person under s. 6.86(1)(ar), the absent elector is exempted from providing proof of identification under sub. (4)(b)2. or 3., or the applicant is a military or overseas elector, the absent elector shall enclose a copy of his or her proof of identification or any authorized substitute document with his or her application. The municipal clerk shall verify that the name on the proof of identification conforms to the name on the application. The clerk shall not issue an absentee ballot to an elector who is required to enclose a copy of proof of identification or an authorized substitute document with his or her application unless the copy is enclosed and the proof is verified by the clerk.

## Absent voting procedure

## Wis. Stat. § 6.87(3)(a)[5]

## (clerk mails or delivers ballot to elector)

(3)(a) Except as authorized under par. (d) and as otherwise provided in s. 6.875, the municipal clerk shall mail the absentee ballot to the elector's residence unless otherwise directed by the elector, or shall deliver it to the elector personally at the clerk's office or at an alternate site under s. 6.855. If the ballot is mailed, and the ballot qualifies for mailing free of postage under federal free postage laws, the clerk shall affix the appropriate legend required by U.S. postal regulations. Otherwise, the clerk shall pay the postage required for return when the ballot is mailed from within the United States. If the ballot is not mailed by the absentee elector from within the United States, the absentee elector shall provide return postage. If the ballot is delivered to the elector at the clerk's office, or an alternate site under s. 6.855, the ballot shall be voted at the office or alternate site and may not be removed by the elector therefrom.

---

[5] Wis. Stat. § 6.87(3)(a) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 4 of 13   Document 117-65

## Alternate absentee ballot site

## Wis. Stat. § 6.855

(1) The governing body of a municipality ==may elect to designate a site other than the office of the municipal clerk or board of election commissioners as the location from which electors of the municipality may request and vote absentee ballots and to which voted absentee ballots shall be returned== by electors for any election. The designated site shall be located as near as practicable to the office of the municipal clerk or board of election commissioners and no site may be designated that affords an advantage to any political party. An election by a governing body to designate an alternate site under this section shall be made no fewer than 14 days prior to the time that absentee ballots are available for the primary under s. 7.15(1)(cm), if a primary is scheduled to be held, or at least 14 days prior to the time that absentee ballots are available for the election under s. 7.15(1)(cm), if a primary is not scheduled to be held, and shall remain in effect until at least the day after the election. If the governing body of a municipality makes an election under this section, no function related to voting and return of absentee ballots that is to be conducted at the alternate site may be conducted in the office of the municipal clerk or board of election commissioners.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

(3) An alternate site under sub. (1) ==shall be staffed== by the municipal clerk or the executive director of the board of election commissioners, or employees of the clerk or the board of election commissioners.

(4) An alternate site under sub. (1) shall be ==accessible to all individuals with disabilities==.

## Absent voting procedure

## Wis. Stat. § 6.87(4)(b)(1)[6]

## (marking the ballot) (part 1)

(b)1. Except as otherwise provided in s. 6.875, an elector voting absentee, other than a military elector or an overseas elector, ==shall make and subscribe to the certification before one witness== who is an adult U.S. citizen. A military elector or an overseas elector voting absentee, regardless of whether the elector qualifies as a resident of this state under s. 6.10, shall make and subscribe to the certification before one witness who is an adult but who need not be a U.S. citizen. The absent elector, in the presence of the witness, shall mark the ballot in a manner that will not disclose how the elector's vote is cast.

---

[6] Wis. Stat. § 6.87(4)(b)(1) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 5 of 13   Document 117-65

The elector shall then, still in the presence of the witness, fold the ballots so each is separate and so that the elector conceals the markings thereon and deposit them in the proper envelope. If a consolidated ballot under s. 5.655 is used, the elector shall fold the ballot so that the elector conceals the markings thereon and deposit the ballot in the proper envelope. If proof of residence under s. 6.34 is required and the document enclosed by the elector under this subdivision does not constitute proof of residence under s. 6.34, the elector shall also enclose proof of residence under s. 6.34 in the envelope. Except as provided in s. 6.34(2m), proof of residence is required if the elector is not a military elector or an overseas elector and the elector registered by mail or by electronic application and has not voted in an election in this state. If the elector requested a ballot by means of facsimile transmission or electronic mail under s. 6.86(1)(ac), the elector shall enclose in the envelope a copy of the request which bears an original signature of the elector. The elector may receive assistance under sub. (5). The return envelope shall then be sealed. The witness may not be a candidate.

