| Question Asked | Answer Given |
|---|---|
| The new uniform instructions are awesome, by the way | Great, glad you like them! |
| The drop box I wanted to order was not approved by the Village president so he chose one.  It is also a payment drop box that will be used by residents to drop utility payments after hours.  I do not like that idea but there was not any way I was going to win that fight.  Disallowed or just a really bad idea? | Some municipalities are combining the return of absentee ballots with existing drop boxes, which is fine.  Clerks need to be certain that ballots are retrieved in a timely manner. |
| What if the county clerk does not provide us with ballots by the 17th because he/she has not yet received them? | Ballots have been received by the deadline. |
| What if they came and voted in person after requesting an absentee and did not use it? | Voters who do not return their absentee ballot can vote at the clerk's office during in person absentee voting hours or at the polls on Election Day. |
| But if the voted in person in August and did not use their absentee ballot and voted in person, do I send out another for Nov? | Yes, you still send it to them for November. |
| Are election inspectors with exceptions required to the face covering requirement? | Election inspectors are required by the state mandate to wear face masks at the polls. |
| Can election inspectors use a shield instead of mask | No, they can use both, but masks are mandated. |
| Are drop boxes safe? What if someone puts something in the drop box to burn or ruin the absentee ballots? | Drop boxes are used successfully in many municipalities for the return of property tax or utility payments.  We recommend placing any new drop boxes in a high visibility area for security reasons.  The drop box should be checked often for ballots. |
| Yeah Cody! I think it looks great and will be much better in terms of voter information | Thanks! |
| What is the end date of the Governor's mandate? | September 28, 2020.  (Note, it has been extended) |
| I am a small municipality.  Can I issue the ballots in the absentee tile of the Election in WisVote but set the date ahead so I can print the labels? | Please call the Help Desk and ask for a WisVote Specialist: 608-261-2033. |
| We are getting some post card absentee requests that do not ask for a birthday.  Is it ok to send them an absentee ballot by just receiving that card if we already have their photo ID | An absentee ballot request does not have to have their birthday listed.  It is on the form for cross-checking purposes, but is not required by law. |

WEC 000098

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 1 of 5   Document 117-66

Exhibit 67

| | |
|---|---|
| Currently the only voters who can receive their ballot by fax or email are: | Military and Overseas (perm and temp) voters. |
| May want to mention the Federal only ballot for permanent overseas voters. | Permanent overseas voters receive the federal only ballot. Military and temporary overseas voters receive the full ballot. |
| Can you please touch on the difference between drive-through and curbside voting? We do not have the staff to necessarily do complete curbside, but if you could touch on when we have to...disability/sickness not just fear of getting COVID. Hopefully, this makes sense. | Drive-through voting requires everything typically in the polling place to be available outside, voting equipment, poll books, poll workers, etc. Curbside voting must be available during voting in the polling place for any voter who is unable to enter the polls due to a disability. |
| Great explanation...I think people are using these terms synonymously so I wanted to have a good explanation to provide. | Good, thanks. |
| Is it permissible for the Post Office to empty their postal drop boxes on Election Day and deliver the ballots directly to the clerk or hold them at the post office and ask you to pick them up on election day? | They may have occurred in the past, but it is against post office regulations and is unlikely to occur in the future. They would not have a post mark, which could be problematic. |
| Can incomplete absentee certificate envelopes be corrected at the Clerk's office on Election Day until 7PM (as opposed to voters correcting them at the polls) and then the Clerk's office would deliver them to the polls before 8 to be counted or rejected if not corrected? | Clerks cannot establish different deadlines. Voters have until 8 pm on Election Day at the polls to remedy any missing information on their absentee certificate envelope. |
| Does anyone know what the postage is? | Please check with your post office. |
| Do we clerks have to put that postage on the return envelope before sending out? | Yes, for any ballots sent to voters to be returned within the United States. Military voters have a special return envelope. |
| Allison, could you repeat what you just said about who gets what type of ballot? | Military, temporary overseas, regular voters: full ballot; permanent overseas voters: federal-only ballot. |
| Can I hold a curbside absentee voting drive out side of our polling place as I did not notice a different location in June | You should offer curbside voting as part of your in person absentee hours. It does not have to be noticed. |
| You could remove the second bullet from the Uniform - it has to do with military and there is a separate military instruction sheet. Otherwise it is much better than the previous ones. | Thanks for the feedback! |
| Can municipalities share a drop box? | There is nothing that prohibits it. |
| Alternate location for absentee in-person cannot be changed after June ? | June 11, 2020 was the deadline for changing in person absentee voting locations. |

