

**Madison WI Clerk** 
@MadisonWIClerk

We've issued 120,514 absentees. 107,738 are returned to be counted, including 18,497 cast at in-person absentee sites, and 7,040 returned via drop box. We now have 190,261 registered voters, including 32,068 who've registered since the August Primary. #MadisonVotes2020

11:28 PM · Oct 28, 2020 

♡ 69      See Madison WI Clerk's other Tweets