# Organizing and Processing Absentee Ballots

- When receiving absentee ballots, sort them into two stacks: Sufficient and Insufficient.
- What is required:
    - Voter Signature (Please note: Date is not required)
    - Witness Signature
    - Witness Address (Please note: If you are able to determine the witness' address using alternative resources, you must do so.)
- Contact the voter (if there is time) so they can remedy the envelope. If the voter did not provide an email or phone number, send them a letter.
- All envelopes must be remedied by 8 p.m. on Election Day.
- Do not number the ballots before election officials determine whether the envelope is sufficient.

Exhibit 70