Case #20-01785 Trump v. The Wisconsin Election Commission, et al.

# Plaintiff's Exhibit 71

("WEC Clerks Training Video 2020")

This video exhibit is being delivered to the Court 12/9/2020 on a DVD