

# WISCONSIN ELECTIONS COMMISSION
## Administering Wisconsin's Election Laws

Home  »Node

# In-Person Absentee Voting and Ballot Drop-Off Reminders

**Priority**
Timely Attention Required

**Date**
September 26, 2020 - 2:00pm

**To**
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**From**
Meagan Wolfe, Administrator

| Attachment | Size |
|---|---|
| Clerk Comm IPAV and Witness Reminder 09.26.pdf | 128.09 KB |

We have received a number of questions regarding the timeline for in-person absentee voting and witness procedures for the November General Election. This communication will provide reminders and links to resources for both issues that clerks can use to prepare for the election. The information below does not represent changes in guidance but are reminders in light of recent questions we have received.

Exhibit 72

1.  **In-Person Absentee Voting:**  Due to the recent court decision in the One Wisconsin Institute case, in-person absentee voting can only take place in the two weeks prior to election day and no in-person absentee hours can be offered on the Monday prior to election day.  Wisconsin Statute § 6.86(1)(b), which sets the 14-day time period for in-person absentee voting was held to be constitutional.

For the November 3, 2020 General Election, in-person absentee voting can begin no earlier than October 20, 2020 and the final day in-person absentee voting hours can be offered is Sunday November 1, 2020.

In-person absentee is defined by state law as the process of issuing an absentee ballot in-person at the clerk's office or alternate site, or sites. During the in-person absentee time period, beginning on October 20 and ending on November 1, there is no restriction on the number of hours you may offer and in-person absentee voting can be offered at multiple locations (although those locations were required to be set by June 12, 2020 for the November General Election).  As always, your Type E Notice should accurately reflect the in-person absentee voting hours for your municipality even if you are offering hours by appointment only.  More information about the court decision can be found here: https://elections.wi.gov/node/6978.

Further, please note that the only way clerk may issue absentee ballots to voters prior to October 20 is by mail.  Before this time, you may not provide voters a ballot in-person nor can you deliver a ballot to a voter in-person or through an agent.  Prior to October 20, voters may only receive the ballot by mail.

2.  **Accepting Absentee Ballot Applications In-Person:**  Under Wis. Stat. § 6.86(1)(b), clerks cannot accept applications for absentee ballots in person earlier than 14 days preceding the election and no later than the Sunday preceding the election.

For the November 3, 2020 General Election, in-person absentee applications can be accepted no earlier than October 20, 2020 and the final day these applications can be accepted is Sunday November 1, 2020.

Voters may submit their absentee ballot applications by email, by mail, or through MyVote.wi.gov but they cannot submit absentee ballot applications in-person prior to October 20, 2020 and only at locations designated in your Type E notice and established prior to the June 12, 2020 deadline.

3.  **Witness Requirements**: Each absentee ballot is required to have the voter signature, witness signature and witness address on the return envelope in order to be counted.  State law requires that the voter must show their unmarked ballot to their witness prior to marking their ballot in their presence (Wis. Stat. § 6.87(2)).  The witness then signs the certification indicating the proper voting procedure has been followed.  If a

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 2 of 97    Document 117-71          WEC 000002

ballot has not been voted in the presence of the witness, a witness cannot certify that the unmarked ballot was shown to them.  The voter should request a replacement ballot from their municipal clerk in these situations.

4.   **Ballot Drop Off Opportunities:**  Under Wis. Stat. §6.87(4)(b)(1) municipal clerks may establish opportunities for voters to hand deliver their ballot in their jurisdictions.  Guidance on how to securely establish drop off opportunities and drop box locations please see WEC's August 19 communication https://elections.wi.gov/node/7036

Please contact us with any questions you may have at (608)261-2028 or elections@wi.gov.

clerks

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS



## WISCONSIN ELECTIONS COMMISSION

Administering Wisconsin's Election Laws

Home  »Node

# Top Things Voters Should Know for the Partisan Primary August 11 2020 - COVID-19

**Date:** Fri, 08/07/2020 - 14:30

MADISON, WI – The Wisconsin Elections Commission today released its list of the top things Wisconsin voters should know for the Partisan Primary, Tuesday, August 11.

**1. The Wisconsin Elections Commission unanimously recommends all voters wear face coverings for voting on Election Day, but they are not required.**

The WEC has developed public health guidance with the assistance of public health officials from the Wisconsin Department of Health Services that face coverings are recommended for use by voters and poll workers on Election Day. However, the Executive Order issued by the Governor on July 30, 2020 that requires face coverings in certain situations does not apply to voters, but does apply to poll workers and election observers  Voters cannot be refused a ballot for not wearing a face covering at the polls on Election Day

"We are asking voters to observe social distancing inside and outside of polling places, and not to create disturbances about the wearing or not wearing of masks or face coverings," said Meagan Wolfe, Wisconsin's chief elections official.

**2. Wisconsin polling places are prepared for voting during the pandemic.**

The WEC has worked with the Wisconsin National Guard and Civil Air Patrol to deliver sanitation supplies, personal protective equipment (PPE) and other necessary supplies to every county in the state for distribution to polling places. There will be special signage at polling places with social distancing instructions. The WEC has also provided clerks and

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 4 of 97    Document 117-71                    WEC 000004

poll workers with training on proper sanitation and social distancing procedures. Like April, National Guard members may be serving at your polling place, in civilian clothes as citizens of your local community.

Things may look a little different when you go vote and voters will be asked to wash or sanitize their hands before and after voting. Social distancing is essential even at polling places on election day. There will be procedures in place to allow for six feet between voters and poll workers to ensure a safe voting experience for everyone.

For more information about voting during the pandemic, please visit the WEC's COVID-19 information page: https://elections.wi.gov/covid-19.

### 3. Voters who have not already mailed their absentee ballots back should make arrangements to drop them off by Election Day.

USPS advises that it can take up to one week for mail to be delivered, so voters who still need to return absentee ballots should drop them off at their municipal clerk's office as soon as possible, Wolfe said. Some municipalities offer secure drop boxes. On Election Day, voters may deliver their absentee ballots directly to their normal polling place, but it must arrive before polls close at 8 p.m. Voters who return absentee ballots to their clerk's office or a municipal drop box on Election Day should do so as early as possible, because the ballot must be picked up and delivered to the polling place by 8 p.m.

### 4. You may only vote for candidates of one party in the primary.

Unlike most other states, Wisconsin law gives voters the freedom to choose which political party's primary they wish to vote in without having to register to vote with a party affiliation or designation. However, they may only vote within one party's primary on the August ballot.

"If you vote for candidates in more than one party, your votes will not be counted," said Wolfe, administrator of the Wisconsin Elections Commission. "But if you make a mistake, like voting for candidates in more than one party, when voting on Election Day, you may ask to spoil the ballot and cast a corrected one, up to three times.

Wolfe noted that the "party preference" section at the top of the ballot is an important safeguard, especially for people who are voting by absentee ballot. "Selecting a party preference is not required, but if you select a party preference, it ensures that your votes are counted for that party's candidates if you accidentally vote for a candidate in another party."

### 5. You need an acceptable photo ID to vote and your ID for voting does not need to show your current address.

"If you are wearing a face covering, a poll worker may ask you to lower it momentarily if they need it to verify your identity when checking photo ID," Wolfe said. "However, most voters should not need to remove or relax their face covering."

Your acceptable photo ID for voting does not need to show your current address. Wolfe said most voters already have the photo ID they need to vote, such as a Wisconsin Driver License or ID, and urged anyone with questions to visit the Bring It to the Ballot website (https://bringit.wi.gov) or call 1-866-VOTE-WIS for information. A voter who does not have an acceptable photo ID must be offered a provisional ballot and the opportunity to submit a photo ID within three days after the election.

## 6. Voters can find their polling place on the mobile-friendly MyVote Wisconsin website.

Many polling places have been changed for the August 11 Partisan Primary. The Wisconsin Elections Commission's popular MyVote Wisconsin website, https://myvote.wi.gov, allows you to verify your polling place and provides directions to every polling place in the state, as well as information about what will be on voters' ballots when they get there.

Voters can also check whether their registration is current. If it's not, they can start the voter registration process online, print their filled-out voter registration form and bring it to the polls with them on Election Day so they can sign it in front of a poll worker. Voters can also complete a paper registration form at their polling place on Election Day.

Online voter registration, that doesn't require the voter to print or sign a paper form, for the November 3 General and Presidential Election resumes after the August 11 Partisan Primary and runs through October 14.

## 7. Your vote is secure.

Wisconsin's election systems are secure thanks to the Wisconsin Elections Commission's strong partnerships with federal and state agencies and local election officials.

"The WEC has found no evidence that Wisconsin's election systems have ever been compromised," said Wolfe. "We have taken extraordinary steps to ensure that our voter registration and vote counting systems are secure."

Voters with questions about election security can read more about the WEC's efforts here: https://elections.wi.gov/elections-voting/security. 

## 8. Consider becoming a poll worker.

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 6 of 97    Document 117-71          WEC 000006

Because of the pandemic, many older poll workers are no longer able to serve, meaning Wisconsin cities, villages and towns need more civic-minded people to help out on Election Day, especially for the November general election. If you vote at the polls, take a look around to see if it's something you'd like to do. Many places offer split shifts if you can't work the entire day. Contact your local municipal clerk's office for more information or visit the MyVote Wisconsin website: https://myvote.wi.gov/en-us/PollWorker. 

**Other Basics:**

- Polls open at 7 a.m. and close at 8 p.m. on Tuesday, August 11.
- Eligible voters can register at the polls on Election Day if they have a proof-of-residence document with a current address.  For details, check out the Voter Registration Guide: https://elections.wi.gov/voters/first-time-registration-guide.
- Turnout for a Partisan Primary in August is typically between 15% and 20% of voting-age adults, compared to about 70% in a typical November presidential election.

**For more information, contact**
Reid Magney, public information officer, 608-267-7887, or reid.magney@wi.gov.

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 7 of 97   Document 117-71          WEC 000007



Home › Node

# Updated Uniform Instructions for Absentee Voters

**Priority**
High Priority

**Date**
August 18, 2020 - 10:00am

**To**
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**From**
Meagan Wolfe, Administrator

| Attachment | Size |
|---|---|
| Uniform Instructions Clerk Communication.pdf | 212.17 KB |
| Uniform Absentee Instructions - By-Mail Voters.pdf | 850.33 KB |
| Uniform Absentee Instructions - By-Mail Voters.docx | 91.94 KB |
| Uniform Instructions - UOCAVA Voters - Email and Fax.pdf | 744.41 KB |
| Uniform Instructions - UOCAVA Voters - Email and Fax.docx | 81.79 KB |
| Uniform Absentee Instructions - Central Count.pdf | 850.52 KB |
| Uniform Absentee Instructions - Central Count.docx | 92.16 KB |

*UPDATE:*

*8/19/2020: The By-Mail Voters instructions have been adjusted to reflect the fact that overseas or military voters who receive their ballots by mail do not need a U.S. citizen to serve as their witness.*

*8/25/2020: An updated version of the instructions was uploaded that includes a fillable box to include the clerk's address. A new version of the instructions was uploaded for central count municipalities and includes a fillable box for the central count location.*

---

Anticipating a continued uptick in absentee participation for the fall elections, WEC staff have been focused on improving the absentee voting process in a variety of ways. One area identified for improvement was the uniform instructions included with every absentee ballot issued in Wisconsin. Attached to this communication are two updated versions of the uniform instructions that were approved for use by the Wisconsin Elections Commission during their July 30, 2020 meeting.

The two separate instruction documents are:

- **Uniform Instructions for Wisconsin Absentee Voters**

This is the version of the instructions that will be sent to voters who choose to receive their absentee ballots by mail and, as such, it is likely that this will be the version you use the most. These instructions are specific to by-mail absentee voters and do not include any information on emailed or faxed ballots.

- **Uniform Instructions for Military and Overseas Voters (for emailed or faxed ballots)**

These instructions will be sent to voters who are eligible to request their ballots by email or fax and choose to do so. This version is quite similar but is geared more toward the unique process of voting a ballot received electronically. Specifically addressed are printing the ballot/certificate, ensuring appropriate postage is affixed, and outlining return options other than public mail services.

These documents serve several purposes. They explain how to complete the certificate envelope, how to get a replacement ballot, and whom to contact with any questions. They also provide information on applicable deadlines, photo ID requirements, and how to return a ballot received electronically. This is a lot of information to successfully convey in a single, two-sided document.

This information, however, is crucial to voters and helps minimize the risk that certificate envelopes are completed incorrectly and that ballots are rejected on Election Day. With sincere thanks to the clerks and usability experts who provided such valuable feedback during this process, staff are pleased to present the updated uniform instructions for absentee voters.

## What's New?
The most obvious change is that there are now two separate versions of these instructions. Having multiple versions may not seem more intuitive, but this approach allows clerks to provide the most pertinent information to voters based on how they requested their ballots. Instead of a one-size-fits-all document that tries to cover the full spectrum of voter types and ballot delivery methods, clerks may now send out individualized instructions that focus on the information a voter needs while limiting the

risk of confusion.

The biggest focus of the redesign was to frontload the information most tangential to the voter by immediately outlining the steps they must follow to correctly vote their ballot, complete their certificate envelope, and return the ballot to their clerk. To make this section more usable, clearly numbered instructions and graphics have been added to specific steps to draw and keep the voter's attention.

Per staff interactions with voters and clerks, there are a lot of questions out there on the witness requirement. To provide more context on who can serve as a witness and what that process entails, an additional section has been added that fleshes out the requirements and provides common examples of who can serve as a witness.

Another key focus in this redesign was to explicitly identify the required sections of the certificate envelope to minimize the chance of a voter returning an insufficient envelope that would ultimately be rejected at the polls. This section of the instructions clearly outlines the required fields and reiterates multiple times that omitting required information or incorrectly completing the certificate may lead to the ballot not being counted.

Based on the type of voter and how they received their ballot, the instructions for returning it and how a voter may do so are quite different. Each document offers specific instruction to ensure that all types of voters know the exact steps necessary to making sure their ballots are returned on time.

