



Home    Clerks Panl Page    Education/Training

# Election Administration Manual

Date: Fri, 09/18/2020 - 19:00

File(s)

| Attachment | Size |
|---|---|
| Election Administration Manual (2020-09).pdf | 4.51 MB |
| Election Manuals Posted 9 18 2020.pdf | 73.2 KB |
| MyVote Manual for Voters & Clerks (2016-09).pdf | 1.03 MB |
| Clerk Guide to the Federal Post Card Application (FPCA) (updated 01-2020) | 102.17 KB |
| Clerk Guide to the Federal Write-in Absentee Ballot (FWAB) (updated 01-2020) | 103.92 KB |
| Clerk Guide to the National Voter Registration Form (NVRA) (updated 01-2020) | 97.76 KB |

Summary
Election Administration Manual for Wisconsin Election Officials

Elections in the State of Wisconsin are conducted at the local level. As a municipal clerk you are entrusted with the responsibility of ensuring fair, accessible, and transparent elections. Our job at the Wisconsin Elections Commission is to provide you with a range of resources to support you in carrying out your duties.

Many changes have occurred in the way elections are conducted in the State of Wisconsin over the past ten years. The changes have not been easy but due to the dedication, patience, and hard-work of election officials at all levels of government, we have transitioned well into the new requirements. The Wisconsin Elections Commission believes local election administration in Wisconsin is better than ever and that is a testament to the efforts of Wisconsin's dedicated municipal clerk.

The Election Administration Manual for Wisconsin Municipal Clerks was developed to serve as a

WEC 000029

Exhibit 73
Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 1 of 157    Document 117-72

knowledge base for the array of duties required of municipal clerks. We encourage you to reference this manual frequently and to make use of the other resources cited throughout the manual. And, as always, the Wisconsin Elections Commission staff is here to provide answers and advice to assist you in fulfilling your obligations to protect the integrity of elections and ensure public confidence in the election process.

**Please note:  Recent court decisions have impacted the information in the manual. Please see the memo posted with the manual, "Court Decisions Affecting Election Administration Manual 10 20 16."  The manual will not be updated pending the outcome of the court case.**

We have posted some additional guidance with this manual, including tips on working with FPCA, FWAB and NVRA forms and how to email or fax an absentee ballot.  A copy of the MyVote Wisconsin user manual is also posted above and in the publications index.

Corrections (as of 11-2016):

Page 115, 8(b) All ballots must be at the polling place by 8 pm on Election Day.

Page 201:  The number of outstanding absentee ballots are not required to be posted, only number of provisional ballots.

## Search

Search

## Resources

Calendar

Complaints

Contact Us

FAQs

Forms

Legal Resources

Links

News and Notices

WEC 000030

Public Records

Publications

Statistics

Training

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

WEC 000031

# WISCONSIN ELECTIONS COMMISSION



212 EAST WASHINGTON AVENUE, 3RD FLOOR
POST OFFICE BOX 7984
MADISON, WI 53707-7984
(608) 261-2028
ELECTIONS@WI.GOV
ELECTIONS.WI.GOV

ADMINISTRATOR MICHAEL HAAS

COMMISSIONERS

BEVERLY R. GILL
JULIE M. GLANCEY
ANN S. JACOBS
STEVE KING
DON MILLIS
MARK L. THOMSEN, CHAIR

**MEMORANDUM**

**DATE:**        October 18, 2016

**TO:**          Wisconsin Municipal Clerks and the Milwaukee City Elections Commission
                 Wisconsin County Clerks and the Milwaukee County Elections Commission

**FROM:**        Michael Haas, Interim Elections Administrator
                 Diane Lowe, Lead Elections Specialist

**SUBJECT:**     **AMENDED:** Missing or Insufficient Witness Address on Absentee Certificate
                 Envelopes

**PLEASE NOTE: The previous guidance on this topic, which was issued on October 4, 2016, has been modified by the WEC and is replaced with the guidance below.**

One of the components of 2015 Wisconsin Act 261 is the requirement for an absentee ballot witness to provide their address when signing the absentee certificate envelope.

> **SECTION 78.** 6.87 (6d) of the statutes is created to read:
> 6.87 **(6d)** If a certificate is missing the address of a witness, the ballot may not be counted.

In implementing this requirement, the first question that comes to mind is "What constitutes an address?" The Wisconsin Elections Commission (WEC) has set a policy that a complete address contains a *street number, street name and name of municipality.* But in many cases, at least one component of the address could be missing; usually the municipality.

The purpose of this memorandum is to offer guidance to assist you in addressing this issue. The WEC has determined that clerks **must** take corrective actions in an attempt to remedy a witness address error. If clerks are reasonably able to discern any missing information from outside sources, clerks are not required to contact the voter before making that correction directly to the absentee certificate envelope.

Clerks may contact voters and notify them of the address omission and the effect if the deficiency is not remedied but contacting the voter is only required if clerks cannot remedy the address insufficiency from extrinsic sources. When contacting a voter, you should advise that their ballot will not be counted with an incomplete address so that they can take action and also prevent a similar issue in the future. Clerks shall offer suggestions for correcting the certificate envelope to ensure the voter's absentee ballot will not be rejected.

WEC 000032

Clerks shall assist in rehabilitating an absentee certificate that does not contain the street number and street name (or P.O. Box) and the municipality of the witness address. If a clerk adds information to an absentee certificate, either based on contact with the voter or based on other sources, clerks shall indicate such assistance was provided by initialing next to the information that was added on the absentee certificate. The Commission recognized the concern some clerks have expressed about altering information on the certificate envelope, especially in the case of a recount. On balance, in order to promote uniformity in the treatment of absentee ballots statewide, the Commission determined that clerks must attempt to obtain any information that is missing from the witness address and document any addition by including their initials.

In short, the Commission's guidance is that municipal clerks shall do all that they can reasonably do to obtain any missing part of the witness address. Those steps may include one or more of the following options:

1. The clerk is able to reasonably discern the missing address or address component by information appearing on the envelope or from some other source, such as:

   o The voter has provided his or her complete address and the clerk has personal knowledge that the witness resides at the same address as the voter.
   o The clerk has personal knowledge of the witness and knows his/or her address.
   o The voter's complete address appears on the address label, and the witness indicates the same street address as the voter.
   o The clerk is able to utilize lists or databases at his or her disposal to determine the witness's address.

2. The voter or witness may wish to appear in person to add the missing information, or provide the address information by phone, fax, email or mail. The voter may provide the address separately as an alternative to returning the certificate envelope and having the voter mail it back again as outlined below.

3. The voter may request that the clerk return the certificate envelope so the voter can personally add the witness address.

   o Be sure to include a self-addressed stamped envelope in which the voter may return the certificate envelope containing the ballot. The post office does not approve of placing another stamp over a cancelled stamp. Contact your postmaster or a Mail Piece Design Analyst before attempting to re-stamp or re-meter the certificate envelope. Also, note that the U.S. Postal Service is advising that voters mail absentee ballots at least one week before Election Day to accommodate new delivery standards. We suggest advising the voter of the importance of timely mailing if the voter wishes to have the certificate envelope mailed back to them.

4. The voter may wish to spoil the original ballot and vote a new one.

   If the request to spoil the ballot is within the proper time frame, the clerk mails a second ballot and new certificate envelope to the voter. (See procedure for *Spoiling and Replacement Ballots*, beginning on page 109 of Election Administration Manual.)

I hope this guidance is helpful as you continue to issue and receive absentee ballots. Thank you for your efforts to assist voters in completing the absentee certificate sufficiently so their votes may be counted.

If you have questions, please contact the Elections Help Desk at 608-261-2028 or elections@wi.gov.

WEC 000033





# Statewide Recount for President of the United States Update #4

Priority
High Priority

Date
November 30, 2016 - 6:00pm

To
Wisconsin County Clerks
Milwaukee County Election Commission

From
Michael Haas, Staff Counsel
Richard Rydecki, Elections Specialist/Accessibility Coordinator

| Attachment | Size |
| --- | --- |
| Recount Update #4 12_2_2016 Revisions.pdf | 87.99 KB |

This communication should serve as an update on the status of the statewide recount for the President of the United States. The recount began today, December 1, 2016, at 9:00 a.m., and we have received several requests from local election officials to clarify recount procedures. Thank you for all of your pre-recount preparation. All of your hard work and dedication will serve to ensure the integrity of the process.

**Recount Observers:** State law allows that the recount of any election shall be open to any interested member of the public, including candidates and their counsel. ~~Similar to Election Day, all observers should provide photo identification, sign the observers log and wear a name badge or nametag identifying themselves and their role.~~ **12/2/2016 Update: Meetings of the Board of Canvassers are public meetings and observers cannot be required to sign in or**

WEC 000034

present a photo ID as a condition of attending. Both candidate representatives and public observers may be required to wear a name badge or name tag identifying themselves and their role. This conclusion is based on a 2014 opinion from the Wisconsin Attorney General and more information on this opinion can be found here: Canvass Boards as Open Meetings. There are several different categories of observers and we have provided specific information regarding the rights of each type of observer below:

- **Primary Candidate Representative**: Each candidate on the ballot for President of the United States may designate a primary candidate representative at each site where the recount is taking place. The primary candidate representative has the right to review each ballot and bring challenges or objections with the Board of Canvassers (BOC). They may also take photographs of the ballots and ask clarifying questions of recount staff. If members of the BOC or recount staff have questions about the legitimacy of a candidate representative, they should contact the WEC for verification.

- **Secondary Candidate Representative:** Each candidate on the ballot for President of the United States may also designate secondary candidate representatives who can observe the recount proceedings. Secondary candidate representatives have the right to review each ballot and should convey any concerns to the primary candidate representative who can issue a challenge or objection. Secondary candidate representatives may ask questions of recount staff and request that ballots be set aside for further review. There is no limit on the number of secondary candidate representatives allowed at each location, but space considerations in the recount area may require the rotation of secondary representatives throughout the day to ensure that all candidates have an opportunity for equal representation.

- **Public Observers:** All members of the public are allowed to observe the recount proceedings. All questions from public observers should be directed to a designated member of the BOC. Public observers should not disrupt the proceedings or impact the orderly recounting of ballots. Public observers must stay in the designated observer areas. Space considerations in the designated observer areas may require the rotation of public observers.

**Members of the Board of Canvassers:** The recount for each county should proceed under the direction of the Board of Canvassers. Two members of the BOC constitutes a quorum, which would allow the BOC to make a decision, but it is recommended that all members of the BOC are present to settle a dispute or reach a final decision on a ballot counting issue. It is our opinion that the entire BOC does not have to physically be present during all hours that the recount is taking place, but they should be available if a situation arises where the BOC is required to make a decision.

**Board of Canvassers Decisions:** The final decision on ballot counting issues should be made by the BOC. They can consider all information available to them, including, but not limited to, how a ballot was counted on Election Day, how a ballot should have been counted on Election Day, if an error was made by an election official that impacted the final disposition of a ballot, if an error was made by the voter, and advice offered by county's corporation counsel.

One new example of a ballot counting issue involves absentee ballot certificate envelopes which are missing witness address information. A change in statute, in effect for the first time at the 2016 General Election, states that "If a certificate is missing the address of a witness, the ballot may not be counted." Wis. Stat. § 6.87(6d). The provision in the recount statutes defining defective absentee ballot envelopes (s. 9.01(1)(b)2. was not revised to include a missing witness address. The Commission staff has received many inquiries on whether ballots returned the clerk, or voted in the

WEC 000035

clerk's office without witness address information should have been counted or rejected. Again, the above sample factors – who made the error, whether the ballot was already counted on Election Day, legal advice from corporation counsel should be considered by the Board of Canvassers when ultimately making a decision.

Because this a new statutory requirement and no court has ruled directly on this issue, Commission staff cannot dictate the decision of the Board of Canvassers in specific cases. Although we can help to talk through the circumstances and relevant considerations, ultimately the BOC must make such decisions.

We hope your recount got off to a good start. In many cases the initial organization and processing may take the most time as issues are identified and resolved, and often the pace subsequently accelerates after tabulators and the Board settle into a routine. Beginning on Friday we will post the cumulative recount results as compared to the initial county canvass results, so we appreciate receiving your updates each night.

Clerks

recount

## Search

Search

## Resources

Calendar
Complaints
Contact Us
FAQs
Forms
Legal Resources
Links
News and Notices
Public Records
Publications
Statistics
Training

WEC 000036

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

WEC 000037





# Updated Guidance on Election Night Procedures - COVID-19

Priority
High Priority

Date
April 6, 2020 - 12:30pm

To
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

From
Meagan Wolfe, Administrator

| Attachment | Size |
| --- | --- |
| Election Night Procedures Clerk Memo 4.7.2020.pdf | 204.67 KB |
| Absentee Ballot Organization and Processing Tips - 4.9.2020.pdf | 113.19 KB |

The following procedures should be adapted into your election night plans for the April 7, 2020 Spring Election and Presidential Preference Primary.  The goal of these procedures is to ensure compliance with the federal court order that restricts the public release of the results until votes are totaled after 4:00 PM on April 13, 2020.  Judge Conley's clarifying order issued on April 3, 2020 restricted the announcement of any election results prior to April 13, 2020.  In short, election night processes can be described as "count the ballots, not the votes."

**Election Night Results**

WEC 000038

- No votes will be tallied on election night at the polling place. All tabulation will take place during the municipal board of canvassers meeting following the extended absentee ballot return deadline of 4:00 PM on April 13, 2020.
- Voters will still insert ballots into optical scan tabulators or ballot boxes and poll workers can process absentee ballots throughout the day.
- Results tapes should not be generated or printed from electronic voting equipment on election night.
- Machines should be powered down using instructions provided by your equipment vendor or the county.
- No results should be publicly announced at the polls on election night.
- Results tapes should be generated and printed as part of the municipal canvass process that will take place after the extended absentee ballot return deadline of 4pm on Monday April 13, 2020.
- Any hand count paper ballots should not be tallied on election day at the polling place. All vote tabulation should take place during the municipal canvass process that should be scheduled for after 4pm on April 13, 2020.
- Write-in votes should not be tallied on election night and this should be done as part of the reconvened board of canvassers meeting on April 13, 2020.
- No results should be sent to the county or municipality from the polling place on election night by any means (modem, phone call, etc.).
- If a results tape is generated in error on election night, all copies of the tape should be placed in an envelope or container and secured with a tamper-evident seal. The serial number from the seal should be recorded on the Inspector's Statement (EL-104) and the location of the tape should be noted in the incident log as well (e.g. the tapes are sealed in the ballot bag, etc.). Releasing any election results prior to the 4:00 PM deadline on April 13, 2020 is a violation of the federal court order that extended the absentee ballot return deadline.

**Voting Equipment**

- All voting machines used on election day should be powered down without generating a results tape on election day.
- They can then be transported to a municipal facility or the county for storage until they are needed for continued absentee ballot processing or results tape generation.
- Tamper-evident seals can be placed on the machine in locations to ensure that the machines are not tampered with between election day and their next use.
- Serial numbers from any seals used for this purpose should be recorded on the Inspector's Statement or on another form provided by the clerk.
- If poll workers are instructed to remove memory devices from equipment on election night they should be placed in an envelope or case and secured with a tamper evident seal with a unique serial number.

**Absentee Ballot Processing**

- Ballots with missing required witness information or voter signatures can be reconciled until 8:00 PM on election day. After 8:00 PM, they may be rejected if they are not sufficient.
- Any 'A' and 'B' ballots that were originally required to be held until after 8:00 PM on election day should not be processed on April 7, 2020. Updated guidance on processing 'A' and 'B' ballots is attached to this communication.

### Reconciliation

- Poll workers should reconcile the number of ballots to the number of voters who were issued a voter number on election day to the best of their abilities.
- Voting equipment results tapes will not be generated or printed so they will not be able to be used for this purpose.
- Ballots can be counted to reconcile against the final voter number issued, but no votes should be tallied on election day.
- Ballot boxes will have to be opened in locations that use traditional hand count paper ballots so they can be counted to determine the total number of ballots cast.

### Documentation

- The Inspector's Statement (EL-104) should be used to document any information about reconciliation or ballots that the municipal board of canvassers will need to complete the canvass.
- Any anomalies with ballot totals or other election materials should be documented on the incident log.
- The section on the Inspector's Statement for required voting statistics for the total number of voters, election day registrations, number of ballots cast, etc. should be completed after the poll close on election night (see image in document).

### Ballot Security and Chain of Custody

- All ballots should be placed in ballot bags and secured with tamper evident seals and the serial numbers from the Ballot Container Certificate (EL-101) should be recorded on the Inspector's Statement in the provided field, or other location on the form as indicated by the municipal clerk.
- All ballots must be accounted for before materials are organized for transport back to the clerk. No votes will be tallied on election day and the ballots will be essential to an accurate canvass process.

### Municipal Board of Canvass

- If your municipal board of canvass normally meets on election night to certify election results, they will not be able to do that for this election.
- The federal court order restricts the ability to determine the election results prior to April 13, 2020 so the Canvass Report (EL-106) will not be able to be completed until then.

### Absentee Processing After Election Day

- Absentee ballots can continue to be processed after election day, but this works needs to be done by the board of canvassers as part of a public meeting.
- Each meeting should be noticed according to the Open Meetings Law using the normal 24-hour prior process or the emergency 2-hour process. One notice may be posted that lists multiple meetings.
- Municipalities can determine which days after election day that want to reconvene to process additional absentee ballots and there is no limit on the number of days when this can occur.
- There is also no requirement that municipalities reconvene prior to April 13 after 4:00 PM if

they would prefer to wait until after the deadline.

## Posting Requirements

- Municipalities are still required to post the number of outstanding provisional ballots issued on election day.
- Central count municipalities still need to post the number of absentee ballots issued and the number that have been returned by the close of polls on election day.

## School District Canvass

- The canvass for any school board contests will not be able to be held until after the absentee ballot return deadline on April 13, 2020.
- The school district can canvass once they receive all of the materials needed for that process and should notice the meeting according to the Open Meetings Law.

Please contact us at elections@wi.gov or by phone at (608) 261-2028 with any questions you may have.

clerks(305)

## Search

Search

## Resources

Calendar

Complaints

Contact Us

FAQs

Forms

Legal Resources

Links

News and Notices

Public Records

Publications

Statistics

WEC 000041

Training

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

WEC 000042





# Updated Absentee Witness Signature Requirement Guidance - COVID-19

Priority
Timely Attention Required

Date
April 5, 2020 - 1:30pm

To
Wisconsin County Clerks
Wisconsin Municipal Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

From
Meagan Wolfe, Administrator

| Attachment | Size |
| --- | --- |
| Post 7th Circuit Absentee Witness Guidance 4.7.2020_0.pdf | 189.05 KB |

In the last few days, multiple court decisions have addressed the witness requirement for absentee voters who wish to vote by mail for the April 7, 2020 election. The end result of those decisions is that the witness requirement remains in effect for the Spring Election. This memorandum provides an update on the court decisions and reviews frequently asked questions we have received regarding the witness requirement, correcting a defective certificate envelope, and spoiling ballots.

**Timeline and Status**

**April 2:** Judge Conley originally ordered that absentee ballots returned without required witness information should be counted if the voter provided a statement that they could not find a witness

WEC 000043

despite a reasonable effort.

**April 3:** The 7th Circuit Court of Appeals ruled that all absentee ballots must have the required witness information in order to be counted for the April 7, 2020 election.

**Result:** Each absentee ballot for this election must have the required witness signature and address in order to be counted, including ballots that were returned when Judge Conley's original order was in effect for approximately 24 hours.

### Frequently Asked Questions

1. Does every absentee ballot need a witness signature and witness address?
   Yes, a witness signature and witness address are required from all voters on the absentee ballot return envelope. A federal court ruling temporarily suspended this requirement, but it was reinstated on appeal.

2. Can I show up at my polling place on election day and vote a new ballot if I returned my absentee ballot without the required witness information?
   No, an absentee ballot cannot be spoiled at the polls and a new ballot issued. Wisconsin state law provides "An elector who mails or personally delivers an absentee ballot to the municipal clerk at an election is not permitted to vote in person at the same election on election day." Wis Stat. § 6.86(6).

   2011 Act 227 changed the law so it was no longer an option to "beat your ballot" to the polls. Prior to that legislation, an absentee voter could obtain a new ballot at the polls if their absentee ballot had not been processed and a voter number had not been issued.

3. Can I show up at my polling place on election day with my witness to provide the missing required witness information?
   Missing information on the absentee ballot certificate envelope can be provided so that an absentee ballot may be counted. However, the voter must be accompanied by the original witness when providing this information. The absentee voter would need to appear at the polls with the original witness who did not sign at the time the ballot was marked. The witness could then provide the missing signature and/or address information. A returned absentee ballot cannot be spoiled, and a new ballot cannot be issued at the polls. (See Election Administration Manual, page 106).

4. What if I submitted my ballot without witness information while the requirement was suspended?
   The ruling from the 7th Circuit Court of Appeals that was issued on April 3, 2020 applies to all ballots cast for this election, even those returned when the decision from Judge Conley was in effect.

5. What if a clerk sent out ballots after the original court order with instructions about the witness substitution that has since been eliminated?
   They should make their best effort to contact those voters to inform them that the witness requirement is back in effect.

6. What if a clerk has received a ballot back from a voter with required witness information

WEC 000044

missing?
They should make their best effort to contact the voter to advise them of their options to provide the missing information. If a witness signature is missing the voter can appear with the original witness in the clerk's office or polling place on election day to provide the signature.

7. What are the options for a voter to provide missing witness information on the absentee ballot return envelope?
The voter has the option to correct the absentee certificate envelope in the clerk's office, by mail, or at the polling place/central count location on election day.

## By Mail

If the voter wants the original ballot mailed back to them, the clerk shall enclose the original ballot in its unopened certificate envelope along with a new certificate envelope in a carrier envelope, to send to the voter. The voter must open the original certificate envelope, verify their ballot, seal the ballot in the new certificate envelope, and obtain a witness signature. Corrected certificate envelopes must mail the ballot back with a postmark no later than April 7 or hand deliver the ballot to their polling place or clerk's office.

A voter who chose to correct the certificate envelope by mail, but did not return a corrected envelope, cannot vote in person at the polling place.

## At Polls or Central Count on Election Day
If the voter appears to correct the certificate envelope at the polling place/central count site, the election inspectors shall issue a new certificate envelope to the voter. The voter must open the original certificate envelope, verify their ballot, and seal the ballot in the new certificate envelope. The voter may NOT remove the ballot from the voting area. The election inspectors may NOT serve as the witness (the original witness must be present). The original certificate envelope is then destroyed.

Please contact us at elections@wi.gov or by phone at (608) 261-2028 with any questions you may have.

clerks(305)

## Search

Search

## Resources

Calendar

Complaints

Contact Us

FAQs

Forms

Legal Resources

Links

News and Notices

Public Records

Publications

Statistics

Training

## Upcoming Elections

2021 Spring Election
04/06/2021

## Upcoming Events

WEC 000046

# Federal Post Card Application (FPCA)

**Information about the form and tips for Wisconsin clerks who receive an FPCA from a voter**

## What is the Federal Post Card Application (FPCA)?

The FPCA is a federal form that is provided to Military and Overseas voters (permanent and temporary) by the Federal Voting Assistance Program (FVAP). FPCA forms are made available to voters through the various branches of the U.S. military, through U.S. embassies, or online at www.FVAP.gov/election-materials. The FPCA form can serve as both a voter registration application as well as an absentee ballot request for most Wisconsin voters. The form was designed for use by all 50 states, so some of the information does not perfectly match the Wisconsin-specific forms.

## What does the FPCA look like?

You can find the FPCA online at www.FVAP.gov/election-materials.

## Who can use the FPCA?

The FPCA can serve as a voter registration and/or an absentee ballot request depending on the type of voter using the form:

**Military Voters-** Military voters may use the FPCA as both a voter registration and/or an absentee ballot request. They indicate their voter status in Box 1 of the form by checking either "I am a member of the Uniformed Services...," or "I am an eligible spouse...,". Military voters do not need to register to vote in Wisconsin. They may send their FPCA by mail, email, or fax. No Photo ID, no proof of residence, and no signature are required. Military voters may receive their absentee ballot by mail, email, fax, or online.

**Permanently Overseas Voters-** Permanently Overseas voters may use the FPCA in Wisconsin as both a voter registration application and/or an absentee ballot request. They indicate their voter status in Box 1 of the form by checking, "I am a U.S. citizen residing outside the United States, and my return is not certain" or "I am a U.S. citizen and have never resided in the United States." Permanently overseas voters must be registered and therefore must submit their FPCA by mail, postmarked no later than the 20th day before the election, with a signature if they are using it to register. No Proof of Residence is needed when using the form as a registration application. An original signature is required when using as a registration application. If a Permanently Overseas voter is already registered to vote in Wisconsin and is using the FPCA as an absentee ballot request only, then they may submit the FPCA by mail, email, or fax. No Photo ID is required when requesting an absentee ballot. No signature is required when the voter is using the form as an absentee ballot request. Permanently Overseas voters are only eligible to vote in federal contests. Permanent Overseas voters may receive their ballot by mail, email, fax, or online.

**Temporarily Overseas Voters-** Temporarily Overseas voters may use the FPCA in Wisconsin as both a voter registration application and/or an absentee ballot request. They indicate their voter status in Box 1 of the form by checking, "I am a U.S. citizen residing outside of the United States, and I intend to return." Temporarily Overseas voters must be registered to request an absentee ballot. Proof of Residence is needed when registering using the FPCA. An original signature is required when using as a registration application. When using the FPCA as a registration, the voter must submit the form by mail, postmarked at least 20 days before the election. If a Temporarily Overseas voter is already registered to vote in Wisconsin and is using the FPCA as an absentee ballot request only, then they may submit the FPCA by mail, email, or fax. A copy of an acceptable photo ID IS required when requesting an absentee ballot, unless the clerk already has a photo ID on file for the voter. No signature is required when the voter is using the FPCA as an absentee ballot request only. Temporarily Overseas voters may receive their absentee ballot by mail, email or fax.

**Regular/Domestic Voters-** Regular/domestic voters may use the FPCA in Wisconsin as both a voter registration application

WEC 000121

and/or an absentee ballot request. Regular voters indicate their status by not selecting any of the options in Box 1 of the form. Regular voters must be registered to request an absentee ballot. Proof of Residence is needed when registering using the FPCA. An original signature is required when using as a registration application. When using the FPCA as a registration application, the voter must submit the form by mail or delivery. If a Regular voter is already registered to vote in Wisconsin and is using the FPCA as an absentee ballot request only, then they may submit the FPCA by mail, email, or fax. A copy of an acceptable Photo ID is required when requesting an absentee ballot, unless the clerk already has a photo ID on file for the voter. No signature is required when the voter is using the FPCA as an absentee ballot request only. Regular voters may receive their absentee ballot by mail, email, or fax.

## What should I look for on the FPCA?

The FPCA may arrive in a military mailing envelope or it may come to you in a regular envelope. Please open the envelope as soon as you receive it, you have 1 business day to process the request. When looking at the FPCA, please note the information in the following boxes:

**Box 1-** This section of the form determines the voter type (see above) and will determine how the voter is able to use the form. This form also provides a place for the voter's name (and previous name, if applicable). It also asks for a Wisconsin driver's license number, social security number, and date of birth (not required if military voter).

**Box 2-** The voter will list the last address where they lived for at least 10 days in Wisconsin. This must be completed by all voters.

**Box 3-** If the voter has a mailing address other than the address in Box 2, they will list it here. Send the ballot to this address, if ballot delivery by mail is requested.

**Box 4-** These fields provide contact information in case you need to contact the voter or if they have specified fax or email delivery of their ballot.

**Box 5-** The first field allows a voter to specify their preferred method of ballot delivery – mail, email, online, or fax – if they are using the FPCA as an absentee ballot request. The adjacent field, regarding political party, is not required or collected in Wisconsin. Please disregard anything listed in this box.

**Box 6-** Nothing is required in this box. Please look for any special instructions the voter may have listed.

**Box 7- Affirmation/Signature-** If the voter is Permanently Overseas, Temporarily Overseas, or a Regular voter, they must sign and date their request if they are using it as a voter registration application. If the form is being used as an absentee request only, no signature or date is required. A signature/date is never required for military voters. A witness signature is never required on the FPCA.

## What are some tips for processing a FPCA request?

- If a Military or Permanently Overseas voter asks to receive their ballot by "Email/Online", contact the voter to see if they would like to receive their ballot by email or online, but do not choose for the voter. If the voter does not respond with their preference within one business day, email the voter their ballot. If the voter did not provide an email address, mail the voter a ballot. If the voter asks to get their ballot online, then point the voter to myvote.wi.gov so that they may initiate their request online. Please do not enter the online absentee application into WisVote for the voter.

- Photo ID is needed only if a Temporarily Overseas or Regular voter is using the FPCA as an absentee request. If the voter has already provided their Photo ID with a previous absentee ballot request, then they do not need to include a copy with their FPCA absentee ballot request.

- Proof of Residence is needed only if a Temporarily Overseas or Regular voter is using the FPCA as a voter registration application.

- If the voter is using the FPCA as an absentee ballot request, it should be considered a calendar year request. Voters need to submit a new request for each calendar year to continue receiving ballots.

WEC 000122

# WISCONSIN ELECTIONS COMMISSION

212 EAST WASHINGTON AVENUE, 3RD FLOOR
POST OFFICE BOX 7984
MADISON, WI 53707-7984
(608) 261-2028
ELECTIONS@WI.GOV
ELECTIONS.WI.GOV

ADMINISTRATOR MICHAEL HAAS



COMMISSIONERS

BEVERLY R. GILL
JULIE M. GLANCEY
ANN S. JACOBS
STEVE KING
DON MILLIS
MARK L. THOMSEN, CHAIR

## MEMORANDUM

**DATE:**       October 18, 2016

**TO:**         Wisconsin Municipal Clerks and the Milwaukee City Elections Commission
               Wisconsin County Clerks and the Milwaukee County Elections Commission

**FROM:**       Michael Haas, Interim Elections Administrator
               Diane Lowe, Lead Elections Specialist

**SUBJECT:**    **AMENDED:** Missing or Insufficient Witness Address on Absentee Certificate
               Envelopes

**PLEASE NOTE: The previous guidance on this topic, which was issued on October 4, 2016, has
been modified by the WEC and is replaced with the guidance below.**

One of the components of 2015 Wisconsin Act 261 is the requirement for an absentee ballot witness to
provide their address when signing the absentee certificate envelope.

> **SECTION 78.** 6.87 (6d) of the statutes is created to read:
> 6.87 **(6d)** If a certificate is missing the address of a witness, the ballot may not be counted.

In implementing this requirement, the first question that comes to mind is "What constitutes an
address?" The Wisconsin Elections Commission (WEC) has set a policy that a complete address
contains a *street number, street name and name of municipality*. But in many cases, at least one
component of the address could be missing; usually the municipality.

The purpose of this memorandum is to offer guidance to assist you in addressing this issue. The WEC
has determined that clerks **must** take corrective actions in an attempt to remedy a witness address error.
If clerks are reasonably able to discern any missing information from outside sources, clerks are not
required to contact the voter before making that correction directly to the absentee certificate envelope.

Clerks may contact voters and notify them of the address omission and the effect if the deficiency is not
remedied but contacting the voter is only required if clerks cannot remedy the address insufficiency
from extrinsic sources. When contacting a voter, you should advise that their ballot will not be counted
with an incomplete address so that they can take action and also prevent a similar issue in the future.
Clerks shall offer suggestions for correcting the certificate envelope to ensure the voter's absentee ballot
will not be rejected.

WEC 000123

Clerks shall assist in rehabilitating an absentee certificate that does not contain the street number and street name (or P.O. Box) and the municipality of the witness address. If a clerk adds information to an absentee certificate, either based on contact with the voter or based on other sources, clerks shall indicate such assistance was provided by initialing next to the information that was added on the absentee certificate. The Commission recognized the concern some clerks have expressed about altering information on the certificate envelope, especially in the case of a recount. On balance, in order to promote uniformity in the treatment of absentee ballots statewide, the Commission determined that clerks must attempt to obtain any information that is missing from the witness address and document any addition by including their initials.

