*Processing*

1. A Provisional Ballot Reporting Form (EL-123r) must be completed by the election inspectors at the polling place listing all of the electors who cast a provisional ballot. The clerk must review the form and send a copy to both the county clerk and their WisVote provider if different after the close of polls on Election Day. The municipal clerk must keep a copy for their office. A blank Provisional Ballot Reporting Form is available on the agency website.

2. All electors who have been issued a provisional ballot must be tracked in WisVote on election night. WisVote must also be updated if/when an elector provides the missing information.

   a. Self-Providers must enter the information into WisVote. Please see the WisVote Training Manual for details.

   b. Reliers must provide the Provisional Ballot Reporting Form (EL-123r) to their Provider. Reliers must inform their Provider with updates if/when electors provide the missing information.

   c. Providers must enter provisional ballot information into WisVote on election night on behalf of their reliers. Please see the WisVote Training Manual for details.

   d. The ballot bag containing the provisional ballots must be secured in the municipal clerk's office until they are delivered to the Municipal Board of Canvassers for processing.

3. Provisional ballots are not counted until the required information (either WI Driver License/WI DOT-Issued ID car number and/or proof of identification) is provided to either the election inspectors by 8:00 p.m. on Election Day, or to the municipal clerk or deputy clerk by 4:00 p.m. on the Friday after the election.

   a. Municipal clerks must be available to receive the missing information from electors who have an outstanding provisional ballot through 4:00 p.m. on the Friday after the election:

WEC 000260

     i.   Electors who need to provide their WI Driver License or WI DOT-issued ID Card number may provide the number:

         1. Over the phone
         2. By electronic transmission
         3. By delivery (not in-person)
         4. In-person

     ii.   Electors who need to provide proof of identification must provide their photo ID in-person.

  b. Electors who provide their information after Election Day do not sign the poll list.

  c. When an elector provides missing provisional information after Election Day, the municipal clerk must update the EL-123r with:

     i.   The type of provisional documentation provided
     ii.   The method used to provide the missing information
     iii.  The date and time the elector provided the missing information
     iv.  The clerk's name

  d. WisVote must also be updated when an elector provides missing provisional information after Election Day.

4. If the person voting provisionally does not present the information to the municipal clerk by 4:00 p.m. on the Friday after the election the Provisional Ballot Certificate Envelope (EL-123) is not opened. Neither the voter nor the ballot is counted as part of the Election Day results if the missing required information is not returned by the deadline.

5. The municipal clerk should maintain communication with the county clerk regarding the number of outstanding provisional ballots.

6. After the 4:00 p.m. deadline on the Friday following the election, the municipal clerk transmits an updated EL-123r to the County indicating which electors provided missing information.

7. The ballot bag containing the provisional ballots should only be opened during a meeting of the Municipal Board of Canvassers.

WEC 000261

8. The Municipal Board of Canvassers will meet to count and tally the provisional ballots for which the elector has supplied the missing information.

   a. The Board of Canvassers will assign a voter number to the elector starting with the last voter number issued on Election Day in the appropriate reporting unit.

   b. The voter number is recorded on the EL-123r.

   c. The votes cast on the provisional ballot are tallied on a Tally Sheet (EL-105).

   d. A copy of the EL-123r and the tally sheets used at the Board of Canvassers is forwarded on to the other affected Boards of Canvassers.

Wis. Stat. § 6.97(1-4).

## Frequently Asked Questions

*1. Can persons convicted of a felony vote?*

A person who has been convicted of a felony may not vote until the term of their sentence, including probation or parole, has been served.

*2. What if a person moves away but indicates that they have the intent to return?*

So long as they have not registered to vote at the new municipality, they may retain their right to vote in the former municipality.

*3. What if the elector has recently moved to the municipality?*

Individuals who have moved within the state, but have resided at their new address fewer than 28 days must vote at the polling place that served their previous residence. Individuals who have recently moved to the state and resided at their address fewer than 28 days may vote for President and Vice President only by completing the Application for Presidential Ballot – New Wisconsin Resident (EL-141).

4. *If an individual is temporarily overseas, such as for school, are they considered an overseas elector?*

Yes. That individual is considered an overseas elector and is treated like any other UOCAVA voter.

5. *Can a spouse or family member request an absentee ballot on behalf of their relative?*

No. The clerk is required to obtain written request from each elector before issuing an absentee ballot.

6. *Can a person other than the voter return a voted absentee ballot on behalf of the voter?*

Yes. A ballot hand-delivered to the clerk's office or polling place is considered returned by mail.

7. *Can a voter take a ballot out of the clerk's office?*

No. An elector may NOT take the ballot out of the clerk's office. However, an absentee voter may obtain and cast a ballot inside the clerk's office during the in person absentee voting hours.

8. *Rather than returning a ballot to the clerk's office, can an absentee elector deliver the ballot to the polling place?*

Yes. If the absentee elector returns the ballot to the polling place, the election inspectors must indicate that the absentee ballot was hand-delivered on the Inspectors' Statement (EL-104) and Absentee Ballot Log (EL-124).

WEC 000263

WEC 000264

# ELECTION OFFICIALS

## Summary

An election official is defined as "an individual who is charged with any duties relating to the conduct of an election." Wis. Stat. § 5.02(4e). County, municipal and school district clerks are election officials, as are election inspectors, chief inspectors, election registration officials (EROs), tabulators, greeters, and canvass board members. Election officials perform a very important public service by enhancing the high quality and integrity of our elections. It is important that you, as a municipal clerk, ensure there are qualified and well-trained individuals for these positions. Wisconsin Statute Chapter 7 prescribes the selection, training, and duties for election officials.

## Municipal Clerks

### *Appointment and Qualifications*

Municipal clerks are elected by the electors or appointed to their positions by the governing body of a given town, village, or city. For specific qualification and residency requirements, consult your municipal attorney.

### *Duties*

The municipal clerk's election duties include, but are not limited to, supervision of elections and voter registration in the municipality, equipping polling places, purchasing and maintaining election equipment, preparing ballots and notices, and conducting and tracking the training of other election officials. The municipal clerk is responsible for conducting the election in his or her municipality. Wis. Stat. § 7.15.

A municipal clerk may register voters in his or her office on Election Day if located within the same building as the polling place with a resolution of the governing body.

### *Training Requirement*

Under Wisconsin law, each municipal clerk must attend training sponsored by the Wisconsin Elections Commission every two years. Wis. Stat. § 7.15(1m). In order to comply with this training requirement, municipal clerks must obtain six hours of

WEC 000265

training every two-year term, beginning January 1 of even-numbered years and ending on December 31 of odd-numbered years. EL 12.03(2).

All clerks must be initially certified by attending the Municipal Clerk Core Curriculum Training course, which counts as three hours of training toward the six hours required in any given term. Clerks always need to earn a minimum of six hours of training during the current term in order to recertify for the next term. EL 12.03(1), (2).

Clerks must report their election training and the number of hours to the WEC using the Municipal Clerk Recertification Reporting Form which is available on the WEC's website. WisVote users can enter their training directly into the system for review and approval by WEC staff. Training not reported using the form or entered into WisVote will not be counted towards recertification hours. Training "sponsored" by the WEC includes any training for municipal clerks that the WEC approves. This includes, but is not limited to, election trainings conducted by county clerks, online training presentations, and election administration or WisVote webinar sessions, either live or recorded. EL 12.03 (4), (5)

## Election Inspectors

Election inspectors, often referred to as "poll workers," staff the polling place on Election Day. Election inspectors' duties include setting up the polling place, preserving order, registering electors, recording voter numbers, issuing ballots, monitoring voting equipment, counting votes, and properly completing required forms. Wis. Stat. § 7.37.

Special note regarding election inspector appointments: It is the opinion of the Commission that election inspectors may not serve at elections where they, their spouse, or immediate family member is a candidate on the ballot or under other circumstances where a candidate's success or failure to win election would affect the election inspector financially. There may be other laws that specifically prohibit certain individuals from serving as election inspectors. Clerks are encouraged to check with their local municipal attorney if they have any questions as to whether a given individual may serve.

*Number of Election Inspectors*

1. Each polling place should have seven inspectors.

WEC 000266

The governing body may increase the number where more than one voting device is used or polling places are combined. Wis. Stat. 7.30(1)(a).

2. By ordinance, the governing body may provide for the selection of alternates or for the selection of two or more sets of inspectors to work at different times on Election Day. Alternate officials may be appointed to maintain adequate staffing of polling places. Wis. Stat. § 7.30(1)(a).

3. The governing body of the municipality may reduce the number of election inspectors by resolution. However, no polling place may have fewer than three election inspectors. Wis. Stat. § 7.32.

*Qualification of Election Inspectors*

Election inspectors must meet the following criteria:

1. They must be nominated.

   The two political parties whose candidates for governor or president received the largest number of votes in the previous general election may submit lists of election inspector nominees no later than November 30 of an odd-numbered year. When party lists are received, election inspector appointments must be made from them. When lists of election inspector nominees are not received from the political parties, appointments are made without regard to party affiliation. Wis. Stat. § 7.30 (4) (b).

   As a municipal clerk, you should contact the appropriate statutory committeeperson or voluntary county party chairperson before the first week in November and advise him or her of their responsibility to submit a list of nominees to the Mayor, Village President or Town Board Chairperson. Do not hesitate to recommend election inspectors who have proven to be effective workers.

   Determining Party Imbalance at Each Polling Place

   a. The party whose candidate for Governor President at the last general election received the most votes *at that polling place* (the "dominant" party) is entitled to one extra inspector.

WEC 000267

b. Determine party imbalance for each polling place in anticipation of receiving lists of inspector nominees from the political parties.

Example:
Republican candidate for governor received the most votes at the polling place at the last general election. Seven total inspectors are needed. Positions available: Four Republican positions and three Democratic positions.

c. Positions identified as Republican and Democratic remain as such for the duration of the term.

<u>When Lists are Received from One or Both Parties</u>:

Clerks are advised to contact each party's nominees to confirm their willingness to serve before submitting the names to the governing body for appointment.

a. Document any nominees not willing to serve and provide the Party those names.

b. The clerk may also inquire as to willingness to serve as a chief inspector and arrange for training for those who are interested.

Note: Refusal to serve as a chief inspector is not grounds for nonappointment.

Appointments must be made from the lists submitted by the parties for as long as election inspector positions are available. If party lists have been timely received, positions must be filled from the lists until the names on those lists have been depleted.

a. Nominees must be qualified electors of the county in which they reside.

b. The lists may also designate individuals as first choice nominees, who must be appointed first. Wis. Stat. § 7.30 (4)(b)(1).

1) First choice nominees may be designated by a symbol, such as a star, asterisk or checkmark.

WEC 000268

2) If "first choice" is not indicated, but the names are numbered, they should be appointed in numerical order.

Appointment of persons not appearing on the lists may only occur after the lists have been depleted. Note: The parties have sole discretion to determine nominee criteria.

When party lists are received, the clerk must adhere to "party imbalance" *at each polling place*. The dominant party is entitled to one more election inspector at that polling place than the other party.

Example: Five election inspectors are to be placed at a polling place. The Democratic candidate for governor or president received the most votes at the polling place at the last general election. This means that three positions are Democratic and two positions are Republican. The governing body appoints three names from the Democratic list and two names from the Republican list.

It is possible that the dominant party will differ between polling places in the same municipality.

<u>If Lists are Received but are Insufficient</u>:

If the Democratic and Republican parties' lists are insufficient or the nominees decline to serve in the positions available for that party's nominees, the remaining positions are filled without regard to party affiliation.

Example: Seven inspectors are to be placed at a polling place. The Republican candidate for governor or president received the most votes at the polling place at the last general election. This party imbalance gives the Republican Party the extra inspector so the ratio is four Republican positions to three Democratic positions. If sufficient lists from both parties were submitted, four names would be appointed from the Republican list and three names would be appointed from the Democratic list.

However, in this example there are only three names on the Republican list and no Democratic list was submitted. The governing body appoints the three Republican names and the Mayor, Village President or Town Board Chairperson nominates other qualified individuals, regardless of party

WEC 000269

affiliation, and submits the names to the governing body for appointment to the remaining four positions.

If the Democratic Party submitted a list with two names, the two Democratic nominees and two unaffiliated nominees would be appointed along with the three Republican nominees.

The parties may supplement their initial list of nominees at any time during the term. Wis. Stat. § 7.38.

If No Lists are Received:

If no lists are submitted, the Mayor, Village President or Town Board Chairperson nominates other qualified individuals, regardless of party affiliation, and submits the names to the governing body for appointment. All appointments are made without regard to party affiliation. Wis. Stat. § 6.875.

*Appointment of Inspectors by Governing Body*

Appointment of inspectors must occur no later than December 31st of an odd-numbered year. Wis. Stat. § 7.30 (4)(a).

    a. The clerk submits the party lists to the governing body.

        1) Advise the governing body of the requirement to appoint any first-choice nominees first.

        2) Advise the governing body if lists are insufficient so that unaffiliated inspectors may be nominated.

    b. The governing body must appoint at least as many inspectors as there are positions to be filled.

    c. Appointments are made from the party lists until each party's positions have been filled or until the lists are depleted.

    d. If positions remain open and the lists have been depleted, "unaffiliated" inspectors may be appointed to the remaining positions.

    e. Additional inspectors may be appointed as alternate.

WEC 000270

2. Inspectors must be able to read, write and understand the English language. As municipal clerk, you may administer an examination, if required by the governing body, to all persons nominated as election inspectors to prove their ability to read, write and understand the English language, and their general knowledge of the election laws. Wis. Stat. § 7.30 (2)(c).

3. Inspectors are required to receive training from the municipal clerk within the two years preceding the election event at which the inspector intends to work. Wis. Stat. 7.315 (b)(1).

4. An inspector may not be a candidate for any office to be voted on at an election at which they serve. Wis. Stat. § 7.30 (2)(a).

5. Election inspectors must be qualified electors of the county served by the polling place in which they work.

   a. The chief inspector(s) must be a qualified elector of the municipality, except if a qualified candidate is not available. Wis. Stat. § 7.30 (2)(a).

   b. A high school poll worker must be a resident of the municipality. Wis. Stat. § 7.30 (2)(am).

6. The municipal clerk should identify any election inspectors appointed by one of the two major political parties. The chief inspector must ensure that any Election Day tasks which require completion by two election inspectors are represented by each party, whenever possible. Wis. Stat. § 7.30 (2)(a).

*Term of Office*

Election inspector terms run from January 1 of an even-numbered year through December 31 of the subsequent odd-numbered year. Wis. Stat. § 7.31 (4).

*Filling Vacancies*

Permanent vacancies in Republican or Democratic positions are filled by the municipal clerk from the remaining names on the lists submitted by the parties or from names submitted by the parties to supplement the original lists. Wis. Stat. § 7.30 (2)(b), (4)(d).

Temporary vacancies created by a candidacy, illness or other temporary causes can be filled by the municipal clerk to serve for one election only.

1. A party that did not submit a list by November 30th may not submit a list of names after that deadline.

2. If there are no lists or the lists have been exhausted, the municipal clerk may fill the vacancy without regard to party affiliation.

3. If an unaffiliated inspector vacates his or her position, and the party entitled to that position has submitted supplemental names, the vacancy is filled from the supplemental list.

    a. If no supplemental list has been submitted since the unaffiliated appointment was made, the clerk may fill the vacancy with another unaffiliated inspector.

*Training Election Inspectors*

1. Election inspectors are required to attend training every two years, and must have attended training within two years of any election at which they serve.

    a. It is the responsibility of the municipal clerk to see that all election inspectors are provided with adequate training for the performance of their duties.

    b. You may remove an inspector for failure to attend required training sessions.

    c. Absence from training is neglect of duty, one of the grounds for dismissal.

2. The Wisconsin Elections Commission suggests, at a minimum, the clerk go over the Election Day duties listed in the Election Day manual.

Wis. Stat. § 7.315.

## Chief Election Inspectors

*Designating a Chief Inspector*

The municipal clerk designates one of the inspectors as chief inspector for the polling place. This individual acts as liaison between the election inspectors and the municipal clerk and is in charge of the polling place on Election Day. The chief

WEC 000272

inspector must be a qualified elector of the municipality, except when no qualified candidate is available. The chief inspector is counted in the overall odd number of inspectors at the polling place. EL 11.01(1).

Although the municipal clerk ultimately designates the chief inspector, care should be taken to maintain the party imbalance.

1. If all positions at the polling place have been filled from party lists, clerks are encouraged to select one of the party appointees as the chief inspector.

    R R (R) D D    or    R R R (D) D

2. If none of the party appointees are qualified as chief inspectors, select a qualified unaffiliated inspector. (Keep party representation even.)

    R R U D D

3. If you have mixture of affiliated and unaffiliated inspectors, choose any qualified inspector.

4. If it is necessary to remove an inspector in order to insert a qualified chief inspector, replace an unaffiliated inspector if possible.

*Chief Inspectors: Municipal Residents vs. County Residents*

Wis. Stat. §7.30(2)(a) indicates a preference for the CI to be a municipal resident, but offers an exception: "…each chief inspector shall be a qualified elector of the municipality in which the chief inspector serves. *If no qualified candidate for chief inspector is available…the person so appointed need not be a qualified elector of the municipality…*"

Again, the municipal clerk chooses the chief inspector, but the statute confines the selection to municipal residents unless no qualified municipal resident is available. This requirement intertwined with the requirement to maintain party imbalance can be a challenge to implement.

It is recommended that you choose a chief inspector using the following priority order:

WEC 000273

1. **Affiliated municipal resident**
   If there is an affiliated inspector who is a resident of the municipality who is trained or willing to be trained as a CI, arrange for training and use for CI. Maintain party imbalance at the polling place.

2. **Unaffiliated municipal resident**
   If no affiliated municipal resident is trained or willing to be trained as a CI, arrange for training of an unaffiliated municipal resident. If this means replacing an affiliated inspector, keep the party representation even.

   **R  R  (U)  D  D**

3. **Affiliated resident of the county**
   If there is no affiliated or unaffiliated municipal resident trained or willing to be trained as a CI, arrange for training a willing affiliated inspector who is a resident of the county.

4. **Unaffiliated county resident**
   If there is no municipal resident or affiliated county resident trained or willing to be trained, arrange for training of a willing unaffiliated county resident. If this means replacing an affiliated inspector, keep the party representation even.

   **R  R  (U)  D  D**

*Training of Chief Inspectors*

Chief inspectors are required to attend "Baseline" training in order to be initially certified. Attending Baseline training certifies the attendee as a chief inspector for the current term. In order to recertify for the following term, a chief inspector must attend at least six hours of Wisconsin Elections Commission approved continuing election education during the current term. (Attendance at Baseline training also counts toward recertification for the following term.) Please see the agency website for a list of approved methods of accumulating hours toward recertification of chief inspectors. Wis. Stat. § 7.31(4). EL 11.02.

The county or municipal clerk conducting recertification training for other clerks or election inspectors must submit an agenda or course outline to the Wisconsin Elections Commission for approval. EL 11.03(3). Training hours of election inspectors are documented and tracked by the municipal clerk. Chief inspectors may be given a self-administered evaluation as part of training, the results of which

WEC 000274

will not affect the chief inspector's appointment or qualifications to serve. The results do not have to be reported to the WEC.

## High School Student Election Inspectors

State law permits certain qualified high school students to work at the polls on Election Day. Students must be enrolled in a public, private or tribal school. Students may decide for themselves to serve as election inspectors or in response to a school sponsored initiative. Civics, government or political science teachers may see this as an opportunity for a real-life learning experience. Student organizations may find this to be an attractive form of community service and an interesting learning opportunity. Allowing students to work as election inspectors provides an opportunity for students to become involved in the election process and also offers clerks another resource for filling election inspector positions. Students with foreign language skills can serve at polling places where voters may need assistance understanding the ballot, voting equipment and other election-related materials. In many locations, Hmong and Spanish speaking voters need special assistance. Municipal clerks are encouraged to work with their local high schools to enable students to serve as election inspectors.

*Qualifications*

A student qualifies to serve as an election inspector if the student:

1. Is 16 or 17 years of age

2. Is enrolled in grades 9 to 12 in a public, private or tribal school

3. Has at least a 3.0 grade point average or the equivalent

4. Has the written approval of the student's parent or guardian

5. Has the written approval of the principal of the school in which the student is enrolled, if the student has less than a 3.0 grade point average

6. Is a resident of the municipality of the polling place at which he or she serves

WEC 000275

*Written Authorization*

Before a student may be appointed as an inspector, the municipal clerk shall obtain written authorization from the student's parent or guardian and from the principal of the school where the student is enrolled, if the student has less than a 3.0 grade point average. Upon appointment, the municipal clerk shall notify the principal of the school where the student is enrolled of the date of the election at which the student will serve.

*Restrictions*

1. A student may only serve as an inspector at a polling place if at least one inspector, other than the chief inspector, is a qualified elector of the municipality

2. A student may not serve as chief inspector at a polling place

3. A student serving as an election inspector may not challenge any person offering to vote

Wis. Stat. § 7.30 (2)(am).

## Election Registration Officials (EROs)

*Appointment and Qualifications*

Municipal Clerks may appoint Election Registration Officials to conduct voter registration at the polling place, at residential care facilities during the open registration period, and in the clerk's office during in-person absentee voting. An ERO must be a qualified elector of the county for the polling place, residential care facility or clerk's office at which they serve. However, a non-resident clerk or deputy clerk may serve as an ERO in case of a vacancy.

EROs are appointed to a two-year term, which runs from January 1 of an even-numbered year through December 31 of the subsequent odd-numbered year. The ERO is required to take the same training as election inspectors. If an ERO will be filling in for an election inspector (lunch, breaks, etc.), he or she must also be appointed as an election inspector.

*Duties*

If appointed, EROs carry out the registration duties at the polling place on Election Day, in the clerk's office during in-person absentee voting and in residential care facilities during open registration. At particularly high-turnout elections, EROs ease the election inspectors' workload. Wis. Stat. § 6.28(1)(a).

*Training Requirement*

EROs are required to receive training from the municipal clerk within two years of any election at which they serve and take an oath. It is the responsibility of the municipal clerk to see that EROs are provided with adequate training for the performance of their duties.

Wis. Stat. § 7.315 (4).

## Special Voting Deputies

Special Voting Deputies (SVDs) conduct absentee voting at certain care facilities. SVDs are one of the methods by which absentee voting may be conducted in qualified care facilities and retirement homes. Wis. Stat. § 6.875.

A person who is appointed an SVD must:

1. Be a qualified elector of the county

2. Must attend training

3. May not currently be employed by the facility

4. May not have been employed by the facility within two years of the appointment

5. May not be an immediate family member of anyone currently employed by the facility or employed by the facility within two years of the appointment

*Selection and Appointment*

1. Nominations for special voting deputy positions may be submitted by the two dominant political parties at the same time as election inspector

WEC 000277

nominations are submitted. If no nominations are submitted, then the municipal clerk may appoint qualified electors of the municipality of his or her choosing, without regard to party affiliation.

2. The two deputies designated to conduct absentee voting at each facility should be affiliated with different political parties whenever possible.

3. SVDs are appointed by the municipal clerk for one election cycle.

4. At the discretion of the municipal clerk multiple pairs of SVDs may be assigned to conduct absentee voting at a care facility due to the size of the facility and/or large numbers of registered voters.

*SVD Training*

Special Voting Deputies are required to attend training every two years, and must have attended training within two years of any election at which they serve. The Wisconsin Elections Commission has developed a manual for clerks to use to train Special Voting Deputies. The *Absentee Voting in Residential Care Facilities and Retirement Homes* manual is available on the agency website. Wis. Stat. § 7.315 (1)(a).

## Greeters and Tabulators

*Greeters*

Each municipality may appoint one additional inspector regardless of party affiliation to act as a greeter and substitute for other officials as necessary on Election Day. Greeters may not participate in the canvass after the polls close. Wis. Stat. § 7.30(1)(b).

*Tabulators*

Not less than 30 days before an election, the governing body may, by resolution, authorize the municipal clerk to select and employ tabulators. Tabulators are to assist and be under the direction of the election inspectors after the polls close. Wis. Stat. § 7.30(3)(b).

WEC 000278

## Oaths of Office

1. All election officials are required to take and file an oath.

2. Municipal clerks administer the oath of office at the time of appointment or at a training session to:

   a. Election Inspectors (including Chief Inspectors)

   b. Election Registration Officials

   c. Special Voting Deputies

   d. Greeters

   e. Tabulators

3. The oath must be filed before the commencement of the official's duties.

4. The oath is valid for the entire two-year term of the appointment.

5. Substitute inspectors may be given the oath by another inspector, preferably the chief inspector, on Election Day at the polling place.

6. The following oaths may be obtained from the agency website or directly from the Wisconsin Elections Commission.

   a. *Official Oath (EL-154)*: Filed by Election Inspectors, Chief Inspectors and Election Registration Officials , Greeters and Tabulators.

   b. *Oath of Special Voting Deputy (EL-155)*: Filed by Special Voting Deputies.

Wis. Stat. § 7.30 (5).


## Removing Election Officials

As municipal clerk, you have the authority to dismiss an inspector summarily if he or she is found to lack the qualifications for the position, neglects his or her duties during an election, electioneers, or commits official misconduct. Wis. Stat. § 7.15(1)(f). However, in the interest of fairness, a hearing before the governing

WEC 000279

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 20 of 184   Document 117-73

body is recommended before dismissal. Where it is found that an inspector has intentionally failed to properly endorse a ballot or intentionally given a voter a ballot not properly endorsed, that inspector should be suspended immediately by the chief inspector pending the filing of formal charges by the District Attorney. The chief inspector needs to inform the municipal clerk of such an action. The clerk fills the temporary vacancy for that election, and schedules a hearing before the governing body to hear the case before taking final action.

## Frequently Asked Questions

1. *What if a trained election inspector is not available to work at an election, and I have to use an inspector who has not been trained within the last two years?*

   In the event that a trained election inspector has an emergency and can't work on Election Day, an inspector who has not received training may be appointed to serve as an inspector, but not as a chief inspector, Election Registration Official or Special Voting Deputy. The appointment of an untrained individual is for a specific election only, and the untrained individual may only be appointed once in a two-year period. If the clerk is aware of the vacancy prior to Election Day, the clerk must provide some type of election training to the election inspector.

2. *What should I do if there is an emergency and I do not have a certified chief inspector?*

   You should contact an Elections Specialist at the Wisconsin Elections Commission who will direct you on the actions to be taken. The Wisconsin Elections Commission recommends arrangements should be made to have alternate trained chief inspectors available in case of emergency.

3. *What is "Baseline" training?*

   Baseline training is a two or three-hour chief inspector training course on basic election-day administration conducted by Wisconsin Elections Commission staff, by trained Wisconsin Municipal Clerks Association (WMCA) members or WEC certified clerk-trainers. The Baseline class is also available online in the WEC Learning Center. Baseline training is required for initial certification as a chief inspector.

WEC 000280

4. *I have a person who is interested in becoming a certified chief inspector. What does the person have to do to qualify as a certified chief inspector for the current term?*

The individual may accomplish certification by attending the Baseline training. Attendance at Baseline training will certify the new chief inspector for the current term. The newly certified chief inspector is eligible to serve at all subsequent elections during the current term.

5. *My chief inspector is certified for the current term. What else must he or she do in order to recertify for the next term?*

In order to recertify for the next term, the inspector will need to accumulate a minimum of six hours of Wisconsin Elections Commission approved training during the current term.

WEC 000282

# VOTING EQUIPMENT

## Summary

The proper use and security of voting equipment is integral to ensuring accuracy and maintaining voter confidence in the electoral process. Voting equipment accuracy and security has long been an issue of extreme importance for both election officials and voters. Elector confidence in the equipment used to count votes is an aspect of elections administration which continues to grow in significance. Careful execution and documentation of the procedures detailed in this section will alleviate many concerns, ensuring that the voting equipment used in your municipality is reliable and accurate.

## Voting Equipment in Wisconsin

In the State of Wisconsin, not every municipality uses the same type of voting equipment. State law grants a certain amount of leeway when mandating voting equipment usage. This means that some municipalities use hand-count paper ballots, some use optical scan equipment, and some use direct recording electronic (DRE) equipment. Many municipalities use a combination of these equipment types.

1. Municipalities with a population of 7,500 or more are required to use electronic voting equipment in every ward in every election. Wis. Stat. §5.40(1). Electronic voting equipment is equipment that tabulates votes electronically and includes both optical scan and DRE. Wis. Stat. §5.02(1c), (24g), (24w)(a). Ballot marking devices, such as the AutoMARK, ExpressVote, and ClearAccess do not electronically tabulate votes. Therefore, these devices are not considered electronic voting equipment.

2. All polling places must be equipped with at least one accessible voting equipment component to permit all voters to vote privately and independently. HAVA §301(a)(3)(A). More information on accessible voting equipment can be found in the Accessibility section of this manual.

## Voting Equipment Certification and Approval

Before any voting equipment system can be marketed or sold in the State of Wisconsin, the manufacturer must gain federal certification through a testing

WEC 000283

process administered by the U.S. Elections Assistance Commission (EAC). Following receipt of federal certification, voting equipment manufacturers must also obtain approval from the Wisconsin Elections Commission before making a system available for sale in the State of Wisconsin.

*Federal Certification*
42 U.S.C. §15301, HAVA §231(a)(1), HAVA §301(a)(1)(A).

In order to achieve federal certification as required by the Help America Vote Act (HAVA), a voting equipment manufacturer must:

1. Apply to the U.S. Election Assistance Commission (EAC) for testing and certification of the voting system.

2. Submit the equipment to a Voting System Test Laboratory (VSTL), which reviews and tests all firmware, software, and hardware. Following the rigorous test campaign, the VSTL issues a report to the EAC.

3. Receive an EAC-accredited certification number. The EAC issues certification numbers after reviewing the VSTL reports and confirming that the voting equipment conforms to the Voluntary Voting System Guidelines established by the EAC.

*State Approval*

In order to be granted Wisconsin state approval, a voting equipment manufacturer must:

1. Submit an application to the State of Wisconsin.
   Wis. Admin. Code §7.01(1).

   A voting equipment manufacturer may apply to the State of Wisconsin if it has received federal certification. However, any voting system submitted for approval must be federally tested and meet all standards put forth by the EAC. Wis. Admin. Code §7.01(1)(e).

2. Prepare the voting system for testing by WEC staff in three mock elections.

The voting system must pass testing using election definitions from a General Election, Partisan Primary, and Presidential Preference Election. Each of the

WEC 000284

three elections contains a special contest. Wis. Stat. §5.91, Wis. Admin. Code §7.02(1).

3. Hold a public demonstration. Wis. Admin. Code §7.02(2).

4. Submit equipment to the Voting Equipment Review Panel (VERP) for review. The VERP is a group of municipal clerks, county clerks, and representatives from advocacy groups who gather to review and offer feedback on voting systems being tested by WEC. Wis. Admin. Code §7.02(2).

5. Receive approval regularly scheduled meeting of the Wisconsin Elections Commission. This approval will permit the use of the voting system for any election in the State of Wisconsin. Wis. Stat. §5.91.

*Approved Voting Equipment Vendors*

The following is a list of all manufacturers of voting equipment currently approved for use in the State of Wisconsin. Approved voting equipment version numbers and vendor contact numbers for each of the vendors can be found on the agency website.

1. Clear Ballot Group

2. Dominion Voting Systems

3. Election Systems & Software (ES&S)

4. Premier Election Solutions
   (Serviced by Dominion Voting or Election Systems & Software)

5. Populex Corporation

6. Sequoia Voting Systems (Owned by Dominion Voting)
   (Programming and supplies provided by Command Central)

7. Vote-PAD (Vote-PAD is only approved for use in municipalities with a population of less than 7,500 where hand-count paper ballots are used.)

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 26 of 184   Document 117-73

## Pre-Election Electronic Voting Equipment Testing

Wisconsin statutes require that all municipalities test the software of electronic voting equipment for correctness and accuracy prior to every election. The purpose of testing electronic voting equipment is to ensure that the equipment will correctly tabulate votes for all offices and referenda. Wis. Stat. §5.84(1).

*Public Notice*

The testing of electronic voting equipment, either DRE or optical scan equipment, shall be open to the public.

1. The test may not be conducted more than ten days before Election Day.

2. Public notice of the time and location of the testing shall be given by the clerk at least 48 hours before the test is to take place.

*Procedure*

In order to conduct a pre-election test for accuracy, the municipal clerk must create a group of test ballots, often called a test deck. A test deck contains a predetermined number of valid votes for each candidate and referendum. While there is no requirement for the number of ballots to be included in the test deck, WEC recommends testing as many vote combinations as possible, as detailed below. The test deck must reflect all of the required testing components described in this section for optical scan equipment, direct recording electronic equipment, and ballot marking devices.

1. Optical Scan Equipment

   a. Ballots should be marked to reflect a pre-determined number of valid votes for each candidate and referendum.

   b. Pre-marked ballots shall be run through the optical scan voting unit.

   c. The tabulation totals from the results tape for the pre-marked ballots are then compared to the pre-determined number to verify the voting equipment is tabulating properly.

