# STATE OF WISCONSIN
# *ELECTIONS COMMISSION*

## COMPLAINT FORM

**Please provide the following information about yourself:**

Name **David J. Bolter, COL US Army (ret)**

Address **2761 South 43rd Street, Milwaukee WI 53219**

Telephone Number **(414) 902-3433**

E-mail **david.bolter@va.gov**

**State of Wisconsin**
**Before the Elections Commission**

The Complaint of **David J. Bolter**

_____, Complainant(s) against

**Claire Woodall-Vogg, Executive Director, and Brenda Wood**, Respondent, whose address is **Milwaukee Election Commission, City Hall, 200 E. Wells Street, Rm 501, Milwaukee WI 53202**.

This complaint is under **Ch.6 (e.g., 6.87), 5, and others** (Insert the applicable sections of law in chs. 5 to 10 and 12 and other laws relating to elections and election campaigns, other than laws relating to campaign financing)

I, **David J. Bolter**, allege that:

The US Constitution (Article. II and Amendment. XII, Wisconsin Constitution, and relevant sections of Wisconsin Statues (e.g.,

6.87, 5.05, and 5.06) govern elections in Wisconsin. Despite our and other ballot-counters objections, Ms. Woodall-Vogg and Ms. Wood

allowed without authority: tens of thousands of ballots to be tampered with by red-ink cross-outs by election staff of the certificate's

"10 days before the election" and writing in by staff of "28 days" (in vilation of S.S>6.87(2)); staff to look up, assume without verification,

and tamper with by writing in unconfirmed addresses of the alleged ballot witness (in violation of S.S> 6.87(6d) and 6.87(9)) on numerous

ballots; and no physical or reasonably readable access to 80% of all ballots by designated observers, in violation of free & fair

elections. In addition, numerous ballot envelopes failed to have witness signatures, further covered in my affidavit dated 11NOV2020.

Attached are two (2) supporting declarations and my previous affidavit.
DB

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 1 of 4   Document 117-75
Exhibit 75

(Set forth in detail the facts that establish probable cause to believe that a violation has occurred. Be as specific as possible as it relates to dates, times, and individuals involved. Also provide the names of individuals who may have information related to the complaint. Use as many separate pages as needed and attach copies of any supporting documentation.)

Date: **11/30/2020**

Complainant's Signature

I, **David J. Bolter, COL US Army (ret)**, being first duly sworn, on oath, state that I personally read the above complaint, and that the above allegations are true based on my personal knowledge and, as to those stated on information and belief, I believe them to be true.

Complainant's Signature

STATE OF WISCONSIN

County of **Milwaukee**,
(county of notarization)

Sworn to before me this **30th** day of **November**, 20**20**.

Sandra R. Goebel
(Signature of person authorized to administer oaths)

My commission expires **11-15-22** or is permanent.

Notary Public or **Milw. County**
(official title if not notary)



**Please send this completed form to:**

Mail: Wisconsin Elections Commission
P.O. Box 7984
Madison, WI 53707-7984

Fax: (608) 267-0500

Email: elections@wi.gov

EL -1100 | Rev 2016-08 | Wisconsin Elections Commission, 212 E. Washington Ave., 3rd Floor, P.O. Box 7984, Madison, WI 53707-7984 | | 608-261-2028 | web: elections.wi.gov | email: elections@wi.gov |

Case 2:20-cv-01785-BHL   Filed 12/09/20   Page 2 of 4   Document 117-75

## DECLARATION

1. My name is _David J. Bolter_. I am over the age of 18. All the facts stated herein are true and based on my personal knowledge.

2. I am a resident of _Milwaukee County_ and live at 2761 South 43rd Street, Milwaukee WI

3. I was employed by the Milwaukee County Election Commission at Central Count, 501 West Michigan Avenue.

4. I served as a paid ballot counter/inspector in the November 3rd, 2020 election. I worked three (3) shifts, from 0530hrs Tuesday to 0145hrs Wednesday, November 4th, 2020

5. While at the Central Count location, 501 West Michigan Avenue, I observed the following irregularities:

    a. Hundreds of ballot envelopes had the 10-to-28 day (or 28-to-10 day) statute issue, where one date was written in red over the other.., in conflict with Statute 6.87(2). I had initially informed Ms. Claire Woodall-Vogg, as a 'challenge'. It was dismissed as not-important by Ms. Woodall-Vogg, which later I complained further as an 'objection' with Ms. Woodall-Vogg. Again the objection was noted but ultimately ignored.

    b. Dozens of ballot envelopes had no witness signature properly in the allocated envelope location; instead a few had a signature under 'Assistant'; in response to this, Ms. Woodall-Vogg announced on the loudspeaker that it was allowed as long as there was a 2nd signature found on the envelope, many were written in red ink.

    c. Several envelopes had no witness (or assistant) signature and was given to who I believe was an Election Commission employee, but not returned.

    d. Election Day Observers were kept behind small orange cones, typically 15-20 feet away from ballot inspection tables (grouped in 'Pod' locations). Few if any observers came near tables due to stated 'COVID concerns'.

    e. I had personally seen several dozens of ballots with only 'Presidential Candidate' selection marked (no other votes indicated). A few of the ballots also had all of the 'Presidential

Candidate' selections marked, except for Donald J. Trump. When I brought this to the attention of the Election employees running the 'tabulator' they informed me that the intent of the voter would be sorted out by the tabulator. The virtue of several presidential candidates (except Donald Trump) seem more of a prankish attempt by the voter, but was nevertheless brought to attention.

    f. At around 1230am on 4NOV2020, it was announced that a huge truckload of ballots were going to be delivered shortly. Workers were urged to stay on for them to be counted. I cannot attest to whether that was part of standard delivery procedures from external polling locations, but it seemed odd.

6. I declare under penalty of perjury pursuant to that the forgoing is true and correct. (28 U.S.C. § 1746)

Executed on 11NOV2020.

*[signature]* 11NOV2020
David J. Bolter, COL USAR (ret)

State of Wisconsin
County of Milwaukee
Subscribed and sworn before me this 11 day of November 2020 by David J. Bolter.

X *[signature]*
Notary

My commission expires:
05-28-2022

*[Notary seal: MIKE WININSKY, NOTARY PUBLIC, STATE OF WISCONSIN]*