# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America, *Plaintiff* v. THE WISCONSIN ELECTIONS COMMISSION, et al., *Defendant* | ) ) ) ) Case No. 2:20-cv-01785-BHL ) ) ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant - Democratic National Committee.

Date: 12/09/2020

/s/ Christopher Bouchoux
*Attorney's signature*

Christopher Bouchoux
*Printed name and bar number*
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Address*

Christopher.Bouchoux@wilmerhale.com
*E-mail address*

(212) 230-8823
*Telephone number*

(212) 230-8888
*FAX number*