# EXHIBIT 503

