# EXHIBIT 506

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| DONALD J. TRUMP, in his capacity As Candidate for President, et al.,<br>Petitioners,<br>v.<br>Brad Raffensperger, in his official capacity As Secretary of State of Georgia, et al.,<br>Respondents. | CIVIL ACTION FILE<br>NO.:2020CV343255 |

## VOLUNTARY WITHDRAWAL OF MOTION FOR EMERGENCY INJUNCTIVE RELIEF

**COME NOW** Petitioners and hereby voluntarily withdraw their *Motion for Emergency Injunctive Relief* in the above captioned action and reserve all rights to assert any and all relief.

Respectfully submitted, this 8th day of December, 2020.

THE HILBERT LAW FIRM, LLC

Kurt R. Hilbert
Georgia Bar No. 352877

205 Norcross Street
Roswell, GA 30075
T: (770) 551-9310
F: (770) 551-9311
E: khilbert@hilbertlaw.com