# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America,<br><br>      Plaintiff<br><br>      v.<br><br>THE WISCONSIN ELECTIONS COMMISSION, et al.,<br><br>      Defendants. | No. 2:20-cv-01785-BHL |

## NOTICE OF SUPPLEMENTAL AUTHORITY BY INTERVENOR-DEFENDANT DEMOCRATIC NATIONAL COMMITTEE

Intervenor-Defendant Democratic National Committee ("DNC") respectfully submits this notice of supplemental authority regarding *Bowyer v. Ducey*, No. CV-20-02321 (D. Ariz. Dec. 9, 2020), which is relevant to pages 14-27 of Intervenor-Defendant DNC's Opposition to Plaintiff Donald J. Trump's Motion for Expedited Declaratory and Injunctive Relief (ECF No 101). A copy of this opinion is attached as Exhibit 1.

DATED: December 9, 2020

Seth P. Waxman*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
seth.waxman@wilmerhale.com

David S. Lesser
Jamie Dycus
Christopher Bouchoux*
Joseph J. Yu*
Charles Bridge*
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com
christopher.bouchoux@wilmerhale.com
joseph.yu@wilmerhale.com
charles.bridge@wilmerhale.com

Matthew W. O'Neill
  SBN 1019269
FOX, O'NEILL &
  SHANNON, S.C.
622 North Water Street,
  Suite 500
Milwaukee, WI 53202
(414) 273-3939
mwoneill@foslaw.com

*Admission pending*

Respectfully Submitted,

s/ *Michelle M. Umberger*

Charles G. Curtis, Jr.
  SBN 1013075
Michelle M. Umberger
  SBN 1023801
Sopen B. Shah
  SBN 1105013
Will M. Conley
  SBN 1104680
PERKINS COIE LLP
One East Main St., Suite 201
Madison, WI 53703
(608) 663-7460
ccurtis@perkinscoie.com
mumberger@perkinscoie.com
sshah@perkinscoie.com
wconley@perkinscoie.com

Marc E. Elias*
John Devaney
Zachary J. Newkirk*
PERKINS COIE LLP
  700 Thirteenth St., N.W.,
    Suite 800
Washington, D.C. 20005
(202) 654-6200
melias@perkinscoie.com
jdevaney@perkinscoie.com
znewkirk@perkinscoie.com

*Counsel for Respondent-Intervenor*

# CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 9, 2020, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Michelle M. Umberger*
Counsel for Proposed Intervenor