# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | December 9, 2020 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 20-cv-01785-BHL |
| CASE NAME: | Trump v. The Wisconsin Elections Commission et al |
| MATTER: | Final Pretrial Conference |
| APPEARANCES: | William Bock, III, Attorney for Plaintiff Donald J Trump |
| | Corey F Finkelmeyer, Attorneys for Defendants The Wisconsin Elections Commission, Commissioner Ann S Jacobs, Commissioner Dean Knudson, Commissioner Marge Bostelmann, Mark L Thomsen, Robert F Spindell, Jr, and Douglas J La Follette |
| | Jeffrey A Mandell, Attorneys for Defendant Governor Tony Evers |
| | Andrew A Jones, Attorney for Defendants George L Christenson and Julietta Henry |
| | James M Carroll and Tyrone Martin St Junior, II, Attorneys for Defendants Claire Woodall-Vogg, Mayor Tom Barrett, and Jim Owczarski |
| | Dixon R Gahnz, Attorney for Defendants Kris Teske, Eric Genrich, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian and Matt Krauter |
| | Michael P May, Attorney for Defendants Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, and Scott McDonell |
| | Jon Greenbaum, Attorney for Proposed Intervenor-Defendants Wisconsin State Conference NAACP, Dorothy Harrell, Wendell J. Harris, Sr., and Earnestine Moss |
| | Charles G Curtis, Jr, Attorneys for Proposed Intervenor-Defendant Democratic National Committee |
| TIME: | 3:09 p.m. – 4:04 p.m. |
| COURT REPORTER: | Thomas M. |
| COURTROOM DEPUTY: | Melissa P. |

The Court held a final prehearing conference to discuss the procedures for Thursday's Zoom hearing and to address pending issues. The Court encouraged defense counsel to coordinate their strategies and work together to have a fair, streamlined, and efficient hearing. Counsel for the plaintiff explained plaintiff's claims in more detail, agreeing that his claims were based solely on the Electors Clause and the Equal Protection Clause. Counsel also discussed his requests for declaratory relief and a request for injunctive relief against defendant Governor Evers.

The Court took the motions to quash, ECF Nos. 62, 68, and 79, and the motion in limine, ECF No. 114, under advisement, and strongly encouraged the parties to confer and agree on a set

of undisputed facts. Counsel for defendant Governor Evers made an oral motion in limine to exclude the declarations of persons submitted by plaintiff who were not also listed on plaintiff's timely-filed witness list. The Court took the oral motion under advisement. The Court granted plaintiff's motion to file an oversized brief.

**IT IS HEREBY ORDERED:**

1. Plaintiff's motion for leave to file excess pages, ECF No. 110, is GRANTED.

2. The parties may file replies to their motions to dismiss by **9:00 p.m. on Wednesday, December 9, 2020**.

3. The parties shall meet and confer to discuss a potential stipulation of facts and an exhibit list to be used for each witness before the final hearing. A report of the conference must be filed by **8:30 a.m. on Thursday, December 10, 2020**.

Dated at Milwaukee, Wisconsin on December 9, 2020.

s/ Brett H. Ludwig  
BRETT H. LUDWIG  
United States District Judge