# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

Donald J. Trump, Candidate for President
of the United States of America,

    Plaintiff,

vs.

The Wisconsin Elections Commission, and its
members, Ann S. Jacobs, Mark L. Thomsen,
Marge Bostelman, Dean Knudson, Robert F.
Spindell, Jr., in their official capacities, Scott
McDonell in his official capacity as the Dane
County Clerk, George L. Christenson in his
official capacity as the Milwaukee County Clerk,
Julietta Henry in her official capacity as the
Milwaukee Election Director, Claire Woodall-
Vogg in her official capacity as the Executive
Director of the Milwaukee Election Commission,
Mayor Tom Barrett, Jim Owczarski, Mayor Satya
Rhodes-Conway, Maribeth Witzel-Behl, Mayor
Cory Mason, Tara Coolidge, Mayor John
Antaramian, Matt Krauter, Mayor Eric Genrich,
Kris Teske, in their official Capacities; Douglas J.
La Follette, Wisconsin Secretary of State, in his
official capacity, and Tony Evers, Governor of
Wisconsin, in his Official capacity.

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:-20-cv-01785-BHL

## PLAINTIFF'S TENDER OF PROOFS OF SERVICE OF SUMMONSES ON DEFENDANTS

Plaintiff Donald J. Trump, by counsel, hereby tenders the Proofs of Service on all the

Defendants of the *Summonses* issued to each respective Defendant, along with the *Complaint for*

*Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States*

*Constitution*, and *Plaintiff's Motion for Expedited Declaratory and Injunctive Relief and For a*

1

*Hearing on the Motion for Declaratory and Injunctive Relief*, copies of which are attached

hereto.

.

Respectfully Submitted,

KROGER, GARDIS & REGAS, LLP


/s/ William Bock, III
William Bock III, Indiana Attorney No. 14777-49
James A. Knauer, Indiana Attorney No. 5436-49
Kevin D. Koons, Indiana Attorney No. 27915-49

ATTORNEYS FOR PLAINTIFF DONALD J. TRUMP

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000


## CERTIFICATE OF SERVICE

A copy of the foregoing document was served upon all parties' counsel of record via this Court's CM/ECF service on this 10th day of December, 2020.


/s/ William Bock, III

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:

MAyor Satya Rhodes-Conway

were received by me on *(date)*  12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)*  Mike Haas

who is designated by law to accept service of process on behalf of  MAyor Satya Rhodes-Conway

_____ on *(date)*  12/4/20  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  12/4/20

Thomas A. Carroll
*Server's signature*

ThOMAS Carroll, Process Server
*Printed name and title*

707 w. moreland Blvd, Ste 2, Waukesha, WI
53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*
Claire Woodall-Vogg in her official Capacity as Executive Director of the
Milwaukee Election Commission
were received by me on *(date)* 12/3/20 .

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Deborah Craig

who is designated by law to accept service of process on behalf of *(name of organization)* Claire Woodall-Vogg
Executive Director of the Milwaukee Election Commission on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/8/20

_____
Server's signature

Shannon Gutierrez , Process Server
Printed name and title

707 W. Moreland Blvd Ste 2, Waukesha, WI 53188
Server's address

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: George L. Christenson in his official capacity as the Milwaukee County Clerk

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*:

on *(date)* ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* ANNA VALAZQUEZ

who is designated by law to accept service of process on behalf of *(name of organization)* George L. Christenson, Milwaukee County Clerk. on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/8/20

_____
Server's signature

Shannon Gutierrez, Process Server
Printed name and title

707 W. Moreland Blvd. Ste2, Waukesha, WI 53188
Server's address

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* ANN S. Jacobs, in her official capacity as a member of the Wisconsin Election Commission
were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Robert Kehoe
who is designated by law to accept service of process on behalf of *(name of organization)* Ann S. Jacobs, member of the
Wisconsin Election Commission on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
*Server's signature*

Thomas Carroll, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 2, Waukesha, WI 53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* Jim Owczarski, City Clerk of the City of Milwaukee

were received by me on *(date)* 12/3/20 .

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Deborah Craig

who is designated by law to accept service of process on behalf of *(name of organization)* Jim Owczarski, City Clerk of

the City of Milwaukee _____ on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/8/20

_____
*Server's signature*

Shannon Gutierrez, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 2, Waukesha, WI
53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*:
MARK L. Thomsen, in his official capacity as a member of the Wisconsin Elections Commission

were received by me on *(date)* 12/3/20 .

