Civil Action No. 20cv1785

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* **Claire Woodall-Vogg in her official capacity as Executive Director of the Milwaukee Election Commission**

were received by me on *(date)* **12/3/20**.

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* **Deborah Craig** who is designated by law to accept service of process on behalf of **Claire Woodall-Vogg Executive Director of The Milwaukee Election Commission** on *(date)* **12/4/20**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **12/8/20**

*Server's signature*

**SHANNON GUTIERREZ, Process Server**
*Printed name and title*

**707 W. Moreland Blvd, Ste 2, Waukesha, WI 53188**
*Server's address*

Additional information regarding attempted service, etc.: