AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv1785

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*: George L. Christenson in his official capacity as the Milwaukee County Clerk were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

on *(date)* ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* ANNA VALAZQUEZ who is designated by law to accept service of process on behalf of George L. Christenson, Milwaukee County Clerk on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/8/20

*Server's signature*

Shannon Gutierrez, Process Server
*Printed name and title*

707 W. Moreland Blvd. Ste 2, Waukesha, WI 53188
*Server's address*

Additional information regarding attempted service, etc.: