AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv1785

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* ANN S. Jacobs, in her official capacity as a member of the Wisconsin Election Commission

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

on *(date)* ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Robert Kehoe who is designated by law to accept service of process on behalf of ANN S. Jacobs, member of the Wisconsin Election Commission on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

*Thomas A Carroll*
Server's signature

Thomas Carroll, Process Server
Printed name and title

707 W. Moreland Blvd, Ste 2, Waukesha, WI 53188
Server's address

Additional information regarding attempted service, etc.:

Case 2:20-cv-01785-BHL   Filed 12/03/20   Page 2 of 2   Document 9

Case 2:20-cv-01785-BHL   Filed 12/10/20   Page 1 of 1   Document 124-4