AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv1785

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* Mayor Eric Genrich,

were received by me on *(date)* 12/4/2020

☒ I personally served the summons and the attached complaint on the individual at *(place)*:
100 N. Jefferson ST on *(date)* 12/4/2020; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/2020

*Server's signature*

Patrick Zelzer
*Printed name and title*

P.O. Box 12554 Green Bay, WI 54307
*Server's address*

Additional information regarding attempted service, etc: