AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv1785

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):* Scott McDonell, Dane County Clerk

were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

on *(date)* ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)*

who is designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☒ I returned the summons unexecuted because **see below** ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

*Server's signature*

Thomas Carroll, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 2, Waukesha, WI 53188
*Server's address*

Additional information regarding attempted service, etc.: 12/4/20 at 12:40pm.

The County Clerks office is closed due to Covid-19. Spoke with a representative in another department who stated that all legal documents must go to the Dane County Corp. Counsel via email as that is their policy for all service of process.

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Wisconsin

Case Number: 2:20CV1785

Plaintiff:
**Donald J. Trump, Candidate for Pres. of the United States**

vs.

Defendant:
**The Wisconsin Elections Commission, et. al.,**

For:
Kroger Gardis & Regas, LLP
111 Monument Circle Suite 900
Indianapolis, IN 46204

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **Scott McDonell, in his official capacity as the Dane County Clerk, county.clerk@countyofdane.com**.

I, Johnathan Bowles, being duly sworn, depose and say that on the **4th day of December, 2020** at **4:54 pm**, I:

**Served by email** the within named person with the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR EXPEDITED DECLARTORY AND INJUNCTIVE RELIEF PURSUANT TO ARTICLE II OF THE UNITED STATES CONSTITUTION, AND PLAINTIFF'S MOTION FOR EXPEDITED DECLARATORY AND INJUNCTIVE RELIEF AND FOR AN EXPEDITED HEARING ON THE MOTION FOR EXPEDITED DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour endorsed thereon by me, pursuant to Wisconsin State Statutes.

**Additional Information pertaining to this Service:**
12-4-20 4:54 pm As instructed, the legal documents were emailed directly to county.clerk@countyofdane.com.

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 9th day of December, 2020 in Waukesha, State of Wisconsin

NOTARY PUBLIC
My Commission Expires 2/9/23

Johnathan Bowles
Process Server

SOUTHEAST WISCONSIN PROCESS, LLC
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
(262) 650-8904

Our Job Serial Number: MDN-2020315533
Service Fee: $0.00

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.0n