## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* TARA Coolidge in her official capacity as City Clerk of the City of Racine
were received by me on *(date)* 12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* SAM WILLIAMS
who is designated by law to accept service of process on behalf of Tara Coolidge, City Clerk of City of Racine on *(date)* 12/4/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/4/20

*Server's signature*

Denise Febeck, Process Server
*Printed name and title*

707 W Moreland Blvd #2
Waukesha WI 53186
*Server's address*

Additional information regarding attempted service, etc.: