Civil Action No. 20cv1785

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)*
Dean Knudson, in his official capacity as a member of the Wisconsin Election Commission
were received by me on *(date)*  12/3/20

☐ I personally served the summons and the attached complaint on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)*  Robert Kehoe
who is designated by law to accept service of process on behalf of  Dean Knudson, member of the
Wisconsin Elections Commission        on *(date)*    12/4/20        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  12/4/20

Thomas A. Carroll
*Server's signature*

Thomas Carroll , Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 7, Waukesha, WI
*Server's address*
53188

Additional information regarding attempted service, etc.: