AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20cv1785

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any)* **Maribeth Witzel-Behl, in her official capacity as City Clerk of the City of Madison**
were received by me on *(date)* **12/3/20**

☐ I personally served the summons and the attached complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* **Mike Haas**
who is designated by law to accept service of process on behalf of **Maribeth Witzel-Behl, City Clerk of the City of Madison** on *(date)* **12/4/20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **12/4/20**

*Thomas A. Carroll*
*Server's signature*

**Thomas Carroll, Process Server**
*Printed name and title*

**707 W. Moreland Blvd, Ste 2, Waukesha WI 53188**
*Server's address*

Additional information regarding attempted service, etc.: