AO 88 (Rev. 12/13) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:20-cv-01785-BHL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mayor Tom Barrett
on *(date)* 12/9/20.

☒ I served the subpoena by delivering a copy to the named person as follows: Gloria Ware, Clerk
200 E Wells St., Rm 201, Milwaukee, WI 53202
on *(date)* 12/9/20 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/9/20

*Server's signature*

Shannon Gutierrez, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 2, Waukesha, WI 53188
*Server's address*

Additional information regarding attempted service, etc.: