Civil Action No. 2:20-cv-01785-BHL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JAmes M. CArrol
on *(date)* 12/9/20

☒ served the subpoena by delivering a copy to the named person as follows: GloriA WAre, clerk
200 E wells St. RM 201, Milwaukee, WI 53202
on *(date)* 12/9/20 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $     for travel and $     for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/9/20

*Server's signature*

shANNON GuTierrez, Process Server
*Printed name and title*

707 W. Moreland Blvd, Ste 2, WAukesha, WI 53188
*Server's address*

Additional information regarding attempted service, etc.:

Case 2:20-cv-01785-BHL    Filed 12/10/20    Page 1 of 1    Document 126-3