## DECLARATION OF BARTHOLOMEW R. WILLIAMS

1. My name is Bartholomew R. Williams, I am over the age of 18. All facts stated herein are true and based on my personal knowledge;

2. I am a resident of Milwaukee, Wisconsin.

3. I was an independent observer at the Central Count facility for Milwaukee, Wisconsin in the November 3, 2020 election;

4. I arrived at the Milwaukee Central Counting facility at 6 am on Tuesday, November 3, 2020, but was not allowed on the counting floor until 7:30 am. By that time counting had been going on for at least 30 minute;

5. I did not enter or attempt to enter restricted places at Central Count. I did not interfere with the process of ballot processing, nor mark or alter any official record;

6. Claire Woodall-Vogg, Brenda Wood and several supervisors (who did not have name badges) refused to allow me to remain in an unobtrusive area of the ballot processing/counting area from which I could reasonably see and hear what was occurring for the vast majority of the tables being used for counting/processing.

7. Many of the ballot counters were seated so that the observation areas and distances from their seating did not permit me to see the ballots, in some cases at all, but in many, to the extent that I could see any violations of the ballot voting requirements if they existed;

8. I began to create a log of ballots that were visible to me that were subject to challenge, but after 5 entries, I was told that I could not do that by Brenda Wood as it was slowing down the voting. I asked that the names of voters and ballot numbers be called out since I was too far away to read the ballots and that was refused;

9. It was acknowledged to me by Brenda Wood and another supervisor that the election staff had made changes to many of the ballots where a pre-printed 10 day residency statement was crossed out in red ink and changed to 28 days;

10. Claire Woodall-Vogg announced on a loud speaker that challenges concerning the 10 day / 28 day ballot markup would not be allowed;

11. She made a separate announcement that ballot counters who happened on a ballot without a witness address could go to a computer, look the address up and insert it on

the ballot, but there was no mention of any procedure to verify the address;

12. My estimate is that roughly 20% of the ballots had changes marked to the 10/28 day residency statement.

I affirm under the penalties of perjury the foregoing statements are true and correct (28 U.S.C. Sec. 1746)

Dated December 10, 2020             _____

                                                     Bartholomew R. Williams