# DECLARATION OF DAVID J. BOLTER

1. My name is David J. Bolter, I am over the age of 18. All facts stated herein are true and based on my personal knowledge;

2. I am a resident of Milwaukee Wisconsin.

3. I was a paid ballot counter at the Central Count facility for Milwaukee, Wisconsin in the November 3, 2020 election;

4. While working, I saw 100's of ballots with the pre-printed 10 day residency requirement crossed out and filled in with 28 days in red ink;

5. I made objections to ballots with the red ink inserts and crossouts to Clarie Woodall-Vogg, but they were ignored;

6. I objected to writing in unconfirmed witness addresses on ballot envelopes;

7. I saw many ballot envelopes with no signature on the witness signature line, but with a signature on the "assistant" signature line and objected, but Ms. Woodall-Vogg announced the ballot would count as long as there was a second signature on the envelope at all:

8. Many ballot envelopes were already opened or unsealed on arrival, but those ballots were counted over objection;

9. I estimate that as many as 15 to 20% of the ballot envelopes I received had been opened;

10. Election observers were, in my opinion, required to observe from locations that prevented them from seeing much of the ballot counting.

I affirm under the penalties of perjury the foregoing statements are true and correct (28 U.S.C. Sec. 1746)

Dated December 10, 2020        _____
                                                       David J. Bolter