# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| Donald J. Trump, Candidate for President of the USA ) <br> *Plaintiff* ) <br> v. ) <br> The Wisconsin Elections Commission, et al. ) <br> *Defendant* ) | Case No. 20-cv-01785 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae The Center for Tech and Civic Life .

Date: 12/10/2020

s / Mike B. Wittenwyler
*Attorney's signature*

Mike B. Wittenwyler, Bar No. 1025895
*Printed name and bar number*

Godfrey & Kahn, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
*Address*

mwittenw@gklaw.com
*E-mail address*

(608) 257-3911
*Telephone number*

(608) 257-0609
*FAX number*