UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| DONALD J. TRUMP, Candidate for President of the United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>THE WISCONSIN ELECTIONS COMMISSION, and its members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity.<br><br>      Defendants. | Case No.: 20CV1785 |

### DEFENDANT GOVERNOR TONY EVERS'S
### NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Governor Tony Evers writes to notify the Court of a ruling subsequent to yesterday's trial proceedings that bears on the issues presented.

This morning the Milwaukee County Circuit Court (Reserve Judge Simanek, sitting by designation of the Chief Justice) affirmed the recount results in an oral ruling from the bench. In so doing, he expressly rejected all statutory arguments raised by President Trump about the

process of distributing, collecting, and canvassing absentee ballots in Wisconsin's November 3, 2020 election. *See* Milwaukee County Case No. 2020CV7092 and Dane County Case No. 2020CV2514.

As President Trump has raised in this Court several of those same arguments about the meaning of Wisconsin state law, Governor Evers wants to bring today's ruling to the Court's immediate attention. As soon as a transcript of today's oral ruling is available, Governor Evers will file a copy with this Court.

Dated: December 11, 2020

Respectfully submitted,

/s/ Jeffrey A. Mandell
Jeffrey A. Mandell
Rachel E. Snyder
Richard A. Manthe
STAFFORD ROSENBAUM LLP
222 W. Washington Ave., Suite 900
Madison, WI 53701-1784
Telephone: 608-256-0226
Email: jmandell@staffordlaw.com
Email: rsnyder@staffordlaw.com
Email: rmanthe@staffordlaw.com

Justin A. Nelson
Stephen E. Morrissey
Stephen Shackelford Jr.
Davida Brook
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, TX 77002
(713) 651-9366
jnelson@susmangodfrey.com
smorrissey@susmangodfrey.com
sshackelford@susmangodfrey.com
dbrook@susmangodfrey.com

Paul Smith
CAMPAIGN LEGAL CENTER

1101 14th St. NW, Suite 400
Washington, DC 20005
(202) 736-2200
psmith@campaignlegalcenter.org

*Attorneys for Defendant, Governor Tony Evers*