# EXHIBIT A

Case 2020CV007092　Document 101　Filed 12-11-2020　Page 1 of 2

FILED
12-11-2020
John Barrett
Clerk of Circuit Court
2020CV007092

DATE SIGNED: December 11, 2020

Electronically signed by Judge Stephen A. Simanek
Circuit Court Judge

STATE OF WISCONSIN　　CIRCUIT COURT　　MILWAUKEE COUNTY

DONALD J. TRUMP, MICHAEL R. PENCE, et al.

    Plaintiffs/Appellants,　　Milwaukee County Case No.: 2020CV7092

v.　　Dane County Case No.: 2020CV2514

JOSEPH R. BIDEN, KAMALA D. HARRIS, et al.

    Defendants/Appellees,

## FINAL ORDER

The matter having come before the Court, Reserve Judge Stephen A. Simanek, on December 11, 2020 on Plaintiffs' Motion for Judgment on their appeal under Wis. Stat. § 9.01(6) from the final recount determinations of the Dane County Board of Canvassers and Milwaukee County Elections Commission, the Court having considered the submissions by all parties, and having heard oral argument from all parties;

IT IS HEREBY ORDERED:

For the reasons set forth on the record, which are incorporated herein by reference, incorporating pages 1-30 of the Joint Proposed Findings of Fact and Conclusions of Law by Joseph R. Biden, Kamala D. Harris, the Dane County Defendants and the Milwaukee County Defendants

(Doc. 89) as the Court's findings of fact and conclusions of law, and pursuant to Wis. Stat. § 9.01(8)(a), the determinations of the Dane County Board of Canvassers and Milwaukee County Elections Commission under review are **AFFIRMED.**

Costs will be taxed in favor of Respondents pursuant to Wis. Stat. § 9.01(7)(b).

**THIS IS A FINAL ORDER FOR PURPOSES OF APPEAL.**