# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

<u>Court Minutes and Order</u>

| | |
|---|---|
| HEARING DATE: | December 10, 2020 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 20-cv-1785-BHL |
| CASE NAME: | Trump v. The Wisconsin Elections Commission et al |
| MATTER: | Final Hearing |
| APPEARANCES: | William Bock, III, Kevin D Koons, and James A Knauer, Attorneys for Plaintiff Donald J Trump |
| | Colin Roth and Corey Finkelmeyer, Attorneys for Defendants The Wisconsin Elections Commission, Commissioner Ann S Jacobs, Commissioner Dean Knudson, Commissioner Marge Bostelmann, Mark L Thomsen, Robert F Spindell, Jr, and Douglas J La Follette |
| | Jeffrey A Mandell, Davida Brook, and Stephen Morrissey, Attorneys for Defendant Governor Tony Evers |
| | Andrew A Jones and Margaret C Daun, Attorneys for Defendants George L Christenson and Julietta Henry |
| | James M Carroll, Tyrone Martin St Junior, II, and Patrick McClain, Attorneys for Defendants Claire Woodall-Vogg, Mayor Tom Barrett, and Jim Owczarski |
| | Dixon Gahnz and Dan Bach, Attorneys for Defendants Mayor John Antaramian and Matt Krauter; Mayor Cory Mason and Tara Coolidge; and Kris Teske and Eric Genrich |
| | Michael P May and James Bartzen, Attorneys for Defendants Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, and Scott McDonell |
| | Jon Greenbaum and Joseph Goode, Attorneys for Intervenor-Defendants Wisconsin State Conference NAACP, Dorothy Harrell, Wendell J Harris, Sr, and Earnestine Moss |
| | Charles G Curtis, Jr, Attorney for Intervenor-Defendant Democratic National Committee |
| TIME: | 9:15 a.m. – 4:15 p.m. |
| COURT REPORTERS: | John S. and Susan A. |
| COURTROOM DEPUTY: | Melissa P. |

The parties presented a stipulation of proposed facts and exhibits, ECF No. 127. The Court approved the stipulation and accepted exhibits into evidence as proposed. The parties presented argument on the motions to dismiss and on the merits. At the conclusion of the hearing, the Court took the pending matters under advisement. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' stipulation of proposed facts and exhibits, ECF No. 127, is APPROVED. Documents are admitted into evidence consistent with ¶1 of the stipulation. The stipulation, the declaration of defendant Claire Woodall-Vogg, and the declarations of Bartholomew R. Williams and David J. Bolter are also admitted into evidence.

2. The parties' motions to quash, ECF Nos. 62, 68, and 79, and the motion in limine, ECF No. 114, as well as defendant Governor Evers' oral motion in limine, are DENIED as moot.

3. The parties' motion for preliminary injunction, ECF No. 6, and all motions to dismiss, ECF Nos. 69, 71, 78, 84, 86, 96, 97, and 99, are taken under advisement.

4. Defendant Governor Evers' oral motion for judgment under Fed. R. Civ. P. 52 is taken under advisement.

Dated at Milwaukee, Wisconsin on December 12, 2020.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge