UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONALD J TRUMP,

    Plaintiff,

v.

THE WISCONSIN ELECTIONS COMMISSION, COMMISSIONER ANN S JACOBS, MARK L THOMSEN, COMMISSIONER MARGE BOSTELMANN, COMMISSIONER DEAN KNUDSON, ROBERT F SPINDELL, JR, GEORGE L CHRISTENSON, JULIETTA HENRY, CLAIRE WOODALL-VOGG, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, ERIC GENRICH, KRIS TESKE, DOUGLAS J LA FOLLETTE, TONY EVERS, SCOTT MCDONELL,

    Defendants,

WISCONSIN STATE CONFERENCE NAACP, DOROTHY HARRELL, WENDELL J HARRIS, SR, EARNESTINE MOSS, DEMOCRATIC NATIONAL COMMITTEE,

    Intervenor Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-1785-bhl

☒ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

PURSUANT TO THE COURT'S ORDER, the action is DISMISSED WITH PREJUDICE and the plaintiff shall recover nothing on the complaint.

Dated: December 12, 2020

GINA M. COLLETTI
Clerk of Court

s/ *Melissa P.*
(By) Deputy Clerk