No. 20-
# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, | ) ) ) |
| Plaintiff-Appellant, | ) Appeal from the United States ) District Court for the Eastern ) District of Wisconsin, Milwaukee |
| vs. | ) Division ) ) |
| The Wisconsin Elections Commission, and its members, | ) District Court No. 2:-20-cv-01785 ) |
| Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. | ) The Honorable Brett H. Ludwig, ) Judge Presiding ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants-Appellees | ) |

# DOCKETING STATEMENT

Plaintiff Donald J. Trump, Candidate for President of the United States of America, by counsel, pursuant to Fed. R. App. P. 12 and Cir. R. 3(c)(1), hereby submits his Docketing Statement:

1. **District Court Jurisdiction.** The United States District Court for the Eastern District of Wisconsin had jurisdiction over this matter as a civil action arising under the laws of the United States pursuant to 42 U.S.C. § 1983 and Art. I, § 4, cl. 2, Art. II, § 1, cl. 4 and the First and Fourteenth Amendments of the United States Constitution, and 28 U.S.C. § 1331 (federal question jurisdiction), 28 USC 1343 (civil rights and elective franchise), 28 U.S.C. § 2201 (authorizing declaratory relief), and 28 U.S.C. § 2202 (authorizing injunctive relief). Plaintiff-Appellant filed his *Complaint for Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* on December 2, 2020.

2. **Appellate Court Jurisdiction.** The United States Court of Appeals for the Seventh Circuit has jurisdiction over appeals from the United States District Court for the Eastern District of Wisconsin, Milwaukee Division. Additionally, the United States Court of Appeals for the Seventh Circuit has jurisdiction over an appeal from a final order pursuant to 28 U.S.C. §1291. The date of Decision and Order sought to be reviewed was December 12, 2020, and was made a final judgment December 12, 2020. The filing date of the Plaintiff/Appellant's Notice of Appeal was December 12, 2020.

3. **Timeliness of the Appeal.** On December 12, 2020, the district court entered its Decision and Order (Dkt. 134) and its Judgment (Dkt. 135). A notice of appeal has been timely filed in this matter on December 12, 2020, which is within 30 days of both entries of the district court's orders pursuant to Fed. R. App. 4(a)(1)(A).

4. **Prior Appellate Proceedings.** There have been no prior related appellate proceedings in this case.

5. **Additional Requirement of Circuit Rule 3(I).** This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable. The following defendants are parties in their official capacities:

   a. Ann S. Jacobs in her official capacity as a member of the Wisconsin Elections Commission;

   b. Mark L. Thomsen in his official capacity as a member of the Wisconsin Elections Commission;

   c. Marge Bostelman in her official capacity as a member of the Wisconsin Elections Commission;

   d. Dean Knudson in his official capacity as a member of the Wisconsin Elections Commission;

   e. Robert F. Spindell Jr. in his official capacity as a member of the Wisconsin Elections Commission;

   f. Scott McDonell in his official capacity as the Dane County Clerk;

g. George L. Christenson in his official capacity as the Milwaukee County Clerk;

h. Julietta Henry in her official capacity as the Milwaukee Election Director;

i. Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission;

j. Mayor Tom Barrett in his official capacity as the Mayor of the City of Milwaukee;

k. Jim Owczarski in his official capacity as the City Clerk of the City of Milwaukee;

l. Mayor Satya Rhodes-Conway in her official capacity as the Mayor of Madison;

m. Maribeth Witzel-Behl in her official capacity as the City Clerk of the City of Madison;

n. Mayor Cory Mason in his official capacity as the Mayor of Racine;

o. Tara Coolidge in her official capacity as the City Clerk of the City of Racine;

p. Mayor John Antaramian in his official capacity as the Mayor of the City of Kenosha;

q. Matt Krauter in his official capacity as the City Clerk of the City of Kenosha;

    **r.** Mayor Eric Genrich in his official capacity as the Mayor of the City of Green Bay;

    **s.** Kris Teske in her official capacity as the City Clerk of the City of Green Bay;

    **t.** Douglas J. La Follette in his official capacity as the Wisconsin Secretary of State; and

    **u.** Tony Evers in his official capacity as the Governor of Wisconsin.

Date: December 12, 2020

                                          Respectfully Submitted,

                                          /s/ William Bock, III
                                          ATTORNEY FOR PLAINTIFF DONALD J. TRUMP

William Bock, III
James A. Knauer
Kevin D. Koons
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing document was served upon all parties' counsel of record via this Court's CM/ECF service on this 12th day of December, 2020.

                                            /s/ William Bock, III