# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

Donald J. Trump, Candidate for President )
of the United States of America, )
)
)
      Plaintiff, )
)
vs. )  Case No. 2:-20-cv-01785-BHL
)
)
The Wisconsin Elections Commission, and )
its members, Ann S. Jacobs, Mark L. )
Thomsen, Marge Bostelman, Dean )
Knudson, Robert F. Spindell, Jr., in their )
official capacities, Scott McDonell in his )
official capacity as the Dane County Clerk, )
George L. Christenson in his official )
capacity as the Milwaukee County Clerk, )
Julietta Henry in her official capacity as the )
Milwaukee Election Director, Claire )
Woodall-Vogg in her official capacity as the )
Executive Director of the Milwaukee )
Election Commission, Mayor Tom Barrett, )
Jim Owczarski, Mayor Satya Rhodes- )
Conway, Maribeth Witzel-Behl, Mayor Cory )
Mason, Tara Coolidge, Mayor John )
Antaramian, Matt Krauter, Mayor Eric )
Genrich, Kris Teske, in their official )
Capacities; Douglas J. La Follette, )
Wisconsin Secretary of State, in his official )
capacity, and Tony Evers, Governor of )
Wisconsin, in his Official capacity. )

      Defendants.


## PLAINTIFF'S NOTICE OF FILING

**TO: ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on December 12, 2020, I caused to be filed with the Clerk of the Court for the Eastern District of Wisconsin, Plaintiffs' **Notice of Appeal** and **Docketing Statement of Plaintiffs-Appellants**, copies of which were served upon you via the Court's CM/ECF system.

Respectfully Submitted, December 12, 2020

/s/ William Bock, III
ATTORNEY FOR PLAINTIFF DONALD J. TRUMP

William Bock, III
James A. Knauer
Kevin D. Koons
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000

## CERTIFICATE OF SERVICE

A copy of the foregoing document was served upon all parties' counsel of record via this Court's CM/ECF service on this 12th day of December, 2020.

/s/ William Bock, III