The envelope shall be mailed by the elector, or delivered in person, to the municipal clerk issuing the ballot or ballots. If the envelope is mailed from a location outside the United States, the elector shall affix sufficient postage unless the ballot qualifies for delivery free of postage under federal law. Failure to return an unused ballot in a primary does not invalidate the ballot on which the elector's votes are cast. Return of more than one marked ballot in a primary or return of a ballot prepared under s. 5.655 or a ballot used with an electronic voting system in a primary which is marked for candidates of more than one party invalidates all votes cast by the elector for candidates in the primary.

---

[7] Wis. Stat. § 6.87(4)(b)(1) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

[8] Wis. Stat. § 6.87(4)(b)(1) is expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

## Absent voting procedure

## Wis. Stat. § 6.87(6) and (6d)[9]

## (return of the ballot) (continued from § 6.87(4)(b)(1))

(6) The ballot ==shall be returned so it is delivered to the polling place no later than 8 p.m. on election day==. Except in municipalities where absentee ballots are canvassed under s. 7.52, if the municipal clerk receives an absentee ballot on election day, the clerk shall secure the ballot and cause the ballot to be delivered to the polling place serving the elector's residence before 8 p.m. ==Any ballot not mailed or delivered as provided in this subsection may not be counted==.

(6d) ==If a certificate is missing the address of a witness==, the ballot may not be counted.


## Absent voting procedure

## Wis. Stat. § 6.87(9)

## (clerk's return of a ballot with a defective certification)

(9) ==If a municipal clerk receives an absentee ballot with an improperly completed certificate or with no certificate, the clerk may return the ballot to the elector==, inside the sealed envelope when an envelope is received, together with a new envelope if necessary, whenever time permits the elector to correct the defect and return the ballot within the period authorized under sub. (6).

---

[9] Wis. Stat. 6.87(6) and (6d) are expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 7 of 13   Document 117-65

## Voting and recording the absentee ballot

## Wis. Stat. § 6.88(1)

### (clerk's receipt of ballot and placement in carrier envelope)

(1) When an absentee ballot arrives at the office of the municipal clerk, or at an alternate site under s. 6.855, if applicable, the clerk shall enclose it, unopened, in a carrier envelope which shall be securely sealed and endorsed with the name and official title of the clerk, and the words "This envelope contains the ballot of an absent elector and must be opened in the same room where votes are being cast at the polls during polling hours on election day or, in municipalities where absentee ballots are canvassed under s. 7.52, stats., at a meeting of the municipal board of absentee ballot canvassers under s. 7.52, stats." If the elector is a military elector, as defined in s. 6.34(1), or an overseas elector, regardless of whether the elector qualifies as a resident of this state under s. 6.10, and the ballot was received by the elector by facsimile transmission or electronic mail and is accompanied by a separate certificate, the clerk shall enclose the ballot in a certificate envelope and securely append the completed certificate to the outside of the envelope before enclosing the ballot in the carrier envelope. The clerk shall keep the ballot in the clerk's office or at the alternate site, if applicable until delivered, as required in sub. (2).

## Voting and recording the absentee ballot

## Wis. Stat. § 6.88(2)

### (clerk's receipt of ballot and placement in carrier envelope) (part 2)

(2) When an absentee ballot is received by the municipal clerk prior to the delivery of the official ballots to the election officials of the ward in which the elector resides or, where absentee ballots are canvassed under s. 7.52, to the municipal board of absentee ballot canvassers, the municipal clerk shall seal the ballot envelope in the carrier envelope as provided under sub. (1), and shall enclose the envelope in a package and deliver the package to the election inspectors of the proper ward or election district or, in municipalities where absentee ballots are canvassed under s. 7.52, to the municipal board of absentee ballot canvassers when it convenes under s. 7.52(1). When the official ballots for the ward or election district have been delivered to the election inspectors before the receipt of an absentee ballot, the clerk shall immediately enclose the envelope containing the absentee ballot in a carrier envelope as provided under sub. (1) and deliver it in person to the proper election officials.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 8 of 13   Document 117-65