| | |
|---|---|
| Is there no way to change that? Emergency order by the governing body? We are under a new City Hall build, have lost space and now with the pandemic need to move or won't be able to service the in-person . . . there was no way to know the Mail-In ballot was going to turn upside down . . . we will have a large # of in-person absentee. | You can call and ask for Nate, our staff attorney or consult with your municipal attorney. |
| If we reject the insufficient ballot in WisVote so it shows up as declined in MyVote, would we need to issue them a completely new ballot to fix since the original was rejected? | If the absentee ballot certificate envelope was insufficient, it should not be rejected until after the polls close at 8 pm to give the voter a chance to fix the missing or incomplete information. A voter who returned a ballot may only fix it and cannot be issued a new ballot on Election Day. |
| Can you please go back over husband / wife insufficiency? What if its same address but the names are not determinable as spouses? | Contact the voter to determine if it was their spouse. If the certificate envelope is missing the witness address, it can be added by the clerk. Initial next to the added information. |
| With COVID 19 and ballot boxes do we still have to have postage on these? It seems a waste of postage. | It is still required by state law. |
| A large number of voted ballots are being returned in the Village's drop box. Is there anything that can be done to address the unneeded postage on the returned ballot that does not go through the mail? | I am sorry, but it is still required by state law. |
| Is there a form letter available for missing information? | There are letter templates on the forms' page of our website for missing POR or missing photo ID. |
| Chain of custody for ballots logs...can you give more detail? Is this for drop boxes outside as well? We open the box several times a day...does this mean we have to log each time or is this only for temporary boxes for returned ballots and in person voting? Where does the log go once completed? | We do not have a template, but recommend recording when a drop box is opened and emptied, date/time and by whom. The log is kept by the clerk with their election materials. |
| Where did you say we can find the PowerPoint pages so we can print them? | With the webinar access memo in Recent Clerk Communications. |
| If a Military voter does not include their DOB on their absentee envelope, after contacting the voter, can the Clerk write in their DOB? | No, they cannot. |
| If you have to send a letter asking for photo ID, do we have to provide self-addressed stamped envelope? | No, you do not have to in this situation. |

| | |
|---|---|
| People should be aware that if they use this new absentee instructions, Dymo labels, ballot, certificate envelope will make them over the weight of a 55 cents stamp and they make have to pay an additional 15 cent stamp. | Thank you for the information. |
| To clarify, curbside absentee voting must be offered to voters who are COVID symptomatic? Wouldn't it make more sense to treat these voters the same as hospitalized rather than requiring election officials to be exposed? | By definition, hospitalized voters are in a hospital and we cannot expand the definition to include voters who are symptomatic. The Commission did include in the hospitalized voter definition any voter who is guaranteed by a doctor for COVID. |
| How would you suggest we word the Type E Notice to reflect the drop box location? | Yes, it is a best practice to include this information for voters. Also, send it into us so we can include it on the MyVote website. |
| Do we issue an absentee ballot if they were issued a previous ballot (August election), and the voter did not return the previous ballot? | If they had a calendar year request on file or are an indefinitely confined voter, you should send them a ballot for November. |
| Can a ballot be dropped off to the home of a municipal clerk? | Only if the clerk's home is the official office of the municipal clerk. |
| If a voter comes in on election day and votes and then that person's absentee ballot comes in the mail later that day, what do we do with the ballot? | Reject the absentee ballot and report the double voting to the District Attorney's office. |
| Can you explain what central count is? | When a municipality process all of their absentee ballots in a central location to be counted. They are not counted at the polling places. |
| If we have a couple who are temporary overseas, can they mail the two ballots back in the same mailer envelope? | Yes, they can. |
| Can you explain the difference between federal only and presidential only ballot? | Federal only ballots have all federal contests on them, for November, that includes the presidential election and congressional contests. Federal only ballots are issued to permanent overseas voters. Presidential only ballots only have the presidential contest listed. They are issued to voters who move to Wisconsin from another state and cannot meet the 28-day residency requirement or move to another state and cannot meet that state's residency requirement. |
| Right, I understand that a permanent overseas gets the federal only, is that correct? | Yes. |

| | |
|---|---|
| We had several ballots dropped off on Election Day in April and again in August that were for other municipalities. What is our responsibility regarding getting these to the correct location? | We recommend due diligence in getting those ballots to the correct municipal clerk's office. |
| I have 3 or 4 voters who requested ballots as Military Electors but are being mailed to their home. Isn't military designation for those who are "active away"? | They can still have it mailed to the address of their choice. |
| If the County has an error in the candidates, can we still check Candidates Complete on the main page? | Please contact the Help desk and ask for a WisVote specialist. |
| What if the absentee envelope looks like it has been opened and resealed? Can you contact the voter to have a new ballot? | Reach out to the voter to determine if they had opened and resealed the ballot. Make a note to the inspectors to process the ballot. The voter may prefer and request a new ballot. |
| Should an absentee ballot go through the forwarding process with the USPS? | Absentee ballots are not forwardable. |
| If an overseas voter requests that their ballots is sent by priority mail, are we required to comply? | No. The only time you would need to do so is if you did not send the ballot out by the applicable deadline or made some other error that caused a delay in issuing their ballot. In that case you should send it priority mail (or email/fax, if the voter is entitled to emailed/faxed ballots) and provide priority shipping return. |

WEC 000102