The back side is split into three main sections. The first details how a voter can get assistance with completing their ballot or certificate envelope and details who can assist them, how that person may provide assistance, and calls attention to the sections on the ballot and certificate that an assistor must complete. The second section explains how to get a replacement ballot and outlines the respective deadlines for doing so. The final section covers the photo ID requirement and confirms that, unless otherwise instructed by their clerk, a voter does not have to provide an additional copy of photo ID when returning the ballot.

As on the current version, there is a section for municipalities to list their specific contact information to ensure voters are contacting the clerk with any questions.

### Next Steps
Per the Commission's directive, these instructions are to be used for all absentee voters moving forward, beginning with the absentee ballots that clerks will be sending for the November 3rd General Election.

As always, please contact us with any questions or concerns. The Help Desk can be reached at (608) 261-2028 or by email at elections@wi.gov.

clerks

## Search

Search

## Resources

Calendar

Complaints

Contact Us

FAQs

Forms

Legal Resources

Links

News and Notices

Public Records

Publications

Statistics

Training

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 12 of 97    Document 117-71    WEC 000012



# WISCONSIN ELECTIONS COMMISSION
Administering Wisconsin's Election Laws

Home  »Node

# Absentee Ballot Drop Box Information

**Priority**
Timely Attention Required

**Date**
August 19, 2020 - 3:15pm

**To**
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**From**
Meagan Wolfe, Administrator
Richard Rydecki, Assistant Administrator

| Attachment | Size |
|---|---|
| Drop Box Final.pdf | 338.8 KB |

A ballot drop box provides a secure and convenient means for voters to return their by mail absentee ballot. A drop box is a secure, locked structure operated by local election officials.  Voters may deposit their ballot in a drop box at any time after they receive it in the mail up to the time of the last ballot collection Election Day.

This document is intended to provide information and guidance on drop box options for secure absentee ballot return for voters.  The information has been adapted from a resource developed as part of the Cybersecurity and Infrastructure Security Agency (CISA) Elections Infrastructure Government Coordinating Council and Sector Coordinating Council's Joint COVID Working Group.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 13 of 97   Document 117-71   WEC 000013

clerks

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS



# WISCONSIN ELECTIONS COMMISSION

Administering Wisconsin's Election Laws

Home  »Node

# Absentee Ballot Return Options - COVID-19

**Priority**
Timely Attention Required

**Date**
March 31, 2020 - 12:30pm

**To**
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**From**
Meagan Wolfe, Administrator

| Attachment | Size |
|---|---|
| Ballot Return Options 3.31.2020.pdf | 187.19 KB |

Due to the increase in by-mail absentee ballots, clerks have inquired about options for ensuring that the maximum number of ballots are returned to be counted for the April 7, 2020 election.  There are several options clerks can use to make ballot return more accessible and efficient. If a municipality chooses to do alternate drop off boxes or locations for ballots it should be publicized to voters where they can go to deliver their ballots.  It's recommended that clerks also do the best that they are able to publicize drop off locations and options for voters.  It is further recommended that it be publicized to voters that under state law, ballots need to be received by 8pm on election day to be counted.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 15 of 97   Document 117-71        WEC 000015

**1.   Can I establish drop boxes, or other similar options, for voters to return ballots without having to mail them back?**

Yes, drop boxes can be used for voters to return ballots but clerks should ensure they are secure, can be monitored for security purposes, and should be regularly emptied.  Clerks can also use mail slots at municipal facilities when residents submit tax or utility payments for the return of ballots.  These slots should be regularly monitored, and ballots should be collected on a daily basis.  Clerks can also use book return slots at municipal libraries for this purpose as well as long as clerk staff have regular access to these facilities to collect ballots on, at least, a daily basis.  If there is a final time that ballots will be collected from a drop box location, it should be posted clearly on the drop box when the last pick up will occur to deliver the ballots to the polling place to be counted.

**2.   Can voters return an absentee ballot they received by mail in-person at the clerk's office, in-person absentee site or their polling place on election day?**

Yes, a voter can hand deliver an absentee ballot they received by mail to the clerk.  Ballots can be returned to the clerk's office, an in-person absentee (or early voting) site or the voter's polling on election day.  A family member or another person may also return the ballot on behalf of the voter.  Voters who received their ballot by mail and do not have access to a witness could potentially appear at the clerk's office or in-person absentee site to vote their ballot and have the clerk or clerk staff serve as a witness for the voter.  The deadline for voters to return their ballot is 8:00pm on Election Day.  If you are receiving ballots at the clerk's office or other places, you should ensure that there be a collection at 8:00pm to be delivered to the polling place to be counted.  If you are not accepting delivery at a central location, like the clerk's office or other city hall ,it is advised that a notice be posted letting voters know where to deliver their ballots by 8pm to be counted.

**3.   Can mail be held by the local U.S. Postal Service station for pick up by the clerk?**

Clerks can coordinate with their local postmaster to have their election mail held on and around election day rather than having it delivered to them by the mail carrier.  This process would limit the time ballots are out for delivery, can ensure the clerk has access to all ballots returned by election day and could lead to more efficient delivery of those ballots to the polling place or central count facility for counting.  Interested clerks can contact their local postmaster directly to discuss available options for holding election mail on and around election day for pickup.

**4.   Can the U.S. Postal Service keep election mail local and not send it to central facilities for processing?**

It may be possible to have election mail kept local and not sent to central processing facilities (Milwaukee, Twin Cities), but that requires coordination with the postal service.   If this practice is possible it would potentially cut down on the transit time for ballots returned by mail to the clerk's office.  Clerks interested in this option should contact their local postmaster directly to discuss these options.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 16 of 97   Document 117-71        WEC 000016

**5. Can municipal clerks include a notice of the ballot receipt deadline and drop off locations with ballots that are sent?**

Yes. As an attachment to this email, please find a template that you can use to send with absentee ballots to alert voters to alternate drop off sites and of the deadline of 8pm on Election Day for ballots to be received. Please customize any items or remove/add bullet points as they apply to your jurisdiction.

Please contact us with any questions you may have about these options at elections@wi.gov or (608) 261-2028.

**Template Clerks Can Customize to Send With Absentee Ballots**

[Your municipality] Voter,

To ensure that your absentee ballot is received by the deadline to be counted of 8:00pm April 7, we ask you to please consider the following:

- Hand deliver your completed absentee ballot in the completed certificate envelope to your [municipal clerk's office, city hall, etc.] or to your polling place at [enter polling place] by 8:00 pm on April 7.
- You may drop off your voted ballot and your completed certificate at the drop box located at [drop box locations]. The last pick up from this box for delivery to the polls will be [date and time].
- If you are considering mailing your ballot back, please do so as soon as possible. The U.S. Postal Service advising that in some locations mail delivery can take between 2-7 days.

Thank you again for your participation in the April 7 election. If you have any questions, please contact [clerk contact information.

clerks

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 17 of 97   Document 117-71          WEC 000017

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 18 of 97   Document 117-71    WEC 000018



# WISCONSIN ELECTIONS COMMISSION
Administering Wisconsin's Election Laws

Home  »Node

# Important Things Voters Should Know for Election Day

**Date:** Fri, 10/30/2020 - 13:00

MADISON, WI – The Wisconsin Elections Commission today released its list of the top things Wisconsin voters should know for the General Election on Tuesday, November 3, 2020.

**1. The Wisconsin Elections Commission unanimously recommends all voters wear face coverings for voting on Election Day, but they are not required.**

The WEC has developed public health guidance with the assistance of public health officials from the Wisconsin Department of Health Services that face coverings are recommended for use by voters, poll workers and observers on Election Day. The Executive Order issued by the Governor on July 30, 2020 that requires face coverings in certain situations does apply to poll workers and election observers but does not apply to voters. Voters cannot be refused a ballot for not wearing a face covering at the polls on Election Day.

"We are asking everyone at the polls to observe social distancing inside and outside of polling places, and not to create disturbances about wearing or not wearing face coverings," said Meagan Wolfe, Wisconsin's chief elections official.

**2. Wisconsin polling places are prepared for voting during the pandemic.**

The WEC has worked with the Wisconsin National Guard and Civil Air Patrol to deliver sanitation supplies, personal protective equipment (PPE) and other necessary supplies to every county in the state for distribution to polling places. There will be special signage at polling places with social distancing instructions. The WEC has also provided clerks and poll workers with training on proper sanitation and social distancing procedures.  Like

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 19 of 97   Document 117-71   WEC 000019

elections earlier this year, National Guard members may be serving at your polling place, in civilian clothes as citizens of your local community in the event of an unexpected poll worker shortage.

Things may look a little different when you go vote and voters will be asked to wash or sanitize their hands before and after voting. Social distancing is essential even at polling places on Election Day. There will be procedures in place to allow for six feet between voters, poll workers, and observers to ensure a safe voting experience for everyone. For more information about voting during the pandemic, please visit the WEC's COVID-19 information page: https://elections.wi.gov/covid-19.

### 3. Voters who have not already mailed their absentee ballots back should make arrangements to drop them off by Election Day.

USPS advises that it can take up to one week for mail to be delivered, so voters who still need to return absentee ballots should drop them off at their municipal clerk's office as soon as possible, Wolfe said. Some municipalities offer secure drop boxes, and voters can find locations by visiting https://MyVote.wi.gov, by using the absentee tracking feature and the Find My Local Absentee Options on their personal voter information page.

On Election Day, most voters may deliver their absentee ballots directly to their normal polling place, but it must arrive before polls close at 8 p.m. Voters in 39 cities, villages or towns that count absentee ballots at a central location must return ballots to their clerk's office or the central count location. Please follow the return instructions that came with your absentee ballot. Voters who return absentee ballots to their clerk's office or a municipal drop box on Election Day should do so as early as possible, because the ballot must be picked up and delivered to the polling place by 8 p.m.

Any voter who has not returned their absentee ballot is still eligible to vote in person on election day.

### 4. Leave political items at home when you go to vote.

Electioneering is any activity which is intended to influence voting at an election, and it's against the law anywhere people are voting, including within 100 feet of the entrance to a polling place. That means you cannot hand out literature, carry signs or wear clothing with the names or slogans of candidates up for election when you go to vote. These rules also apply to poll workers and poll watchers.

Violators cannot be deprived of the right to vote, but penalties may follow. Anyone found guilty of violating the electioneering law may be fined not more than $1,000, or imprisoned not more than six months or both.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 20 of 97   Document 117-71        WEC 000020

"We understand that many voters are passionate about their candidates, but please leave your campaign clothing and items at home or in your car when you go to vote," Wolfe said.

**5. You need an acceptable photo ID to vote, but your ID for voting does not need to show your current address or have a star on it.**

"If you are wearing a face covering, a poll worker may ask you to lower it momentarily if they need it to verify your identity when checking photo ID," Wolfe said. "However, most voters should not need to remove or relax their face covering."

Your acceptable photo ID for voting does not need to show your current address. Wolfe said most voters already have the photo ID they need to vote, such as a Wisconsin Driver License or ID, and urged anyone with questions to visit the Bring It to the Ballot website (https://bringit.wi.gov) or call 1-866-VOTE-WIS for information. A voter who does not have an acceptable photo ID must be offered a provisional ballot and the opportunity to submit a photo ID within three days after the election.

Finally, your Wisconsin driver license or state ID card does not need a "REAL ID" star in the corner to be used as photo ID for voting. A photo ID with the star may be needed to board an airplane or enter federal buildings, but it is not required for voting.

**6. Voters can find their polling place on the mobile-friendly MyVote Wisconsin website.**

Your polling place may have changed from the location you voted at earlier this year. Some local election officials have chosen larger spaces to better accomplish social distancing. The Wisconsin Elections Commission's popular MyVote Wisconsin website, https://myvote.wi.gov, allows you to verify your polling place and provides directions to every polling place in the state, as well as information about what will be on voters' ballots when they get there.

Voters can also check whether their registration is current. If it's not, they can start the voter registration process online, print their filled-out voter registration form and bring it to the polls with them on Election Day so they can sign it in front of a poll worker. Voters can also complete a paper registration form at their polling place on Election Day. If you are registering to vote, remember you will need to show a proof of residence document with your current name and address on it. Proof of residence can be a government document, like a Wisconsin ID card, or a document like a bank statement or utility bill. You can show your proof of residence document either in paper form, or electronically on your phone or mobile device. For details, check out the Voter Registration Guide: https://elections.wi.gov/voters/first-time-registration-guide.

**7. Your vote is secure.**

Wisconsin's election systems are secure thanks to the Wisconsin Elections Commission's strong partnerships with federal and state agencies and local election officials.

"The WEC has found no evidence that Wisconsin's election systems have ever been compromised," said Wolfe. "We have taken extraordinary steps to ensure that our voter registration and vote counting systems are secure and have many redundancies to protect and backup voter data."

Rumors, or misleading information about elections security are prevalent. Voters should ensure that they are getting the facts about elections from the official source- your local and state election official.

Voters with questions about election security can read more about the WEC's efforts here: https://elections.wi.gov/elections-voting/security.

**8. Please be patient waiting for results on Election Night.**

Because so many people are voting by absentee ballot this election, it will take poll workers and clerks longer than normal to process all the ballots in some places. "If unofficial results don't come in until early the next morning, it doesn't mean something went wrong," Wolfe said. "It means election officials are doing their jobs and making sure every legitimate ballot gets counted."

Wisconsin does not have a statewide system for reporting unofficial election results – they are posted on the 72 county clerk websites after polls. The unofficial results people normally see from Wisconsin are the product of newsgathering by news organizations such as the Associated Press.

"No matter who declares victory or who the media 'calls' as the winner on Election Night or the next day, nothing is official for several weeks," Wolfe said. "There is a very meticulous and public process for election results to be triple checked before they become official on the deadline established by state law on December 1."

**Other Basics:**
- Polls open at 7 a.m. and close at 8 p.m. on Tuesday, November 3.
- Turnout for a Presidential and General Election in November is typically about 70% of voting-age adults. Wisconsin's turnout is among the highest in the United States. More information about voter turnout is available here: https://elections.wi.gov/elections-voting/statistics.

| Attachment | Size |
|---|---|
| NR Elections - Top Things for General Election 10-30-20.pdf | 186.41 KB |

**For more information, contact**
Reid Magney, public information officer, 608-267-7887, or reid.magney@wi.gov.

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 |
Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS



**WISCONSIN ELECTIONS COMMISSION**

Administering Wisconsin's Election Laws

Home »Node

# Absentee Voting Deadlines Quickly Approaching for November 2020

**Date:** Mon, 10/26/2020 - 19:50

MADISON, WI – Wisconsin voters who are voting absentee by mail must act soon, according to the Wisconsin Elections Commission.