In short, the Commission's guidance is that municipal clerks shall do all that they can reasonably do to obtain any missing part of the witness address. Those steps may include one or more of the following options:

1. The clerk is able to reasonably discern the missing address or address component by information appearing on the envelope or from some other source, such as:

   o The voter has provided his or her complete address and the clerk has personal knowledge that the witness resides at the same address as the voter.
   o The clerk has personal knowledge of the witness and knows his/or her address.
   o The voter's complete address appears on the address label, and the witness indicates the same street address as the voter.
   o The clerk is able to utilize lists or databases at his or her disposal to determine the witness's address.

2. The voter or witness may wish to appear in person to add the missing information, or provide the address information by phone, fax, email or mail. The voter may provide the address separately as an alternative to returning the certificate envelope and having the voter mail it back again as outlined below.

3. The voter may request that the clerk return the certificate envelope so the voter can personally add the witness address.

   o Be sure to include a self-addressed stamped envelope in which the voter may return the certificate envelope containing the ballot. The post office does not approve of placing another stamp over a cancelled stamp. Contact your postmaster or a Mail Piece Design Analyst before attempting to re-stamp or re-meter the certificate envelope. Also, note that the U.S. Postal Service is advising that voters mail absentee ballots at least one week before Election Day to accommodate new delivery standards. We suggest advising the voter of the importance of timely mailing if the voter wishes to have the certificate envelope mailed back to them.

4. The voter may wish to spoil the original ballot and vote a new one.

   If the request to spoil the ballot is within the proper time frame, the clerk mails a second ballot and new certificate envelope to the voter. (See procedure for *Spoiling and Replacement Ballots*, beginning on page 109 of Election Administration Manual.)

I hope this guidance is helpful as you continue to issue and receive absentee ballots. Thank you for your efforts to assist voters in completing the absentee certificate sufficiently so their votes may be counted.

If you have questions, please contact the Elections Help Desk at 608-261-2028 or elections@wi.gov.



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

DATE:      September 18, 2020

TO:        Wisconsin Municipal Clerks
               City of Milwaukee Election Commission
               Wisconsin County Clerks
               Milwaukee County Election Commission

FROM:     Richard Rydecki, Assistant Administrator
               Allison Coakley, Training Coordinator

SUBJECT:   Election Administration and Election Day Manuals Revised September 2020

In preparation for the November General Election, both the Election Day and Election Administration Manuals have been updated. These updates provide clarification of step-by-step procedures, address changes made to processes due to recent court decisions and provide relevant statutory citations, where appropriate.

The Election Administration Manual has been updated to reflect revisions to the voter registration application (EL-131) and the provisional voting procedure. The manual also includes many statutory references that election officials can use when answering questions.

The Election Day Manual has also been updated to provide statutory references throughout the manual.

Both manuals can be printed from the WEC website: https://elections.wi.gov/clerks/education-training/election-day-manual. Manuals and webinars can also be ordered for a fee: https://elections.wi.gov/node/6554. If you have any questions, please contact Allison Coakley: allison.coakley@wi.gov.

.

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

WEC 000125



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

**DATE:**     April 6, 2020

**TO:**     Wisconsin Municipal Clerks
Wisconsin County Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**FROM:**     Meagan Wolfe, Administrator
Wisconsin Elections Commission

**SUBJECT:**     Updated Guidance on Election Night Procedures

The following procedures should be adapted into your election night plans for the April 7, 2020 Spring Election and Presidential Preference Primary. The goal of these procedures is to ensure compliance with the federal court order that restricts the public release of the results until votes are totaled after 4:00 PM on April 13, 2020. Judge Conley's clarifying order issued on April 3, 2020 restricted the announcement of any election results prior to April 13, 2020. In short, election night processes can be described as "count the ballots, not the votes."

Election Night Results
- No votes will be tallied on election night at the polling place. All tabulation will take place during the municipal board of canvassers meeting following the extended absentee ballot return deadline of 4:00 PM on April 13, 2020.
- Voters will still insert ballots into optical scan tabulators or ballot boxes and poll workers can process absentee ballots throughout the day.
- Results tapes should not be generated or printed from electronic voting equipment on election night.
- Machines should be powered down using instructions provided by your equipment vendor or the county.
- No results should be publicly announced at the polls on election night.
- Results tapes should be generated and printed as part of the municipal canvass process that will take place after the extended absentee ballot return deadline of 4pm on Monday April 13, 2020.
- Any hand count paper ballots should not be tallied on election day at the polling place. All vote tabulation should take place during the municipal canvass process that should be scheduled for after 4pm on April 13, 2020.
- Write-in votes should not be tallied on election night and this should be done as part of the reconvened board of canvassers meeting on April 13, 2020.
- No results should be sent to the county or municipality from the polling place on election night by any means (modem, phone call, etc.).

*Wisconsin Elections Commissioners*
Dean Knudson, chair | Marge Bostelmann | Julie M. Glancey | Ann S. Jacobs | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

WEC 000126

- If a results tape is generated in error on election night, all copies of the tape should be placed in an envelope or container and secured with a tamper-evident seal. The serial number from the seal should be recorded on the Inspector's Statement (EL-104) and the location of the tape should be noted in the incident log as well (e.g. the tapes are sealed in the ballot bag, etc.). **Releasing any election results prior to the 4:00 PM deadline on April 13, 2020 is a violation of the federal court order that extended the absentee ballot return deadline.**

Voting Equipment
- All voting machines used on election day should be powered down without generating a results tape on election day.
- They can then be transported to a municipal facility or the county for storage until they are needed for continued absentee ballot processing or results tape generation.
- Tamper-evident seals can be placed on the machine in locations to ensure that the machines are not tampered with between election day and their next use.
- Serial numbers from any seals used for this purpose should be recorded on the Inspector's Statement or on another form provided by the clerk.
- If poll workers are instructed to remove memory devices from equipment on election night they should be placed in an envelope or case and secured with a tamper evident seal with a unique serial number.

Absentee Ballot Processing
- Ballots with missing required witness information or voter signatures can be reconciled until 8:00 PM on election day. After 8:00 PM, they may be rejected if they are not sufficient.
- Any 'A' and 'B' ballots that were originally required to be held until after 8:00 PM on election day should not be processed on April 7, 2020. **Updated guidance on processing 'A' and 'B' ballots is attached to this communication.**

Reconciliation
- Poll workers should reconcile the number of ballots to the number of voters who were issued a voter number on election day to the best of their abilities.
- Voting equipment results tapes will not be generated or printed so they will not be able to be used for this purpose.
- Ballots can be counted to reconcile against the final voter number issued, but no votes should be tallied on election day.
- Ballot boxes will have to be opened in locations that use traditional hand count paper ballots so they can be counted to determine the total number of ballots cast.

Documentation
- The Inspector's Statement (EL-104) should be used to document any information about reconciliation or ballots that the municipal board of canvassers will need to complete the canvass.

WEC 000127

- Any anomalies with ballot totals or other election materials should be documented on the incident log.
- The section on the Inspector's Statement for required voting statistics for the total number of voters, election day registrations, number of ballots cast, etc. should be completed after the poll close on election night (see below).

---

**THIS SECTION TO BE COMPLETED BY ELECTION INSPECTORS AND VERIFIED BY CHIEF INSPECTOR:**

VOTER STATISTICS

**Total number of voters (last voter number on poll list)** _____    **Total number of EDRs** _____
*(Absentee voters and in-person voters. Do **not** include provisional voters )*    *(Election Day Registrations)*

**Number of absentee voters** _____    **Number of provisional ballots** _____

**Total Number of ballots cast**_____    **Number of ballots in excess of total number of voters** _____

**Number of:**

**Hand-count Paper ballots**_____, **Optical Scan ballots**_____, **DRE (touch screen)**_____

---

Ballot Security and Chain of Custody
- All ballots should be placed in ballot bags and secured with tamper evident seals and the serial numbers from the Ballot Container Certificate (EL-101) should be recorded on the Inspector's Statement in the provided field, or other location on the form as indicated by the municipal clerk.
- All ballots must be accounted for before materials are organized for transport back to the clerk. No votes will be tallied on election day and the ballots will be essential to an accurate canvass process.

Municipal Board of Canvass
- If your municipal board of canvass normally meets on election night to certify election results, they will not be able to do that for this election.
- The federal court order restricts the ability to determine the election results prior to April 13, 2020 so the Canvass Report (EL-106) will not be able to be completed until then.

Absentee Processing After Election Day
- Absentee ballots can continue to be processed after election day, but this works needs to be done by the board of canvassers as part of a public meeting.
- Each meeting should be noticed according to the Open Meetings Law using the normal 24-hour prior process or the emergency 2-hour process. One notice may be posted that lists multiple meetings.
- Municipalities can determine which days after election day that want to reconvene to process additional absentee ballots and there is no limit on the number of days when this can occur.
- There is also no requirement that municipalities reconvene prior to April 13 after 4:00 PM if they would prefer to wait until after the deadline.

Posting Requirements
- Municipalities are still required to post the number of outstanding provisional ballots issued on election day.
- Central count municipalities still need to post the number of absentee ballots issued and the number that have been returned by the close of polls on election day.

WEC 000128

School District Canvass
- The canvass for any school board contests will not be able to be held until after the absentee ballot return deadline on April 13, 2020.
- The school district can canvass once they receive all of the materials needed for that process and should notice the meeting according to the Open Meetings Law.

Please contact us at elections@wi.gov or by phone at (608) 261-2028 with any questions you may have.

WEC 000129

# Federal Write-in Absentee Ballot (FWAB)

**Information about the form and tips for Wisconsin clerks who receive a FWAB from a voter**

## What is the FWAB?

The FWAB is a federal form that is provided to Military and Overseas voters (permanent and temporary) by the Federal Voting Assistance Program (FVAP). FWAB forms are made available to voters through the various branches of the U.S. military, through U.S. embassies, or online at www.FVAP.gov/election-materials. The FWAB form can serve as both an absentee ballot request and a write-in absentee ballot for some Wisconsin voters.

## What does the FWAB look like?

You can find the FWAB online at www.FVAP.gov/election-materials.

## Who can use the FWAB?

The FWAB can serve as an absentee ballot request and/or a write-in absentee ballot depending on the type of voter using the form:

**Military Voters-** Military voters may use the FWAB as an absentee ballot request and as a write-in absentee ballot. They indicate their voter status in Box 1 of the form by checking either "I am a member of the Uniformed Services…," or "I am an eligible spouse…," . Military voters do not need to register to vote in Wisconsin to request an absentee ballot. When using the form as an absentee ballot request, they may send their FWAB by mail, email, or fax. No Photo ID is required. No signature is required when using the FWAB as an absentee request only. Military voters may receive their absentee ballot by mail, email, fax, or online. When a military voter uses the FWAB as a ballot, the clerk must also send the voter an official ballot by the method requested. Military voters may also use the FWAB as a write-in absentee ballot by writing in their votes on the ballot pages of the form. When using the FWAB as a write-in ballot, the voter must submit the FWAB by mail, with their original signature and date in the affirmation section, and with the signature of their witness. The write-in selections on the voter's ballot will be counted on Election Day if the voter's official ballot is not received.

**Permanently Overseas Voters-** Permanently Overseas voters may use the FWAB as an absentee ballot request and as a write-in absentee ballot. They indicate their voter status in Box 1 of the form by checking, "I am a U.S. citizen residing outside the United States, and my return is not certain" or "I am a U.S. citizen and have never resided in the United States." Permanently Overseas voters must be registered to vote in Wisconsin before they may use the FWAB. When using the form as an absentee ballot request, they may send their FWAB by mail, email, or fax. No Photo ID is required. No signature is required when using it as an absentee request only. When a Permanently Overseas voter uses the FWAB as a ballot, the clerk must also send the voter an official ballot by the method requested. Permanently Overseas voters may receive their official absentee ballot by mail, email, fax, or online. Permanently Overseas voters may also use the FWAB as a write-in absentee ballot by writing in their votes on the ballot pages of the form. They are only eligible to vote in Federal contests. When using the FWAB as a write-in ballot, the voter must submit the FWAB by mail, with their original signature and date in the affirmation section, and with the signature of their witness. The write-in selections on the voter's ballot will be counted on Election Day if the voter's official ballot is not received.

**Temporarily Overseas Voters-** Temporarily Overseas voters may use the FWAB in Wisconsin as an absentee ballot request and as a write-in ballot. They indicate their voter status in Box 1 of the form by checking, "I am a U.S. citizen residing outside the United States, and I intend to return." Temporarily Overseas voters must be registered to vote in Wisconsin before they may use the FWAB. Temporarily Overseas voters must provide a copy of their acceptable photo ID with their absentee ballot request, unless the clerk already has a photo ID on file for the voter. They may submit their FWAB as an absentee request by mail, email, or fax. No signature is required when using the FWAB as an absentee request. Temporarily Overseas voters may

WEC 000130

receive their absentee ballot by mail, email, or fax. Temporarily Overseas voters may also use the FWAB as a write-in absentee ballot by writing in their votes on the ballot pages of the form. They are eligible to vote in all contests. When a Temporarily Overseas voter uses the FWAB as a ballot, the clerk must also send the voter an official ballot by the method requested. When using the FWAB as a write-in ballot, the voter must submit the FWAB by mail, with their original signature and date in the affirmation section, and with the signature of their witness. The write-in selections on the voter's ballot will be counted on Election Day if the voter's official ballot is not received.

**Regular/Domestic Voters**- Regular voters may use the FWAB in Wisconsin as an absentee ballot request. They may not use the FWAB as a write-in ballot. Regular voters indicate their status by not selecting any of the options in Box 1 of the form. Regular voters must be registered to vote in Wisconsin before they may use the FWAB to request a ballot. Regular voters must provide a copy of their acceptable photo ID with their absentee ballot request, unless the clerk already has a photo ID on file for the voter. They may submit their FWAB as an absentee request by mail, email, or fax. No signature is required when using the FWAB as an absentee request. Regular voters may receive their absentee ballot by mail, email, or fax.

## What should I look for on the FWAB?

The FWAB may arrive in a military mailing envelope or it may come to you in a regular envelope. When using the FWAB as a write-in ballot, voters are instructed to place the write-in ballot inside a smaller envelope; the small envelope should then be placed in a larger envelope along with the FWAB form/affirmation. You should always open the outer envelope to review the form/affirmation. You then keep the smaller envelope, containing the write-in ballot, sealed to be processed at the polls. If the voter did not use two envelopes as instructed, but the ballot and affirmation are otherwise complete, the ballot can still be counted. Please open the envelope as soon as you receive it; you have one business day to process the request. When looking at the FWAB, please note the information in the following boxes:

**Box 1-** This section of the form determines the voter type (see above) and will determine how the voter is able to use the form. This form also provides a place for the voter's name (and previous name, if applicable). It also asks for a Wisconsin driver's license number, social security number, and date of birth (these fields are not required).

**Box 2-** The voter will list the last address where they lived for at least 10 days in Wisconsin. This must be completed by all voters.

**Box 3-** If the voter has a mailing address other than the address in Box 2, they will list it here. Send the ballot to this address, if ballot delivery by mail is requested.

**Box 4-** These fields provide contact information in case you need to contact the voter or if they have specified fax or email delivery of their ballot.

**Box 5-** The first field allows a voter to specify their preferred method of ballot delivery – mail, email, online, or fax – if they are using the FPCA as an absentee ballot request. The adjacent field, regarding political party, is not required or collected in Wisconsin. Please disregard anything listed in this box.

**Box 6-** If the voter is using the FWAB as a write-in ballot, then a witness signature is required and should be placed in this box. A witness address is not required. Additionally, please look for any special instructions the voter may have listed.

**Box 7- Affirmation/Signature -** If the voter is using the FWAB as an absentee ballot request only, then no signature of the voter or witness is required. If the voter is using the FWAB as a write-in ballot, then the voter's signature and a witness signature is required.

## What are some tips for processing a FWAB request?

WEC 000131

- If you receive a FWAB from a voter who is eligible to use the form as a write-in ballot, the clerk must follow up by sending the voter an official absentee ballot.
- The clerk will hold onto the write-in FWAB until Election Day.  If the voter's official ballot is not received by Election Day, then the clerk will send the FWAB to the polls to be counted.  If the voter's official ballot is received by Election Day, then the official ballot is sent to the polls to be counted and the FWAB ballot is rejected.
- If an eligible voter is using the FWAB as a write-in ballot, the clerk will only count votes on the ballot for contests in which the voter is eligible to participate. For example, if a Permanently Overseas voter writes in a local or state contest, the votes for those contests cannot be counted.
- A witness address is not required on the FWAB.  The FWAB should still be counted if a witness address is not included.

WEC 000132

# National Voter Registration Application (NVRA)

**Information about the form and tips for Wisconsin clerks who receive a NVRA from a voter**

## What is the NVRA?

The NVRA is a Federal voter registration form that is provided to voters throughout the U.S. by the Election Assistance Commission (EAC). NVRA forms are made available to voters through registration drives throughout the country or online at https://www.eac.gov/voters/national-mail-voter-registration-form/ . The NVRA can serve as a voter registration form for all voters, if they complete the form correctly and include the required information and documentation.

## What does the NVRA look like?

You can find the NVRA online at https://www.eac.gov/voters/national-mail-voter-registration-form/ .

## Who can use the NVRA?

The NVRA can serve as a voter registration form for Wisconsin voters. Depending on the type of voter using the form, they will need to provide the required information and documentation as follows:

**Military Voters-** Although Military voters are not required to register to vote, they may use the NVRA form to submit their voter information. There is no box or certification on the form for the voter to select that they are in the Military. If the voter makes an indication on the form that they are a Military voter or if there is other information (such as an APO address) on the form that indicates the voter is military, please contact the voter and ask them to clarify their voter status. Military voters do not need to be registered in the State of Wisconsin and they are also exempt from the Proof of Residence requirement. Military voters may submit the form by mail, fax or email.

**Permanently Overseas Voters-** Permanently Overseas voters may use the NVRA form to register to vote in Wisconsin. There is no box or certification on the form for the voter to select that they are Permanently Overseas. If the voter makes an indication on the form that they are Permanently Overseas or if there is other information (such as an overseas address) on the form that indicates the voter is overseas, please contact the voter and ask them to clarify their voter status. Permanently Overseas voters must be registered before they can request an absentee ballot in the State of Wisconsin. They are exempt from the Proof of Residence requirement. They must submit their registration form by mail, postmarked at least 20 days before the election, with an original signature.

**Regular/Temporarily Overseas Voters-** Regular voters may use the NVRA form to register. They must provide a valid Proof of Residence document with their NVRA voter registration form. They must also submit their NVRA by mail or delivery, at least 20 days before the election, with their original signature.

## What should I look for on the NVRA?

WEC 000133

If you receive a NVRA form from a voter, you should process the registration just like you would any other voter registration application. Because the form is designed to be used by voters in all 50 states, there are some fields on the form that are not required for Wisconsin voters.

**Eligibility-** In this section, the voter is certifying that they are eligible to vote. The voter would need to answer "yes" to both the citizenship and age requirement to be eligible to vote in Wisconsin. (Required)

**Box 1-** In this section the voter would enter their name. (Required)

**Box 2-** In this section, the voter will provide their Wisconsin residential address where they will have lived for at least 10 days prior to the election. This is the voter's registration address. (Required)

**Box 3-** Here the voter can provide a mailing address, if their mailing address is different than what is listed in Box 2.

**Box 4-** Here the voter will provide their date of birth. (Required)

**Box 5-** Here the voter can provide their phone number.

**Box 6-** In this box the voter can provide either their Wisconsin Driver License or State ID number, or the last four digits of their social security number. If the voter does not have a WI DL/ID or an SSN, they may enter "none" in this field. (Required)

**Box 7-** Please disregard information in this field. Wisconsin does not collect voter party affiliation.

**Box 8-** Please disregard information in this field. Wisconsin does not collect information on voter race or ethnicity.

**Box 9-** In this section the voter must sign and date their registration affirming that they are eligible to vote in Wisconsin and that the information provided on their registration is correct.

**Box A-** If the voter has a previous name they can provide it here.

**Box B-** If the voter has a previous address, they can provide it here.

**Box C-** If the voter does not have a traditional address, they may indicate their address on the map in Box C.

**Box D-** If the voter is unable to sign their form and had someone assist them in completing the form, the assistor should complete their name, address and signature in this box.

## What are some tips for processing a NVRA request?

- NVRA should be treated just like a Wisconsin Voter Registration form. Please be sure that the voter has provided all the information needed to register to vote.
- If a voter is required to provide Proof of Residence with their registration and fails to provide the document with their NVRA, contact the voter to let them know that POR is needed to complete the registration process.
- Voters (excluding military voters) may not submit a NVRA form by email or fax. The voter must send the original form, with their signature to their municipal clerk.
- If you receive a form from a voter in another municipality, please contact the voter and let them know the form was received by the wrong municipality. Please forward the form to the clerk of the correct municipality.
- If the voter is registering by mail, the completed form must be postmarked at least 20 days prior to the election in order to register for the upcoming election.

WEC 000134



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

**DATE:** April 5, 2020

**TO:** Wisconsin Municipal Clerks
Wisconsin County Clerks
City of Milwaukee Election Commission
Milwaukee County Election Commission

**FROM:** Meagan Wolfe, Administrator
Wisconsin Elections Commission

**SUBJECT:** Updated Absentee Witness Signature Requirement Guidance

In the last few days, multiple court decisions have addressed the witness requirement for absentee voters who wish to vote by mail for the April 7, 2020 election. The end result of those decisions is that the witness requirement remains in effect for the Spring Election. This memorandum provides an update on the court decisions and reviews frequently asked questions we have received regarding the witness requirement, correcting a defective certificate envelope, and spoiling ballots.

## Timeline and Status

**April 2:** Judge Conley originally ordered that absentee ballots returned without required witness information should be counted if the voter provided a statement that they could not find a witness despite a reasonable effort.

**April 3:** The 7th Circuit Court of Appeals ruled that all absentee ballots must have the required witness information in order to be counted for the April 7, 2020 election.

**Result:** Each absentee ballot for this election must have the required witness signature and address in order to be counted, including ballots that were returned when Judge Conley's original order was in effect for approximately 24 hours.

## Frequently Asked Questions

1. **Does every absentee ballot need a witness signature and witness address?**

Yes, a witness signature and witness address are required from all voters on the absentee ballot return envelope. A federal court ruling temporarily suspended this requirement, but it was reinstated on appeal.

2. **Can I show up at my polling place on election day and vote a new ballot if I returned my absentee ballot without the required witness information?**

No, an absentee ballot cannot be spoiled at the polls and a new ballot issued. Wisconsin state law provides "An elector who mails or personally delivers an absentee ballot to the municipal clerk at an election is not permitted to vote in person at the same election on election day." Wis Stat. § 6.86(6).

*Wisconsin Elections Commissioners*
Dean Knudson, chair | Marge Bostelmann | Julie M. Glancey | Ann S. Jacobs | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

WEC 000135

2011 Act 227 changed the law so it was no longer an option to "beat your ballot" to the polls. Prior to that legislation, an absentee voter could obtain a new ballot at the polls if their absentee ballot had not been processed and a voter number had not been issued.

### 3. Can I show up at my polling place on election day with my witness to provide the missing required witness information?

Missing information on the absentee ballot certificate envelope can be provided so that an absentee ballot may be counted. However, the voter must be accompanied by the original witness when providing this information. The absentee voter would need to appear at the polls with the original witness who did not sign at the time the ballot was marked. The witness could then provide the missing signature and/or address information. A returned absentee ballot cannot be spoiled, and a new ballot cannot be issued at the polls. (See Election Administration Manual, page 106). The witness signature must be provided by 8 PM on election day or the ballot will be rejected.

### 4. What if I submitted my ballot without witness information while the requirement was suspended?

The ruling from the 7th Circuit Court of Appeals that was issued on April 3, 2020 applies to all ballots cast for this election, even those returned when the decision from Judge Conley was in effect.

### 5. What if a clerk sent out ballots after the original court order with instructions about the witness substitution that has since been eliminated?

They should make their best effort to contact those voters to inform them that the witness requirement is back in effect.

### 6. What if a clerk has received a ballot back from a voter with required witness information missing?

They should make their best effort to contact the voter to advise them of their options to provide the missing information. If a witness signature is missing the voter can appear with the original witness in the clerk's office or polling place on election day to provide the signature.

### 7. What are the options for a voter to provide missing witness information on the absentee ballot return envelope?

The voter has the option to correct the absentee certificate envelope in the clerk's office, by mail, or at the polling place/central count location on election day.

**By Mail**

If the voter wants the original ballot mailed back to them, the clerk shall enclose the original ballot in its unopened certificate envelope along with a new certificate envelope in a carrier envelope, to send to the voter. The voter must open the original certificate envelope, verify their ballot, seal the ballot in the new certificate envelope, and obtain a witness signature. Corrected certificate envelopes must mail the ballot back with a postmark no later than April 7 or hand deliver the ballot to their polling place or clerk's office.

A voter who chose to correct the certificate envelope by mail, but did not return a corrected envelope, cannot vote in person at the polling place.

WEC 000136

**At Polls or Central Count on Election Day**

If the voter appears to correct the certificate envelope at the polling place/central count site, the election inspectors shall issue a new certificate envelope to the voter. The voter must open the original certificate envelope, verify their ballot, and seal the ballot in the new certificate envelope. The voter may NOT remove the ballot from the voting area. The election inspectors may NOT serve as the witness (the original witness must be present). The original certificate envelope is then destroyed.

Please contact us at elections@wi.gov or by phone at (608) 261-2028 with any questions you may have.

# Absentee Ballot Organization and Processing Tips

**(Please note these instructions were updated on 4/9/2020 in response to the U.S. Supreme Court Ruling on 4/6/2020)**

When a ballot is received from a voter, examine the certificate envelope for sufficiency. The envelope must contain:

- ✓ the signature of the voter
- ✓ the signature of a witness
- ✓ the address of the witness

If the certificate envelope is missing any of these components, contact the voter to advise them of their options to remedy the problem on or before election day.

UOCAVA voters may return:

- ✓ only the '**A**' ballot (Presidential Preference-only)
- ✓ only the '**B**' ballot (Full Official Ballot)
- ✓ the '**A**' and the '**B**' ballots

**Preparing Ballots for Delivery to the Polling Place**

Ballots should be organized to assist with more efficient processing on election day at the polling place or central count location. Certificate envelopes should be reviewed to ensure all required information is present on each envelope and envelopes with missing information can be organized into separate stacks so that they can be held until after 8 pm for processing. Ballots envelopes with complete information that are ready for processing can be organized alphabetically and sorted by ward, if applicable.

**Ballots of Regular (Non-UOCAVA) Voters**

1. Separate Ballots of Regular Voters into 2 stacks.

    A. Sufficient Certificate Envelopes (Regular—Sufficient)

    B. Insufficient Certificate Envelopes (Regular—Insufficient)

    C. Label each stack appropriately

**Ballots of UOCAVA Voters**

Please consider the following steps when organizing military and overseas absentee ballots prior to election day:

1. Separate the '**A**' ballots from the '**B**' ballots

2. Separate the '**A**' ballots into 2 stacks.

    A. Ballots of military and temporary overseas voters

    B. Ballots of permanent overseas voters

WEC 000138

3. <u>Separate each of these stacks into 2 more stacks</u>

   A. Sufficient certificate envelopes

   B. Insufficient certificate envelopes

   You should now have four stacks of UOCAVA envelopes:

   1. '**A**' ballots of military and temporary overseas voters—*sufficient certificate envelopes* (**A**--Military/Temp Ov--Sufficient)

   2. '**A**' ballots of military and temporary overseas voters—*insufficient certificate envelopes* (**A**--Military/Temp OV--Insufficient)

   3. '**A**' ballots of permanent overseas voters—*sufficient certificate envelopes* (**A**--Perm OV--Sufficient)

   4. '**A**' ballots of permanent overseas voters—*insufficient certificate envelopes* (**A**--Perm OV--Insufficient)

   C. Alphabetize each stack, band each stack together and label each stack appropriately.

4. <u>Separate the '**B**' ballots into 2 stacks</u>

   A. '**B**' ballots of military and temporary overseas voters—*sufficient certificate envelopes* (**B**--Military/Temp Ov--Sufficient)

   B. '**B**' ballots of military and temporary overseas voters--*insufficient certificate envelopes* (**B**--Military/Temp Ov--Insufficient)

   C. Alphabetize each stack, band each stack and label appropriately.

5. <u>Provide instructions to the election inspectors as to each of the 8 stacks you have prepared</u>.

   A. Process the following absentee ballots during the day:

   1. '**A**' ballots of permanent overseas voters—*sufficient certificate envelopes*

   2. '**B**' ballots from military and temporary overseas voters—*sufficient certificate envelopes*

   3. Official ballots from 'regular' absentee by mail or in-person absentee voters – *sufficient certificate envelopes*

   **B. Hold these ballots until after 4:00 p.m. on April 13, 2020 – New deadline for receiving ballots in certificate envelopes created by federal court order was issued on 4/2/2020.**

   1. '**A**' ballots of military and temporary overseas voters who have not returned a sufficient '**B**' ballot.

WEC 000139

Why should these be held?
- a. If the '**A**' ballot envelope is insufficient,
    - i. The voter may repair an insufficient '**A**' certificate envelope on election day.
    - ii. The '**B**' ballot may be received by mail by 4:00 PM **on April 13, 2020 (if postmarked by 4/7/2020)** or voted at the polling place.

- b. If the '**A**' ballot is sufficient,
    - i. The '**B**' ballot may be received by mail by 4:00 PM **on April 13, 2020 (if postmarked by 4/7/2020)** or voted at the polling place
    - ii. If the '**B**' ballot is submitted but insufficient, the '**A**' ballot may be counted.

2. '**A**' ballots of permanent overseas voters—*insufficient certificate envelopes*

    Why should these be held?
    - a. Voters had to repair the certificate envelope by election day.

3. '**B**' ballots of military and temporary overseas voters—*insufficient certificate envelopes*

    Why should these be held?
    - a. Voters had to repair the certificate envelope by election day.

4. Official ballots from 'regular' absentee by mail or in-person absentee voters – *insufficient certificate envelopes*

    Why should these be held?
    - a. Voters had to repair the certificate envelope by election day.

C. **After 4:00 p.m. on April 13, 2020** process all remaining ballots

1. **After 4:00 p.m. on April 13, 2020,** the '**B**' (official) ballots with insufficient certificate envelopes that were not remediated by the voter on election day are rejected.

2. **After 4:00 p.m. on April 13, 2020,** the '**A**' ballots are checked against the poll list and only processed if there is no voter number next to the voter's name.

    - a. When marking the absentee ballot log that the 'A' ballot was processed, you may find that the voter's 'B' ballot was rejected. If the 'B' ballot was rejected, the 'A' ballot is still processed.

4. '**A**' ballots received from voters who have a voter number next to their name on the poll list are rejected.

5. '**A**' ballots tabulated by optical scan equipment first must be remade.

6. Official ballots from 'regular' absentee by mail or in-person absentee voters with insufficient sufficient certificate envelopes are rejected.