2. Direct Recording Electronic (DRE) Equipment

WEC 000286

a. Votes should be cast on the DRE unit in a manner reflecting a pre-determined number of valid votes for each candidate and referendum.

b. The printout after the tabulation of the votes cast will then be compared to the pre-determined number to verify the voting equipment is tabulating properly.

c. At least two individuals should participate in the DRE test to ensure votes selected on the test deck are entered correctly in the voting system.

3. Ballot Marking Devices (BMDs)

a. Any test deck created for the purposes of testing optical scan voting equipment must also contain ballots printed from the municipality's ballot marking device, where applicable. BMD ballots should be run through the tabulation equipment along with ballots marked by hand.

b. Ballot marking devices approved for use in Wisconsin
    i. AutoMark
    ii. Clear Access
    iii. ExpressVote
    iv. ImageCast Evolution

4. Errorless Count Requirement

a. If an error is detected during the testing, the municipal clerk shall determine the cause and correct the error.

b. The clerk must make an errorless count before the electronic tabulating equipment is approved by the clerk for use in the election.

**Note**: The WEC recommends that clerks formulate a test deck that is unique to the municipality, and refrain from using test decks provided by the manufacturer/programmer. This is to ensure any errors not discovered by the programmer will be uncovered by the clerk during the test.

WEC 000287

*Testing Protocol*

When testing voting equipment prior to every election, each candidate for every office, for every party, as well as every referendum needs to be tested. Wis. Stat. §5.84(1). Please refer to the following information for a breakdown of specific testing requirements. For questions related to programming, clerks should contact their vendor. Questions on testing protocol and requirements can be addressed to WEC staff.

1. Overvotes

    a. Overvotes are votes in excess of the number allowed by law. Test decks need to include overvotes for every office and referendum on the ballot.

    b. Voting equipment must be programmed to automatically reject ballots with overvotes.

    c. Whether ballots with overvotes are remade by election inspectors or overridden on the equipment is a decision made by each municipality.

2. Crossover Votes

    a. Crossover votes are votes that cross party lines in an election where doing so is strictly prohibited, e.g. the Presidential Preference and Partisan Primary.

    b. When creating a test deck for these elections, clerks must include crossover votes on the ballots to be tested.

    c. Crossover votes for every party and every candidate should be included.

3. Blank Ballots

    a. Blank ballots are ballots that have no votes recorded.

    b. A blank ballot should be included in every test deck to ensure that they are rejected by the voting equipment. A message to notify the elector that no votes have been recorded promptly follows ballot rejection.

WEC 000288

4. Write-in votes

    a. On DRE equipment, the write-in function for each office is to be tested to ensure that it is functioning properly and recording choices written in by voters.

    b. On optical scan voting equipment, it should be tested by including ballots containing write-in votes in the test deck. The tabulated results must confirm a correct write-in vote count. For optical scan equipment with a write-in diversion bin, the write-in report also serves to determine that ballots containing write-in votes for each office are properly separated into the write-in bin.

5. Partisan Primary

    The clerk shall test for one or more ballots that have votes cast for a candidate of more than one recognized party are rejected. Please see the information above related to crossover votes.

6. General Election

    Straight party voting is only allowed for military and overseas voters on write-in absentee ballots.

    **Note:** Straight party ballots may also be remade by election inspectors on Election Day in order to be tabulated by voting equipment or may be counted by hand.

*Election Day Zero-Count Requirement*

On Election Day, before any ballots have been cast on the electronic voting equipment, and prior to the opening of polls, election officials shall witness a test of the tabulator by securing a printed results "zero tape" showing a zero count for every candidate and referendum. Wis. Stat. §5.84(2).


## Security Procedures for Electronic Voting Systems

The WEC has developed a series of security procedures for electronic voting systems. These procedures should be followed for each election, recount, or referenda. For any other situation in which voting systems or memory cards must

WEC 000289

be accessed, clerks should also review the following. These procedures apply to all memory devices, including prom packs, memory cards, USB memory sticks, and any other removable memory devices that can be programmed or function to store and transfer ballot images or tabulation data. These procedures are intended to protect against malicious breaches to electronic voting equipment components as well as provide transparency of justifiable access.

A video tutorial on voting equipment testing and security is posted on the WEC website.

*General Electronic Voting System Security Procedures*

1. Throughout the life of the electronic voting system, the municipal or county clerk maintains control of all memory devices and keys to the voting systems. Access to voting equipment is to be strictly controlled and granted in a secure manner at all times. Document authorized access to secured components by election officials. This documentation serves as a chain of custody showing who has accessed the voting equipment outside of election day, when, and why.

2. For each election, there shall be a separate, written chain-of custody record for every programmed memory device. All memory devices used with an electronic voting system have a unique and permanent serial number. Each transfer of the memory device must be logged in the written chain-of-custody record. Information collected should include name(s), date of access, reason, time access keys were taken, and time access keys were returned.

3. For each election, the municipal clerk shall record on the Inspectors' Statement (EL-104), or other WEC approved security documentation, which memory devices and which serialized tamper-evident seals are assigned to particular voting stations or units.

*Election Day Procedures*

1. Before any ballots are cast on any voting system, the integrity of the tamper-evident seals shall be verified by the chief election inspector. This is done to confirm that the tamper-evident seal serial number on the Inspectors' Statement (EL-104) matches the tamper-evident seal serial number placed on the electronic voting equipment. Once the polls have opened, the chief

WEC 000290

election inspector shall perform the same verifications at regular intervals. After the close of polls, the chief inspector, conducts a final inspection of the voting equipment seals, noting the results in the inspectors' statement.

2. After the polls have officially closed at 8:00 p.m., election officials follow the proper procedures to suspend the voting and tabulating components of the voting equipment. Election officials must then print a results report prior to breaking any seal on the voting system and before the removal of the memory device from any piece of voting equipment.

3. Following the printing of the results report, the memory device shall be secured in a separate, tamper-evident sealed container or envelope by the chief election inspector. Alternatively, the device may remain sealed in the voting system.

*Ballot Security*

1. The municipal clerk or board of election commissioners shall securely maintain all ballots from the time of receipt from the printer or county clerk through delivery to the polling place.

2. A ballot container shall be considered "sealed" or "locked" only if no voted ballot may be removed from or deposited into the container, and no other form of access to the ballots inside may be gained without leaving evidence of that entry or access into the container.

3. Ballot bags shall be sealed with a tamper-evident seal on which a serial number must be printed. The serial number shall be recorded on the signed Ballot Container Certification (EL-101) attached to the bag. Serial numbers of the seals shall also be recorded on the Inspectors' Statement (EL-104).

4. Ballots and other election materials should be returned to the municipal clerk.

*Secure Storage of Voting Equipment*

The need for proper voting equipment security does not stop at the end of election day. Once the polls have closed, municipal and county election officials must ensure that the voting equipment used in their jurisdiction is stored securely until the next election. This means more must be done than simply putting the

WEC 000291

equipment out of the way somewhere in the clerk's office. WEC recommends placing voting equipment in a locked and secured area within the clerk's office that is only accessible by the clerk or another authorized individual. Voting equipment can be stored in the municipal clerk's office, the office of the county clerk, or at an agreed upon, and secure, third location. Wis. Stat. §7.21(5).

*Alternative Security Procedures*

The WEC recognizes the need for flexibility when implementing these security procedures and acknowledges that alternative means may be used to achieve and ensure the same level of security. Therefore, the WEC will consider requests from municipalities and counties to implement alternative security procedures. The request should describe the proposed security procedures in detail and include any documentation such as logs, flow charts, and certification forms. Submissions will be reviewed with approval granted on a case by case basis.

## Post-Election Audit

Wisconsin statutes require a post-election audit of the performance of each voting system used in the state of Wisconsin. The audit is designed to assess how electronic voting systems performed on Election Day through a hand-count of electronically tallied ballots. The audit is required following each General Election. However, nothing in these procedures prevents a municipality or county from conducting an audit after other elections or from auditing a larger number of voting machines or reporting units than those selected by the WEC or required under these procedures. Wis. Stat. §7.08(6).

*Selection*

1. At least 5% of statewide reporting units will be randomly selected by the Wisconsin Elections Commission, the Wednesday following the November general election. This is done as part of a publicly noticed meeting.

    a. At least five reporting units for each type or version of voting system used throughout the state will be selected.

        i. If five reporting units are not represented in the original 5% total, additional reporting units will be selected until all types or versions are represented.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 33 of 184   Document 117-73

   b. A minimum of one reporting unit from each of Wisconsin's 72 counties are also chosen. Additional reporting units will be randomly chosen until one from each county is selected, if the original selection does not produce a diverse enough pool of counties.

2. Four contests on the ballot will be selected. The highest office on the ballot, president or governor, is selected automatically. The remaining three contests will be drawn by lot from all other contests on every ballot statewide. An exception has been made for the office of State Senate. While no more than one-third of the ballots statewide will ever contain the office of State Senator, the Wisconsin Elections Commission has determined that this office should be subject to audit. An alternate contest will be chosen for reporting units where State Senate is not a contest on the ballot.

*Notification*

1. Municipalities with reporting units selected for audit will be notified the day following the election.

   a. Affected county clerks will also be notified.

   b. It is the responsibility of the municipal clerk to make arrangements with the county to have election materials returned for the purpose of the audit following the county canvass. Materials needed for conducting the audit include voter lists, inspectors' statement, tally sheets, reports printed or generated by the voting systems, ballots, and any other required materials.

2. The municipal clerk and county clerk may choose to have the county conduct the audit and the county may choose to conduct the audit following the county canvass.

3. The audits must be completed on or before the last Wednesday in November. Municipalities may request an extension for cause. WEC staff will review all extension requests for possible approval on a case by case basis. With the exception of approved extensions, all audits must be completed prior to certification of the results by the Wisconsin Elections Commission.

WEC 000293

4. The audit is considered a public meeting and proper notice shall be posted or published at least 48 hours in advance.

*Procedure*

A list of procedures, instructions, and documentation forms will be provided to municipalities selected for audit at the time of notification. Generally, the procedure for conducting a post-election audit is as follows:

1. Two individuals shall conduct independent counts of the ballots from the voting system. Note that for direct recording electronic systems, the official ballots are the voter verified paper audit trail.

2. Auditors should only count votes as the equipment would have counted them. **Voter intent is not a factor.** Auditors should document in the minutes any ballots where it is unclear how the voting system would count the ballot. The auditors should include in the minutes how they counted the ballot as well as all reasonable alternatives on how the machine may have counted the ballot.

3. The individual tallies shall be compared to each other and any discrepancies shall be resolved to an agreed upon final hand-count tally total. If the hand counts differ from each other, the paper records/ballots must be recounted.

4. The final hand-count tally total shall then be compared to the Election Night results tally tape and discrepancies noted.

5. Each municipality conducting an audit must submit the designated reporting form(s) and supporting documents from the audit, including tally sheets, to the WEC to indicate that the audit was completed and whether any discrepancies were found.

6. WEC staff will request that the vendor investigate and explain the reasons for any unexplained differences between the voting equipment tally and the paper record tally.

   a. Should the vendor fail to provide a sufficient written explanation, including recommendations for preventing future occurrences, within 30 days of notification, the WEC will suspend approval of all voting systems manufactured or serviced by the vendor in Wisconsin.

WEC 000294

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 35 of 184   Document 117-73

b.  This suspension will be implemented immediately, pending an appeal by the manufacturer to the Board, which must be filed within 30 days.

c.  Investigations of discrepancies shall be open and transparent, with active involvement of interested parties.

7.  Based upon the results of the audit, the WEC may, at its sole discretion, choose to re-test the voting system per chapter EL 7 of the Wisconsin Administrative Code.  The test is a condition of continuing approval of the voting system.

## Frequently Asked Questions

*1.  What is a voter-verified paper audit trail?*

Wisconsin Stat. §5.91(18) requires that all direct recording electronic (DRE) voting systems produce a complete, permanent paper record showing all votes cast by the elector.  The voter-verified paper audit trail (VVPAT) is considered the official ballot and is to be used in a recount of each vote cast by the elector.

*2.  Who pays for the purchase of voting equipment?*

Municipal clerks are responsible for the purchase and maintenance of voting equipment.  Wis. Stat. §7.15(1)(b).  In some situations, an arrangement is reached between the county and the municipality to share the cost of the equipment.  Municipal and county clerks should discuss purchasing options.

*3.  Who is responsible for storing equipment after an election?*

Either the municipal or county clerk must store the voting equipment in a locked and secured location.  Wis. Stat. §7.21(5)

*4.  What should be done with the zero tape while voting occurs on election day?*

The zero tape should be left attached to the roll of paper, then rolled or folded and attached to the tabulator in the most secure manner possible.

WEC 000295

5. *Can we reuse memory cards?*

Nothing prohibits reuse of memory cards, though municipalities must comply with Wis. Stat. §7.23:

"Detachable recording units and compartments for use with tabulating equipment for an electronic voting system may be cleared or erased 14 days after any primary and 21 days after any other election. Before clearing or erasing the units or compartments, a municipal clerk shall transfer the data contained in the units or compartments to a disk or other recording medium which may be erased or destroyed 22 months after the election to which the data relates. The requirement to transfer data does not apply to units or compartments for use with tabulating equipment for an electronic voting system that was approved for use prior to January 1, 2009, and that is not used in a federal election.

If a recount is pending or if the time allowed for filing a recount petition at any election or an appeal or petition for review of any recount determination or decision at an election has not expired, no materials may be destroyed until after the recount is completed and the applicable time period has expired. In addition, if there is litigation pending with respect to a recount at an election, materials may be destroyed and recording units or compartments may be cleared or erased only by order of the court in which litigation is pending. Upon petition of the attorney general or a district attorney or U.S. attorney for the affected jurisdiction, a circuit judge for the affected jurisdiction may order that specified materials not be destroyed or that specified recorders, units or compartments not be cleared or erased as otherwise authorized under this subsection until the court so permits."

# ACCESSIBILITY

## Summary

Accessible polling places that ensure privacy and independence for all voters casting a ballot not only benefit elderly voters and voters with disabilities but act as a key to developing and maintaining public trust in the accessibility and transparency of the elections process for all participants. Municipalities must have polling places that are fully accessible, which includes having at least one accessible voting equipment component. Wis. Stats. §§ 5.25(4)(a) and 5.40(1). Municipal clerks are required to make reasonable efforts to comply with requests for voting accommodations made by individuals with disabilities. Wis. Stat. § 5.36.

## Polling Place Accessibility

In order to comply with this requirement, municipal clerks are required to submit a completed *Polling Place Accessibility Survey* indicating accessibility conformance. A copy of this survey is available on the agency website where it may be submitted electronically. Wis. Stat. § 5.25(4)(a).

1. A **separate** Accessibility Survey must be completed for **every** polling place within a municipality.

2. This survey must be submitted every time there is a polling location change or addition.

3. If it is determined that a polling place is inaccessible, the municipal clerk and the governing body must determine how to make the polling place accessible or find a new location.

4. Polling place accessibility should be reviewed periodically.

The Wisconsin Elections Commission also offers a number of suggestions that will make the voting process easier and ensure privacy for elderly people and people with disabilities. Wis. Stat. § 5.25(4)(a). These include:

1. Making sure the polling area has adequate lighting.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 38 of 184   Document 117-73

2. Providing page magnifying devices and signature guides.

3. Having at least one pad of paper and a pen to communicate with individuals who are deaf or hard of hearing.

4. Making seating available for elderly and disabled voters waiting in line.

5. Having signs and arrows directing voters where to check-in, register, vote a ballot, and cast a ballot.


## Accessible Voting Equipment

All polling places must be equipped with at least one accessible voting component to permit all voters to vote privately and independently. This accessible component, a device approved by the Wisconsin Elections Commission to provide independence and privacy to voters with disabilities, must be available for <u>all</u> elections. Refer to the Voting Equipment section of this manual for more information or visit the agency website. Wis. Stat. §5.40(1).

*Procedures*

1. Municipal clerks must ensure that accessible components are available to all electors to cast their ballots including:

   a. Ensuring accessible components are located in an accessible voting booth with sufficient privacy.

   b. Ensuring the accessible components are turned on and working. Wis. Stat. § 5.25(4).

   c. Municipal clerks should ensure that accessible ballots are included in their public test of voting equipment. Wis. Stat. § 5.84(1).

2. Municipal clerks should ensure that election inspectors are familiar with accessible equipment and able to perform basic tasks including:

   a. Explain to an elector how to use the equipment to cast their ballot.

   b. Turn on and restart the accessible equipment (if applicable).

WEC 000298

    c.  Change the paper roll, if necessary.

    d.  Change ink cartridge, if necessary.

## Training Election Inspectors - Accessibility

Election inspectors should be instructed on how to ensure the greatest level of accessibility on Election Day.

1.  Municipal clerks should review polling place set-up requirements with election inspectors.

2.  Municipal clerks should review the *Common Sense and Common Courtesy Checklist* with inspectors prior to Election Day. A copy of this checklist is available on the page following this section.

3.  Inspectors must be aware of accommodations available to voters, Inspectors must be knowledgeable that if an elector is unable to state their name and address, they are able to have an assistant state it for them. Wis. Stat. § 6.79(8). Inspectors must also be trained that if a voter is unable to sign their name in the poll book, the inspector should write "exempt" in the signature line. Wis. Stat. § 6.36(2)(a).

4.  Municipal clerks should ensure that election inspectors are knowledgeable about how to use all voting equipment including accessible equipment. The WEC suggests that election inspectors participate in the public test to gain familiarity with the voting equipment and security procedures. Poll workers should be encouraged to use the accessible equipment to cast their own ballot. Accessible voting equipment instructional videos are available on the WEC website.

5.  There is a plan in place for inspectors to communicate that there is accessible voting equipment, such as asking voters if they would like a paper ballot or to use the machine.

6.  Inspectors should be encouraged to view the Wisconsin Elections Commission Accessibility Training video: *Know Your Rights* about accessible voting rights. The video is available on the agency website.

WEC 000299

7. Municipal clerks are encouraged to reach out to the local disability community to recruit election inspectors. If you need help in locating people with disabilities who may be interested in serving as an election inspector, contact the Wisconsin Elections Commission. Please note that any poll worker is entitled to reasonable accommodations.

8. Municipal clerks are encouraged to reach out to local disability rights organizations, such as the Disability Vote Coalition, to assist in the training of election inspectors.

9. Disability Rights Wisconsin, an advocacy group for individuals with disabilities, has prepared an *Election Day Accessibility Checklist* for election inspectors. This checklist is at the end of this section for your reference.

## Accessibility Contacts & Additional Resources

If you do not know exactly how to solve an issue and would like advice on affordable solutions, you may contact the Wisconsin Disability Vote Coalition, the Coalition of Independent Living Centers or the Wisconsin Elections Commission for advice. More information on accessibility can be obtained from The Access Board's American's with Disabilities Act Accessibility Guideline (ADAAG) manual, which is available at: https://www.access-board.gov/.

**Wisconsin Elections Commission**

P.O. Box 7984
Madison, WI 53707-7984
(608) 266-8005
elections@wi.gov
http://elections.wi.gov

**Wisconsin Disability Vote Coalition**
Disability Rights Wisconsin
(844)347-8683
disabilityvote.org
www.facebook.com/
wisconsindisabilityvote

**Disability Rights Wisconsin (DRW)**
(800)928-8778
Disabilityrightswi.org
www.facebook.com/disabilityrightswi

**ADA Checklist for Polling Places**
ada.gov/votingck.htm

WEC 000300



## COMMON COURTESY

Here are a few courtesies and guidelines when working with voters with disabilities:

❖ State and federal law permits voters with disabilities to be accompanied and to receive assistance by another person in the voting booth.

❖ Remember that all voters, regardless of ability, deserve courteous attention in exercising their right as citizens to vote.

❖ Ask voters, regardless of ability, if they would like to use the accessible voting equipment. A best practice is to ask every voter if they would like a paper ballot or to vote using the accessible voting equipment.

❖ Be considerate of the extra time it might take for a person with a disability or an elderly person to get things done.

❖ Give unhurried attention to a person who has difficulty speaking.

❖ Speak directly to the person who has a disability rather than just to a companion who may be accompanying them.

❖ Speak calmly, slowly, and directly to a person who is hard of hearing. Your facial expressions, gestures, and body movements help in understanding. Don't shout or speak in the person's ear. You may also try writing a note to the person.

❖ Pre-printed signs or a notepad should be available to assist communication with deaf or hard-of-hearing electors.

❖ Before pushing someone in a wheelchair, ask if you may do so and how you should proceed.

❖ When offering walking assistance, ask if the person would prefer verbal assistance or an elbow. When offering an elbow to a voter, allow the person to take your arm and tell them if you are approaching steps or inclines or are turning right or left.

❖ Greet a person who is visually impaired by letting the person know who and where you are.

❖ Provide a guiding device such as a ruler or a signature guide for signing forms.

❖ Service Animals that assist people with disabilities must be admitted into all buildings. Such animals are highly trained and need no special care other than that provided by the owner. Don't interact with the service animal.

WEC 000301

WEC 000302

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 43 of 184   Document 117-73

# EMERGENCY PREPAREDNESS AND CONTIGENCY PLANNING

## Summary

There are many scenarios, both natural and man-made, that warrant taking precautions and making preparations to prevent, mitigate, and recover from an emergency situation that may disrupt an election.

In 2016, the Wisconsin Elections Commission prepared a report and made recommendations with respect to state, regional and local election-related contingency planning efforts and preparedness. This report covers both large-scale and limited-scope natural disasters or technological threats that may occur at or near election time and has periodically been updated to account for new security developments and initiatives. A copy of this report entitled, *Contingency Planning and Election System Security* can be found on the agency website: https://elections.wi.gov/publications/manuals/contingency-planning-and-election-system-security-report.

## Procedures

Municipal clerks should ensure that each municipality has an Election Day Emergency Response Plan. To assist clerks, the WEC has created an Election Day Emergency Response plan template. This template is available in the WEC Learning Center. Additionally, the WEC has created the Contingency Planning and Election System Security manual, which details election security best practices and provides potential security resources. This manual can be found on the agency website. Contingency plans should be reviewed with election inspectors as part of the clerk's pre-election training so election inspectors know what actions to take if an emergency occurs. Efforts should be made to have back-up election inspectors that are knowledgeable of Election Day procedures and on call in the event of an illness or other unforeseen incident.

We encourage you to share these plans with your county clerk as well as with your local emergency response crews such as the police, fire, and emergency government departments. In the event of an emergency, these partners can serve as a resource to help you quickly resume election activities.

The plans should be updated annually or more frequently as needed. The WEC has created an Election Day Emergency Response plan template and is available in the WEC Learning Center. These plans should, at a minimum, provide for the following:

1. Normal Operating Procedures

   The plans should include a briefing on the normal election-related processes.

2. Troubleshooting for Common Emergency Scenarios

   a. The plan should provide appropriate responses to the most common emergency scenarios, such as a fire or fire alarm, inclement weather, electrical outage, and materials/equipment not available.

   b. Plans should include evacuation and emergency shelter locations that are specific to each polling place and updated before each election.

   c. Contact numbers should be provided to election inspectors for local emergency response such as the police, fire, and emergency government departments, in addition to the polling locations' building maintenance personnel (if applicable) and the municipal clerk.

   **Note**: The third page of the *Election Day* manual, "Election Day Contacts," and the Election Day Emergency Response plan provides space to list these numbers and should be completed or updated before Election Day.

3. Handling of Election Materials

   a. Plans should detail the proper procedure for securing unmarked ballots, voting equipment and ballot boxes, and poll lists in an emergency situation.

   b. Responsibility for securing materials should be assigned to specific election inspectors before Election Day.

4. Alternate Polling Locations.

WEC 000304

a. Arrangements for alternate polling locations should be established before Election Day in the event of a permanent evacuation.

b. Reasonable effort should be made to ensure accessibility and proximity to the original polling location.

c. Whenever it becomes impossible or inconvenient to hold an election at the designated location (inclement weather, bomb threat, etc), the inspectors may adjourn to the nearest convenient place. The inspectors must make a proclamation of the move, and a law enforcement officer or other designated person must be stationed at the former site to notify electors of the move. The procedure for adjournment to an alternate site is outlined in Wis. Stat. § 7.37(1).

## Frequently Asked Questions

1. *What happens if an emergency occurs at the polling place on Election Day and the inspectors need to move locations?*

   Wisconsin Statutes detail the procedure for adjourning to an alternate polling location in the event of an emergency. The municipal clerk should always consult with the Wisconsin Elections Commission before moving a polling location.

2. *What happens in a weather emergency? Can we close early?*

   No. The polling place must remain open during regular hours (7:00 a.m. – 8:00 p.m.) and cannot be adjusted except by court order.

3. *Who should I show my contingency plans?*

   Contingency plans should not be publicly displayed but should be shown to inspectors and staff who are helping on Election Day.

4. *How often should I update my contingency plans?*

   Contingency plans should be updated at least annually and reviewed before each election to ensure all information is correct.

WEC 000306

# POLLING PLACES & SUPPLIES

## Summary

Municipal clerks have a number of duties related to polling places up to and through Election Day. Specifically, municipal clerks have the responsibility to equip polling places and to prepare and deliver ballots and other supplies.

## Polling Place Establishment

Polling places are established by the governing body of a municipality at least 30 days before any election. These locations must be accessible to all individuals with disabilities and the municipal clerk must certify to the Wisconsin Elections Commission (WEC) that all polling places used within the municipality satisfy the accessibility requirements established by the WEC. Wis. Stat. § 5.25.

All electors within a ward must vote at the same polling place. However, a single polling place can serve the electors of more than one ward. When two or more wards are combined for voting purposes at a single polling place the governing body must do so by resolution at least 30 days before any election.

In municipalities where the population is less than 35,000, the governing body may provide in the resolution to combine the election results for each set of combined wards. The governing body of a municipality of 35,000 or more may by resolution combine election returns of a ward with an adjacent ward if the ward has a population of 20 or less and the total population of the combined wards would not exceed that municipality's population range for wards. Election results can be combined only if electors in the combined wards vote for the same offices.

## Equipping and Supplying the Polling Place

A checklist outlining what materials and set-up the municipal clerk must provide for each polling place follows this section. Each polling place must be provided with the following:

WEC 000307

*Voting Booths*

- Every polling location is required to have at least one voting booth for every 200 electors who voted in the last general election.

- One booth must be at least 30 inches wide with a writing surface between 28 and 34 inches high in order to meet accessibility standards, in addition to the accessible voting equipment. Knee clearance from the floor to the underside of the booth should be at least 27 inches. Toe/knee clearance from the front to the back of the booth should be at least 17 inches.

- Booths must have a surface on which to write and be sufficiently enclosed to ensure privacy for the elector. It is important to remember that the accessible booth must also be sufficiently enclosed to ensure privacy for the elector. This can be achieved by using a privacy shield or by positioning the table so that the face of the equipment is directed away from the view of the room.

- All booths must be placed together in the same vicinity, including the booth(s) containing the accessible voting equipment.

- Booths are required to be placed apart from other activities such as signing in and registering.

- Pencils or appropriate marking pens must be provided.

- Election inspectors must be trained to set up electronic voting equipment, including accessible voting components.

Wis. Stat. § 5.35(2).

*Electronic Voting Systems*

- All municipalities with a population of 7,500 or more are required to use electronic voting systems.

- Every polling location must have at least one piece of voting equipment that meets accessibility standards set forth by the WEC to allow individuals with disabilities to vote privately and independently. Wis. Stat. § 5.25(4)(a).

WEC 000308

For more information on voting equipment, please see the section in this manual on Voting Equipment.

Wis. Stat. § 5.40(1).

*Paper Ballots*

No matter the type of voting system used, there must be a supply of paper ballots available at the polling place. This paper ballot supply is for cases in which the electronic voting equipment breaks down/malfunctions, an elector votes provisionally, curbside, is assisted or challenged after the normal closing time due to court order or because the voter does not wish to use electronic equipment.

*Ballot Boxes*

- One ballot box is required for each type of ballot used in the election for municipalities using hand-count paper ballots.

- Where direct recording electronic equipment primarily is used at the polling place, a single ballot box for hand-counted paper ballots (such as absentee, assisted, and challenged ballots) is required.

- If electors from more than one reporting unit use the same polling place, there should be separate ballot boxes provided for each reporting unit.

- The boxes should be clearly labeled to indicate which ballots are to be deposited.

- There should be a suitable lock and key for each ballot box, *including the discard box for partisan primary paper ballots not marked by the elector.*

Wis. Stat. § 5.35(3).

*National Flag*

The American flag must be displayed on an outside pole or in the voting area during all hours the polling place is open. Wis. Stat. § 5.35(1).

WEC 000309

*Election Laws and Manuals*

- A copy of Chapters 5 through 12 of the Wisconsin State Statutes should be present at all polling locations.

- A copy of the current *Election Day* manual.

Copies of these statutes and the manual can be downloaded from the agency website or ordered for a processing charge.

*Tables and Chairs*

Clerks should ensure that there are enough tables and chairs for election inspectors to conduct their work. Some electors may not be physically able to stand for extended periods of time. Chairs should also be available for these electors if they must stand in line. Wis. Stat. § 5.25(4)(a).

*Signs*

- Traffic in the polling place can be improved by posting "Enter," "Exit," and "Voter Registration" signs.

- Signs indicating the location of an accessible entrance and marking the accessible path must be prominently posted and easy to read from the parking lot. Wis. Stat. § 5.25(4)(a).

- Directions that instruct voters that they must give their name and address to the inspectors, provide proof of identification and sign the poll list can make the check-in process more efficient.

*Observer Area*

Observers are individuals who wish to exercise their right to be present at the polling place on Election Day. Anyone, other than a candidate, has a right to be at a polling place to observe the conduct of the election. Wisconsin law does not prohibit non-U.S. citizens or foreign nationals from observing the election process. Each observer is required to sign an observer log and wear tag, or badge labeled "observer."

WEC 000310

a. A designated observation area at the polling place should permit observers to readily observe all public aspects of the voting process. When physically feasible, the observation area shall be not less than 3 feet, nor more than 8 feet from the table at which electors are announcing their name and address and being issued a voter number and the Election Day Registration table. Observers should be placed so that they can hear the announcement of names/addresses interactions of voters with election officials, but not so that they interfere with the voting process.

b. If necessary, additional observer areas may be established in other areas of the polling place to allow for observation of other public aspects of the voting process (challenges, ballot box security, etc.)

c. Please provide chairs for the observers. A table may also be setup, if space permits.

d. Please provide copies of the agency's *Wisconsin Election Observers Rules-at-a-Glance* brochure. This brochure should be provided to all observers upon check-in.

Wis. Stat. § 7.41(2).

More information about how to handle election observers on Election Day can be found in "Election Day Issues" section of this manual and the *Election Day* manual.

*Voter Information and Notices*

All of the following notices, statements, and postings should be supplied to the polling place so that they can be posted and easily read by electors entering the polling place or waiting in line to vote. All Election Day notices, statements, and postings must be printed in size 18 font or larger to ensure readability. Copies of sample voter information notices can be found on the agency website.

1. Notices: The Type B and D notices must be posted. The Type C notice must also be posted, if applicable.

2. Sample Ballots: Two copies of each type of ballot.

3. Statement of Election Fraud (EL-111):  This statement sets out the laws and applicable penalties for election fraud.

4. Notice of Crossover Voting at a Partisan Primary (EL-112):  This is a statement explaining the effect of crossover voting at a partisan primary and is posted at a partisan primary only.

5. Notice of Overvote (EL-113):  This is a statement explaining the effect of overvoting the ballot and how to obtain a replacement ballot.

6. Notice of Crossover Voting at a Presidential Preference Vote (EL-114): This is a statement explaining the effect of crossover voting at a Presidential Preference Vote and is posted at that election only.

7. Voter Qualification Poster (EL-115):  This notice explains the requirements for an individual to be a qualified elector.

8. Voting Rights (EL-117):  This notice provides general information on voting rights protected by federal law.

9. Contact Information (EL-118):  This posting provides electors with contact information if they have concerns with the voting process.  The blank sections should be filled in before Election Day by the municipal clerk.

10. Ward Maps:  A ward map clearly indicating all the wards in the municipality served by that polling place must be prominently displayed.

11. Street Directory:  A street directory that indicates which streets are in each ward along with the location of the polling place in each ward is recommended.

Wis. Stats. §§ 5.35(6), 10.01, 10.02, and 10.06.

*Election Day Forms and Supplies*

Election Day forms and supplies are provided by the county, municipal, or school district clerk depending on the offices on the ballot.

WEC 000312

1. <u>Ballots and Sample Ballots</u>:  Two sample ballots for each ballot style should be posted at the polling place.  For more information on preparing ballots, see the Ballots section this manual.

2. <u>Ballot Bags (EL-101)</u>:

   A ballot bag/container should be provided for each ballot style.

   - For example, for municipalities that hand-count paper ballots, there should be (per reporting unit) one ballot bag for county, state, and federal ballots; one ballot bag for municipal ballots; one ballot bag for school district ballots; and one ballot bag for each referenda and special district ballot.

   - Where optical scan or direct recording electronic ballots are used, only one ballot bag is necessary because all offices and referenda are on a single ballot card.

   - A separate ballot bag should be used for provisional ballots.