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Robert Kehoe

who is designated by law to accept service of process on behalf of *(name of organization)* MARK L. Thomsen, member of the

Wisconsin Elections Commission on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
*Server's signature*

Thomas Carroll, Process Server
*Printed name and title*

707 W. moreland Blvd, Ste2, Waukesha, WI
53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))**

This summons and the attached complaint for *(name of individual and title, if any)*

TONY EVERS, Governor of WISCONSIN

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because     See below     ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
*Server's signature*

Thomas Carroll, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 2, Waukesha, WI
53188
*Server's address*

Additional information regarding attempted service, etc.:

12/4/20 at 12:00PM, The State Capitol is closed due to Covid 19. Called 608.266.1212 and left a voicemail. Spoke with representative at the governors mansion over phone who stated that all legal documents must be emailed to: Covid-sop@doj.state.wi.us as that is their policy at this time for all service of process.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Eastern District of Wisconsin

Case Number: 2:20CV1785

Plaintiff:
**Donald J. Trump, Candidate for Pres. of the United States**

vs.

Defendant:
**The Wisconsin Elections Commission, et. al.,**

For:
Kroger Gardis & Regas, LLP
111 Monument Circle Suite 900
Indianapolis, IN 46204

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **Tony Evers, in his official capacity as the Governor of Wisconsin, covid-sop@doj.state.wi.us.**

I, Johnathan Bowles, being duly sworn, depose and say that on the **4th day of December, 2020 at 4:54 pm, I:**

Served by email the within named person with the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR EXPEDITED DECLARTORY AND INJUNCTIVE RELIEF PURSUANT TO ARTICLE II OF THE UNITED STATES CONSTITUTION, AND PLAINTIFF'S MOTION FOR EXPEDITED DECLARATORY AND INJUNCTIVE RELIEF AND FOR AN EXPEDITED HEARING ON THE MOTION FOR EXPEDITED DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour endorsed thereon by me, pursuant to Wisconsin State Statutes.

**Additional Information pertaining to this Service:**
12-4-20 4:54 pm  As instructed, the legal documents were emailed directly to covid-sop@doj.state.wi.us.

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 9th day of
December, 2020 in Waukesha, State of Wisconsin

NOTARY PUBLIC
My Commission Expires 2 9 83

**Johnathan Bowles**
Process Server

**SOUTHEAST WISCONSIN PROCESS, LLC**
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
(262) 650-8904

Our Job Serial Number: MDN-2020315525
Service Fee: $0.00

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n



Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*
Mayor Cory Mason, Mayor of the city of Racine
were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* SAM Williams
who is designated by law to accept service of process on behalf of *(name of organization)* Mayor Cory Mason, Mayor of
The City of Racine on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
*Server's signature*

Denise Fabela, Process Server
*Printed name and title*

707 W Moreland Blvd #2
Waukesha, WI 53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* Mayor Tom Barrett, Mayor of the city of Milwaukee,

were received by me on *(date)* 12/3/20 .

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Deborah Craig

who is designated by law to accept service of process on behalf of *(name of organization)* Mayor Tom Barrett, Mayor

of the City of Milwaukee. on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/8/20

_____
*Server's signature*

Shannon Gutierrez, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste2, Waukesha, WI
53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* Julietta Henry in her official capacity as the Milwaukee Election Director

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* ANNA VALAZQUEZ

who is designated by law to accept service of process on behalf of *(name of organization)* Julietta Henry,

Milwaukee Election Director _____ on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/8/20

_____
Server's signature

SHANNON GUTIERREZ, Process Server
Printed name and title

707 w. moreland Blvd, Ste 2, Waukesha, WI
53188
Server's address

Additional information regarding attempted service, etc.:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*

**Kris Teske, Clerk for the City of Green Bay**

were received by me on *(date)* 12/4/2020

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* 12/4/2020 ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* **Kimberly Wayte Deputy Clerk**

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* 12/4/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Kris Teske is off work until next year she is on family medical leave.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/2020

_____
Server's signature

**Patrick Zelzer**
Printed name and title

**P.O. Box 12554 Green Bay WI. 54307**
Server's address

Additional information regarding attempted service, etc.:

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*

Mayor Eric Genrich,

were received by me on *(date)* 12/4/2020

☒ I personally served the summons and the attached complaint on the individual at *(place)*:

100 N. Jefferson St on *(date)* 12/4/2020 ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)*

who is designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/2020

Patrick Zelzer

*Server's signature*

Patrick Zelzer

*Printed name and title*

P.O. Box 12554 Green Bay. Wi 54307

*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*
Marge Bostelman, in her official capacity as a member of the Wisconsin Elections Commission

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Robert Kehoe

who is designated by law to accept service of process on behalf of *(name of organization)* Marge Bostelman, member of

the Wisconsin Elections Commission on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
*Server's signature*

Thomas Carroll, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 2, Waukesha, WI
53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):*
Robert F. Spindell, Jr., in his official capacity as a member of the Wisconsin Elections Commission

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Robert Kehoe

who is designated by law to accept service of process on behalf of *(name of organization)* Robert F. Spindell, Jr., member of

The Wisconsin Elections Commission on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
Server's signature

Thomas Carroll, Process Server
Printed name and title

707 W. Moreland Blvd, Ste 2, Waukesha, WI
53188
Server's address

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):*
Douglas J. La Follette in his official capacity as The Wisconsin Secretary of State

were received by me on *(date)* 12/3/20 .