## Voting and recording the absentee ballot

## Wis. Stat. § 6.88(3)(a)

## (inspector review – certification <u>sufficient</u>)

(3)(a) Except in municipalities where absentee ballots are canvassed under s. 7.52, at any time between the opening and closing of the polls on election day, the inspectors shall, in the same room where votes are being cast, in such a manner that members of the public can hear and see the procedures, open the carrier envelope only, and announce the name of the absent elector or the identification serial number of the absent elector if the elector has a confidential listing under s. 6.47(2). When the inspectors find that the certification has been properly executed, the applicant is a qualified elector of the ward or election district, and the applicant has not voted in the election, they shall enter an indication on the poll list next to the applicant's name indicating an absentee ballot is cast by the elector. They shall then open the envelope containing the ballot in a manner so as not to deface or destroy the certification thereon. The inspectors shall take out the ballot without unfolding it or permitting it to be unfolded or examined. Unless the ballot is cast under s. 6.95, the inspectors shall verify that the ballot has been endorsed by the issuing clerk. If the poll list indicates that proof of residence under s. 6.34 is required and proof of residence is enclosed, the inspectors shall enter both the type of identifying document submitted by the absent elector and the name of the entity or institution that issued the identifying document on the poll list in the space provided. If the poll list indicates that proof of residence under s. 6.34 is required and no proof of residence is enclosed or the name or address on the document that is provided is not the same as the name and address shown on the poll list, the inspectors shall proceed as provided under s. 6.97(2). The inspectors shall then deposit the ballot into the proper ballot box and enter the absent elector's name or voting number after his or her name on the poll list in the same manner as if the elector had been present and voted in person.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 9 of 13   Document 117-65

## Voting and recording the absentee ballot

## Wis. Stat. § 6.88(3)(b)

## (inspector review – certification insufficient)

(b) ==When the inspectors find that a certification is insufficient==, that the applicant is not a qualified elector in the ward or election district, that the ballot envelope is open or has been opened and resealed, that the ballot envelope contains more than one ballot of any one kind or, except in municipalities where absentee ballots are canvassed under s. 7.52, that the certificate of a military or overseas elector who received an absentee ballot by facsimile transmission or electronic mail is missing, or if proof is submitted to the inspectors that an elector voting an absentee ballot has since died, ==the inspectors shall not count the ballot==. The inspectors shall endorse every ballot not counted on the back, "rejected (giving the reason)". The inspectors shall reinsert each rejected ballot into the certificate envelope in which it was delivered and enclose the certificate envelopes and ballots, and securely seal the ballots and envelopes in an envelope marked for rejected absentee ballots. The inspectors shall endorse the envelope, "rejected ballots" with a statement of the ward or election district and date of the election, signed by the chief inspector and one of the inspectors representing each of the 2 major political parties and returned to the municipal clerk in the same manner as official ballots voted at the election.

---

### Absent voting procedure

### Wis. Stat. § 6.87(6d)[10]

### (return of the ballot)

(6d) ==If a certificate is missing the address of a witness==, the ballot may not be counted.

---

[10] Wis. Stat. 6.87(6) and (6d) are expressly required to be construed as "mandatory" by the Wisconsin Legislature, and ballots cast in contravention of this provision "may not be counted." *See* Wis. Stat. § 6.84(2) (set forth in full in footnote 1 above).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 10 of 13   Document 117-65

## Canvassing of absentee ballots

## Wis. Stat. § 7.52(1)(a)

### (municipal board of absentee ballot canvassers)

(1)(a) The governing body of any municipality may provide by ordinance that, in lieu of canvassing absentee ballots at polling places under s. 6.88, the municipal board of absentee ballot canvassers designated under s. 7.53(2m) shall, at each election held in the municipality, canvass all absentee ballots received by the municipal clerk by 8 p.m. on election day. Prior to enacting an ordinance under this subsection, the municipal clerk or board of election commissioners of the municipality shall notify the elections commission in writing of the proposed enactment and shall consult with the elections commission concerning administration of this section. At every election held in the municipality following enactment of an ordinance under this subsection, the board of absentee ballot canvassers shall, any time after the opening of the polls and before 10 p.m. on election day, publicly convene to count the absentee ballots for the municipality. The municipal clerk shall give at least 48 hours' notice of any meeting under this subsection. Any member of the public has the same right of access to a meeting of the municipal board of absentee ballot canvassers under this subsection that the individual would have under s. 7.41 to observe the proceedings at a polling place. The board of absentee ballot canvassers may order the removal of any individual exercising the right to observe the proceedings if the individual disrupts the meeting.

## Canvassing of absentee ballots

## Wis. Stat. § 7.52(1)(b)

### (appointment of inspectors)

(b) A municipality that adopts the canvassing procedure under this section may appoint additional inspectors under s. 7.30(2)(a) to assist the absentee ballot board of canvassers in canvassing absentee ballots under this section. In such case, an odd number of inspectors shall be appointed, and at no time may there be less than 3 inspectors who serve. Except as authorized in s. 7.30(4)(c), all inspectors shall be affiliated with one of the 2 recognized political parties receiving the largest numbers of votes for president, or for governor in nonpresidential general election years, in the municipality. The party whose candidate received the largest number of votes in the municipality is entitled to one more inspector than the party whose candidate received the next largest number of votes in the municipality. Each inspector so appointed shall be a qualified elector of the municipality. The inspectors who are appointed under this paragraph shall serve under the direction and supervision of the board of absentee ballot canvassers.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 11 of 13   Document 117-65

## Canvassing of absentee ballots

## Wis. Stat. § 7.52(3)(a)

## (board of canvassers review – certification <u>sufficient</u>)

3)(a) The ==board of absentee ballot canvassers shall first open the carrier envelope only==, and, ==in such a manner that a member of the public, if he or she desired, could hear, announce the name of the absent elector== or the identification serial number of the absent elector if the elector has a confidential listing under <u>s. 6.47(2)</u>. ==When the board of absentee ballot canvassers finds that the certification has been properly executed== and the applicant is a qualified elector of the ward or election district, the board of absentee ballot canvassers shall enter an indication on the poll list next to the applicant's name indicating an absentee ballot is cast by the elector. ==The board of absentee ballot canvassers shall then open the envelope== containing the ballot in a manner so as not to deface or destroy the certification thereon. The board of absentee ballot canvassers shall take out the ballot without unfolding it or permitting it to be unfolded or examined. Unless the ballot is cast under <u>s. 6.95</u>, the board of absentee ballot canvassers shall verify that the ballot has been endorsed by the issuing clerk. If the poll list indicates that proof of residence is required and no proof of residence is enclosed or the name or address on the document that is provided is not the same as the name and address shown on the poll list, the board of absentee ballot canvassers shall proceed as provided under <u>s. 6.97(2)</u>. The board of absentee ballot canvassers shall mark the poll list number of each elector who casts an absentee ballot on the back of the elector's ballot. The board of absentee ballot canvassers shall then deposit the ballot into the proper ballot box and enter the absent elector's name or poll list number after his or her name on the poll list.

## Canvassing of absentee ballots

## Wis. Stat. § 7.52(3)(b)

## (board of canvassers review – certification <u>insufficient</u>)

(b) ==When the board of absentee ballot canvassers finds that a certification is insufficient==, that the applicant is not a qualified elector in the ward or election district, that the ballot envelope is open or has been opened and resealed, that the ballot envelope contains more than one ballot of any one kind, or that the certificate of a military or overseas elector who received an absentee ballot by facsimile transmission or electronic mail is missing, or if proof is submitted to the board of absentee ballot canvassers that an elector voting an absentee ballot has since died, ==the board of absentee ballot canvassers shall not count the ballot==. Each member of the board of absentee ballot canvassers ==shall endorse every ballot not counted on the back as "rejected (giving the reason)."== The board of absentee ballot canvassers shall reinsert each rejected ballot into the certificate envelope in which it was delivered and enclose the certificate envelopes and ballots, and securely seal the ballots and envelopes in an envelope marked for rejected absentee ballots. The board of absentee ballot canvassers shall endorse the envelope as "rejected ballots," with a statement of the ward or

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 12 of 13   Document 117-65

election district and date of the election, and each member of the board of absentee ballot canvassers shall sign the statement. The board of absentee ballot canvassers shall then return the envelope containing the ballots to the municipal clerk.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 13 of 13   Document 117-65