"More than 1.4 million Wisconsin voters have requested absentee ballots by mail, but only 1 million have been recorded as returned," said Meagan Wolfe, administrator for the Wisconsin Elections Commission. "Your ballot must arrive by Election Day to be counted and the US Postal Service says it can take up to seven days for a letter to arrive, so if you're planning to mail your ballot back, you should mail it back as soon as possible."

Voters who still need to request an absentee ballot by mail should also act immediately, Wolfe said. Registered voters can make their requests online at https://myvote.wi.gov.

"Please do not wait for the legal deadline – which is 5 p.m. on Thursday, October 29 – for your clerk to receive your request for an absentee ballot by mail," Wolfe said. "If you wait until the deadline, you risk not getting your ballot in time to vote it and return it by 8 p.m. on Election Day."

"The absentee by mail deadlines in law don't correspond with the amount of time it may take to receive and return your ballot by mail," Wolfe said. Wolfe said. "That is why the Wisconsin Elections Commission since the start of the pandemic earlier this year has been urging voters who wish to vote absentee by mail to request them as soon as possible."

Voters running up against absentee voting by-mail deadlines have the option of voting absentee in-person in their clerk's office or a satellite voting location.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 24 of 97   Document 117-71    WEC 000024

"We want citizens to choose the option for voting that works best for them, but time is running out.  For voters who choose to vote absentee by mail, we want to be sure they have the information they need to navigate that process," said Wolfe. "Of course, every voter who is eligible to vote in the state can also vote early or in person on election day."

Typical turnout for a presidential election in Wisconsin is about 3 million voters. Absentee voting in the clerk's office or other satellite locations is also going strong, with nearly 290,000 ballots voted.

Here are some key deadlines and facts to remember for the upcoming Presidential Election on November 3, 2020 – whether you're voting by absentee ballot or in-person.

**Tuesday, October 27, 2020**:  Practical deadline for voters to return their mail absentee ballots to their municipal clerk's office.  The US Postal Service recommends allowing one week for your completed absentee ballot to be delivered to your municipal clerk's office.

After this date, voters should find other options for returning their absentee ballot, which include delivering it to their municipal clerk's office or a secure drop box if one is provided by their clerk.  Visit https://myvote.wi.gov to find out if your clerk offers drop box.  Most voters can also deliver their ballot to their polling place by 8 p.m. on Election Day, but there are some exceptions. (See below.)

Tuesday is also the first day that hospitalized voters may appoint an agent to retrieve and deliver an absentee ballot from their municipal clerk's office. The deadline for hospitalized voters to request and return their ballot is Election Day. More information is available here: https://elections.wi.gov/publications/brochures/voter-guides/hospitalized-electors.

**Thursday, October 29, 2020**:  The legal deadline for most voters to request an absentee ballot by mail.  Wolfe said it is unrealistic for any voter to wait this late to request an absentee ballot and expect to receive it in time to return it by Election Day to be counted.

Friday is also the legal deadline for indefinitely confined voters to request to become permanent absentee voters, but Wolfe urged anyone needing this service not to wait.

**Friday, October 30, 2020**:  Final day to register to vote at your municipal clerk's office.  Visit https://myvote.wi.gov to find your local clerk's contact information and hours of operation.

**Sunday, November 1, 2020**:  The last day that municipal clerks may offer in-person absentee voting in their office or a satellite location.  Most clerks only offer absentee voting in their office until Friday, October 30, and office hours vary by municipality.  Please visit https://myvote.wi.gov to find your municipal clerk office's contact information and learn more about absentee voting in-person for the upcoming election.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 25 of 97   Document 117-71       WEC 000025

**Tuesday, November 3, 2020**:  Election Day. Polls are open from 7 a.m. to 8 p.m., and voters who are returning an absentee ballot to their polling place must get it there by 8 p.m.  Voters returning their ballot to the clerk's office or a drop box should do so early in the day, so the clerk has enough time to send ballots to the proper location for counting by the 8 p.m. deadline.

There are 39 municipalities including Milwaukee and Green Bay that count absentee ballots at a central location.  Voters in those cities, villages and towns should check with their municipal clerk about where to return their ballots on Election Day.  A list of central count municipalities is available here: https://elections.wi.gov/clerks/guidance/central-count-absentee.

| Attachment | Size |
|---|---|
| NR Elections - Absentee Voting Deadlines for November 2020 10-26-20.pdf | 169.85 KB |

**For more information, contact**
Reid Magney, public information officer, 608-267-7887, or reid.magney@wi.gov.

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 26 of 97    Document 117-71          WEC 000026



# WISCONSIN ELECTIONS COMMISSION
Administering Wisconsin's Election Laws

Home  »Node

# Election Admin Absentee Management Webinar ★

**Priority**
Information Only

**Date**
August 28, 2020 - 11:00am

**To**
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**From**
Allison Coakley, Elections Training Coordinator
Richard Rydecki, Assistant Administrator

| Attachment | Size |
|---|---|
| Absenteee Managemewnt webinar materials.pdf | 4.6 MB |
| FAQs Absentee Management.pdf | 140.36 KB |

**Webinar for Clerks, Chief Inspectors and Poll Workers Absentee Management**
**Election Administration Absentee Management**

**Wednesday, August 26, 2020**

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 27 of 97   Document 117-71   WEC 000027

**★see webinar: ▶Click here**

The Absentee Management webinar focuses on election administration procedures and reviews setup options for in person absentee voting (IPAV) that incorporate public health procedures and identify outdoor, drive up and curbside options. The webinar also addresses the establishment of drop boxes as efficient ballot return options for voters and provide best practices for managing outbound and inbound absentee ballots.

The webcast will be posted by the Thursday following the session on the WEC website for election officials to review at their convenience and will include indexing by-topic: https://elections.wi.gov/clerks/education-training/webinars. The training counts toward training hours whether you participate in the live webinar or review the recording at a later date.

## Online Webinar Requirements

You must be able to view videos on your computer, using a media application such as Windows Media Player. If you have questions about the technical aspects of the webinar, please contact the Elections Help Desk at elections@wi.gov or (608) 261-2028.

A list of Frequently Asked Questions (FAQs) generated from the webinar will be posted after the webcast.

Comments or concerns, please contact allison.coakley@wi.gov or (608) 261-2033. Thank you.

clerks(305)

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3529 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 28 of 97   Document 117-71      WEC 000028

# Absentee Management

September 9, 2020

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 29 of 97   Document 117-71   WEC 000052

# Agenda

- General Absentee Reminders / Lessons Learned from 2020 Elections

- Dropboxes and Ballot Return

- In-Person Absentee Voting

- Managing In and Outbound Absentee Ballots

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 30 of 97   Document 117-71   WEC 000053

# General Reminders

And Lessons Learned from 2020 Elections

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 31 of 97   Document 117-71   WEC 000054

# Reminders

**Ballots should only be issued to registered voters who have complete requests on file.**  Here's how you can check:
- WisVote
- MyVote (need voter's first and last name and DOB)
- Previous 2020 poll lists

**Postage is required by state law for all ballot return envelopes if they are mailed to voters within the U.S.**  Wis. Stat. § 6.87(3)(a)
https://docs.legis.wisconsin.gov/statutes/statutes/6/iv/87/3?view=section

# Reminders

**Be sure that the clerk's return address is provided on the return envelope**

Keep this in mind if you are using overflow envelopes without that information pre-printed on the envelope.



# Reminders

**New uniform instructions have been created and there are three versions:**

1) **Regular**
2) **Military and Overseas Voters who receive their ballot by fax or email**
3) **Central Count**

All three versions are posted here:
https://elections.wi.gov/node/7032



Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 34 of 97   Document 117-71   WEC 000057

# Drop Boxes

And other Absentee Ballot Return Options

# Absentee Ballot Drop Box: What and Why?



### What is it?

A ballot drop box provides a secure and convenient means for voters to return their by mail absentee ballot. A drop box is a secure, locked structure operated by local election officials. Voters may deposit their ballot in a drop box at any time after they receive it in the mail up to the time of the last ballot collection Election Day. Ballot drop boxes can be staffed or unstaffed, temporary or permanent.

### Why should I consider using one?

Voters are interested in secure and efficient ways to return the absentee ballot they receive by mail and dropboxes allow a voter to return their ballot quickly conveniently and securely.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 36 of 97   Document 117-71   WEC 000059

## Repurposing Options

Your municipality may already have infrastructure set up for secure collection of payment and materials. Consider repurposing the following options as secure ballot drops:



- Designate drop boxes or mail slots set up for taxes, mail and public utilities as secure ballot drop locations.
- Partnering with public libraries to use book and media drop slots for ballot collection.
- Partnering with businesses or locations that have already implemented social distancing practices, such as grocery stores and banks.

## Outdoor Options

1) Staffed, Temporary Drive-Through Drop

2) Unstaffed, 24-Hour Ballot Drop Box



# Outdoor Options

## Staffed, Temporary Drive-Through Drop



- A drive-through drop-off location is an easy way to keep traffic flowing when demand for a ballot drop box is at its peak, especially on or around Election Day.

- This drive-through is typically set up in a parking lot or a street depending on the location.

- You can also allow for curbside or drive up absentee ballot drop during any in-person absentee voting hours held at your municipal building or alternate site.



## Outdoor Options

**Unstaffed, 24-Hour Ballot Drop Box**



- In high-demand areas, installing a permanent ballot drop box—one that can be accessed by voters 24/7—is a good solution.

- These boxes should be constructed of durable material such as steel and be permanently cemented into the ground.

- This type of ballot drop box may cost as much as $6,000 each. Other options such as courier boxes are available from industrial supply companies and may be more affordable.

# Indoor Option:  Staffed or Unstaffed

**Indoor Temporary Ballot Drop Box**

When demand for a ballot drop box is low, a temporary ballot box located in a place such as the municipal clerk's office is a good solution.

These boxes should:

- Be durable
- Have a key or combination lock
- Have a way to securely fasten the box to prevent it from being moved or tampered with.

Staffed drop boxes can also be used at polling places on election day to collect absentee ballots from voters without having those voters wait in line in the voting area. In addition to purchasing or renting the ballot box, you will need:

- Padlock and keys (if not included)
- Bike chain or some other way to fasten the box to prevent it from being removed (if not staffed)
- Security seals



13

# Dropbox Security

Ballot drop boxes must be secured and locked at all times.  Only an election official or a designated ballot drop box collection team should have access to the keys and/or combination of the lock.  In addition to locks, all drop boxes should be sealed with one or more tamper evident seals.

For unstaffed 24-hour drop boxes the following security issues should be considered:

- Location with good lighting
- Location monitored by video surveillance cameras.  When this is not feasible, positioning the box close to a nearby camera is a good option.
- Place the box in a high traffic area and invite local law enforcement to make regular observations.

For indoor drop boxes in locations where they can be monitored by a person in real time.

If not, unstaffed and unmonitored boxes should be securely fastened to a stationary surface or immovable object, such as a counter or wall, in a way that prevents moving or tampering.

# Chain of Custody

- Chain of custody logs must be completed every time ballots are collected.

- All ballot collection boxes/bags should be numbered to ensure all boxes are returned at the end of the shift, day, and on election night.

- Team members should sign the log and record the date and time, security seal number at opening, and security seal number when the box is locked and sealed again

15

WEC 000066

## Chain of Custody

- Chain of custody logs must be completed every time ballots are collected.

- All ballot collection boxes/bags should be numbered to ensure all boxes are returned at the end of the shift, day, and on election night.

- Team members should sign the log and record the date and time, security seal number at opening, and security seal number when the box is locked and sealed again

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 44 of 97   Document 117-71   WEC 000067

## Location

Ballot drop boxes should be placed in convenient, accessible locations, including places close to public transportation routes, near or on college campuses, and public buildings, such as libraries and community centers familiar to voters and easy to find. If there is time, getting input from citizens and community groups is recommended.

All drop box locations should be evaluated for:
- Security
- Lighting (well-lit 24 hours a day)
- High visibility
- Security cameras
- Accessibility

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 45 of 97    Document 117-71    WEC 000068

# In-Person Absentee Voting (IPAV)

Public Health Procedures

# The Basics

- **Reminder: After the *One Wisconsin Institute* court ruling, in-person absentee voting can begin no earlier than October 20 and must end by Sunday, November 1, 2020. There are no minimum hours and clerks can still offer appointment-only hours.**

- Face coverings must be used by election officials when conducting in-person absentee voting under the Governor's mandate. ***Please note the Governor's Mandate expires prior to the start of IPAV, so this requirement will need to be reevaluated.***

- Face coverings are strongly recommended for voters but cannot be required. No voter should be turned away for refusal to wear a mask or face covering.

- Drive up, outdoor or curbside voting options should be considered to minimize congestion in enclosed spaces.

- Hand hygiene is essential for voters and election officials during in-person absentee voting.

- CARES Act subgrant funds may be used to support many of the costs associated with changes to in-person absentee voting. Costs such as additional staff, staff time and sanitation supplies are eligible uses for these funds.

# Choosing a Space, Setting Up and Signage

**Choose a larger space in the facility**
- More room for spacing out voters and staff
- One-way voter traffic
- Allow for six-feet of space between voters in line

**Signage**

Post a sign alerting symptomatic voters that they should be directed to call a phone number on the sign and then the clerk could direct the symptomatic voter to the alternative area or offer a curbside voting option outside of the building, as suggested by the Wisconsin Department of Health Services

These symptoms may include:
- Fever (over 100.4F)
- Cough
- Shortness of breath body aches
- Fatigue
- Headache
- New loss of taste or smell
- Nasal congestion
- Throat
- Nausea or vomiting

# Sanitization and Hand Hygiene

- Clean and Disinfect Hands, Surfaces, and Objects
- Have hand sanitizer present and request voters use it before and after handling voting materials.
- Ensure bathrooms at the clerk's office are supplied adequately with soap, water, and drying materials so visitors and staff can wash their hands before and after voting.
- Limit surface contacts and disinfect regularly. o Keep entrance doors open if possible, to minimize knobs, handles, etc. that voters need to touch.
  - Consider the use of wipeable covers for electronics.
  - Clean frequently touched surfaces, voting booths, and objects after each voter, if possible (e.g., tables, countertops, light switches, doorknobs, and cabinet handles).
  - Provide single-use pens, suggest voters bring own pens, or sanitize pens using Wisconsin Department of Health Services disinfecting information.
- Workers handling ballots and forms should practice hand hygiene frequently.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 49 of 97   Document 117-71   WEC 000072

## Outdoor, Curbside or Drive Up Options

**Consider the following factors when developing your plan:**
- signage
- A phone number should be provided for voters if the outdoor voting area will not be staffed continuously during voting hours.

**Voter information will have to be verified:**
- The voter's name and address
- The correct ballot style, if applicable
- Photo ID

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 50 of 97   Document 117-71   WEC 000073

# Outdoor, Curbside or Drive Up Options

**Process:**

- A writing surface such as a table or clipboard should be provided and should be sanitized after each use.

- The election official conducting in-person absentee voting should serve as the witness for these voters and sign the certificate envelope and provide their municipal address just as they would for indoor voting in the clerk's office.

- Voted ballots must be securely stored and transported from the outdoor voting area to the designated storage space in the clerk's office.

# How can this process work?

- "Runners" can be used to greet voters outside and collect information from the voter, such as their name and address, to bring inside to the clerk's office for verification.

- Voters should be asked to sanitize their hands before handling voting materials such as clipboards, ballots, envelopes and pens.

- Clerk's office staff can be used to verify the voter's registration information provided by the "runner" and review the photo ID to confirm eligibility.

- Clerk's staff can determine the correct ballot style for the voter and provide it to the runner to bring out to the voter.

- Chain of custody procedures should be used to track ballots that have been issued and voted during outdoor voting.

- A tent or other shelter can be set up to provide a space for voters and election officials to safely interact and conduct voting.





Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 52 of 97   Document 117-71   WEC 000075

## Curbside or Drive Up Voting Procedures

- Hand hygiene still essential
- Face to face interactions should be limited and most of this can take place through a vehicle window
- Face coverings should be used if election officials cannot remain at least six feet from the voter
- Photo ID can be verified through the glass of the rolled-up window
- Materials can be passed back and forth through a window that has been cracked
- The voter should be instructed to sign their ballot in the appropriate section of the certificate envelope



- Election officials should provide the required witness signature and address and information on the certificate envelope and transport the voted ballot back to the clerk's office for secure storage
- Any clipboards, writing surfaces, envelope moisteners, pens or other materials used for this process should be sanitized after each use

25

# IPAV in the Clerk's Office



- Face coverings for voters are recommended, but not required for voters during in-person absentee voting
- Provide opportunities for voters to wash or sanitize their hands both before and after voting
- Provide curbside or outdoor voting opportunities for symptomatic, at-risk or immunocompromised voters
- Conduct any face-to-face interactions with voters from behind a protective barrier, such as glass or plastic window or tabletop plastic shield
- Have wipes available to clean any voting equipment used during IPAV

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 54 of 97   Document 117-71   WEC 000077

## Face Covering Recommendations

- Wash your hands before putting on your face covering.
- Put it over your nose and mouth and secure it under your chin.
- Try to fit it snugly against the sides of your face.
- Make sure you can breathe easily.
- Don't put the face covering around your neck or up on your forehead.
- Don't touch the face covering, and, if you do, wash your hands or use hand sanitizer to disinfect.
- Handle the face covering by the straps to avoid possible cross contamination.
- Wash or sanitize your hands after removing your face covering.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 55 of 97   Document 117-71   WEC 000078

# Managing Absentee Ballots

# Prepare for an Influx of Absentee Ballots

- Use the Calendar of Election Events to prepare. **Please note that absentee ballots must be issued by September 17, with an emphasis on military and overseas voters.**

- New polling places must be approved by your governing body 30 days prior. However, all in-person absentee locations must have been set by June 11, so these cannot be changed.

- Find a location to process absentee ballots if your office is not big enough to accommodate.

- Consider using remote training options that can be found here: https://elections.wi.gov/covid-19/election-officials.

- Consider buying additional supplies to help you organize your absentee ballot issuing and processing. Some items to consider are:
    - Mail trays/mail carts on wheels
    - Carts that can be locked or additional secure ballot boxes
    - Folding tables and chairs (possibly rented)
    - Storage racks





# Working with USPS

- Establish a working relationship with your local USPS office(s) early.

- If using a mail vendor, confirm that the EL-122 Certificate envelope will be printed in compliance with USPS standards.

- Buy stamps or work with USPS to get stamps printed onto ballot envelopes. Please note that, per statute, all ballots sent within the United States must have return postage.

- Consider working with the USPS to have election mail held by the local postmaster instead of having it delivered by carrier.

- Consider contacting your local postmaster to see if they're willing to keep election mail local instead of sending it to central processing facilities.



Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 58 of 97    Document 117-71    WEC 000081

# Organizing and Processing Absentee Ballots

- When receiving absentee ballots, sort them into two stacks: Sufficient and Insufficient.
- What is required:
  - Voter Signature (Please note: Date is not required)
  - Witness Signature
  - Witness Address (Please note: If you are able to determine the witness' address using alternative resources, you must do so.)
- Contact the voter (if there is time) so they can remedy the envelope. If the voter did not provide an email or phone number, send them a letter.
- All envelopes must be remedied by 8 p.m. on Election Day.
- Do not number the ballots before election officials determine whether the envelope is sufficient.
- DO NOT open or process ballots before 7 a.m. on Election Day.

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 59 of 97    Document 117-71    WEC 000082

Thank You and Questions



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

**DATE:** July 29, 2020

**TO:** All Wisconsin Election Officials

**FROM:** Meagan Wolfe
Administrator

**SUBJECT:** 7th Circuit Court of Appeals Ruling in One Wisconsin Institute Case Now in Effect

A mandate was issued today by the 7th Circuit Court of Appeals in the One Wisconsin Institute case meaning that this ruling is now in effect. Please review the summary of changes below to determine how this decision impacts voting laws and procedures and how you will need to update any training and documentation provided to your staff and election inspectors for the upcoming August and November elections.

On June 29, 2020 the 7th Circuit Court of Appeals issued its ruling in the One Wisconsin Institute case that had been on appeal since 2016. WEC provided further guidance on July 2, 2020 that the Wisconsin Department of Justice determined that the 7th Circuit decision was not in effect until the mandate was issued. All aspects of the ruling are now in effect and should be applied to the deadlines and procedures used to administer the August 11, 2020 Partisan Primary:

- **In-Person Absentee Voting:** The Court determined that limitations on days, hours and locations for in-person absentee voting contained in the current statute are permissible, and that the requirements established by 2017 Wisconsin Act 369 are constitutional and enforceable. For the August 11 Primary, you are now within the 14-day window for offering in-person absentee voting in your municipality for that election as permitted by the statute.

  Effective immediately:
  - In-person absentee voting may be conducted beginning no earlier than 14 days prior to each election and ending no later than the Sunday prior to election day. No in-person absentee voting is allowed on the Monday prior to election day. Wis. Stat. § 6.86(1)(b).
  - There is no limit contained in the current law on the maximum number of hours that can be offered for in-person absentee voting and the law also does not establish a minimum number of hours that must be offered (although opportunities for in-person absentee voting must be offered). In-person absentee voting hours are also not required to be offered on each day of this time period.
  - Municipalities are permitted to designate multiple sites for in-person absentee voting. Wis. Stat. § 6.855(5). Additional in-person absentee sites are required to be established by the municipal governing body for a primary and general election at least 14 days prior to when ballots are available for the primary. Wis. Stat. § 6.855(1). For the August 11, 2020 Partisan Primary and

---

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

---

*Administrator*
Meagan Wolfe

the November 3, 2020 General Election those sites were required to be designated by June 11, 2020.

- **Voter Residency:** The Court determined that the State's 28-day residency requirement for voter registration was constitutional. WEC has updated the voter registration form and will be updating the online voter registration process on MyVote to reflect the change to 28 days. If you are using the current version of the form for in-person registration, please have the voter or clerk cross out the reference to 10 days and write in 28 days and then initial by the change.

  <u>Effective immediately:</u> Voters must have resided at their current address for 28 consecutive days prior to election day in order to register at that address. Voters who do not meet the 28-day requirement at their new address are eligible to participate at their former address. Wis. Stat. § 6.02(1) and (2).

- **Electronic Ballot Delivery:** The Court determined it was constitutional for the State to restrict the use of fax and email delivery of absentee ballots to only military and overseas (permanent and temporary) voters. Wis. Stat. §§ 6.22(2)(e) and 6.24(4)(e).

  <u>Effective immediately:</u> Clerks may not send absentee ballots to regular absentee voters via fax or email delivery. Clerks must continue to send absentee ballots to military and overseas voters via fax or email delivery if either of those methods are requested by the voter.

- **Absentee Ballot Certificate Envelope:** State law requires the certification language on the absentee ballot return envelope to include the residency requirement in the voter affirmation section. Wis. Stat. § 6.87(2). Existing stock of return envelopes that list the 10-day residency reference may still be used, but the clerk should manually change the reference to the 28-day residency requirement, and initial this change, before issuing the return envelope to an absentee voter.

- **Student ID as Photo ID:** There were two challenges to the use of university, college, or technical college ID cards as proof of identification that the Court ruling impacted. The first challenge was to the requirement that the student ID can only qualify as acceptable photo ID if it contains an issuance date, an expiration date no more than two years after issuance and was currently unexpired. The Court ruled that the expiration date requirement could be supplemented by a proof of enrollment document,

  The second issue was regarding the requirement that the use of the student ID as photo ID was contingent on the voter providing a proof of enrollment document, such as a tuition fee receipt or course schedule, along with the ID. The Court ruled that requiring a proof of enrollment document in addition to providing a qualifying unexpired student ID was unconstitutional and cannot be enforced.

  <u>Effective immediately:</u> If a qualifying student ID used for the purposes of meeting the photo ID requirement is unexpired, the proof of enrollment document accompanying a student ID is no longer required. If the student ID is expired, the voter must also provide the valid proof of enrollment document. If the voter has an expired student ID and does not have a valid proof of enrollment document, they should not be permitted to vote a regular ballot unless they can provide another

acceptable form of photo ID. If a voter is unable to meet the photo ID requirement, and they are otherwise qualified, they shall be permitted to vote a provisional ballot. For the provisional ballot to be counted, the voter must provide an acceptable form of photo ID prior to 4:30 p.m. on the Friday after the election. Wis. Stat. § 6.97.

| Student ID Expired? | Proof of Enrollment? | Does this work as photo ID? |
|---|---|---|
| No | Not necessary | Yes |
| Yes | Yes | Yes |
| Yes | No | No |

- **College or University Housing List as Proof of Residence:** State law allows for a college or university to provide a certified housing list that can be used as proof of residence for students to use as proof of residence when registering to vote at the polls on election day, but statute also requires the list to include citizenship status of each student on the list. The Court ruled that the citizenship requirement on the certified housing list was in violation of federal student privacy laws and, therefore, should not be enforced.

  Effective immediately: Certified housing lists provided by colleges or universities do not need to contain citizenship status and may be used a proof of residence without that information.

- **ID Petition Process:** The Court remanded the legal challenge to the ID Petition Process administered by the Wisconsin Department of Motor Vehicles (DMV) back to District Court for further deliberations. This process was created to provide voters without access to the supporting documents necessary to obtain a state ID card with a process for the DMV to verify their personal information and issue them a state ID that can be used to satisfy the photo ID requirement when voting. The receipt issued by the DMV to the voter may still be used as acceptable photo ID for voting until the voter receives their ID card from the DMV.

We appreciate your attention to these changes and your patience as we develop additional guidance regarding the Court decision's impact. WEC is in the process of posting updated forms (prioritizing high frequency and most relevant), training materials, reference documents and process flows and instructions on our websites to assist your efforts in preparation for the remainder of the 2020 election cycle and to inform voters of the changes in some requirements. Please contact us at elections@wi.gov or call us at (608)261-2028 with any questions you may have.



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

**DATE:**     August 19, 2020

**TO:**       All Wisconsin Election Officials

**FROM:**     Meagan Wolfe          Richard Rydecki
              Administrator         Assistant Administrator

**SUBJECT:**  **Absentee Ballot Drop Box Information**

This document is intended to provide information and guidance on drop box options for secure absentee ballot return for voters. The information has been adapted from a resource developed as part of the Cybersecurity and Infrastructure Security Agency (CISA) Elections Infrastructure Government Coordinating Council and Sector Coordinating Council's Joint COVID Working Group. The original document can be found here:
https://static1.squarespace.com/static/5a665c98017db2b60bc22084/t/5e8f42d717ee5e7ee2db8c8b/15864470648
05/Ballot_Drop-Box_final.pdf.

## What is an Absentee Ballot Drop Box?

A ballot drop box provides a secure and convenient means for voters to return their by mail absentee ballot. A drop box is a secure, locked structure operated by local election officials. Voters may deposit their ballot in a drop box at any time after they receive it in the mail up to the time of the last ballot collection Election Day. Ballot drop boxes can be staffed or unstaffed, temporary or permanent.

Some voters prefer to deliver their by mail absentee ballots to a drop box rather than sending them back through the mail. These voters may be motivated by lack of trust in the postal process, fear that their ballot could be tampered with, or concern that their information will be exposed. Voters may also be concerned about ensuring that their ballot is returned in time to be counted.

Ballot drop boxes and drop-off locations allow voters to deliver their ballots in person. More importantly, the availability of ballot drop boxes and drop-off locations ensures that even voters who wait until the last minute to return their ballot or who receive their requested ballot in the mail too late to return it via USPS will have timely options to return their ballots.

## Repurposing Options

In a COVID-19 environment, creative solutions may be required. Your municipality may already have infrastructure set up for secure collection of payment and materials. Consider repurposing the following options as secure ballot drops:

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 64 of 97   Document 117-71      WEC 000087

- Designate drop boxes or mail slots set up for taxes, mail and public utilities as secure ballot drop locations.
- Partnering with public libraries to use book and media drop slots for ballot collection.
- Partnering with businesses or locations that have already implemented social distancing practices, such as grocery stores and banks.



Many of these locations are already secure and located in places familiar to city residents.  If you choose to do something similar, be sure to inquire about the security of these drops and identify how you can access ballots returned through these options.  These locations should be marked with signage that clearly identifies the location as a ballot drop box and lists the final time ballots will be collected on election day.  After the final election day pickup, clear signage should be placed at each drop site marking the location as "closed for ballot drop" and information regarding additional ballot return options and deadlines should be listed on these signs.

# Types of Drop Boxes
## Outdoor Options
1.  Staffed, Temporary Drive-Through Drop Off
A drive-through drop-off location is an easy way to keep traffic flowing when demand for a ballot drop box is at its peak, especially on Election Day.  This drive-through is typically set up in a parking lot or a street depending on the location.

The team staffing the site accepts ballots from voters as they pull through, depositing them directly into a ballot box.  For voters who prefer placing the ballot directly into the box themselves, the portable ballot box is brought to the car window.  In addition to the supplies listed below, you will need a team of at least two to three to support the drop-off site.



- Pop-up tent
- Table
- Chairs
- Ballot box
- Road signs
- Orange cones
- Flashlights
- High-visibility vests for workers
- Weather appropriate support— propane heater, rain gear, lanterns
- Personal protective equipment such as gloves, masks, and hand sanitizer as appropriate and in accordance with current CDC guidance

2.  Unstaffed, 24-Hour Ballot Drop Box

In high-demand areas, installing a permanent ballot drop box—one that can be accessed by voters 24/7—is a good solution. These boxes should be constructed of durable material such as steel and be permanently cemented into the ground. This type of ballot drop box may cost as much as $6,000 each. Other options such as courier boxes are available from industrial supply companies and may be more affordable. In addition to purchasing the 24-hour box you will need:



- Video surveillance camera (or place the drop box in an area already covered by a security camera)
- Media storage device (for recorded video)
- Municipal decal or Election signage
- Extra keys for opening slot and access door
- Security seals

## Indoor Option
Staffed or Unstaffed – Indoor Temporary Ballot Drop Box

When demand for a ballot drop box is low, a temporary ballot box located in a place such as the municipal clerk's office is a good solution. These boxes should be constructed of durable material and include a key or combination lock as well as a way to securely fasten the box to prevent it from being moved or tampered with. This type of box looks similar to the example pictured here. Staffed drop boxes can also be used at polling places on election day to collect absentee ballots from voters without having those voters wait in line in the voting area.

In addition to purchasing or renting the ballot box, you will need:



- Padlock and keys (if not included)
- Bike chain or some other way to fasten the box to prevent it from being removed (if not staffed)
- Security seals

# Security
Ballot drop boxes must be secured and locked at all times. Only an election official or a designated ballot drop box collection team should have access to the keys and/or combination of the lock. In addition to locks, all drop boxes should be sealed with one or more tamper evident seals.
Ideally, unstaffed 24-hour drop boxes should be located in areas with good lighting and be monitored by video surveillance cameras. When this is not feasible, positioning the box close to a nearby camera is a good option. Also consider placing it in a high traffic area and inviting local law enforcement to make regular observations.

Try to place indoor drop boxes in locations where they can be monitored by a person in real time. When ballot boxes are unstaffed and not being monitored, the box should be securely fastened to a stationary surface or immovable object, such as a counter or wall, in a way that prevents moving or tampering.

# Chain of Custody

- Chain of custody logs must be completed every time ballots are collected.
- All ballot collection boxes/bags should be numbered to ensure all boxes are returned at the end of the shift, day, and on election night.
- Team members should sign the log and record the date and time, security seal number at opening, and security seal number when the box is locked and sealed again.

# Location

Ballot drop boxes should be placed in convenient, accessible locations, including places close to public transportation routes, near or on college campuses, and public buildings, such as libraries and community centers familiar to voters and easy to find. If there is time, getting input from citizens and community groups is recommended.

All drop box locations should be evaluated for:

- Security
- Lighting (well-lit 24 hours a day)
- High visibility
- Security cameras
- Accessibility
- Voter convenience
- Parking or drive-through options

# How Many Drop Boxes Do You Need?

At a minimum, you should have a drop box at your primary municipal building, such as the village hall. Voters generally know the locations of these buildings and are already accustomed to voting or doing business there. Some other best practices include:

- Have one drop box for every 15,000–20,000 registered voters.
- Consider adding more drop boxes to areas where there may be communities with historically low absentee ballot return rates.
- Use demographic data and analysis to determine whether there should be a different formula for rural and urban locations (i.e., 1 for every 15,000 residents may be every mile in an urban are, but every 50 miles in a rural area).

# Wisconsin Elections Commission

## State of Wisconsin

212 E. Washington Ave., Third Floor • Madison, WI 53703 • elections@wi.gov • (608) 266-8005 • https://elections.wi.gov

FOR IMMEDIATE RELEASE:
October 26, 2020

FOR MORE INFORMATION, CONTACT:
Reid.Magney@wi.gov or 608-267-7887

# Absentee Voting Deadlines Quickly Approaching
# for November 2020

MADISON, WI – Wisconsin voters who are voting absentee by mail must act soon, according to the Wisconsin Elections Commission.

"More than 1.4 million Wisconsin voters have requested absentee ballots by mail, but only 1 million have been recorded as returned," said Meagan Wolfe, administrator for the Wisconsin Elections Commission. "Your ballot must arrive by Election Day to be counted and the US Postal Service says it can take up to seven days for a letter to arrive, so if you're planning to mail your ballot back, you should mail it back as soon as possible."

Voters who still need to request an absentee ballot by mail should also act immediately, Wolfe said. Registered voters can make their requests online at https://myvote.wi.gov.

"Please do not wait for the legal deadline – which is 5 p.m. on Thursday, October 29 – for your clerk to receive your request for an absentee ballot by mail," Wolfe said. "If you wait until the deadline, you risk not getting your ballot in time to vote it and return it by 8 p.m. on Election Day."

"The absentee by mail deadlines in law don't correspond with the amount of time it may take to receive and return your ballot by mail," Wolfe said. Wolfe said. "That is why the Wisconsin Elections Commission since the start of the pandemic earlier this year has been urging voters who wish to vote absentee by mail to request them as soon as possible."

Voters running up against absentee voting by-mail deadlines have the option of voting absentee in-person in their clerk's office or a satellite voting location.

"We want citizens to choose the option for voting that works best for them, but time is running out. For voters who choose to vote absentee by mail, we want to be sure they have the information they need to navigate that process," said Wolfe. "Of course, every voter who is eligible to vote in the state can also vote early or in person on election day."

Typical turnout for a presidential election in Wisconsin is about 3 million voters. Absentee voting in the clerk's office or other satellite locations is also going strong, with nearly 290,000 ballots voted.

Here are some key deadlines and facts to remember for the upcoming Presidential Election on November 3, 2020 – whether you're voting by absentee ballot or in-person.

**Tuesday, October 27, 2020**:  Practical deadline for voters to return their mail absentee ballots to their municipal clerk's office.  The US Postal Service recommends allowing one week for your completed absentee ballot to be delivered to your municipal clerk's office.

After this date, voters should find other options for returning their absentee ballot, which include delivering it to their municipal clerk's office or a secure drop box if one is provided by their clerk. Visit https://myvote.wi.gov to find out if your clerk offers drop box.  Most voters can also deliver their ballot to their polling place by 8 p.m. on Election Day, but there are some exceptions. (See below.)

Tuesday is also the first day that hospitalized voters may appoint an agent to retrieve and deliver an absentee ballot from their municipal clerk's office. The deadline for hospitalized voters to request and return their ballot is Election Day. More information is available here: https://elections.wi.gov/publications/brochures/voter-guides/hospitalized-electors.

**Thursday, October 29, 2020**:  The legal deadline for most voters to request an absentee ballot by mail.  Wolfe said it is unrealistic for any voter to wait this late to request an absentee ballot and expect to receive it in time to return it by Election Day to be counted.

Friday is also the legal deadline for indefinitely confined voters to request to become permanent absentee voters, but Wolfe urged anyone needing this service not to wait.

**Friday, October 30, 2020**:  Final day to register to vote at your municipal clerk's office.  Visit https://myvote.wi.gov to find your local clerk's contact information and hours of operation.

**Sunday, November 1, 2020**:  The last day that municipal clerks may offer in-person absentee voting in their office or a satellite location.  Most clerks only offer absentee voting in their office until Friday, October 30, and office hours vary by municipality.  Please visit https://myvote.wi.gov to find your municipal clerk office's contact information and learn more about absentee voting in-person for the upcoming election.

**Tuesday, November 3, 2020**:  Election Day. Polls are open from 7 a.m. to 8 p.m., and voters who are returning an absentee ballot to their polling place must get it there by 8 p.m.  Voters returning their ballot to the clerk's office or a drop box should do so early in the day, so the clerk has enough time to send ballots to the proper location for counting by the 8 p.m. deadline.

There are 39 municipalities including Milwaukee and Green Bay that count absentee ballots at a central location.  Voters in those cities, villages and towns should check with their municipal clerk about where to return their ballots on Election Day.  A list of central count municipalities is available here: https://elections.wi.gov/clerks/guidance/central-count-absentee.

###

---

The Wisconsin Elections Commission is responsible for administration and enforcement of election laws in Wisconsin.  The Commission is made up of six Commissioners – four appointed directly by the State Senate Majority Leader, Speaker of the Assembly and the Minority Leaders in the State Senate and Assembly.  The remaining two Commissioners are by the Governor with confirmation by the State Senate from lists of former municipal and county clerks submitted by the legislative leadership in each party.



# 7th Circuit Court of Appeals Ruling in One Wisconsin Institute Case Now in Effect

Priority
High Priority

Date
July 29, 2020 - 5:00pm

To
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

From
Meagan Wolfe, Administrator

| Attachment | Size |
|---|---|
| Mandate Issued OWI Decision Clerk Communication 7.29.2020.pdf | 208.78 KB |

A mandate was issued today by the 7th Circuit Court of Appeals in the One Wisconsin Institute case meaning that this ruling is now in effect. Please review the summary of changes below to determine how this decision impacts voting laws and procedures and how you will need to update any training and documentation provided to your staff and election inspectors for the upcoming August and November elections.

On June 29, 2020 the 7th Circuit Court of Appeals issued its ruling in the One Wisconsin Institute case that had been on appeal since 2016. WEC provided further guidance on July 2, 2020 that the Wisconsin Department of Justice determined that the 7th Circuit decision was not in effect until the mandate was issued. All aspects of the ruling are now in effect and should be applied to the deadlines

and procedures used to administer the August 11, 2020 Partisan Primary:

• In-Person Absentee Voting: The Court determined that limitations on days, hours and locations for in-person absentee voting contained in the current statute are permissible, and that the requirements established by 2017 Wisconsin Act 369 are constitutional and enforceable. For the August 11 Primary, you are now within the 14-day window for offering in-person absentee voting in your municipality for that election as permitted by the statute.

**Effective immediately:**

o   In-person absentee voting may be conducted beginning no earlier than 14 days prior to each election and ending no later than the Sunday prior to election day. No in-person absentee voting is allowed on the Monday prior to election day. Wis. Stat. § 6.86(1)(b).

o   There is no limit contained in the current law on the maximum number of hours that can be offered for in-person absentee voting and the law also does not establish a minimum number of hours that must be offered (although opportunities for in-person absentee voting must be offered). In-person absentee voting hours are also not required to be offered on each day of this time period.

o   Municipalities are permitted to designate multiple sites for in-person absentee voting. Wis. Stat. § 6.855(5). Additional in-person absentee sites are required to be established by the municipal governing body for a primary and general election at least 14 days prior to when ballots are available for the primary. Wis. Stat. § 6.855(1). For the August 11, 2020 Partisan Primary and the November 3, 2020 General Election those sites were required to be designated by June 11, 2020.

• Voter Residency: The Court determined that the State's 28-day residency requirement for voter registration was constitutional. WEC has updated the voter registration form and will be updating the online voter registration process on MyVote to reflect the change to 28 days. If you are using the current version of the form for in-person registration, please have the voter or clerk cross out the reference to 10 days and write in 28 days and then initial by the change.

**Effective immediately**: Voters must have resided at their current address for 28 consecutive days prior to election day in order to register at that address. Voters who do not meet the 28-day requirement at their new address are eligible to participate at their former address. Wis. Stat. § 6.02(1) and (2).

• Electronic Ballot Delivery: The Court determined it was constitutional for the State to restrict the use of fax and email delivery of absentee ballots to only military and overseas (permanent and temporary) voters. Wis. Stat. §§ 6.22(2)(e) and 6.24(4)(e).

Effective immediately: Clerks may not send absentee ballots to regular absentee voters via fax or email delivery. Clerks must continue to send absentee ballots to military and overseas voters via fax or email delivery if either of those methods are requested by the voter.

• Absentee Ballot Certificate Envelope: State law requires the certification language on the absentee ballot return envelope to include the residency requirement in the voter affirmation section. Wis. Stat. § 6.87(2). Existing stock of return envelopes that list the 10-day residency reference may still be used, but the clerk should manually change the reference to the 28-day residency requirement, and initial this change, before issuing the return envelope to an absentee voter.

• Student ID as Photo ID: There were two challenges to the use of university, college, or technical

college ID cards as proof of identification that the Court ruling impacted. The first challenge was to the requirement that the student ID can only qualify as acceptable photo ID if it contains an issuance date, an expiration date no more than two years after issuance and was currently unexpired. The Court ruled that the expiration date requirement could be supplemented by a proof of enrollment document,

The second issue was regarding the requirement that the use of the student ID as photo ID was contingent on the voter providing a proof of enrollment document, such as a tuition fee receipt or course schedule, along with the ID. The Court ruled that requiring a proof of enrollment document in addition to providing a qualifying unexpired student ID was unconstitutional and cannot be enforced.

**Effective immediately**: If a qualifying student ID used for the purposes of meeting the photo ID requirement is unexpired, the proof of enrollment document accompanying a student ID is no longer required. If the student ID is expired, the voter must also provide the valid proof of enrollment document. If the voter has an expired student ID and does not have a valid proof of enrollment document, they should not be permitted to vote a regular ballot unless they can provide another acceptable form of photo ID. If a voter is unable to meet the photo ID requirement, and they are otherwise qualified, they shall be permitted to vote a provisional ballot. For the provisional ballot to be counted, the voter must provide an acceptable form of photo ID prior to 4:30 p.m. on the Friday after the election. Wis. Stat. § 6.97.

| Student ID Expired? | Proof of Enrollment? | Does this work as photo ID? |
|---|---|---|
| No | Not necessary | Yes |
| Yes | Yes | Yes |
| Yes | No | No |

• College or University Housing List as Proof of Residence: State law allows for a college or university to provide a certified housing list that can be used as proof of residence for students to use as proof of residence when registering to vote at the polls on election day, but statute also requires the list to include citizenship status of each student on the list. The Court ruled that the citizenship requirement on the certified housing list was in violation of federal student privacy laws and, therefore, should not be enforced.

**Effective immediately:** Certified housing lists provided by colleges or universities do not need to contain citizenship status and may be used a proof of residence without that information.

• ID Petition Process: The Court remanded the legal challenge to the ID Petition Process administered by the Wisconsin Department of Motor Vehicles (DMV) back to District Court for further deliberations. This process was created to provide voters without access to the supporting documents necessary to obtain a state ID card with a process for the DMV to verify their personal information and issue them a state ID that can be used to satisfy the photo ID requirement when voting. The receipt issued by the DMV to the voter may still be used as acceptable photo ID for voting until the voter receives their ID card from the DMV.

We appreciate your attention to these changes and your patience as we develop additional guidance regarding the Court decision's impact. WEC is in the process of posting updated forms (prioritizing

high frequency and most relevant), training materials, reference documents and process flows and instructions on our websites to assist your efforts in preparation for the remainder of the 2020 election cycle and to inform voters of the changes in some requirements.  Please contact us at elections@wi.gov or call us at (608)261-2028 with any questions you may have.

clerks

## Search

Search

## Resources

Calendar

Complaints

Contact Us

FAQs

Forms

Legal Resources

Links

News and Notices

Public Records

Publications

Statistics

Training

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 74 of 97   Document 117-71   WEC 000097

| Question Asked | Answer Given |
|---|---|
| The new uniform instructions are awesome, by the way | Great, glad you like them! |
| The drop box I wanted to order was not approved by the Village president so he chose one. It is also a payment drop box that will be used by residents to drop utility payments after hours. I do not like that idea but there was not any way I was going to win that fight. Disallowed or just a really bad idea? | Some municipalities are combining the return of absentee ballots with existing drop boxes, which is fine. Clerks need to be certain that ballots are retrieved in a timely manner. |
| What if the county clerk does not provide us with ballots by the 17th because he/she has not yet received them? | Ballots have been received by the deadline. |
| What if they came and voted in person after requesting an absentee and did not use it? | Voters who do not return their absentee ballot can vote at the clerk's office during in person absentee voting hours or at the polls on Election Day. |
| But if the voted in person in August and did not use their absentee ballot and voted in person, do I send out another for Nov? | Yes, you still send it to them for November. |
| Are election inspectors with exceptions required to the face covering requirement? | Election inspectors are required by the state mandate to wear face masks at the polls. |
| Can election inspectors use a shield instead of mask | No, they can use both, but masks are mandated. |
| Are drop boxes safe? What if someone puts something in the drop box to burn or ruin the absentee ballots? | Drop boxes are used successfully in many municipalities for the return of property tax or utility payments. We recommend placing any new drop boxes in a high visibility area for security reasons. The drop box should be checked often for ballots. |
| Yeah Cody! I think it looks great and will be much better in terms of voter information | Thanks! |
| What is the end date of the Governor's mandate? | September 28, 2020. (Note, it has been extended) |
| I am a small municipality. Can I issue the ballots in the absentee tile of the Election in WisVote but set the date ahead so I can print the labels? | Please call the Help Desk and ask for a WisVote Specialist: 608-261-2033. |
| We are getting some post card absentee requests that do not ask for a birthday. Is that ok to send them an absentee ballot by just receiving that card if we already have their photo ID | An absentee ballot request does not have to have their birthday listed. It is on the form for cross-checking purposes, but is not required by law. |

| | |
|---|---|
| Currently the only voters who can receive their ballot by fax or email are: | Military and Overseas (perm and temp) voters. |
| May want to mention the Federal only ballot for permanent overseas voters. | Permanent overseas voters receive the federal only ballot. Military and temporary overseas voters receive the full ballot. |
| Can you please touch on the difference between drive-through and curbside voting? We do not have the staff to necessarily do complete curbside, but if you could touch on when we have to...disability/sickness not just fear of getting COVID. Hopefully, this makes sense. | Drive-through voting requires everything typically in the polling place to be available outside, voting equipment, poll books, poll workers, etc. Curbside voting must be available during voting in the polling place for any voter who is unable to enter the polls due to a disability. |
| Great explanation...I think people are using these terms synonymously so I wanted to have a good explanation to provide. | Good, thanks. |
| Is it permissible for the Post Office to empty their postal drop boxes on Election Day and deliver the ballots directly to the clerk or hold them at the post office and ask you to pick them up on election day? | They may have occurred in the past, but it is against post office regulations and is unlikely to occur in the future. They would not have a post mark, which could be problematic. |
| Can incomplete absentee certificate envelopes be corrected at the Clerk's office on Election Day until 7PM (as opposed to voters correcting them at the polls) and then the Clerk's office would deliver them to the polls before 8 to be counted or rejected if not corrected? | Clerks cannot establish different deadlines. Voters have until 8 pm on Election Day at the polls to remedy any missing information on their absentee certificate envelope. |
| Does anyone know what the postage is? | Please check with your post office. |
| Do we clerks have to put that postage on the return envelope before sending out? | Yes, for any ballots sent to voters to be returned within the United States. Military voters have a special return envelope. |
| Allison, could you repeat what you just said about who gets what type of ballot? | Military, temporary overseas, regular voters: full ballot; permanent overseas voters: federal-only ballot. |
| Can I hold a curbside absentee voting drive out side of our polling place as I did not notice a different location in June | You should offer curbside voting as part of your in person absentee hours. It does not have to be noticed. |
| You could remove the second bullet from the Uniform - it has to do with military and there is a separate military instruction sheet. Otherwise it is much better than the previous ones. | Thanks for the feedback! |
| Can municipalities share a drop box? | There is nothing that prohibits it. |
| Alternate location for absentee in-person cannot be changed after June ? | June 11, 2020 was the deadline for changing in person absentee voting locations. |

 WEC 000099

| | |
|---|---|
| Is there no way to change that? Emergency order by the governing body? We are under a new City Hall build, have lost space and now with the pandemic need to move or won't be able to service the in-person . . . there was no way to know the Mail-In ballot was going to turn upside down . . . we will have a large # of in-person absentee. | You can call and ask for Nate, our staff attorney or consult with your municipal attorney. |
| If we reject the insufficient ballot in WisVote so it shows up as declined in MyVote, would we need to issue them a completely new ballot to fix since the original was rejected? | If the absentee ballot certificate envelope was insufficient, it should not be rejected until after the polls close at 8 pm to give the voter a chance to fix the missing or incomplete information. A voter who returned a ballot may only fix it and cannot be issued a new ballot on Election Day. |
| Can you please go back over husband / wife insufficiency? What if its same address but the names are not determinable as spouses? | Contact the voter to determine if it was their spouse. If the certificate envelope is missing the witness address, it can be added by the clerk. Initial next to the added information. |
| With COVID 19 and ballot boxes do we still have to have postage on these? It seems a waste of postage. | It is still required by state law. |
| A large number of voted ballots are being returned in the Village's drop box. Is there anything that can be done to address the unneeded postage on the returned ballot that does not go through the mail? | I am sorry, but it is still required by state law. |
| Is there a form letter available for missing information? | There are letter templates on the forms' page of our website for missing POR or missing photo ID. |
| Chain of custody for ballots logs...can you give more detail? Is this for drop boxes outside as well? We open the box several times a day...does this mean we have to log each time or is this only for temporary boxes for returned ballots and in person voting? Where does the log go once completed? | We do not have a template, but recommend recording when a drop box is opened and emptied, date/time and by whom. The log is kept by the clerk with their election materials. |
| Where did you say we can find the PowerPoint pages so we can print them? | With the webinar access memo in Recent Clerk Communications. |
| If a Military voter does not include their DOB on their absentee envelope, after contacting the voter, can the Clerk write in their DOB? | No, they cannot. |
| If you have to send a letter asking for photo ID, do we have to provide self-addressed stamped envelope? | No, you do not have to in this situation. |

| | |
|---|---|
| People should be aware that if they use this new absentee instructions, Dymo labels, ballot, certificate envelope will make them over the weight of a 55 cents stamp and they make have to pay an additional 15 cent stamp. | Thank you for the information. |
| To clarify, curbside absentee voting must be offered to voters who are COVID symptomatic? Wouldn't it make more sense to treat these voters the same as hospitalized rather than requiring election officials to be exposed? | By definition, hospitalized voters are in a hospital and we cannot expand the definition to include voters who are symptomatic. The Commission did include in the hospitalized voter definition any voter who is guaranteed by a doctor for COVID. |
| How would you suggest we word the Type E Notice to reflect the drop box location? | Yes, it is a best practice to include this information for voters. Also, send it into us so we can include it on the MyVote website. |
| Do we issue an absentee ballot if they were issued a previous ballot (August election), and the voter did not return the previous ballot? | If they had a calendar year request on file or are an indefinitely confined voter, you should send them a ballot for November. |
| Can a ballot be dropped off to the home of a municipal clerk? | Only if the clerk's home is the official office of the municipal clerk. |
| If a voter comes in on election day and votes and then that person's absentee ballot comes in the mail later that day, what do we do with the ballot? | Reject the absentee ballot and report the double voting to the District Attorney's office. |
| Can you explain what central count is? | When a municipality process all of their absentee ballots in a central location to be counted. They are not counted at the polling places. |
| If we have a couple who are temporary overseas, can they mail the two ballots back in the same mailer envelope? | Yes, they can. |
| Can you explain the difference between federal only and presidential only ballot? | Federal only ballots have all federal contests on them, for November, that includes the presidential election and congressional contests. Federal only ballots are issued to permanent overseas voters. Presidential only ballots only have the presidential contest listed. They are issued to voters who move to Wisconsin from another state and cannot meet the 28-day residency requirement or move to another state and cannot meet that state's residency requirement. |
| Right, I understand that a permanent overseas gets the federal only, is that correct? | Yes. |

| | |
|---|---|
| We had several ballots dropped off on Election Day in April and again in August that were for other municipalities. What is our responsibility regarding getting these to the correct location? | We recommend due diligence in getting those ballots to the correct municipal clerk's office. |
| I have 3 or 4 voters who requested ballots as Military Electors but are being mailed to their home. Isn't military designation for those who are "active away"? | They can still have it mailed to the address of their choice. |
| If the County has an error in the candidates, can we still check Candidates Complete on the main page? | Please contact the Help desk and ask for a WisVote specialist. |
| What if the absentee envelope looks like it has been opened and resealed? Can you contact the voter to have a new ballot? | Reach out to the voter to determine if they had opened and resealed the ballot. Make a note to the inspectors to process the ballot. The voter may prefer and request a new ballot. |
| Should an absentee ballot go through the forwarding process with the USPS? | Absentee ballots are not forwardable. |
| If an overseas voter requests that their ballots is sent by priority mail, are we required to comply? | No. The only time you would need to do so is if you did not send the ballot out by the applicable deadline or made some other error that caused a delay in issuing their ballot. In that case you should send it priority mail (or email/fax, if the voter is entitled to emailed/faxed ballots) and provide priority shipping return. |



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

**DATE:**     September 26, 2020

**TO:**     All Wisconsin Elections Officials

**FROM:**     Meagan Wolfe
Administrator

**SUBJECT:**     **In-Person Absentee Voting Reminders**

We have received a number of questions regarding the timeline for in-person absentee voting and witness procedures for the November General Election.  This communication will provide reminders and links to resources for both issues that clerks can use to prepare for the election. The information below does not represent changes in guidance but are reminders in light of recent questions we have received.

1. **In-Person Absentee Voting:** Due to the recent court decision in the *One Wisconsin Institute* case, in-person absentee voting can only take place in the two weeks prior to election day and no in-person absentee hours can be offered on the Monday prior to election day.  Wisconsin Statute § 6.86(1)(b), which sets the 14-day time period for in-person absentee voting was held to be constitutional.

    **For the November 3, 2020 General Election, in-person absentee voting can begin no earlier than October 20, 2020 and the final day in-person absentee voting hours can be offered is Sunday November 1, 2020.**

    In-person absentee is defined by state law as the process of issuing an absentee ballot in-person at the clerk's office or alternate site, or sites. During the in-person absentee time period, beginning on October 20 and ending on November 1, there is no restriction on the number of hours you may offer and in-person absentee voting can be offered at multiple locations (although those locations were required to be set by June 12, 2020 for the November General Election).  As always, your Type E Notice should accurately reflect the in-person absentee voting hours for your municipality even if you are offering hours by appointment only.  More information about the court decision can be found here: https://elections.wi.gov/node/6978.

    Further, please note that the only way clerk may issue absentee ballots to voters prior to October 20 is by mail.  Before this time, you may not provide voters a ballot in-person nor can you deliver a ballot to a voter in-person or through an agent.  Prior to October 20, voters may only receive the ballot by mail.

2. **Accepting Absentee Ballot Applications In-Person:**  Under Wis. Stat. § 6.86(1)(b), clerks cannot accept applications for absentee ballots in person earlier than 14 days preceding the election and no later than the Sunday preceding the election.

---

Wisconsin Elections Commissioners
Ann S. Jacobs, chair |  Marge Bostelmann |  Julie M. Glancey |  Dean Knudson |  Robert Spindell |  Mark L. Thomsen

---

Administrator
Meagan Wolfe

**For the November 3, 2020 General Election, in-person absentee applications can be accepted no earlier than October 20, 2020 and the final day these applications can be accepted is Sunday November 1, 2020.**

Voters may submit their absentee ballot applications by mail, by mail, or through MyVote.wi.gov but they cannot submit absentee ballot applications in-person prior to October 20, 2020 and only at locations designated in your Type E notice and established prior to the June 12, 2020 deadline.

3. **Witness Requirements:** Each absentee ballot is required to have the voter signature, witness signature and witness address on the return envelope in order to be counted. State law requires that the voter must show their unmarked ballot to their witness prior to marking their ballot in their presence (Wis. Stat. § 6.87(2)). The witness then signs the certification indicating the proper voting procedure has been followed. If a ballot has not been voted in the presence of the witness, a witness cannot certify that the unmarked ballot was shown to them. The voter should request a replacement ballot from their municipal clerk in these situations.

4. **Ballot Drop Off Opportunities:** Under Wis. Stat. §6.87(4)(b)(1) municipal clerks may establish opportunities for voters to hand deliver their ballot in their jurisdictions. Guidance on how to securely establish drop off opportunities and drop box locations please see WEC's August 19 communication https://elections.wi.gov/node/7036

Please contact us with any questions you may have at (608)261-2028 or elections@wi.gov.

# Uniform Instructions for Wisconsin Absentee Voters

Confirm the envelope from your clerk contains your ballot and the envelope you'll use to return your ballot.

**1** Read and follow the instructions on your ballot. Mistakes may prevent your votes from being counted.

**2** You must vote your ballot in the presence of an adult witness:



- Start by showing the witness your unmarked ballot.
- Mark your ballot in the presence of your witness.
- Your witness must confirm that you are the one completing your ballot but, because voting is a private activity, your witness cannot tell you who or what to vote for and cannot see the choices you make on your ballot.

### Who can be a witness?

- A witness must be a U.S. Citizen who is at least 18 years old.
- For military or overseas voters, your witness must be at least 18 years old but is not required to be a U.S. Citizen.
- A witness can be a friend, spouse, family member, neighbor, etc.

### Who cannot be a witness?

- A candidate on the ballot for this election.

If you're having trouble finding a witness or have questions about the witness requirement, please contact your municipal clerk or the Wisconsin Elections Commission for assistance. Contact information can be found on the back of this page.

**3** Refold your voted ballot and place it inside of the return envelope.



**4** Seal the envelope in the presence of your witness.

**5** Fill out the required sections of the form on the absentee return envelope.

**To make sure your ballot is counted, double check the following before you return it:**



- **Your voter information**: this section is usually completed by your clerk and includes the date of the election, the county and municipality in which you are registered, your name, the address where you are registered, city, and zip code.
- **Voter Signature:** you (or your assistant) must sign in the Certification of Voter section.
- **Witness Signature and Address:** your witness must sign and provide their **full** address (street number, street name, city) in the Certification of Witness section.
- Make sure your ballot is in your envelope and make sure the envelope is sealed properly.

If any of the required information above is missing, your ballot **will not be counted**.

**6** Return your ballot.



- Your ballot must be received in time to be delivered to your absentee ballot counting location **no later than 8:00 p.m. on Election Day.** There are a few options for returning your ballot. You can:
  - Mail it back
  - Drop it off at your municipal clerk's office
  - Drop it off in an absentee ballot drop box
  - Drop it off at your municipality's absentee ballot counting location on Election Day

**Your absentee ballot counting location:**

- The United States Postal Service recommends mailing your ballot at least one week before Election Day. Returning a ballot from overseas may take longer.
- **Absentee ballots may not be returned by email or fax.**

## Getting Assistance

If you need help reading or filling out your ballot or absentee return envelope, you may ask for assistance from anyone who is not your employer or a representative of your labor union. Your assistant may also serve as your witness. Explaining how to fill out your ballot or return envelope is not "assistance."

### With your ballot

- Your assistant must sign in the Certification of Voter Assistance section.
- Your assistant can read your ballot to you or fill out your ballot under your direction, but cannot tell you how to vote.

### With your absentee return envelope

- If someone signs your absentee return envelope on your behalf, make sure they also sign in the Certification of Assistant section.
- Your assistant may also serve as your witness.

## Correcting Ballot Mistakes

- If you make a mistake while marking your ballot or otherwise require a replacement ballot, contact your municipal clerk. Your municipal clerk's contact information is listed below.
- If there is not enough time to request a replacement ballot and you have not returned your ballot, you may still vote in-person at the polls on Election Day.
- Different types of voters have different deadlines for requesting a replacement ballot. Please see below for additional details.

### 5:00 p.m. on the Thursday before the election

- Regular absentee voters
- Permanent overseas voters
- Temporary overseas voters

### 5:00 p.m. on the Friday before the election

- Military voters*
- Indefinitely confined voters

*If the ballot contains federal offices, military voters away from home may request replacement ballots until 5:00 p.m. on Election Day

## Voter Photo Identification Information

- If you have received your ballot, then a copy of your photo ID is already on file or you are exempt from the requirement. You do not need to provide another copy of photo ID unless instructed by your clerk.
- If you have questions about the photo ID requirement, please contact your municipal clerk.

---

If you have any questions, please contact your municipal clerk for assistance.

| Municipal Clerk Contact Information | State Election Official Contact Information |
|---|---|
| _____<br>(Name of Municipal Clerk)<br><br>_____<br>(Name of Municipality)<br><br>**Phone:**<br><br>**Email:**<br><br>**Fax:** | Wisconsin Elections Commission<br><br>**Help Desk:** (608) 261-2028<br><br>**Email:** elections@wi.gov<br><br>**For voter information, check out MyVote.wi.gov** |

**Uniform Instructions for Wisconsin Absentee Voters (for Central Count Municipalities)**
| Rev 9-2020 | Wisconsin Elections Commission, P.O. Box 7984, Madison, WI 5377-7984 | (608) 261-2028 | web: elections.wi.gov | email: elections@wi.gov

# Uniform Instructions for Wisconsin Absentee Voters

Confirm the envelope from your clerk contains your ballot and the envelope you'll use to return your ballot.

**1** Read and follow the instructions on your ballot. Mistakes may prevent your votes from being counted.

**2** You must vote your ballot in the presence of an adult witness:



- Start by showing the witness your unmarked ballot.
- Mark your ballot in the presence of your witness.
- Your witness must confirm that you are the one completing your ballot but, because voting is a private activity, your witness cannot tell you who or what to vote for and cannot see the choices you make on your ballot.

### Who can be a witness

- A witness must be a U.S. Citizen who is at least 18 years old.
- For military or overseas voters, your witness must be at least 18 years old but is not required to be a U.S. Citizen.
- A witness can be a friend, spouse, family member, neighbor, etc.

### Who cannot be a witness?

- A candidate on the ballot for this election.

If you're having trouble finding a witness or have questions about the witness requirement, please contact your municipal clerk or the Wisconsin Elections Commission for assistance. Contact information can be found on the back of this page.

**3** Refold your voted ballot and place it inside of the return envelope.



**4** Seal the envelope in the presence of your witness.

**5** Fill out the required sections of the form on the absentee return envelope.

**To make sure your ballot is counted, double check the following before you return it:**



- **Your voter information**: this section is usually completed by your clerk and includes the date of the election, the county and municipality in which you are registered, your name, the address where you are registered, city, and zip code.
- **Voter Signature:** you (or your assistant) must sign in the Certification of Voter section.
- **Witness Signature and Address:** your witness must sign and provide their **full** address (street number, street name, city) in the Certification of Witness section.
- Make sure your ballot is in your envelope and make sure the envelope is sealed properly.

If any of the required information above is missing, your ballot **will not be counted**.

**6** Return your ballot.




- Your ballot must be received in time to be delivered to your polling place **no later than 8:00 p.m. on Election Day.** There are a few options for returning your ballot.

  You can:
  - Mail it back
  - Drop it off at your municipal clerk's office
  - Drop it off at your polling place or central count location
  - Drop it off in an absentee ballot drop box (if available)

- The United States Postal Service recommends mailing your ballot at least one week before Election Day. Returning a ballot from overseas may take longer.
- **Absentee ballots may not be returned by email or fax.**

## Getting Assistance

If you need help reading or filling out your ballot or absentee return envelope, you may ask for assistance from anyone who is not your employer or a representative of your labor union. Your assistant may also serve as your witness. Explaining how to fill out your ballot or return envelope is not "assistance."

|  With your ballot  |  With your absentee return envelope  |
| --- | --- |
| • Your assistant must sign in the Certification of Voter Assistance section.<br>• Your assistant can read your ballot to you or fill out your ballot under your direction, but cannot tell you how to vote. | • If someone signs your absentee return envelope on your behalf, make sure they also sign in the Certification of Assistant section.<br>• Your assistant may also serve as your witness. |

## Correcting Ballot Mistakes

- If you make a mistake while marking your ballot or otherwise require a replacement ballot, contact your municipal clerk. Your municipal clerk's contact information is listed below.
- If there is not enough time to request a replacement ballot and you have not returned your ballot, you may still vote in-person at the polls on Election Day.
- Different types of voters have different deadlines for requesting a replacement ballot. Please see below for additional details.

|  5:00 p.m. on the Thursday before the election  |  5:00 p.m. on the Friday before the election  |
| --- | --- |
| • Regular absentee voters<br>• Permanent overseas voters<br>• Temporary overseas voters | • Military voters*<br>• Indefinitely confined voters |

*If the ballot contains federal offices, military voters away from home may request replacement ballots until 5:00 p.m. on Election Day

## Voter Photo Identification Information

- If you have received your ballot, then a copy of your photo ID is already on file or you are exempt from the requirement. You do not need to provide another copy of photo ID unless instructed by your clerk.
- If you have questions about the photo ID requirement, please contact your municipal clerk.

---

If you have any questions, please contact your municipal clerk for assistance.

| Municipal Clerk Contact Information | State Election Official Contact Information |
| --- | --- |
| _____<br>(Name of Municipal Clerk)<br><br>_____<br>(Name of Municipality)<br><br>**Phone:**<br><br>**Email:**<br><br>**Fax:** | **Wisconsin Elections Commission**<br><br>**Help Desk:** (608) 261-2028<br><br>**Email:** elections@wi.gov<br><br>**For voter information, check out MyVote.wi.gov** |

**Uniform Instructions for Wisconsin Absentee Voters**
| Rev 9-2020 | Wisconsin Elections Commission, P.O. Box 7984, Madison, WI 5377-7984 | (608) 261-2028 | web: elections.wi.gov | email: elections@wi.gov

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 85 of 97    Document 117-71        WEC 000108

# Uniform Instructions for Military and Overseas Voters
## (who received their absentee ballot by email or fax)

**1** Print both your ballot and absentee ballot certificate you received from your municipal clerk.

**2** Read and follow the instructions on your ballot. Mistakes may prevent your votes from being counted.

**3** You must vote your ballot **in the presence** of an adult witness:



- Start by showing the witness your unmarked ballot.
- Mark your ballot in the presence of your witness.
- Your witness must confirm that you are the one completing your ballot but, because voting is a private activity, your witness cannot tell you who or what to vote for and cannot see the choices you make on your ballot.

| Who can be a witness? | Who cannot be a witness? |
| --- | --- |
| • Your witness is not required to be a U.S. Citizen, but must still be at least 18 years old. <br> • A witness can be a friend, spouse, family member, neighbor, etc. | • A candidate on the ballot for this election. |

If you're having trouble finding a witness or have questions about the witness requirement, please contact your municipal clerk or the Wisconsin Elections Commission for assistance. Contact information can be found on the back of this page.

**4** Fold the ballot and place it inside of a regular, non-window envelope. Return your **entire** ballot. If the ballot was sent as two pages, return both pages including the page containing the municipal clerk's initials. Seal the envelope **in the presence** of your witness.

**5** Glue or tape the certificate form to the envelope containing the ballot.

**6** Fill out the required sections of the certificate form.

**To make sure your ballot is counted, complete and double check all the following:**



- **Your voter information**: this section is usually completed by your clerk and includes the date of the election, the county and municipality in which you are registered, your name, the address where you are registered, city, and zip code.
- **Voter Signature:** you (or your assistant) must sign in the Certification of Voter section.
- **Witness Signature and Address:** your witness must sign and provide their **full** address in the Certification of Witness section.
- **Provide your date of birth**
- Make sure your ballot is in your envelope and make sure the envelope is sealed properly.

If any of the required information above is missing, your ballot **will not be counted**.

**7** Put the envelope with the certificate form attached into a larger envelope and address it to your clerk.

**8** Place appropriate postage on the exterior envelope.

**9** Return your ballot to your municipal clerk.



- Your ballot must be received in time to be delivered to your polling place **no later than 8:00 p.m. on Election Day.**
- Absentee ballots **cannot** be returned by email or fax. They must be returned by mail or delivered to your municipal clerk's office or polling place.
- If you are unable to use public mail or parcel services, consider commercial alternatives.
- If you are on active military duty, you can drop off your ballot at a U.S. Consulate to be returned for free.

## Getting Assistance

If you need help reading or filling out your ballot or absentee return envelope, you may ask for assistance from anyone who is not your employer or a representative of your labor union. Your assistant may also serve as your witness. Explaining how to fill out your ballot or return envelope is not "assistance."

| With your ballot | With your absentee return envelope |
|---|---|
| • Your assistant must sign in the Certification of Voter Assistance section.<br>• Your assistant can read your ballot to you or fill out your ballot under your direction, but cannot tell you how to vote. | • If someone signs your absentee return envelope on your behalf, make sure they also sign in the Certification of Assistant section.<br>• Your assistant may also serve as your witness. |

## Correcting Ballot Mistakes

- If you make a mistake while marking your ballot or otherwise require a replacement ballot, contact your municipal clerk. Your municipal clerk's contact information is listed below.
- If there is not enough time to request a replacement ballot and you have not returned your ballot, you may still vote in-person at the polls on Election Day.
- Different types of voters have different deadlines for requesting a replacement ballot. Please see below for additional details.

| 5:00 p.m. on the Thursday before the election | 5:00 p.m. on the Friday before the election |
|---|---|
| • Regular absentee voters<br>• Permanent overseas voters<br>• Temporary overseas voters | • Military voters*<br>• Indefinitely confined voters |

*If the ballot contains federal offices, military voters away from home may request replacement ballots until 5:00 p.m. on Election Day

## Voter Photo Identification Information

- If you have received your ballot, then a copy of your photo ID is already on file or you are exempt from the requirement. You do not need to provide another copy of photo ID unless instructed by your clerk.
- If you have questions about the photo ID requirement, please contact your municipal clerk.

---

If you have any questions, please contact your municipal clerk for assistance.

| Municipal Clerk Contact Information | State Election Official Contact Information |
|---|---|
| _____<br>(Name of Municipal Clerk)<br><br>_____<br>(Name of Municipality)<br><br>**Phone:**<br><br>**Email:**<br><br>**Fax:** | **Wisconsin Elections Commission**<br><br>**Help Desk:** (608) 261-2028<br><br>**Email:** elections@wi.gov<br><br>**For voter information, check out MyVote.wi.gov** |

**Uniform Instructions for Military and Overseas Voters (who received their absentee ballot by email or fax)**
| Rev 8-2020 | Wisconsin Elections Commission, P.O. Box 7984, Madison, WI 5377-7984 | (608) 261-2028 | web: elections.wi.gov | email: elections@wi.gov



Home

# COVID-19 Information For Voters

To maintain voter safety during COVID-19, the Wisconsin Elections Commission has compiled resources for both voters and clerks and election officials. If you are a clerk or election official, please click here to visit the Clerk COVID-19 Page.



COVID Safety while Voting In Person - Wisconsin Elections from Wisconsin Elections Commission on Vimeo.

# Voters Have Three Options To Vote:

1. Vote absentee by mail.
2. Vote absentee in person at your municipal clerk's office or other satellite voting location (if available).
3. Vote in-person on Election Day. Polls will be open from 7 a.m. to 8 p.m. on Election Day.

## I need an absentee ballot.

Learn about registering to vote and requesting and returning your absentee ballot here: elections.wi.gov/2020.

## I want to find my polling place.

Voters should be aware that public health orders throughout the state or in your county or municipality do not apply to voters. Polling places will be open on November 3 from 7 a.m. to 8 p.m. You can find your polling place here.

# Polling Place Procedures

If you choose to vote in person at your polling place on Election Day, things will look different than a usual election. There will be specific procedures in place to protect your health and safety. Your municipality may also offer drive through or outdoor voting on election day. Check your municipal clerk's website to learn about what options will be available for you. Please be patient as the poll workers will be using public health procedures designed to keep everyone safe and things may take a bit longer.

## Your visit to your polling place on Election Day may include:

1. If your polling place has any lines, you will be asked to maintain social distancing. There may be markers/tape on the ground to indicate 6 feet, but if not, please maintain at least 6 feet of distance between yourself and others.
2. Voters are highly encouraged to wear face coverings in their polling place or in any line waiting to vote or enter the polling place.
3. If you have any symptoms of COVID-19, including a cough, sore throat, fever of greater than 100.4 degrees, sudden loss of taste, or if you have been exposed to someone with COVID-19, you are encouraged to consider voting curbside from your vehicle. Curbside voting procedures are outlined below.
4. You will be asked to use hand sanitizer or wash your hands before voting.
5. You will be asked to state your name and address and provide your photo ID. Poll workers may be social distancing, so they may ask you to set your ID on the table and back up, or they may be behind Plexiglas dividers.
6. Interactions with poll workers and other voters should be brief or avoided and you should try and move through the voting process quickly.
7. You will be provided a ballot and you can go vote at a poll booth or accessible voting machine.

Poll workers are regularly sanitizing these areas throughout Election Day.

8. Lastly, you will insert your ballot into the ballot box or tabulator. You may use hand sanitizer again if you choose.

## Tips (optional):

- Bring your own blue or black pen.
- Bring a face covering with you.
- Prepare ahead and consider voting curbside voting if you are immunocompromised, have a disability, or have been exposed to or have symptoms of COVID-19. See details below.

# FAQs About Voting

### Am I required to wear a face covering?

No, while wearing a face coverings is highly encouraged, it is not required for voters in a polling place to wear a face mask, despite any state mandates or municipal or county ordinances.

### Are poll workers required to wear face coverings?

All poll workers should follow state, county, or local ordinances regarding wearing face coverings.

### I am deaf or hard of hearing and face coverings make it difficult for me to understand my poll worker. What do I do?

We would recommend contacting your municipal clerk for accommodations ahead of time by searching here. You may be able to request a poll worker to remove their face covering while communicating with you or use written communication to vote.

### I didn't get my absentee ballot on time. What do I do?

If you didn't get your ballot, you can vote in person at your polling place.

### I got my absentee ballot, but I would rather vote in person. Can I do this?

Yes, you can still vote in person at your polling place as long as you did not return your ballot. If you returned your ballot, you are not able to vote at your polling place on Election Day.

### I need a witness, but I am unable to get one due to the pandemic. What do I do?

A witness signature and address are required on every absentee ballot. Voters can have their ballot witnessed through a window, from a safe distance, or even by video chat, as long as the witness can sign the envelope later. A witness can be anyone who is 18 years or older, a US Citizen, and is not a candidate on the ballot, including your spouse, family member, or neighbor.

If you cannot find a witness for your absentee ballot you can still vote in person at your polling place on Election Day.

# Curbside Voting

Curbside voting is for people who are unable to enter the polling place due to disability, which includes being immunocompromised or having symptoms of COVID-19.

Your polling place should have a procedure to allow you to indicate that you need to curbside vote. Your polling place may have signs outside with a phone number, specific parking spots to park in for curbside, a doorbell to ring for curbside, or a greeter outside to initiate this process. Please note that any voter who is immunocompromised, was exposed to or has symptoms of COVID-19, or has a disability must be allowed to curbside vote.

1. Contact your municipal clerk by searching here prior to Election Day. Your clerk can explain their curbside voting procedures, or possibly set up a time to meet you outside with your ballot.
2. You will be asked to confirm that you are unable to enter the polling place due to disability. The Wisconsin Elections Commission affirmed that being immunocompromised or having symptoms of COVID-19 are included in this status.
3. After affirming, you will be asked to provide a photo ID. You can show the ID through your car window and the poll worker can read it through the glass. You will not sign the poll book.
4. The poll worker will get your ballot and allow you to vote from your vehicle. It is recommended that you open your window just enough that a ballot can be slid through to promote social distancing. You will be provided with a privacy sleeve to place your ballot in after voting.
5. The poll worker will bring your ballot inside and insert it into the ballot box or tabulator.

# Special Voting Deputies And Quarantined Electors

The Wisconsin Elections Commission directed that municipal clerks shall not send Special Voting Deputies (SVDs) into care facilities for the remaining elections in 2020. The Commission directed that local election officials shall instead mail an absentee ballot to those registered voters who reside in care facilities that are typically served by SVDs if they request an absentee ballot or have an active request on file. You can read more information here: https://elections.wi.gov/node/6939.

Many facilities may still be restricting guests, so the WEC did outreach to care facilities with training resources and documents that may care facilities conduct absentee voting. You can view these documents here: https://elections.wi.gov/node/6957.

The hospitalized elector process includes voters who are under quarantine for exposure to COVID-19. Voters may assign an agent to carry materials between the voter and the clerk's office. These guidelines are available under Wis. Stat. § 6.86(3). Please read more about the process in the document attached below.

| Attachment | Size |
| --- | --- |
| Hospitalized Electors.pdf | 205.96 KB |

## Search

Search

## Resources

Calendar

Complaints

Contact Us

FAQs

Forms

Legal Resources

Links

News and Notices

Public Records

Publications

Statistics

Training

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 93 of 97   Document 117-71      WEC 000116

## I am in the hospital. How can I receive an absentee ballot?

Hospitalized Electors should follow these steps to request their absentee ballot. Hospitalized electors may appoint an agent to retrieve and deliver their absentee ballot if they are hospitalized in the 7 days before Election Day.

1. The hospitalized elector has used **MyVote.wi.gov** to complete their absentee ballot request form. In box 7 of the form, the voter has certified that they are hospitalized.

2. The hospitalized elector then appoints an agent to request/deliver the ballot on the elector's behalf. The elector may appoint anyone as their agent. The agent will need to provide their information on the absentee ballot application. The agent's information should appear in box 7 of the form.

3. If the elector is not registered, the elector must complete a voter registration application. The voter registration application can be found here: http://elections.wi.gov/forms/el-131-fillable. The agent may deliver the registration along with the absentee ballot request. The voter will also need to provide a proof of residence document with their registration. A proof of residence document proves where the voter lives in Wisconsin. More information on proof of residence can be found here: **http://elections.wi.gov/publications/voter-guides/proof-of-residence**

4. The agent for the hospitalized voter delivers a completed absentee ballot application or the written equivalent (and possibly the voter registration form) to the municipal clerk for the hospitalized elector's municipality of residence. The agent must also show a copy of the voter's photo ID, or the voter's original photo ID, to the municipal clerk when making the absentee ballot request. More information on what photo ID's can be used for voting can be found at: **www.bringit.wi.gov**

5. An agent must provide his or her proof of identification before the municipal clerk may issue an absentee ballot to the agent. The clerk should ensure that the identification matches the information on the application.

6. The municipal clerk issues an absentee ballot, absentee certificate envelope and uniform instructions in an absentee carrier envelope to the agent for the hospitalized elector.

7. The agent transports the absentee ballot to the hospitalized elector. The hospitalized elector votes the ballot in the presence of a witness. The hospitalized elector places the voted ballot in the absentee certificate envelope, seals and signs the envelope. The witness also needs to sign the absentee certificate envelope. The elector may choose their agent to also serve as their witness.

8. The agent must deliver or mail the absentee ballot in the certificate envelope to the elector's municipal clerk. If the agent is personally delivering the ballot, it must be delivered to the municipal clerk by 8 p.m. on Election Day. If the agent is mailing the completed ballot to the municipal clerk, it must be received by Election Day.

Find more information on the Photo ID law at www.BringIt.wi.gov
Register to vote or check your registration status at: www.MyVote.wi.gov
Contact the Wisconsin Elections Commission at 1-866-Vote-Wis or at elections@wi.gov

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 94 of 97    Document 117-71          WEC 000117



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

DATE:       August 18, 2020

TO:         All Wisconsin Election Officials

FROM:       Meagan Wolfe
            Administrator

SUBJECT:    Updated Uniform Instructions for Absentee Voters

Anticipating a continued uptick in absentee participation for the fall elections, WEC staff have been focused on improving the absentee voting process in a variety of ways. One area identified for improvement was the uniform instructions included with every absentee ballot issued in Wisconsin. Attached to this communication are two updated versions of the uniform instructions that were approved for use by the Wisconsin Elections Commission during their July 30, 2020 meeting.

The two separate instruction documents are:

- **Uniform Instructions for Wisconsin Absentee Voters**

This is the version of the instructions that will be sent to voters who choose to receive their absentee ballots by mail and, as such, it is likely that this will be the version you use the most. These instructions are specific to by-mail absentee voters and do not include any information on emailed or faxed ballots.

- **Uniform Instructions for Military and Overseas Voters (for emailed or faxed ballots)**

These instructions will be sent to voters who are eligible to request their ballots by email or fax and choose to do so. This version is quite similar but is geared more toward the unique process of voting a ballot received electronically. Specifically addressed are printing the ballot/certificate, ensuring appropriate postage is affixed, and outlining return options other than public mail services.

These documents serve several purposes. They explain how to complete the certificate envelope, how to get a replacement ballot, and whom to contact with any questions. They also provide information on applicable deadlines, photo ID requirements, and how to return a ballot received electronically. This is a lot of information to successfully convey in a single, two-sided document.

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

This information, however, is crucial to voters and helps minimize the risk that certificate envelopes are completed incorrectly and that ballots are rejected on Election Day. With sincere thanks to the clerks and usability experts who provided such valuable feedback during this process, staff are pleased to present the updated uniform instructions for absentee voters.

## What's New?

The most obvious change is that there are now two separate versions of these instructions. Having multiple versions may not seem more intuitive, but this approach allows clerks to provide the most pertinent information to voters based on how they requested their ballots. Instead of a one-size-fits-all document that tries to cover the full spectrum of voter types and ballot delivery methods, clerks may now send out individualized instructions that focus on the information a voter needs while limiting the risk of confusion.

The biggest focus of the redesign was to frontload the information most tangential to the voter by immediately outlining the steps they must follow to correctly vote their ballot, complete their certificate envelope, and return the ballot to their clerk. To make this section more usable, clearly numbered instructions and graphics have been added to specific steps to draw and keep the voter's attention.

Per staff interactions with voters and clerks, there are a lot of questions out there on the witness requirement. To provide more context on who can serve as a witness and what that process entails, an additional section has been added that fleshes out the requirements and provides common examples of who can serve as a witness.

Another key focus in this redesign was to explicitly identify the required sections of the certificate envelope to minimize the chance of a voter returning an insufficient envelope that would ultimately be rejected at the polls. This section of the instructions clearly outlines the required fields and reiterates multiple times that omitting required information or incorrectly completing the certificate may lead to the ballot not being counted.

Based on the type of voter and how they received their ballot, the instructions for returning it and how a voter may do so are quite different. Each document offers specific instruction to ensure that all types of voters know the exact steps necessary to making sure their ballots are returned on time.

The back side is split into three main sections. The first details how a voter can get assistance with completing their ballot or certificate envelope and details who can assist them, how that person may provide assistance, and calls attention to the sections on the ballot and certificate that an assistor must complete. The second section explains how to get a replacement ballot and outlines the respective deadlines for doing so. The final section covers the photo ID requirement and confirms that, unless otherwise instructed by their clerk, a voter does not have to provide an additional copy of photo ID when returning the ballot.

As on the current version, there is a section for municipalities to list their specific contact information to ensure voters are contacting the clerk with any questions.

## Next Steps

Per the Commission's directive, these instructions are to be used for all absentee voters moving forward, beginning with the absentee ballots that clerks will be sending for the November 3rd General Election.

As always, please contact us with any questions or concerns. The Help Desk can be reached at (608) 261-2028 or by email at elections@wi.gov.