WEC 000140



# Election Administration Manual

## for Wisconsin Municipal Clerks

Wisconsin Elections
Commission

September 2020

WEC 000141

WEC 000142

# Table of Contents

**General Information**                                              **1-24**
    Table of Contents                                          1
    Introduction                                               5
    Calendar of Election and Campaign Events                   7

**Candidates**                                                       **25-35**
    Qualifications for Office                                  25
    Ballot Access Procedure                                   26
    Write-In Candidates                                       31
    Notification of Noncandidacy                              32
    Filing Officers & Recordkeeping                           32
    Frequently Asked Questions                                34

**Notices**                                                          **37-47**
    Type A – Notice of Election                               37
    Type B – Notice of Sample Ballot & Voting Instructions    39
    Type C – Notice of Referendum                             41
    Type D – Notice of Hours & Locations of Polling Places    42
    Type E – Notice of Absentee Voting                        43
    Summary of Publishing Dates                               45
    Procedures (Publishing and Posting)                       45
    Frequently Asked Questions                                47

**Ballots**                                                          **49-60**
    Procedures                                                49
    Ballot Format                                             53
    Federal Write-In Ballots for Military & Overseas Electors 58
    Referendum Ballots                                        59
    Sample Ballots                                            59
    Frequently Asked Questions                                60

**Electors**                                                         **61-121**
    Voter Qualifications                                      61
    Voter Registration                                        66
      Completing the Voter Registration Application         71
      Proof of Residence                                    78
      Electronic Proof of Residence                         81
      Military and Overseas Voter Registration Requirements 82
      Confidential Electors                                 84

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 41 of 157   Document 117-72

Absentee Voting                                              87
    Proof of Identification                                  93
    Correcting Defective Absentee Certificate Envelopes     99
    Spoiling and Replacement Ballots                        101
Special Categories of Absentee Voters                       103
    Indefinitely Confined Electors                          103
    Military and Overseas Electors                          104
    Hospitalized Electors                                   108
    Sequestered Jurors                                      110
    Occupants of Residential Care Facilities                111
    Alternate Absentee Ballot Site                          112
Absentee Ballot Request Deadlines                           112
Provisional Voting                                          113
Frequently Asked Questions                                  120

**Election Officials**                                      **123-139**
    Municipal Clerks                                        123
    Election Inspectors                                     124
    Chief Election Inspectors                               130
    High School Student Election Inspectors                 133
    Election Registration Officials (EROs)                  134
    Special Voting Deputies (SVDs)                          135
    Greeters & Tabulators                                   136
    Oaths of Office                                         137
    Removing Election Officials                             137
    Frequently Asked Questions                              138

**Voting Equipment**                                        **141-154**
    Voting Equipment in Wisconsin                           141
    Voting Equipment Certification and Approval             141
    Pre-Election Equipment Testing                          144
    Security Procedures for Electronic Voting Systems       147
    Post-Election Audit                                     150
    Frequently Asked Questions                              153

**Accessibility**                                           **155-159**
    Polling Place Accessibility                             155
    Accessible Voting Equipment                             156
    Training Election Inspectors – Accessibility            157
    Accessibility Contacts & Additional Resources           158
    Common Sense & Common Courtesy Points                   159

**Emergency Preparedness and Contingency Planning**      **161-163**
    Procedures      161
    Frequently Asked Questions      163

**Polling Places & Supplies**      **165-178**
    Polling Place Establishment      165
    Equipping and Supplying the Polling Place      165
    Frequently Asked Questions      175
    Polling Place Checklist      178

**Election Day Issues**      **179-193**
    Role of the Clerk on Election Day      179
    Central Count Absentee Ballot Site      179
    Observers      181
    Voter Cell Phones and Photography in Polling Area      187
    Media      187
    Polling Place Accessibility Assessments      188
    Electioneering      189
    Challenging Voters      191
    Frequently Asked Questions      192

**Post-Election Activities**      **195-216**
    Composition of Municipal Board of Canvassers (MBOC)      195
    Timeline for Convening the MBOC      196
    Duties of Municipal Clerks      200
    Processing Provisional Ballots      202
    Conducting the Municipal Canvass      206
    Breaking a Tie in a Municipal Contest      207
    Routing Materials      207
    Certificate of Election      210
    Absentee Ballot List Maintenance      210
    Frequently Asked Questions      213
    Supplies Checklist      215
    Election Materials from Each Reporting Unit Checklist      216

**Recounts**      **217-220**
    Procedures      217
    Frequently Asked Questions      220

**Recall Elections**      **221-224**

WEC 000145

Procedures 221
Frequently Asked Questions 224

**Other Election Materials** **225-230**
Cost of Elections 225
Destruction of Election Materials 228
Electronic Conversion of Election Records 230

**Wards, Districts, Reporting Units & Annexations** **231-238**
Wards and Districts 231
Reporting Units 231
Annexation 233
When Annexation Necessitates the Creation of a New Ward 233
Determining Where Annexed Electors Vote 234
Transferring Voters 234
Annexation and Polling Places 235
Notifying Governmental Units of Annexation 235
Frequently Asked Questions 237

**Glossary** **239-248**

# INTRODUCTION

Elections in the State of Wisconsin are conducted at the local level. As a municipal clerk you are entrusted with the responsibility of ensuring fair, accessible, and transparent elections. Our job at the Wisconsin Elections Commission (WEC) is to provide you with a range of resources to support you in carrying out your duties.

Many changes have occurred in the way elections are conducted in the State of Wisconsin over the past ten years. The changes have not been easy but due to the dedication, patience, and hard work of election officials at all levels of government, we have transitioned well into the new requirements. The WEC believes local election administration in Wisconsin is better than ever and that is a testament to the efforts of Wisconsin's dedicated municipal clerk.

The *Election Administration Manual for Wisconsin Municipal Clerks* was developed to serve as a knowledge base for the array of duties required of municipal clerks. Please reference this manual frequently and make use of the other resources cited throughout the manual. And, as always, the WEC staff is here to provide answers and advice to assist you in fulfilling your obligations to protect the integrity of elections and ensure public confidence in the election process.

WEC 000147

WEC 000148

# Wisconsin Elections Commission Calendar of Election Events
### November 2019 – January 2021

Spring Primary – February 18, 2020
Presidential Preference Primary and Spring Election – April 7, 2020
Partisan Primary – August 11, 2020
General Election – November 3, 2020

*Note: If a deadline falls on a Saturday where you do not have regular office hours, a Sunday, or a State legal holiday, the deadline is moved to the next secular day. Wis. Stat. § 990.001(4). See Wis. Stat. § 995.20 for a list of legal holidays.

The election events that have variable or non-specific deadline dates are indicated by a dash (-), please see the statute column for details.

| November 2019 | | Statute |
|---|---|---|
| 6 | Election notices and proofs of publication from the November 6, 2018 General Election may be destroyed. | 7.23(1)(j) – One year after the date of the election |
| 15 | Wisconsin Elections Commission sends Type A notice of April 7, 2020 Spring Election and Presidential Preference Vote to county clerks. | 10.01(1), (2)(a), 10.06(1)(a) –November 15 |
| 26 | County clerks publish Type A notice of Spring Election and Presidential Preference Vote. | 10.01(2)(a), 10.06(2)(a) – 4th Tuesday of November |
| 26 | Municipal clerks publish Type A notice of Spring Election for municipal offices and referenda. | 10.01(2)(a), 10.06(3)(a), (4)(a) – 4th Tuesday of November |
| 30 | Deadline for political parties to submit list of nominees for election inspectors and special voting deputies to municipalities. | 6.875(4), 7.30(4)(b), (c) –November 30 |

| December 2019 | | Statute |
|---|---|---|
| 1 | First day for candidates to circulate nomination papers for the 2020 Spring Election. | 8.05(3)(a), (4)(b), 8.10(2)(a) – December 1 |
| 1 | First day for town or village governing body to set a date for caucus. | 8.05(1)(a) – between December 1 and January 1 |
| 1 | Municipal clerks certify the approximate number of electors in the municipality to county clerks. | 5.66(1) – 1st day of the 2nd month preceding a primary |
| 1 | Deadline for electors of a village to petition for a primary. | 8.11(1m)(c) – December 1 |
| 10 | Deadline (5:00 p.m.) for eligible political parties to certify participation in Presidential Preference Primary to WEC. | 8.12(1)(a) – Second Tuesday in December |
| 10 | Deadline for filing officer to receive referendum questions or petitions for referendum intended for the Spring Primary ballot. | 8.37 – 70 days prior to the election |
| 11 | Deadline for filing officer to file a copy of the referendum question intended for the Spring Primary with the county clerk. | 8.37 – next business day after receipt by filing officer |
| 20 | Poll lists from the February 20, 2018, Spring Primary may be destroyed. | 7.23(1)(e) – 22 months after election |
| 27 | Deadline (5:00 p.m.) for incumbents not seeking reelection to file Notification of Noncandidacy (EL-163) with the filing officer. Failure to notify will extend nomination paper deadline 72 hours for that office. | 8.10(2)(a), 120.06(6)(b) – 2nd Friday preceding the deadline for nomination papers |
| 31 | Deadline for governing body of a municipality to appoint election inspectors and special voting deputies for the 2020 -2021 term. | 6.875(4), 7.30(4)(a), (b)1 – December 31 |

WEC 000149

| January 2020 | | Statute |
|:---:|---|---|
| 1 | Last day for town or village governing body to set a date for caucus. | 8.05(1)(a) – between December 1 and January 1 |
| - | Municipal clerk publishes caucus notice. | 8.05(1)(b) – at least 5 days before the date of the caucus |
| 1 | First day for political organizations seeking to attain ballot status to circulate the Petition for Ballot Status (EL-171). | 5.62(2)(a) – January 1 |
| 2 | First day for town or village governing body to hold caucus. | 8.05(1)(a) – between January 2 and January 21 |
| 7 | Deadline (5:00 p.m.) for candidates to file nomination papers, declarations of candidacy, and campaign registration statements for the 2020 Presidential Preference Primary and Spring Election with the filing officer. | 8.05(3)(a), (4)(b), 8.10(2)(a), (5), 8.21 – 1st Tuesday in January |
| 7 | Presidential Preference Selection Committee convenes at State Capitol to choose candidates for placement on Presidential Preference Primary ballot. | 8.12(1)(b) – First Tuesday in January |
| 7 | First day for candidates seeking presidential nomination, but not chosen by Selection Committee, to circulate petition (EL-174) for placement on Presidential Preference Primary ballot | 8.12(1)(c) – First Tuesday in January |
| 10 | Deadline (4:30 p.m.) for all judicial candidates to file Statement of Economic Interests with Wisconsin Ethics Commission. | 19.43(4) – 3rd day following the deadline for nomination papers |
| 10 | Last day for governing body of a city or village to decide upon a primary, or for electors of a city to petition for a primary, if not required by ordinance. | 8.11(1)(a), (c), (1m)(a) – 3rd day following the deadline for nomination papers |
| 10 | Deadline for filing officer to accept challenges to nomination papers. | 8.07, EL 2.07 – within 3 calendar days of the deadline to file nomination papers |
| - | Filing officer arranges to deliver a copy of the challenge to the challenged candidate. | EL 2.07 (2)(a) – within 24 hours of receipt of challenge |
| - | Deadline for challenged candidate to file a verified response with the filing officer. | EL 2.07(2)(b) – within 3 calendar days of the challenge being filed |
| 10 | Deadline for WEC to receive certified list of candidates for the Presidential Preference Primary from Presidential Preference Selection Committee. | 8.12(1)(b) – Friday following the date on which Committee convenes to choose candidates |
| - | Wisconsin Elections Commission notifies all candidates appearing on Selection Committee's certified list of their placement on Presidential Preference Primary ballot. | 8.12(1)(d) – Forthwith after receiving certified list of candidates |
| 14 | Deadline for filing officers to draw names of candidates by lot for placement on the Spring Primary ballot or the Presidential Preference Primary and Spring Election ballot if no primary is required. | 5.58(1b)(bm), (cm), (1c), (1g)(c), (2), (2m) 5.60(1)(ag), (b), (3)(b), (4)(c), (5)(ar), (6)(a) – 2nd Tuesday in January |
| 14 | Wisconsin Elections Commission sends Type B notice information and certification of candidates to county clerks for the Spring Primary or the Presidential Preference Primary and Spring Election if no primary is required. | 10.01(2)(b), 10.06(1)(c) – 2nd Tuesday in January |
| - | County clerks send notification of election to municipal clerks as soon as possible after receipt of Type B notice from Wisconsin Elections Commission and after adding any county offices or referenda. | 10.06(2)(b) – as soon as possible after receipt of Type B notice |
| - | County clerks prepare Spring Primary ballots and send proofs to Wisconsin Elections Commission for review as soon as possible before printing. | 5.72(1), 7.10(2) – as soon as possible |

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 48 of 157   Document 117-72

| January 2020 | | Statute |
|---|---|---|
| 14 | Deadline (if primary is scheduled) for municipal governing body to designate an alternate location for requesting and voting an absentee ballot. This location will remain in use through the Presidential Preference Primary and Spring Election. | 6.855(1) – no fewer than 14 days prior to the time that absentee ballots are available |
| *19 | Deadline for governing body of municipality to establish location of polling places for the Spring Primary. | 5.25(3) – 30 days before the election |
| *19 | Deadline for governing body of municipality to pass resolution combining wards for the Spring Primary. | 5.15(6)(b) – 30 days before the election |
| *19 | Deadline for governing body of municipality to authorize appointment of tabulators for the Spring Primary. | 7.30(3)(a) – 30 days before the election |
| 21 | Last day for town or village governing body to hold caucus. | 8.05(1)(a) – no later than January 21 |
| - | Municipal clerk notifies in writing the two candidates receiving the highest number of votes at the caucus of their nomination. | 8.05(1)(j)1 – as soon as possible |
| - | Caucus nominees file declarations of candidacy and campaign registration statements for the Presidential Preference Primary and Spring Election with the municipal clerk. | 8.05(1)(j)2 – no later than 5:00 p.m. on the 5th day after notification is mailed or personally delivered |
| - | Filing officers in municipalities using caucus draw names of candidates by lot for placement on the Presidential Preference Primary and Spring Election ballot. | 8.05(1)(j)4 – 3rd day after qualification of candidates from the caucus |
| - | Municipal clerks using caucus certify names of municipal candidates and any municipal referenda to county clerks for printing of ballots for the Presidential Preference Primary and Spring Election. | 10.06(3)(bm) – as soon as possible, but no later than 3 days after qualification of candidates from the caucus |
| 21 | County and municipal clerks publish Type A notice of referenda, if required. | 10.01(2)(a), 10.06(2)(n), (3)(f), (4)(f) – 4th Tuesday preceding the election |
| 21 | Municipal clerks publish Type E notice of absentee voting instructions for the Spring Primary. | 10.01(2)(e), 10.06(3)(as) – 4th Tuesday preceding the election |
| 27 | First day for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for the Spring Primary. | 6.875(6) – 4th Monday preceding election |
| 27 | Deadline for county clerks and school district clerks to deliver ballots and supplies to municipal clerks for the Spring Primary. | 7.10(1), (3), 120.06(8)(d) – no later than 22 days before the election |
| 28 | Deadline for municipal clerks to send absentee ballots to electors with valid requests on file for the Spring Primary. | 7.15(1)(cm) – no later than 21 days before the election |
| - | Municipal clerks send absentee ballots to electors with valid requests on file for the Spring Primary as soon as they are available. All absentee ballots must be recorded in WisVote. | 42 U.S.C. § 1973ff-1, Wis. Stat. § 7.15(1)(cm) – as soon as ballots are available |
| Date Set By Municipality | Clerks issue absentee ballots in person in the clerk's office or other designated location(s). Start date set by municipality, in person absentee ballots can be issued as soon as ballots are available. | Per One Wisconsin Institute Court Order – start date set by municipality |
| 28 | Deadline for the filing officer to receive referendum questions or petitions for referendum intended for the Presidential Preference Primary and Spring Election ballot. | 8.37 – 70 days prior to the election |
| 28 | Deadline (5:00 p.m.) for candidates chosen by Selection Committee, who do not wish to be a candidate at the Presidential Preference Primary, to file a disclaimer to this effect with WEC. | 8.12(1)(d) – Last Tuesday in January |
| 28 | Deadline (5:00 p.m.) for candidates seeking presidential nomination, but not chosen by Selection Committee, to submit petition (EL-174) for placement on Presidential Preference Primary ballot. | 8.12(1)(c) – Last Tuesday in January |

WEC 000151

| January 2020 | | Statute |
|---|---|---|
| - | Wisconsin Elections Commission sends certified list of candidates for Presidential Preference Primary ballot to county clerks. | 7.08(2)(d) – As soon as possible after last Tuesday in January |
| - | County Clerks prepare Presidential Preference only ballots and send proofs to Wisconsin Elections Commission for review | 5.72, 7.10(2) – As soon as possible after Presidential Preference candidate certification |
| 29 | Deadline for filing officer to file a copy of the referendum question intended for the Presidential Preference Primary and Spring Election with the county clerk. | 8.37 – next business day after receipt by filing officer |
| 29 | Deadline for electors to register to vote by mail or online in the Spring Primary. After this date, electors must register in person in the municipal clerk's office or at the polling place. | 6.28(1) –must be postmarked no later than the 3rd Wednesday before the election. Online registration closes at 11:59 p.m. |
| 30 | First day for clerks to issue certificate of registrations (EL-133) to late registrants who register to vote in person. | 6.29(2)(a) – First day after close of by-mail/online registration |
| | Clerks must have the Ineligible Voter List available for in person voter registrations. | 6.29(2)(am) |

| February 2020 | | Statute |
|---|---|---|
| 3 | Poll lists from the April 3, 2018 Spring Election may be destroyed. | 7.23(1)(e) – 22 months after election |
| 8 | First day for municipal or county clerk to conduct public test of electronic voting equipment. | 5.84(1) – not more than 10 days prior to the election |
| - | Municipal or county clerk must publish notice of public test of electronic voting equipment at least 48 hours prior. | 5.84(1) – 48 hours prior to public test |
| 8 | Last day for electors to begin to acquire residence for the Spring Primary. Electors moving after this date may vote from their prior address. | Per One Wisconsin Institute Court Order – 10-day residency requirement |
| 10 | Last day (5:00 p.m.) for special voting deputies to make arrangements for absentee voting with nursing home and authorized care facility administrators. | 6.875(6) – the 6th working day before the election |
| 11 | Last day for municipal clerk to post notice of absentee voting at nursing homes and authorized care facilities. | 6.875(6)(a) – at least 5 working days before the visit |
| 11 | First day for municipal clerk to issue absentee ballots by agent to hospitalized electors. | 6.86(3)(c) – not earlier than 7 days before the election |
| 13 | Deadline (5:00 p.m.) for regular and overseas electors to request absentee ballots by mail, online, email, or fax for the Spring Primary | 6.86(1)(b) – the 5th day preceding the election |
| 14 | Deadline (12:00 p.m.) for write-in candidates to file a registration statement with the filing officer for the Spring Primary. | 7.50(2)(em) – noon the Friday preceding the election |
| 14 | Deadline (5:00 p.m.) for indefinitely confined electors and military electors, not on active duty or away from their residence, to request absentee ballots by mail, online, by email, or fax for the Spring Primary. | 6.86(1)(b) – Friday preceding the election |
| 14 | Deadline (5:00 p.m.) for calendar year absentee ballot requests to be submitted by mail, online, email, or fax to receive absentee ballot for Spring Primary. | 6.86(1)(b), 6.86(2m) – 5:00 p.m. Friday preceding an election |
| 14 | Deadline (5:00 p.m.) for electors to register to vote in the municipal clerk's office or other designated location(s). | 6.29(2)(a) – Friday preceding the election |
| 16 Date Set By Municipality | Deadline (5:00 p.m.) for electors (except hospitalized electors and sequestered jurors) to make application in person for absentee ballots. Date set by municipality, in person absentee voting can end before this date. | Per One Wisconsin Institute Court Order – Sunday preceding the election |

WEC 000152

| | | |
|---|---|---|
| 17 | Last day (5:00 p.m.) for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for the Spring Primary. | 6.875(6) – the Monday preceding the election |
| 17 | County and municipal clerks publish Type B notice of voting instructions and sample ballots for the Spring Primary, if required. | 10.01(2)(b), 10.02, 10.06(2)(d), (3)(b) – the Monday preceding election |
| 17 | County and municipal clerks publish Type C notice of referenda for the Spring Primary, if required. | 10.01(2)(c), 10.06(3)(b) – the Monday preceding the election |
| 17 | Municipal clerks publish Type D notice of the location and hours of polling places for the Spring Primary, if required. | 10.01(2)(d) – the Monday preceding the election |
| **18** | **Spring Primary** (if required). | 5.02(22) – 3rd Tuesday in February |
| 18 | Deadline (5:00 p.m.) for military electors on active duty away from their voting residence to request absentee ballots. | 6.86(1)(b) – Election Day |
| 18 | Deadline (5:00 p.m.) for sequestered jurors to apply for an absentee ballot for the Spring Primary. | 6.86(1)(b) – Election Day |
| 18 | Deadline (5:00 p.m.) for hospitalized electors to file a registration form and/or apply for an absentee ballot by agent for the Spring Primary. | 6.86 (3)(c) – Election Day |
| 18 | Deadline (8:00 p.m.) for all absentee ballots to be delivered to the polling place or central count location. | 6.87(6) – Election Day |
| 18 | Deadline (8:00 p.m.) for clerks of central count municipalities to post a statement in their offices and on the internet listing the number of absentee ballots issued and the number that have been returned | 7.52(1)(c) – No later than the closing hour of polls |
| 18 | Election inspectors complete the returns for all votes cast at the polling place. | 7.51, 7.53(1)(a) – immediately after the polls close |
| 18 | Election inspectors in municipalities that have combined wards and one polling place complete and sign the municipal canvass statement for the Spring Primary. | 7.53(1)(a) – immediately after the polls close |
| 18 | Election inspectors report results of the Spring Primary to proper clerks immediately upon completion of ward/election district canvass. | 7.51(4)(b), 7.60(1) – immediately after votes are tabulated |
| 18 | Municipal clerks report the returns, by ward or reporting unit, to the county clerk no later than 2 hours after the votes are tabulated. | 7.51(4)(c) – no later than 2 hours after the votes are tabulated |
| 18 | County clerks post all election returns, by ward or reporting unit on the county website no later than 2 hours after receiving the returns. | 7.60(1) – no later than 2 hours after receiving the returns |
| 18 | Municipal clerks post a statement of the number of electors who have cast a provisional ballot at the clerk's office and the internet | 7.15(15) – as soon as possible after the polls close on election night |
| 18 | Municipal clerks enter Provisional Ballot Reporting Form (EL-123r) information into the WisVote Provisional Ballot Tracker. | 42 U.S.C. § 15482 – election night |
| 19 | Municipal clerks deliver tally sheets, inspectors' statements, ballots, and applicable envelopes and materials to county and school district clerks by 4:00 p.m. | 7.51(5) – the day following the election |
| 19 | Election notices and proofs of publication from the February 19, 2019 Spring Primary may be destroyed, where applicable. | 7.23(1)(j) – one year after the date of the election |

WEC 000153

| February 2020 | | Statute |
|---|---|---|
| 19 | Last day for county clerks to deliver Presidential Preference Only ballots and supplies to municipal clerks for the Presidential Preference Primary and Spring Election. | 7.10(1), 7.10(3)(a) – 48 days prior to Presidential Preference Primary |
| 20 | Municipal clerks (in municipalities that canvass absentee ballots at an alternate location) deliver tally sheets, inspectors' statements, ballots, and applicable envelopes to county clerks by 4:00 p.m. | 7.51(5), 7.52 – the 2nd day following the election |
| 20 | Deadline for municipal clerks to send Presidential Preference Only ballots to voters with valid requests on file for the Presidential Preference Primary. **(UOCAVA deadline)** | 42 U.S.C. §1973ff-1, Wis. Stat. §7.15(1)(cm) – No later than 47 days prior to Presidential Preference Primary |
| - | Municipal clerks send Presidential Preference Only ballots to electors with valid requests on file for the Presidential Preference Primary as soon as they are available. | 42 U.S.C. § 1973ff-1, Wis. Stat. § 7.15(1)(cm) – as soon as ballots are available |
| 21 | Deadline (4:00 p.m.) for electors who voted provisionally to provide missing information to the municipal clerk. | 6.97(3)(b) – the Friday after the election |
| 24 | Deadline (9:00 a.m.) for the Municipal Board of Canvassers to convene for the canvass of the Spring Primary, if necessary. | 7.53(1)(a), 7.53(2)(d) – no later than 9:00 a.m. on the Monday after the election |
| 24 | Deadline (4:00 p.m.) for the Municipal Board of Canvassers to finish the canvass of the Spring Primary, if necessary. | 7.51(5)(b) – no later than 4:00 p.m. on the Monday after the election |
| - | Municipal clerks certify names of municipal candidates and any municipal referenda to county clerks for printing of ballots for the Presidential Preference Primary and Spring Election. | 10.06(3)(bm) – as soon as possible, but no later than 3 days after the municipal canvass is complete |
| 25 | Deadline (9:00 a.m.) for the County Board of Canvassers to convene for the canvass of the Spring Primary, if necessary. | 7.60(3) – no later than 9:00 a.m. on the Tuesday after the election |
| 25 | Deadline (9:00 a.m.) for the School District Board of Canvassers to convene for the canvass of the Spring Primary, if necessary. | 7.53(3)(a) – no later than 9:00 a.m. on the Tuesday after the election |
| 25 | Deadline (4:00 p.m.) for the School District Board of Canvassers to complete the canvass of the Spring Primary, if necessary. | 7.53(3)(a) – no later than 4:00 p.m. on the Tuesday after the election |
| - | Filing officers draw names of candidates by lot for placement on the Presidential Preference Primary and Spring Election ballot. | 5.60(1)(b), (5), (6) – 3rd day after completion of the canvass |
| - | Deadline for a qualified candidate, or an individual who voted on a referendum at the Spring Primary to petition for a recount. | 9.01(1)(a)1 – 5:00 p.m. on the 3rd business day following the last meeting of the board of canvassers determining the election result |
| 27 | Last day for county clerks to deliver statement of county canvass of the Spring Primary for judicial offices to Wisconsin Elections Commission. | 7.60(5) – no later than 9 days after a primary |

| March 2020 | | Statute |
|---|---|---|
| 3 | Deadline (if no primary was held) for municipal governing body to designate an alternate location for requesting and voting an absentee ballot for the Presidential Preference Primary and Spring Election. | 6.855(1) – no fewer than 14 days prior to the time that absentee ballots are available |
| 3 | Clerks may clear memory devices for their voting equipment from the Spring Primary if the data has been transferred to another medium to be retained for 22 months. | 7.23(1)(g) – 14 days after a primary |
| 3 | Last day for chairperson of the Wisconsin Elections Commission to certify results of the Spring Primary. | 7.70(3)(a) – 2nd Tuesday following Spring Primary |
| 3 | Wisconsin Elections Commission sends Type B notice information and certification of candidates for the Presidential Preference Primary and Spring Election to county clerks. | 10.01(2)(b), 10.06(1)(e) – No later than the 1st Tuesday in March |

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 52 of 157   Document 117-72

| | | |
|---|---|---|
| - | County clerks send notification of election to municipal clerks as soon as possible after receipt of Type B notice from Wisconsin Elections Commission and after adding any county offices or referenda. | 10.06(2)(e) – As soon as possible after receipt of Type B notice |
| - | County clerks prepare Presidential Preference Primary and Spring Election ballots and send proofs to Wisconsin Elections Commission for review as soon as possible before printing. | 5.72(1), 7.10(2) – As soon as possible after candidate certification |
| *8 | Deadline for governing body of municipality to establish location of polling places for the Presidential Preference Primary and Spring Election. | 5.25(3) – 30 days before the election |
| *8 | Deadline for governing body of municipality to pass resolution combining wards for the Presidential Preference Primary and Spring Election. | 5.15(6)(b) – 30 days before the election |
| *8 | Deadline for governing body of municipality to authorize appointment of tabulators for the Presidential Preference Primary and Spring Election. | 7.30(3)(a) – 30 days before the election |
| 10 | County and municipal clerks publish Type A notice of referenda, if required. | 10.01(2)(a), 10.06(2)(f), (3)(bs) – 4th Tuesday before the election |
| 10 | Municipal clerks publish Type E notice of absentee voting instructions for the Presidential Preference Primary and Spring Election. | 10.01(2)(c), 10.06(3)(bs) – 4th Tuesday before the election |
| 16 | First day for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for the Presidential Preference Primary and Spring Election. | 6.875(6) – No earlier than the 4th Monday preceding the election |
| 16 | Deadline for county clerks and school district clerks to deliver ballots to municipal clerks for the Presidential Preference Primary and Spring Election. | 7.10(1), (3) – No later than 22 days before the election |
| 17 | Deadline for municipal clerks to send absentee ballots to electors with valid requests on file for the Presidential Preference Primary and Spring Election. | 7.15(1)(cm) – No later than 21 days before the election |
| - | Municipal clerks send absentee ballots to electors with valid requests on file for the Presidential Preference Primary and Spring Election as soon as they are available. All absentee ballots must be recorded in WisVote. | 42 U.S.C. § 1973ff-1, Wis. Stat. § 7.15(1)(cm) – as soon as ballots are available |
| **Date Set By Municipality** | Clerks issue absentee ballots in person in the clerk's office or other designated location(s). Start date set by municipality, in person absentee ballots can be issued as soon as ballots are available. | Per One Wisconsin Institute Court Order – start date set by municipality |
| 17 | Wisconsin Elections Commission sends Type A notice of Partisan Primary on August 11, 2020, and General Election on November 3, 2020, to county clerks. | 10.01(1), (2)(a), 10.06(1)(f) – 3rd Tuesday in March |
| 18 | Deadline for electors to register to vote by mail or online in the Presidential Preference Primary and Spring Election. After this date, electors must register in person in the municipal clerk's office or at the polling place. | 6.28(1) – must be postmarked no later than the 3rd Wednesday before the election. Online registration closes at 11:59 p.m. |
| 19 | First day for clerks to issue certificate of registrations (EL-133) to late registrants who register to vote in person. Clerks must have the Ineligible Voter List available for in person voter registrations. | 6.29(2)(a) – First day after close of by-mail/online registration 6.29(2)(am) |
| 19 | Deadline for municipal clerks to submit voter participation, Inspectors' Statement data, and Election Reconciliation data for the Spring Primary via WisVote. | 6.275 – within 30 days of each primary and election for a state or national office |
| *28 | First day for municipal or county clerk to conduct public test of electronic voting equipment. | 5.84(1) – 10 days before election |

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 53 of 157   Document 117-72

| March 2020 | | Statute |
|---|---|---|
| - | Municipal or county clerk must publish notice of electronic voting equipment public test at least 48 hours prior to test. | 5.84(1) – 48 hours prior to public test |
| 28 | Last day for electors to begin to acquire residence for the Presidential Preference Primary and Spring Election. Electors moving after this date may vote from their prior address. | Per One Wisconsin Institute Court Order – 10 day residency requirement |
| 30 | Last day (5:00 p.m.) for special voting deputies to make arrangements for absentee voting with nursing home and authorized care facility administrators. | 6.875(6) – the 6th working day before the election |
| 31 | Last day for municipal clerk to post notice of absentee voting at nursing homes and authorized care facilities. | 6.875(6)(a) – at least 5 working days before the visit |
| 31 | First day for municipal clerk to issue absentee ballots by agent to hospitalized electors. | 6.86(3)(c) – not earlier than 7 days before the election |

| April 2020 | | Statute |
|---|---|---|
| 1 | Deadline (5:00 p.m.) for political organizations seeking to attain ballot status to file Petition for Ballot Status (EL-171) with WEC. | 5.62(2)(a) – April 1 |
| 2 | Election notices and proofs of publication from the April 2, 2019 Presidential Preference Primary and Spring Election may be destroyed. | 7.23(1)(j) – one year after the date of the election |
| 2 | Deadline (5:00 p.m.) for regular and overseas electors to request absentee ballots by mail, online, email, or fax for the Presidential Preference Primary and Spring Election. | 6.86(1)(b) – 5th day before the election |
| 3 | Deadline (12:00 p.m.) for write-in candidates to file a registration statement with the filing officer for the Presidential Preference Primary and Spring Election. | 7.50(2)(em) – noon the Friday preceding the election |
| 3 | Deadline (5:00 p.m.) for indefinitely confined electors and military electors, not on active duty or away from their residence, to request absentee ballots by mail, online, email, or fax for the Presidential Preference Primary and Spring Election. | 6.86(1)(b) – Friday preceding the election |
| 14 | Deadline (5:00 p.m.) for calendar year absentee ballot requests to be submitted by mail, online, email, or fax to receive absentee ballot for Spring Election and Presidential Preference Primary. | 6.86(1)(b), 6.86(2m) – 5:00 p.m. Friday preceding an election |
| 3 | Deadline (5:00 p.m.) for electors to register to vote in the municipal clerk's office or other designated location(s). | 6.29(2)(a) – Friday preceding the election |
| 5 **Date Set By Municipality** | Deadline (5:00 p.m.) for electors (except hospitalized electors and sequestered jurors) to make application in person for absentee ballots. Date set by municipality, in person absentee voting can end before this date. | Per One Wisconsin Institute Court Order – Sunday preceding the election |
| 6 | County and municipal clerks publish Type B notice of voting instructions and sample ballots for the Presidential Preference Primary and Spring Election. | 10.01(2)(b), 10.02, 10.06(2)(g), (3)(c) – Monday before the election |
| 6 | County and municipal clerks publish Type C notice of referenda for the Presidential Preference Primary and Spring Election, if required. | 10.01(2)(c), 10.06(2)(g), (3)(c) – Monday before the election |
| 6 | Municipal clerks publish Type D notice of the location and hours of polling places for the Presidential Preference Primary and Spring Election. | 10.01(2)(d), 10.06 (3)(c) – Monday before the election |
| 6 | Last day (5:00 p.m.) for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for the Presidential Preference Primary and Spring Election. | 6.875(6) – Monday before the election |
| 7 | **Presidential Preference Primary and Spring Election** | 5.02(21) – 1st Tuesday in April |

Election Administration Manual
for Wisconsin Municipal Clerks

WEC 000156

| April 2020 | | Statute |
|---|---|---|
| 7 | Deadline (5:00 p.m.) for military electors on active duty away from their voting residence to request absentee ballots. | 6.86(1)(b) – Election Day |
| 7 | Deadline (5:00 p.m.) for sequestered jurors to apply for an absentee ballot for the Presidential Preference Primary and Spring Election. | 6.86(1)(b) – Election Day |
| 7 | Deadline (5:00 p.m.) for hospitalized electors to file a registration form and/or apply for an absentee ballot by agent for the Presidential Preference Primary and Spring Election. | 6.86 (3)(c) – Election Day |
| 7 | Deadline (8:00 p.m.) for all absentee ballots to be delivered to the polling place or central count location. | 6.87(6) – Election Day |
| 7 | Deadline (8:00 p.m.) for clerks of central count municipalities to post a statement in their offices and on the internet listing the number of absentee ballots issued and the number that have been returned | 7.52(1)(c) – No later than the closing hour of polls |
| 7 | Election inspectors complete the returns for all votes cast at the polling place. | 7.51, 7.53(1)(a) – immediately after the polls close |
| 7 | Election inspectors in municipalities that have combined wards and one polling place complete and sign the municipal canvass statement for the Presidential Preference Primary and Spring Election. | 7.53(1)(a) – immediately after the polls close |
| 7 | Election inspectors report results of the Presidential Preference Primary and Spring Election to proper clerks immediately upon completion of ward/election district canvass. | 7.51(4)(b), 7.60(1) – immediately after votes are tabulated |
| 7 | Municipal clerks report the returns, by ward or reporting unit, to the county clerk no later than 2 hours after the votes are tabulated. | 7.51(4)(c) – no later than 2 hours after the votes are tabulated |
| 7 | County clerks post all election returns, by ward or reporting unit on the county website no later than 2 hours after receiving the returns. | 7.60(1) – no later than 2 hours after receiving the returns |
| 7 | Municipal clerks post a statement of the number of electors who have cast a provisional ballot at the clerk's office and the internet | 7.15(15) – as soon as possible after the polls close on election night |
| 7 | Municipal clerks enter Provisional Ballot Reporting Form (EL-123r) information into the WisVote Provisional Ballot Tracker. | 42 U.S.C. § 15482 – election night |
| 7 | County clerks send Type A notice of Partisan Primary on August 11, 2020, and General Election on November 3, 2020 to municipal clerks. | 10.01(2)(a), 10.06(2)(gm) – 1st Tuesday in April |
| 8 | Municipal clerks deliver tally sheets, inspectors' statements, ballots, and applicable envelopes and materials to county and school district clerks by 4:00 p.m. | 7.51(5) – the day after the election |
| 9 | Municipal clerks (in municipalities that canvass absentee ballots at an alternate location) deliver tally sheets, inspectors' statements, ballots, and applicable envelopes to county clerks by 4:00 p.m. | 7.51(5), 7.52 – the 2nd day after the election |
| 10 | Deadline (4:00 p.m.) for electors who voted provisionally to provide missing information to the municipal clerk. | 6.97(3)(b) – the Friday after the election |
| 13 | Deadline (9:00 a.m.) for the Municipal Board of Canvassers to convene for the canvass of the Presidential Preference Primary and Spring Election. | 7.53(1)(a), 7.53(2)(d) – no later than 9:00 a.m. on the Monday after the election |
| 13 | Deadline (4:00 p.m.) for the Municipal Board of Canvassers to finish the canvass of the Presidential Preference Primary and Spring Election. | 7.51(5)(b) – no later than 4:00 p.m. on the Monday after the election |
| 14 | Deadline (9:00 a.m.) for the County Board of Canvassers to convene for the canvass of the Presidential Preference Primary and Spring Election. | 7.60(3) – no later than 9:00 a.m. on the Tuesday after the election |
| 14 | Deadline (9:00 a.m.) for the School District Board of Canvassers to convene for the canvass of the Presidential Preference Primary and Spring Election. | 7.53(3)(a) – no later than 9:00 a.m. on the Tuesday after the election |

WEC 000157

| April 2020 | | Statute |
|---|---|---|
| 14 | Deadline (4:00 p.m.) for the School District Board of Canvassers to complete the canvass of the Presidential Preference Primary and Spring Election. | 7.53(3)(a) – no later than 4:00 p.m. on the Tuesday after the election |
| 14 | County clerks publish Type A notice of Partisan Primary on August 11, 2020, and General Election on November 3, 2020. | 10.06(2)(h) - 2nd Tuesday in April preceding a partisan primary and general election |
| 17 | Last day for county clerks to deliver statement of county canvass of the Presidential Preference Primary and Spring Election for judicial offices to Wisconsin Elections Commission. | 7.60(5) – no later than 10 days after the election |
| - | Deadline for a candidate, or an individual who voted on a referendum at the Presidential Preference Primary and Spring Election to petition for a recount. | 9.01(1)(a)1 – 5:00 p.m. on the 3rd business day following the last meeting of the board of canvassers determining the election result |
| - | County, municipal, and school district clerks issue certificates of election after the deadline to file a petition for recount and appeal of recount has passed. | 7.53(4), 7.60(6), 120.06(10) – As soon as deadline for filing recount petition has passed |
| 15 | First day for candidates to circulate nomination papers for the General Election. | 8.15(1) – April 15 |
| 28 | Clerks may clear memory devices for their voting equipment from the Presidential Preference Primary and Spring Election if the data has been transferred to another medium to be retained for 22 months. | 7.23(1)(g) – 21 days after the election. |
| **May 2020** | | **Statute** |
| 7 | Deadline for municipal clerks to submit voter participation, Inspectors' Statement data, and Election Reconciliation data for the Presidential Preference Primary and Spring Election via WisVote. | 6.275 – within 30 days of each primary and election for a state or national office |
| 15 | Last day for chairperson of the Wisconsin Elections Commission to certify results of the Presidential Preference Primary and Spring Election. | 7.70(3)(a) – May 15 |
| 15 | Wisconsin Elections Commission notifies state party chairs of Presidential Preference results in state and each congressional district. | 8.12(3) – No later than May 15 |
| 18 | Deadline for municipal clerks to submit Election Day Registration Postcard data for the Spring Primary via WisVote. | 6.275(1)(f) – Within 90 days of each primary or election for state or national office |
| 18 | Certain materials and supplies from the 2020 Spring Primary may be destroyed after this date if no election contest, recount, or litigation is pending. | 7.23(1)(k) – 90 days after the election |
| 22 | Deadline (5:00 p.m.) for incumbents not seeking reelection to file Notification of Noncandidacy (EL-163) with the filing officer. Failure to notify will extend nomination paper deadline 72 hours for that office. | 8.15(1) – 2nd Friday prior to the deadline for nomination papers |
| **June 2020** | | **Statute** |
| 1 | Deadline (5:00 p.m.) for candidates to file nomination papers, declarations of candidacy, and campaign registration statements for the General Election with the filing officer. | 8.15(1), 8.20(8)(a), 8.21 – June 1 |
| 2 | Deadline for filing officer to receive referendum questions or petitions for referendum intended for the Partisan Primary ballot. | 8.37 – 70 days prior to the election |
| 3 | Deadline for filing officer to file a copy of the referendum question with the county clerk. | 8.37 – next business day after received by filing officer |
| 4 | Deadline (4:30 p.m.) for all state candidates to file Statement of Economic Interests with Wisconsin Ethics Commission. | 19.43(4) – 3rd day following deadline for nomination papers |

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 56 of 157   Document 117-72

| June 2020 | | Statute |
|---|---|---|
| 4 | Deadline for filing officer to accept challenges to nomination papers. | 8.07, EL 2.07 – within 3 calendar days of the deadline to file nomination papers |
| - | Filing officer arranges to deliver a copy of the challenge to the challenged candidate. | EL 2.07(2)(a) – within 24 hours of receipt of challenge |
| - | Deadline for challenged candidate to file a verified response with the filing officer. | EL 2.07(2)(b) – within 3 calendar days of the challenge being filed |
| - | Filing officers draw names of candidates by lot for placement on the Partisan Primary ballot. | 5.60(1)(b), 5.62(3), (4) – As soon as possible after challenge deadline has passed |
| 10 | Wisconsin Elections Commission sends Type B notice information and certification of candidates to county clerks for Partisan Primary. | 10.01(2)(b), 10.06(1)(h) – June 10 |
| 11 | Deadline for municipal governing body to designate an alternate location for requesting and voting an absentee ballot. This location will remain in use through the November general election. | 6.855(1) – no fewer than 14 days prior to the time that absentee ballots are available |
| - | County clerks prepare ballots and send proofs to Wisconsin Elections Commission for review as soon as possible before printing. | 5.72(1), 7.10(2) – as soon as possible after candidate certification |
| 14 | Poll lists from the August 14, 2018, Partisan Primary may be destroyed. | 7.23(1)(e) – 22 months after an election |
| 14 | Ballots, absentee applications, and other records and papers from the 2018 Partisan Primary may be destroyed. | 7.23(1)(f) – 22 months after a federal election |
| 24 | Deadline for county clerks to deliver ballots and supplies to municipal clerks for the Partisan Primary. | 7.10(1),(3) – 48 days before Partisan Primary |
| 25 | Deadline for municipal clerks to send absentee ballots to electors with valid requests on file for the Partisan Primary. **(UOCAVA deadline)**. | 7.15(1)(cm) – 47 days before Partisan Primary |
| - | Municipal clerks send absentee ballots to electors with valid requests on file for the Partisan Primary as soon as they are available. All absentee ballots must be recorded in WisVote. | 42 U.S.C. § 1973ff-1, Wis. Stat. § 7.15(1)(cm) – as soon as ballots are available |
| July 2020 | | Statute |
| 1 | First day for Independent candidates for President and Vice President to circulate nomination papers (EL-167). A list of presidential electors designated to represent them must be included. | 8.20(8)(am) – July 1 |
| 6 | Certain materials and supplies from the 2020 Presidential Preference Primary and Spring Election may be destroyed after this date if no election contest, recount, or litigation is pending. | 7.23(1)(k) – 90 days after the election |
| 6 | Deadline for municipal clerks to submit Election Day Registration (EDR) Postcard data for the Presidential Preference Primary and Spring Election via WisVote. | 6.275(1)(f) – Within 90 days of each primary and election for state or national office |
| *12 | Deadline for governing body of municipality to pass resolution combining wards for Partisan Primary. | 5.15(6)(b) – 30 days before election |
| *12 | Deadline for governing body of municipality to establish polling places for Partisan Primary. | 5.25(3) – 30 days before election |
| *12 | Deadline for governing body of municipality to authorize appointment of tabulators for Partisan Primary. | 7.30(3)(a) – 30 days before election |
| 14 | County and municipal clerks publish Type A notice of referenda, if required. | 10.01(2)(c), 10.06(2)(g), (3)(cm) – 4th Tuesday preceding election |

Election Administration Manual
for Wisconsin Municipal Clerks

WEC 000159

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 57 of 157   Document 117-72

| July 2020 | | Statute |
|---|---|---|
| 14 | Last day for electors to begin to acquire residence for the Partisan Primary. Electors moving after this date may vote from their prior address. | 6.02(2), 6.10(3) – 28 days prior to election |
| 14 | Municipal clerks publish Type E notice of absentee voting instructions for Partisan Primary. | 10.01(2)(e), 10.06(3)(cm) – 4th Tuesday preceding the election |
| 20 | First day for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for the Partisan Primary. | 6.875(6) – 4th Monday preceding the election |
| 22 | Deadline for electors to register by mail or online to vote in the Partisan Primary. After this date, electors must register in person in the municipal clerk's office or at the polling place. | 6.28(1) – must be postmarked no later than the 3rd Wednesday before the election. Online registration closes at 11:59 p.m. |
| 23 | First day for clerks to issue certificate of registrations (EL-133) to late registrants who register to vote in person. | 6.29(2)(a) – First day after close of by-mail/online registration |
| | Clerks must have the Ineligible Voter List available for in person voter registrations. | 6.29(2)(am) |
| 28 | Clerks may begin to issue in person absentee ballots at the clerk's office or designated alternate location(s). | 6.86(1)(b) – No earlier than 14 days before the election |
| August 2020 | | Statute |
| 1 | First day for municipal or county clerk to conduct public test of electronic voting equipment. | 5.84(1) – 10 days before election |
| - | Municipal or county clerk must publish notice of electronic voting equipment public test at least 48 hours prior to test. | 5.84(1) – 48 hours prior to public test |
| 3 | Last day (5:00 p.m.) for special voting deputies to make arrangements for absentee voting with nursing home and authorized care facility administrators. | 6.875(6) – the 6th working day before the election |
| 4 | Last day for municipal clerk to post notice of absentee voting at nursing homes and authorized care facilities. | 6.875(6)(a) – at least 5 working days before the visit |
| 4 | Deadline (5:00 p.m.) for Independent candidates for President and Vice President to file nomination papers (EL-167), declaration of candidacy (EL-162), and list of presidential electors with WEC. | 8.20(8)(am), 8.21 – First Tuesday in August |
| 6 | Deadline (5:00 p.m.) for regular and overseas electors to request absentee ballots by mail, online, email, or fax for Partisan Primary only. | 6.86(1)(b) – 5th day preceding the election |
| 7 | Deadline (12:00 p.m.) for write-in candidates to file a registration statement with the filing officer for the Partisan Primary. | 7.50(2)(em) – noon the Friday preceding the election |
| 7 | Deadline (5:00 p.m.) indefinitely confined and military electors not on active duty away from their voting residence to request absentee ballots by mail, online, email, or fax for the Partisan Primary. | 6.86(1)(c), (2)(a) – Friday preceding the election |
| 7 | Deadline (5:00 p.m.) for calendar year absentee ballot requests to be submitted by mail, online, email, or fax to receive absentee ballot for Partisan Primary. | 6.86(1)(b), 6.86(2m) – 5:00 p.m. Friday preceding an election |
| 7 | Deadline (5:00 p.m.) for electors to register to vote in the municipal clerk's office or other designated location(s). | 6.29(2)(a) – Friday preceding the election |
| 9 | Last day for electors (except hospitalized electors and sequestered jurors) to make application in person for absentee ballots. **Final date set by municipality, in person absentee voting can end before this date.** | 6.86(1)(b) – No later than Sunday preceding election |

Election Administration Manual
for Wisconsin Municipal Clerks

WEC 000160

| August 2020 | | Statute |
|---|---|---|
| 10 | County clerks publish Type B notice of voting instructions and facsimile ballots for Partisan Primary. | 10.01(2)(b), 10.02, 10.06(2)(j) – Monday preceding the election |
| 10 | County clerks publish Type C notice of referenda, if required. | 10.01(2)(c) – Monday preceding the election |
| 10 | Municipal clerks publish Type D notice of the location and hours of polling places for the Partisan Primary. | 10.01(2)(c) – Monday preceding the election |
| 10 | Last day (5:00 p.m.) for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for Partisan Primary. | 6.875(6) – Monday preceding the election |
| **11** | **Partisan Primary** | 5.02(12s) – 2nd Tuesday in August |
| 11 | Deadline (5:00 p.m.) for military electors on active duty away from their voting residence to request absentee ballots. | 6.86(1)(b) – Election Day |
| 11 | Deadline (5:00 p.m.) for sequestered jurors to apply for an absentee ballot for the Partisan Primary. | 6.86(1)(b) – Election Day |
| 11 | Deadline (5:00 p.m.) for hospitalized electors to file a registration form and/or apply for an absentee ballot by agent for the Partisan Primary. | 6.86 (3)(c) – Election Day |
| 11 | Deadline (8:00 p.m.) for all absentee ballots to be delivered to the polling place or central count location. | 6.87(6) – Election Day |
| 11 | Deadline (8:00 p.m.) for clerks of central count municipalities to post a statement in their offices and on the internet listing the number of absentee ballots issued and the number that have been returned | 7.52(1)(c) – No later than the closing hour of polls |
| 11 | Election inspectors complete the returns for all votes cast at the polling place. | 7.51(5)(a) – immediately after the polls close |
| 11 | Election inspectors report results of the Partisan Primary to proper clerks immediately after the votes are tabulated or counted. | 7.51(4)(b) – immediately after the votes are tabulated or counted |
| 11 | Election inspectors deliver all ballots, statements, tally sheets, voter lists, and envelopes to the municipal clerk. | 7.51(5)(a) – immediately after the polls close |
| 11 | Municipal clerks report the returns, by ward or reporting unit, to the county clerk no later than 2 hours after the votes are tabulated. | 7.51(4)(c) – no later than 2 hours after the votes are tabulated |
| 11 | County clerks post all election returns, by ward or reporting until on the county website no later than 2 hours after receiving the returns. | 7.60(1) – no later than 2 hours after receiving the returns |
| 11 | Municipal clerks post a statement of the number of electors who have cast a provisional ballot at the clerk's office and the internet. | 7.15(15) – as soon as possible after the polls close on election night |
| 11 | Municipal clerks enter Provisional Ballot Reporting Form (EL-123r) information into the WisVote Provisional Ballot Tracker. | 42 U.S.C. § 15482 -- election night |
| 12 | Municipal clerks deliver tally sheets, inspectors' statements, ballots, and applicable envelopes and materials to county clerks by 4:00 p.m. | 7.51(5) – the day following the election |
| 13 | Municipal clerks (in municipalities that canvass absentee ballots at an alternate location) deliver tally sheets, inspectors' statements, ballots, and applicable envelopes and materials to county clerks by 4:00 p.m. | 7.51(5), 7.52 – the 2nd day following the election |
| 14 | Deadline (4:00 p.m.) for electors who voted provisionally to provide missing information to the municipal clerk. | 6.97(3) – the Friday after the election |
| 17 | Deadline (9:00 a.m.) for the Municipal Board of Canvassers to convene for the cavass of the Partisan Primary, if necessary. | 7.53(1)(a), 7.53(2)(d) – no later than 9:00 a.m. on the Monday after the election |

WEC 000161

| August 2020 | | Statute |
|---|---|---|
| 17 | Deadline (4:00 p.m.) for the Municipal Board of Canvassers to finish the canvass of the Partisan Primary. | 7.51(5)(b) – no later than 4:00 p.m. on the Monday after the election |
| 18 | Deadline (9:00 a.m.) for the County Board of Canvassers to convene for the canvass of the Partisan Primary. | 7.60(3) – no later than 9:00 a.m. on the Tuesday after the election |
| - | Deadline for a candidate, or an individual who voted on a referendum at the Partisan Primary to petition for a recount. | 9.01(1)(a)1 – 5:00 p.m. on the 3rd business day following the last meeting of the board of canvassers determining the election result |
| 21 | Last day for county clerks to deliver statement of county canvass of Partisan Primary for state and federal offices to Wisconsin Elections Commission. | 7.60(5) – 10 days after election |
| 25 | Wisconsin Elections Commission sends Type B notice information and certification of candidates for General Election to county clerks. | 10.01(2)(b), 10.06(1)(i) – 4th Tuesday in August |
| 25 | Clerks may clear memory devices for their voting equipment from the Partisan Primary if the data has been transferred to another medium to be retained for 22 months. | 7.23(1)(g) – 14 days after a primary |
| 25 | Deadline for filing officer to receive referendum questions or petitions for referendum intended for the General Election ballot. | 8.37 – 70 days before election |
| 26 | Deadline for filing officer to file a copy of the referendum question with the county clerk. | 8.37 – next business day after received by filing officer |
| 26 | Last day for chairperson of the Wisconsin Elections Commission to certify the results of the Partisan Primary. | 7.70(3)(a) – 3rd Wednesday following election |
| - | County clerks prepare General Election ballots and send proofs to Wisconsin Elections Commission for review as soon as possible before printing. | 5.72(1), 7.10(2) – as soon as possible after candidate certification |
| September 2020 | | Statute |
| 1 | Deadline (5:00 p.m.) for political parties that have attained ballot status to certify names of candidates for President and Vice President to be placed on General Election ballot. | 8.16(7) – First Tuesday in September |
| 1 | Deadline (5:00 p.m.) for Presidential and Vice-Presidential candidates certified to WEC by political parties to submit Declaration of Candidacy (EL-162). | 8.21(1) – First Tuesday in September |
| *6 | Poll lists, ballots, absentee applications, and other records and papers from the November 6, 2018, General Election may be destroyed. | 7.23(1)(e), 7.23(1)(f) – 22 months after election |
| 13 | Deadline for municipal clerk to submit voter participation, Inspectors' Statement data, and Election Reconciliation data for the Partisan Primary via WisVote. | 6.275 – within 30 days of each primary and election for a state or national office |
| 16 | Deadline for county clerks to deliver ballots and supplies to municipal clerks for the General Election. | 7.10(1), (3) – 48 days before election |
| 17 | Deadline for municipal clerks to send absentee ballots to electors with valid requests on file for the General Election. **(UOCAVA deadline)** | 7.10(3), 7.15(1)(c), (cm) – 47 days before election |
| - | Municipal clerks send absentee ballots to electors with valid requests on file for the General Election as soon as they are available. All absentee ballots must be recorded in WisVote. | 42 U.S.C. § 1973ff-1, Wis. Stat. § 7.15(1)(cm) – as soon as ballots are available |
| October 2020 | | Statute |
| *4 | Deadline for governing body of municipality to establish location of polling places for General Election. | 5.25(3) – 30 days before election |

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 60 of 157   Document 117-72

| October 2020 | | Statute |
|---|---|---|
| *4 | Deadline for governing body of municipality to pass resolution combining wards for General Election. | 5.15(6)(b) – 30 days before election |
| *4 | Deadline for governing body of municipality to authorize appointment of tabulators for General Election. | 7.30(3)(a) – 30 days before election |
| 6 | Last day for electors to begin to acquire residence for the General Election. Electors moving after this date may vote from their prior address. | 6.02(2), 6.10(3) – 28 days prior to election |
| 6 | Municipal clerks publish Type E notice of absentee voting instructions for General Election. | 10.01(2)(e), 10.06(3)(cm) – 4th Tuesday preceding election |
| 6 | County and municipal clerks publish Type A notice of referenda, if required. | 10.01(2)(c), 10.06(2)(g), (3)(c) – 4th Tuesday preceding election |
| 6 | Representative from each political party convene (10:00 a.m.) at the State Capitol to nominate presidential electors. | 8.18(1) – First Tuesday in October |
| 12 | First day for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for General Election. | 6.875(6) – 4th Monday preceding the election |
| 14 | Deadline for electors to register by mail or online to vote in the General Election. After this date, electors must register in person in the municipal clerk's office or at the polling place. | 6.28(1) – must be postmarked no later than the 3rd Wednesday before the election. Online registration closes at 11:59 p.m. |
| 15 | First day for clerks to issue certificate of registrations (EL-133) to late registrants who register to vote in person. | 6.29(2)(a) – First day after close of by-mail/online registration |
| | Clerks must have the Ineligible Voter List available for in person voter registrations. | 6.29(2)(am) |
| 20 | Clerks may begin to issue in person absentee ballots at the clerk's office or designated alternate location(s). | 6.86(1)(b) – No earlier than 14 days before the election |
| 20 | Deadline (4:30 p.m.) for write-in candidates for President and Vice President to submit declaration of candidacy (EL-162) and list of presidential electors. | 8.185(2), 8.21 – Second Tuesday prior to General Election |
| *24 | First day for municipal or county clerk to conduct public test of electronic voting equipment. | 5.84(1) – 10 days before election |
| - | Municipal or county clerk must publish notice of electronic voting equipment public test at least 48 hours prior to test. | 5.84(1) – 48 hours prior to public test |
| 26 | Last day (5:00 p.m.) for special voting deputies to make arrangements for absentee voting with nursing home and authorized care facility administrators. | 6.875(6) – the 6th working day before the election |
| 27 | Last day for municipal clerk to post notice of absentee voting at nursing homes and authorized care facilities. | 6.875(6)(a) – at least 5 working days before the visit |
| 29 | Deadline (5:00 p.m.) for regular and overseas electors to request absentee ballots by mail, online, email, or fax for the General Election. | 6.86(1)(b) – 5th day preceding the election |
| 30 | Deadline (12:00 p.m.) for write-in candidates to file a registration statement with the filing officer for the General Election. | 7.50(2)(cm) – Noon the Friday preceding the election |
| 30 | Deadline (5:00 p.m.) for electors to register to vote in the municipal clerk's office or other designated location(s). | 6.29(2)(a) – Friday preceding the election |
| 30 | Deadline (5:00 p.m.) for indefinitely confined electors and military electors, not on active duty away from their residence to request absentee ballots by mail, online, email, or fax for the General Election. | 6.86(1)(b) – Friday preceding the election |

WEC 000163

| October 2020 | | Statute |
|---|---|---|
| 30 | Deadline (5:00 p.m.) for calendar year absentee ballot requests to be submitted by mail, online, email, or fax to receive absentee ballot for General Election. | 6.86(1)(b), 6.86(2m) – 5:00 p.m. Friday preceding an election |

| November 2020 | | Statute |
|---|---|---|
| 1 | Last day for electors (except hospitalized electors and sequestered jurors) to make application in person for absentee ballots. **Final date set by municipality. In person absentee voting can end before this date.** | 6.86(1)(b) – No later than Sunday preceding election |
| 2 | County clerks publish Type B notice of voting instructions and facsimile ballots for General Election. | 10.01(2)(b), 10.02, 10.06(2)(m) – Monday preceding the election |
| 2 | County clerks publish Type C notice of referenda, if required. | 10.01(2)(c), 10.06(2)(m) – Monday preceding the election |
| 2 | Municipal clerks publish Type D notice of locations and hours of polling places for General Election. | 10.01(2)(d), 10.06(3)(d) – Monday preceding the election |
| 2 | Last day (5:00 p.m.) for special voting deputies to conduct absentee voting for residents in nursing homes and authorized care facilities for the General Election. | 6.875(6) – Monday preceding the election |
| 3 | **General Election** | 5.02(5) – Tuesday after the 1st Monday in November |
| 3 | Deadline (5:00 p.m.) for military electors on active duty away from their voting residence to request absentee ballots. | 6.86(1)(b) – Election Day |
| 3 | Deadline (5:00 p.m.) for sequestered jurors to apply for an absentee ballot for the General Election. | 6.86(1)(b) – Election Day |
| 3 | Deadline (5:00 p.m.) for hospitalized electors to file a registration form and/or apply for an absentee ballot by agent for the General Election. | 6.86 (3)(c) – Election Day |
| 3 | Deadline (8:00 p.m.) for all absentee ballots to be delivered to the polling place or central count location. | 6.87(6) – Election Day |
| 3 | Deadline (8:00 p.m.) for clerks of central count municipalities to post a statement in their offices and on the internet listing the number of absentee ballots issued and the number that have been returned | 7.52(1)(c) – No later than the closing hour of polls |
| 3 | Election inspectors complete the returns for all votes cast at the polling place. | 7.51(5)(a) – immediately after the polls close |
| 3 | Election inspectors report results of the General Election to proper clerks immediately after the votes are tabulated or counted. | 7.51(4)(b) – immediately after the votes are tabulated or counted |
| 3 | Election inspectors deliver all ballots, statements, tally sheets, voter lists, and envelopes to the municipal clerk. | 7.51(5)(a) – immediately after the polls close |
| 3 | Municipal clerks report the returns, by ward or reporting unit, to the county clerk no later than 2 hours after the votes are tabulated. | 7.51(4)(c) – no later than 2 hours after the votes are tabulated |
| 3 | County clerks post all election returns, by ward or reporting until on the county website no later than 2 hours after receiving the returns. | 7.60(1) – no later than 2 hours after receiving the returns |
| 3 | Municipal clerks post a statement of the number of electors who have cast a provisional ballot at the clerk's office and the internet. | 7.15(15) – as soon as possible after the polls close on election night |
| 3 | Municipal clerks enter Provisional Ballot Reporting Form (EL-123r) information into the WisVote Provisional Ballot Tracker. | 42 U.S.C. § 15482 – election night |

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 62 of 157   Document 117-72

| November 2020 | | Statute |
|---|---|---|
| 4 | Wisconsin Elections Commission staff selects reporting units and contests to be audited in 2020 voting equipment audit. | U.S.C. §301(a)(5), Wis. Stat. §7.08(6) – Following each general election, timeline set by Commission |
| 4 | Municipal clerks deliver tally sheets, inspectors' statements, ballots, and applicable envelopes and materials to county clerks by 4:00 p.m. | 7.51(5) – the day following the election |
| 5 | Deadline for Elections Commission staff to notify clerks of municipalities containing reporting units selected for 2020 voting equipment audit. | U.S.C. §301(a)(5), Wis. Stat. §7.08(6) – Following each general election, timeline set by Commission |
| 5 | Municipal clerks (in municipalities that canvass absentee ballots at an alternate location) deliver tally sheets, inspectors' statements, ballots, and applicable envelopes and materials to county clerks by 4:00 p.m. | 7.51(5), 7.52 – the 2nd day following the election |
| 6 | Deadline (4:00 p.m.) for electors who voted provisionally to provide missing information to the municipal clerk. | 6.97(3) – the Friday after the election |
| 6 | First day for selected municipalities to conduct 2020 voting equipment audit. | U.S.C. §301(a)(5), Wis. Stat. §7.08(6) – Following each general election, timeline set by Commission |
| 9 | Deadline (9:00 a.m.) for the Municipal Board of Canvassers to convene for the cavass of the General Election, if necessary. | 7.53(1)(a), 7.53(2)(d) – no later than 9:00 a.m. on the Monday after the election |
| 9 | Deadline (4:00 p.m.) for the Municipal Board of Canvassers to finish the canvass of the General Election. | 7.51(5)(b) – no later than 4:00 p.m. on the Monday after the election |
| 9 | Deadline for clerks in selected municipalities to submit extension request waiver, for cause, for 2020 voting equipment audit | U.S.C. §301(a)(5), Wis. Stat. §7.08(6) – Following each general election, timeline set by Commission |
| 9 | Certain materials and supplies from the 2020 Partisan Primary may be destroyed after this date if no election contest, recount, or litigation is pending. | 7.23(1)(k) – 90 days after the election |
| 9 | Deadline for municipal clerks to submit Election Day Registration (EDR) Postcard data for the Partisan Primary via WisVote. | 6.275(1)(f) – Within 90 days of each primary and election for national or state office |
| 10 | Deadline (9:00 a.m.) for the County Board of Canvassers to convene for the canvass of the General Election. | 7.60(3) – no later than 9:00 a.m. on the Tuesday after the election |
| 15 | Wisconsin Elections Commission sends Type A notice of the Spring Primary on February 16, 2021, as well as the Spring Election on April 6, 2021, to county clerks. | 10.01(1), (2)(a), 10.06(1)(a) – No later than November 15 |
| 17 | Last day for county clerks to deliver statement of county canvass of General Election for state and federal offices to Wisconsin Elections Commission. | 7.60(5) – 14 days after election |
| 24 | County clerks publish Type A notice of the Spring Primary and the Spring Election. | 10.01(2)(a), 10.06(2)(a) – 4th Tuesday in November |
| 24 | Municipal clerks publish Type A notice of the Spring Primary and the Spring Election. | 10.01(2)(a), 10.06(3)(a), (4)(a) – 4th Tuesday in November |
| 24 | Clerks may clear memory devices for their voting equipment from the General Election if the data has been transferred to another medium to be retained for 22 months. | 7.23(1)(g) – 21 days after an election |
| 25 | Deadline for completion of 2020 voting equipment audit in selected municipalities and submission of audit reports and associated materials to WEC. | U.S.C. §301(a)(5), Wis. Stat. §7.08(6) – Following each general election, timeline set by Commission |
| December 2020 | | Statute |
| 1 | Last day for chairperson of the Wisconsin Elections Commission to certify the results of the General Election. | 7.70(3)(a) – December 1 |

WEC 000165

| December 2020 | | Statute |
|---|---|---|
| 1 | First day for candidates to circulate nomination papers for the 2021 Spring Election. | 8.05(3)(a), (4)(b), 8.10(2)(a) – December 1 |
| 1 | First day for town or village governing body to set the date for caucus. | 8.05(1)(a) – Between December 1 and January 21 |
| 1 | Municipal clerks certify the approximate number of electors in municipality to county clerks. | 5.66(1) – 1st day of the 2nd month preceding a primary |
| 1 | Deadline for electors of a village to petition for a primary. | 8.11(1m)(c) – December 1 |
| 8 | Deadline for filing officer to receive referendum questions or petitions for referendum intended for the Spring Primary ballot. | 8.37 – 70 days prior to the election |
| 9 | Deadline for filing officer to file a copy of the referendum question intended for the Spring Primary with the county clerk. | 8.37 – next business day after receipt by filing officer |
| 14 | Presidential Electors convene (12:00 p.m.) at State Capitol to cast votes for President and Vice President | 7.75(1) – First Monday after the second Wednesday |
| 18 | Deadline for municipal clerk to submit voter participation, Inspectors' Statement data, and Election Reconciliation data for the General Election via WisVote. | 6.33(5)(a)(3) – 45 days to enter registrations. Reconciliation must be entered after registrations. Therefore, 45 days for reconciliation.  6.275 – within 30 days of each primary and election for a state or national office |
| *19 | Poll lists from the February 19, 2019 Spring Primary may be destroyed. | 7.23(1)(e) – 22 months after election |
| *25 | Deadline (5:00 p.m.) for incumbents not seeking reelection to file Notification of Noncandidacy (EL-163) with the filing officer. Failure to notify will extend nomination paper deadline 72 hours for that office. | 8.10(2)(a), 120.06(6)(b) – 2nd Friday preceding the deadline for nomination papers |
| January 2021 | | Statute |
| 1 | Last day for town or village governing body to set a date for caucus. | 8.05(1)(a) – between December 1 and January 1 |
| - | Municipal clerk publishes caucus notice. | 8.05(1)(b) – at least 5 days before the date of the caucus |
| 2 | First day for town or village governing body to hold caucus. | 8.05(1)(a) – between January 2 and January 21 |
| 5 | Deadline (5:00 p.m.) for candidates to file nomination papers, declarations of candidacy, and campaign registration statements for the Spring Election with the filing officer. | 8.05(3)(a), (4)(b), 8.10(2)(a), (5), 8.21– 1st Tuesday in January |
| 8 | Deadline (4:30 p.m.) for all judicial candidates to file Statement of Economic Interests with Wisconsin Ethics Commission. | 19.43(4) – 3rd day following the deadline for nomination papers |
| 8 | Last day for governing body of a city or village to decide upon a primary, or for electors of a city to petition for a primary, if not required by ordinance. | 8.11(1)(a), (c), (1m)(a) – 3rd day following the deadline for nomination papers |
| 8 | Deadline for filing officer to accept challenges to nomination papers. | 8.07, EL 2.07 – within 3 calendar days of the deadline to file nomination papers |
| - | Filing officer arranges to deliver a copy of the challenge to the challenged candidate. | EL 2.07 (2)(a) – within 24 hours of receipt of challenge |
| - | Deadline for challenged candidate to file a verified response with the filing officer. | EL 2.07(2)(b) – within 3 calendar days of the challenge being filed |

Election Administration Manual
for Wisconsin Municipal Clerks

WEC 000166

# CANDIDATES

## Summary

All candidates must meet certain qualification requirements and must also complete and file proper ballot access documents in order to gain a spot on the ballot. Municipal clerks serve as the filing officer for municipal offices. Therefore, the municipal clerk should keep detailed records of candidate filings and correspondence. Municipal offices are nonpartisan and are up for election on the first Tuesday in April. If a primary is required, the primary is held on the third Tuesday in February preceding the spring election.

## Qualifications for Office

All candidates must meet the residency requirements established for the office to which he or she is seeking election.

| | |
|---|---|
| 1. City Offices: | A qualified elector* of the city and residing in city at the time of election. Wis. Stat. § 62.09(2)(a). |
| 2. Aldermanic Offices: | A qualified elector* of the city and aldermanic district and residing in the district at the time of election. Wis. Stat. § 61.09(2)(a). |
| 3. Village Offices: | A qualified elector* of the village and residing in village at the time of election. Wis. Stat. § 61.19. |
| 4. Town Offices: | A qualified elector* of the town at the time of taking office, except an assessor who is appointed under Wis. Stats. §§ 60.307, 60.30(2). |
| 5. School Offices | A qualified elector* of the school district at the time of filing a Declaration of Candidacy (EL-162). If representing an apportioned area, also a resident of that area at the time of taking office. Wis. Stat. § 120.06(2), (6)(b) 2. |

*A qualified elector is defined in Wis. Stat. § 6.02, as a U.S. citizen, 18 years of age or older, who has resided in the election district for at least 28 consecutive

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 65 of 157   Document 117-72

days before an election at which he or she offers to vote and who is not disqualified by virtue of one or more of the impediments described in Wis. Stat. § 6.03.

**Note**: No person may hold any state or local elected office in Wisconsin if the person has been convicted of a felony in any court in the United States unless the person has been pardoned of the conviction. Additionally, no person may have his or her name placed on the ballot for any state or local elective office in Wisconsin if the person has been convicted of a felony in any court in the United States unless the person has been pardoned of the conviction (Wis. Const. Art. XIII, § 3(3)). Any person who falsely signs this statement could be convicted of a violation of Wis. Stat. § 12.13(3)(a), (am).

## Ballot Access Procedure

All candidates, regardless of office sought, must complete ballot access documents. Most candidates are nominated for office through the filing of nomination papers. However, some towns and villages use the caucus procedure to nominate candidates for town or village office. All candidates, regardless of the nomination procedure used, must file two documents:

1. Campaign Finance Registration Statement (CF-1). Wis. Stat. § 11.0102(1).

2. Declaration of Candidacy (EL-162). Wis. Stat. § 8.21, Art. XIII, Sec. 3, Wis. Const.

If a candidate fails to file one or both of these forms with the municipal clerk by the deadline for filing nomination papers or by 5:00 p.m. on the fifth day after a candidate receives notification of nomination at a caucus, the clerk cannot place the candidate's name on the ballot. Wis. Stat. § 8.05 (l)(j). If the fifth day falls on a Sunday or holiday, the deadline is extended to the next business day. Municipal judge candidates also need to submit a *Statement of Economic Interests* to the Wisconsin Ethics Commission in order to meet ballot access requirements. Ballot Access Checklists (ELIS-6, ELIS-7, ELIS-8) for municipal candidates indicate this requirement and the appropriate filing deadline. Forms and instructions are available from the Wisconsin Ethics Commission's website (http://ethics.wi.gov) or by contacting the Wisconsin Ethics Commission at (608) 266-8123.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 66 of 157   Document 117-72

Additionally, some municipalities may have an ethics ordinance under Wis. Stat. § 19.59(3)(b), requiring a *Statement of Economic Interests* to be filed with the local filing officer in order to achieve ballot status. If you are unsure whether your municipality has an ethics statement requirement, you should check with your municipal attorney. If the statement is not filed by the deadline, the candidate's name will not appear on the ballot.

Clerks should make "candidate packets" available for all prospective municipal candidates. All ballot access forms and checklists are available on the respective Wisconsin Elections Commission and Wisconsin Ethics Commission websites. Candidate packets should include the following forms:

1. Campaign Finance Registration Statement (CF-1).

2. Declaration of Candidacy (EL-162).

3. Nomination Paper for Nonpartisan Office (EL-169), if required.

4. Appropriate Ballot Access and Campaign Finance Checklists (ELIS-6, ELIS-7, ELIS-8).

Wis. Stats. §§ 8.1, 8.21.

*Campaign Finance Registration Statement (CF-1)*

For information about the Campaign Finance Registration Statement, please contact the Wisconsin Ethics Commission.

*Declaration of Candidacy (EL-162)*

The Declaration of Candidacy (EL-162) may be filed at any time, but not later than the deadline for filing nomination papers or not later than 5:00 p.m. on the fifth day after receipt of notification of nomination at a caucus. A person who has been convicted of a felony cannot run for or hold public office unless he or she has been pardoned of the offense. The Declaration of Candidacy (EL-162) contains a certification that the candidate meets this requirement. Wis. Stat. § 8.21.

**NOTE**: School District Candidates use the EL-162sd.

WEC 000169

The following information is required:

1. The candidate's name.

2. The proper title of the office the candidate is seeking, including any applicable seat, branch or district number.

3. Party affiliation does not apply for municipal (nonpartisan) elections.

4. The candidate's residential address, including number and street and municipality for voting.

5. The candidate's name in the form that the candidate wishes the name to appear on the ballot.

6. The form must be notarized or signed by a person authorized to administer oaths.

*Nomination Paper Procedure*

All cities and some villages and towns use the nomination paper process.

1. Nomination Papers for Nonpartisan Office (EL-169) containing sufficient signatures for the office sought must be filed, along with the Campaign Registration Statement (CF-1) and Declaration of Candidacy (EL-162), not later than 5:00 p.m. on the first Tuesday in January for the Spring Election. If the first Tuesday in January is a holiday, the deadline is the next business day. Wis. Stat. § 8.10(2)(a).

Nomination papers may not be circulated before December 1st in the year preceding the Spring Election. Wis. Stat. § 8.10(2)(a).

2. Upon receipt of completed nomination papers, the municipal clerk should immediately review the filed papers to determine sufficiency. Nomination papers must be filled out correctly. In order to be sufficient, the following information is required for each section. Wis. Stat. § 8.10(2)(b).

    a. Review the Candidate Information (top of form). All information concerning the candidate must be completed in full <u>before</u> circulating this form to obtain signatures of electors, including:

    i.   Name of the Candidate as it will appear on the ballot

    ii.   Candidate's residential (physical) address (number and street and municipality for voting). *If the mailing address is the same as the residential address except for the municipality, the municipality used for mailing must also be provided.*

    iii.  Candidate's mailing address if different from residential address

    iv.  Date of Election

    v.   Title of Office (must be listed <u>along with any branch, district, or seat number</u> that clearly identifies the office the candidate is seeking i.e., Town Board Supervisor number, if applicable; aldermanic district number if not an at-large seat)

    vi.  Name of jurisdiction or district in which candidate seeks office. (Town of Smith, Village of Jones, City of Green, Aldermanic District 1)

b. Review the Signatures of Electors section. Each row should contain the following:
    i.   Signature of elector (need not be legible)
    ii.   Printed name (must be legible)
    iii.  Address including street number and name
    iv.  Municipality for voting
    v.   Complete date of signing (Date must be between the first day to circulate and the nomination paper filing deadline.)

c. A nomination paper circulator must be a qualified elector of Wisconsin or, if not a resident of Wisconsin, a U.S. citizen, age 18 or older who would be eligible to vote in Wisconsin if he or she were a resident.

Review the Certification of Circulator for the following:
    i.   Name of Circulator
    ii.   Address of Circulator (number, street and municipality for voting)
    iii.  Signature of Circulator (need not be legible)
    iv.  Date of certification (Date must be on or after the latest date of a signer.)

WEC 000171

3. The number of signatures required depends on the office sought. The Ballot Access Checklist for Municipal Candidates (ELIS-7), which includes the number of signatures required for municipal office, should be included in the candidate packet. Wis. Stat. § 8.10(3)(a).

    a. 1st Class Cities
       Citywide offices                  1,500 – 3,000
       Alderperson                      200 – 400

    b. 2nd and 3rd Class Cities
       Citywide offices                  200 – 400
       Alderperson Elected At-Large     100 – 200
       Alderperson Elected by Alder District  20 – 40

    c. 4th Class Cities
       Citywide offices                  50 – 100
       Alderperson                      20 – 40

    d. Village and town offices           20 – 100

    e. School Districts (if nomination papers are used)
       Board of school directors        400 – 800
       1st Class Cities

       School Board Member          100 – 200
       territory within a 2nd class city

       School Board Member          20 – 100
       no territory with a 1st or 2nd class city

4. The municipal clerk should issue a receipt to the candidate or candidate's agent when nomination papers are filed. A sample Nomination Paper Receipt (EL-151) is available on the agency website.

*Nomination by Caucus Procedure*

The specific procedure for nomination by caucus is detailed in the publication, Procedures for Nomination of Candidate by Caucus, which is available on the agency website.

1. Only towns and villages may use the nomination by caucus procedure to determine the candidates for town or village office. Nomination by caucus

WEC 000172

is used in lieu of nomination papers and replaces the nonpartisan primary. Wis. Stat. § 8.05 (1).

At the caucus, nominations for town or village office are taken from the qualified electors present, either by acclamation (voice vote) or by ballot. If necessary, the number of nominees will be reduced, to no more than twice the number of positions to be filled, by a vote of the qualified electors present.

2. The town or village board must decide the date of the caucus between December 1 and January 1. The date of the caucus must be set between January 2 and January 21. Where possible, preference should be given to having the caucus on January 21. The caucus does not have to be on a Tuesday. Wis. Stat. § 8.05 (1)(a).

3. In addition to being nominated at the caucus, candidates must file the Campaign Registration Statement (CF-1) and the Declaration of Candidacy (EL-162), not later than 5:00 p.m. on the fifth day after receipt of notification of nomination at the caucus. (If the fifth day falls on a Sunday or holiday, the deadline is extended to the next business day.) Wis. Stat. § 8.05 (1)(b).

4. Notification of nomination by caucus can be sent by certified mail or personally delivered. If personally delivered, the candidate should sign a receipt indicating that notification was received. Sample Notice of Nomination at Caucus and Receipt of Notice of Nomination are included in the Procedures for Nomination of Candidate by Caucus manual, which is available on the agency website. Wis. Stat. § 8.05 (1)(j).

## Write-In Candidates

A candidate who wishes to run as a write-in is required to file a Campaign Finance Registration Statement (CF-1) before collecting or spending any money on the campaign no later than 12:00 p.m. on the Friday preceding the election. If the candidate has already filed an CF-1 with the filing officer and subsequently decides to run as a write-in, Commission staff recommend the candidate submit a short-written statement to the filing officer reflecting their intent to run as a write-in. In some cases, votes cast for write-in candidates who do not file a campaign registration statement may not be counted. Please see the "Ballots" section of this manual. Wis. Stat. § 7.50(2)(em).

## Notification of Noncandidacy

An incumbent officeholder who does not intend to run again for the position he or she currently holds should file a Notification of Noncandidacy (EL-163). This alerts the public and potential candidates that the incumbent does not intend to run for re-election. Wis. Stats. §§ 8.05(1)(j). ), 8.10(2)(a), 8.15(1), 8.20(8)(a), 120.06(6)(b).

During November before the spring election, the filing officer should remind each incumbent to file a Notification of Noncandidacy (EL-163) if they do not intend to seek re-election to the office they currently hold. The Notification of Noncandidacy (EL-163) is used in municipalities using nomination papers.

Incumbents who have filed a Notification of Noncandidacy by the deadline retain the option of filing nomination papers for ballot access or running as a write-in candidate for the office.

**Note**: Filing of the Notification of Noncandidacy (EL-163) has no effect when candidates are nominated by the caucus procedure.

*Filing Deadlines*

1. The Notification of Noncandidacy (EL-163) is due the second Friday before the deadline for filing nomination papers.

2. If an incumbent candidate fails to file a Notification of Noncandidacy (EL-163) on time, and does not file the appropriate documents to qualify for the ballot on time:

   a. The deadline for filing ballot access documents is extended 72 hours for that office.

   b. This means that anyone, except the incumbent, can file the required ballot access documents and sufficient nomination papers within the extension period and qualify for placement on the ballot.


## Filing Officers & Recordkeeping

Municipal and School District clerks serve as the filing officers for the following elected offices. Wis. Stat. § 8.10(6):

WEC 000174

| 1. City Clerk: | Mayor, City Clerk, Treasurer, Alderperson, any other elected city offices. |
|---|---|
| 2. Village Clerk: | Village President, Trustee, Clerk, Treasurer, Municipal Judge, any other elected village offices. |
| 3. Town Clerk: | Chairperson, Supervisor, Clerk, Treasurer, Assessor, Constable, Municipal Judge. |
| 4. School District Clerk | School Board Member |

**Note**: Multi-jurisdictional municipal judges file with the county clerk of the largest portion of the jurisdiction served by the judge.

**Note**: The Milwaukee City Board of Election Commissioners serves as the filing officer for all City of Milwaukee offices, including school board.

The municipal clerk is responsible for receiving and retaining forms associated with candidates. The clerk shall create a separate file for each candidate. The following forms should be maintained in the candidate's file and kept for the applicable retention period:

1. Campaign Finance Registration Statement (CF-1)

2. Declaration of Candidacy (EL-162)

3. Nomination Paper for Nonpartisan Office (EL-169), if applicable

4. Nomination Paper receipts, if applicable

5. Receipt for Caucus Notification (Certified Mail or In-Person), if applicable

6. Campaign Finance Report (EL-2L), if required

7. Correspondence

A retention schedule entitled "Destruction of Election Materials" can be found in the *Other Materials* section of this manual.

WEC 000175

## Frequently Asked Questions

*1. Are incumbents required to file ballot access documents?*

Yes. All candidates including incumbents are required to file the appropriate ballot access documents for each election for which he or she is seeking office.

*2. It is not December 1st yet and a prospective candidate wants me to give him a Campaign Finance Registration Statement (CF-1). May I give it to him?*

Yes, absolutely. As soon as a person decides to be a candidate, he or she is *required* to register. Therefore, candidate packets, which include the Campaign Finance Registration Statement (CF-1), should be available for candidates at all times.

*3. It is not December 1st yet and a prospective candidate wants me to give him nomination paper form (EL-169). May I give it to him?*

Yes. A nomination paper form may be given to a prospective candidate at any time. The EL-169 should be included in the candidate packet.

*4. What if a candidate is campaigning before the Campaign Finance Registration Statement (CF-1) is filed?*

Failure of the candidate to file a Campaign Finance Registration Statement (CF-1) if they are collecting or spending money toward the campaign is a violation of campaign finance law, and should be reported to the Wisconsin Ethics Commission.

However, failure to file a Campaign Finance Registration Statement (CF-1) does not affect the candidate's ballot access as long as the Campaign Registration Statement (ETHCF-1) is filed by the filing deadline.

*5. What happens if no candidates qualify for ballot placement?*

If no candidates properly complete and file ballot access documents in the time frame allotted, the ballot will contain only a space for a write-in candidate. (See <u>Procedures for Nomination of Candidates by Caucus</u> for information on this topic with respect to the caucus nomination procedure.)

WEC 000176

*6. What should I do if I believe that an individual filing ballot access documents is a convicted felon?*

If it is brought to the filing officer's attention that a convicted felon has filed ballot access documents, the matter needs to be resolved in consultation with the municipal attorney. It is the position of the Wisconsin Elections Commission that the municipality should only act on information presented in the form of a sworn complaint, alleging that a candidate has been convicted of a felony and evidence is provided in support of that allegation. The municipal attorney can assist the filing officer in verifying the basis of the complaint.

Once it has been determined that a candidate or an elected official has been convicted of a felony, the municipal attorney can assist the filing officer in removing the person's name from the ballot or take appropriate steps to have the person removed from office. A formal notice should be sent to the candidate or elected official informing him or her of the filing officer's decision to remove his or her name from the ballot.

*7. Should I, as clerk, check to make sure that no elected official or candidate has been convicted of a felony?*

No. The municipal clerk is not required to verify that every elected official or candidate for elected public office has not been convicted of a felony for which they have not been pardoned. The clerk should rely on the sworn statement of the candidate on the Declaration of Candidacy. No action should be taken unless there is evidence in the form of a sworn complaint as described above.

*8. What if our office is closed the first Tuesday in January for a holiday?*

The deadline for filing ballot access documents is extended to the next business day.

WEC 000178

# NOTICES

## Summary

County, municipal, and school district clerks are responsible for publishing five basic election notices:

1. Type A – Notice of Election

2. Type B – Sample Ballot and Voting Instruction Notice

3. Type C – Notice of Referendum

4. Type D – Polling Place Location and Hours Notice

5. Type E – Absentee Voting Notice

Sample election notices can be found on the agency website. These samples may require modification for your municipality based on offices up for election and voting equipment used in your municipality.

Additionally, Wisconsin law requires that meetings of all state and local governmental bodies, including governmental subunits, shall be publicly noticed, held in places reasonably accessible to members of the public, and shall be open to all citizens at all times unless otherwise expressly provided by law. Election-related meetings such as Board of Canvassers, voting equipment testing, post-election audits, etc., fall under this requirement, and the municipal clerk must properly notice such meetings. If you have specific questions about requirements for open meetings notice, please consult with your municipal attorney.

Wis. Stats. §§ 8.50, 8.55, 10.01, 10.02, 10.04, 10.06, 19.84, 120.06.

## Type A – Notice of Election

The purpose of this notice is to inform the public and potential candidates of the offices to be elected and inform voters of the upcoming election. This notice must include the following information:

1. Date of the election

2. Offices to be elected

3. Name(s) of the current incumbent(s)

4. Length of the term(s) and expiration date(s)

5. Beginning date for circulating nomination papers, if applicable

6. Deadline for filing nomination papers, if applicable

7. Proper location to file nomination papers, if applicable

8. Scheduling of caucus, if applicable

9. Statement on where to find district boundary information

For an election at which a referendum is to be held, the Type A Notice must include the following information:

1. Date of the election

2. Text of the referendum question

3. Statement on where to obtain a copy of the resolution directing submission of the question to the voters

Wis. Stat. § 10.01(2)(a).

*Publishing*

1. Spring elections:

    County clerks publish the Type A notice for federal (if required), state and county elections on the 4th Tuesday in November before the spring election.

    Municipal clerks publish one Type A notice for municipal offices on the fourth Tuesday in November before a spring municipal election.

    If there will be any municipal referenda to be voted on at the spring primary or election, municipal clerks publish a Type A Notice of

WEC 000180

Referendum on the fourth Tuesday before the spring primary or election at which the referendum will appear.

2. Fall elections: County clerks publish the Type A notice for federal, state and county elections on the 2nd Tuesday in April preceding the general election.

   If there are statewide constitutional amendments or county referenda on the ballot, the county clerk shall publish a Type A Notice of Referendum on the fourth Tuesday preceding the partisan primary and general election at which the referendum will appear.

   If there are municipal referenda on the ballot, the municipal clerk shall publish a Type A Notice of Referendum on the fourth Tuesday preceding the partisan primary or general election at which it will appear.

3. Special municipal primary or election: Municipal clerks must publish the Type A notice at least 40 days preceding a primary and election for municipal office.

4. Special municipal referendum election: Municipal clerks must publish the Type A notice on the fourth Tuesday preceding the election.

Wis. Stat. § 10.06(2), (3).

## Type B – Sample Ballots and Voting Instructions

The purpose of this notice is to inform voters of the ballot type and the candidates for which they will vote, as well as provide voting instructions. This notice must include the following information:

1. Applicable voting instructions for each type of voting system used

2. A copy of each type of ballot to be voted on

*Layout and Format*

1. The headline or caption, the introductory paragraph and the voting instructions shall be printed once at the beginning of the Type B Notice, followed by a sample of each ballot to be used at the election.

2. The sample ballots shall follow the voting instructions:

    a. The size and style of type and the general display of the sample ballots shall conform substantially to sample ballots provided by the Wisconsin Elections Commission. However, the ballot size may be reduced for publication in the notice.

    b. State law requires that all sample ballots must be printed on paper of a different color than the official ballots, may not be white, and must be overprinted with the word "SAMPLE".

    c. Touch screen sample ballots shall show a reduced diagram of the first screen of the touch screen voting machine and instructions to electors on how to vote on the machine.

Wis. Stat. § 10.01(2)(b).

*Publishing*

1. Spring elections: Municipal clerks publish the Type B notice for municipal offices and referenda on the Monday before the spring election. Wis. Stats. § 10.06(3).

    If there is a municipal primary, municipal clerks also publish a Type B notice on the Monday before the primary.

2. Fall elections: County clerks publish the Type B notice for state and county elections and referenda on the Monday before the partisan primary and before the general election. Wis. Stat. § 10.06(2).

    If there are municipal referenda on the ballot, municipal clerks publish a Type B notice of referendum on the Monday before the election.

3. Special municipal election or referendum elections: Municipal clerks must publish a Type B notice on the day before the special municipal election, primary, or special municipal referendum.

Wis. Stat. § 10.06(2), (3).

## Type C – Notice of Referendum

The purpose of this notice is to inform voters of a referendum question that will appear on the ballot and provide an explanation of the effect of the referendum question. This notice must include the following information:

1. Date of the election

2. Entire text of the proposed enactment

3. Question as it will appear on the ballot

4. An explanatory statement describing the effect of a "yes" or "no" vote

Wis. Stat. § 10.01(2)(c).

*Publishing*

1. Spring elections: If there are municipal referenda, municipal clerks publish a Type C notice on the Monday before the spring election.

   If there is a municipal primary where referenda are voted on at the primary, municipal clerks publish a Type C notice on the Monday before the primary.

2. Fall elections: County clerks publish Type C notices for county and state referenda on the Monday before the partisan primary and general election. Wis. Stat.

3. If there are municipal referenda on the ballot, municipal clerks publish a Type C notice on the Monday before the election.

4. Special municipal election or referendum elections: Municipal clerks must publish a Type C notice on the day before a special municipal referendum.

Wis. Stat. § 10.06(2), (3).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 81 of 157   Document 117-72

## Type D – Hours and Location of Polling Places

The purpose of this notice is to inform voters of the correct polling location and the hours during which they may cast a vote.  This notice must include:

1. Location of polling places

2. Wards served by each polling place

3. Hours of polling (7:00 a.m. to 8:00 p.m.)

4. A statement about the accessibility for elderly voters and voters with disabilities for each polling place

5. Public notice of the meeting of the local board of canvassers and the municipal board of canvassers, if required.

NOTE:  For meetings of the local board of canvassers, the notice requirement may be met by adding a sentence to each Type D Notice indicating that immediately after the polls close, the election inspectors at each polling place will convene as the local canvassing board for the purpose of conducting local canvass pursuant to Wis. Stat. § 7.51.

When a municipal board of canvassers meets on Election Night in a municipality with only one polling place, the Type D notice should also indicate that, after or jointly with the meeting of the local canvassing board, the election inspectors will convene as the municipal canvassing board for the purpose of conducting the municipal canvass pursuant to Wis. Stat. § 7.53(1).

For more information and sample language, please see the October 24, 2014 clerk memo, "Canvass Boards and Open Meeting Requirements – Change in Type D Notice Required."

Wis. Stat. § 10.01(2)(d).

*Publishing*

1. Spring elections: Municipal clerks publish the Type D notice on the Monday before the spring primary and election.

WEC 000184

2. Fall elections: Municipal clerks publish the Type D notice on the Monday before the partisan primary and general election.

3. Special election or referendum elections: Municipal clerk must publish a Type D notice on the day before any special primary or election for national, state, county or municipal office, or special county or municipal referendum.

Wis. Stat. § 10.06(3).

## Type E Notice – Absentee Voting

The purpose of this notice is to inform voters of the process and deadlines for obtaining and casting an absentee ballot. This notice must include:

1. Qualifications for voting absentee

2. Procedures for obtaining an absentee ballot from the municipal clerk

3. Applicable deadlines for requesting and returning an absentee ballot

4. Any alternate site for absentee voting established under Wis. Stat. § 6.855

5. Office hours during which an elector may cast an absentee ballot at the clerk's office or an alternate site

   In-person absentee voting may begin when ballots are available and may not include the Monday before an election. The Type E Notice shall specify the hours that the municipal clerk will be available to conduct in-person absentee voting. The hours may be the same each day or vary from day to day. The municipal clerk may conduct absentee voting outside of the hours listed in the Type E Notice. In-person absentee voting which begins before the notice is posted should be publicized in some manner, such as posting on the municipal website, on the clerk's office door or via press release. If in-person voting will be "by appointment," the Type E Notice must specify when the clerk will be available for appointments.

Wis. Stat. § 10.01(2)(e).

WEC 000185

*Publishing*

1. Spring elections: Municipal clerks publish the Type E notice on the fourth Tuesday before the spring primary or election.

2. Fall elections: Municipal clerks publish the Type E notice on the fourth Tuesday before the partisan primary and general election.

3. Special primary, election or referendum elections:

    a. Municipal clerks publish the Type E notice on the fourth Tuesday before any special <u>primary</u> for national, state, county, or municipal office.

    b. Municipal clerks publish the Type E notice on the third Tuesday before any special <u>election</u> for national, state, county or municipal office which is not held concurrently with the spring or general election.

Wis. Stat. § 10.06(3).

WEC 000186

## Summary of Publishing Dates

| | Spring Elections | Fall Elections | Special municipal primaries, elections, or referenda | Special primary, election, or referenda for national, state, or county |
|---|---|---|---|---|
| Type A | For spring municipal elections: 4th Tuesday in November before the election | Published by County Clerk | For municipal offices: 40 days before the primary or election | Published by County Clerk |
| Type A: Notice of Referendum Election | If referenda voted on for spring primary or election: 4th Tuesday before spring primary or election | Only if municipal referendum on ballot: 4th Tuesday before the partisan primary or general election | For special municipal referendum: 4th Tuesday before referendum election | Published by County Clerk |
| Type B | For spring primary or election: Monday before primary or election | Only if municipal referendum on ballot: Monday before the election | Day before the election | Published by County Clerk |
| Type C | If municipal referendum on ballot: Monday before the election | Only if municipal referendum on ballot: Monday before the election | Day before the election | Published by County Clerk |
| Type D | Monday before the election | Monday before the election | Day before the election | Day before the election |
| Type E | For spring primary or election: 4th Tuesday before the election | 4th Tuesday before partisan primary and general election | Primary: 4th Tuesday before / Election: 3rd Tuesday before / Referendum: 4th Tuesday before | Primary: 4th Tuesday before / Election: 3rd Tuesday before / Referendum: 4th Tuesday before |

## Procedures

*Using Weekly Newspaper*

If a weekly newspaper that is not published on Monday is used for publication, the notices required to be published the day before the election must appear in the issue that is published during the week preceding the election. Notices may be published on a Saturday or Sunday if the clerk determines that this method provides more effective notice to the public.

*Combined Publications and Prorated Costs*

County, municipal, and school district clerks may combine election notices where the notices contain identical information and when the levels of government share the same official newspaper. This practice reduces costs and avoids duplication. The costs for these combined notices can be prorated with the county paying for the portion of the notice covering federal, state, and county offices and municipalities and school districts paying for the portion that covers their respective local offices.

Wis. Stat. § 10.04.

*Posting in Lieu of Publication*

Towns and villages may post election notices in lieu of publication where there is no newspaper published within the municipality. Please note that any notices that are posted physically should be in 18-point font or larger.

1. This is done by action of the governing body and, if it changes the former manner of notices, a notice must be given of the change before it can take place.

2. The same manner of notification must be used for all notices pertaining to an election.

3. Posting must be done in at least three conspicuous locations within the municipality, or in one location within the municipality and on the municipality's website.

4. For notices required to be published within one week of the primary or election (Types B, C, and D), posting must be done at least one week before the election. For all other notices (Type A and E), posting must be done no later than the required publication dates.

5. Posting may also be done to supplement publication.

Wis. Stat. § 10.05.

## Frequently Asked Questions

1. *When can jurisdictions combine their notices to save on printing costs?*

   Jurisdictions may combine their notices if the information on the notice is identical and when the levels of government share the same official newspaper. For example, only one Type B notice with sample ballots for each type of equipment, along with a list of candidates, districts and seats to be voted on in each municipality, needs to be published.

2. *Who writes the explanatory statements for referendum questions?*

   For statewide referenda, the explanatory statement is prepared by the Attorney General. For county questions, the statement is prepared by the county's corporation counsel, and for municipal or school district referenda, the statement is prepared by the attorney representing the jurisdiction.

3. *What should a municipal clerk do if they miss a publication date for a notice or their newspaper of record makes an error?*

   Clerks should attempt to fix any errors as soon as possible through an amended notice. If a periodic newspaper makes an error, it may not be possible to submit a timely correction. In this situation, municipal clerks should post the notice on their website, in their office, and anywhere else that may provide voters with needed information.

WEC 000189

WEC 000190

# BALLOTS

## Summary

County, municipal and school district clerks are responsible for preparing the ballots to be used in their respective elections. County clerks are also responsible for preparing ballots for federal and state offices and for the office of multi-jurisdiction municipal judge.

Where electronic voting equipment such as optical scan or direct recording electronic (DRE) is used, and federal and/or state and county offices are up for election as well as municipal and school district offices, the county clerk often prepares the ballots for municipal and school district offices. In these municipalities, municipal clerks are responsible for ensuring that sufficient paper ballots are available in case of equipment malfunctions, for absentee ballot requests, assisted electors, and for any other elector who may request a paper ballot on Election Day.

## Procedures

*Certifying the Number of Electors*

Municipal clerks are required to certify to the county clerk, the approximate number of electors in their municipality no later than the first day of the second month before a primary. This number is used by the county clerk to determine the number of ballots to print for the election. Wis. Stat. § 5.66(1).

*Determining Ballot Order of Candidate Names*

1. The order that candidates' names will appear on the ballot is determined by drawing of lots or some other random determination (for example: drawing numbers or names out of a hat or flipping a coin if there are only two candidates).

2. For a spring election, drawing of lots is held not later than seven days after the deadline for filing nomination papers. Wis. Stats. §§ 5.58

   a. The drawing is done at this time for those offices requiring a primary and also for the election ballot for those offices where a primary is not required.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 89 of 157   Document 117-72

    b. Following the primary for any office, the names are redrawn for that office to determine the order of names on the election ballot. Wis. Stat. § 5.60(1)(b), (5), (6).

3. Where the caucus procedure is used for nominating candidates for municipal office, the drawing is held no later than the end of the third day following qualification of all candidates. Wis. Stat. § 8.05(1)(j)4.

4. For a fall election, the county clerk (for county offices) and Wisconsin Elections Commission (for federal and state offices) draw for ballot order for the primary ballot not later than seven days after the deadline for filing nomination papers. Names are placed on the general election ballot following party order as certified by the Wisconsin Elections Commission. Wis. Stat. §§ 5.60(1)(b), 5.62(3), (4).

5. When conducting the drawing of lots for placement of names on the ballot, the Wisconsin Elections Commission recommends that at least three people participate in the drawing, the policy used by the Commission.

    a. The three people are generally the clerk and two other people selected by the clerk.

    b. It is important that the drawing be properly witnessed and documented.

    c. The documentation should include the date of the drawing for ballot order, the ballot order drawn, the signature of the people who actually drew out the names, and the signatures of the two people who witnessed the drawing.

6. It is not necessary for candidates to be present at the drawing, but as a courtesy they may be invited to attend. If all candidates are present, they may draw for themselves.

7. Drawing of lots is not required to be done at a board meeting and should not be delayed for this reason.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 90 of 157   Document 117-72

*Certifying Candidate Names and Referenda to the County Clerk*

When the county clerk prepares the ballot:

1. Where electronic voting devices are used:

   a. The county clerk prepares the ballots for municipal and school district offices. Wis. Stats. §§ 7.10(1), (2); 7.15 (2)(c), (6).

   b. The municipal and school district clerks must certify any names of candidates and any referenda to the county clerk as soon as possible following the deadline for filing nomination papers or declarations of candidacy, but no later than the deadline for drawing for ballot order, using the EL-405, which may be found on the agency website. Wis. Stats. §§ 5.58(1b)(bm), (cm), (1c), (1g)(c), (2), (2m) 5.60(1)(ag), (b), (3)(b), (4)(c), (5)(ar), (6)(a).

2. Where a caucus is held, the names of candidates must be certified to the county clerk as soon as possible following the qualification of candidates, but no later than the 3rd day after qualification of candidates, using the EL-405, which may be found on the agency website. Wis. Stat. §8.05(1)(j)4.

3. After any primary, the names of candidates must again be certified to the county clerk as soon as possible after the canvass, but no later than the third day after completion of the municipal or school district canvass, using the EL-405, which may be found on the agency website. Wis. Stat. § 5.60(1)(b), (5), (6).

4. The cost of programming equipment and printing these ballots is prorated among the various levels of government participating in the election. Wis. Stat. § 5.68.

*Printing and Proofing Ballots*

Clerks should ensure that sufficient ballots are printed to avoid running out on Election Day. In municipalities that use direct recording electronic (DRE) equipment, the clerk must ensure that sufficient paper ballots are provided in case of equipment malfunction and to accommodate absentee ballot requests, assisted electors, and any other person who may request a paper ballot. Municipalities using DREs should also ensure that all machines have a full roll of paper and that there are paper rolls in reserve should they be needed. Each clerk responsible for

printing ballots must assure that his or her printer has the most current sample ballots. It may be helpful to provide a copy of this section of the training manual to your printer. Wis. Stat. § 7.08.

Clerks should carefully review and proofread each ballot proof before printing to assure that:

1. The ballot used is the current form

2. The ballot contains all and only the offices up for election

3. All office titles are correct, spelled correctly, and in the correct order

4. All candidates' names are spelled correctly and are in the correct order

5. The form of each candidate's name reflects the candidate's desire as indicated on the Declaration of Candidacy. Wis. § Stat. 8.21(3).

6. On optical scan ballots, the candidate names are justified so that the names are closest to the oval or arrow.

It is recommended that you also proof the final product as soon as you receive it from the printer so that any errors can be identified and corrected immediately.

*Delivery*

In order to ensure that absentee ballots are mailed to electors who have requested them in a timely fashion:

1. Ballots must be printed and delivered to the municipal clerk at least 22 days before a February spring primary, April spring election, or special primary or election. Wis. Stat. § 7.10(3)(a).

2. Ballots must be printed and delivered to the municipal clerk at least 48 days before a Partisan Primary and November General Election. A special Presidential Preference only ballot must also be delivered at least 48 days before the Presidential Preference Vote. Wis. Stat. § 7.10(3)(a).

## Ballot Format

Before preparing any ballots, the clerk must make sure that the most current ballot samples are used. Outdated ballot formats will not contain required statutory language and may not conform to ballot uniformity standards. The proper ballot formats are prescribed by the Wisconsin Elections Commission and may be accessed on the agency website. Wis. Stats. §§ 5.51, 7.08.

Ballot samples provided on the agency website contain virtually all offices that could appear on each ballot. It is important to note that only the offices that are up for election at any given election appear on the ballot. This means that ballot samples must be modified to eliminate any office from the ballot that is not up for election, or to add any offices that are up for election but may be missing from the sample ballot.

There are several basic requirements that apply to the preparation of all ballots, regardless of the type of election. These requirements are set out below:

*Size*

The size of your ballot will depend on how many offices are up for election and how many candidates there are for each office. There is no actual size requirement for a ballot, but all ballots must be of sufficient width and length to provide space for all required information to be clearly printed on them. At a partisan primary, when using hand-count paper ballots, the ballots for each separate party must be the same size. Wis. Stat. § 5.51(3), (6)

*Columns*

All ballot columns must be separated by lines at least one-eighth inch (1/8") width, except for ballots used with an electronic voting system. Wis. Stat. § 5.51(3).

*Type Face*

The type face used on all ballots must be an easy-to-read, sans-serif font. Arial is preferred. Except for certain headings, all print must be in mixed case. In no case shall the font size be smaller than 8 point. A sample of 8-point font is given below. Larger print should be used whenever possible (for example, this manual was written in 14-point font). Wis. Stat. § 5.51(1).

*Justification*

With certain exceptions, paragraphs, office titles, district, and "Vote for 1," must be left justified. Candidate names must be left justified if using "oval" ballots, and right justified if using "arrow" ballots. Wis. Stats. §§ 5.51, 7.08.

*Date*

The date of the election must appear on the face of the ballot beneath the title of the ballot. Wis. Stats. §§ 5.51, 7.08.

*Paper Weight*

Wisconsin statutes set out a standard for the weight of the paper used for hand-counted ballots. The standard is 35 pounds per ream for sheets that are 24 inches by 36 inches (24"x36"). Ballots will never be that large so the weight of the paper used must be proportioned accordingly to meet this standard. Alert your printer to this requirement to ensure that paper of the proper weight is used. Wis. Stats. § 5.51 (2).

*Color*

The law does not require ballots to be printed a specific color, but different colors can be used for each type of ballot to be used at an election. Wis. Stats. § 5.51(5).

1. The only legal requirements concerning the color of ballots are:

    a. Paper hand-count referendum ballots must be printed on paper of a color that is different from other ballots used at the election. Wis. Stats. § 5.51(5).

    b. At a partisan primary, paper hand-count ballots for each separate party must be printed on the same color paper and be the same size. Wis. Stats. §5.51(7)

    c. Sample ballots cannot be the same color as the official ballots and may not be white. Wis. Stats. §§ 5.51(7),5.66(2).

WEC 000196

2. Paper ballot color coding:

   a. Using different colors to distinguish one type of paper ballot from another (federal, state, county ballots, municipal ballots, school district ballots and referendum ballots) helps to ensure that the inspectors give one of each type of ballot to the voter.

   b. Color coding is particularly helpful when two reporting units share a single polling place.

   c. Color coding makes it easier for the voter to deposit his or her ballot in the proper ballot box and also makes separating and counting of ballots much easier for the election inspectors.

3. Color coding can also be used to distinguish between ballots if the municipality uses optical scan equipment.

   For example, ballots containing School District A offices and/or referenda could be a different color than the ballots containing School District B offices and/or referenda.

4. Using different color-coded ballots requires coordination among county, municipal, and school district clerks to ensure that the ballot prepared by each clerk is of a different color.

5. Within WisVote, each ballot style can be given its own specific name, which appears next to the voter's name on the poll list.

   a. For example, a ballot style for a certain school district can be named "green" to match the color of the ballot for that school district.

   b. This helps election workers to quickly identify which type of ballot to give to the voter.

*Write-in Lines and Boxes, Ovals or Arrows*

1. The ballot must contain a number of write-in lines equal to the number of candidates to be elected for each office. This is true for both primaries and elections.

2. For paper ballots:

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 95 of 157   Document 117-72

    a. *Do not* include a box, square, arrow or oval on the write-in line.

    b. The voter is not required to place an X or any other mark on the ballot when voting for a write-in candidate. The voter needs only to write the name of the write-in candidate.

Wis. Stat. § 7.50(2)(d).

3. For optical scan ballots:

    a. An oval or arrow *is* required to appear next to each write-in line.

    b. A completed arrow or filled-in oval next to a write-in line signals the tabulating equipment to deflect the ballot into the write-in compartment.

        i. The voter is not required to complete the arrow or fill in the oval when writing in a name in order to have the vote counted.

        ii. After the polls close, inspectors must page through the optical scan ballots that have not been deflected to the write-in compartment to locate and count any write-in votes.

        iii. Please see *Counting Write-in Votes* in the "Ballots" section of the Election Day Manual for more information.

Wis. Stat. § 7.50(2)(d).

*Ballot Endorsement*

Every ballot must have an endorsement. Endorsement language is prescribed by the Wisconsin Elections Commission on the Reverse Side of Official Ballots (EL-229), which is available on the agency website. Wis. Stat. §§ 5.55, 7.08(1)(a).

1. The endorsement contains:

    a. The title and date of the election

    b. The municipality and wards applicable to the ballot: If all reporting units use the same ballot style, all reporting units may be printed on the ballot rather than printing separate ballots for each reporting unit.

The clerk and inspectors must remember to mark the appropriate ward or reporting unit before issuing a ballot to a voter. A rubber stamp may also be used to apply ward numbers to the endorsement.

   c. Spaces for the official(s) issuing the ballot to initial before giving a ballot to a voter

      i. A space for two inspectors to initial before issuing a ballot on election day. Wis. Stats. §§ 5.54, 6.90(2)(d).

      ii. A space for the municipal or deputy clerk to initial when issuing an absentee ballot. Wis. Stat. §§ 5.54, 6.87(1).

      iii. A space for both SVDs to initial when conducting absentee voting in care facilities or retirement homes. Wis. Stats. §§ 6.875(4), 7.08(1)(a).

   d. A certification to be signed by a person who may assist a voter in marking the ballot. Wis. Stats. §§ 6.82(2), 7.08(1)(a).

   e. A "For Official Use Only" area where inspectors record remaking an optical scan ballot.

2. For paper ballots, the endorsement appears on the reverse side of the ballot.

3. For optical scan ballots, an endorsement section containing the Reverse Side of Official Ballots (EL-229) language, including the "For Official Use Only" section, may appear on the back of the ballot or at the bottom of any column.

*Appearance of Candidates' Names*

1. All candidates' names must be printed in the same font size, style and color. Wis. Stat. § 5.51(6).

2. The candidate indicates on the Declaration of Candidacy (EL-162) how he or she wishes his or her name to appear on the ballot. Wis. Stat. § 8.21(3).

   a. No abbreviations, titles, quotation marks or parenthesis are permitted. A candidate may use their last name and first name or initial(s). A

middle name or initial or a former legal surname may also be used. Wis. Stat. § 8.10(2)(b).

b. A nickname may be used in place of or in addition to the first name. The Wisconsin Elections Commission has determined that, absent any evidence of an attempt to manipulate the electoral process, candidates are permitted to choose any form of their name, including nicknames, by which they want to appear on the ballot. Wis. Stat. § 8.10(2)(b).

c. The Wisconsin Elections Commission advises the clerk to consult with the municipal attorney or corporation counsel before making a final decision to allow or not allow the use of the nickname.

## The Federal Write-in Absentee Ballot for Military and Overseas Electors

Citizens living overseas on a permanent or temporary basis and military voters often have difficulty receiving and returning ballots quickly. The Federal Voting Assistance Program (FVAP) has a write-in absentee ballot available on their website (http://fvap.gov) for overseas and military electors to complete if they are unable to submit an official ballot. Wis. Stat. § 6.25.

1. The Federal Write-In Absentee Ballot must be accompanied by a completed Declaration/Affirmation which must also include the signature of the elector and the signature and address of an adult witness in order to be counted.

2. The completed and signed Declaration/Affirmation that accompanies the FWAB is also a valid absentee application for a military elector. However, if submitted by an overseas elector, the elector must have submitted a separate absentee request that is received no later than the 5th day before the election in order to count the FWAB.

For further information, please see the "Electors" section of this manual.

**Note**: Permanent overseas voters may only vote in federal elections and will only receive a ballot for federal offices. Temporary overseas and military voters can vote in all elections for all offices. Wis. Stat. § 6.24.

WEC 000200

## Referendum Ballots

1. For paper ballots:

   a. A separate ballot is required for referenda.

   b. Statewide and county referenda can be placed on the same ballot as long as the ballot clearly differentiates between the state and county referenda.

   c. A separate ballot must be prepared for municipal referenda.

   d. A separate ballot must be prepared for school district referenda.

2. For optical scan or consolidated ballots:

   a. There must be a separate REFERENDUM section on the ballot.

   b. The ballot should clearly differentiate between state, county, municipal, and school district referenda.

   c. The title of the ballot must include the language "and Referendum."

Wis. Stats. §§ 5.51(5), 5.60(7), 5.64(2), 5.655 and 7.08(1)(a).

## Sample Ballots

1. Two samples of each type of ballot are required to be posted at the polling place on Election Day. Wis. Stat. § 5.35(6)(a) 3.

2. Sample ballots are also required to be available to persons who request them. The number of sample ballots should equal 10% of the total number of official ballots printed. Wis. Stat. § 5.66(2).

3. Sample ballots cannot be printed on white paper. They must be printed on colored paper and the color must be different than the color used for the official ballots. Wis. Stat. § 5.51(5), 5.66(2).

4. The word 'SAMPLE' must be overprinted on all sample ballots. Wis. Stat. § 5.66(2).

5. The endorsement does not have to be printed on sample ballots. Wis. Stat. § 5.51(5).

## Frequently Asked Questions

*1. For each office, the ballot indicates how many votes can be cast in that office. What is the proper format of that instruction?*

The number of candidates an elector is allowed to vote for, whether at a primary or an election, is the same as the number of officers to be elected. If there is only one position to be filled, such as with the office of Mayor, the instruction is "Vote for 1." If there are three trustee positions up for election, the instruction is "Vote for not more than 3." Wis. Stats. §§ 5.52, 7.08(1)(a).

*2. How many write-in lines are required?*

The number of write-in lines required is equal to the number of candidates for which the elector is allowed to vote. If there is only one position to be filled, such as with the office of Mayor, the instruction is "Vote for 1." Therefore, one write-in line is required. If there are three trustee positions up for election, the instruction is "Vote for not more than 3." Three write-in lines are required.

*3. In a primary, how many candidates may go on to the general election?*

The number of candidates that proceed from a primary to an election is equal to twice the number of candidates for which the elector can vote. Wis. Stat. § 5.58(3).

*Examples*:

If the instruction is "Vote for 1," the two candidates receiving the highest number of votes will appear on the election ballot.

If the instruction is "Vote for not more than 2," the four candidates receiving the highest number of votes will appear on the election ballot.

If the instruction is "Vote for not more than 3," the six candidates receiving the highest number of votes will appear on the election ballot.

WEC 000202

# ELECTORS

## Summary

Interactions with electors, both positive and negative, influence the public's confidence in the ability of election officials to administer elections in Wisconsin fairly. As a municipal clerk, it is your duty to ensure that the information provided, material disseminated and any procedure undertaken is correct. In the State of Wisconsin, a qualified elector must be registered to vote before being issued a ballot. A municipal clerk is charged with the responsibility of maintaining records to track voter registration, absentee voting, and voting through the WisVote system.

## Voter Qualifications

In order to register to vote, an individual must:

1. Be a U.S. citizen

2. Be age 18 or older on or before Election Day

3. Have resided in an election district or ward for 28 consecutive days, with no present intent to move, before any election where the citizen offers to vote.

Wis. Stat. § 6.02(1).

*Residency*

An individual's residency in a ward or municipality is determined by the individual's physical presence and present intent to reside in that location for voting purposes. In order to initially claim residency, a voter must establish a physical presence in a location with the intent to make that location their residence for voting purposes.

1. Temporary Presence/Absence

    a. Residency is not lost when a person leaves "home" and goes to another location temporarily with intent to return "home." Persons who have temporarily left their homes are still residents of the "home" municipality despite their temporary absence. Wis. Stat. § 6.10(5).

WEC 000203

  b. Residency cannot be established in any ward, town, village or city in this state while living there for temporary purposes only. Wis. Stat. § 6.10(8).

2. Intent to Return

  a. Once residency is established, a person may be temporarily absent and still be considered a resident, as long as they intend to return. Wis. Stat. § 6.10(5).

  b. A person may end their residency by leaving their residence and doing something that establishes they no longer intend to reside at their old residence (e.g., registers to vote at another address). Such a person cannot continue to vote at their previous residence without re-establishing residency. Wis. Stat. § 6.10(10).

3. Student Status

  a. Student status is not to be used as a factor in determining residence. A student may choose to establish residency in the municipality where they live to attend school or the student may consider their stay in the municipality to be "temporary" and intend to return to their former municipality. Wis. Stat. § 6.10(4), (12).

  b. If a student registers to vote in the municipality where they attend school, the student loses their residency in their prior municipality and must re-establish residency in the prior municipality before they would be eligible to register to vote there in another election. Wis. Stat. § 6.36(1)(d).

4. "Part-time" Residents

  a. A person may only vote in one municipality each election. In order to vote in a municipality, a person with part-time residency in a municipality must intend that their physical presence in the ward or municipality establishes residence for voting purposes. Wis. Stat. § 6.10 (1).

WEC 000204

a. Merely owning property in a municipality is not sufficient to claim residency. A person must have established a physical presence paired with the intent to make that address their permanent residence.

5. New/Former Residents

a. A person who has not resided in any ward in Wisconsin for at least 28 days should be advised to check with their former state of residence to inquire as to any voting options they may have as former residents of that state. Alternatively, in Presidential elections, new residents of Wisconsin may vote a Presidential-only ballot by submitting a completed Application for Presidential Ballot (EL-141) to either the municipal clerk in the 27 days before the election or to the election inspectors at the polling place for their new address. Wis. Stat. § 6.15(1), (2)(a).

   i. The voter must also complete an Authorization to Cancel Registration (EL-139), which the clerk must send to the proper election official for the new resident's former municipality.

   ii. Proof of Residence is required.

   iii. No voter registration (EL-131) is required. The voter is not registered.

   iv. Proof of Identification is required.

   v. The EL-141 may be submitted no earlier than 27 days before the election and shall be received not later than 5:00 p.m. on the day before the election when delivered to the clerk's office.

   vi. The EL-141 may also be submitted on Election Day at the polling place.

Wis. Stat. § 6.15(2)(a), (b).

b. If ineligible to qualify as an elector in the state to which they have moved, any former Wisconsin resident may vote a Presidential-only absentee ballot in their former municipality and ward of residence in any presidential election occurring within 24 months of leaving Wisconsin by submitting a completed Application for Absentee Presidential Ballot (EL-140) to their former municipal clerk.

   i. No voter registration (EL-131) is completed.

    ii.  No proof of residence is required.

   iii.  Proof of identification is required.

   iv.  The form must be notarized.

    v.  There is no fixed deadline for receipt of the EL-140. The EL-140 must simply be received "in sufficient time for a ballot to be mailed and returned prior to the election."

Wis. Stat. §6.15(2).

*Other Common Residency Scenarios*

| Voter Situation | Voting Location |
|---|---|
| Has moved from one ward to another in the same municipality at least 28 consecutive days before an election | In the new ward. Wis. Stat. § 6.02(2). |
| Has moved from one municipality to another at least 28 consecutive days before an election | In the new municipality. Wis. Stat. § 6.02(2). |
| Has moved from one ward to another in the same municipality less than 28 consecutive days before an election | In the old ward. Wis. Stat. § 6.10(3). |
| Has moved from one municipality to another less than 28 consecutive days before an election | In the old municipality. Wis. Stat. § 6.10(3). |
| Has moved to a different ward, or state temporarily, with intent to return | In the ward or municipality from which they moved. Wis. Stat. § 6.10(8). |
| Lives in one ward or municipality and conducts business in another | In the ward or municipality where the individual lives. Wis. Stat. § 6.10(6). |
| Lives in a public or private facility, such as a federal or state institution, county home or hospital, nursing home or group home | In the municipality where the facility is located *or* in the municipality of residence before entering the facility. Wis. Stat. § 6.10(7m). |
| Is on active duty as a member of the armed forces serving in the U.S. or overseas | In the municipality or ward of residence before entering the armed services. Wis. Stats. §§ 6.10(6) and 6.24(2). |

WEC 000206

| Voter Situation | Voting Location |
|---|---|
| Is the spouse or dependent of a member of the armed forces | In the ward or municipality of residence of the military elector *or* if a Wisconsin resident, municipality or ward of residence before entering the armed services. Wis. Stat. § 6.10(13). |
| Is a civilian overseas employee of the U.S. Government | In the municipality or ward of residence before entry into federal employment. Wis. Stat. § 6.22(2)(a). |
| Is a U.S. Citizen living outside the United States with no present intent to return | In the municipality or ward where they last resided or where their parent last resided before leaving the United States. Wis. Stat. § 6.24(2). |

*Disqualification of Electors*

The following persons shall not be allowed to vote in any election:

1. Any person convicted of treason, felony, or bribery that has not been pardoned or completed the terms of their sentence including any term of probation, parole, or extended supervision. Wis. Stat. § 6.03(1)(b).

2. A person who has been determined by a court to be incapable of understanding the objective of the elective process or who is under guardianship, unless the court has determined that the person under guardianship is competent to exercise the right to vote. Wis. Stat. § 6.03(1)(a).

    a. The court order granting guardianship should specifically declare if the person is incompetent to exercise the right to vote. If the order does not include a specific finding of incompetency to vote, the person retains the right to vote.

3. Anyone who has made or become interested, directly or indirectly, in any bet or wager depending upon the result of the election. Wis. Stat. § 6.03(2).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 105 of 157   Document 117-72

## Voter Registration



All electors must be registered before being issued a ballot. There are four methods by which an elector may register to vote:

1. By Mail

    a. The elector must complete and sign a Voter Registration Application (EL-131), enclose a copy of the elector's proof of residence, and mail the completed application to the municipal clerk's office. Wis. Stat. § 6.34(2).

        i. Wisconsin also accepts the <u>National Mail Voter Registration Form</u> and the <u>Federal Post Card Application</u>.

        ii. Registrants who submit incomplete voter registration applications or fail to provide a copy of proof of residence when required should be advised in writing that the registration

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 106 of 157    Document 117-72

is incomplete and how to repair the deficiency. Wis. Stat. § 6.32(2).

1. The EL-132 is a customizable template letter that a clerk should send to a voter who has not submitted proof of residence with their voter registration when required.

2. Any insufficiency must be mailed no later than the 20th day before the election or delivered in-person no later than 5:00 p.m. the Friday before the election, or the elector can re-register on Election Day at the polls. Wis. Stat. § 6.32(3).

b. The application must be postmarked no later than the 20th day (which is the 3rd Wednesday) before the election. Wis. Stat. § 6.28(1)(a).

i. Completed applications delivered to the clerk's office by an individual other than the registrant are considered delivered "by-mail."

ii. A registrant who postmarks their application after the 20th day before the election should be advised in writing that their application cannot be processed until after Election Day. The registrant should also be advised of any remaining opportunities to register to vote in the coming election. Wis. Stat. § 6.32(3).

c. The clerk or deputy should review the application and the enclosed proof of residence to ensure the application is legible and complete before signing and dating the application.

d. The Wisconsin Elections Commission will mail a voter verification postcard to the voter's residential address as listed on the Voter Registration Application. Wis. Stat. § 6.32(4).

2. In the Clerk's Office:

a. The elector must sign a completed Voter Registration Application (EL-131) in the presence of the clerk or deputy. Wis. Stat. § 6.55 (2)(c).

WEC 000209

b. The elector must present the clerk or deputy with proof of residence. The clerk or deputy must record the type, issuing entity, and the last few digits of the unique number associated with the proof of residence, if any. If such number is 7 or more digits in length, the last 4 digits must be recorded. If the unique number is 6 or fewer digits in length, only the last 2 digits are required. Wis. Stat. § 6.34(2).

c. The clerk or deputy should first review the application to ensure the application is legible and complete and then sign and date the completed application.

d. For all registrations in the clerk's office after the 20th day before the election, the clerk or deputy must issue a Certificate of Registration (EL-133) to the voter, which they should present at the polling place before being issued a ballot. Wis. Stats. §§ 6.55(2)(c)2, 6.29(2)(b).

   i. The EL-133 is NOT available on the WEC website, but is available upon request.

   ii. The EL-133 must be issued even if the voter is also voting in-person absentee at the same time.

e. For all registrations in the clerk's office after the 20th day before the election, the clerk or deputy must review the Ineligible Voter List to confirm that the elector will not be ineligible to vote on the day of the election. Wis. Stat. § 6.29(2)(am).

   i. If the name of the elector appears on the list, the clerk shall inform the elector that the elector is ineligible to register to vote per Department of Corrections.

   ii. If the elector agrees that they are ineligible, the registration should be rejected.

   iii. If the elector maintains that they are eligible to vote in the election, the clerk shall make a reasonable effort to contact the WEC to verify the elector's felony status.

      1. If WEC confirms the elector is eligible to vote, the clerk should document on the Voter Registration Application

(EL-131) that they confirmed the voter's status with WEC and then allow the elector to proceed to register to vote.

2. If WEC confirms that the elector is NOT eligible to vote or if the clerk is unable to contact the WEC, the clerk should:

    a. Give the elector the Ineligible Voter Information Sheet that explains to the elector what they need to do to resolve the issue with the Department of Corrections.

    b. Permit the elector to register to vote, but mark the Voter Registration Application (EL-131) and Certificate of Registration (EL-133) as "ineligible to vote per Department of Corrections."

f. The application must be received no later than 5:00 p.m. on the 5th day before the election (Friday). Wis. Stat. § 6.29(2)(a).

3. At the polling place on Election Day (Election Day Registration)

a. The elector must sign a completed Voter Registration Application (EL-131) in the presence of an election inspector or Election Registration Official. Wis. Stat. § 6.55(2)(b).

b. The elector must present the election official with proof of residence. The election official must record the type, issuing entity, and the last few digits of the unique number associated with the proof of residence, if any. If such number is 7 or more digits in length, the last 4 digits must be recorded. If the unique number is 6 or fewer digits in length, only the last 2 digits are required. Wis. Stats. §§ 6.34(2), 6.15(2)(bm).

c. The election official must review the Ineligible Voter List to confirm that the elector is eligible to vote on the day of the election.

i. If the name of the elector appears on the list, the election official shall inform the elector that the elector is ineligible to register to vote per Department of Corrections.

ii. If the elector agrees that they are ineligible, the registration should be rejected.

iii. If the elector maintains that they are eligible to vote in the election, the election official shall make a reasonable effort to contact the WEC to verify the elector's felony status.

1. If WEC confirms the elector is eligible to vote, the election official should document on the Voter Registration Application (EL-131) that they confirmed the voter's status with WEC and then allow the elector to proceed to register to vote.

2. If WEC confirms that the elector is NOT eligible to vote or if the election official is unable to contact the WEC, the election official should:

a. Give the elector the Ineligible Voter Information Sheet that explains to the elector what they need to do to resolve the issue with the Department of Corrections.

b. Permit the elector to register to vote but mark the Voter Registration Application (EL-131) as "ineligible to vote per Department of Corrections."

c. If the elector wishes to vote, the inspectors shall challenge the ballot (see Election Day Issues, Challenging Voters). Wis. Stat. § 6.29(2)(am).

d. The election official should first review the application to ensure the application is legible and complete and then sign and date the completed application.

e. If the clerk's office is in the same building as the polling place, a governing body may by resolution provide that electors who need to

register to vote do so with the clerk rather than in the polling place with election inspectors. Wis. Stat. § 6.55(2)(c).

    i. If this option is used, a notice must be placed in the voting area directing electors who wish to register to come to the clerk's office.

    ii. The clerk should follow the procedures outlined above for a Clerk's Office registration.

    iii. In addition to the Certificate of Registration (EL-133), the registrant must also be provided a copy of their signed voter registration application (EL-131) to give the election inspectors in the voting area.

  f. The Wisconsin Elections Commission will mail a voter verification postcard to the voter's residential address as listed on the Voter Registration Application. Wis. Stat. § 6.32(4).

*Completing the Voter Registration Application*

Proper completion of the Voter Registration Application (EL-131) will ease the process of entering information into WisVote and ensure the voter will appear on the poll list for Election Day. It is the responsibility of the municipal clerk to notify an elector of any insufficiency in their voter registration application within 5 days, if possible. A customizable letter template (EL-132) is available for this purpose. There is an updated version of the EL-131, which this manual will outline. However, any version of the EL-131 should be accepted as long as it contains proper voter information.

Front Side of Voter Registration Application

1. Qualifications

  a. Registrants must be able to check each of the four boxes in this section.

  b. The registrant may be 17 years old if they will be 18 years old by the time of the next election.

2. Your Name

    a. The registrant should provide their full name as it appears on their Wisconsin Driver License or Wisconsin DOT-issued Identification Card, if applicable, and the proof of residence document provided for box 8 on the form.

3. About You

    a. Date of Birth

        i. Month, day, and year of birth is required. Voters should be encouraged to use all four digits of their year of birth, but if someone writes the last two digits, the application should not be denied.

    b. Contact Information (OPTIONAL)

        i. Any phone or email address provided is subject to open records requests.

4. The Address Where You Live

    a. This is the voter's address where they vote from, which may be different than their mailing address.

    b. This section will also be used to indicate military or permanent overseas statuses.

        i. Military – A member of the U.S. Army, Navy, Air Force, Marine Corps, Coast Guard, Merchant Marine of the United States, Peace Corps, the commissioned corps of the Federal Public Health Service, the commissioned corps of the National Oceanic and Atmospheric Administration, civilian employees of the United States and civilians officially attached to a uniformed service who are serving outside the United States, and any spouse or dependents of the above who are residing with or accompanying them.

        ii. Permanent Overseas – A U.S. Citizen who is not disqualified from voting and is qualified to vote except for residency, but who last resided (or whose parent last resided) in Wisconsin prior to residing outside the United States. Permanent overseas voters should provide the last address in Wisconsin either they or their parent last resided before permanently moving overseas.

5. Your Mailing Address

   a. If the registrant does not receive mail at the residential address, a mailing address should be provided. Failure to provide a valid mailing address may result in the voter registration being inactivated.

   b. Electors residing overseas should provide their complete overseas address where space is available.

6. Prior Registration Information

   a. Name Change

      i. A voter is required to update their registration if they change their legal name.

      ii. As it may take some time for a voter to receive proper documentation of their new legal name, a registered voter may continue to vote using their former name until the necessary documentation to re-register is received.

   b. Address Change

      i. A registered voter is required to update their registration if they wish to vote from their new residence.

7. Identification

   a. To complete the Voter Registration Application (EL-131), the registrant must provide either a Wisconsin Driver License or Wisconsin DOT-issued Identification Card, or the last four digits of their Social Security Number. This does NOT require visual confirmation by the clerk or an election inspector, and the elector may write down or recite the number if they choose. An elector cannot be required to show their WI Driver License, WI DOT-issued ID card, or Social Security card as a condition of registration, unless it is a document used to provide acceptable proof of residence.

   b. Wisconsin Driver License or Wisconsin DOT-issued ID Card Number

      i. If the registrant has been issued either a WI Driver License or WI DOT-issued ID Card that is unexpired or cancelled, they must provide the number and expiration date, even if the registrant's driving privileges were revoked or suspended.

      ii. If the registrant has a WI Driver License or WI DOT-Issued ID Card that is unexpired but does not have the number or

       expiration date readily available, they may call DMV at (608) 266-1069, option 1 to look up the information.

      iii. If the registrant has either a WI Driver License or WI DOT-Issued ID Card hat is currently expired or cancelled, request the voter provide the identification number if available. The registrant must provide the last 4-digits of the Social Security Number, if any.

   c. Social Security Number – Last Four Digits

      i. If the registrant has not been issued a WI Driver License or WI DOT-Issued ID Card or the document is expired or cancelled, the registrant must provide the last 4-digits of their Social Security Number, if any.

      ii. If the registrant does not have either a WI Driver License or WI DOT-Issued ID Card and has not been issued a Social Security Number, they may indicate this by checking the box signifying they have none of these documents.

8. Proof of Residence

   a. The registrant will affirm that they are providing a valid form of proof of residence with this application. The document must list the voter's complete name and Wisconsin residential address.

      i. Some examples include a copy of their WI Driver License or WI DOT-Issued ID Card, a utility bill, any government-issued document, a paycheck, or a bank or credit card statement.

   b. Military and Permanent overseas voters do not need to provide a proof of residence document.

9. Signature and Certification

   a. The registrant should read this language before certifying that they are an eligible elector and have resided in the ward for at least 28 days.

   b. They will provide their signature and the date they are signing.

10. Assistant

   a. If the registrant required another person to complete this form on their behalf due to a physical disability, the assistant should sign and provide their residential address here. Wis. Stat. § 6.82(2)(d).

WEC 000216

11. Official Use Only Section

    a. The election official receiving the application (clerk, election inspector, ERO) should review the proof of residence.

At the top of the section, the official will circle the Proof of Residence type.

Wis. Stat. § 6.34.

      i. WI DL – Wisconsin-Issued Driver License.

      ii. WI ID – Wisconsin DOT-Issued Identification Card.

      iii. UTIL – Any form of utility bill, including cell phone, cable, electric, gas, and water. Must be dates no more than 90 days prior to the date the registrant submits the document.

      iv. BANK/CC – A bank or credit card statement, including retail credit card statements and mortgage statements. An offer to open a credit card is NOT an acceptable Proof of Residence document.

      v. PYCK – Paycheck or Paystub.

      vi. STDNT ID – A student ID that includes a photo (address not required). The registrant must provide either:

        1. A fee payment by the university, college, or technical college dated no earlier than 9 months before the date of election. The fee payment receipt must include the name and address of the student.

        2. A certified and current list of students who reside in housing sponsored by the university, college, or technical college. This list should be provided by the university, college or technical college, and the election official will verify the name of the student on the ID is included on the list.

      vii. GOV DOC – Any government-issued document.

        1. Examples include (not an exhaustive list):

          a. Vehicle Registration

          b. BadgerCare/Medicare statements (if issued by gov't agency)

      c. Social Security statements (if issued by gov't agency)

      d. Public school correspondence.

      e. Tribal ID or tribal-issued document

      f. Change of address from USPS

      g. Federal student loan notices (if issued by gov't agency)

      h. Mail from government-owned medical facilities, such as UW Hospitals and Clinics, VA Hospitals, county-owned clinics

viii. LSE – a residential lease containing the landlord name, tenant name, address subject to lease, term, rent, landlord signature, and tenant signature (may not be used to register by mail).

ix. GOV ID – any other identification card or license issued by a Wisconsin governmental body or unit.

x. EMPL ID – An identification card issued by an employer in the normal course of business and bearing a photo of the card holder, but not including a business card.

xi. RES CARE – a contract or intake document from an occupant of a residential care facilities that specifies the occupant currently resides in the facility.

xii. TAX – A real estate tax bill or receipt for the current year or the year preceding the date of the election.

xiii. HMLSS – A signed letter on public or private social security agency letterhead identifying a homeless voter and describing the individual's residence for voting purposes.

b. Proof of Residence Issuing Entity

i. WI DMV, MG&E, WE Energies, etc.

c. Proof of Residence Number, if any

i. If the unique number associated with the proof of residence is 7 or more digits in length, the last 4 digits should be recorded here.

ii. If the unique number associated with the proof of residence is 6 or fewer digits in length, only the last 2 digits are recorded here.

WEC 000218

d. Date Complete/POR Received

   i. If the application is complete and the proof of residence is acceptable (see below), the election official who received the application (ERO, clerk or election inspector) should date it.

   ii. If the application is received via mail, the clerk should date it after reviewing it for completeness and legibility.

e. Election Day Voter Number

   i. If registering on Election Day, the voter will be issued a voter number. This number should also be recorded on the supplemental poll list.

f. WisVote ID #

   i. This number is only provided once the registration has been entered in WisVote and the voter has become registered.

g. Confidential Elector ID #

   i. If the registrant has registered through the confidential elector process, they will be issued a number that should be listed here.

h. Submitted by mail

   i. If registrant mailed their voter registration application, check this circle.

i. Official's signature

   i. The election official first receiving the application (ERO, clerk, election inspector) should review the form for completeness and legibility before signing.

   ii. If the application is incomplete or illegible, the election official should not sign the form.

      1. If the registrant is still available, ask the registrant to complete the missing information or print more clearly.

      2. If the registrant is no longer available, the election official should submit this form to the clerk with a note explaining the deficiency.

      3. The clerk should contact the registrant within 5 days of receipt of any incomplete or illegible applications.

WEC 000219

        iii.   If the application is being received after the 20th day before the election or on Election Day, the election official must also check the Ineligible Voter List before signing (see respective registration procedures above).

    j.  Bottom Row

        i.   Ward

        ii.   Sch. District

        iii.   Alder

        iv.   City Supr.

        v.   Ct. of App

        vi.   Assembly

        vii.   St. Senate

        viii.   Congress

Back Side of Voter Registration Application

1. If the registrant resides somewhere without a designated address, the registrant should use the map in box 4 on the backside to diagram where they reside in relation to known streets or landmarks.

2. If the registrant needs accommodations at their polling place (curbside voting, braille materials, etc.), they should make those requests on the bottom of the application.

3. If the registrant is interested in being a poll worker, they should indicate in the checkbox on the bottom of the application.

Wis. Stat. § 6.33(1). EL 3.10(2).

*Proof of Residence*

Everyone (except military and permanent overseas electors) who wishes to register to vote or update their voter registration must present a proof of residence document to prove that the person resides at the address listed on the Voter Registration Application (EL-131). If the person is registering in-person with an election official, they do not need to provide a copy of the document; they may simply show it to the election official. Electronic versions are also acceptable. The document must contain the voter's current and complete name and current and

complete Wisconsin residential address. If the document has an expiration date, it must not be expired on the day registration is made. Note that some documents do not have an expiration date and are still considered valid.

The following documents constitute acceptable proofs of residence:

1. An unexpired Wisconsin Driver License or receipt for license, even if driving privileges were revoked or suspended.

2. An unexpired Wisconsin DOT-issued Identification Card or receipt for identification card.

3. Any other official identification card or license issued by a Wisconsin governmental body or unit, unless otherwise prohibited by state law.

4. Any identification card issued by an employer in the normal course of business and bearing a photo of the card holder, but not including a business card.

5. A real estate tax bill or receipt for the current year or the year preceding the date of the registration.

6. A residential lease (<u>NOT</u> for voters registering by mail).

   a. A residential lease should contain:

      i. Landlord Name
      ii. Tenant Name
      iii. Address Subject to Lease
      iv. Term
      v. Rent
      vi. Landlord Signature
      vii. Tenant Signature

7. A university, college or technical institute identification card (must include photo, address not required) with one of the following:

   a. A fee payment receipt issued to the cardholder by the university, college, or technical college dated no earlier than 9 months before the date of the election.

    b. A certified and current list of students who reside in housing sponsored by the university, college, or technical college.

        i. This list should be provided by the university, college, or technical college and the election official must verify that the student presenting the card is included on the list.

8. A utility bill (gas, electric, water, sewer, telephone/mobile, cable/satellite TV, internet, etc.) for the period commencing not earlier than 90 days before Election Day.

9. Bank statement. This includes:

    a. A bank statement issued by a bank or credit union
    b. A mortgage statement issued by a bank or credit union
    c. A home equity credit line statement issued by a bank or credit union
    d. A credit card statement issued by a bank or credit union
    e. A retail store credit card statement

10. Paycheck or paystub documentation of direct deposit.

11. A check or other document issued by a unit of government.

    a. Units of government include: federal, state, county, municipal, school district, tribal, etc., both foreign and domestic.

    b. Examples of government documents (not an exhaustive list):

        i. Vehicle registration
        ii. BadgerCare/Medicare statements (if issued by gov't agency)
        iii. Social Security statements (if issued by gov't agency)
        iv. Public school correspondence
        v. Federal student loan notices (if issued by gov't agency)
        vi. Change of Address letter from the U.S.P.S.
        vii. Government-owned medical facilities, such as UW Hospitals and    Clinics, county-owned health care clinics and VA Hospitals

12. A signed letter on public or private social service agency letterhead identifying a homeless voter and describing the individual's residence for voting purposes.

WEC 000222

13. A contract or intake document from an occupant of a residential care facility that specifies that the occupant currently resides in the facility. A room number is not required.

Wis. Stat. § 6.34.

*Electronic Proof of Residence*

1. Otherwise valid proof of residence documents presented electronically on a device such as a laptop, smartphone, or tablet are acceptable for voter registration purposes.[1]

   a. The standard of review should be the same whether the document is physically presented to an election official or viewed in an electronic format.

   b. Election officials may NOT reject an otherwise valid proof of residence merely because it is in an electronic format.

   c. If the proof of residence is presented using the registrant's electronic device, the election official may ask the registrant to expand the size of the type or image, or otherwise navigate the document or image so that the election official may view any required information (i.e., name of the registrant, address, account number, date, type of document, and issuing entity or institution).

   d. If the document is not readable in the format presented or the election official is otherwise unable to determine that it constitutes a valid proof of residence, the election official may reject the document and require the registrant to present another form of proof of residence.

2. Election officials are not required to provide computers or Internet access for voters to use to obtain electronic copies of proof of residence to facilitate voter registration. It is the responsibility of the registrant to show or provide a copy of their proof of residence.

---

[1] On August 28, 2012, the G.A.B. voted unanimously to allow electronic versions of acceptable proof of residence during the voter registration process.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 121 of 157   Document 117-72

3. Election officials are not required to handle a registrant's electronic device but may do so with the registrant's permission.

*Military and Overseas Voter Registration Requirements*

Military and permanent overseas voters are subject to special procedures for voter registration and are the only types of voters that are not required to provide proof of residence. Temporary overseas voters are required to provide proof of residence. All military and overseas voters and any absentee ballots issued to them must be tracked in the Statewide Voter Registration System (WisVote).

1. Military Electors

    a. A "military elector" is a member of the U.S. Army, Navy, Air Force, Marine Corps, Coast Guard, Merchant Marine of the United States, Peace Corps, the commissioned corps of the Federal Public Health Service, the commissioned corps of the National Oceanic and Atmospheric Administration, civilian employees of the United States and civilians officially attached to a uniformed service who are serving outside the United States, and any spouse and dependents of the above who are residing with or accompanying them. Wis. Stat. § 6.22(1)(b).

    b. Military electors, under state law, are not required to register to vote. However, clerks practically must still obtain sufficient information to enter a military elector into WisVote. Wis. Stat. § 6.22(3).

    This information can be obtained from the Federal Post Card Application (FPCA) form, which serves as both a voter registration application and an absentee ballot request. Therefore, by requesting an absentee ballot, a military elector practically undergoes registration. It is important to note, however, that under the law, military electors are not required to register to vote. Wis. Stat. § 6.22(2)(4)c.

Military electors are NOT required to provide proof of residence. Wis. Stat. § 6.22(3).

WEC 000224

2. Permanent Overseas Electors

   a. A permanent overseas elector is a United States citizen, 18 years or older, who resided (or whose parent resided) in Wisconsin before leaving the United States, and who is now living outside the U.S. with no present intent to return, <u>and</u> not registered to vote in any other location.

   b. Permanent overseas electors must register to vote during open registration. An overseas elector may use the Federal Post Card Application (FPCA) form which serves as both a voter registration application (during open registration) and an absentee ballot request for overseas electors.

   The Federal Post Card Application (FPCA), also known as Standard Form 76 (SF 76), is a postage-free postcard, printed and distributed by the U.S. Department of Defense – Federal Voting Assistance Program (FVAP) for use by absentee voters covered by the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA). The FPCA is a combination registration form and absentee ballot request. The online version of the FPCA can be obtained from the FVAP website at <u>http://www.fvap.gov</u>. Wis. Stat. § 6.24(3).

<u>Permanent overseas electors are NOT required to provide proof of residence.</u> Wis. Stat. § 6.22(3).

3. Temporary Overseas Electors

   a. A temporary overseas elector is a United States citizen, 18 years or older, who at the time of the request resides overseas but qualified as a Wisconsin resident, has an intent to return to Wisconsin and is not registered to vote in any other location.

   b. Temporarily overseas electors must register to vote during open registration. An overseas elector may use the Federal Post Card Application (FPCA) form which serves as both a voter registration application (during open registration) and an absentee ballot request for overseas electors.

WEC 000225

The Federal Post Card Application (FPCA), also known as Standard Form 76 (SF 76), is a postage-free postcard, printed and distributed by the U.S. Department of Defense – Federal Voting Assistance Program (FVAP) for use by absentee voters covered by the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA). The FPCA is a combination registration form and absentee ballot request. The online version of the FPCA can be obtained from the FVAP website at http://www.fvap.gov. Wis. Stat. § 6.24(3).

Temporarily overseas electors ARE required to provide proof of residence.

*Confidential Electors*

Electors who are victims of domestic abuse, sexual assault, or stalking have the option to be listed confidentially on poll lists.

*Eligibility*

An individual is eligible for a confidential listing in the poll list if the person:

1. Has been granted a protective order that is in effect related to either domestic abuse or harassment.

2. Is a victim of domestic abuse, sexual assault, or stalking where a person has been charged with or convicted of such an offense and the victim reasonably continues to be threatened by that individual.

3. Resides in a shelter.

    a. "Shelter" means a place where at least 4 unrelated individuals reside that provides residential shelter to individuals whose personal security is or may be threatened by family members or other persons with whom the individuals have had contact.

4. Received services from a domestic abuse or sexual assault victim services provider within the last 24 months.

    a. The WEC regularly receives lists of eligible domestic abuse or sexual assault victim services providers. Please contact the WEC Help Desk for a copy of the list.

Wis. Stat. § 6.47(1).

*Request for Confidentiality*

An eligible person may request a confidential listing by submitting a written request or <u>Request for Confidential Listing (EL-146)</u> to their municipal clerk along with one of the following:

1. A copy of a protective order that is still in effect.

2. A completed <u>Affidavit of Sheriff, Chief of Police, or District Attorney (EL-147)</u>, dated within 30 days of the date of the request.

3. A statement signed by the operator or an authorized agent of the operator of a shelter that is dated within 30 days of the date of the request, which indicates that the operator operates the shelter and that the individual making the request resides in the shelter.

4. A statement signed by an authorized representative of a domestic abuse victim service provider or a sexual assault victim service provider that is dated within 30 days of the request.

5. Confirmation from the Department of Justice that the requester is a participant of the *Safe at Home* program.

An individual with physical disabilities who appears personally at the clerk's office and accompanied by another elector of Wisconsin may designate the other elector to make a request for confidentiality on their behalf.

Wis. Stat. § 6.47(2).

A confidential elector must still register to vote the same as any other elector.

If the individual provides the necessary documentation to obtain a confidential listing, the clerk issues an Identification Card of Protected Individual (EL-148) to the protected individual and notes the identification serial number on the voter registration form in the space provided. The ID serial number is the HINDI number assigned to the municipality plus a sequential number e.g., "13251-01." <u>Note</u>: The Identification Card of Protected Individual (EL-148) is not available on the WEC website and can only be obtained by contacting the Wisconsin Elections Commission. Wis. Stat. § 6.55(2)(3)cm.

WEC 000227

*Polling Place Procedure*

1. The confidential portion of the poll list will appear at the end of the poll list as a separate section containing the name of each confidential voter and their confidential voter identification number.

   a. The confidential portion of the poll list is NOT open to public inspection. Wis. Stats. §§ 6.87(6m), 6.47(2).

   b. The municipal clerk may, upon request, disclose the existence of the list, the number of electors whose names appear on the list, and the number of those electors who have voted at any point in the proceedings. Wis. Stat. § 7.41(4).

2. The confidential voter presents their confidential voter identification card instead of announcing their name at the polling place. Wis. Stat. § 6.79(6).

3. The confidential voter must still sign the poll list before being issued a ballot.

4. If voting by absentee ballot, the confidential elector provides their name and confidential elector identification number on the absentee certificate envelope. The confidential elector must still sign and have a witness sign the certificate envelope.

*Recordkeeping*

1. The confidential elector's voter registration should be kept in a separate confidential file, ordered alphabetically by confidential elector name. Wis. Stat. § 6.35(1m).

2. Confidential listings expire when any of the following occur:

   a. When the protective order expires. Wis. Stat. § 6.47(4)(a).

   b. When the confidential elector no longer resides in a shelter. Wis. Stat. § 6.47(4)(a).

   c. When updated information is received from a sheriff, chief of police, or district attorney that indicates the person is no longer qualified for a confidential listing. Wis. Stat. § 6.47(5)(a)1.

WEC 000228

d. 24 months have passed since the creation/renewal of the confidential listing. Wis. Stat. § 6.47(4)(a).

   e. The voter changes their name or address. Wis. Stat. § 6.47(5)(a) 2, 3.

3. When a confidential listing expires, the clerk shall change the registration of the confidential elector to inactive unless the confidential elector files a new request for a confidential listing or applies and qualifies for a non-confidential voter registration. Wis. Stat. § 6.47(6).

   a. Inactive confidential voter registrations must be kept confidential until destroyed under Wis. Stat. § 7.23(1)(c).

4. If the municipal clerk has notice that a confidential listing is scheduled to expire (end of the 24-month period), the clerk shall provide 30 days' notice to the confidential elector of the scheduled expiration of the listing. Wis. Stat. § 6.47(7)(a).

   a. If advance notice is not possible, the clerk shall notify the confidential elector upon changing their voter registration to inactive. Wis. Stat. § 6.47(7)(b).

*Document Retention Requirements*

All voter registration forms are retained for four years after a voter has been inactivated or cancelled in the statewide voter registration system (WisVote). There is no need to notify an elector when the physical form is destroyed. Voter notification occurs at the point of inactivation in WisVote. Mailings (and details regarding which situations require elector notification) can be generated by or in conjunction with WisVote. Voters are only cancelled when deceased or confirmed as registering out of state. A mailing is not required for cancelled voters.

## Absentee Voting

A qualified elector who is unable or unwilling to appear at the polling place on Election Day may vote by absentee ballot. Wis. Stat. § 6.85(1).

*General Application Requirements*

Registered electors wishing to vote absentee must submit an absentee ballot request in writing to the municipal clerk.

A registered elector may either apply for an absentee ballot using the Application for Absentee Ballot (EL-121) form or submit a written request, as long as the request includes all the information necessary to provide the voter with an absentee ballot.

The written request must include the elector's:

1. Name

2. Residential address

3. Mailing address, if different than residential address

4. Signature

5. Proof of identification, if necessary

State law provides that an absentee ballot request submitted by a voter via fax or email does not have to contain the signature of the voter to be valid. The voter's signature on the absentee certificate envelope satisfies the signature requirement. Wis. Stat. § 6.86(1)(ac).

Once provided with a by mail application, the elector is exempt from subsequent proof of identification requirements for by mail voting until they change their name or address. Wis. Stat. § 6.87(4)(b)(3).

If an absent elector does not indicate the desired duration of the absentee ballot request, the clerk should presume the request is only for a single election.

*Powers of Attorney (POA)*

A Power of Attorney (POA) may submit an absentee request on behalf of their principal. However, a POA may <u>NOT</u> vote the ballot for their principal. A POA may serve as an assistant in all the same ways that any person may serve as an

assistant (voter registration, completing the ballot, etc.) if the voter so requests. Wis. Stats. §§ 6.86(1)(a)(3), 6.86(3).

*By Mail Requests*

1. Any registered elector may submit their absentee ballot request by mail.

   a. If absentee ballots are currently available, the municipal clerk must send the absent elector a ballot within one business day of receiving the request.

   b. If an absentee request is delivered by a person other than the registered elector (spouse, campaign volunteer, etc.) it is treated as a by mail request.

   c. The deadline to receive a request by mail is:

      i. Regular electors have until 5:00 p.m. on the 5th day (Thursday) preceding the election. Wis. Stat. § 6.86(1)(b).

      ii. Most military and indefinitely confined electors have until 5:00 p.m. on the 4th day (Friday) preceding the election to make a request. Wis. Stat. § 6.86(1)(c).

      iii. Hospitalized and sequestered juror electors have until 5:00 p.m. on Election Day to make a request. Wis. Stat. § 6.86(1)(b).

      iv. Members of a uniformed service or the Merchant Marine of the United States (and their spouse and dependents) who are away from their primary residence due to active duty have until 5:00 p.m. on Election Day to request an absentee ballot. (Federal elections only). Wis. Stat. § 6.86(1)(c).

   d. Registrants who submit an absentee ballot request by mail and fail to provide a copy of proof of identification when required should be advised in writing that a ballot will not be mailed to the voter until their ID is submitted.

  i. The EL-127 is a customizable template letter that a clerk should send to a voter who has not submitted proof of identification with their absentee ballot request when required.

  ii. Any insufficiency must be received by the clerk no later than 5:00 p.m. on the 5th day (Thursday) preceding the election or delivered by the voter no later than the close of in-person absentee voting in the clerk's office before the election or the elector can vote on Election Day at the polls.

*Facsimile and Email Requests*

1. Any registered elector may make a written application for an absentee ballot by means of fax or email.

  a. Fax or email requests do NOT need to contain a copy of the applicant's original signature.

  b. The municipal clerk must act on the fax or email request within one business day of receiving the request.

2. Facsimile and email requests otherwise follow the rules for by-mail requests, including providing proof of identification, if required.

Wis. Stat. § 6.86(1).

*In Person Requests*

1. In person absentee voting in the clerk's office or another designated absentee voting location may not begin any earlier than 14 days for an election. In-person absentee voting may not take place the Monday before an election.

  The clerk must specify in the Type E Notice the hours during which they will be available to receive in person absentee requests. Wis. Stat. § 6.855(2).

2. Proof of identification must be presented. The clerk must initial the absentee certificate envelope indicating that the clerk has viewed acceptable proof of identification. Proof of identification must be presented by an elector each time they vote in person absentee in the clerk's office.

Wis. Stat. § 6.86(1)(ar).

3. The applicant does not need to fill out a separate written request if they only wish to vote absentee for the current election. The absentee certificate envelope doubles as an absentee request and certification when completed in person in the clerk's office.

4. Before issuing the ballot, the clerk must review the Ineligible Voter List to confirm that the elector is eligible to vote on the day of the election.

   a. If the name of the elector appears on the list, the clerk shall inform the elector that the elector is ineligible to vote per Department of Corrections.

   b. If the elector agrees that they are ineligible, the absentee application should be rejected and the voter registration inactivated.

   c. If the elector maintains that they are eligible to vote in the election, the clerk shall make a reasonable effort to contact the WEC to verify the elector's felony status.

      i. If WEC confirms the elector is eligible to vote, the clerk should document on the Absentee Ballot Log (EL-124) that they confirmed the voter's status with WEC and then allow the elector to proceed to vote.

      ii. If WEC confirms that the elector is NOT eligible to vote or if the clerk is unable to contact the WEC, the clerk should:

         1. Give the elector the Ineligible Voter Information Sheet that explains to the elector what they need to do to resolve the issue with the Department of Corrections.

         2. Permit the elector to vote, but mark the Absentee Certificate Envelope (EL-122) as "ineligible to vote per Department of Corrections."

Wis. Stat. § 6.29(2)(am).

   d. On Election Day, the inspectors shall review the Ineligible Voter List and challenge the ballot if the name of the elector appears on the list and the clerk provides no contrary information (see Election Day Issues, Challenging Voters). Wis. Stat. § 6.92(1).

5. The absentee ballot is marked by the absent voter, and sealed in an Absentee Ballot Certificate Envelope (EL-122). The Absentee Ballot Certificate Envelope (EL-122) is completed and signed by the absentee voter, and witnessed by the municipal clerk or designated staff. The witness must sign their name and office address. Wis. Stat. § 6.86(1)(b).

6. The ballot may not be taken from the clerk's office. Wis. Stat. § 6.87(3)(a).

*Proof of Identification*

1. Subject to limited exceptions (see below), absentee electors are required to provide proof of identification with their absentee application. Wis. Stat. § 6.86(1)(ac).

   **Note**: The limited exceptions to the identification requirement listed below do NOT apply to electors voting in the clerk's office or the polling place. All electors who vote in the clerk's office or the polling place must present acceptable proof of identification at that time. The only exception is confidential electors. Wis. Stat. § 6.86(1)(ar).

   a. Proof of identification is limited to one of the following:

      i. A Wisconsin Driver License, even if driving privileges are revoked or suspended; can be expired but only since the last General Election.

      ii. A Wisconsin DOT-issued Identification Card; can be expired but only since the last General Election.

      iii. A Military ID card issued by a U.S. uniformed service; can be expired but only since the last General Election.

      iv. A U.S. passport; can be expired but only since the last General Election.

      v. A certificate of naturalization that was issued not earlier than two years before the date of an election at which it is presented.

      vi. An unexpired WI Driver License receipt.

   vii. An unexpired Wisconsin DOT-Issued Identification Card receipt.

  viii. An identification card issued by a federally recognized Indian tribe in Wisconsin.

   ix. An identification card issued by a Wisconsin-accredited university, college or technical college.

   x. The card must contain the following:

     1. Student's name

     2. Student's photograph

     3. Date of issuance

     4. Signature of student

     5. Expiration date no later than two years after date of issuance

       a. A school ID card does not have to include a proof of enrollment document if unexpired.[2]

       b. If the school ID card is expired, it must be presented with a proof of enrollment document. [3]

       c. Proof of enrollment documents include, but are not limited to, a fee receipt, class schedule or an enrollment verification form.

   xi. An unexpired Veterans Affairs ID Card

---

[2] On July 29, 2020, the 7th Circuit Court of Appeals issued its mandate in the *One Wisconsin* decision and determined that students who present a qualifying unexpired student ID as proof of identification are not required to also provide a proof of enrollment document to meet the requirement. However, if a student presents a qualifying expired student ID as proof of identification, they must then provide a proof of enrollment document to meet the requirement.

[3] IBID

WEC 000235

xii. A temporary identification card receipt issued by Wisconsin DOT through the Identification Petition Process (IDPP) (valid for 60 days).

Wis. Stat. § 5.02(6m).

b. The following groups may meet the proof of identification requirement by having another person certify the voter's identity on the absentee ballot certificate envelope instead of providing proof of identification with their application (Please refer to the "Special Categories of Absentee Voters" section below):

   i. Indefinitely Confined Electors. Wis. Stat. § 6.87(4)(b)2.

   ii. Electors residing in a facility served by Special Voting Deputies Wis. Stat. § 6.87(4)(b)5.

   iii. Electors residing in a facility eligible for service by Special Voting Deputies (SVDs) but were not served by SVDs. Wis. Stat. § 6.87(6)(c).

c. The following groups are exempt from the proof of identification requirement when voting via absentee ballot by mail, by email or fax:

   i. Military electors. Wis. Stat. § 6.86(1)(ac).

   ii. Permanent Overseas electors. Wis. Stat. § 6.86(1)(ac).

   iii. Confidential electors. Wis. Stat. § 6.86(1)(ac).

   iv. Electors who have previously provided proof of identification with a by-mail absentee request and have not re-registered. Wis. Stat. § 6.87(4)(b)3.

*General Procedures*

1. As soon as official ballots are available and within one business day of receiving any subsequent requests, the clerk must send the official absentee ballot to all approved absentee ballot applicants. Wis. Stat. § 7.15(1)(cm).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 134 of 157   Document 117-72

a. An absentee application is considered received when it is delivered to the clerk's mailbox/email/fax machine. Clerks must check every day they have normal office hours for absentee applications and have a one business day turnaround time to send an absentee ballot to the voter.

b. The clerk initials the certificate envelope indicating that proof of identification has been provided before sending the absentee ballot in the following situations:

    i. A copy of the proof of identification has been provided with the application or a previous application by mail, email or fax. Wis. Stat. § 6.86(1)(ar).

    ii. The elector is an indefinitely confined elector and the completion of the certification of witness will satisfy the proof of identification requirement. Wis. Stat. § 6.87(4)(b)2.

    iii. The voter is a military, permanent overseas or confidential elector. Wis. Stat. § 6.34(2).

    iv. The elector is served by Special Voting Deputies.

        1. The clerk initials the envelope after ensuring that both SVDs have signed the Certification of Witness section on the certificate envelope. Wis. Stat. § 6.87(4)(b)5.

c. When the elector resides in an SVD-eligible facility not served by SVDs and has not applied as an indefinitely confined voter, the clerk checks the box indicating that proof of identification must be enclosed in the absentee certificate envelope or the "Certification of Care Facility Authorized Representative" section is completed on the EL-122sp. Wis. Stat. § 6.87(4)(b)5.

d. Before issuing an absentee ballot, the clerk must review the Ineligible Voter List to confirm that the elector is eligible to vote on the day of the election.

    i. If the name of the elector appears on the list, the clerk shall:

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 135 of 157   Document 117-72

1. Make a reasonable effort to verify the elector's felony status with the WEC.

    a. If the WEC confirms the elector is eligible to vote, the clerk should document this on the Absentee Ballot Log (EL-124).

    b. If the WEC confirms the elector is not eligible or the WEC cannot be contacted, continue below.

2. Cancel the elector's absentee application.

3. Cancel the elector's registration.

4. Send the elector written notice that the elector is ineligible to vote per Department of Corrections (Felon Notice issued from WisVote) and that if the elector believes this action was taken in error, they must contact the clerk immediately.

    a. With the written notice, the clerk should include a copy of the WEC's Ineligible Voter Information Sheet explaining what the elector needs to do to resolve the issue with the Department of Corrections.

ii. If the elector maintains that they are eligible to vote in the election, the clerk shall:

1. Restore the elector's registration, but mark it as "ineligible to vote per Department of Corrections."

2. Restore the elector's absentee application, but mark it as "ineligible to vote per Department of Corrections."

3. Issue an absentee ballot to the voter, but mark the certificate envelope as "ineligible to vote per Department of Corrections."

iii. On Election Day, the inspectors shall review the Ineligible Voter List and challenge the ballot if the name of the elector

appears on the list (see Election Day Issues, Challenging Voters) and there is no contrary instruction from the clerk.

1. The election inspectors shall make a reasonable effort to contact the WEC to confirm an elector's felon status before challenging the absentee ballot.

Wis. Stat. § 6.29(2)(am).

2. The clerk must transmit an absentee ballot by email or fax to military or permanent and temporary overseas electors, if requested. Clerks may NOT transmit an absentee ballot by fax or email to a regular voter.

3. The clerk must initial all ballots issued in the endorsement section of each ballot under "Absentee ballot issued by." Wis. Stat. § 6.86(1)(ar).

4. Complete the Absentee Certificate Envelope (EL-122) by filling out the "Clerk Use Only" section with the date of the election, county, municipality, and district/ward information.

5. Place the following materials in an Absentee Carrier Envelope (EL-120):

   a. Cover letter (optional).

   b. Uniform Absentee Instructions (regular, military and overseas)

   c. Ballot(s)

   d. Absentee Certificate Envelope (EL-122 or 122m) using the regular, FIM-A, FIM-B, or FIM-C version as appropriate. Contact your local post office if you are not certain of which to use.

   e. The clerk must provide 1st class postage on the envelope addressed to the voter.

   f. The clerk must provide 1st class postage on the certificate envelope if the ballot will be returned from within the United States. Wis. Stat. § 6.87(3)(a).

   i. The clerk is not required to provide postage on certificate envelopes that will be returned from outside of the United States.

  g. For military and overseas voters, use the postage paid envelopes; EL-120m mailer envelope and the EL-122m certificate envelope.

6. Mail the Absentee Carrier Envelope to the mailing address provided by the absentee elector within one business day of receiving the request. Wis. Stat. § 7.15(1)(cm).

7. The clerk maintains the Absentee Ballot Log (EL-124).

  a. The Absentee Ballot Log (EL-124) is used to track the events that occur during the absentee ballot process (e.g. application received, ballot issued, ballot canceled, 2nd ballot issued, ballot received, ballot counted, etc.)

  b. The Absentee Ballot Log (EL-124) enables the clerk to track any problems with the absentee certificate envelope (missing certificate, voter signature, witness signature and address, or two SVD signatures) and communicate this information to the election inspectors so they can reject the ballot if the error is not corrected by 8:00 p.m. on Election Day.

  c. Municipal clerks who maintain their own WisVote data may also track absentee ballots and print ballot labels in WisVote.

  d. The Absentee Ballot Log (EL-124) is sent to the polling place with the absentee ballots on Election Day.

8. An absentee ballot is marked by an absent voter, and sealed in an Absentee Ballot Certificate Envelope (EL-122). The Absentee Ballot Certificate Envelope (EL-122) is then completed and signed by the absentee voter, witnessed by an adult U.S. Citizen, and mailed or delivered in person to the municipal clerk. Wis. Stat. § 6.87(4)(b). <u>Note:</u> The witness for absentee ballots completed by Military, Permanent and Temporary Overseas voters, must be an adult, but does not have to be a U.S. Citizen.

  a. The witness must include their address.

WEC 000240

b. Clerks may add a missing witness address using whatever means are available. Clerks should initial next to the added witness address.

*Correcting Defective Absentee Certificate Envelopes*



1. The municipal clerk reviews each absentee certificate envelope when it is returned to the clerk's office for any errors (e.g. missing certificate, voter signature, witness signature and address, or two SVD signatures).

2. If there is an error, the clerk should contact the voter, if possible. Wis. Stat. § 6.87(9).

   a. The voter has the option to correct the absentee certificate envelope in the clerk's office, by mail, or at the polling place/central count location on Election Day.

      i. If the voter wants the original ballot mailed back to them, the clerk shall enclose the original ballot in its unopened certificate

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 139 of 157   Document 117-72

envelope along with a new certificate envelope in a carrier envelope, to send to the voter. The voter must open the original certificate envelope, verify their ballot, and seal the ballot in the new certificate envelope.

    1. A voter who chose to correct the certificate envelope by mail, but did not return a corrected envelope, cannot vote in person at the polling place.

  ii. If the voter corrects the certificate envelope in the clerk's office, the clerk shall issue a new certificate envelope to the voter. The voter must open the original certificate envelope, verify their ballot, and seal the ballot in the new certificate envelope. The voter may NOT remove the ballot from the clerk's office. The clerk may NOT serve as the witness (the original witness must be present). The original certificate envelope is then destroyed.

  iii. If the voter corrects the certificate envelope at the polling place/central count site, the election inspectors shall issue a new certificate envelope to the voter. The voter must open the original certificate envelope, verify their ballot, and seal the ballot in the new certificate envelope. The voter may NOT remove the ballot from the voting area. The election inspectors may NOT serve as the witness (the original witness must be present). The original certificate envelope is then destroyed.

b. The original witness must always be present to correct any certificate errors.

c. The clerk should document any certificate errors on the Absentee Ballot Log (EL-124).

Election Administration Manual
for Wisconsin Municipal Clerks

WEC 000242

*Spoiling and Replacement Ballots*



Absentee ballot has been returned to the clerk. The voter wishes to vote a new ballot.

Clerk does believe the person requesting a replacement ballot is the person to whom the original ballot was provided.

Clerk does NOT believe the person requesting a replacement ballot is the person to whom the original ballot was provided.

**Please note:** A voter who did not receive a replacement ballot by mail or chose not to return the replacement ballot is able to vote in-person at the polling place.

The absentee ballot log (GAB-124) should indicate the first ballot was cancelled and a second ballot was issued.

Give the voter a replacement ballot, if within the proper deadline. (see box on bottom right)

Issue a replacement ballot, if within the proper deadline (see box below). Document a challenge for Election Day. Contact law enforcement immediately.

Clerk shall destroy the spoiled or damaged ballot by making a small tear in the envelope containing the ballot and writing "spoiled" on the outside of the envelope. A notation should be made on GAB-124 (Absentee Ballot Log) that the first ballot was cancelled and second ballot was issued).

Place the spoiled ballot in the spoiled ballot envelope or container that will be transmitted to the polling place on Election Day.

**ABSENTEE BALLOT REQUEST TIMELINE**
Regular absentee voters must request replacement ballots by 5 p.m. the Thursday before the election.

Indefinitely confined and military voters must request replacement ballots by 5 p.m. the Friday before the election.

Military voters away from home may request absentee ballots by 5 p.m. on Election Day for the partisan primary, the general election, the presidential preference primary, or a special election for national office.

Voters must personally deliver or mail absentee ballots under the normal deadlines.

(All ballots must be at the polling place or central count location by 8 p.m. on Election Day.)

1. If the applicable absentee request deadline has not yet passed for the voter and the clerk believes the person requesting the replacement ballot is the person to whom the original ballot was provided, the voter has the option to spoil their ballot (for any reason) and vote a new ballot. The voter can have a 2nd ballot sent to them by mail, they can come to the clerk's office and vote in-person absentee, or they can vote on Election Day at the polling place. If a 2nd absentee ballot is issued, the certificate envelope should be marked "2nd ballot." Wis. Stat. § 6.86(5).

   a. If the clerk does <u>NOT</u> believe the person requesting the replacement ballot is the person to whom the original ballot was provided, the clerk shall issue a replacement ballot, document the incident for a subsequent challenge on Election Day, and contact law enforcement immediately.

WEC 000243

b. A clerk should "spoil" the returned original ballot by partially tearing the certificate envelope and ballot so that is unusable as a ballot, but not entirely destroyed and placing it in a Spoiled Ballots envelope.

c. A voter who wishes to spoil a ballot in their possession should similarly destroy the envelope/ballot.

d. A voter who did not receive the replacement ballot or chose not to return the replacement ballot is able to vote in-person on Election Day.

2. The municipal clerk ensures that each absentee ballot is delivered to the correct polling place or alternate absentee ballot site on Election Day no later than 8:00 p.m. Wis. Stat. § 6.86(3)(c).

a. Missing and no certificate envelope ballots should be labeled "To Be Rejected" and kept separate from the rest of the absentee ballots when delivered to the polling place.

b. Election inspectors should be instructed to NOT process these absentee ballots until 8:00 p.m. on Election Day so as to provide the voter with as much time as possible to fix the error.

3. If the clerk receives an absentee ballot from an elector who is recorded as voting on Election Day, the clerk should mark the ballot "To Be Rejected" and set the ballot aside for processing by the Municipal Board of Canvassers. The clerk should also contact law enforcement immediately.

4. If an elector with a calendar year request does not return a ballot for a spring election, general election or special election, the absentee request is canceled and the absentee elector should be notified by mail within 5 days, if possible. Wis. Stat. § 6.86(2)(b).

WEC 000244

## Special Categories of Absentee Voters

There are additional procedures for various special categories of voters.

*Indefinitely Confined Electors*

1. An elector who is indefinitely confined because of age, physical illness or infirmity, or is disabled for an indefinite period may sign a statement to that effect and request that absentee ballots be sent to the elector automatically for every election until such time as the elector fails to return a ballot.

    a. The Application for Absentee Ballot (EL-121) contains a space for the voter to indicate they qualify as indefinitely confined.

    **Note**: The completion of the certification of witness satisfies the proof of Identification requirement for indefinitely confined electors.

    b. The envelope containing the indefinitely confined elector's ballot should be clearly marked "return service requested."

    c. If an indefinitely confined elector does not wish to vote a ballot that has been sent to them, they should be directed to place the blank ballot in the certificate envelope and return it to the clerk's office.

    d. If an indefinitely confined elector fails to cast and return a spring, general or special election ballot, the clerk shall send a 1st class letter or postcard informing the voter that their name will be removed the list unless the voter applies for renewal within the 30-day period.

        i. Notification letters can be generated from WisVote if using the absentee functionality.

        ii. The voter is required to submit a renewal of their absentee request in writing, but a full Application for Absentee Ballot (EL-121) is not required.

2. The clerk shall remove from the indefinitely confined list the name of each person who:

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 143 of 157   Document 117-72

    c. Fails to cast and return an absentee ballot for a spring, general or special election and does not renew the application within 30 days.

    d. Requests their name be removed from the list.

    e. No longer qualifies for the service (upon receipt of reliable information).

Wis. Stat. § 6.86(2)(a) and (b).

*Military & Overseas (Permanent and Temporary) Electors*

Military and overseas electors are covered by the federal Uniformed Overseas Citizens Absentee Voting Act (UOCAVA) as well as specific state laws. As such, they have a variety of special rules that apply to them to ensure that the elector will receive their ballot in time to vote from overseas.

*Military and Overseas Absentee Applications*

The general procedure for military and overseas electors to request an absentee ballot is as follows:

1. Requests must be made in writing by one of the following methods:

    a. The Application for Absentee Ballot (EL-121)

    b. MyVote.wi.gov (see MyVote chapter)

    c. The Federal Post Card Application (FPCA), also known as Standard Form 76. Regular voters who are temporarily overseas may also use this form. Wis. Stat. § 6.24(4)(b).

    d. Any other written request (providing it gives all required information and is signed by elector). Fax or email requests are valid if received by the application deadline and do not require a copy of the applicant's signature. Wis. Stat. § 6.24(4)(a).

WEC 000246

2. Military Electors

    a. State law provides that an individual who qualifies as a military elector is not required to register (although clerks need to obtain sufficient information to enter a military elector into WisVote). Wis. Stat. § 6.22(3).

    b. Military electors are exempt from providing proof of identification when voting absentee by mail. Wis. Stat. § 6.34(2).

    c. Military electors may request an absentee ballot for any specific election or for all elections within the calendar year of which the request was made, until the individual otherwise requests or until one of the following occurs:

        i. The elector no longer qualifies for military status.

        ii. The elector has registered to vote elsewhere.

    d. Military personnel seldom notify their municipal clerk when they are relocated or when they leave the military.

        i. This often makes keeping up with the location of military electors difficult and frustrating.

        ii. The Federal Voting Assistance Program's (FVAP) policy with respect to divulging information about military personnel status or location has become more stringent. In light of these difficulties, the Wisconsin Elections Commission has implemented the following policy with respect to military voters:

            1. The clerk is required to make an effort to determine the location or status of a military elector.

            2. The clerk must document what efforts were taken to determine the location or status of a military elector, and the results of those efforts.

WEC 000247

3. The elector will be offered the opportunity to reapply for absentee ballots.

e. A military elector may request an absentee ballot be transmitted via email or fax. The municipal clerk must comply with their request. Wis. Stat. § 6.22(2)(e).

3. Permanent Overseas Electors

a. Permanent overseas electors are required to register to vote, but are not required to provide proof or residence. Wis. Stat. § 6.27.

b. Permanent overseas electors are exempt from providing proof of identification when voting absentee by mail. Wis. Stat. § 6.34(2).

c. An absentee ballot request from an overseas elector is effective for the calendar year in which the request was made. Wis. Stats. §§ 6.24(3), 6.24(4)(c).

d. Overseas electors *only* receive ballots for federal offices (U.S. President, U.S. Senator, and Representative in Congress). Wis. Stat. § 6.22(5).

e. An overseas elector may request an absentee ballot be transmitted via email or fax. The municipal clerk must comply with their request. Wis. Stat. § 6.22(4)(e).

4. Temporary Overseas Electors

a. Temporarily overseas electors are required to register to vote and must provide proof of residence. Wis. Stat. § 6.27.

b. Temporary overseas electors must provide proof of identification to request an absentee ballot.

c. Temporary overseas electors may request an absentee ballot for any specific election or for all elections within the calendar year of which the request was made.

WEC 000248

d. Temporarily overseas electors receive the full ballot for an election, including local contests. Wis. Stat. § 6.22(5).

e. A temporarily overseas elector may request an absentee ballot be transmitted via email or fax. The municipal clerk must comply with their request. Wis. Stat. § 6.22(4)(e).

*Transmitting Absentee Ballots by Facsimile or Email*

The clerk must transmit an absentee ballot by email or fax to military, permanent overseas or temporary overseas electors, if requested. The clerk may NOT transmit an absentee ballot by email or fax to regular electors.

To transmit a ballot via fax or email, the clerk should take the following steps:

1. Initial the ballot in the endorsement section under "Absentee ballot issued by".

2. Initial and indicate the page number and total number of pages (1 of 3, 2 of 3, etc.) in the upper-right corner of each side of the ballot that contains contests.

3. Complete the Absentee Certificate Envelope (EL-122) by filling out the "Clerk Use Only" section with the date of the election, county, municipality, and district/ward information.

4. Fax or scan and send the following:

   a. Cover letter (optional)

   b. Uniform Absentee Instructions for military and overseas voters

   c. Each side of the ballot

   d. The face of the absentee certificate envelope (EL-122)

*Federal Write-In Absentee Ballot (FWAB)*

The FWAB is a write-in ballot that is only available to military and overseas electors. The FWAB is available at military posts, U.S. embassies, and consulates

WEC 000249

throughout the world. It may also be downloaded from the Federal Voting Assistance Program's website (http://www.fvap.gov). Wis. Stat. § 6.25(1), (4).

The FWAB can be used for any elections/offices for which the elector is eligible to vote. However, if submitted by an overseas elector, the elector must have submitted a separate absentee request that is received no later than the 5th day before the election in order to count the FWAB. The FWAB counts as both an absentee request and write-in ballot for military electors and if an official absentee ballot has not already been sent to a military elector who submits a FWAB, the clerk should transmit an official absentee ballot to the elector as soon as possible.

*Special Processing for Write-In Absentee Ballots*

1. If received by Election Day, the official absentee ballot supersedes any write-in ballot received from the elector.

2. Whatever ballot is received on Election Day is counted and all other ballots received after Election Day will be rejected.

*Hospitalized Electors*

A hospitalized elector may certify that they cannot appear at the polling place on Election Day and appoint an agent to conduct the absentee ballot request/delivery process on the elector's behalf. Wis. Stat. § 6.86(3)(a)1, 2.

*Procedure*

1. The hospitalized elector may not request a ballot by agent more than 7 days before an election or after 5:00 p.m. on Election Day. Wis. Stat. § 6.86(3)(c).

2. If the elector is not registered, the elector must complete a voter registration application and provide proof of residence. Wis. Stat. § 6.86(3)(a)2.

   a. If the hospitalized elector is unable to sign the registration due to physical disability, they may authorize an assistant to sign on their behalf.
      i. The assistant must also sign their name as the assistant and provide their address.

WEC 000250

ii. The assistant need not be the agent.

The hospitalized elector must complete an absentee application and provide proof of identification. Wis. Stat. § 6.86(3)(b).

    b. The agent must provide their name, signature and address on the absentee application.

    c. If the hospitalized elector is unable to sign the application due to physical disability, they may have an assistant sign the application.

        i. The assistant must also sign their name as the assistant.

        ii. The assistant need not be the agent.

3. The agent for the hospitalized voter delivers a completed absentee ballot application or the written equivalent to the municipal clerk for the hospitalized elector's municipality of residence. Wis. Stat. § 6.86(3)(b).

4. An agent must provide their own proof of identification before the municipal clerk may issue an absentee ballot to the agent. The clerk should ensure that the identification matches the information on the application. Wis. Stat. § 6.86(3)(b).

5. The municipal clerk issues an absentee ballot, absentee certificate envelope and uniform instructions in an absentee carrier envelope to the agent for the hospitalized elector. Wis. Stat. § 6.86(3)(b).

6. The agent transports the absentee ballot to the hospitalized elector. Wis. Stat. § 6.86(3)(c).

    a. The hospitalized elector votes the ballot in the presence of a witness.

        i. The agent or another designee of the elector may assist in filling out the ballot and should sign the ballot as the assistant.

    b. The hospitalized elector places the voted ballot in the absentee certificate envelope, seals and signs the envelope.

    c. The witness signs the envelope and provides their address.

i. The agent may serve as the witness.

The agent must deliver or mail the absentee certificate envelope. Wis. Stat. § 6.86(3)(c).

    a. In person delivery to the municipal clerk, to the polling place or a central count location, if there is one, must be done by 8:00 p.m. on Election Day.

    b. By mail delivery to the municipal clerk must be postmarked and received by Election Day.

*Sequestered Jurors*

If an elector indicates in their written request for an absentee ballot that they are a sequestered juror, the following special procedures apply:

1. The municipal clerk must receive the sequestered juror's absentee request and proof of identification no later than 5:00 p.m. on Election Day.

2. If the application is received on or before 5:00 p.m. on the Friday before the election, the clerk may mail the absentee ballot to the sequestered juror.

3. If the application is received after 5:00 p.m. on the Friday before the election:

    a. The clerk or the clerk's agent shall immediately take the ballot to the court in which the elector is serving as a juror and deliver the ballot to the judge.

    b. The judge shall recess court, as soon as convenient, and give the elector the ballot.

    c. The judge shall then serve as witness for the sequestered juror and return the voted ballot to the clerk or clerk's agent.

Wis. Stat. § 6.86(1)(b).

*Occupants of Residential Care Facilities and Retirement Homes*

For information on the procedures for absentee voting in Wisconsin nursing homes, qualified community-based residential facilities, qualified retirement homes, qualified retirement homes, qualified residential care apartment complexes and qualified adult family homes, please reference the *"Absentee Voting in Residential Care Facilities and Retirement Homes"* manual available on the WEC website. Wis. Stat. § 6.875.

*Alternate Absentee Ballot Site*

The governing body of a municipality may elect to designate a site to replace the office of the municipal clerk as the location from which electors of the municipality may request and vote absentee ballots. Wis. Stat. § 6.855(1).

1. The designated site shall be located as near as practicable to the office of the municipal clerk. Wis. Stat. § 6.855(1).

2. The governing body shall not later than 14 days prior to the time absentee ballots are available (47 days before each primary or election for national office, 21 days before each other primary or election) designate an alternate absentee ballot site. Wis. Stat. § 6.855(1).

3. The municipal clerk shall display notice of the alternate site in the office of the municipal clerk. Wis. Stat. § 6.855(2).

4. An alternate absentee ballot site shall be staffed by the municipal clerk or employees of the clerk. Wis. Stat. § 6.855(3).

5. An alternate absentee ballot site must be accessible to all individuals with disabilities. Wis. Stat. § 6.855(4).

WEC 000253

## Absentee Ballot Request Deadlines

The following chart outlines the specific deadlines to request an absentee ballot that apply to different types of absentee voters.

| Applicant | How received | Type of Election | Deadline |
|---|---|---|---|
| Regular – Specific Election Request | Mail/Email/Fax | All | Received by 5:00 p.m. on the 5th day before the election – Wis. Stat. § 6.86(1)(b) |
| Regular – Calendar Year Request | Mail/Email/Fax | All | 5:00 p.m. on the Friday before the election – Wis. Stat. §§ 6.86(1)(b), (2m) |
| Regular | In-person | All | Clerks may begin in-person absentee voting no earlier than 14 days before an election. Voting may not occur the Monday before the election. |
| Hospitalized | Mail/Email/Fax (By agent only) | All | Not earlier than 7 days before an election and not later than 5:00 p.m. on Election Day – Wis. Stat. § 6.86(3)(c) |
| Indefinitely confined | Mail/Email/Fax | All | 5:00 p.m. on the Friday before the election – Wis. Stat. §§ 6.86(1)(b), (2) |
| Military (Not Away) | Mail/Email/Fax | All | 5:00 p.m. on the Friday before the election – Wis. Stat. § 6.86(1)(c) |
| Military (Away) | Mail/Email/Fax | All elections that do not include a national office | 5:00 p.m. on the Friday before the election – Wis. Stat. § 6.22(4)(b) |
| Military (Away) | Mail/Email/Fax | All elections for national office | 5:00 p.m. on Election Day – Wis. Stat. § 6.86(1)(b) |
| Overseas | Mail/Email/Fax | All | 5:00 p.m. on the 5th day (Thursday) before the election – Wis. Stat. § 6.86(1)(b) |
| Sequestered Juror | Mail/Email/Fax | All | 5:00 p.m. on Election Day – Wis. Stat. § 6.86(1)(b) |
| SVD facility occupant | By Special Voting Deputy | All | Received as part of a facility visit starting no later than 5:00 p.m. on the Monday before the election. Wis. Stat. § 6.875(6)(a). |

## Provisional Voting

In Wisconsin, provisional voting is <u>ONLY</u> used in two situations:[4]

1. If an individual who attempts to register to vote at the polling place on Election Day has been issued a Wisconsin Driver License or Wisconsin DOT-Issued Identification Card, that is not expired or cancelled, even if driving privileges have been revoked or suspended, but is unwilling or unable to provide the license or state identification card number, and the lack of that number is the only missing item of information, the individual may vote provisionally.

   a. The number is not required for a WI Driver License or DOT-Issued ID Card that has expired or been cancelled.

   b. Wisconsin DOT/DMV maintains a Help Desk for individuals to call if they need to look up their WI Driver License or DOT-Issued ID Card number. The phone number is: (608) 266-1069, option 1.

   c. Individuals who have an unexpired WI Driver License or DOT-Issued ID Card may NOT use the last four digits of their Social Security number to register.

2. If an elector is required to provide proof of identification and failed to provide the required proof of identification, they may vote provisionally.

   a. All voters on Election Day except for confidential voters are required to show proof of identification before receiving a ballot.

   b. If an individual is unable or unwilling to provide the required proof of identification at the polling place on Election Day, they may vote provisionally.

There is <u>NO</u> other situation in which provisional voting should be used. Provisional ballots are NOT given when a voter is at the wrong polling place. If a voter appears at the wrong polling place, they must be directed to the proper location. Provisional

---

[4] Please note that provisional voting was previously used in an additional situation: when a first-time voter who registered by mail before April 4, 2014 and failed to provide proof of residence when appearing to vote at a polling place. The last person who qualified to receive a provisional ballot due to failure to provide proof of residence from a registration prior to 2014 was rectified in November 2019.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 153 of 157   Document 117-72

ballots are also NOT given when a person is attempting to register in-person at the polling place and cannot provide the required proof of residence.

Wis. Stat. § 6.97(1-4).

*Procedure*

Once it is determined a voter will vote provisionally, the following procedures are required:

1. If the elector has been issued a provisional ballot due to failure to provide their Wisconsin Driver License or Wisconsin DOT-Issued ID Card number when registering, the election inspectors must still ask the elector to provide an acceptable form of proof of identification.

1. Every provisional voter must complete a Provisional Ballot Certificate Envelope (EL-123).

2. The voter completes the certificate envelope in the presence of at least one election inspector by providing:

   a. Full name

   b. Complete address, including municipality and county

   c. Date of birth

   d. Indication of U.S. Citizenship

   e. Date of election

   f. Signature and date

3. The election inspector completes the certificate envelope by:

   a. Signing and dating the certificate envelope.

   b. Indicating the type of required information (either "WI Driver License/WI DOT-Issued ID Card Number" or "Proof of

Identification") by checking the appropriate box on the certificate envelope. More than one box may need to be checked.

4. The election inspector issues a provisional voter number (PV#), which is recorded on the voter list. A voter number is NOT issued to the elector at this time and the elector does NOT sign the poll list.

   a. This number is issued sequentially, starting with "1."

   b. The PV# is also recorded in six places:

      (1) The back of the ballot

      (2) On the Inspectors' Statement (EL-104)

      (3) On the Provisional Ballot Certificate Envelope (EL-123)

      (4) On the Provisional Ballot Reporting Form (EL-123r)

      (5) On the poll list or supplemental poll list

      (6) On the Provisional Voting Information sheet for the elector

5. The elector votes the ballot, seals the voted ballot in the Provisional Ballot Certificate Envelope (EL-123), and returns the sealed envelope to the election inspector.

6. Election inspectors must provide the elector with the Provisional Voting Information Sheet.

7. The sealed certificate envelope (EL-123) is placed inside the Inspectors' Certificate for Provisional Ballots Envelope (EL-108).

   a. The election inspectors record the name of the elector, the PV#, and the reason for the provisional ballot on the Provisional Ballot Reporting Form (EL-123r) and on the Inspectors' Statement (EL-104).

   b. The Inspectors' Certificate of Provisional Ballots Envelope (EL-108) must be kept secure throughout Election Day.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 155 of 157   Document 117-72

 c. When the polling place closes, the Inspectors' Certificate of Provisional Ballots Envelope (EL-108) must be secured in a separate ballot bag with a tamper evident serialized numbered seal. The serial number shall be recorded on the signed ballot container certification attached to the bag and on the Inspectors' Statement. The bag should be marked "Provisional Ballots."

8. An elector who was issued a provisional ballot may return to the polling place before 8:00 p.m. to provide the missing documentation to the election inspectors. Election inspectors shall review the provided documentation to determine if it is satisfactory.

 a. If the provided documentation is <u>not valid</u> the election inspectors shall inform the elector and document the incident on the Inspectors' Statement (EL-104).

 b. If the provided documentation <u>is valid</u>:

  i. The elector must sign the poll or supplemental list.

  ii. Note on the Inspectors' Statement (EL-104) that the elector provided the required documentation.

  iii. Initial and date the Provisional Ballot Reporting Form (EL-123r) to indicate that the elector provided the required documentation.

  iv. Election inspectors should offer the elector the option of spoiling the provisional ballot and voting a new ballot.

  v. If the elector chooses to spoil the provisional ballot:

   1. The Provisional Ballot Certificate Envelope (EL-123) is removed from the Inspectors' Certificate of Provisional Ballots (EL-108) envelope and given to the elector.

   2. The elector should remove the provisional ballot and spoil it.

   3. Document the incident and spoiled ballot on the Inspectors' Statement (EL-104).

   4. The elector signs the poll list.

5. The elector is issued a sequential voter number, which is recorded on the poll list and noted on the Provisional Ballot Reporting Form (EL-123r) by marking "on poll list" in the column labeled "Voter Number Issued."

6. The elector is given a new ballot.

vi. If the elector chooses to cast the provisional ballot:

1. Note on the Inspectors' Statement (EL-104) and initial and date the Provisional Ballot Reporting Form (EL-123r) that the elector provided the required documentation.

2. Remove the elector's Provisional Ballot Certificate Envelope (EL-123) from the Inspectors' Certificate of Provisional Ballots (EL-108) envelope.

3. Verify that the Provisional Ballot Certificate Envelope (EL-123) has not been opened or tampered with.

   a. If the Provisional Ballot Certificate Envelope (EL-123) has been tampered with, the election inspectors shall spoil the provisional ballot and instruct the elector to cast a new ballot.

4. The elector signs the poll list.

5. The elector is issued a sequential voter number, which is recorded on the poll list and noted on the Provisional Ballot Reporting Form (EL-123r) by marking "on poll list" in the column labeled "Voter Number Issued."

6. Provide the elector with the Provisional Ballot Certificate Envelope (EL-123) and instruct him or her to remove the ballot and place it in the ballot box or voting equipment.

7. Collect the used Provisional Ballot Certificate Envelope (EL-123) from the elector and place it back in the Inspectors' Certification of Provisional Ballots (EL-108) envelope.

WEC 000259