   Wis. Stat. § 7.51(3)(a)-(b).

3. <u>Envelope for Rejected Absentee Ballot Certificate Envelopes (EL-102)</u>: Election officials place all rejected Absentee Ballot Certificate Envelopes (EL-122) in this brown carrier envelope.  It is returned to the clerk who provided it for that election. Wis. Stat. § 6.88(3)(b).

4. <u>Envelope for Used Absentee Ballot Certificate Envelopes (EL-103)</u>: Election inspectors place all used Absentee Ballot Certificate Envelopes (EL-122) in this white carrier envelope after determining they have been properly executed and after removing the absentee ballots.  The envelope is returned to the clerk who provided it for that election. Wis. Stat. § 7.51(3)(d).

5. <u>Inspectors' Statement (EL-104)</u>:  All challenged, provisional, damaged, defective, and rejected ballots must be documented using this form.  This statement should provide an accurate account of the inspectors' decisions concerning all ballot irregularities and describe any other occurrences or irregularities at the polling place (that may or may not affect the validity of the election).  Wis. Stat. § 7.51(4)(a).

WEC 000313

6. General Purpose Tally (EL-105): Inspectors or tabulators use this form in counting hand-count paper ballots and recording the number of votes cast for each candidate. This includes write-in votes, or in the case of a referendum, the yes and no votes. Where optical scan ballots are used, a tally sheet is used to count and record registered write-in votes. Note that write-in votes are recorded individually for specific situations. Wis. Stat. § 7.51(4).

- All write-in votes are counted for each office when there are no certified candidates on the ballot.

- If the number of certified candidates on the ballot for an office is at least as many as there are seats to be filled, only votes for write-in candidates who registered their campaign should be counted. Write-in candidates register their campaign by filing a campaign registration statement (CF-1) with the filing officer. The deadline for a write-in candidate to file the campaign finance registration statement with the municipal clerk is noon on the Friday before the election in which they are running.

- If a certified candidate for an office dies before the election, votes for all write-in candidates for that office are counted. Wis. Stat. § 6.33(3).

- NOTE: If a ballot candidate has passed away at the time of the election but the name remains on the ballot, votes for the deceased candidate are counted. If the deceased candidate wins the election, a vacancy is declared which is filled under the provisions of Wis. Stat. Ch. 17.

Poll List: The poll list is a list containing the names and addresses of registered voters in a ward or combination of wards. Each ward or combination of wards will have two poll lists, which must be maintained identically on Election Day. Election inspectors use poll lists to ensure only registered voters cast a ballot, and to capture certain information about each registered voter who receives a ballot. Wis. Stats. §§ 6.36(2)(a), 6.79.

a. Providers generate poll lists from WisVote during the 14 days before an election.

b. Providers give the lists to relier clerks, who in turn distribute them to polling locations.

WEC 000314

c. Self-provider clerks generate poll lists for their own municipalities and distribute them to their polling locations.

d. Poll lists consist of 4 parts:

1. <u>Part 1: Regular Poll List (WisVote-generated)</u>: Contains the names of all voters who register by 5:00 p.m. on the 20th day before the election.

2. <u>Part 2: Pre-printed Supplemental Poll List (WisVote-generated)</u>: The municipal clerk may provide a printed list that contains the names and addresses of all voters who registered during late registration. Late registration is from the 19th day before the election up to 5:00 p.m. or the close of the clerk's office, whichever is later, the Friday before the election. Electors who register during this time will receive a Certificate of Registration (EL-133) to be presented at the polling place on Election Day.

**Note**: If a late registrant fails to present his or her Certificate of Registration (EL-133), but his or her name is on the supplemental poll list, the registrant is allowed to vote. If the individual fails to present his or her Certificate of Registration (EL-133) and his or her name does not appear on the supplemental poll list, the election inspector should attempt to contact the municipal clerk and determine if he or she has record of the elector's registration. If there is no record of the elector's registration in the clerk's office, then he or she must complete another Voter Registration Application (EL-131) and provide proof of residence before being allowed to vote.

3. <u>Part 3: Handwritten Supplemental Poll List (EL-107)</u>: Election Inspectors must enter the name, address and Election Day voter number of all Election Day registrants onto the Handwritten Supplemental portion of the poll list. Relier clerks may use the EL-107 to enter the name and address of any voter who registers after the Provider has printed the WisVote-generated poll list. Voters who appear on the supplemental poll list are not required to

WEC 000315

present their Certificate of Registration (EL-133) before receiving a ballot.

4. Part 4: Confidential Elector List: If there are any confidential electors in the reporting unit, their names and confidential voter identification numbers will appear at the back of the poll list in a separate section. See the Confidential Electors section in the Electors chapter of this manual for more details.

7. Inspectors' Certificate for Provisional Ballots (EL-108): Inspectors use this form to record the issuance of provisional ballots. All provisional ballots should then be recorded on the Provisional Ballot Recording Form (EL-123r). The EL-123r is submitted by the municipal clerk to the county clerk and to the Wisconsin Elections Commission. Wis. Stat. § 6.97(3)(a).

8. Election Observer Form (EL-109): Individuals who wish to observe the conduct of the election and/or election administration event should legibly list his/her full name, street address and municipality, and the name of the organization or candidate the observer represents, if any. The observer shall also sign this form acknowledging the observer understands the rules and will abide by them. Additionally, an observer must present photo identification to an election inspector. *Any type* of photo identification is acceptable so long as it features a photo of the observer and the observer's name. An election official shall verify by marking on the EL-109 that the observer's name listed on the EL-109 matches the photo identification. If the information on the photo identification does not match the information on the observer log, the individual shall not be permitted to serve as an observer.

9. Order To Leave Polling Place (EL-110): In the event that a chief inspector orders an observer to leave a location, the chief inspector shall provide this written order to the observer which includes the reason for the order and the signatures of the chief inspector as well as another election inspector representing the opposite political party, if available. The chief inspector shall have sole authority to order the removal of an observer, but the other election inspector may note his or her concurrence or disagreement with the decision on the Inspectors' Statement (EL-104). Wis. Stat § 7.41(3).

10. Election Observers Rules-At-A-Glance:  This brochure is available from the agency website.  It is a summary of the rules for election observers and a copy should be provided to all individuals who wish to observe the conduct of the election and/or election administration event. Wis. Stat. § 7.41(5).

11. Provisional Ballot Certificate Envelopes (EL-123):  Each provisional ballot is placed in a separate provisional ballot certificate envelope.  Every provisional voter must complete the certification and seal his or her ballot inside the envelope. Wis. Stat. § 6.97 (3)(b).

12. Provisional Ballot Reporting Form (EL-123r):  All provisional electors' information is recorded on this form including the elector's name and address, PV# issued, the reason for issuing the provisional ballot, and whether the elector voted in-person or via absentee. Wis. Stat. § 6.97(3)(a).

13. Absentee Ballot Log (EL-124):  The voter number that is issued to an absentee elector must be recorded on the poll list and on the absentee ballot log.  If an absentee ballot is rejected, the reason for the rejection and the rejected ballot number is recorded on the absentee ballot log. Wis. Stat. § 6.88(1), (3)(b).

14. Presidential Elections:  November Presidential elections require two additional forms.  These forms are used for individuals who moved to Wisconsin less than 28 days before a presidential election.  These individuals are eligible to vote in the presidential contest only. Wis. Stat. § 6.18.

    a. Authorization to Cancel Registration-Presidential Election/New WI Resident (EL-139)

    b. Application for Presidential Ballot (EL-141)

## Frequently Asked Questions

*1. Are polling places required to be in public buildings?*
Polling places should be in public buildings unless the governing body determines that the use of a nonpublic building better serves the needs of the voters.

WEC 000317

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 58 of 184   Document 117-73

2. *Do we need to have a voting booth for our accessible voting equipment or may we put it on a table that is at least 30 inches wide and between 28 and 34 inches tall?*

Voting booths are required for both paper ballots and electronic voting equipment. A table that meets accessibility width and height may be used if the table is sufficiently shielded or enclosed to ensure voter privacy. This can be achieved by using a privacy shield or by positioning the table so that the face of the equipment is directed away from the view of the room.

3. *Do election observers need to obtain a permit or pre-register with the clerk Before Election Day?*

No, there is no requirement that observers need to obtain a permit. However, if the two dominant political parties wish to have an observer accompany special voting deputies conducting absentee voting in a care facility or retirement home, the name of the observer must be submitted to the municipal clerk or board of election commissioners no later than the close of the business on the last business day prior to the residential care facility visit.

4. *Can a candidate ever be an observer?*

Yes. <u>After the polls close</u>, anyone, including the candidate, may be present to observe the public aspects of the post-election process. During polling hours, however, the candidate may not be an observer. The doors to the polls must remain open and unlocked during the counting of votes.

5. *Can family members of candidates be election observers?*

Yes, there is nothing that prohibits family members of candidates from being present at the polling place as observers. As with all observers, they cannot disrupt the operation of the polling place or attempt to influence voters. If it appears that the primary purpose of a group or individual is to disrupt or influence voting, the chief inspector should order the removal of the individuals and may contact a law enforcement officer, if necessary, for assistance.

6. *Can the names of known write-in candidates be posted?*

No, names of known write-in candidates are <u>not</u> to be posted at the polling place. Inspectors are not to mention write-in candidates to voters as a matter of

WEC 000318

course. Only if specifically asked by a voter about write-in candidates, may an inspector give the names of known write-in candidates. However, answers must be given carefully so as not to appear to be endorsing or announcing a write-in candidate. We recommend the clerk provide the election inspectors with a list of registered write-in candidates to give to any voters that request this information. Further, election inspectors may not advise voters if any ballot candidates no long wish to run for office, even if asked by a voter.

7. *What happens if a voter presents a Certificate of Registration (EL-133) on Election Day but does not appear on the Supplemental Poll List (EL-107)?*

   Election inspectors must enter the individual's name, address and Election Day voter number onto the Handwritten Supplemental portion of the poll list. The voter will not need to re-register.

8. *What happens if a voter insists that they registered in the clerk's office, but their name does not appear on the poll list or supplemental list and the voter cannot produce an EL-133?*

   The voter is required to complete another registration form and provide acceptable proof of residence.

WEC 000319



# Polling Place Checklist

**Supplies:**

- ☐ Poll Book
- ☐ Supplemental (Election Day) Poll List (EL – 107)
- ☐ Proper Ballots
- ☐ Ballot Boxes
- ☐ Pencil or proper marker for each voting booth
- ☐ Ballot bags with Ballot Container Certificate (EL-101) affixed
- ☐ Envelope (brown) for rejected absentee ballots with Certificate (EL-102) affixed
- ☐ Envelope (white) for Used Absentee Certificate Envelopes with Certificate (EL-103) affixed.
- ☐ Inspectors' Statement (EL-104) & Challenge Documentation (EL-104c)
- ☐ General Purpose Tally Sheet (EL-105)
- ☐ General Purpose Canvass Report (EL-106)
- ☐ Envelope for Provisional Ballots (EL-108)
- ☐ Election Observer Log (EL-109)
- ☐ Order to Leave (EL-110)
- ☐ Election Observer Brochure
- ☐ Provisional Ballot Certificate Envelopes (EL-123)
- ☐ Provisional Ballot Reporting Form(s) (EL-123r)
- ☐ Provisional Voting Information Sheets for electors
- ☐ Absentee Ballot Log (EL-124)
- ☐ FOR PRESIDENTIAL ELECTIONS, Authorization to Cancel Registration (EL-139)
- ☐ FOR PRESIDENTIAL ELECTIONS, Application of New Wisconsin Resident for Presidential Ballot (EL-141)
- ☐ Election Day Manual
- ☐ Copy of Wisconsin Statutes Chapters 5-12
- ☐ Original Ballots Envelope
- ☐ Spoiled Ballots Envelope

**Posted Notices:**

- ☐ Type B Information to Electors
- ☐ Type C Notice of Referendum
- ☐ Type D Polling Place Hours and Locations
- ☐ Two samples of each ballot type
- ☐ Election Fraud Notice (EL-111)
- ☐ FOR PARTISAN PRIMARY, Notice of Crossover Voting (EL-112, paper ballots; EL-112m, electronic voting equipment)
- ☐ Notice of Overvote (EL-113)
- ☐ FOR PRESIDENTIAL PREFERENCE, Notice of Crossover Voting (EL-114)
- ☐ Voter Qualification Poster (EL-115)
- ☐ General Information on Voting Rights Under Federal Laws (EL-117)
- ☐ Contact Information (EL-118)
- ☐ Ward Map and Street Directory

**Location:**

- ☐ Displayed American Flag
- ☐ One entrance clearly marked as accessible for people with disabilities
- ☐ Verify seals and serial numbers on accessible voting equipment and initial verification on EL-104
- ☐ Verify seals and serial numbers on electronic voting equipment (optical scan) and initial verification on EL-104
- ☐ At least one voting booth for every 200 electors who voted in the last general election
- ☐ Voting equipment counter set at "0"
- ☐ Area designated for observers
- ☐ Separate area for voters to register at the polling place
- ☐ Table inside door for poll book (enough room for 2 election inspectors)
- ☐ Accessible Voting Equipment powered on

# ELECTION DAY ISSUES

## Summary

Before Election Day, the municipal clerk has made a number of preparations to ensure a smooth Election Day. This includes preparing for delivery of ballots and supplies, posting of required notices, voting equipment testing and set-up, training of election inspectors, and developing and documenting a contingency plan for unforeseen incidents. On Election Day, the municipal clerk serves as a resource for the election inspectors for questions and troubleshooting.

## Role of the Clerk on Election Day

On Election Day, the polling place is run by the chief election inspector. However, the municipal clerk should periodically inspect the polling place to monitor turn out, check supply levels, respond to news media inquiries, and handle any problems. While not in the voting area, they should be available to election inspectors for advice, supply requests, etc. If the municipal clerk is not available on Election Day, a deputy should be appointed to act in their absence.

**Note**: When running for re-election, municipal clerks should not be stationed at the polling place, as their presence casts doubt on the integrity of the election. It is the formal opinion of the Wisconsin Elections Commission that an incumbent municipal clerk should carry out their duties without being stationed at the polling place, or without spending extended periods of time at the polling place. EL Opinion 81-3.

## Central Count Absentee Ballot Site

The governing body of any municipality may provide by ordinance that, instead of processing absentee ballots at the polling place, absentee ballots be processed and canvassed at an alternate site. Wis. Stat. § 7.52. The municipality is required to submit notification, in writing, to the Wisconsin Elections Commission on how the municipality intends to process absentee ballots at a central location and the municipality is required to consult with the Wisconsin Elections Commission staff. The municipal board of absentee ballot canvassers shall publicly canvass all absentee ballots at all elections held in the municipality after passage of such an ordinance. Wis. Stat. § 7.52.

WEC 000321

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 62 of 184   Document 117-73

*Municipal Board of Absentee Ballot Canvassers*

1. The municipal board of absentee ballot canvassers is composed of the municipal clerk, and two other qualified electors of the municipality appointed by the clerk.

2. The members of the municipal board of absentee ballot canvassers serve 2-year terms commencing on January 1 of each odd-numbered year.

3. If the municipal clerk is a candidate at an election being canvassed, the clerk may perform their duties on the board of absentee ballot canvassers only if the clerk does not have an opponent whose name appears on the ballot. If the clerk does have an opponent whose name appears on the ballot, the presiding officer of the municipality shall designate another qualified elector of the municipality to serve in lieu of the clerk for that election.

4. If the municipal clerk is a nonresident of the municipality, they may not serve as a member of the board of absentee ballot canvassers. The clerk must appoint another qualified elector of the municipality to serve their place.

Wis. Stats. §§ 7.52, 7.53(2m).

*Public Notice*

1. Any member of the public has the right to observe the meeting of the municipal board of absentee ballot canvassers.

2. Public notice of the time and location of the meeting of the municipal board of absentee ballot canvassers shall be given by the clerk at least 48 hours prior.

Wis. Stats. §§ 7.41, 7.52(1)(a).

*Procedure*

At every election following enactment of a central count absentee ballot ordinance, the municipal board of absentee ballot canvassers shall, any time after the opening of the polls and before 10 p.m. on Election Night, publicly convene to count the absentee ballots for the municipality. Wis. Stat. § 7.52(1)(a).

WEC 000322

The municipal board of absentee ballot canvassers shall follow the same procedures, and use the same forms as are used at the polling place when processing, counting and securing absentee ballots. These procedures may be found in the "Ballots" section of the Election Day Manual. Wis. Stat. § 7.52(3). It is the responsibility of the municipality to designate the location, appoint the municipal board of absentee ballot canvassers and coordinate the absentee ballot process.

Questions regarding the central count absentee ballot process may be directed to the Wisconsin Elections Commission staff.

## Observers

Anyone, other than a candidate up for election, has the right to be present to observe the conduct of the election and/or an election administration event. Observers may be present at a facility served by special voting deputies, a municipal clerk's office during in-person absentee voting, at a polling place on Election Day, at a central counting location and at a recount. Wis. Stat. § 7.41(1).

The Wisconsin Elections Commission has established rules for observers at a polling place or other locations where votes are being cast, counted, canvassed, or recounted. The rules represent the Commission staff's application of Wis. Stat. § 7.41. A summary of the rules shall be provided to each observer. The "Wisconsin Election Observers Rules-at-a-Glance" brochure on the agency website may be used to meet this requirement.

All observers shall be accorded the same respect regardless of their political affiliation or non-affiliation.

A designated observation area at the polling place or other location where votes are being cast, counted, canvassed, or recounted should permit observers to hear instructions and to readily observe all public aspects of the process without disrupting the activities.

If observers are unable to hear the election inspectors and voters, they may ask for the instructions or information to be repeated. However, there is no requirement the instructions or information be broadcast at a specific volume. If space permits, observers may move within the designated observer area to better view and/or hear the interactions.

WEC 000323

To ensure the orderly conduct of the election and/or election administration event, and if necessary due to physical limitations of the host location, an election official may reasonably limit the number of observers representing the same organization or candidate.

Wis. Stat. § 7.41(1).

*Management of Observers*

Observers should check-in and follow directions from the election official in charge of the polling place or other location where votes are being cast or counted.

| Location | Check In? | Who to Check In With |
|---|---|---|
| Facility served by special voting deputies | Yes | Special voting deputies |
| In-person absentee voting | Yes | Municipal clerk or their designee |
| Polling place during polling hours | Yes | Chief inspector or their designee |
| Central count while processing ballots | Yes | Municipal clerk or their designee. |
| Recount Canvass | No | N/A |

*Election Observer Log (EL-109)*

An observer shall legibly list their full name, street address and municipality, and the name of the organization or candidate the observer represents, if any, on the Election Observer Log (EL-109). The observer shall also sign this form acknowledging the observer understands the rules and will abide by them. Wis. Stat. § 7.41(1). Additionally, an observer must present photo identification to an election inspector. Any type of photo identification is acceptable so long as it features a photo of the observer and the observer's name. An election official shall verify by marking on the EL-109 that the observer's name listed on the EL-109 matches the photo identification. If the information on the photo identification does not match the information on the observer log, the individual shall not be permitted to serve as an observer.

WEC 000324

An observer must wear a tag or badge which reads "Election Observer," and which shall be worn at all times the observer is inside of the polling place or other location where votes are being cast, counted, canvassed, or recounted. The name of the observer need not appear on the Election Observer tag or badge.

*Observer Area – In-Person Absentee Voting*

Observers are allowed at the municipal clerk's office on any day of in-person absentee voting provided the office is located in a public building. No observer is allowed behind the counter in the municipal clerk's office.

> <u>Check-In Area:</u> There must be an observer area between three and eight feet of the table/counter at which electors state their name and address to receive a voter number.

> <u>Voter Registration Area:</u> There must be an observer area between three and eight feet of the voter registration table/counter.

If space constraints prevent the municipal clerk's office from accommodating an observation area within three to eight feet of the areas listed here, the municipal clerk shall document the actual location of the observation area and the reasons why it could not be located within the three to eight feet distance. In that case the municipal clerk shall provide a written explanation to the WEC as to the reasons why the distance requirement could not be satisfied, within seven days after the election.

Observers should direct questions and concerns to the municipal clerk.

The EL-109 may not be viewed by members of the public, including other election observers, during this period. It may be obtained through a public records request after the election.

*Observer Area – Central Counting Location*

Observers are allowed at a central counting location under Wis. Stat. § 5.86.

> <u>Counting Area:</u> There must be an observer area between three and eight feet of the table at which the counting is taking place.

If space constraints prevent the central counting location from accommodating an observation area within three to eight feet of the areas listed here, the municipal

clerk shall document the actual location of the observation area and the reasons why it could not be located within the three to eight feet distance. In that case the municipal clerk shall provide a written explanation to the WEC as to the reasons why the distance requirement could not be satisfied, within seven days after the election.

The EL-109 may not be viewed by members of the public, including other election observers. It may be obtained through a public records request after the election.

*Observer Area – Polling Place*

An observation area should always be established when setting up the polling place on Election Day.

> Check-In Area: There must be an observer area between three and eight feet of the table at which electors state their name and address to receive a voter number.

> Voter Registration Area: There must be an observer area between three and eight feet of the voter registration table. Wis. Stat. § 7.41(2).

If space constraints prevent the polling place from accommodating an observation area within three to eight feet of the areas listed here, the municipal clerk and chief inspector shall record on the Inspectors' Statement (EL-104) the actual location of the observation area and the reasons why it could not be located within the three to eight feet distance. In that case the municipal clerk shall provide a written explanation to the WEC as to the reasons why the distance requirement could not be satisfied, within seven days after the election.

Observers should direct questions and concerns to the chief inspector or their designee.

Election inspectors should attach the EL-109 to the Inspectors' Statement (EL-104). The EL-109 may not be viewed by members of the public, including other election observers, on Election Day. After Election Day, a copy of the EL-109 may be obtained through a public records request.

WEC 000326

The recount of any election is open to any interested member of the public, including candidates and their counsel. The recount board of canvassers may limit observers to a designated area, but the observers shall be positioned so that they can see the poll lists and each individual ballot as it is counted. If there is not enough room for all observers to view the ballots as they are being counted, visual preference shall be given to the candidates or their representatives

The board of canvassers is in charge, and observers shall follow the board's directives. Questions should be directed to the member of the recount board of canvassers designated to receive questions. Video and still cameras are allowed if their use is not disruptive. Because a recount is considered a public meeting, observers are not required to provide photo ID, sign the EL-109 or wear an observer badge.

A recount plan adopted by the Wisconsin Elections Commission or a local board of canvassers may include additional rules governing observer conduct, provided that the recount plan is consistent with the public's right to observe the recount process and the ability of election officials to conduct the recount.

*Conduct of Observers*

While observers are present, they are prohibited from electioneering or interfering with the orderly conduct of the election and/or election administration event. Any observer who engages in loud, boisterous, or otherwise disruptive behavior that the election official believes threatens the orderly conduct of the activity or interferes with voting shall receive a warning from the election official. If a warning has been issued, and the offending observer continues the disorderly behavior, the election official shall order the offending observer to depart the location. If the offending observer declines or otherwise fails to comply with the election official's order to depart, the election official shall summon local law enforcement to remove the offending observer.

In the event that an election official orders an observer to leave a location, the election official shall provide a written order to the observer (EL-110) which includes the reason for the order and the signatures of the local election official as well as another local election official representing the opposite political party, if available. The local election official shall have sole authority to order the removal of an observer, but the other local election inspector may note their concurrence or

WEC 000327

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 68 of 184   Document 117-73

disagreement with the decision on the Inspectors' Statement (EL-104). Wis. Stat. § 7.41(3).

When an EL-110 is completed, the municipal clerk or board of election commissioners shall notify the WEC of the incident within seven days. This notification should include a copy of the EL-110, if available, and the portion of the Inspectors' Statement which documents the incident. WEC staff will use this information to provide a summary to the Commission after each election of all reported incidents.

*Viewing Documents*

Observers may examine the poll list so long as they do not interfere with election official responsibilities.

1. The election official determines whether it is an appropriate time to allow an observer to examine or photograph the poll list. If voters are standing in line to have their names recorded and to receive a ballot, it is not an appropriate time to allow observers to view the poll lists.

2. The poll list must remain under the control of election officials at all times.

3. The poll list may not be handed to the observers.

4. Observers are prohibited from viewing the confidential portion of the poll list.

5. Observers are not permitted to make a photocopy of or take photographs or video of proof of residence documents and voted ballots.

6. All observers, regardless of affiliation, should be accorded the same treatment with respect to examining the poll lists.

Observers are not permitted to handle an original version of any official election document, including voter registration forms and/or proof of residence documents while voters are registering.

*Additional Prohibited Activities*

Observers may not conduct any of the following disorderly activities while monitoring the conduct of the election and/or election administration event.

WEC 000328

1. Wear clothing or buttons related to candidates, parties, or referenda that are intended to influence voting at the election.

2. Interact with voters, except when asked by an elector to provide assistance in marking their ballot.

3. Watch voters mark their ballots.

4. Have conversations about candidates, parties or ballot questions.

*Observers at a Care Facility Served by Special Voting Deputies*

Please see *Absentee Voting in Residential Care Facilities and Retirement Homes* for information on observers in care facilities.

## Voter Cell Phones and Photography in Polling Area

Voters may silently use cell phones in the polling area and voters may take photos or video of themselves if it is not disruptive. Voters may not take photos or videos of other voters or other voters' ballots without their consent. The chief inspector may prohibit an observer from using a cell phone if it is deemed disruptive.

Inspectors may wish to caution voters that sharing an image of their voted ballot in exchange for compensation may violate the election bribery or election fraud statutes.

## Media

Members of the media may be present at the public location hosting an election and/or election administration event but cannot interfere with the activities. Members of the media should check-in with the election official in charge of the location. This election official should document the name and affiliation of each member of the media on the Inspectors' Statement (EL-104).

*Conduct of Media*

1. Communications media observers shall be permitted to use photography and video cameras provided the cameras are not used in a manner that allows the observer to see or record how an elector has voted and provided the cameras

WEC 000329

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 70 of 184   Document 117-73

do not disrupt or interfere with voting or disrupt the orderly conduct of the election.

2. Contact with electors in the voting area should be limited. This includes interacting with voters who are waiting in line to check-in and/or cast their ballots.

3. Interviews should be held outside of the voting area to ensure doors and entrances are not blocked and the voting process is not disrupted.

The municipal clerk should make sure that media is briefed about acceptable conduct. Members of the media are strongly encouraged to conduct the majority of their activities outside of the room where the election is being conducted. It is the responsibility of the election official to deal directly with any media person who is harassing voters.

## Polling Place Accessibility Assessments

Representatives from the Wisconsin Elections Commission, also known as auditors, may assess accessibility requirements at Wisconsin polling places. The auditors will check in with the chief inspector at the polling place when beginning the audit. The entire process will take 20 to 60 minutes and the auditors will not interrupt the voting process. They may take photos of the polling place or voting equipment but will not take photos of ballots or voters. They may also ask to see voting equipment seals as part of the assessment. These individuals are not observers and should not be asked to sign in or wear an observer badge. The Wisconsin Elections Commission will reach out the clerk of the municipality with the finds of the audit sometime after the election.

## Electioneering

Electioneering is any activity intended to influence voting at an election. Electioneering is prohibited during voting hours on public property within 100 feet of any entrance used by voters to access the polling area:

- At the clerk's office during in-person absentee voting
- At any established alternate absentee voting location
- At a facility served by special voting deputies
- At the polling place

Wis. Stats. §§ 12.03(2), 12.035(3).

WEC 000330

**Note:** This prohibition does not apply to electioneering on private property within 100 feet of an entrance to a polling place. The placement of election signs on private property within the 100-foot radius is permissible. Wis. Stat. § 12.035(4)(b).

State law prohibits the distribution of election-related material at the polling place on Election Day. Election-related material is any written matter which describes, or purports to describe, the rights or responsibilities of individuals voting or registering to vote at a polling place or voting an absentee ballot at the office of the municipal clerk or an alternate site. Election-related material does not include required notices and postings by election officials.

Wis. Stats. §§ 12.03(4), 12.035(4)(a).

Some circumstances to consider:

<u>Vehicles</u>

1. There is an exception for election-related bumper stickers on vehicles parked within 100 feet of an entrance to a polling place for the length of time it takes for the occupants to vote.

2. Employees who work in the building containing the polling place may have stickers on their cars but if complaints are made, the employee should be asked to move his or her vehicle.

3. If it appears that the primary purpose of parking a vehicle within 100 feet of an entrance to a polling place is to influence voting, then election inspectors should attempt to contact the vehicle owner and have them move and should contact a law enforcement officer.

<u>Election Materials</u>

1. Campaign signs or flyers may not be posted or distributed within the polling place or within 100 feet of any entrance to a polling place.

2. This prohibition does not apply to campaign activity on private property within 100 feet of an entrance to a polling place. The placement of election signs on private property within the 100 feet radius is permissible.

Wis. Stat. § 12.03.

WEC 000331

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 72 of 184   Document 117-73

## Exit Polls

1. Exit polls are permitted by Wisconsin law but must not interfere with the orderly conduct of the election.

2. Exit polls should be conducted outside of the polling place. Persons conducting exit polls must not interfere with the access of voters entering and leaving the polling place.

3. Electors should not be given the impression that their participation is required, and the exit poll should not resemble a sample ballot or otherwise imply that it is part of the election process.

4. Persons conducting exit polls are encouraged to contact the municipal clerk to discuss the conduct of exit polls, in order to take into consideration any unique circumstances created by the layout or configuration of a particular polling place.

## Solicitations

Solicitations are not allowed in the voting area or inside a building housing the polling place as solicitors can interfere with the orderly conduct of the election. Solicitors must not interfere with the access of voters entering and leaving the polling place. However, solicitors do not have to be outside the 100 feet electioneering zone.

## Petitions on Election Day

It is the formal opinion of the Wisconsin Elections Commission that soliciting signatures for a petition within 100 feet of a polling place on Election Day is NOT considered "electioneering," provided that the petition is not related to the election at hand and does not attempt to influence the voter regarding that day's vote. For example, petitions for the recall of an elected official, the institution of referenda, or other petitions to a governing body are not considered "election-related material" and do not violate the relevant statutes on electioneering if they are not related to the election or contests on the ballot. However, petitioning inside the building containing the polling place on Election Day is considered disruptive, and is prohibited. Petitioners should circulate their petitions outside of the polling place to not interfere with the access of voters entering and leaving the

WEC 000332

polling place. Election officials will order persons petitioning inside the building containing the polling place to leave the building and summon law enforcement if necessary. Wis. Stats. §§ 7.37(2), 12.03(4), 12.035(4)(a).

<u>Bake Sales</u>

Bake sales and other activities not related to the election are permitted but not encouraged. If held, they should be set up in a separate room, or in a remote location, so that the orderly conduct of the election is not disrupted.

## Challenging Voters

When there is reason to believe that an elector does not meet the qualifications to vote, the elector may be challenged.

1. Challenges may be brought by any qualified elector of the state including an election inspector.

    a. If an election inspector is making the challenge, a second election inspector should administer the process.

2. All challenges must be made for reasonable cause as outlined on the Challenge Documentation of the Inspectors' Statement (EL-104c). The election inspectors should use discretion when administering a challenge.

3. Inspectors should be trained on the procedure for handling challenges.

4. All challenges are recorded using the Challenge Documentation section (EL-104c) of the Inspectors' Statement (EL-104). The form lists the procedures to follow and questions used to establish the challenge.

*Challenge Procedure*

1. When a challenge is made, the challenging elector is placed under oath and asked to make a sworn statement giving the reason for the challenge.

2. The challenging elector is then questioned by the election inspector using the questions on the challenge documentation form (EL-104c) to provide reasonable support for the challenge.

WEC 000333

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 74 of 184   Document 117-73

3. After the challenge has been made and supported under oath, the challenged elector is placed under oath and asked to make a sworn statement in response to the challenge.

4. If the challenged elector refuses to make a statement under oath, the elector shall not be given a ballot.

5. Once the challenged elector has responded to the challenge, the challenging elector has the opportunity to withdraw their challenge. If the challenge is withdrawn, a ballot is issued with no special marks, a notation is made in the Inspectors' Statement (EL-104), and no mark is made on the voter lists.

6. If the challenge is not withdrawn, the election inspector administers the "Oath of Eligibility" to the challenged elector. Once the oath has been made by the elector, a ballot is issued with the voter number and "Section 6.95" marked on the back of the ballot.

7. Once the challenged elector has marked the ballot, it is placed by the elector into the ballot box. A notation "Challenged" and the reason for the challenge is made on the voter lists and the appropriate sections of the Inspectors' Statement (EL-104) are completed by the election inspector.

Wis. Stats. §§ 6.94, 6.95.

## Frequently Asked Questions

1. *Can the municipal clerk serve as an election inspector?*

   The Wisconsin Elections Commission does not advise that a municipal clerk serve as an election inspector. If the municipal clerk must serve as an inspector, they may not be a candidate on the ballot for that election. If the municipal clerk is on the ballot, they must find another qualified person to fill the vacancy.

2. *When is a challenge appropriate?*

   Reasons for a challenge may include age, residency, citizenship, ability to sign the poll list, or disqualification from voting. All challenges should be made with reasonable and appropriate support. If an election inspector believes that an individual is abusing the challenge process, they may request that the person leave the polling place. Challenges must be brought before a ballot is issued.

WEC 000334

3. *When is a challenge unacceptable?*

Any challenge to a person's right to vote because that elector is incapable of understanding the objective of the electoral process cannot be determined at the polls. Only a court can disqualify a voter as incompetent for purposes of registering to vote or the right to vote. Such a challenge should be dismissed and an unmarked ballot issued to the elector. Any challenge based on an individual's appearance, speech or inability to speak English is also unacceptable. A notation of the alleged grounds should be made on the challenge documentation form. The challenge should be dismissed and an unmarked ballot issued to the elector.

4. *Can anyone photograph and/or videotape the activities taking place in the polling place?*

Voters may photograph or videotape themselves or their ballots if it is not disruptive. Members of the media and polling place accessibility auditors may use photography and/or video cameras in the polling place during voting hours. The use of photography and video cameras by observers is prohibited.

5. *Do voters need to remove campaign buttons or t-shirts?*

It is best to permit the voter to cast their vote and leave. If the elector engages in electioneering or remains in the polling place as an observer, the individual should be directed to cover or remove any campaign paraphernalia they are wearing if the item is intended to influence voting at the election.

6. *Are exit polls allowed?*

Exit polls are permitted by Wisconsin law. However, exit polls must not be allowed to interfere with the orderly conduct of the election. The municipal clerk should make sure the media is briefed about acceptable conduct for exit polls. Electors who complain about exit polls should be informed that they need not participate.

WEC 000335

WEC 000336

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 77 of 184   Document 117-73

# POST ELECTION ACTIVITIES

## Summary

Even though election inspectors count the votes at the polls on election night, the official results of the elections are not determined until each official board of canvassers (for the municipality, county, state, school district, or other special purpose district) has met and completed the official canvass of their respective offices. The canvass statement is the official determination of the outcome of the election. The election is not complete and no recount can be requested until the canvass has been completed. Wis. Stats. §§ 7.53(4), 9.01(1)(a) 1.

Voters who cast provisional ballots may provide whatever documentation is required no later than 4:00 p.m. on the Friday after the election in order for their provisional ballot to be counted. Wis. Stat. § 7.515 assigns the responsibility of processing and counting eligible provisional ballots to the Municipal Clerks, or Executive Directors, and the Municipal Board of Canvassers.

## Composition of the Municipal Board of Canvassers (MBOC)

1. Municipalities with only one polling place.

    a. In municipalities with one ward or where all of the wards vote at a single polling place and results are combined, the election inspectors constitute the municipal board of canvassers (MBOC).

    b. All inspectors present at the polling place at the close of the polls complete the Board of Canvassers' Statement (EL-106) for municipal offices and municipal referenda on election night.

       Likewise, the inspectors that signed the election night certification comprise the MBOC for any subsequent meeting to amend returns. However, if all of the inspectors who signed the election night certification are not available to amend returns, the clerk may replace the inspectors with a 3-member board of canvassers consisting of the clerk, the chief inspector and one other inspector.

       If the clerk is a candidate at the election being canvassed, is a nonresident of the municipality or is unable to serve, the other two members shall appoint a qualified elector of the municipality to serve in place of the

WEC 000337

clerk. If one of the other members is unable to serve, the municipal clerk shall appoint a qualified elector of the municipality as a replacement.

Wis. Stat. § 7.53(2)(d), (2m)(b).

2. Municipalities with more than one polling place.

   a. In municipalities with two or more wards that are not combined, the municipal clerk and two qualified electors chosen by the clerk, serve as the MBOC.

   b. They complete the Board of Canvassers' Statement (EL-106) for municipal offices and municipal referenda. If a member of the MBOC is unavailable, the clerk may designate a substitute.

   Wis. Stat. § 7.53(2)(a)1.

In addition to these familiar duties, the MBOC are required to convene, whether or not there is a municipal election, whenever provisional ballots have been cast.

Wis. Stat. § 7.53.

## Timeline for Convening the MBOC

1. Municipalities where the Election Inspectors Comprise the MBOC.

   a. When municipal offices and/or municipal referenda are on the ballot, the inspectors must conduct the municipal canvass and make their initial determination on election night, as usual.

   b. The inspectors must reconvene as the MBOC no later than 9:00 a.m. on the Monday following the election to process eligible provisional ballots.

      i. If no eligible provisional ballots are returned, the MBOC does not need to reconvene and the clerk can certify that the election night results stand. See the EL-106P.

2. Municipalities where the Clerk and Two Others Comprise the MBOC.

   a. When the municipal clerk and two other electors appointed by the clerk serve as the MBOC, the canvass shall begin no earlier than the time that

WEC 000338

the MBOC receives the returns from all polling places on election night and no later than 9:00 a.m. on the Monday after the election.

Wis. Stats. §§ 6.97, 7.53.

*Regardless of the Composition of the MBOC...*

The MBOC may convene or reconvene (in the case of the poll workers serving as the MBOC who met election night to canvass municipal results) as soon as all pending provisional ballots have been determined eligible, but no earlier than 4 p.m. on the Friday after the election and no later than 9 a.m. on the Monday after the election. **Note**: Proper 24-hour meeting notice is required.

*Scenarios*:

A. **The MBOC is the Election Inspectors**

1. **No** - Municipal offices and/or referenda
   **No** - Outstanding provisional ballots.

   a. The inspectors do not convene as the MBOC.

   b. The inspectors do not reconvene as the MBOC.

2. **Yes** - Municipal offices and/or referenda
   **No** - Outstanding provisional ballots.

   a. The inspectors convene on election night as the MBOC to canvass the results of the municipal offices or municipal referenda and complete the EL-106 for municipal offices and referenda only.
   b. The inspectors do not reconvene as the MBOC.

3. **Yes** - Municipal offices and/or referenda
   **Yes** - Outstanding provisional ballots.

   a. The inspectors convene on election night as the MBOC to canvass the results of the municipal offices or municipal referenda and complete the EL-106 for municipal offices and referenda only.

   b. The MBOC reconvenes if outstanding provisional ballots have been rehabilitated.

    c. 24-hour open meeting notice is required.

    d. The MBOC reconvenes no later than 9:00 a.m. on the Monday after the election to process and count provisional ballots and amend the municipal canvass.

        i. If no provisional ballots are rehabilitated, the clerk certifies that there are no additional ballots to count, and the MBOC does not need to reconvene.

4. **No** - Municipal offices and/or referenda
   **Yes** - Outstanding provisional ballots.

    a. The inspectors do not convene on election night as the MBOC.

    b. The MBOC convenes if outstanding provisional ballots have been rehabilitated, or after the deadline of 4:00 p.m. on the Friday after the election has passed.

    c. 24-hour open meeting notice is required.

    d. The MBOC convenes no later than 9:00 a.m. on the Monday after the election to process and count provisional ballots.

        i. If no provisional ballots are rehabilitated, the clerk certifies that there are no additional ballots to count, and the MBOC does not need to reconvene.

**B.**   **The MBOC is the Clerk and Two Other Electors**

1. **No** - Municipal offices and/or referenda
   **No** - Outstanding provisional ballots.

    a. The MBOC does not meet at all.

2. **Yes** - Municipal offices and/or referenda
   **No** - Outstanding provisional ballots.

    a. The MBOC meets the day after the election to canvass the results of the municipal offices or municipal referenda and complete the EL-106 for municipal offices and referenda only.

WEC 000340

b. The MBOC has no reason to meet again.

3. **Yes** - Municipal offices and/or referenda
   **Yes** - Outstanding provisional ballots.

   a. The MBOC *may* meet the day after the election to canvass the results of the municipal offices or municipal referenda and complete the EL-106 for municipal offices and referenda only.

      i. The MBOC must adjourn until all provisional ballots are rehabilitated.

      ii. After providing 24-hour notice, the MBOC reconvenes to process and count provisional ballots and amend the municipal canvass.

         a) If no provisional ballots are rehabilitated, the clerk certifies that there are no additional ballots to count, and the MBOC does not need to reconvene.

   b. Alternatively, the MBOC may wait to convene until all provisional ballots are rehabilitated or until the deadline of 4:00 p.m. on the Friday after the election has passed.

      i. After providing 24-hour notice, the MBOC convenes to process and count provisional ballots and to canvass the results of the municipal election.

         a) If no provisional ballots were rehabilitated, the returns must include a statement to that effect.

4. **No** - Municipal offices and/or referenda
   **Yes** - Outstanding provisional ballots.

   a. The MBOC must convene after all outstanding provisional ballots are rehabilitated or until the deadline of 4:00 p.m. on the Friday after the election has passed.

   b. 24-hour notice is required.

   c. The MBOC convenes to process and count provisional ballots.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 82 of 184   Document 117-73

      i. If no provisional ballots are rehabilitated, the clerk certifies that there are no additional ballots to count, and the MBOC does not need to reconvene.

The 3-day period for petitioning for a recount of municipal offices and referenda does not begin until the day after the final meeting of the MBOC and the completion of the canvassing of the provisional ballots. Wis. Stat. § 9.01(1)(a) 1.

*Timeline for Delivery of Election Night Returns to County, School District and Special Purpose District Clerks*

The municipal clerk shall deliver all ballots, statements, tally sheets, lists and envelopes, **excluding any provisional ballots**, related to any county, school district or special purpose district election to the appropriate clerks by 4:00 p.m. on the day following each such election. Wis. Stat. § 7.51(5)(b).

*Central Count Absentee Municipalities*

The municipal clerk in municipalities that process absentee ballots at a central location deliver all ballots, statements, tally sheets, lists and envelopes, **excluding any provisional ballots,** related to any county, school district or special purpose district election to the appropriate clerks by 4:00 p.m. on the <u>second</u> day following each such election. Wis. Stat. § 7.51(5)(b).

*Timeline for Delivery of Amended Returns to the Affected Boards of Canvassers*

The amended returns must be delivered to the county, school district and special purpose district clerks no later than 4:00 p.m. on the Monday after the election. Wis. Stat. § 7.51(5)(b). County, school district and special purpose district boards of canvassers must meet no later than 9 a.m. on Tuesday (one week after an election.) In addition, school district and special purpose district boards of canvassers must complete the canvass no later than 4 p.m. on the Tuesday after an election. Wis. Stats. §§ 7.53 (3)(a), 7.60(3).

## Duties of Municipal Clerks

1. On Election Night, post the number of pending provisional ballots by reporting unit, on the Internet.
   Wis. Stat. § 7.515(5), 2011 Act 115, Wis. Stat. § 7.15(15).

WEC 000342

2. On Election Night, transmit the EL-123r to the clerks of any other affected level of government by reporting unit. Wis. Stats. §§ 6.97(3)(b), 7.515(6)(a).

3. On Election Night, enter provisional ballot information {which has been recorded on the Provisional Ballot Reporting Form (EL-123r)} into the Provisional Ballot Tracking System. (If the municipality does not have web access, the WisVote provider enters this information.) 42 U.S.C. § 15482(a)(5)(B).

4. If the clerk receives an absentee ballot from an elector who is recorded as voting on Election Day, the clerk should also contact law enforcement immediately.

5. Provisional ballots are not counted until the required information driver license number, state ID card number or proof of identification is provided to either the election inspectors by 8:00 p.m. on Election Day, or to the municipal clerk or deputy clerk by 4:00 p.m. the Friday after the election.

   a. Municipal clerks must be available to receive the missing information from electors who have a pending provisional ballot through 4 p.m. on the Friday after the election:

      i. Electors who need to provide their WI driver license or WI DOT-issued ID card number can provide their number:
         1. Over the phone
         2. By electronic transmission
         3. By delivery
         4. In-person

      ii. Electors who need to provide proof of identification must provide their ID in-person.

   b. Electors who provide their information after Election Day do not sign the poll list.

   c. When an elector provides missing provisional information after Election Day, the municipal clerk must update the EL-123r with:

      i. The type of provisional documentation provided
      ii. The method used to provide the missing information
      iii. The date and time the elector provided the missing information

WEC 000343

iv.  The clerk's name

    d.  The Provisional Ballot Tracking System must also be updated when an elector provides missing provisional information after Election Day.

6.  Continually update the EL-123r as provisional ballots become eligible to be counted, and continually enter the updated information into the Provisional Ballot Tracking System or transmit the updated information to your provider for Provisional Ballot Tracking System entry.

7.  Immediately after the 4:00 p.m. Friday deadline, transmit the final EL-123r forms to the clerks of any other affected level of government (and to your WisVote provider, if necessary).

8.  Publish a 24-hour open meeting notice and notify the MBOC of the time and location of the meeting. Notice of the meeting which includes the date, time, place and subject matter of the meeting should be sent to the local media at least 24 hours in advance of the meeting. Wis. Stat. § 19.84. Note:  You may have observers in attendance.

9.  Provide all necessary materials for the MBOC (see the Supplies Checklist in the appendix of this document).

10. Take minutes at the MBOC meeting or assign this duty.


## Processing Provisional Ballots

A.  Examine all EL-123r forms to determine which voters have supplied the missing information necessary for their ballots to be processed.

B.  Verify the tamper-evident seal numbers on the ballot container holding the provisional ballots and record the findings on the Record of Activity (EL-104P).

C.  Open the ballot container holding the Election Day provisional ballots and retrieve the envelopes containing the ballots to be processed.

WEC 000344

D.   Process one provisional ballot at a time. Examine the Provisional Ballot Certificate Envelope (EL-123) for sufficiency, following the same procedure used in processing absentee ballots.

1.   Reject the provisional ballot if the envelope is not sufficient or appears to have been tampered with.

   a.   Mark the envelope (EL-123) "Rejected."

   b.   Write "Rejected" on the Provision Ballot Reporting Form (EL-123r) in the "voter number" column.

   c.   Record the rejection on the Record of Activity (EL-104P).

   d.   Return the unopened EL-123 to the Election Night Provisional Ballot Bag/Container.

2.   If the provisional ballot envelope is sufficient:

   a.   Assign a voter number to the elector.

      i.   Look for the last voter number issued in the appropriate reporting unit and assign the next consecutive number to the voter.

      ii.   Record the number on the EL-123r.

   b.   Place the Provisional Certificate Envelope in a large envelope marked "Used Provisional Ballot Envelopes."

   c.   Place the ballot in the "privacy container" for tally later in the process.

E.   After all provisional ballots have been processed, reconcile the number of voters with the number of provisional ballots.

1.   Count the number of ballots in the privacy container to ensure the number of ballots equals the number of additional voter numbers issued for provisional ballots.

2.   Return ballots to privacy container and mix.

WEC 000345

F. Tally the Votes

Count and record the votes on two separate Tally Sheets (EL-105). Reconcile the tally sheets when the counting for each office is complete.

1. Determine if any of the ballots are "Defective."

   a. A "Defective ballot" is a ballot for which a majority of the election inspectors agree that voter intent cannot reasonably be determined.

   b. A ballot can be defective for some offices and valid for others. Only valid votes on each ballot are counted. The reason for the defect should be recorded on the Record of Activity (EL-104P).

   c. A defective ballot is labeled "Defective Ballot # __" (beginning with '1'), set aside and preserved.

      i. Defective ballots may be placed in an envelope marked "Defective/Objected To Provisional Ballots or"

      ii. Bundled together and labeled "Defective Provisional Ballots"

2. Determine if any of the ballots are "Objected To."

   a. An "Objected To" ballot is a ballot for which a majority of the election inspectors agree that voter intent can or cannot be determined, but at least one election inspector disagrees. The reason for the objection is recorded on the Record of Activity (EL-104P).

   b. A ballot may be "Objected To" with respect to one or more offices. "Objected To" ballots are counted if the majority agrees on intent.

   c. An "Objected To" ballot is labeled "Objected To Ballot # __" (beginning with '1'), set aside and preserved.

      i. "Objected To" ballots may be placed in an envelope marked "Defective/Objected To Provisional Ballots or"

      ii. Bound together and labeled "Objected To Provisional Ballots"

   Bundle the counted provisional ballots together and set aside.

WEC 000346

e. Announce the results of the tally of provisional ballots.

Wis. Stat. § 6.97(2), (3).

*Securing and Documenting*

A.  Ballots

   1.  Place the counted provisional ballots and the Defective/Objected to Provisional Ballots in a ballot bag or container.

      a.  Secure the container with a tamper-evident seal.

      b.  Record the tamper-evident seal number on the Ballot Container Certificate (EL-101) and the Record of Activity (EL-104P)

   3.  Reseal the ballot container holding the Election Day provisional ballots with a tamper-evident seal.

      a.  Record the tamper-evident seal number on the Ballot Container Certificate (EL-101) and the Record of Activity (EL-104P).

B.  Envelopes

   1.  Secure the large envelopes containing:

      a. Used Certificate Absentee Envelopes (EL-103)

      b. Rejected Absentee Ballots (EL-102)

      c. Used Provisional Certificate Envelopes

C.  Complete Forms and Sign any Certifications

   1. Ballot Container Certificates (EL-101)

   2. Rejected Absentee Ballots Envelope (EL-102)

   3. Used Absentee Certificate Envelope (EL-103)

   4. Used Provisional Certificates Envelope

WEC 000347

5. Record of Activity (EL-104P)

6. Certification of the MBOC (EL-106P)

7. Tally sheets and machine tapes (EL-105)

8. Provisional Ballot Carrier Envelope (EL-108)

9. Provisional Ballot Reporting Form (EL-123r)

10. Absentee Ballot Log (EL-124)

## Conducting the Municipal Canvass

*Canvassing Municipal Offices and Municipal Referenda*

If there were municipal offices or municipal referenda on the ballot, the MBOC will need to make the official determination of the outcome of the municipal election. Follow the Municipal Board of Canvassers instructions located in the *Election Day Manual*. The MBOC uses the Statement of the Board of Canvassers (EL-106) for this purpose.

If the MBOC has already met and completed an EL-106 and is reconvening to process and count provisional ballots, the municipal canvass will have to be amended.

3. Tabular Statement

   a. Complete a new tabular statement for each municipal office and municipal referendum.

   b. Record only the votes counted for provisional ballots in each office for each reporting unit.

   c. Total the votes cast in each reporting unit (across) and for each candidate (down) and record the grand total for each office.

4. Summary Statement

   a. Complete a new summary statement, using the information from the tabular statement, for each municipal office and municipal referendum.

WEC 000348

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 89 of 184   Document 117-73

b. Attach a copy of the *original* summary statement to the new summary statement.

c. Record the totals from the first summary statement next to the totals on new summary statement.

d. Add them together and determine a new grand total for each office and referenda.

5. Certification

a. Complete and sign the Certification.

*Breaking a Tie in a Municipal Contest*

A tie vote in a municipal contest is broken by the Municipal Board of Canvassers. The MBOC should use a method that results in a random outcome, such as flipping a coin or drawing names out of a hat. The procedure should be documented. If all of the candidates are present, they can draw to break the tie themselves. When a municipal referendum results in a tie, the referendum fails.

## Routing Materials

All materials are delivered to the municipal clerk, but should be separated as follows:

A. Municipal Clerk

1. Municipal ballots (if separate ballots) sealed in a ballot container.

2. One original of each Tally Sheet (EL-105) and one copy of the voting machine tape, if any.

3. Record of Activity (EL-104P) - *Municipal clerk will make certified copies for county, school district and special purpose district clerks.*

4. Absentee Ballot Log (EL-124) - *Municipal clerk will make certified copies for county, school district and special purpose district clerks.*

WEC 000349

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 90 of 184   Document 117-73

5. Provisional Ballot Reporting Form (EL-123r) - *Municipal clerk will make certified copies for county, school district and special purpose district clerks.*

6. Statement of the MBOC (EL-106P) - *Municipal clerk will make certified copies for county, school district and special purpose district clerks.*

7. Statement of the Municipal Board of Canvassers (EL-106), if required.

B. School District Clerk

1. School District Ballots (if separate ballots) sealed in a ballot container.
2. One original Tally Sheet (EL-105) of school district offices and referenda and one copy of the voting machine tape, if any.

3. One certified copy of the Inspectors' Statement (EL-104) and one certified copy of the Record of Activity (EL-104P)

4. One copy of the Provisional Ballot Reporting Form (EL-123r)

5. One copy of the Absentee Ballot Log (EL-124)

6. A certified copy of the poll list (EL-107, EL-107s)

C. County Clerk

1. Ballot containers with all federal, state, county and technical college ballots.

2. Provisional and absentee ballots sealed in separate ballot containers.

3. Election night provisional ballots resealed in the original ballot bag from election night.

4. The Rejected Absentee Ballots Envelope (EL-102)

5. The Used Absentee Certificates Envelopes Envelope (EL-103)

6. The Used Provisional Certificates Envelope

WEC 000350

7. One Original Tally Sheet (EL-105) of federal, state, county and technical college offices and/or referenda and one copy of the voting machine tape, if any.

8. One certified copy of the Record of Activity (EL-104P)

9. One copy of the Provisional Ballot Reporting Form (EL-123r)

10. One copy of the Absentee Ballot Log (EL-124)

11. One certified copy of the Statement of the MBOC (EL-106P)

*Municipal Clerk Follow-up*

Municipal clerks deliver the amended returns and other documents to the county, school district and special purpose district no later than 4:00 p.m. on the Monday after the election. See Routing above.

*WisVote Related Notes*

1. Self-Providers

   a. After the municipal board of canvass, Self-Providers must update office holders in WisVote with new or re-elected officials for municipal offices.

   b. For more information about entering office holders in WisVote, see the WisVote manual, which is available in the WisVote Learning Center.

2. Reliers

   After the municipal board of canvass, Reliers must ensure their Provider receives a copy the Certification of the Board of Canvassers or a list of municipal contest winners for entry into WisVote.

3. Providers

   a. Providers must update the officer holders in WisVote with new or re-elected officials for municipal offices in a relying municipality.

WEC 000351

b. Counties are responsible for entering the office holders for county and school district offices.

c. For more information about entering office holders in WisVote, see the WisVote manual, which is available in the WisVote Learning Center.

## Certificate of Election

1. The municipal clerk shall promptly issue a Certificate of Election (EL-153) to each person elected to any municipal office <u>after</u> the deadline for filing a petition for recount has passed, three business days following the certification by the municipal board of canvassers.

2. When a valid petition for a recount is filed, the municipal clerk may not issue the Certificate of Election (EL-153) for the office in question until the recount has been completed and the time allowed for filing an appeal has passed.

   a. An appeal may be filed in the circuit court within five business days after completion of the recount by the board of canvassers.

   b. If an appeal is filed in the circuit court, the municipal clerk shall not issue the Certificate of Election (EL-153) until after the appeal is decided.

Wis. Stat. § 7.53(4).

## Absentee Ballot List Maintenance

Wisconsin law provides electors the option to request that absentee ballots be sent to them automatically for every election within a calendar year (or automatically for every election for indefinitely-confined voters). However, the law also requires the elector to return a ballot each time a ballot is sent to them, otherwise the application may be canceled. Clerks must reconcile their absentee ballot logs to identify voters who did not return a ballot and cancel their absentee applications accordingly. Wis. Stat. § 6.86(2m)(a).

*Regular Absentee Electors - Calendar Year Requests*

1. At each spring election, general election or special election, the clerk shall determine if any voters with a calendar year request failed to return a ballot.

   a. A ballot is considered "returned" if it was returned to the clerk's office or polling place in the certificate envelope regardless of whether that ballot was ultimately counted or rejected.

2. The clerk shall remove from the list the name of each person who:

   a. Did not return a ballot for a spring election, general election, or special election.

      i. The canceled absentee voter may file a new absentee application with the clerk's office to receive ballots for future elections.

   b. Requests their name be removed from the list.

   c. No longer qualifies as an elector (upon receipt of reliable information).

3. If the cancellation is not at the voter's request, the clerk shall send a notice within 5 days of the cancellation, if possible.

Wis. Stat. § 6.86(2m)(a), (b).

*Indefinitely Confined Electors*

1. At each spring election, general election or special election, the clerk shall determine if any voters from the indefinitely confined list failed to return a ballot.

   a. A ballot is considered "returned" if it was returned to the clerk's office or polling place in the certificate envelope regardless of whether that ballot was ultimately counted or rejected.

2. The clerk shall send a 1st class letter or postcard informing the voter that his or her name will be removed the list unless the voter applies for renewal within 30 days.

a. Renewal can be accomplished by any written notification.

3. The clerk shall remove from the indefinitely confined list the name of each person who:

   a. Did not return a ballot for a spring election, general election or special election, was sent a 30-day notice and did not renew the application by the deadline.

   b. Requests their name be removed from the list.

   c. No longer qualifies as an indefinitely confined elector (upon receipt of reliable information).

      i. The clerk shall send a notice within 5 days of the cancellation, if possible.

Wis. Stat. 6.86(2).

*Military and Permanent Overseas Electors*

1. Military and Permanent Overseas electors may request to receive all ballots in a calendar year.

2. Military and Permanent Overseas electors' absentee applications are <u>not</u> subject to cancellation for failure to return a ballot.

3. Military or Permanent Overseas electors' applications may be canceled early if:
   a. The elector requests their absentee application be canceled.

   b. The clerk receives reliable information that the elector no longer qualifies as a military or overseas elector.

      i. Military electors continue to be treated as military electors for 28 days after their date of discharge, termination of service, or employment that qualifies them for military elector status.

4. If the cancellation is not at the voter's request, the clerk shall send a notice within 5 days of the cancellation, if possible. Wis. Stat. § 6.22(4)(a), (f), (h).

WEC 000354

## Frequently Asked Questions

1. *When may the municipal clerk issue certificates of election to winning candidates?*

   The municipal clerk shall issue certificates of election once the deadline for petitioning for a recount has passed, and there is no recount or litigation pending. The clerk may either mail or personally deliver the certificates to the winning candidates.

2. *May a person serve on the board of canvassers if that person is a candidate for an office to be canvassed by that board?*

   No person may serve on the board of canvassers if that person is a candidate for an office being canvassed by the board, except a municipal clerk running unopposed that does not have an opponent whose name appears on the ballot. If the clerk is a candidate at an election being canvassed and has an opponent, the presiding officer of the municipality shall designate another qualified elector of the municipality to serve in lieu of the clerk for that election.

3. *May a relative of a candidate serve as a member of the Board of Canvassers?*

   The WEC has concluded that the Ethics Code for Local Public Officials prohibits an election inspector from working at a specific election under circumstances in which a candidate's success or failure to win election would affect the inspector financially, including if a candidate is a spouse or immediate family member of the election inspector. *(Violations of the Ethics Code for Local Public Officials are enforced by local district attorneys. Therefore this opinion is advisory and is not binding on district attorneys who are responsible for making determinations based upon individual facts and circumstances.)*

4. *May the board of canvassers open a sealed ballot bag?*

   During an open session of the board of canvassers, the board may open the bag to remove forms improperly placed in the ballot bag or to correct errors identified during the canvass process. The opening of bags should be clearly documented in the minutes and the bags must be resealed with a tamper-evident seal. The number of the new seal must be documented on the Ballot Bag Certificate (EL-101), in the minutes and on any security documentation.

WEC 000355

5. *What happens if, on examination, any of the returns received are so informal or defective that the board cannot intelligently canvass them?*

If any information is incomplete or inaccurate (for example, if the number of votes does not match the number of voters on the poll list, there is no Inspectors' Statement, etc.) the board may dispatch messengers to obtain complete and correct information from inspectors and election inspectors may be called in to correct errors.

WEC 000356

## Supplies Checklist for Processing Provisional Ballots

❑      **Paper and Pens**

❑      **Empty Ballot Bags or Containers and Ballot Container Certificates (EL-101)**

❑      **New Envelope for Used Provisional Certificate Envelopes**
*This can be a large envelope containing a certificate similar to the EL-103.*

❑      **New Envelope for Defective/Objected To Provisional Ballots**
*(Or Defective and Objected to Provisional Ballots can be bundled separately rather than placed in an envelope.)*

❑      **Record of Activity (EL-104P)**
*The MBOC records any noteworthy incidents or decisions on the EL-104.*

❑      **Blank Challenge Documentation (EL-104c)**
*Observers or MBOC may challenge an elector's right to vote. Please See Challenging Electors section of the Election Day manual for challenge procedures.*

❑      **New Tally Sheets (EL-105)**
*Votes are tallied on duplicate original tally sheets; two tally sheets each for federal, state and county offices and referenda; municipal offices and referenda; school district offices and referenda; special purpose district offices or referenda.*

❑      **Statement of the MBOC (EL-106P)**
*A reconciliation and certification completed by the MBOC when processing of provisional ballots is complete.*

❑      **New Provisional Ballot Carrier Envelope (EL-108)**

❑      **New Provisional Ballot Certificate Envelopes (EL-123)**

❑      **Privacy container**
*A box or other container in which processed ballots are placed and shuffled before tallying.*

WEC 000357

## Election Materials from Each Reporting Unit

❑ **Municipal copy of the poll lists (EL-107)**
    *For reference only.*

❑ **Provisional Ballot Reporting Form(s) (EL-123r)***
    *From Election Day and as processed by the municipal clerk.*

❑ **Provisional ballots secured in a ballot bag**

**\*NOTE:  Provisional Ballot Reporting Forms on which voter numbers are recorded at the meeting of the MBOC must be retained for 22 months.**

*If conducting a municipal canvass for municipal offices and referenda, please see the Election Day Manual for canvass procedures and necessary materials.*

WEC 000358

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 99 of 184   Document 117-73

# RECOUNTS

## Summary

A recount is the exclusive remedy to test the right of a candidate to hold office based on the number of votes cast at an election. Any candidate voted for may request a recount of the office to which he or she was seeking election. Likewise, any elector who voted on a referendum may request a recount of the referendum. The Wisconsin Elections Commission (WEC) has prepared a detailed set of procedures for conducting recounts. Municipal clerks may obtain a copy of the *Recount* manual from the WEC website. A copy of the manual should be made available to all affected candidates and members of the board of canvassers.

## Procedures

*Recount Petition*

Immediately after the election results are known, clerks should determine whether there is a possibility of a recount. While clerks are not required to inform potential petitioners of their right to a recount, they should make every effort to have the information available to interested persons. It is important to provide all individuals with the same information. The best approach is to provide an interested person with as much information as possible.

The Wisconsin Elections Commission has developed a sample Recount Petition (EL-186) that is available on the WEC website.

1. The recount petition must be filed no later than 5:00 p.m. on the 3rd business day following certification by the board of canvassers. Wis. Stat. § 9.01(1)(a)(1).

2. The petition must be sworn under oath.

   The petition may simply allege that the petitioner believes that a mistake was made in the conduct of the election. If the petitioner wants *specific* allegations of fraud or election irregularities investigated, he or she must set forth those allegations in the petition. Wis. Stat. § 9.01(1)(a)(1).

WEC 000359

*Determining Recount Fees*

1. <u>If 4,000 or fewer votes are cast:</u>
   No fee is required if the difference in the total votes cast between the leading candidate and those cast for the petitioner or between the affirmative and negative votes cast at a referendum is less than 10. If the difference is at least 10 votes, a fee is required.

   **Note**: In elections where voters are asked to vote for more than one candidate for a position, the "leading candidate" is the candidate who received enough votes to fill the last available position. For example, at a school board election where a voter is asked to select three candidates, the "leading candidate" would be the candidate who won the last seat (with the third-most votes), not the candidate who received the most votes.

2. <u>If more than 4,000 votes are cast:</u>
   No fee is required if the difference in the total votes cast between the leading candidate and those cast for the petitioner or between the affirmative and negative votes cast at a referendum is no more than one quarter of one percent (.25%). If the difference is greater than .25%, the petitioner must pay a fee.

When a fee is required, the cost of the recount should be estimated by the clerk and pre-paid by the petitioner in cash or in another form of payment acceptable to the filing officer at the time of filing the recount petition. Wis. Stat. § 9.01(1)(ag)3.

*Conducting the Recount*

The proper board of canvassers shall reconvene no earlier than 9:00 a.m. on the day following delivery of notices to all candidates and no later than 9:00 a.m. on the day after the deadline for filing the petition for recount.
Wis. Stat. § 9.01(1)(ar)(3).

1. The municipal clerk may choose a substitute member to serve on the recount board of canvassers when an original member is unable to serve. Wis. Stats. §§ 7.53(1)(b) and (2)(a) and, 7.60(2).

2. The board of canvassers must allow the candidates or their representatives to observe the proceedings and to raise any objections to the procedure of the recount or to the ballots on their merits.

3. The board of canvassers is responsible for ensuring that the recount is conducted in an orderly manner and not interfered with by the candidates, their representatives, or the media.

4. Detailed minutes of the recount proceedings are required by law. Wis. Stat. § 9.01(5).

   a. The minutes must include a record of objections, all offers of evidence, all exhibits, and all specific findings of fact regarding any irregularity discovered during the recount.

   b. A copy of the minutes of any recount must be provided to the filing officer and to the Wisconsin Elections Commission.

   c. A sample format for keeping recount minutes is set out in the *Recount* manual.

*Tabulating Method*

Unless a court orders otherwise, Wisconsin law permits the board of canvassers to decide to tabulate the results of the recount either by hand or by using automatic tabulating equipment. The board of canvassers may also count by hand for some wards while using automatic tabulating equipment to tabulate other wards. Wis. Stat. § 5.90(1).

1. The board of canvassers shall test any automatic tabulating equipment to be used before the recount.

2. Any candidate or any elector when voting at a referendum may, by the next day after the deadline for requesting a recount, petition the circuit court for an order requiring ballots to be counted by hand or by another method approved by the court.

3. If municipalities employ direct recording electronic (DRE) voting equipment, the board of canvassers shall perform the recount using the voter verified paper audit trail (VVPAT) cast by each elector, as generated by the equipment.

WEC 000361

*Appeals*

1. An appeal of the recount determination may be filed in circuit court within five days after the completion of the recount.

2. The filing officer may not issue a certificate of election until the deadline for filing all appeals has passed and the election results are final. Wis. Stat. §§ 9.01(6), (7), (8) and (9).


## Frequently Asked Questions

*1. If a recount fee is required, must it be collected before starting the recount?*

If the petitioner is required to pay a fee, the clerk must provide the petitioner with an estimate of the total cost of the recount and the petitioner must pay that amount at the time that he or she files the petition for the petition to be considered valid. If the actual cost of the recount is greater than the fee imposed, the petitioner shall pay any balance owed within 30 days after the clerk provides the petitioner with a written statement of the amount due. If the actual cost of the recount is less than the fee imposed, the clerk shall refund the balance within 30 days of the board of canvassers' final determination.

*2. Are recount proceedings open to the public?*

Recounts are open to the public and require proper notice under the open meetings law. Participants and observers must be allowed to view and identify all materials and ballots. However, only members of the board of canvassers may touch any of the materials or ballots. The board of canvassers is responsible for ensuring the recount is conducted in an orderly manner and not interfered with by the candidates, their representatives, or the media.

*3. Are candidates whose office is involved in recount required to be notified?*

The municipal clerk is responsible for informing all candidates of the time and location of the recount. The recount should not begin until the board of canvassers has determined that these notices have been given.

WEC 000362

# RECALL ELECTIONS

## Summary

Wisconsin law permits voters to recall elected officials under certain circumstances. Recall is an opportunity for voters to require elected officials to stand for election before the end of the official's term. No petition for recall of an officer may be offered for filing before the expiration of one year after commencement of the term of office for which the officer is elected. The Wisconsin Elections Commission (WEC) staff has prepared a manual, *Recall of Local Elected Officials,* which can be found on the agency website.

## Procedures

*Registration Required*

The individual or committee petitioning the recall must be registered.

1. Before a recall petition may be circulated, the individual or committee seeking the recall of an elected official must file a Campaign Registration Statement (CF-1) with the filing officer.

2. The Campaign Registration Statement (CF-1) must clearly indicate that the committee is registering as a recall committee and identify the officeholder(s) it seeks to recall.

3. A statement of intent must be attached to the Campaign Registration Statement (CF-1) form indicating:

   a. The petitioner's intent to circulate a recall petition

   b. The name of the officeholder(s) for whom recall is sought

   c. The reason for the recall which is related to the official responsibilities of the officeholder(s), the same reason must appear on the petition

WEC 000363

4. No signature on a recall petition is valid until the Campaign Registration Statement (CF-1) and a statement of reasons for the recall has been filed with the filing officer.

Wis. Stat. §9.10(2)(d).

*Petition Signatures*

1. The filing officer with whom recall petitions are filed is required to determine the appropriate number of signatures and certify that amount to any interested person on request.

2. Recall petitions must contain signatures of qualified electors equal to at least 25% of the vote cast for the office of governor at the last election in the same district or territory as that of the officeholder being recalled.

Wis. Stat. § 9.10(1)(b).

*Sample Recall Petition (EL-170)*

A sample Recall Petition (EL-170) has been prepared by the Wisconsin Elections Commission and is available on the agency website.

1. Any recall petition shall be identified by the words "RECALL PETITION" at the top of the form.

2. All recall petitions for local elected officials shall contain a statement of reasons for which the recall is sought. The reasons for the recall must be related to the officeholder's official duties.

3. Petitions seeking recall of more than one elected official must be prepared and filed separately.

Wis. Stat. § 9.10(2).

*Circulation Time Period*

A recall petition may be circulated after filing the Campaign Registration Statement (CF-1).

WEC 000364

1. The recall petition must be filed no later than 5:00 p.m. on the 60th day commencing after registration.

   After the petition has been offered for filing, no name may be added or removed.

2. Only signatures dated within the circulation period may be counted.

Wis. Stat. § 9.10(2)(d).

*Candidate Eligibility*

1. The official against whom the petition is filed shall be a candidate at the recall election without nomination, unless the official resigns within ten days after the certification of the recall petition.

2. In order to have their names placed on the ballot at the recall election, candidates, other than the incumbent, must file nomination papers, declarations of candidacy, and campaign registration statements no later than 5:00 p.m. on the 4th Tuesday before the election.

Wis. Stat. § 9.10(4)(e).

*Recall Primary*

1. A recall primary will be held in nonpartisan recall elections if more than two candidates compete for an office.

2. The names of the two candidates who receive the highest number of votes in the recall primary will be certified and printed on the ballot for the recall election.

3. A recall election will not be held if a candidate receives a majority (50% plus 1) of the votes at the recall primary.

4. Write-in votes are permitted only at a recall primary or at a recall election in which no primary is held.

Wis. Stat. §9.10(4)(f) and (g).

WEC 000365

*Recall Election*

1. The recall election is held on the Tuesday of the 6th week after the recall petition is certified.

2. If a primary is required, the primary is held on Tuesday of the 6th week after the recall petition is certified, and the recall election is held on Tuesday of the 4th week after the primary election.

Wis. Stat. § 9.10(4)(d)

## Frequently Asked Questions

1. *May individuals petition for recall if the office holder has been in office for less than one year for the current term being served?*

   No petition for recall of an officer may be offered for filing before the expiration of <u>one year</u> after commencement of the term of office for which the officer is elected. The officer's actual time in office is not relevant. A petition may be circulated before the expiration of one year (subsequent to registration), but may not be offered for filing until one year of the term of office has elapsed.

2. *Are filing officers required to publish a notice for recall elections like all other elections?*

   Recall elections are noticed, conducted, and canvassed like all other regular elections administered by the filing officer.

3. *Who may circulate recall petitions?*

   Any U.S. citizen, age 18 years or older and not disqualified from voting under the impediments listed in Wis. Stat. § 6.03, may circulate recall petitions.

# OTHER ELECTION MATERIALS

## Cost of Elections

The following is breakdown of who is responsible and who pays for certain election-related costs. Wis. Stat. § 5.68.

| COST OF ELECTIONS | | | | |
|---|---|---|---|---|
| **Item** | **County Clerk is responsible** *(for Federal, State, and County Elections and State and County Referenda)* | **Municipal Clerk is responsible** *(for Municipal Elections and Referenda)* | **School Clerk is responsible** *(for School District Elections and Referenda)* | **Who Pays?** *(See "Special Notes")* |
| *Polling Places* | | | | |
| Establishing and changing Polling Places | | X | | Municipality |
| *Notices* | | | | |
| Type A | X | X | X | Jurisdiction responsible - Can be prorated proportionately if notice is combined with other jurisdictions. |
| Type B | X | X | X | Jurisdiction responsible - Can be prorated proportionately if notice is combined with other jurisdictions. |
| Type C | X | X | X | Jurisdiction responsible |
| Type D | | X* | X+ | *Municipality*--Can be prorated proportionately if notice is combined with other jurisdictions. *School district for special+ school district election event.* |
| Type E | | X* | X+ | *Municipality*--Can be prorated proportionately if notice is combined with other jurisdictions. *School district for special+ school district election event.* |
| *Polling Place Notices* | | | | |
| EL-111, EL-112, EL-114, EL-115, EL-117, EL-118 | | X | | Municipality |

WEC 000367

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 108 of 184   Document 117-73

WEC 000368

| COST OF ELECTIONS | | | | |
|---|---|---|---|---|
| Item | County Clerk is responsible *(for Federal, State, and County Elections and State and County Referenda)* | Municipal Clerk is responsible *(for Municipal Elections and Referenda)* | School Clerk is responsible *(for School District Elections and Referenda)* | Who Pays? |
| *Supplies* | | | | |
| Absentee Ballot Mailing Envelopes, Certificate Envelopes and Postage | | X | | Municipality |
| Used Certificate Env. of Absentee Elector (EL-103) | X | • | ❖ | Jurisdiction responsible for providing materials |
| Certificate of Rejected Absentee Ballots Env. (EL-102) | X | • | ❖ | Jurisdiction responsible for providing materials |
| Provisional Ballot Certificate Env. (EL-123) | | X | | Municipality |
| Provisional Ballot Reporting Form (EL-123r) | X | • | ❖ | Jurisdiction responsible for providing materials |
| Inspectors' Certificate of Provisional Ballots Env. (EL-108) | X | • | ❖ | Jurisdiction responsible for providing materials |
| Inspectors' Statement (EL-104 & 104c) | X | • | ❖ | Jurisdiction responsible for providing materials |
| Write-in Candidate tally sheet (modified EL-105) 2 per reporting unit | X | X | X | Jurisdiction responsible for providing materials |
| Pre-printed registration list from WisVote | | X | | Municipality-may be prorated proportionately among jurisdictions |
| Election Day Reg. Voter List & Supplemental List (EL-107) | X | • | ❖ | Jurisdiction responsible for providing materials |
| Voter numbers | X | • | ❖ | Jurisdiction responsible for providing materials-may be prorated proportionately among jurisdictions |
| "Return to County" "Return to Municipality" "Return to S.D." Envs. | | X | | Municipality |
| *Ballots & Associated Materials* | | | | |
| Paper (Hand Count) | X | X | X | Jurisdiction required to provide ballots |
| Optical Scan | X | X | X | Prorated proportionately among jurisdictions |
| Ballot Bags w/certificate (EL-101), ties/seals, "chain of custody" documentation | X | X | X | Jurisdiction responsible (Where op scan ballots are used, cost is prorated proportionately among jurisdictions.) |

| | COST OF ELECTIONS | | | |
|---|---|---|---|---|
| **Item** | **County Clerk is responsible** *(for Federal, State, and County Elections and State and County Referenda)* | **Municipal Clerk is responsible** *(for Municipal Elections and Referenda)* | **School Clerk is responsible** *(for School District Elections and Referenda)* | **Who Pays?** |
| *Labor* | | | | |
| Election Inspectors, EROs, Tabulators SVDs | | X | | Municipality for all regularly-scheduled elections* OR jurisdiction calling special election. |
| Board of Canvassers, Tabulators | X | X | X | Jurisdiction requiring canvass |
| Messengers | | X (when delivering materials to county or school district) | | Municipality |
| | X (When delivering materials back to municipality) | | X (When delivering materials back to municipality) | Jurisdiction delivering materials |
| *Equipment* | | | | |
| Voting Machines/Systems, ballot boxes, voting booths, voting pens, pencils | | X | | Municipality |
| Set up of machines (moving machines from one place to another) | | X | | Municipality |
| Maintenance of machines (making sure machines are in good repair; repairing when break down occurs) | | X | | Municipality |
| Preparation and programming of electronic voting systems | X | | | Jurisdiction Responsible (When programming includes municipal or other district offices, the municipality or district pays proportionately.) |

- **Municipal Clerk** supplies (and pays for) when there are no federal, state or county elections.

❖ **School Clerk** supplies (and pays for) when there are no federal, state, county or municipal elections.

WEC 000369

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 110 of 184   Document 117-73

***Special Notes***:

➢ If no other level of government is involved in a school or special district election, *whether regularly-scheduled election\* or special election+,* the district shall pay for all costs of the ballots, supplies, notices and other materials. Wis. Stat. § 5.68(2).

➢ When a county, school district, or special purpose district holds a special election *at a time other than a regularly scheduled election\**, all costs of the election are the responsibility of the jurisdiction calling the special election (all costs of the ballots, supplies, notices and other materials, *including* the cost of the polling place and election inspector(s). Wis. Stats. §§ 5.68(2), (5), 7.03(1)(bm).

    \* Regularly scheduled elections are the February spring primary and April spring election and, <u>in even-numbered years</u>, the August partisan primary and November general election.

    +A Special Election is an election scheduled outside the four regularly-scheduled election days.

    \*Regularly scheduled elections are the February spring primary and April spring election and, <u>in even-numbered years,</u> the August partisan primary and November general election.

    +A Special Election is an Election scheduled outside the four regularly-scheduled election days.

## Destruction of Election Materials

The following chart is designed to assist clerks in determining when to destroy election materials. Materials and supplies associated with an election may be destroyed according to the following chart unless there is a recount, notice of an election contest, or any contest or litigation pending with respect to the election. For specific dates please see the *Calendar of Election and Campaign Events* from the Wisconsin Elections Commission. All materials and documentation associated with a federal election must be retained at least 22 months after the election. Wis. Stat. § 7.23.

| Materials | Destruction Date |
|---|---|
| Contents of a discarded ballots box, i.e. discarded partisan primary ballots | 3 business days after all canvasses are completed for an election* |
| Unused ballots | 3 business days after all canvasses are completed for an election* |
| Voter  number tickets or slips | 90 days after an election |
| | 22 months after a federal election*** |
| Memory devices, test decks, results tapes | 14 days after a primary |
| | 21 days after an election** |
| Voted Ballots (state, county, local offices) | 30 days after an election |
| Voted Ballots (federal offices)*** | 22 months after a federal election |
| Applications and certificate envelopes for absentee ballots | 90 days after an election |
| | 22 months after the election for federal election ballots *** |
| Forms associated with the election such as tally sheets, Inspectors' Statements (EL-104), Declarations of Candidacy (EL-162), and nomination papers, incomplete EL-131s or voter applications lacking POR. | 90 days after an election |
| | 22 months after a federal election*** |
| Official canvass statements | 10 years after an election |
| Voter lists (aka poll lists, poll book lists) | 22 months after an election |
| Absentee Ballot Log and Provisional Ballot Reporting Form (EL-123r) | 90 days after an election when votes **are not** recorded by the MBOC (22 months after a federal election***) |
| | 22 months after an election when votes **are** recorded by the MBOC |
| Inactivated voter registration applications | 4 years after the cancellation |
| Election notices | 1 year after the election |
| | 22 months after the federal election*** |

WEC 000371

| Proofs of publication of notices and correspondence relative to publications | 1 year after the election |
|---|---|
| | 22 months after a federal election*** |
| Clerk Materials (e.g. late absentee ballots) | 90 days after an election |
| | 22 months after a federal election*** |
| Notifications of Noncandidacy (EL-163) | 6 years after termination by the registrant |
| Election Voting and Registration Statistics Reports (EL-190) | 22 months after the election for which they were created |

\* Unless a petition for recounts is filed, in which case the materials must be retained.

\*\* Before units can be cleared or erased, the information must be transferred to a disk or other recording medium and retained for 22 months. This provision applies to elections that contain a federal office. For additional information on retention requirements for electronic media please see the clerk communication dated June 9, 2010, available on the G.A.B. website.

\*\*\* Federal offices are President of the U.S., U.S. Senator and U.S. Representative in Congress.

Electronic Conversion of Election Records

The Legislature, in Wis. Stat. § 7.23, established a schedule for the destruction of election materials, but it did not provide in that statute, or in any other elections statute, a schedule or timetable for the conversion of elections records from "hard-copy" to electronic format or to microfiche.

The statute that authorizes the conversion of hard copies, Wis. Stat. § 19.21(4)(c), reads as follows:

*(c) Any local governmental unit or agency may provide for the keeping and preservation of public records kept by that governmental unit through the use of microfilm or another reproductive device, optical imaging or electronic formatting. A local governmental unit or agency shall make such provision by ordinance or resolution. Any such action by a subunit of a local governmental unit or agency shall be in conformity with the action of the unit or agency of which it is a part. Any photographic reproduction of a record authorized to be reproduced under this paragraph is deemed an original record for all purposes if it meets the applicable standards established in §§ 16.61 (7) and 16.612. This paragraph does not apply to public records kept by counties electing to be governed by Chapter 228.*

At its July 18, 2007 meeting, the former State Elections Board formally adopted the recommendation that counties or municipalities who convert their elections or campaign finance records from paper or "hard-copy" to microfilm or electronic format must retain the "hard copies" of those records for at least two years after the election immediately following the creation of those records, or for that period of time requested by the district attorney for that county or whose jurisdiction includes that municipality.

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 113 of 184   Document 117-73

# WARDS, DISTRICTS, REPORTING UNITS & ANNEXATIONS

## Summary

Understanding wards and reporting units is essential to conducting elections. The district makeup of wards influences ballot styles, poll lists, voting equipment programming and reporting of election results. When a city or village annexes territory from a town, it is important to understand how the annexed territory will or will not fit into your existing ward plan.

## Wards and Districts

The establishment of wards for purposes of elections and representation is provided in Wis. Stat. § 5.15. Wards are the building blocks from which congressional, state senate, assembly, county supervisory and aldermanic districts are created. All territory, even if unpopulated, must be contained in a ward. Wis. Stat. § 5.15(1)(b).

Within a single ward, there can be only **one** of each of the following districts: congressional, state senate, assembly and county supervisory district. Wis. Stat. § 5.15(6)(a). In cities, each ward may contain only one aldermanic district. (School district boundaries do not follow ward lines, so there may be more than one school district in a given ward.) Wis. Stat. § 5.15(2)(bm).

A "district" may be one ward or a group of wards. Congressional, state senate and assembly districts are comprised of many wards and cross municipal and county lines. County supervisory districts contain wards in a number of municipalities within the county. Aldermanic districts may be made up of several wards or just one ward within a city. Large or small, all districts are built from wards.

## Reporting Units

Election results are reported by "reporting units." A reporting unit may be one ward or a group of wards combined by resolution of the governing body. In places where the population is less than 35,000, the governing body may provide in the resolution to combine the election results for each set of combined wards. The governing body of a municipality of 35,000 or more may by resolution combine election returns of a ward with an adjacent ward if the ward has a population of 20

WEC 000373

or less and the total population of the combined wards would not exceed that municipality's population range for wards. Wis. Stat. § 5.15(6)(b).

In order to combine two or more wards into one reporting unit, each ward must be made up of like districts. The reporting units for nonpartisan primaries and elections may differ from the reporting units for a partisan primary or general election. Clerks must be mindful of the district composition of the wards within their municipality. Wis. Stat. § 5.15(6)(b). Here is an example:

City of Smith has 10 wards, divided into four aldermanic districts. The City is also located in two Assembly Districts: Assembly District 3 and Assembly District 5 (shaded wards).

| Spring Primary and Election | |
|---|---|
| Aldermanic Dist. | Ward |
| 1 | 1 |
| 1 | 2 |
| 1 | 3 |
| 2 | 4 |
| 2 | 5 |
| 2 | 6 |
| 3 | 7 |
| 3 | 8 |
| 4 | 9 |
| 4 | 10 |

| Fall Primary and Election | | |
|---|---|---|
| Ward | Congressional Dist. | Assembly Dist. |
| 1 | 8 | 5 |
| 2 | 8 | 3 |
| 3 | 8 | 3 |
| 4 | 8 | 3 |
| 5 | 8 | 5 |
| 6 | 8 | 3 |
| 7 | 8 | 3 |
| 8 | 8 | 5 |
| 9 | 8 | 5 |
| 10 | 8 | 3 |

For the spring nonpartisan primary or election, the wards with like districts would be combined in reporting units that represent the four aldermanic districts, as illustrated above.

Ald. Dist. 1 = wards 1-3
Ald. Dist. 2 = wards 4-6
Ald. Dist. 3 = wards 7 & 8
Ald. Dist. 4 = wards 9 & 10

However, the same reporting unit plan could not be used in a fall partisan primary or election because the wards that make up each aldermanic district are in two different assembly districts, as illustrated in the Fall Primary and Election chart.

Attempting to report by aldermanic district would result in each reporting unit containing Wards in different assembly districts. (Assembly Dist. 5 wards are shaded.)

Aldermanic District 1 = Wards 1, 2, 3
Aldermanic District 2 = Wards 4, 5, 6
Aldermanic District 3 = Wards 7 & 8
Aldermanic District 4 = Wards 9 & 10

WEC 000374

In order for the fall reporting units to contain wards of like districts, the configuration would be:

> Wards 1, 5, 8, 9 (Assembly District 5)
> Wards 2, 3, 4, 6, 7, 10 (Assembly District 3)

## Annexation

Annexation is the process by which a city or a village acquires unincorporated territory from a neighboring town, and is governed by Wis. Stats. Ch. 66. The residents of unincorporated territory may petition the governing body of a contiguous city or village for "Direct Annexation" or "Annexation by Referendum" of the territory into the city or village. A city council or village board may also initiate annexation in several different ways, including passing an ordinance to annex a town island or territory owned by the city or village, or by passing a resolution to apply to a circuit court for approval to conduct an annexation referendum. Neighboring municipalities may also resolve a boundary dispute by a stipulation which results in property being annexed to a city or village. The result of any of these procedures is that new territory becomes a part of the annexing municipality.

For more information regarding the various methods of annexation, please refer to the "Annexation Methods" page on the Intergovernmental Relations Division's portion of the Wisconsin Department of Administration website. https://doa.wi.gov/Pages/LocalGovtsGrants/AnnexationMethods.aspx

A completed annexation changes the boundaries of the municipality gaining territory and the municipality losing territory. Annexation may introduce new districts to the municipality gaining territory or eliminate districts in the municipality losing territory. While the focus of annexation by governing bodies is often accommodating future development on property that may be currently vacant, the clerks of both municipalities must be aware of the effect the annexation will have on elections and representation in their respective municipalities.

## When Annexation Necessitates the Creation of a New Ward

As mentioned earlier, wards are the smallest units from which congressional, assembly, county supervisory and aldermanic districts are created. A single ward may contain only one of each of these types of districts. All territory, even if unpopulated, must be contained in a ward. Wis. Stat. § 5.15(1)(b) and (6)(a).

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 116 of 184   Document 117-73

This basic principle also applies to annexation. The municipality annexing the territory may "absorb" the annexed territory into an existing, contiguous ward only if the annexed territory is in the same congressional, assembly and county supervisory districts as the ward to which it is added. *If the congressional, assembly or county supervisory districts in the annexed territory are different from the districts in the ward to which the territory is contiguous, **a new ward must be created** for the annexed territory*.[1] Wis. Stat. § 5.15(7). Territory cannot be added to an existing non-contiguous ward, regardless of district composition, except in the case of "Island Territory."[2] Island territory is defined as "…territory surrounded by water, or noncontiguous territory which is separated by the territory of another municipality or by water, or both, from the major part of the municipality to which it belongs." Wis. Stat. § 5.15(2)(f) 3.

## Determining Where Annexed Electors Vote

The annexed territory becomes part of the municipality annexing the territory. If the territory is able to be absorbed into an existing ward, voters in the newly-annexed territory will vote in the same municipal district (town, city aldermanic, or village trustee in a few cases) as the other voters in the ward. If a new ward is created, the new residents vote in the municipal district to which they are assigned. Regardless of whether a new ward is required or not, newly-annexed residents will continue to vote in the same congressional, state senate and assembly district as they did before the annexation. Wis. Stat. § 5.15(7). Whether the newly-annexed residents continue to vote in the same county supervisory district depends on whether the county adopts a revised division ordinance moving the annexed territory into the same supervisory district as the ward to which it is annexed. Wis. Stat. § 59.10(3)(c).

## Transferring Voters

[1] Only a county has the authority to redraw its county supervisory district boundaries between decennial redistricting to move residents of one county supervisory district to another. The county board *may* adopt a revised division ordinance moving the annexed territory into the same supervisory district as the territory to which it is annexed. *See* Wis. Stat. § 59.10(3)(c).

[2] …Territory within each supervisory district created by the plan shall be contiguous, except that one or more wards located within a city or village which is wholly surrounded by another city or water, or both, may be combined with one or more noncontiguous wards, or one or more wards consisting of island territory as defined in s. 5.15 (2) (f) 3. may be combined with one or more noncontiguous wards within the same municipality, to form a supervisory district. Wis. Stat. § 59.10(3)(b), 2.

WEC 000376

The clerk of the municipality losing territory must photocopy each of the original Voter Registration Applications (EL-131s) and current absentee ballot applications of the voters residing in the annexed territory. Each photocopy is marked "transferred." If the municipality has adopted the records retention periods set forth in Wis. Stat. § 7.23, the photocopied Voter Registration Applications are marked for final disposition four years from the effective date of the annexation, and the photocopied absentee ballot applications are marked for destruction 90 days (non-federal election) or 22 months (federal election) from the date of the most recent election to which the absentee ballot applications applied. If the municipality has adopted longer records retention periods than those specified in Wis. Stat. § 7.23, the Voter Registration Applications and absentee ballot applications are marked for final disposition consistent with such other specified records retention period policy.

The original forms are forwarded to the clerk of the municipality gaining the territory. When the clerk of the municipality who has lost voters forwards a valid absentee ballot request to the clerk who has gained the voters, the "gaining" clerk should honor the request for subsequent elections as requested by the voter.

The clerk of the "gaining" municipality must notify the newly-annexed voters of the location of their new polling place, ward number and voting districts.


## Annexation and Polling Places

If the municipality annexing the territory is required to create a new ward because of differing districts, the municipality's governing body may adopt a resolution, pursuant to Wis. Stat. § 5.15(6)(b), combining the new ward with existing wards for purposes of voting at a common polling place. A new polling place would not be required. If the annexed territory were absorbed into an existing ward, every voter in the newly-configured ward must vote at the same polling place because every voter in any ward has to vote at the same polling place.


## Notifying Governmental Units and Other Entities of Annexation

Annexation is not a process performed in a vacuum. It is important for municipal clerks to reach out to other affected entities and keep them informed throughout the annexation process. Conversely, the municipal clerks can expect to be contacted by other agencies such as the Wisconsin Departments of Revenue (DOR), Public

WEC 000377

Instruction (DPI), Transportation (DOT) and Agriculture, Trade and Consumer Protection (DATCP).

Pursuant to Wis. Stat. § 5.05(15) and to facilitate communication to the WEC with respect to annexations, WEC staff has developed the Annexation Checklist & Ward/Voter Information Sheet (EL-100). The EL-100 includes a guide to election administration and WISVOTE processes required upon completion of a successful annexation. This checklist and guide will help to ensure correct processes are followed, and voters are accurately represented within WISVOTE.

The following agencies must be notified of annexations:

| Agency | Documentation |
|---|---|
| WEC | Approved Annexation Ordinance and completed Annexation Checklist and Ward\Voter Information Sheet (EL-100) |
| WI Dept. of Administration (D.O.A.) | Required to review annexations when:<br>• The annexed territory is in a county with a population of 50,000 or more.<br>• The annexation petition is either a unanimous consent or one-half approval type of annexation.<br>• Annexation, Attachment, Detachment Ordinances must contain:<br>  1) Clerk's certification that the documents are true and correct copies of originals and bear the clerk's signature.<br>  2) Copy of the ordinance, which must include population of the property being transferred, scale map of the property showing it proximity to the current boundary of the annexing municipality, legal description of the property being transferred, and ordinance effective date.<br>Contact D.O.A. Division of Intergovernmental Relations, Municipal Boundary Review for more information. http://doa.wi.gov/municipalboundaryreview |
| Affected School Districts | Copy of approved annexation ordinance |

WEC 000378

| | |
|---|---|
| County Register of Deeds | Copy of approved annexation ordinance |
| Area Utilities | Copy of approved annexation ordinance |

Municipal clerks should always involve the municipal attorney during the annexation process, or consult the Wisconsin Towns Association or League of Wisconsin Municipalities about procedural or legal questions.

## Frequently Asked Questions

1. *Why can't I make unpopulated annexed property part of the contiguous ward even if the districts differ? Nobody votes there anyway.*

   Wis. Stat. § 5.15(6)(a) provides "…no ward line adjustment may cross the boundary of a congressional, assembly or supervisory district…" There is no provision in state law that exempts unpopulated territory from this requirement. Ensuring proper ward designation at the time of annexation prevents confusion if vacant land subsequently becomes populated.

2. *If the property being annexed is in the same districts as another ward in the municipality annexing the property, can I "absorb" the annexed property into that ward, even if the ward is not contiguous to the annexed property?*

   With the exception of island territory,[2] the answer is "no." Property cannot be made part of an existing ward if it is not contiguous to that ward. Annexed territory can only be absorbed into an existing ward if:

   - the territory being annexed is contiguous to the ward, and
   - the districts of the annexed territory are the same as the contiguous ward.

   Wis. Stat. § 5.15(1)(b) and (7).

3. *All of the districts in the annexed territory are the same as the contiguous ward, except the school district. Do I have to create a new ward if only the school districts are different?*

   No. A new ward is not required to be created if the districts of the annexed territory are identical to the contiguous ward, except for differing school districts. Wis. Stat. § 5.15(6)(a).

WEC 000379

4. *The districts in the annexed territory are the same as the contiguous ward. The population in the annexed area is currently minimal, but population growth in the area is anticipated. May a new ward be created in anticipation of that expansion?*

Yes. Even though the annexed territory may be absorbed into the contiguous ward, the governing body may choose to make the territory a new ward and aldermanic district when population growth is expected. Wis. Stat. § 5.15(1)(a)1. and (2)(f)4.

5. *The only difference between the annexed territory and the contiguous ward is the County Supervisory district. Can't I just reassign the two voters in the annexed territory to the other County Supervisory District, rather than creating a new ward?*

No. A new ward must be created. The voters in the annexed territory remain in the Supervisory District in which they voted before the annexation unless the county board of supervisors redraws county supervisory district boundary lines to include those voters. Wis. Stat. § 59.10(c).

WEC 000380

# GLOSSARY OF ELECTION TERMS

## A

**Absentee Ballot**: a ballot cast by a registered voter who is unable or unwilling to appear at the polling place on Election Day. An absentee ballot application or a written request with all required information must be received by the clerk before issuing an absentee ballot. The ballot must be at the polling place or central count location by 8 p.m. on Election Day with the certification properly completed in order to be counted.

**Absentee Ballot Application (EL-121)**: a request from a qualified, registered elector to receive an absentee ballot. Voters may submit a written request in lieu of this form, as long as the request includes the voter's name, residential address, mailing address (if different from residential address), indication of the elections for which the voter desires an absentee ballot, an indication of status as a military voter, permanent or temporary overseas voter (if applicable), a declaration that the voter meets the qualifications to vote, signature and date.

**Absentee Voter**: a registered voter who is unable or unwilling to appear at the polling place on Election Day.

**Accessibility**: refers to the requirement, under state and federal law, to make reasonable accommodations for elderly and disabled voters. This includes providing assistance to eliminate physical barriers to the polling place, acquiring voting equipment that enables all citizens to cast an independent and private ballot in a dignified manner and providing information that enables all citizens to fully participate in the election process. Municipalities must use polling places that are fully accessible, which includes having at least one accessible voting equipment component. Polling place accessibility is evaluated by completing a *Polling Place Accessibility Survey* for each new polling place.

**Accessible Voting Equipment Component**: a device approved by the Wisconsin Election Commission which provides independence and privacy to voters with disabilities.

**Active Candidates**: any candidate with an active registration (not terminated) on file with the filing officer. These candidates may accept contributions and make disbursements from their campaign accounts. This would include candidates required to file finance reports and those claiming the exemption from filing finance reports.

**Address Change**: notification given to a municipal clerk by a registered voter that they have changed their voting address or residence by submitting a new voter registration application. The municipal clerk or the municipal clerk's provider updates the WisVote to reflect the address change information provided by the voter.

**Adjudicated Incompetent**: refers to an individual who is disqualified from voting due to a court ruling that he or she is incapable of understanding the objective of the elective process. No individual may be denied the right to register or to vote on the basis of incompetence unless he or she has been adjudicated incompetent to vote by a court.

WEC 000381

**Administrative Rules**: rules promulgated by the agency to administer and implement Wisconsin statutes.

**Audit**: see Post-Election Voting Equipment Audit.

**Audit Trail**: see Voter-Verified Paper Audit Trail.

# B

**Ballot Box**: refers to the container or box in which electors place their voted ballots in wards that use paper ballots. The ballot box must be secured by lock or numbered seal.

**Ballot Marking Device**: any technology that allows voters with disabilities and other special needs to mark a ballot privately and independently, but does not tabulate votes. Currently, the only ballot marking devices approved for use in Wisconsin are the AutoMARK and the Vote-PAD.

**Board of Election Commissioners**: a special board, established in every city with a population over 500,000, that carries out all election powers and duties assigned to the municipal clerk.

# C

**Campaign Registration Statement (CF-1)**: is required for ballot access. Candidates may file a Campaign Registration Statement (CF-1) at any time, but not later than the deadline for filing nomination papers or not later than 5:00 p.m. on the fifth day after receipt of notification of nomination at a caucus.

**Candidate Registration**: refers to the requirement for all candidates to register by filing a Campaign Registration Statement (CF-1). All candidates, regardless of the nomination procedure used, must file a Campaign Registration Statement (CF-1) and a Declaration of Candidacy (CF-162) for ballot access.

**Canvass**: to examine the Election Day records for completeness and accuracy and make an official determination and certification of the outcome of the election.

**Cast Ballot**: a ballot marked by the voter to reflect their preference for a candidate or referendum and placed in the ballot box.

**Caucus**: a method that may be used by towns and villages for nominating candidates for placement on the spring election ballot. The caucus is open to the public, but only qualified electors of the municipality may nominate and vote for candidates. A person is not required to be a registered voter in order to participate in the caucus. There is no spring primary for town or village offices when the caucus system is used. However, there may still be a spring primary conducted within the town or village for state, county or school district candidates. For more information, see the *Procedures for Nomination of Candidates by Caucus* manual, available on the agency website.

**Central Count, Absentee**: the tabulation of all absentee ballots at a location other than the polling place. The governing body must pass an ordinance to use the separate location. The Wisconsin Election Commission must also be notified when any such ordinance is passed.

**Certification of Circulator:** appears at the bottom of each nomination paper and election-related petition. The circulator's complete address (including municipality of residence) must be listed in the certification. <u>After</u> obtaining signatures of electors, the circulator must sign and date the certification, certifying that he or she personally presented the nomination paper to each signer. Without a complete and correct certification, signatures on a nomination paper or election-related petition cannot be counted.

**Certificate of Election (EL-153)**: an official notice sent to the winning candidate. The municipal clerk must promptly issue a Certificate of Election (EL-153) to each person elected to any municipal office <u>after</u> the deadline for filing a petition for recount has passed, three (3) business days following the certification by the municipal board of canvassers.

**Challenged Ballot**: a ballot cast by an elector whose eligibility to vote has been questioned according to the challenge process. The cast ballot is marked with the voter number and "Section 6.95."

**Chief Inspector**: one of the election inspectors at each polling place who directs the conduct of activities assigned to the other election inspectors. In Wisconsin, every polling place is required by Wis. Stat. § 7.30(6)(b), to have a chief inspector who has been appointed by the municipal clerk (or board of election commissioners) and has been certified as a chief inspector by the Elections Commission.

**Confidential Elector**: an elector who is a victim of domestic abuse, sexual assault or stalking and has made a written request to the municipal clerk to not have their personal information on the poll list available to public inspection.

# D

**Deceased List**: a list generated by the Wisconsin Department of Health Services (Vital Records) that lists all recorded deaths in Wisconsin counties for a specific period of time. This is a confidential list that is used by municipal clerks to cross-check data currently in WisVote and identifies voters that have become deceased and need to be cancelled in the WisVote system.

**Declaration of Candidacy (EL-162)**: is required for ballot access and may be filed at any time, but not later than the deadline for filing nomination papers or not later than 5:00 p.m. on the fifth day after receipt of notification of nomination at a caucus. The Declaration of Candidacy (EL-162) is required to be notarized.

**Direct Recording Electronic (DRE) Voting Equipment**: a voting system that records votes by means of an electronic display provided with mechanical or electro-optical components that can be activated by the voter; that processes voter selections by means of a computer program; and that records that processed voting data in memory components.

WEC 000383

# E

**Election Assistance Commission (EAC)**: the U.S. Election Assistance Commission (EAC) was established by the Help America Vote Act of 2002 (HAVA). The Commission serves as a national clearinghouse and resource for information and review of procedures with respect to the administration of federal elections.

**Election Day Registration (EDR)**: refers to the ability of electors to register at the polling place on Election Day. Electors registering on Election Day must complete the Application for Voter Registration (EL-131) and provide proof of residence.

**Election Inspector** (also called a **poll worker**): an election official appointed by the governing body of the municipality who conducts elections under the supervision of the chief inspector and the municipal clerk. Every election inspector must view or attend one training program every two years.

**Electioneering**: any activity intended to influence voting at an election. Electioneering is prohibited on public property within 100 feet of any entrance to a building containing a polling place. This prohibition does not apply to private property.

**End of Line Officer**: an official of the municipality (may be an election inspector, election registration official, employee of the clerk, or police officer) designated by the municipal clerk to stand at the end of the line of individuals waiting to vote, if any, at the time the polls close at 8:00 p.m., per Wis. Stat. § 7.37(13). This person should be designated before Election Day.

**Election Registration Official (ERO)**: an election official appointed by the municipal clerk to register voters at the polling place on Election Day, in the clerk's office during in-person absentee voting or at residential care facilities during open registration.

# F

**Filing Officer**: the official with whom ballot access and campaign finance documents for a particular office or referendum are filed.

**First-Time Voter**: an individual who has not voted in Wisconsin.

# G

**General Election**: the election held in even-numbered years on the Tuesday after the first Monday in November to elect U.S. Senators, Representatives in Congress, Presidential electors, State Senators, Representatives to the Assembly, District Attorneys, State Officers other than the State Superintendent of Public Instruction and Judicial Officers, and County Officers other than Supervisors and County Executives. Wis. Stat. § 5.02(5).

# H

**Help America Vote Act (HAVA)**: the Help America Vote Act of 2002 establishes requirements for voting systems used in federal elections and contains key provisions on improving access to

WEC 000384

polling places and voting systems for persons with disabilities. This law also requires a single, central list of voters under the control of the state.

# I

**Ineligible Voter List**: a list generated by the Wisconsin Department of Corrections that identifies convicted felons currently on probation or parole who are ineligible to vote in an election. This list is required to be at all polling places on Election Day to help election inspectors identify potential ineligible voters attempting to register on Election Day.

# L

**Late Registration**: refers to electors who registered in the clerk's office after the close of registration--the third Wednesday before the election. These electors are issued a Certificate of Registration (EL-133) from the clerk that identifies them as being properly registered, and their names may appear on the supplemental voter list. However, if the names of late registrants do not make it on to the supplemental voter list, the registrant's Certificate of Registration (EL-133) should suffice at the polling place.

**Logic and Accuracy Test**: a public test of automatic tabulating equipment to ascertain that it will correctly count votes for all offices and all measures. Testing must be conducted not earlier than 10 days before Election Day, and public notice is required at least 48 hours in advance of the test. The test must be conducted by processing a test deck for each candidate and on each referendum. An errorless count must be made before the automatic tabulating equipment can be approved for use in the election.

# M

**Mail-In Registration**: electors may register to vote by mail. The elector must complete a Voter Registration Application (EL-131) and mail the completed application to the municipal clerk's office. The application must be postmarked not later than the 20th day (third Wednesday) before the election and must include proof of residence.

**Military Voter**: A "military voter" includes any of the following: (1) members of a uniformed service, (2) members of the merchant marine of the United States, (3) civilian employees of the United States and civilians officially attached to a uniformed service who are serving outside the United States, (4) Peace Corp volunteers, and (5) spouses or voting age dependents of the aforementioned categories who are residing with or accompanying them.

Of the various types of military voters listed above, Wisconsin law distinguishes two categories of military electors:

<u>ACTIVE – NOT AWAY:</u> A military elector on active duty, who IS NOT ABSENT from the residence where the member is otherwise qualified to vote due to that duty. **Note**: Even though civilian employees and Peace Corps volunteers may be serving outside the U.S. are considered "ACTIVE - NOT AWAY,"

WEC 000385

<u>ACTIVE – AWAY</u>: A military elector on active duty who IS ABSENT from the residence where the member is otherwise qualified to vote due to that duty. **Note**: ACTIVE – AWAY does <u>NOT</u> include civilian employees or Peace Corps volunteers.

**MyVote Wisconsin (http://myvote.wi.gov):** a website developed by the Wisconsin Election Commission specifically for voters. This website allows voters to look up information regarding elections and voting in Wisconsin, including sample ballots, polling place locations, and current officeholders. Additionally, the website features an online assisted voter registration process for all electors and absentee ballot request and delivery tools for military and permanent overseas electors.

# N

**Nomination Papers**: papers circulated by or on the behalf of a candidate seeking ballot access in municipalities that do not nominate candidates by caucus. Candidates must obtain a certain number of valid signatures to qualify for ballot access. For the spring election, nomination papers may not be circulated before December 1st and must be filed before 5:00 p.m. on the first Tuesday in January before the election.

# O

**Observer**: an individual who wishes to exercise his/her right to be present at the polling place on Election Day.

**Optical Scan**: voting technology employing scanners where voters mark their choice by completing an arrow or filling in an oval. During tabulation, the optical scan voting system interprets the votes using "dark mark logic," whereby the computer selects the darkest mark within a given set as the correct choice or vote. The ballot can be immediately tabulated at the polling place allowing for voters to be notified by the voting system of voting errors such as over voting.

**Overseas Voter**:

<u>Permanent</u>: a United States citizen, 18 years or older, who resided in Wisconsin before leaving the United States (or is an adult child of U.S. citizens who resided in this state prior to establishing residency abroad) and is now living outside the U.S. **with no present intent to return**, and not registered to vote in any other location. These electors may only vote for federal offices. They are required to register to vote, but do not have to provide proof of residence or photo ID.

<u>Temporary</u>: a United States citizen, 18 years of age or older, who is temporarily living outside of the U.S. with **an intent to return**. These electors may vote a full ballot. They are required to register to vote and must provide proof of residence and photo ID.

WEC 000386

# P

**Paper Ballot**: a ballot that the elector indicates their voting preference by marking an (X) in the box next to the candidate or referendum question of his/her choosing. Paper ballots are tabulated by hand.

**Partisan Primary**: the primary held on the 2nd Tuesday in August to nominate candidates to be voted for at the general election.

**Poll List** (also known as "Registration List", "Voter List", or "Poll Book"): a list containing the full name and address of each registered elector; a blank column for the entry of the serial number of the electors when they vote or the poll list number used by the municipal board of absentee ballot canvassers in canvassing absentee ballots; a space for the voter's signature; an indication next to the name of each elector for whom proof of residence under Wis. Stat. § 6.34, is required; and a form of certificate bearing the certification of the administrator of the elections division of the board stating that the list is a true and complete registration list of the municipality or the ward or wards for which the list is prepared.

**Post-Election Voting Equipment Audit**: refers to the requirement set forth under Wis. Stat. § 7.08(6), that following each general election, the Wisconsin Election Commission audit the performance of each voting system in Wisconsin to determine the error rate of the system in counting valid ballots. Procedures for the audit are outlined in the "Voting Equipment" section of this manual.

**Presidential Preference**: an election held in conjunction with the Spring Election to express preferences for the person to be the presidential candidate for each party in a year in which the president and vice president are to be elected.

**Proof of Identification (POI)**: refers to documents that verify the identity of an elector voting an absentee ballot by mail or in-person in the municipal clerk's office, or at the polling place on Election Day. For a complete list of acceptable forms of proof of identification and exceptions to the law, refer to Wis. Stat. § 5.02(6m) or the "Electors" section of this manual.

**Proof of Residence (POR)**: refers to documents that verify the current residency of voters. All voters must provide proof of residence to register to vote. Acceptable forms of proof of residence must contain a complete name, including first and last name; and a current and complete residential address, including a numbered street address, if any, and the name of a municipality. Forms that have an expiration date must be valid on Election Day in order to constitute acceptable proof of residence at that election. For a complete list of acceptable forms of proof or residence, refer to the "Electors" section of this manual.

**Provider**: a municipality or county that provides election administration services in conjunction with the WisVote system for a relier municipality.

**Provisional Ballot**: a provisional ballot is a ballot that is marked by a voter but is not counted at the time it is cast. It is issued to a voter who is:

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 128 of 184   Document 117-73

1) Unable or unwilling to provide their Wisconsin driver license or state-issued ID card number when registering to vote at the polls on Election Day
2) Unable or unwilling to provide acceptable Photo ID at the time of voting at the polls on Election Day.

There are no other situations when a provisional ballot is issued. The ballot is only counted on election night if the required documentation is provided to the election inspectors by 8:00 p.m. on election night. The voter has until 4:00 p.m. on the Friday following the election to provide the clerk with the required documentation for the ballot to be counted.

## Q

**Qualified Elector**: a qualified elector is defined in § 6.02, Wis. Stats., as a U.S. citizen, 18 years of age or older, who has resided in the election district for at least 28 days before any election at which he or she offers to vote (and who is not disqualified by virtue of one or more of the impediments described in Wis. Stat. § 6.03).

## R

**Referendum**: an election at which an advisory, validating or ratifying question is submitted to the electorate.

**Registration List**: see "Poll List."

**Relier**: a municipality that enters into an agreement with another municipality or county to provide election administration services in conjunction with the WisVote system.

**Reporting Units**: a ward or combination of wards used to report election results. All wards in a reporting unit must consist of identical districts that pertain to the district seats up for election (i.e., in fall elections a reporting unit must consist of the same congressional, senate and assembly districts; in the spring, a reporting unit must consist of the same county supervisory and municipal districts).

## S

**Section 6.95**: See "Challenged Ballot."

**Section 6.96**: notation used to indicate ballots that were cast after the close of the polls pursuant to a court order. If the election inspectors are informed that a court has issued an order extending the hours that the polling place is open beyond 8:00 p.m., a voter entering the polling place after that time will also have their ballot marked with the notation "Section 6.96."

**Self-Provider**: a municipality that provides its own election administration services in conjunction with the WisVote system.

**Special Election, Special Primary, or Special Referendum**: An election held outside the four regularly-scheduled elections. Regularly-scheduled elections are—Spring Primary held the 3rd

Tuesday in February, Spring Election held the 1st Tuesday in April, Partisan Primary held the 2nd Tuesday in August and the General Election held of the Tuesday after the first Monday in November in even-numbered years.

**Special Voting Deputy**: an individual appointed by the municipal clerk or board of election commissioners to carry out absentee voting in certain residential care facilities and retirement homes. At least two special voting deputies must be appointed for each municipality in which one or more qualified residential care facilities or retirement homes are located. Special voting deputies must take the Oath of Special Voting Deputy (EL-155) before entering into their duties and must undergo at least one training program every two years. See the *Absentee Voting in Residential Care Facilities and Retirement Homes* manual for more information.

**Spring Election**: the election held on the first Tuesday in April to elect non-partisan judicial, educational, municipal, county officers and sewerage commissioners.

**Spring Primary**: the primary held on the 3rd Tuesday in February to nominate nonpartisan candidates to be voted for at the spring election.

**Supplemental Poll List**: the Supplemental Poll List is divided into two separate sections: the Pre-Printed Supplemental Poll List and the Handwritten Supplemental Poll List. Portions of the pre-printed poll list generated from WisVote contain names of all regular and confidential voters that registered during the late registration period until the poll list was printed in preparation of Election Day. The Handwritten Supplemental Poll list will contain the names of electors who registered in the municipal clerk's office after the pre-printed supplemental poll list is printed and will also contain the names of voters who register on Election Day.

# T

**Tabulator:** a person selected and employed by the municipal clerk to help count votes cast by paper ballot after the close of the polls. The governing body of the municipality may authorize the use of tabulators not less than 30 days before the election. Tabulators are under the direction of election inspectors. Tabulators may also be used to assist counting votes in a recount.

**Temporary Overseas Elector:** Wisconsin residents who are temporarily living outside the United States for work, school or other reasons and have the intent to return to Wisconsin.

**Test Deck**: a pre-audited group of ballots marked to record a predetermined number of valid votes for each candidate and on each referendum. The test deck is used to ensure that electronic voting equipment is reliable and accurate.

# V

**Voter List**: see "Poll List."

**Voter Registration**: the process by which an elector registers to vote. All electors, except for military electors, are required to register to vote. Registration is accomplished by completing the Voter Registration Application (EL-131) at the clerk's office, by mail, or at the polling place on Election Day.

WEC 000389

**Voter Registration Application (EL-131)**: the form prescribed by the Wisconsin Election Commission to register an individual to vote in Wisconsin.

**Voter-Verified Paper Audit Trail (VVPAT)**: refers to the requirement under Wis. Stat. § 5.91(18), that all direct recording electronic (DRE) voting systems produce a complete, permanent paper record showing all votes cast by the elector. The voter-verified paper audit trail (VVPAT) is considered the official ballot and is to be used in a recount of each vote cast by the elector.

# W

**Wisconsin Elections Commission (WEC)**: refers to the new agency formed on June 30, 2016 when the Government Accountability Board was split into the Wisconsin Elections Commission and Wisconsin Ethics Commission.

**WisVote**: a single, centralized, computerized statewide voter registration list managed by the Wisconsin Elections Commission. WisVote is used by state, county and municipal election officials to maintain a list of registered voters, manage and produce voter lists, process absentee and provisional ballots, and to manage a wide variety of other election-related activities.

WEC 000390



## A Guide to the MyVote Wisconsin Website for Voters and Clerks

**September 2016**

WEC 000391



# TABLE OF CONTENTS

## GUIDE TO MYVOTE.WI.GOV FOR WISCONSIN VOTERS

**Register to Vote**............................................................... **1**

    Regular Voters................................................................ 2

    Military Voters............................................................... 4

    Permanent Overseas..................................................... 6

**View my Voting Activity**.................................................. **9**

**Vote Absentee**................................................................. **11**

    Inactive Voters/Voters who are not Registered............................ 11

    Active, Registered Voters................................................. 11

    Indefinitely Confined..................................................... 13

    Hospitalized Voters....................................................... 14

    Military Voters............................................................... 15

    Permanent Overseas Voters............................................ 18

**Find my Municipal Clerk**................................................ **22**

**Find my Polling Place**..................................................... **23**

**My Elected Officials**....................................................... **24**

**What's on my Ballot**....................................................... **25**

WEC 000392



# TABLE OF CONTENTS

## GUIDE TO MYVOTE.WI.GOV FOR WISCONSIN CLERKS

**Voters Requesting Absentee Ballots**................................................ **26**

    Regular Voters WITHOUT a Photo ID on File............................. 26

    Regular Voters WITH a Photo ID on File...................................... 29

    Military Voters............................................................................. 31

    Permanent Overseas Voters........................................................ 33

    Indefinitely Confined Voters....................................................... 35

    Hospitalized Voters.................................................................... 36

    Appendix A – Email/Absentee Application Clerks will Receive.. 37

**MyVote and Voter Registration**.............................................. **40**

    Pending Registrations in WisVote................................................ 41

    Appendix B – Example MyVote Registration Form..................... 47

**Data Quality in WisVote and the Connection to MyVote**................... **48**

WEC 000393

# Register to Vote

Voters can start the voter registration process on MyVote.wi.gov but will need to mail or deliver their signed, completed voter registration form to their municipal clerk by the registration deadline. Wisconsin does not yet have online voter registration, so all voters are required to submit a signed, paper registration form to their municipal clerk to complete the registration process. Voter registration forms cannot be submitted electronically. Voters must provide a proof of residence document with their voter registration form.

## Do I Need to Register to Vote?

If a regular voter is voting for the first time, has changed their Wisconsin voting address, or has changed their name, they will need to submit a new voter registration form. Voters can also be inactivated if they have not voted in four years or have been determined to be ineligible to vote. If your voter status is showing as "inactive" you will need to submit a new registration before you can vote. You may need to register to vote if:

- **I am a First-time Wisconsin Voter**
- **My Address Has Changed**
- **My Name Has Changed**
- **I Have Not Voted in 4 Years**

## When can I Register to Vote?

***Deadline to Register by Mail***
If you will be mailing your voter registration form to your municipal clerk, it must be postmarked at least 20 days prior to the election for which you are registering.

***Deadline to Register in Your Municipal Clerk's Office***
If you are registering to vote in-person in your municipal clerk's office, you may do so until 5:00 p.m., or the close of business, on the Friday before the election for which you are registering.

***Deadline to Register at Your Polling Place on Election Day***
If you are would like to register to vote on Election Day at your polling place; you may register to vote at your assigned polling place between 7:00 a.m. and 8:00 p.m. on Election Day.

WEC 000394

**Start the Voter Registration Process on MyVote**

1.  Click the Register to Vote button on the homepage.

2.  Enter the first name, last name and date of birth in the search box, then click Search.

3.  If a voter record is found, the voter's name and address will display.

4.  If a voter record is not found and the voter is not registered, click the ***Register to Vote*** button to begin the registration process.  The voter registration process is outlined in 7 steps below.  Voter registration forms cannot be submitted electronically or through MyVote.  After the form is completed it must be mailed or delivered to the municipal clerk along with an acceptable proof of residence document.

**Step 1: What you Will Need**

A progress bar at the top of the Voter Registration page will display and be highlighted on the current step.  Review the information in Step 1.  A printer and a proof of residence document are required as part of the voter registration process.  After reviewing the directions, click Continue to Step 2.

# VOTER REGISTRATION



**Step 2: Am I Eligible to Vote?**

Six questions will be displayed to determine if the voter is eligible to vote.  Answer yes or no to each question.  Click the More Information link for an explanation of each question.  After answering the questions, click Continue to Step 3.

If the voter is determined to be ineligible to vote based on their answers to the questions on Step 2, a page that explains that they are not eligible to vote and the reason why will display.  If the Voter is eligible to vote based on the answers to the questions, they will be directed to Step 3.



WEC 000395

## Start the Voter Registration Process on MyVote (continued)

**Step 3: Verify My Name**

The name that was entered into the search page will display. Verify that the name is correct and make changes if needed. If a voter has a previous name, select the "***I have a previous name other than the name listed above,***" checkbox and enter the previous name. After the name has been verified click Continue to Step 4.

**Step 4: Enter My Contact Information**

Enter the Wisconsin home address in the Street Address, Apartment/Unit Type (if applicable), City and Zip Code fields. The voters home address is the address where the voter has lived for at least 28 days. A PO Box or out-of-state address does not qualify as a Wisconsin home address.

Select the, "***I have a mailing address that is different from the address above***" check box to enter a separate mailing address. The mailing address can be a U.S. Mailing Address (in or out-of-state), a Foreign Mailing Address or a P.O. Box.

If you were previously registered to vote at another address (either in Wisconsin or in another state) check the box next to "**I was previously registered to vote at another address than is listed above**." You will then enter the address where you were previously registered to vote.

Enter the optional email address or phone number. Select the "I am interested in becoming a poll worker" check box for more information about becoming a poll worker. Enter any accommodations needed at the polling place in the field provided. After completing the required information on the page, click Continue to Step 5 to validate the home address and continue the voter registration process. If the system cannot validate the address, try again or Contact Us.

**Step 5: Review and Certify My Registration**

Confirm the information you have entered on the registration form. If any information needs to be edited, click the Edit button next to the field you would like to change. After the information is verified to be correct, read and affirm the Voter Certification. If the statement is true, select the "I certify that the above information is true and correct" checkbox. Complete the system verification then click Continue to Step 6.

**Step 6: Print or Save My Registration**

Print or download the voter registration application form. The voter registration form includes detailed instructions on how to sign, and mail or deliver the voter registration form to the municipal clerk.

**Step 7: Mail or Deliver My Registration**

Step 7 reminds voters that they are not yet registered to vote and need to send or deliver the signed voter registration form to their municipal clerk. Follow the instructions included with the voter registration form. Don't forget to provide a proof of residence document with the voter registration form.

WEC 000396

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 137 of 184    Document 117-73

## Military Voters

Military voters are not required to register to vote, however military voters are welcome to enter their voter information for the first time, or change their voter name or address at any time on MyVote without submitting a voter registration form. Military voters are not required to provide a proof of residence document to register to vote, or a photo ID to receive an absentee ballot. Because Military voters do not need to be registered to vote, they do not need to use the registration form on MyVote.wi.gov. If a military voter would like to update their voter information, they may do so on MyVote.wi.gov.

### Definitions

**Military Voter:** A "military voter" includes any of the following: (1) members of a uniformed service, (2) members of the merchant marine of the United States, (3) civilian employees of the United States and civilians officially attached to a uniformed service who are serving outside the United States, (4) Peace Corp volunteers, and (5) spouses or voting age dependents of the aforementioned categories who are residing with or accompanying them.

### How do Military Voters Add or Update their Voter Record on MyVote?

There are three main ways military voters can navigate to the voter information page to update their voter information on MyVote:

1. **"Military and Permanent Overseas" button at the top of the homepage**
2. **"Military Voters" promo section on the homepage**
3. **"Register to Vote" button on the homepage**

### Add a Voter Record – Military Voters

1. Click the Military and Permanent Overseas button on the homepage.

2. On the Military and Permanent Overseas page, click Update Information

3. Enter the first name, last name and date of birth, then click Search.

4. If a voter record is not found and the voter is in the military, select the "If you are a military voter, you do not need to register. Click here to vote absentee" link. Military voters can receive absentee ballots without being registered to vote.

5. If a voter record is found, the voter's name and address will display.

6. On the Voter Information page, select the *I am an active military voter* checkbox.

7. Select the absentee ballot preference. To decline, select "I do not wish to request an absentee ballot at this time."

8. In the Voter Information section, verify the first name, last name and date of birth fields are correct.

9. Enter the last 4 digits of the social security number and email address.

10. Enter the Wisconsin home address (the most recent address the voter resided at for at least 28 days).

WEC 000397

11. To enter a separate mailing address, click the, "I have a mailing address that is different from the address above" checkbox.

12. Review the certification to determine voter eligibility, if the voter is eligible to vote, select the checkbox and click the Submit button.

13. A confirmation message will display.


## Update My Voter Record – Military Voters

1. Click the Military and Permanent Overseas button on the homepage.

2. On the Military and Permanent Overseas page, click Update Information

3. Enter the first name, last name and date of birth, then click Search.

4. If a voter record is found, the voter's name and address will display.

5. On the Voter Information page, select the ***I am an active military voter*** checkbox.

6. Select the absentee ballot preference.  To decline, select "I do not wish to request an absentee ballot at this time."

7. In the Voter Information section, verify the first name, last name and date of birth fields are correct.

8. Enter the last 4 digits of the social security number and email address.

9. Enter the Wisconsin home address (the most recent address the voter resided at for at least 28 days).

10. To enter a separate mailing address, click the, "I have a mailing address that is different from the address above" checkbox.

11. Review the certification to determine voter eligibility, if the voter is eligible to vote, select the checkbox and click the Submit button.

12. A confirmation message will display.

WEC 000398

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 139 of 184   Document 117-73

## Permanent Overseas Voters

Permanent overseas voters are required to register to vote. If a Permanent overseas voter is voting for the first time, has changed their Wisconsin voting address, or has changed their name, a new voter registration application form is required to be submitted. Voters can also be inactivated if they have not voted in four years or have been determined to be ineligible to vote. If the voter status is displayed as inactive in MyVote, the voter must re-register. Permanent overseas voters are not required to provide proof of residence to register to vote.

## Definition

**Permanent Overseas Voter:** Permanent Overseas voters are defined as voters who live in a country other than the United States and have no present intent to return to the United States to live. These are voters who maintain their American Citizenship. If a voter is living temporarily overseas and they intend to return to the United States to reside, then they are considered a regular voter. Permanent Overseas voters may only vote in Federal Contests.

## Permanent Overseas Voter Registration Deadline

| Deadline to Register by Mail |
| --- |
| 20 days before the election |
| **Deadline to Register in the Municipal Clerk's Office** |
| 5:00 p.m. the Friday before the election |
| **Deadline to Register at the Polling Place on Election Day** |
| 8:00 p.m. on Election Day |

## How do Permanent Overseas Voters Start the Registration Process on MyVote?

There are two ways permanent overseas voters can navigate to the register to vote page on MyVote:

1. "Military and Permanent Overseas" button at the top of the homepage
2. "Register to Vote" button on the homepage

## Start the Voter Registration Process on MyVote

1. Click the Register to Vote button on the homepage.
2. Enter the first name, last name and date of birth in the search box, then click Search.
3. If a voter record is found, the voter's name and address will display.
4. If a voter record is not found and the voter is not registered, click the **Register to Vote** button to begin the registration process. The voter registration process is outlined in 7 steps below. Voter registration forms cannot be submitted electronically or through MyVote. After the form is completed it must be mailed or delivered to the municipal clerk along with an acceptable proof of residence document.

WEC 000399

## Start the Voter Registration Process on MyVote (continued)

### Step 1: What you Will Need

A progress bar at the top of the Voter Registration page will display and be highlighted on the current step. Review the information in Step 1. A printer is required as part of the voter registration process. After reviewing the directions, click Continue to Step 2.

## VOTER REGISTRATION



### Step 2: Am I Eligible to Vote?

Six questions will be displayed to determine if the voter is eligible to vote. Answer yes or no to each question. Click the More Information link for an explanation of each question. After answering the questions, click Continue to Step 3.

If the voter is determined to be ineligible to vote based on their answers to the questions on Step 2, a page that explains that they are not eligible to vote and the reason why will display. If the Voter is eligible to vote based on the answers to the questions, they will be directed to Step 3.

**Step 2: Am I eligible to vote?**

Please verify that you are eligible to register:

Are you a United States Citizen?*   Yes   No   ⦿ More Information

Will you be at least 18 years old at the time   Yes   No   ⦿ More Information
of the next election?*

**Step 2: Am I eligible to vote?**

**We're sorry, you are not eligible to vote**

- You must not be disqualified in order to vote.

If you have questions regarding your eligibility or believe this me
your municipal clerk

Previous Step

WEC 000400

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 141 of 184   Document 117-73

**Start the Voter Registration Process on MyVote (continued)**

**Step 3: Verify My Name**

The name that was entered into the search page will display.  Verify that the name is correct and make changes if needed.  If a voter has a previous name, select the "***I have a previous name other than the name listed above,***" checkbox and enter the previous name.  After the name has been verified click Continue to Step 4.

**Step 4: Enter My Contact Information**

Enter the Wisconsin home address in the Street Address, Apartment/Unit Type (if applicable), City and Zip Code fields.  The voters home address is the address where the voter has lived for at least 28 days.  A PO Box or out-of-state address does not qualify as a Wisconsin home address.

Select the, "***I have a mailing address that is different from the address above***" check box to enter a separate mailing address.  The mailing address can be a U.S. Mailing Address (in or out-of-state), a Foreign Mailing Address or a P.O. Box.

If you were previously registered to vote at another address (either in Wisconsin or in another state) check the box next to "I was previously registered to vote at another address than is listed above." You will then enter the address where you were previously registered to vote.

Enter the optional email address or phone number. Select the "I am interested in becoming a poll worker" check box for more information about becoming a poll worker.  Enter any accommodations needed at the polling place in the field provided.  After completing the required information on the page, click Continue to Step 5 to validate the home address and continue the voter registration process.  If the system cannot validate the address, try again or Contact Us.

**Step 5: Review and Certify My Registration**

Confirm the information you have entered on the registration form.  If any information needs to be edited, click the Edit button next to the field you would like to change.  After the information is verified to be correct, read and affirm the Voter Certification.  If the statement is true, select the "I certify that the above information is true and correct" checkbox.  Complete the system verification then click Continue to Step 6.

**Step 6: Print or Save My Registration**

Print or download the voter registration application form.  The voter registration form includes detailed instructions on how to sign, and mail or deliver the voter registration form to the municipal clerk.

**Step 7: Mail or Deliver My Registration**

Step 7 reminds voters that they are not yet registered to vote and need to send or deliver the signed voter registration form to their municipal clerk.  Follow the instructions included with the voter registration form.

WEC 000401

## View My Voting Activity

Voters can use MyVote.wi.gov to access their voter profile and view the elections they have participated in. The name and date of birth of the voter is required to search for a voter profile. The My Voting Information page will allow a voter to check their current registration information, view information about their next election, view their polling place information, update the name or address on their voter registration, request an absentee ballot, track the status of their absentee ballot, track provisional ballots, and find their elected officials.

1. Click the View My Voting Activity button at the top of the homepage.

2. Enter a first name, last name and date of birth in the search box, and click Search.

3. If a voter record is not found, follow the search tips. If the voter is not registered, they should click the Register to Vote link to begin the registration process. If the voter believes they are registered and cannot find their record, they should click on the link to contact their municipal clerk for assistance.

4. If a voter record is found, their voter profile page will display with their name, status and current address.

   **Voter Status Active**: the voter is registered to vote at the address listed.

   **Voter Status Inactive**: the voter has an inactive voter registration. The reason why their registration is inactive should also be listed next to their status (e.g. 4-year maintenance, felon, etc.). If the voter feels they are listed as inactive in error, they should contact their municipal clerk using the clerk contact information found on the left hand menu.

5. If an active voter record appears, the following information will be displayed:

**My Voter Information**



**My Next Election**



WEC 000402

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 143 of 184   Document 117-73

**Polling Place Information**

> ## Warner Park Community Recreation Center
> 1625 Northport Dr, Madison, WI 53704-2300 Get Directions
> **Polling Place Hours:** Tuesday, November 8, 2016 7.00 AM - 8.00 PM
> **City Of Madison - Ward 33**

**My Voting Activity**

My Voting Activity displays a list of the elections the voter has participated in.  Click the plus sign **+** to the right of the election name to expand the tab and view the voting method (in-person, absentee, provisional), and information about the polling place and voting municipality for each listed election.



**Absentee Ballot Status Bar**



**View My Current Elected Officials**

The link to the My Current Elected Officials will take the voter to a list of the elected officials who currently represent them.

> View My Current Elected Officials

WEC 000403

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 144 of 184   Document 117-73

## Request an Absentee Ballot on MyVote

Registered voters with a copy of their valid photo ID on file with their municipal clerk can make absentee ballot requests through MyVote.wi.gov. If a voter is registered and does not have a valid photo ID on file, MyVote will create an absentee request form for the voter and prompt them to send it to their municipal clerk along with a copy of their photo ID.

If a voter is not registered to vote, they will not be able to submit an absentee ballot request through MyVote. The voter will instead be prompted to use the website to register to vote. At the end of the registration process, they will have the option to print and mail their registration form along with a copy of an acceptable proof of residence document. They may also send an absentee ballot request form (accompanied by a copy of their valid photo ID) along with their voter registration application. Only military voters can request absentee ballots without registering to vote.

### I am a Voter without an Active Voter Registration Record

If a voter searches for their voter registration record and no record is found, they will not be able to request an absentee ballot. Only registered voters may request an absentee ballot. Military Voters do not have to register to vote to request an absentee ballot.

1. Click the Vote Absentee button on the homepage.
2. Enter the first name, last name and date of birth, and click Search.
3. If a voter record is not found, follow the search tips. If the voter is not registered, they should click the Register to Vote link to begin the registration process. If the voter believes they are registered and cannot find their record, they should click on the link to contact their municipal clerk for assistance.

### I am a Voter with an Active Voter Registration Record

1. Click the Vote Absentee button on the homepage.
2. Enter the first name, last name and date of birth in the search box, and click Search.
3. If a voter record is not found, follow the search tips. If the voter is not registered, they should click the Register to Vote link to begin the registration process. If the voter believes they are registered and cannot find their record, they should click on the link to contact their municipal clerk for assistance.
4. If a voter record is found, the voter's name and address will display.
5. Click the Request Absentee Ballot button.
6. Verify the voter registration address on file. The absentee ballot will be mailed to the address on file unless a mailing address is entered.
7. To enter a separate mailing address, click the, "I want my ballot mailed to a different address" checkbox.
8. Indicate military or permanent overseas voter status (if applicable).

WEC 000404

9. Select to request absentee ballots for:

    a. All elections in the calendar year
    b. The following upcoming elections (select the desired elections)
    c. Every election subsequent to today's date (permanent absentee status for voters who would like a ballot sent to them for all elections for reason of disability, age, infirmity or illness)

10. Review the certification to determine voter eligibility, if the voter is eligible to vote, click the certification checkbox.

11. Click the Request Ballot button to submit the absentee ballot request.

12. If the voter has a copy of their valid photo ID on file with their municipal clerk, a confirmation page will display to confirm the request has been submitted.

13. If the voter has not submitted a copy of their acceptable photo ID, a notification page with additional instructions will display. Review the instructions, click the Download PDF button to download and save the absentee ballot request form.

    a. To complete the request, the voter must send the request form and a copy of their valid photo ID to their municipal clerk. Scan or take a picture of the acceptable photo ID and attach both the absentee ballot request form, and the copy of the photo ID to an email. Send the email to the municipal clerk.

## View My Absentee Ballot Request

1. Click the Vote Absentee button on the homepage to navigate to the Request an Absentee Ballot page

2. Enter the first name, last name and date of birth in the search box, then click Search

3. If a voter record is found, the voter's name and address will display along with the following options:

    **View My Request:** review the status of an absentee ballot request

    **Change My Request:** update and submit a modified absentee ballot request

    **Cancel My Request:** cancel an absentee ballot request on file

    **Start a New Request:** cancel an absentee ballot request on file and create a new request

## Change My Absentee Ballot Request

1. Click the Vote Absentee button on the homepage to navigate to the Request an Absentee Ballot page

2. Enter the first name, last name and date of birth in the search box, then click Search

3. If a voter record is found, the voter's name and address will display along with the following options: View My Request, Change My Request, Cancel My Request, Start a New Request

4. Click the Change my Request button

5. Make the desired changes to the absentee ballot request

6. Review the certification to determine voter eligibility, if the voter is eligible to vote, click the certification checkbox.

7. Click the Request Ballot button to submit the absentee ballot request.

8. A confirmation page will display to confirm the request has been submitted

WEC 000405

## I am an Indefinitely Confined Voter

A voter who is indefinitely confined because of age, illness or infirmity, or is disabled for an indefinite period may request that absentee ballots be sent to them automatically for every election until the voter fails to return a ballot. A voter must be registered to vote before they can submit an absentee ballot request as an indefinitely confined voter through MyVote.

1. Click the Vote Absentee button on the homepage.

2. Enter the first name, last name and date of birth in the search box, and click Search.

3. If a voter record is not found, follow the search tips. If the voter is not registered, they should click the Register to Vote link to begin the registration process. If the voter believes they are registered and cannot find their record, they should click on the link to contact their municipal clerk for assistance.

4. If a voter record is found, the voter's name and address will display.

5. Click the Request Absentee Ballot button.

6. Verify the voter registration address on file. The absentee ballot will be mailed to the address on file unless a mailing address is entered.

7. To enter a separate mailing address, click the, "I have a mailing address that is different from the address above" checkbox.

8. Select, ***Every Election Subsequent to Today's Date*** in the absentee ballot request section to request absentee ballots for all future elections. By clicking this option the voter is certifying that they are indefinitely confined due to age, illness, infirmity, or disability.

9. Review the certification to determine voter eligibility, if the voter is eligible to vote, click the certification checkbox.

10. Click the Request Ballot button to submit the absentee ballot request.

11. A confirmation page will display for the voter to confirm the request has been submitted.

WEC 000406

## I am a Hospitalized Voter

A voter who is hospitalized may certify that he or she cannot appear at the polling place on Election Day and appoint an agent to conduct the absentee ballot request and delivery process on the voter's behalf. The absentee ballot request can be made up to 7 days before an election until 5:00 p.m. on Election Day. Hospitalized voters can request an absentee ballot on MyVote.wi.gov by clicking the Vote Absentee button on the homepage.

1. Click the Vote Absentee button on the homepage.

2. Enter the first name, last name and date of birth in the search box, and click Search.

3. If a voter record is not found, follow the search tips. If the voter is not registered, they should click the Register to Vote link to begin the registration process. If the voter believes they are registered and cannot find their record, they should click on the link to contact their municipal clerk for assistance.

4. If a voter record is found, the voter's name and address will display.

5. Click the Request Absentee Ballot button.

6. Select the, *I am Temporarily Hospitalized* checkbox. The hospitalized voter will only be able to choose the current election within 7 days from the election.

7. Review the hospitalized certification; if the information is true and correct select the certification checkbox.

8. Enter the agent's last name, first name and middle name.

9. Review the certification to determine voter eligibility, if the voter is eligible to vote, click the certification checkbox.

10. Click the Request Ballot button to submit the absentee ballot request.

11. The confirmation page for your request will display with options to print or download the form and instructions.

    a. Click the Print button to print the hospitalized elector instructions and absentee ballot request form directly from MyVote.

    b. Or, click Download PDF button to download and save the hospitalized elector instructions and absentee ballot request.

WEC 000407

# Military Voters

Military voters can use the MyVote.wi.gov website to request an absentee ballot. Military voters have the option of receiving absentee ballots online through the MyVote website, by email, mail, or fax. Military voters are exempt from the photo identification requirement and do not need to include a photo ID with their absentee ballot request. Military voters are not required to register to vote.

## Definitions

**Military Voter:** A "military voter" includes any of the following: (1) members of a uniformed service, (2) members of the merchant marine of the United States, (3) civilian employees of the United States and civilians officially attached to a uniformed service who are serving outside the United States, (4) Peace Corp volunteers, and (5) spouses or voting age dependents of the aforementioned categories who are residing with or accompanying them.

**Military Away:** A military voter is considered "away" when they are absent from the residence where they are otherwise qualified to vote due to their duty or service.

**Military Home:** A military voter is considered "home" whenever they do not qualify as "away."

**Federal Election:** A "federal election" is any election for any of the following offices: President or Vice President of the United States, U.S. Senator, or Representative in Congress.

**Non-Federal Election:** A "non-federal election" is any election for offices other than President or Vice President of the United States, U.S. Senator, or Representative in Congress.

## Military Voter Absentee Ballot Deadlines

| Deadline to Request an Absentee Ballot - Federal Election | |
|---|---|
| Military Away | 5:00 p.m. on Election Day |
| Military Home | 5:00 p.m. the Friday before the election |
| **Deadline to Request an Absentee Ballot - Non-Federal Election** | |
| Military Away and Home | 5:00 p.m. the Friday before the election |
| **Deadline to Download Ballot from MyVote** | |
| Military Away and Home | 8:00 p.m. on Election Day |
| **Deadline to Return an Absentee Ballot to the Clerk's Office** | |
| Military Away and Home | 8:00 p.m. on Election Day |

***Additional Information about Home vs. Away Deadlines Federal Election on Ballot:***
When a military voter accesses their absentee ballot application between 5:00 p.m. on the Friday before the election and 5:00 p.m. on Election Day for an election with a federal contest on the ballot, they will see an additional question. If the voter has selected that they are military or if their existing record already shows that they are military, then the absentee form will ask the voter if they are "home" or "away." If the voter answers that they are "away" then they will be able to request an absentee ballot through 5:00 p.m. on Election Day. If the voter answers that they are "home" then they will not be able to request an absentee ballot because their deadline has passed.

WEC 000408

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 149 of 184   Document 117-73

## My Voter Type Has Changed

**I am a Military Voter**
Military voters are not required to register to vote to receive an absentee ballot. If a registered voter becomes a military voter, they can request an absentee ballot as a military voter without re-registering to vote. To request an absentee ballot on MyVote as a military voter, click the Military and Permanent Overseas button on the homepage to navigate to the Request an Absentee Ballot page. To certify the request is for a military voter, select the "I am an active military voter" checkbox.

**I am no longer a Military or Permanently Overseas Voter**
Military and permanent overseas voters who are no longer in the military or permanently overseas, must re-register to vote.

## Request an Absentee Ballot on MyVote

There are three main ways military voters can navigate to the absentee ballot request page on MyVote:

1. "Military and Permanent Overseas" button at the top of the homepage
2. "Military Voters" promo section on the homepage
3. "Vote Absentee" button on the homepage

## I am a Military Voter <u>without</u> a Wisconsin Voter Registration Record

1. Click the Military and Permanent Overseas button on the homepage to navigate to the Request an Absentee Ballot page

2. Enter the first name, last name and date of birth in the search box, and click Search

3. If a voter record is not found and the voter is in the military, select the "Click here to vote absentee" link. Military voters can receive absentee ballots without being registered to vote.

4. If a voter record is found, the voter's name and address will display

5. On the Request an Absentee Ballot page, select the "I am an active military voter" checkbox

6. Select a ballot delivery method

    a. Online
    a. Email
    b. Fax
    c. By Mail - Wisconsin Home Address
    d. By Mail - Mailing Address

7. In the Voter Information section, confirm the first and last name fields are correct

8. Enter the last 4 digits of the social security number and email address

9. Enter the Wisconsin home address (the most recent address the voter resided at for at least 28 days)

10. Click the Validate Address and Continue button.

11. To enter a separate mailing address, click the, "I have a mailing address that is different from the address above" checkbox

WEC 000409

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 150 of 184   Document 117-73

12. Select to request absentee ballots for:
    a.  All elections in the calendar year
    b.  The following upcoming elections (select the desired elections)
    c.  Every election subsequent to today's date (permanent absentee status for voters who would like a ballot sent to them for all elections for reason of disability, age, infirmity or illness)

13. Review the certification to determine voter eligibility, if the voter is eligible to vote, click the checkbox and click the Request Ballot button

14. If the voter selected to receive the ballot by mail, email, or fax an absentee ballot request confirmation message will display

15. If the voter selected to receive the ballot online, they will have immediate access to the ballot if ballots are available a message will display letting them know that ballots are not yet available and an email prompting them to return to MyVote will be emailed to the voter once ballots are available

### I am a Military Voter <u>with</u> an Active Wisconsin Voter Registration Record

1.  Click the Military and Permanent Overseas button on the homepage to navigate to the Request an Absentee Ballot page

2.  Enter the first name, last name and date of birth in the search box, and click Search

3.  If a voter record is not found and the voter is in the military, select the "Click here to vote absentee" link. Military voters can receive absentee ballots without being registered to vote.

4.  If a voter record is found, the voter's name and address will display

    a.  Click the Request Absentee Ballot button to begin the request process.

5.  On the Request an Absentee Ballot page, the "I am an active military voter" checkbox should be prefilled.

6.  Select a ballot delivery method
    a.  Online
    b.  Email
    c.  Fax
    d.  By Mail - Wisconsin home address
    e.  By Mail - mailing address

7.  To enter a separate mailing address, click the, "I have a mailing address that is different from the address above" checkbox and enter the mailing address information

8.  Select to request absentee ballots for:
    a.  All elections in the calendar year
    b.  The following upcoming elections (select the desired elections)
    c.  Every election subsequent to today's date (permanent absentee status for voters who would like a ballot sent to them for all elections for reason of disability, age, infirmity or illness)

9.  Review the certification to determine voter eligibility, if the voter is eligible to vote, select the checkbox and click the Request Ballot button

10. If the voter selected to receive the ballot by mail, email, or fax an absentee ballot request confirmation message will display

11. If the voter selected to receive the ballot online, a they will have immediate access to the ballot if ballots are available a message will display letting them know that ballots are not yet available and an email prompting them to return to MyVote will be emailed to the voter once ballots are available.

WEC 000410

## Permanent Overseas Voters

Permanent overseas voters can use the MyVote.wi.gov website to request an absentee ballot. Permanent overseas voters have the option of receiving absentee ballots online through the MyVote website, by email, mail, or fax. Permanent overseas voters are exempt from the photo identification requirement and do not need to include a photo ID with their absentee ballot request. Permanent overseas voters must register to vote.

### Definition

**Permanent Overseas Voter**: Permanent Overseas voters are defined as voters who live in a country other than the United States and have no present intent to return to the United States to live. These are voters who maintain their American Citizenship. If a voter is living temporarily overseas and they intend to return to the United States to reside, then they are considered a regular voter. Permanent Overseas voters may only vote in Federal Contests.

### Permanent Overseas Voter Absentee Ballot Deadlines

| Deadline to Request an Absentee Ballot - Federal Elections Only |
| --- |
| 5:00 p.m. on the Thursday before the election |
| **Deadline to Download Ballot from MyVote** |
| 8:00 p.m. on Election Day |
| **Deadline to Return an Absentee Ballot to the Clerk's Office** |
| 8:00 p.m. on Election Day |

### My Voter Type Has Changed

**I am a Permanent Overseas Voter**
All permanent overseas voters must register to vote. If a registered voter becomes a permanent overseas voter, they must re-register to vote indicating they are a permanent overseas voter.

**I am no longer a Permanently Overseas Voter**
Military and permanent overseas voters who are no longer in the military or permanently overseas, must re-register to vote.

### Request an Absentee Ballot on MyVote

There are two ways permanent overseas voters can navigate to the absentee ballot request page on MyVote:

1. "Military and Permanent Overseas" button at the top of the homepage
2. "Vote Absentee" button on the homepage

WEC 000411

## I am a Permanent Overseas Voter <u>without</u> an Active Voter Registration Record

If a permanent overseas voter searches for their voter registration record and no record is found, they will not be able to request an absentee ballot.  Only registered voters may request an absentee ballot.

1.  Click the Military and Permanent Overseas button on the homepage.

2.  Enter the first name, last name and date of birth in the search box, and click Search.

3.  If a voter record is not found and the voter is not registered, click the contact your municipal clerk or register to vote links to begin the registration process.

## I am a Permanent Overseas Voter <u>with</u> an Active Voter Registration Record

1.  Click the Military and Permanent Overseas button on the homepage to navigate to the Request an Absentee Ballot page.

2.  Enter the first name, last name and date of birth in the search box, and click Search.

3.  If a voter record is found, the voter's name and address will display.

    a.  Click the Request Absentee Ballot button to begin the request process.

4.  On the Request an Absentee Ballot page, the checkbox for *I live permanently overseas with no intent to return to the United States* should be prefilled.

5.  Select a ballot delivery method.

    a.  Online

    b.  Email

    c.  Fax

    d.  By Mail – Wisconsin home address

    e.  By Mail – mailing address

6.  To enter a separate mailing address click the, "I want my ballot mailed to a different address" checkbox and enter the mailing address.

7.  Select to request  absentee ballots for:

    a.  All elections in the calendar year

    b.  The following upcoming elections (select the desired elections)

    c.  Every election subsequent to today's date (permanent absentee status for voters who would like a ballot sent to them for all elections for reason of disability, age, infirmity or illness)

8.  Review the certification to determine voter eligibility, if the voter is eligible to vote, select the checkbox and click the Request Ballot button.

9.  If the voter selected to receive the ballot by mail, email, or fax an absentee ballot request confirmation message will display.

10. If the voter selected to receive the ballot online, a they will have immediate access to the ballot if ballots are available a message will display letting them know that ballots are not yet available and an email prompting them to return to MyVote will be emailed to the voter once ballots are available.

WEC 000412

# Online Absentee Ballot Requests

Military and overseas voters who select to receive their absentee ballots online, will access and download their absentee ballots directly from the MyVote.wi.gov website. Absentee ballots can only be accessed and downloaded from MyVote.wi.gov if the ballot delivery method of online is selected when the absentee ballot request is made. Municipal clerks are responsible for sending absentee ballots to military and overseas voters who request to receive absentee ballots by mail, email or fax.

## Online Absentee Ballot Status: Available

If absentee ballots are available for an election when a voter submits their request with a ballot delivery method of online, the voter will be able to access and download their ballot immediately after submitting their request on MyVote. Absentee ballots for elections that contain a federal contest become available at least 47 days prior to the election. Ballots for elections that do not contain a federal contest become available at least 21 days prior to the election.

## Online Absentee Ballot Status: Not Available

Voters who select to receive their absentee ballot(s) online and submit their absentee ballot request before absentee ballots are available for an election will be notified that absentee ballots are not yet available. Voters will be sent an email once absentee ballots become available for the election.

## Access My Absentee Ballot Online

There are two main ways to access an absentee ballot from the MyVote website: 1) Click the "I will access my ballot now" button directly after completing an absentee ballot request form to begin the Online Absentee Ballot process. If the voter wants to access their ballot at different time or if the absentee ballot is not available when the request is made the voter can 2) access their online ballot from the Absentee Ballot page. To navigate to the absentee ballot page, click the Military and Permanent Overseas button on the homepage. Follow the steps below to access and download an absentee ballot directly from MyVote.

### Step 1: Verify Your Identity
Enter the last 4 digits of the social security number. If the voter has a social security number in the voter registration system, the number must match in order to proceed. Click the Verify and Continue button to proceed to step 2

### Step 2: What you Will Need
This screen explains what the voter will need to complete their online ballot. After reviewing the instructions, click the Continue to Ballot button to proceed to step 3.

- Witness
- Printer
- Two Envelopes

WEC 000413

## Access My Absentee Ballot Online (continued)

### *Step 3: Complete the Ballot*

The voter will access their ballot during this step. The voter may mark their ballot on the screen or they can print their ballot and make their selections on the paper ballot after it is printed. After the voter has made their selections, or is ready to print a blank ballot, click the Print and Download Ballot button. A pop-up message informing the voter that their ballot will be downloaded will display. The voter has three attempts to download their ballot. Select yes to download the ballot and have it count towards one of the three attempts or select no, to cancel the download.

### Step 4: Print and Mail your Ballot

Click the Download Ballot button to download a PDF of the ballot along with the instructions for returning the ballot and the mailing address for returning the ballot to the municipal clerk.

WEC 000414

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 155 of 184   Document 117-73

# Find My Municipal Clerk

Voters can use MyVote.wi.gov to find contact information for the municipal clerk for the city, town, or village where they reside.  A home address is required to search for a municipal clerk.

1. Click Find My Municipal Clerk in the menu bar on the bottom of the homepage.



2. Enter the street number and street name in the Address field. It is best if the voter does not use punctuation in the street address and if they use post office abbreviations (for example, the voter should enter 123 w Main St NOT 123 W. Main St.)

3. Enter the unit number (if applicable).

4. Enter the city, village or town in the City field.

5. Enter the zip code (optional).

6. Click the Search button.

7. If the address is not found, follow the search tips.  If the address still cannot be found, follow the link to Contact Us.

8. If the search is successful, the contact information for the municipal clerk for the city, town, or village of the address will be displayed.

< Back to search

## Maribeth L Witzel-Behl

**City Of Madison - Dane County**        Phone: 608-266-4601            voting@cityofmadison.com
                                         Fax: 608-266-4666
210 Ml King Jr Blvd Rm 103,
Madison, Wi 53703-3342

**Mailing Address**
210 Martin Luther King Jr Blvd Rm
103, Madison, Wi 53703-3340

WEC 000415

## Find My Polling Place

Voters can use MyVote.wi.gov to find the name, location and other detailed information about their polling place. A home address is required to search for a polling place. A voter should use the address for where they currently live in order to find information for their polling place. If a voter has moved since the last time they voted, and will be registering to vote at their new address, they should enter their new address in the search. Each polling place information page will list the name, address and hours of the polling place and display the location on a map that provides the voter with the option to get directions to this polling place.

1. Click the Find My Polling Place button on the homepage.
2. Enter the street number and street name in the Address field. It is best if the voter does not use punctuation in the street address and if they use post office abbreviations (for example, the voter should enter 123 w Main St NOT 123 W. Main St.)
3. Enter the unit number (if applicable).
4. Enter the city, village or town in the City field.
5. Enter the zip code (optional).
6. Click the Search button.
7. If the address is not found, follow the search tips. If the address still cannot be found, follow the link to Contact Us.
8. If the address is found, a polling place information page will list the name, address and hours of the polling place and display the location on a map that provides the voter with the option to get directions to this polling place.

### Warner Park Community Recreation Center

1625 Northport Dr, Madison, WI 53704-2300 Get Directions
**Polling Place Hours:** Tuesday, November 8, 2016 7.00 AM - 8.00 PM
**City Of Madison - Ward 33**

### When Can I Find My Polling Place?

Most voters can find their polling place at any time. However, polling places can change. If the polling places have not been chosen for the next election, a message will display informing the voter that their polling place is not yet available and to check back closer to the election. It is recommended that voters search MyVote.wi.gov for their polling place close to the date of the election to ensure they are getting accurate information.

WEC 000416

## Find My Elected Officials

Voters can use MyVote.wi.gov to view a list of the elected officials who currently represent them. A home address is required to search for a voter's elected officials.

1. Click the Find My Elected Officials link in the red menu bar on the bottom of the homepage.



2. Enter the street number and street name in the Address field It is best if the voter does not use punctuation in the street address and if they use post office abbreviations (for example, the voter should enter 123 w Main St NOT 123 W. Main St.)

3. Enter the unit number (if applicable).

4. Enter the city, village or town in the City field.

5. Enter the zip code (optional).

6. Click the Search button.

7. If the voter's address is not found, follow the search tips. If the address still cannot be found, follow the link to Contact Us.

8. If the address is found, a list of elected officials will display. The list will start with Federal offices, such as President of the United States of America, and will also include State, County, Local, and School Board representatives. Click the plus sign + to expand the tab and view detailed information about each elected official.

| Office Holder | Office Position | Representation District | |
|---|---|---|---|
| Barack H. Obama | PRESIDENT OF THE UNITED STATES | Wisconsin | + |
| | VICE PRESIDENT OF THE UNITED STATES | Wisconsin | + |
| Scott Walker | GOVERNOR | Wisconsin | + |

9. To narrow and filter the results, or search for an elected official, type the elected official's name or position in the search box at the top of the list.

> Start typing a candidate name, office or district to filter the list

## When Can I View My Elected Officials?

A list of Elected Officials should be available for voters to view at all times. If there are elected officials missing from your list, contact your municipal clerk.

WEC 000417

# What's on My Ballot

Voters can use MyVote.wi.gov to view the contests and referenda that will be on their ballot for upcoming elections. A home address is required to view a voter's ballot. The home address used to search is the address where the voter currently lives. If a voter has moved since the last time they voted, and will be registering to vote at their new address, search using the new address.

Contests and candidates that will appear on the ballot are not finalized until 21 days prior to the election for state and local contests and 47 days prior to the election for federal contests. If a ballot is not yet available for the election, a message will appear alerting the voter that they should check back closer to Election Day.

1. Click the What's on My Ballot button on the homepage.

2. Enter the street number and name in the Address field. When entering an address, it is best if the voter not use punctuation and uses post office abbreviations (for example, please use 123 W Main St NOT 123 W. Main St. )

3. Enter the unit number (if applicable).

4. Enter the city, village or town in the City field.

5. Enter the zip code (optional).

6. Click the Search button.

7. If the voter's address is not found, follow the search tips. If the voter enters their address again and the system still cannot find the address, they should click on the link to contact their municipal clerk for assistance.

8. If the voter's address is found, and the sample ballot is available, the voter will see a sample ballot with the contests and candidates that will be on their ballot for the upcoming election. The sample ballot is not an actual ballot, but a representation of the ballot to help voters prepare for Election Day.

   **Note:** Contests and candidates that will be on the ballot are not determined until close to the election date. If a sample ballot is not yet available, a message will appear asking the voter to check back closer to Election Day.

9. Voters can also see the contests on their ballot for future elections by clicking the Next button. If the sample ballot is not yet available for future elections, the voter will see a message with information on when sample ballots will be available for that election.

10. Sample ballots can be printed and brought to the polling place on Election Day. To print the sample ballot, click Print My Sample Ballot.

## When Can I View My Ballot?

Contests and candidates that will appear on the ballot are not finalized until 21 days prior to the election for state and local contests and 47 days prior to the election for federal contests. If a ballot is not yet available for the election, a message will appear alerting the voter that they should check back closer to Election Day.

WEC 000418

# Instructions for Clerks: Regular Voter - MyVote Absentee Ballot Requests

Registered voters with a copy of their valid photo ID on file with their municipal clerk can make absentee ballot requests through MyVote.wi.gov. If a voter is registered and does not have a valid photo ID on file, MyVote will create an absentee application form for the voter and prompt them to send it to their municipal clerk along with a copy of their photo ID.

If a voter is not registered to vote, they will not be able to submit an absentee ballot request through MyVote. The voter will instead be prompted to use the website to register to vote. At the end of the registration process, they will have the option to print and mail their registration form along with a copy of an acceptable proof of residence document. They may also send an absentee ballot application form (accompanied by a copy of their valid photo ID) with their voter registration application. Only military voters can request absentee ballots without registering to vote.

## Absentee Ballot Requests from Regular Voters <u>without</u> a Photo ID on File

Regular voters without a photo ID on file with the municipal clerk can use MyVote to request an absentee ballot. When processing the request, MyVote will use the information in the voter's WisVote record to create a prefilled absentee ballot request form and determine if the voter has a photo ID on file. If the voter does not have a photo ID on file, the voter will be required to provide a copy of their photo ID with their MyVote absentee ballot application. Regular voters must be registered to vote before they can request an absentee ballot.

When a regular voter without a photo ID on file uses MyVote to request an absentee ballot, MyVote will send a notification email with an attached copy of the absentee ballot application and the photo ID to the municipal clerk. It is essential that clerks pay close attention to the notification emails received from MyVote. These emails alert clerks to additional actions that may need to be taken to process a voter's absentee ballot request. The absentee ballot requests received through MyVote should be followed up the same as any other absentee ballot request you receive, via email, fax or by mail. An example of the email notification and the attached PDF absentee ballot application can be found as Appendix A.

**Please note:** The voter's absentee ballot application will not be entered automatically into WisVote. The clerk will need to review the voter's absentee ballot application and photo ID and then enter the absentee ballot application into WisVote. If you are a WisVote relier, log the absentee ballot request information and work with your WisVote provider to confirm the absentee ballot request is entered into WisVote.

**When you receive an absentee ballot request from a voter <u>without</u> a photo ID on file you will:**

1. Review the Absentee Ballot Application
2. Review the copy of the Photo ID
3. Enter the Absentee Ballot Request into WisVote or transmit the request to your provider for entry into WisVote

## 1. Review the Absentee Ballot Application

### Identify the Voter Type

Clerks may receive absentee ballot requests from different types of voters. Review section 4 of the absentee application form to determine if the request is for a regular voter, or a military or permanent overseas voter.

WEC 000419

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 160 of 184    Document 117-73

**Determine how and where the voter would like to receive their absentee ballot.**

Review the voter information and mailing address fields to determine where to mail the absentee ballot. Regular voters, including indefinitely confined voters and voters who are temporarily living overseas can only receive their ballot **by mail**. Only military and permanent overseas voters can receive their ballot by email, fax or online, in addition to by mail. If a regular voter requests an absentee ballot delivery method other than by mail, you should contact the voter to clarify that they can only receive a ballot by mail.

**Determine the election(s) the voter would like an absentee ballot for.**

- **The following elections:** Regular voters can select to receive ballots for particular elections in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for the selected election(s).

- **All elections from today's date through the end of the calendar year:** Regular voters can request to receive absentee ballots for each election in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for all elections in the current calendar year. Voters may only request ballots for elections in the current year and all voters, including military and permanent overseas voters, are required to submit new calendar year absentee ballot requests every year.

- **Every election subsequent to today's date:** If the voter selects this option, they are certifying that they are an indefinitely confined voter. If the voter selects this option, a ballot is mailed to the voter for all future elections.

**Signature on the Absentee Ballot Request**

Voters are not required to submit a wet signature with an electronic absentee ballot request. There will not be a voter signature on the absentee ballot applications received from MyVote. The absentee applications received from MyVote without voter signatures are acceptable.

2. **Review the copy of the Photo ID**
   Regular voters must provide a copy of an acceptable photo ID for voting with their first absentee ballot request. A photo ID must also be submitted again if the voter changes their address or name. If the voter has not previously provided a copy of their acceptable photo ID, please make sure a copy of the voter's photo ID is attached to the email notification. If there is not a photo ID attached, contact the voter to inform them that they must provide a photo ID before the request can be processed.

   If the voter has attached a copy of their photo ID, review the ID to be sure it is one of the acceptable photo IDs that can be used for voting in Wisconsin. If the photo ID is not an acceptable photo ID, contact the voter. A list of acceptable photo IDs can be found here: http://bringit.wi.gov/do-i-have-right-photo-id

WEC 000420

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 161 of 184   Document 117-73

**Absentee Ballot Requests from Regular Voters <u>without</u> a Photo ID on File (continued)**

3. **Enter the Absentee Ballot Request into WisVote**

   All valid and complete absentee ballot requests must be entered into WisVote. If a voter sends an absentee ballot request through MyVote and the voter does not have a photo ID on file, the absentee request information will not be automatically entered into WisVote. Follow-up by the clerk regarding missing required documents or information must to be completed first so that all required information can be reviewed.

   After reviewing the absentee ballot application and copy of the photo ID, clerks will enter the absentee ballot request received from MyVote into WisVote. The absentee ballot requests clerks receive from MyVote from voters who have not previously provided a photo ID should be treated like any new absentee ballot request received by email. Select *email* as the application source when entering the absentee applications into WisVote.

   If you are a WisVote relier, log the absentee ballot request information and work with your WisVote provider to confirm the request is entered into WisVote.

**What Additional Absentee Information does the Clerk track in WisVote?**

- Absentee Ballot Request Date
- Absentee Ballot Sent Date
- Absentee Ballot Returned Date

When a regular voter, without a photo ID on file uses MyVote to request an absentee ballot, the clerk will review the absentee ballot application and photo ID and then enter the absentee ballot application into WisVote. After the clerk sends the ballot to voter, the clerk will record the ballot sent date in WisVote. When the ballot is returned the clerk will record that information in the system as well. If you are a WisVote relier, please track the absentee ballot using your normal process and work with your WisVote provider to track the information in the system.

WEC 000421

## Absentee Ballot Requests from Regular Voters <u>with</u> a Photo ID on File

Regular voters, with a photo ID on file at the municipal clerk's office can use MyVote to request an absentee ballot. When processing the request, MyVote will use the information in the WisVote voter record to determine if the voter has a photo ID on file. If a voter has already submitted a copy of their photo ID with a previous application for absentee ballot, then they do not need to provide a new copy of their photo ID with the request. Regular voters must be registered to vote before they can request an absentee ballot.

When a regular voter with a photo ID on file uses MyVote to request an absentee ballot, MyVote will send a notification email with an attached PDF of the absentee ballot application. It is essential that clerks pay close attention to the notification emails received from MyVote. An example of the email notification and the attached absentee application can be found as Appendix A.

**When you receive an absentee ballot request from a voter <u>with</u> a photo ID on file you will:**

1. **Review the Absentee Ballot Application**

   **Identify the Voter Type**
   Clerks may receive absentee ballot requests from different types of voters. Review section 4 of the absentee application form to determine if the request is for a regular voter, or a military or permanent overseas voter.

   **Determine how and where the voter would like to receive their absentee ballot.**
   Review the voter information and mailing address fields to determine where to mail the absentee ballot. Regular voters, including indefinitely confined voters and voters who are temporarily living overseas can only receive their ballot **by mail**. Only military and permanent overseas voters can receive their ballot by email, fax or online in addition to by mail. Contact the voter if they request an absentee ballot delivery method other than by mail.

   **Determine the election(s) the voter would like an absentee ballot for.**
   - **The following elections:** Regular voters can select to receive ballots for particular elections in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for the selected election(s).

   - **All elections from today's date through the end of the calendar year:** Regular voters can request to receive absentee ballots for each election in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for all elections in the current calendar year. Voters may only request ballots for elections in the current year and all voters, including military and permanent overseas voters, are required to submit new calendar year absentee ballot requests every year.

   - **Every election subsequent to today's date:** If the voter selects this option, they are certifying that they are an indefinitely confined voter. If the voter selects this option, a ballot is mailed to the voter for all future elections.

WEC 000422

**Absentee Ballot Requests from Regular Voters <u>with</u> a Photo ID on File (continued)**

### Signature on the Absentee Ballot Request

Voters are not required to submit a wet signature with an electronic absentee ballot request. There will not be a voter signature on the absentee ballot applications received from MyVote. The absentee applications received from MyVote without voter signatures are acceptable.

## What Additional Absentee Information does the Clerk Track in WisVote?

- Absentee Ballot Request Date
- Absentee Ballot Sent Date
- Absentee Ballot Returned Date

When a regular voter, with a photo ID on file uses MyVote to request an absentee ballot, MyVote automatically creates an absentee ballot application in WisVote. The clerk does not need to enter the absentee ballot application into WisVote. After the clerk sends the ballot to voter, the clerk will record the ballot sent date in WisVote. When the ballot is returned the clerk will record the ballot returned date. If you are a WisVote relier, please track the absentee ballot using your normal process and work with your WisVote provider to track the information in the system.

WEC 000423

# Military Voter - MyVote Absentee Ballot Requests

Military Voters are not required to register to vote and are also exempt from the photo ID requirement when voting by absentee ballot. Therefore, military voters do not need to provide a photo ID with their absentee ballot request. When an unregistered military voter submits an absentee ballot request through MyVote, the system will create an absentee ballot request record *and* a voter record in WisVote.

When a military voter uses MyVote to request an absentee ballot, MyVote will send a notification email with an attached PDF of the absentee ballot application to the municipal clerk. It is essential that clerks pay close attention to the notification emails received from MyVote. An example of the email notification and the attached absentee application can be found as Appendix A.

**When you receive an absentee ballot request from a military voter you will:**

1. **Review the Absentee Ballot Application**

   **Identify the Voter Type**

   Clerks may receive absentee ballot requests from different voter types. Review section 4 of the absentee application form to confirm the request is for a military voter.

   **Determine how the voter would like to receive their absentee ballot.**

   Review section 5 of the absentee application form to determine how the military voter would like to receive their ballot. Military voters can receive their ballot by mail, email, fax or online.

   - **Mail:** If the military voter would like to receive their ballot by mail, the clerk will mail the ballot and absentee instructions to the voter at the address provided.

   - **Fax:** If the military voter would like to receive their ballot by fax, the clerk will fax the ballot and absentee instructions to the voter at the fax number provided.

   - **Email:** If the military voter would like to receive their ballot by email, the clerk will email the ballot and absentee instructions to the voter at the email address provided.

   - **Online:** If the military voter would like to receive their ballot online, the clerk will **not** send the voter a ballot. The voter will access their ballot on the MyVote website.

   **Determine the election(s) the voter would like an absentee ballot for.**
   - **The following elections:** Voters can select to receive ballots for particular elections in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for the selected election(s).

   - **All elections from today's date through the end of the calendar year:** Voters can request to receive absentee ballots for each election in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for all elections in the current calendar year. Voters may only request ballots in the current year; voters are required to submit new calendar year absentee ballot requests every year.

   - **Every election subsequent to today's date:** If the voter selects this option, they are certifying that they are an indefinitely confined voter. If the voter selects this option, a ballot is mailed to the voter for all future elections.

WEC 000424

**Signature on the Absentee Ballot Request**

Voters are not required to submit a wet signature with an electronic absentee ballot request. There will not be a voter signature on the absentee ballot applications received from MyVote. The absentee applications received from MyVote without voter signatures are acceptable.

## What Additional Absentee Information does the Clerk track in WisVote?

- Absentee Ballot Request Date
- Absentee Ballot Sent Date
- Absentee Ballot Returned Date

Military voters do not need to register to vote. If an unregistered military voter requests an absentee ballot using MyVote, a voter record will be automatically created in WisVote. If MyVote is able to accurately match the voter's new record with an existing record, the system will automatically merge the two voter records in WisVote.

When a military voter uses MyVote to request an absentee ballot, MyVote will automatically create an absentee ballot application in WisVote. The clerk does not need to enter an absentee ballot request in WisVote. After the clerk sends the ballot to voter, the clerk will record the ballot sent date in WisVote.

If the military voter selected to receive their ballot online, the ballot sent date will be automatically updated when the voter accesses and downloads their ballot on MyVote. If the voter chooses not to access their online ballot, then the ballot will not display as sent in WisVote. If the voter does not access their online ballot by 8:00 p.m. on Election Day, the clerk will receive a notification email informing them that the ballot for that voter is no longer outstanding.

When the ballot is returned the clerk will record the ballot returned date. If you are a WisVote relier, please track the absentee ballot using your normal process and work with your WisVote provider to track the information in the system.

WEC 000425

## Permanent Overseas Voter - MyVote Absentee Ballot Requests

Permanent overseas voters can use MyVote to request an absentee ballot. Permanent overseas voters are exempt from the photo ID requirement when voting by absentee ballot and do not need to provide a photo ID with their absentee ballot request. Permanent oversea voters need to be registered to vote before they can request an absentee ballot and are only eligible to vote in elections with a federal contest on the ballot.

When a permanent overseas voter uses MyVote to request an absentee ballot, MyVote will send a notification email with an attached PDF of the absentee ballot application to the municipal clerk. It is essential that clerks pay close attention to the notification emails received from MyVote. An example of the email notification and the attached absentee application can be found as Appendix A.

**When you receive an absentee ballot request from a permanent overseas voter you will:**

1. **Review the Absentee Ballot Application**

   **Identify the Voter Type**
   Clerks may receive absentee ballot requests from different voter types. Review section 4 of the absentee application form to confirm the request is for a permanent overseas voter.

   **Determine how the voter would like to receive their absentee ballot.**
   Review section 5 of the absentee application form to determine how the permanent overseas voter would like to receive their ballot. Permanent overseas voters can receive their ballot by mail, email, fax or online.

   - **Mail:** if the permanent overseas voter would like to receive their ballot by mail, the clerk will mail the ballot and absentee instructions to the voter at the address provided.

   - **Fax:** if the permanent overseas voter would like to receive their ballot by fax, the clerk will fax the ballot and absentee instructions to the voter at the fax number provided.

   - **Email:** if the permanent overseas voter would like to receive their ballot by email, the clerk will email the ballot and absentee instructions to the voter at the email address provided.

   - **Online:** if the permanent overseas voter would like to receive their ballot online, the clerk will **not** send the voter a ballot. The voter will access their ballot on the MyVote website.

   **Determine the election(s) the voter would like an absentee ballot for.**
   - **The following elections:** Voters can select to receive ballots for particular elections in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for the selected election(s).

   - **All elections from today's date through the end of the calendar year:** Voters can request to receive absentee ballots for each election in the current calendar year. If the voter selects this option, a ballot should be mailed to the voter for all elections in the current calendar year. Voters may only request ballots in the current year; voters are required to submit new calendar year absentee ballot requests every year.

WEC 000426

- **Every election subsequent to today's date:** If the voter selects this option, they are certifying that they are an indefinitely confined voter. If the voter selects this option, a ballot is mailed to the voter for all future elections.

**Signature on the Absentee Ballot Request**

Voters are not required to submit a wet signature with an electronic absentee ballot request. There will not be a voter signature on the absentee ballot applications received from MyVote. The absentee applications received from MyVote without voter signatures are acceptable.

## What Additional Absentee Information does the Clerk Track in WisVote?

- Absentee Ballot Request Date
- Absentee Ballot Sent Date
- Absentee Ballot Returned Date

When a permanent overseas vote uses MyVote to request an absentee ballot, MyVote will automatically create an absentee ballot application in WisVote. The clerk does not need to enter the absentee ballot request into WisVote.

After the clerk sends the ballot to voter, the clerk will record the ballot sent date in WisVote. If the permanent overseas voter selected to receive their ballot online, the ballot sent date will be automatically updated when the voter accesses and downloads their ballot on MyVote. If the voter chooses not to access their online ballot, then the ballot will not show as sent in WisVote. If the voter does not access their online ballot by 8:00 p.m. on Election Day, the clerk will receive a notification email informing them that the ballot for that voter is no longer outstanding.

When the ballot is returned the clerk will record the ballot returned date. If you are a WisVote relier, please track the absentee ballot using your normal process and work with your WisVote provider to track the information in the system.

WEC 000427

# Indefinitely Confined Voter - MyVote Absentee Ballot Request

Indefinitely confined voters can use MyVote to request an absentee ballot.  If the voter selects that they are indefinitely confined on their absentee request, then they are exempt from the photo ID requirement. Indefinitely confined voters do not need to provide a photo ID with their absentee ballot request, but do need to be registered to vote to  submit the absentee request.

When an indefinitely confined voter uses MyVote to request an absentee ballot, MyVote will send a notification email with an attached PDF of the absentee ballot application to the municipal clerk.  It is essential that clerks pay close attention to the notification emails received from MyVote. An example of the email notification and the attached absentee application can be found as Appendix A.

---

**When you receive an absentee ballot request from an indefinitely confined voter you will:**

1. **Review the Absentee Ballot Application**

   **Identify the Voter Type**
   Clerks may receive absentee ballot requests from different voter types.  Review section 4 of the application form to determine if the request is for a regular, military or permanent overseas voter.

   **Determine how and where the voter would like to receive their absentee ballot.**
   Review the voter information and mailing address fields to determine where to mail the absentee ballot.  Regular voters, including indefinitely confined voters and voters who are temporarily living overseas can only receive their ballot **by mail**.  Only military and permanent overseas voters can receive their ballot by email, fax or online, in addition to by mail.  If an indefinitely confined voter requests an absentee ballot delivery method other than by mail, you should contact the voter to clarify that they can only receive a ballot by mail.

   **Determine the election(s) the voter would like an absentee ballot for.**
   - **Every election subsequent to today's date:** If the voter selects this option, they are certifying that they are an indefinitely confined voter.  Voters are sent ballots for every future election.

   **Signature on the Absentee Ballot Request**
   Voters are not required to submit a wet signature with an electronic absentee ballot request.  There will not be a voter signature on the absentee ballot applications received from MyVote.  The absentee applications received from MyVote without voter signatures are acceptable.

## What Additional Absentee Information does the Clerk Track in WisVote?
- Absentee Ballot Request Date
- Absentee Ballot Sent Date
- Absentee Ballot Returned Date

When an indefinitely confined voter uses MyVote to request an absentee ballot, MyVote automatically creates an absentee ballot application in WisVote.  The clerk does not need to enter the absentee ballot application into WisVote.  After the clerk sends the ballot to voter, the clerk will record the ballot sent date in WisVote.  When the ballot is returned the clerk will record the ballot returned date.  If you are a WisVote relier, please track the absentee ballot using your normal process and work with your WisVote provider to track the information in the system.

WEC 000428

## Hospitalized Voters MyVote Absentee Ballot Request

Hospitalized voters can start the absentee application process on MyVote. If the voter selects that they are hospitalized on their MyVote absentee request they will be given detailed instructions about appointing an agent and the process to obtain the ballot from the clerk's office. Clerks will not receive a notification from MyVote about a hospitalized voter's absentee request. The absentee request will be delivered to the clerk in person by the voter's agent.

The agent must provide a copy of both the voters and his or her photo ID. The municipal clerk should ensure that the photo ID for the voter matches the information on the absentee request before they issue an absentee ballot to the agent.

## Notifications

On the following page, please find an example of the email that clerks will receive when a voter in their municipality requests an absentee ballot using MyVote.

The email notification will be sent to the primary email address that the municipal clerk has on file with the G.A.B. in WisVote. If there is one other email address where the clerk would rather have the notifications sent to, the clerk should contact the G.A.B. helpdesk and ask them to enter a secondary email address into the clerk contact record in WisVote. This email will only be used for MyVote notifications.

WEC 000429

# Appendix A

| | |
|---|---|
| **From:** | GAB Move |
| **Sent:** | Tuesday, June 14, 2016 1:26 PM |
| **To:** | Wolfe, Meagan - GAB |
| **Subject:** | Absentee Ballot Request - Regular Voter |
| **Attachments:** | AbsenteeBallotRequest.pdf |

An absentee ballot request has been received from MyVote from a voter in your municipality! Please review the attached request and pay particular attention to the type of voter. The request may be from a military or a permanent overseas voter. The voter making this request is not required to provide a photo ID or has already provided a photo ID with a previous absentee ballot request.

Record and process the attached absentee ballot request received from MyVote the same way as an absentee ballot request received by email.

Open the attached absentee ballot application and pay particular attention to the following sections of the form.

**SECTION 4.** Identifies if the voter is a military or permanent overseas voter. Military and permanent overseas voters are eligible to receive their ballot electronically. Military voters do not need to be registered to vote to request and receive an absentee ballot. The information on the absentee ballot form can be used to create a voter record in WisVote. Permanent overseas voters are required to register to vote Permanent overseas voters are only eligible to vote in federal contests.

**SECTION 5.** Identifies how the voter wants to receive their absentee ballot. All regular voters receive absentee ballots by mail. Only military and permanent overseas voters can receive absentee ballots by mail, email, or online through MyVote. Please follow the guidelines below:

- **MAIL:** If the voter has selected to receive their ballot by mail (or they are a regular voter), the **MUNICIPAL CLERK MUST MAIL THE VOTER A BALLOT.** Once the ballot is mailed to the voter, record the ballot sent date in WisVote. If you are a WisVote relier, log the date the ballot is mailed and forward the information to your WisVote provider for entry into WisVote.
- **ONLINE:** If the military or permanent overseas voter has selected to receive their ballot online, the **MUNICIPAL CLERK DOES NOT NEED TO SEND THE VOTER A BALLOT.** The voter will receive their ballot online through the MyVote website. The online ballot will be recorded as issued and the sent date updated in WisVote when the voter chooses to download their online ballot. WisVote users do not need to manually record the ballot sent date in WisVote.
- **EMAIL:** If the military or permanent overseas voter has selected to receive their ballot by email, the **MUNICIPAL CLERK MUST EMAIL THE VOTER A BALLOT.** Municipalities should receive a PDF of the ballot from their county prior to the deadline to send absentee ballots. The uniform instructions for military or permanent overseas voters explains what should be included with an emailed ballot. Once the ballot is emailed to the voter, record the ballot sent date in WisVote. If you are a WisVote relier, log the date the ballot is emailed and forward to information to your WisVote provider for entry into WisVote.
- **FAX:** If the military or permanent overseas voter has selected to receive their ballot by fax, the **MUNICIPAL CLERK MUST FAX THE VOTER A BALLOT.** The uniform instructions for military or permanent overseas voters explains what should be included with an faxed ballot.Once the ballot is faxed to the voter, record the ballot sent date in WisVote.If you are a WisVote relier, log the date the ballot is faxed and forward the information to your WisVote provider for entry into WisVote.

1

WEC 000430

**SECTION 6.** Identifies the election(s) the voter would like to receive an absentee ballot for. If the voter has requests to receive ballots for a particular election(s), send them a ballot for only the elections they have indicated.If the voter has requested to receive ballots for all elections in the calendar year, send the voter a ballot for all elections through 12/31 of the current year. If the voter requested to receive ballots for every election subsequent to today's date and certifies that they are indefinitely confined because of age, illness, infirmity or disability, send the voter a ballot for all future elections.

If you have any other questions on how to process this absentee ballot request, please contact the G.A.B.at gab@wi.gov or at (608) 266-8005.

WEC 000431

# Wisconsin Application for Absentee Ballot

Confidential Elector ID# (HINDI - sequential #)(Office Use Only) _____

WISVOTE ID# (Office Use Only) _____

## VOTER INFORMATION

| 1 | Municipality | ☐ Town ☐ Village ☐ City | Great Town | County | Multiple Counties |
|---|---|---|---|---|---|

| 2 | Last Name | TEST | | First Name | TEST |
|---|---|---|---|---|---|

| | Middle Name | D | Suffix(e.g. Jr, II, etc.) | | Date of Birth(MM/DD/YYYY) | 9/17/1994 |
|---|---|---|---|---|---|---|

| | Phone | | Fax | | Email | TEST@mail.mil.com |
|---|---|---|---|---|---|---|

| 3 | Residence Address: Street Number & Name | 6 W JUNIPER ST |
|---|---|---|

| | Apt. Number | | City, State & Zip | GREAT TOWN 53034-9710 |
|---|---|---|---|---|

| 4 | If you are a military or permanent overseas elector, fill in the appropriate circle (see instructions for definitions): ☑ Military ☐ Permanent Overseas |
|---|---|

## I PREFER TO RECEIVE MY ABSENTEE BALLOT BY: (Ballot will be mailed to the address above if no preference is indicated)

| 5 | ☐ MAIL | Mailing Address: Street Number & Name | |
|---|---|---|---|
| | ☐ FAX | Apt. Number | City, State & Zip |
| | ☑ EMAIL | Fax Number (Military and Permanent Overseas only) | |
| | ☐ ONLINE | Email Address | joslah.d.moder.mil@mail.mil.com |

## I REQUEST AN ABSENTEE BALLOT BE SENT TO ME FOR: (mark only one)

| 6 | ☑ The following elections from today's date through the end of the current calendar year (ending 12/31): |
|---|---|

  2016 General Election

  ☐ All elections from today's date through the end of the current calendar year (ending 12/31).

  ☐ Every election subsequent to today's date
  *I further certify that I am indefinitely confirmed due to age, illness, infirmity or disability and request ballots be sent to me*

I certify that the application is made on request and by authorization of the named elector, who is unable to sign the application due to physical disability.

## ASSISTANT DECLARATION / CERTIFICATION (if required)

| Assistant Signature | X | Today's Date | |
|---|---|---|---|

## VOTER DECLARATION / CERTIFICATION (NOT required for all voters)

| Voter Signature | X SIGNITURE NOT REQUIRED | Today's Date | |
|---|---|---|---|

WEC 000432

# MyVote Initiated Voter Registration Applications

## Regular Voters

Regular voters can start the voter registration process using MyVote.wi.gov. To complete the registration process the voter must print, sign and deliver the voter registration application to their municipal clerk along with a proof of residence document.

When a municipal clerk receives a MyVote initiated voter registration application from a voter by mail, in-person or at the polls on Election Day, they should process the voter registration the same as any other voter registration application. The voter registration applications initiated from MyVote will have the MyVote logo to identify them, however, because WisVote will search both existing voter records and MyVote pending applications the MyVote initiated voter registrations can be entered from the Voter Registration tile.

The benefit to the clerk of the voter using MyVote to start the voter registration process is that the data entry in WisVote for the application will already be complete. The clerk will still need to review the voter registration and verify the form of proof of residence before completing and approving the voter registration in WisVote.

If the clerk does not use WisVote to process voter registrations, they should process or reject the MyVote voter registration application the same as any other voter registration application. WisVote reliers should work with their WisVote providers to confirm the voter registrations are entered into WisVote.

## Permanent Overseas Voters

Permanent overseas voters are required to register to vote before receiving an absentee ballot. However, they do not need to provide proof of residence with their voter registration. Permanent Overseas voters may start the voter registration process online at MyVote.wi.gov.

After the voter has completed the steps on MyVote they will be given detailed instructions on how to return the completed registration form to their municipal clerk. Permanent overseas voters will most likely be returning their registration application by mail, so the deadline to postmark their application will be prominent.

## Military Voters

Military voters are not required to register to vote however, many military voters will submit their voter information with their absentee ballot request. If there is not a voter record in WisVote for a military voter, use the voter information on the absentee ballot request to create a voter registration record for the voter in WisVote.

If a military voter would like to enter their voter information or update their voter information on MyVote, they may do so without registering to vote. Once the military voter has entered their new information or updated their information on MyVote, the clerk will receive an email notification. Please see Appendix A for an example of the notification.

WEC 000433

## MyVote Pending Applications in WisVote

When a voter completes a voter registration form on MyVote.wi.gov, a MyVote Pending Application is created in WisVote. The voter registration application will remain pending in WisVote until the voter has printed, signed and delivered the voter registration form, along with an acceptable form of proof of residence to their municipal clerk. WisVote will automatically deactivate a MyVote pending application after 45 days. The automatic deactivation will only include MyVote registration applications that have not been processed and approved.

### Manage MyVote Applications in WisVote

1. Click the MyVote tile.

2. The view will default to MyVote Voter Pending Applications. The pending applications list displays all of the voter registration applications initiated on MyVote that are pending approval.

   The MyVote Pending Application View is sorted by the most recent date the voter registration application was created in MyVote. If a record has a voter registration number, the system has linked the voter to an existing voter record.



3. To view MyVote registration applications that are no longer pending and have been approved or deactivated, click the chevron to the right of the view name, *MyVote Voter Pending Applications*.

   **Approved MyVote Voter Applications View:** Displays a list of approved MyVote initiated voter registration applications.

   **Inactive MyVote Pending Applications View:** Displays a list of MyVote initiated voter registration applications that have been deactivated, either automatically by the system or by the clerk.



WEC 000434

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 175 of 184   Document 117-73

## Process a MyVote Pending Application through the MyVote Tile

1.  Click the MyVote tile.

2.  Click the Name of the Voter in the MyVote Voter Pending Application List.



3.  Enter the voter registration information in the fields below the Registration Entry section of the MyVote Pending Application page.  The Registration Period, Registration Date, Registration Source, POR Type, POR Entity, and POR Account Number (if applicable) are all required fields.



4.  To approve the voter registration application, click Save & Close.

WEC 000435

## Process a MyVote Pending Application through the Voter Registration Tile

1. Click the Voter Registration tile.

2. Enter the voter's First Name, Last Name, and Date of Birth then click Search.

3. If the voter does not have a voter registration record in WisVote, a voter record will display below the MyVote Pending List on the search page.

   If the voter has registered to vote previously, a record will display for the voter below both the MyVote Pending List and Voter List on the search page.

4. Click the Activate button on the voter record in the MyVote Pending List to open the MyVote Pending Voter Registration Application.



5. Enter the voter registration information in the fields below the Registration Entry section of the MyVote Pending Application page. The Registration Period, Registration Date, Registration Source, POR Type, POR Entity, and POR Account Number (if applicable) are all required fields.

6. To approve the voter registration application, click Save & Close.

WEC 000436

## Process a MyVote Pending Application as an Election Day Registration

1. Click the Elections tile.

2. Click the Name of the Election.

3. Click the Poll Books tab.

4. Click the Reporting Unit where the ballot was cast.

5. On the Poll Book Information page, click the EDR button at the top of the page.

6. Enter the voter's First Name, Last Name, and Date of Birth to search for the voter.

7. Click the Activate button on the voter record in the MyVote Pending List to open the MyVote Pending Voter Registration Application.

8. Enter the voter registration information in the fields below the Registration Entry section of the MyVote Pending Application page.

9. To approve the voter registration application, click Save & Close.

## Deactivate a MyVote Pending Application

WisVote will automatically deactivate a MyVote pending application after 45 days. The automatic deactivation will only include MyVote registration applications that have not been processed and approved. Clerks may deactivate MyVote Pending Applications if the voter registration application should be denied.

1. Click the MyVote tile.

2. Select the record in the Pending Application List. If an application is being deactivated because of a duplicate record, determine which pending application should be deactivated.

3. Check the box on the application to deactivate.

4. Click the Deactivate button at the top of the page.



WEC 000437

5.  Select the reason for deactivating the MyVote pending application.



6.  Click the Deactivate button to deactivate the MyVote pending application.  The record will now display in the Inactive MyVote Pending Application view.



WEC 000438

## Activate an Inactive MyVote Pending Application

If a MyVote pending application is deactivated by mistake or the voter's registration form is received after the application was deactivated the inactive MyVote pending application can be reactivated so the application can be processed.

1. Click the MyVote tile.

2. Change the view to Inactive MyVote Pending Applications.



3. Check the box on the application to activate.

4. Click the Activate button at the top of the page.



5. Click the Activate button in the confirmation window to activate the MyVote pending application. The record will now display in the MyVote Pending Application view.



WEC 000439

Case 2:20-cv-01785-BHL Filed 12/09/20 Page 180 of 184 Document 117-73

Thank you for using the MyVote.wi.gov website to complete your voter registration form. **YOU ARE NOT YET READY TO VOTE!**

To complete the voter registration process, please follow these steps:

**Step 1**

Print off your Wisconsin Voter Registration form.

**Step 2**

Sign your printed Wisconsin Voter Registration form.

**Step 3**

Include a proof of residence document with your completed Wisconsin voter registration form. To finish your voter registration , you need to mail or deliver your form to your municipal clerk, along with a proof of residence document.

Some examples of accepted proof of residence documents include:

- Wisconsin Driver License or State ID, with a current name and address
- Residential Lease
- Utility Bill, dated within 90 days of the date of registration
- Paycheck
- Tax bill or statement
- Affidavit from Homeless Shelter
- Hunting License
- Bank Statement

*Note for Military and Permanent Overseas Voters:* Military and Permanent Overseas voters do NOT need to provide a proof of residence document when registering to vote.

**Step 4**

Submit your voter registration form to your municipal clerk. You may submit your completed form the following ways:



**By Mail**

You can mail your form to your municipal clerk. **You must postmark your registration form by 08/24/2016.**

Don't forget to send your proof of residence document.

**Mail your form to your Municipal Clerk:**

Maribeth L Witzel-Behl
City Of Madison - Dane County
210 Martin Luther King Jr Blvd Rm 103, Madison, Wi 53703-3340



**By Delivery**

You can deliver your form to your municipal clerk. **But it must be received by 09/08/2016 05:00 pm.**

Don't forget to send your proof of residence document.

**Return your form to your Municipal Clerk:**

Maribeth L Witzel-Behl
City Of Madison - Dane County
210 Ml King Jr Blvd Rm 103, Madison, Wi 53703-3340



**By Delivery to your Polling Place**

You can bring your form to the polling place on election day **by 09/13/2016 08:00 pm.**

Don't forget to send your proof of residence document.

**Bring your form to your Polling Place:**

Gates Of Heaven
302 E Gorham St Madison, WI
City Of Madison - Ward 46

WEC 000440

# Wisconsin Voter Registration Application



☐ Submitted by Mail

For Official Use Only

Completed online at: My Vote WI

Please verify that the information on the form is correct. Sign, date, and mail. When mailing, follow the instructions on the page above.

| Confidential Elector ID# | Online Mail App. ID | SVRS ID# |
|---|---|---|

**1**
☑ New Voter
☐ Name Change
☐ Address Change

| Name of Municipality | County |
|---|---|
| CITY OF MADISON - DANE COUNTY | |

**2**

| WI Driver License or ID Number | Expr date | Social Security Number (Last 4) | ☐ I have neither a State issued ID nor a Social Security number |
|---|---|---|---|
| T787-7454-5444-01 | 11/9/2017 | | |

**3**

| Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|
| Test | Test | | |

| Date of Birth | Phone# | Email Address |
|---|---|---|
| 3/5/1989 | (608)266-8005 | elections@wi.gov |

Are you a military or permanent overseas elector:    ☐ Military    ☐ Permanent Overseas

**4**

| Residence Address | Apt or Lot# | City | State | Zip |
|---|---|---|---|---|
| 212 E WASHINGTON AVE | | MADISON | WI | 53703-2855 |

**5**

| Mailing Address | City | State | Zip |
|---|---|---|---|
| | | | |

**6**

| Prior Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|
| | | | |

**7**

| Previous Address | Apt or Lot# | City | State | Zip |
|---|---|---|---|---|
| | | | | |

**8**
☑ I am interested in being a poll worker

Accommodation needed at poll location (e.g. Wheelchair access):

**9**
Please answer the following questions by checking 'Yes' or 'No'.

Are you a citizen of the United States of America?    Yes ☑  No ☐

Will you be 18 years of age on or before election day?    Yes ☑  No ☐

If you checked 'No' in response to EITHER of these questions, do not complete this form.

**10** ☑
I hereby certify, to the best of my knowledge, that I am a qualified elector, a U.S. Citizen, at least 18 years old or will be at least 18 years old at the time of the next election, having resided at the above residential address for at least 10 consecutive days immediately preceding this election, with no present intent to move. I am not currently serving a sentence including probation or parole for a felony conviction, and not otherwise disqualified from voting. I certify that all statements on this form are true and correct. If I have provided false information I may be subject to fine or imprisonment under State and Federal laws. If completed on Election Day I further certify that I have not voted in this election.
**Please sign below to acknowledge that you have read and understand the above.**

**11**

| Signature of Elector | X | Today's Date (MM/DD/YYYY) |
|---|---|---|
| | | Election Day Voter# (official use only) |

Falsification of information on this form is punishable under Wisconsin law as a Class I Felony

**12**

| Official Use: Proof of Residence Type | Official Use: Proof of Residence Issuing entity | Official Use: Proof of Residence # |
|---|---|---|
| Official Signature: | | Date complete & POR received | SRDs printed name and SRD# |

For office/clerk use only

| WD-046 | 3269 | AL-02 | CS-02 | CA-04 | AS-76 | SS-26 | CG-02 |
|---|---|---|---|---|---|---|---|

WEC 000441

Case 2:20-cv-01785-BHL    Filed 12/09/20    Page 182 of 184    Document 117-73

## MyVote Data Quality

MyVote is the voter facing portal into the WisVote system.  MyVote depends on the information that is entered into WisVote by municipal and county clerks.  The information that is entered into WisVote is the information voters will see when accessing their records on MyVote.  It is very important that voters be able to find the information they need to participate in the voting process.  Therefore, it is critical that information is entered into WisVote accurately and timely.  This section is intended to provide an overview of the connections between WisVote and MyVote to ensure the quality of data that voters access.

### Find My Polling Place

Voters can use MyVote.wi.gov to find their polling place by searching for their address.  A voter will only be able to find their polling place on MyVote if the polling place for the address is assigned to a reporting unit in the election plan for the current election type in WisVote.  An election plan is a reusable template for a specific election type that lists all of the reporting units within a municipality and their assigned polling place locations.  The reporting units in a municipality may be single wards or a combination of wards; and may change from election to election.  Prior to creating an election plan, all polling place locations should be set up in WisVote.  For more information on how to set up polling place locations and update election plans in WisVote, please refer to Chapter 4 of the WisVote manual.

In addition to election plans, the accuracy of the MyVote find my polling place feature relies on the district combination assigned to the voter's address in WisVote.  All active addresses must be assigned to the correct district combination in WisVote to ensure that the voter goes to the correct polling place.  For more information on WisVote address management, please refer to Chapter 7 of the WisVote manual.

### What's on My Ballot

Voters can use MyVote.wi.gov to view the contests and candidates on their ballot for upcoming elections.  Military and permanent overseas voters can also access their ballot online through MyVote.  Voters can only preview their ballot or access their online ballot on MyVote if the contests and candidates are entered into WisVote and the Contests Complete and Candidates Complete checkpoints have been checked for the municipalities, counties, and the state.  Therefore, once ballots have been finalized, please make sure that the contests and candidates are checked in WisVote to be use that voters have access to a complete sample ballot and that military voters are able to access their online ballot.

Another important note, the accuracy of a voter's sample ballot on MyVote relies on the district combination assigned to the voter's address in WisVote.  All active addresses must be assigned to the correct district combination in WisVote to ensure that the voter is shown the correct sample ballot.

WEC 000442

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 183 of 184   Document 117-73

## Find My Elected Officials

Voters can use MyVote.wi.gov to view a list of their current elected officials.  It is important to note that a voter can only see a list of their elected officials if the elected official record has been entered into WisVote.  County clerks are responsible for maintaining elected official information for county, joint municipal court and school board contests.  Municipal clerks are responsible for entering elected official information for municipal and sanitary district contests.  The Wisconsin Elections Commission is responsible for entering elected official information for federal and state contests.  An incomplete list of elected officials will be displayed on MyVote if the information is not kept up-to-date in WisVote.  For instructions on entering elected officials into WisVote, please refer to Chapter 4, Section 4: Office Positions of the WisVote manual.

## View My Voting Activity

Voters can use MyVote.wi.gov to access their voter profile and view the elections they have participated in.  A voter can check their current registration information, view information about their next election, view their polling place information, update the name or address on their voter registration, request an absentee ballot, track the status of their absentee ballot, track provisional ballots, and find their elected officials on the My Voter Information page.

A voter will only be able to view their voting activity on MyVote if the clerk has entered the voter's information into WisVote.  Absentee ballot information should be entered into WisVote in accordance with the law so that MyVote reflects accurate absentee ballot status information.  After the election, voter participation and Election Day registrations should also be entered into WisVote in a timely and accurate manner.  MyVote will display the status of a voter's registration and the elections a voter has participated in and the means by which the voter cast their ballot (at the polls, in-person absentee, or by mail absentee) for each election.

WEC 000443