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Ann Bloczynski

who is designated by law to accept service of process on behalf of *(name of organization)* Douglas J. La Follette,

Wisconsin Secretary of State _____ on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
Server's signature

Thomas Carroll, Process Server
Printed name and title

707 W. Moreland Blvd, Ste 2, Waukesha, WI 53188
Server's address

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*

Scott McDonell, Dane County Clerk

were received by me on *(date)*  12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because   see below   ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  12/4/20

Thomas A. Carroll
*Server's signature*

Thomas Carroll, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste2, Waukesha, WI 53188
*Server's address*

Additional information regarding attempted service, etc.:  12/4/20 at 12:40pm.

The County Clerks office is closed due to Covid-19.
Spoke with a representative in another department who stated that
all legal documents must go to the Dane County Corp. Counsel
via email as that is their policy for all service of process.

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Wisconsin

Case Number: 2:20CV1785

Plaintiff:
**Donald J. Trump, Candidate for Pres. of the United States**

vs.

Defendant:
**The Wisconsin Elections Commission, et. al.,**

For:
Kroger Gardis & Regas, LLP
111 Monument Circle Suite 900
Indianapolis, IN 46204

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **Scott McDonell, in his official capacity as the Dane County Clerk, county.clerk@countyofdane.com.**

I, Johnathan Bowles, being duly sworn, depose and say that on the **4th day of December, 2020** at **4:54 pm, I:**

**Served by email** the within named person with the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR EXPEDITED DECLARTORY AND INJUNCTIVE RELIEF PURSUANT TO ARTICLE II OF THE UNITED STATES CONSTITUTION, AND PLAINTIFF'S MOTION FOR EXPEDITED DECLARATORY AND INJUNCTIVE RELIEF AND FOR AN EXPEDITED HEARING ON THE MOTION FOR EXPEDITED DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour endorsed thereon by me, pursuant to Wisconsin State Statutes.

**Additional Information pertaining to this Service:**
12-4-20 4:54 pm  As instructed, the legal documents were emailed directly to county.clerk@countyofdane.com.

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 9th day of
December, 2020 in Waukesha, State of Wisconsin

NOTARY PUBLIC
My Commission Expires

**Johnathan Bowles**
Process Server

**SOUTHEAST WISCONSIN PROCESS, LLC**
**707 W. Moreland Blvd., Suite 2**
**Waukesha, WI 53188**
**(262) 650-8904**

Our Job Serial Number: MDN-2020315533
Service Fee: $0.00

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n



Civil Action No. 20cv1785

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons and the attached complaint for *(name of individual and title, if any)*
TARA Coolidge in her official capacity as City Clerk of the City of Racine

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* SAM WILLIAMS

who is designated by law to accept service of process on behalf of *(name of organization)* Tara Coolidge, City Clerk of

City of Racine _____ on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
Server's signature

Denise Echek, Process Server
Printed name and title

707 W Moreland Blvd #2
Waukesha WI 53188
Server's address

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons and the attached complaint for *(name of individual and title, if any)*
MAtt Krauter, City Clerk of the City of Kenosha

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Chasity Murray

who is designated by law to accept service of process on behalf of *(name of organization)* Matt Krauter, City Clerk of

The City of Kenosha on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_____
*Server's signature*

Denise Fabela, Process Server
*Printed name and title*

707 W Moreland Blvd #2
Waukesha WI, 53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*
MAyor John Artaramian, Mayor of the city of Kenosha

were received by me on *(date)*   12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* MAtt Kranter

who is designated by law to accept service of process on behalf of MAyor John Artaramian,

MAyor of the City of Kenosha _____ on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

Abela
*Server's signature*

Denise Fabela, Process Server
*Printed name and title*

767 W Moreland Blvd #2
Waukesha WI 53188
*Server's address*

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* Dean Knudson, in his official capacity as a member of the Wisconsin Election Commission

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Robert Kehoe

who is designated by law to accept service of process on behalf of *(name of organization)* Dean Knudson, member of the

Wisconsin Elections Commission on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

Thomas A. Carroll
Server's signature

Thomas Carroll, Process Server
Printed name and title

707 W. Moreland Blvd, Ste 2, Waukesha, WI
Server's address                    53188

Additional information regarding attempted service, etc.:

Civil Action No. 20cv1785

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons and the attached complaint for *(name of individual and title, if any)*
MAriberh Witzel-Behl, in her official capacity as City Clerk of the City of Madison

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Mike Haas

who is designated by law to accept service of process on behalf of *(name of organization)* Maribeth Witzel-Behl, City

Clerk of the City of Madison on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

_Thomas A. Carroll_
Server's signature

Thomas Carroll, Process Server
Printed name and title

707 W. Moreland Blvd, Ste 2, Waukesha WI
53188
Server's address

Additional information regarding attempted service, etc.: