# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CIVIL DOCKET FOR CASE #: 2:20–cv–01785–BHL

Trump v. The Wisconsin Elections Commission et al
Assigned to: Judge Brett Ludwig
Cause: 42:1983 Civil Rights Act

Date Filed: 12/02/2020
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

Settlement Conference:

**Plaintiff**

**Donald J Trump**
*Candidate for President of the United States of America*

represented by **James A Knauer**
Kroger Gardis & Regas LLP
111 Monument Cir – Ste 900
Indianapolis, IN 46204
317–692–9000
Email: jknauer@kgrlaw.com
*ATTORNEY TO BE NOTICED*

**Kevin D Koons**
Kroger Gardis & Regas LLP
111 Monument Cir – Ste 900
Indianapolis, IN 46204
317–777–7431
Email: kkoons@kgrlaw.com
*ATTORNEY TO BE NOTICED*

**William Bock , III**
Kroger Gardis & Regas LLP
111 Monument Cir – Ste 900
Indianapolis, IN 46204
317–692–9000
Fax: 317–264–6832
Email: wbock@kgrlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Wisconsin Elections Commission**
*and its members*

represented by **Colin T Roth**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–0020
Fax: 608–267–2223
Email: rothct@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Corey F Finkelmeyer**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–7342
Fax: 608–267–8906
Email: finkelmeyercf@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Gabe Johnson–Karp**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–267–8904
Fax: 608–266–9594
Email: johnsonkarpg@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Steven C Kilpatrick**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–1792
Fax: 608–294–2907
Email: kilpatricksc@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Thomas C Bellavia**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–8690
Fax: 608–267–2223
Email: bellaviatc@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Commissioner Ann S Jacobs**          represented by     **Colin T Roth**
*in her official capacity*                                (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Corey F Finkelmeyer**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gabe Johnson–Karp**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven C Kilpatrick**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas C Bellavia**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Mark L Thomsen**                      represented by    **Colin T Roth**
*in his official capacity*                                (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Corey F Finkelmeyer**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Gabe Johnson–Karp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven C Kilpatrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas C Bellavia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner Marge Bostelmann**
*in her official capacity*

represented by **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Corey F Finkelmeyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabe Johnson–Karp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven C Kilpatrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas C Bellavia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner Dean Knudson**
*in his official capacity*

represented by **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Corey F Finkelmeyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabe Johnson–Karp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven C Kilpatrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas C Bellavia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert F Spindell, Jr**
*in his official capacity*

represented by **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Corey F Finkelmeyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabe Johnson–Karp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven C Kilpatrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas C Bellavia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **George L Christenson**<br>*in his official capacity as the Milwaukee County Clerk* | represented by | **Andrew A Jones**<br>Hansen Reynolds LLC<br>301 N Broadway St – Ste 400<br>Milwaukee, WI 53202<br>414–326–4952<br>Fax: 414–273–8476<br>Email: ajones@hansenreynolds.com<br>*ATTORNEY TO BE NOTICED* |

**Andrew J Kramer**
Hansen Reynolds LLC
301 N Broadway St – Ste 400
Milwaukee, WI 53202
414–455–7676
Fax: 414–273–8476
Email: akramer@hansenreynolds.com
*ATTORNEY TO BE NOTICED*

**James F Cirincione**
Hansen Reynolds LLC
301 N Broadway St – Ste 400
Milwaukee, WI 53202
414–326–4941
Email: jcirincione@hansenreynolds.com
*ATTORNEY TO BE NOTICED*

**John W McCauley**
Hansen Reynolds LLC
10 E Doty St – Ste 800
Madison, WI 53703
608–841–1510
Fax: 414–273–8476
Email: jmccauley@hrdclaw.com
*ATTORNEY TO BE NOTICED*

**Margaret C Daun**
Milwaukee City Attorney's Office
200 E Wells St – Ste 800
Milwaukee, WI 53202
414–286–2601
Fax: 414–286–8550
Email: margaret.daun@milwaukeecountywi.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Julietta Henry**<br>*in her official capacity as the Milwaukee Election Director* | represented by | **Andrew A Jones**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Andrew J Kramer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James F Cirincione**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W McCauley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Margaret C Daun**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Claire Woodall–Vogg**
*in her official capacity as the Executive Director of the Milwaukee Election Commission*

represented by  **Elleny B Christopoulos**
City of Milwaukee
200 E Wells St – Ste 800
Milwaukee, WI 53202–3653
414–286–2641
Fax: 414–286–8550
Email: echris@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**James M Carroll**
Milwaukee City Attorney
841 N Broadway – 7th Fl
Milwaukee, WI 53202
414–286–8481
Email: jmcarr@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**Julie P Wilson**
Milwaukee City Attorney's Office
200 E Wells St – Ste 800
Milwaukee, WI 53202
414–286–2617
Fax: 414–286–8550
Email: jwilson@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**Kathryn Z Block**
Milwaukee City Attorney's Office
200 E Wells St – Ste 800
Milwaukee, WI 53202
414–286–2601
Fax: 414–286–8550
*ATTORNEY TO BE NOTICED*

**Patrick J McClain**
Milwaukee City Attorney's Office
200 E Wells St – Ste 800
Milwaukee, WI 53202
414–286–2601
Fax: 414–286–8550
Email: pmccla@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**Scott Brown**
Milwaukee City Attorney's Office
200 E Wells St – Ste 800
Milwaukee, WI 53202
414–286–2601
*ATTORNEY TO BE NOTICED*

**Tearman Spencer**
Milwaukee City Attorney's Office
200 E Wells St − Ste 800
Milwaukee, WI 53202
414−286−2601
Fax: 414−286−8550
*ATTORNEY TO BE NOTICED*

**Tyrone Martin St Junior , II**
City of Milwaukee
200 E Wells St − Ste 800
Milwaukee, WI 53202−3653
504−274−9430
Fax: 414−286−8550
Email: tstjun@milwaukee.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Mayor Tom Barrett**<br>*in his official capacity* | represented by | **Elleny B Christopoulos**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**James M Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie P Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Z Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick J McClain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tearman Spencer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyrone Martin St Junior , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jim Owczarski**<br>*in his official capacity* | represented by | **Elleny B Christopoulos**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**James M Carroll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie P Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Z Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick J McClain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tearman Spencer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyrone Martin St Junior , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Mayor Satya Rhodes−Conway**
*in her official capacity*

represented by **Barry J Blonien**
Boardman & Clark LLP
1 S Pinckney St − 4th Fl
PO Box 927
Madison, WI 53701−0927
608−257−9521
Fax: 608−283−1709
Email: bblonien@boardmanclark.com
*ATTORNEY TO BE NOTICED*

**James E Bartzen**
Boardman & Clark LLP
1 S Pinckney St − 4th Fl
PO Box 927
Madison, WI 53701−0927
608−257−9521
Fax: 608−283−1709
Email: JBartzen@boardmanlawfirm.com
*ATTORNEY TO BE NOTICED*

**Michael P May**
Boardman & Clark LLP
1 S Pinckney St − Ste 410
Madison, WI 53703
608−257−9521
Fax: 608−283−1709
Email: mmay@boardmanclark.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Maribeth Witzel−Behl**
*in her official capacity*

represented by **Barry J Blonien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E Bartzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael P May**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mayor Cory Mason**
*in his official capacity*

represented by **Daniel Bach**
Lawton & Cates, S.C.
PO BOX 399
146 East Milwaukee Street
Ste 120
Jefferson, WI 53549
920–674–4567
Email: dbach@lawtoncates.com
*ATTORNEY TO BE NOTICED*

**Daniel S Lenz**
Lawton & Cates SC
345 W Washington Ave – Ste 201
Madison, WI 53703
608–282–6200
Fax: 608–282–6252
Email: dlenz@lawtoncates.com
*ATTORNEY TO BE NOTICED*

**Dixon R Gahnz**
Lawton & Cates SC
345 W Washington Ave – Ste 201
Madison, WI 53703
608–282–6200
Email: dgahnz@lawtoncates.com
*ATTORNEY TO BE NOTICED*

**Terrence M Polich**
Lawton & Cates SC
345 W Washington Ave – Ste 201
Madison, WI 53703
608–282–6200
Fax: 608–282–6252
Email: tpolich@lawtoncates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tara Coolidge**
*in her official capacity*

represented by **Daniel Bach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel S Lenz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dixon R Gahnz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terrence M Polich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mayor John Antaramian**
*in his official capacity*

represented by **Daniel Bach**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel S Lenz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Dixon R Gahnz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Terrence M Polich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Matt Krauter**<br>*in his official capacity* | represented by | **Daniel Bach**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel S Lenz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dixon R Gahnz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Terrence M Polich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Eric Genrich**<br>*in his official capacity* | represented by | **Daniel Bach**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel S Lenz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dixon R Gahnz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Terrence M Polich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Kris Teske**<br>*in her official capacity* | represented by | **Daniel Bach**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel S Lenz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dixon R Gahnz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Terrence M Polich**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Douglas J La Follette**<br>*in his official capacity as Wisconsin* | represented by | **Colin T Roth**<br>(See above for address) |

*Secretary of State*                    *ATTORNEY TO BE NOTICED*

**Corey F Finkelmeyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gabe Johnson–Karp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven C Kilpatrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas C Bellavia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Evers**                 represented by  **Davida Brook**
*in his official capacity as Governor of*       Susman Godfrey LLP
*Wisconsin*                                     1901 Ave of the Stars – Ste 950
                                                Los Angeles, CA 90061
                                                310–789–3100
                                                Fax: 310–789–3150
                                                Email: dbrook@susmangodfrey.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Jeffrey A Mandell**
                                                Stafford Rosenbaum LLP
                                                222 W Washington Ave – Ste 900
                                                PO Box 1784
                                                Madison, WI 53701–1784
                                                608–256–0226
                                                Fax: 608–259–2600
                                                Email: jmandell@staffordlaw.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Justin A Nelson**
                                                Susman Godfrey LLP
                                                1000 Louisiana St – Ste 5100
                                                Houston, TX 77002–5096
                                                713–653–7895
                                                Fax: 713–654–6666
                                                Email: jnelson@susmangodfrey.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Paul M Smith**
                                                Campaign Legal Center
                                                1101 14th St NW – Ste 400
                                                Washington, DC 20005
                                                202–856–7901
                                                Fax: 202–736–2222
                                                Email: psmith@campaignlegal.org
                                                *ATTORNEY TO BE NOTICED*

                                                **Rachel E Snyder**
                                                Stafford Rosenbaum LLP
                                                222 W Washington Ave – Ste 900
                                                PO Box 1784
                                                Madison, WI 53701–1784
                                                608–259–2657
                                                Fax: 608–259–2600
                                                Email: rsnyder@staffordlaw.com

*ATTORNEY TO BE NOTICED*

**Richard Manthe**
Stafford Rosenbaum LLP
222 W Washington Ave – Ste 900
PO Box 1784
Madison, WI 53701–1784
608–259–2684
Email: rmanthe@staffordlaw.com
*ATTORNEY TO BE NOTICED*

**Stephen Morrissey**
Susman Godfrey LLP
1201 3rd Ave - Ste 3800
Seattle, WA 98101
206–373–7380
Email: smorrissey@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**
Susman Godfrey LLP
1301 Ave of the Americans –32nd Fl
New York, NY 10019
212–729–2012
Email: sshackelford@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Scott McDonell**<br>*in his official capacity as the Dane County Clerk* | represented by | **Barry J Blonien**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **James E Bartzen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael P May**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Wisconsin State Conference NAACP** | represented by | **Jacob Conarck**<br>Lawyer's Committee for Civil Rights Under Law<br>1500 K St NW – 9th Fl<br>Washington, DC 20005<br>202–662–8315<br>Fax: 202–783–0857<br>Email: jpconarck@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ajay Saini**<br>Lawyer's Committee for Civil Rights Under Law<br>1500 K St NW – 9th Fl<br>Washington, DC 20005<br>202–662–8315<br>Fax: 202–783–0857<br>*ATTORNEY TO BE NOTICED* |
| | | **Allison E Laffey**<br>Laffey Leitner & Goode LLC<br>325 E Chicago St – Ste 200 |

Milwaukee, WI 53202
414–312–7003
Fax: 414–755–7089
Email: alaffey@llgmke.com
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
Lawyers Committee for Civil Rights Under
Law
1500 K Street NW – Ste 900
Washington, DC 20005
202–662–8345
Fax: 202–783–0857
Email: erosenberg@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**John W Halpin**
Laffey Leitner & Goode LLC
325 E Chicago St – Ste 200
Milwaukee, WI 53202
414–312–7261
Fax: 414–755–7089
Email: jhalpin@llgmke.com
*ATTORNEY TO BE NOTICED*

**Jon Greenbaum**
Lawyers'Committee for Civil Rights Under
Law
District Of Columbia
1500 K Street NW – 9th Fl
Washington, DC 20005
202–662–8315
Email: jgreenbaum@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Joseph S Goode**
Laffey Leitner & Goode LLC
325 E Chicago St – Ste 200
Milwaukee, WI 53202
414–312–7003
Fax: 414–755–7089
Email: jgoode@llgmke.com
*ATTORNEY TO BE NOTICED*

**Kristen Clarke**
Lawyer's Committee for Civil Rights Under
Law
1500 K St NW – 9th Fl
Washington, DC 20005
202–662–8315
Fax: 202–783–0857
*ATTORNEY TO BE NOTICED*

**Mark M Leitner**
Laffey Leitner & Goode LLC
325 E Chicago St – Ste 200
Milwaukee, WI 53202
414–312–7003
Fax: 414–755–7089
Email: mleitner@llgmke.com
*ATTORNEY TO BE NOTICED*

**Ryan Snow**
Lawyer's Committee for Civil Rights Under
Law

1500 K St NW – 9th Fl
Washington, DC 20005
202–662–8315
Fax: 202–783–0857
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Dorothy Harrell**                    represented by  **Jacob Conarck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ajay Saini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison E Laffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W Halpin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon Greenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph S Goode**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Clarke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark M Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Wendell J. Harris, Sr.**             represented by  **Jacob Conarck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ajay Saini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison E Laffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)

*ATTORNEY TO BE NOTICED*

**John W Halpin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon Greenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph S Goode**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark M Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Intervenor Defendant</u>**

**Earnestine Moss**                    represented by **Jacob Conarck**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ajay Saini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Allison E Laffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W Halpin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon Greenbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph S Goode**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristen Clarke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark M Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Snow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Democratic National Committee**

represented by **Charles G Curtis , Jr**
Perkins Coie LLP
33 E Main St – Ste 201
Madison, WI 53703
608–663–5411
Fax: 608–663–7499
Email: ccurtis@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Christopher Bouchoux**
Wilmer Cutler Pickering Hale and Dorr
LLP
7 World Trade Center
New York, NY 10007
212–230–8823
Email: christopher.bouchoux@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**David S Lesser**
Wilmer Cutler Pickering Hale and Dorr
LLP
7 World Trade Center
New York, NY 10007
212–230–8851
Email: david.lesser@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Jamie Dycus**
Wilmer Cutler Pickering Hale and Dorr
LLP
7 World Trade Center
New York, NY 10007
212–937–7236
Email: jamie.dycus@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**John Devaney**
Perkins Coie LLP
700 13th St NW – Ste 800
Washington, DC 20005
202–654–6200
Email: jdevaney@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Marc E Elias**
Perkins Coie LLP
700 13th St NW – Ste 800
Washington, DC 20005
202–654–6200
*ATTORNEY TO BE NOTICED*

**Matthew W O'Neill**
Fox O'Neill & Shannon SC
622 N Water St – Ste 500
Milwaukee, WI 53202
414–273–3939
Fax: 414–273–3947
Email: mwoneill@foslaw.com
*ATTORNEY TO BE NOTICED*

**Michelle M Umberger**
Perkins Coie LLP
33 E Main St – Ste 201

Madison, WI 53703
608–663–7460
Fax: 608–663–7499
Email: MUmberger@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Seth P Waxman**
Wilmer Cutler Pickering Hale and Dorr
LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
202–663–6800
Fax: 202–663–6363
Email: seth.waxman@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Sopen B Shah**
Perkins Coie LLP
33 E Main St – Ste 201
Madison, WI 53703
608–663–7460
Fax: 608–663–7460
Email: SShah@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Will McDonell Conley**
Perkins Coie LLP
33 E Main St – Ste 201
Madison, WI 53703
608–663–7460
Fax: 608–663–7499
Email: WConley@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Zachary J Newkirk**
Perkins Coie LLP
700 13th St NW – Ste 800
Washington, DC 20005
202–654–6200
*ATTORNEY TO BE NOTICED*

**Amicus**

**Christine Todd Whitman et al Amici Group**

represented by **Nancy A Temple**
Katten & Temple LLP
209 S LaSalle St – Ste 950
Chicago, IL 60604
312–663–0800
Fax: 312–663–0900
Email: ntemple@kattentemple.com
*ATTORNEY TO BE NOTICED*

**Richard D Bernstein**
202–303–1000
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for Tech and Civic Life**

represented by **Harmann Singh**
Kaplan Hecker & Fink LLP
350 5th Ave – Ste 7110
New York, NY 10118
212–763–0883
Email: hsingh@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Joshua A Matz**
Kaplan Hecker & Fink LLP
350 5th Ave – Ste 7110
New York, NY 10118
929–294–2537
Fax: 212–564–0883
Email: jmatz@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Kendall W Harrison**
Godfrey & Kahn SC
1 E Main St – Ste 500
PO Box 2719
Madison, WI 53701–2719
608–257–3911
Fax: 608–257–0609
Email: kharrison@gklaw.com
*ATTORNEY TO BE NOTICED*

**Maxted M Lenz**
Godfrey & Kahn SC
1 E Main St – Ste 500
PO Box 2719
Madison, WI 53701–2719
608–257–3911
Fax: 608–257–0609
Email: mlenz@gklaw.com
*ATTORNEY TO BE NOTICED*

**Mike B Wittenwyler**
Godfrey & Kahn SC
1 E Main St – Ste 500
PO Box 2719
Madison, WI 53701–2719
608–284–2616
Email: wittenwyler@gklaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2020 | 1 | COMPLAINT *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* against All Defendants filed by Donald J Trump; EXHIBITS filed at 12 ( Filing Fee PAID $402 receipt number AWIEDC–3655237)(Bock, William) (Additional attachment(s) added on 12/3/2020: # 1 Civil Cover Sheet) (cmb) |
| 12/02/2020 | 2 | INCORRECT Document Attached – to be re–filed ~~DISCLOSURE Statement by Donald J Trump.~~ (Bock, William) Modified on 12/3/2020 (vkb) |
| 12/02/2020 | 3 | NOTICE of Appearance by William Bock, III on behalf of Donald J Trump. Attorney(s) appearing: William Bock, III (Bock, William) |
| 12/02/2020 | 4 | NOTICE of Appearance by Kevin D Koons on behalf of Donald J Trump. Attorney(s) appearing: Kevin D. Koons (Koons, Kevin) |
| 12/02/2020 | 5 | NOTICE of Appearance by James A Knauer on behalf of Donald J Trump. Attorney(s) appearing: James A. Knauer (Knauer, James) |
| 12/02/2020 | 6 | MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* and MOTION for Expedited Hearing filed by Donald J Trump. (Attachments: # 1 Text of Proposed Order)(Bock, William). Added MOTION for Hearing on 12/3/2020 (vkb) |
| 12/02/2020 | 7 | CERTIFICATE by Donald J Trump *Local Rule 7(A)(2) Certification* (Bock, William) |

| 12/02/2020 | | NOTICE Regarding assignment of this matter to Judge Brett Ludwig; Consent/refusal forms for Magistrate Judge Duffin to be filed within 21 days; the consent/refusal form is available <u>here.</u> Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (cmb) (Entered: 12/03/2020) |
|---|---|---|
| 12/03/2020 | <u>8</u> | NOTICE by Tony Evers *of Related Case and Request for Assignment in Concert with that Related Case* (Mandell, Jeffrey) |
| 12/03/2020 | <u>9</u> | REQUEST for Issuance of Summons by Donald J Trump (Attachments: # <u>1</u> Summons Woodall–Vogg, # <u>2</u> Summons Knudson, # <u>3</u> Summons La Follette, # <u>4</u> Summons Christenson, # <u>5</u> Summons Owczarski, # <u>6</u> Summons Henry, # <u>7</u> Summons Teske, # <u>8</u> Summons Bostelman, # <u>9</u> Summons Witzel–Behl, # <u>10</u> Summons Thomsen, # <u>11</u> Summons Krauter, # <u>12</u> Summons Mason, # <u>13</u> Summons Genrich, # <u>14</u> Summons Antaramian, # <u>15</u> Summons Rhodes–Conway, # <u>16</u> Summons Barrett, # <u>17</u> Summons Spindell, # <u>18</u> Summons McDonell, # <u>19</u> Summons Coolidge, # <u>20</u> Summons Evers)(Bock, William) |
| 12/03/2020 | <u>10</u> | NOTICE of Appearance by Jeffrey A Mandell on behalf of Tony Evers. Attorney(s) appearing: Jeffrey A. Mandell (Mandell, Jeffrey) |
| 12/03/2020 | <u>11</u> | NOTICE of Appearance by Rachel E Snyder on behalf of Tony Evers. Attorney(s) appearing: Rachel E. Snyder (Snyder, Rachel) |
| 12/03/2020 | <u>12</u> | ATTACHMENTS *Appendix of Exhibits to Plaintiff's Complaint '* by Donald J Trump re <u>1</u> Complaint,. (Attachments: # <u>1</u> Exhibit 1 – Wisconsin Public Radio 11.6.20, # <u>2</u> Exhibit 2 – Guidance for Indefinitely Confined Electors, # <u>3</u> Exhibit 3 – Dane County Clerk Facebook Post, # <u>4</u> Exhibit 4 – Milwaukee Sentinel Journal 3.25.20, # <u>5</u> Exhibit 5 – Rep.Steineke and Sen. Roth editorial 4.20–.20, # <u>6</u> Exhibit 6 – Washington Examiner 11.10.20, # <u>7</u> Exhibit 7 – Building Confidence in U.S. Elections–Report of Comm. on Fed.Election Reform, # <u>8</u> Exhibit 8 – Fed.Prosecution of Election Offenses 2017, # <u>9</u> Exhibit 9 – Voting Fraud is a Real Concern – Newsweek, # <u>10</u> Exhibit 10 – As More Vote by Mail, Faulty Ballots Could Impact Elections – The New York Time, # <u>11</u> Exhibit 11 – Real Clear Politics Top Battlegrounds Page, # <u>12</u> Exhibit 12 – Approved Wisconsin State Voting Plan 2020, # <u>13</u> Exhibit 13 – WEC Drop Box Guidance 8.19.20, # <u>14</u> Exhibit 14 – Absentee Ballot Drop Box Info – WI Elections Commissions, # <u>15</u> Exhibit 15 – CISA Ballot Drop Box Page, # <u>16</u> Exhibit 16 – Wisconsin Center for Investigative Journalism 10.29.20, # <u>17</u> Exhibit 17 – Wisconsin Watch – Search for a ballot drop box in your community 10.27.20, # <u>18</u> Exhibit 18 – WEC Drop Box List, # <u>19</u> Exhibit 19 – Drop Box Info – Hayward WI, # <u>20</u> Exhibit 20 – Drop Box Info – City of Menasha Library Drop Box, # <u>21</u> Exhibit 21 – Drop Box Info – City of Vermont – Dane County, # <u>22</u> Exhibit 22 – Drop Box Info – Village of DeForest – Dane County, # <u>23</u> Exhibit 23 – Drop Box Info – Village of Boyd, # <u>24</u> Exhibit 24 – Milwaukee Journal Sentinel – Milwaukee gears up for historic election, # <u>25</u> Exhibit 25 – Milwaukee Journal Sentinel – Absentee ballot drop boxes replaced, # <u>26</u> Exhibit 26 – City of Madison Notice re Drop Boxes 10.16.20, # <u>27</u> Exhibit 27 – Drop Box Info – Madison, WI – Elver Park, # <u>28</u> Exhibit 28 – CTCL Partners with 5 Wisconsin Cities to Implement Safe Voting Plan 7.6.20, # <u>29</u> Exhibit 29 – Voter Turnout in Madison and Dane Surpass Record, # <u>30</u> Exhibit 30 – Green Bay Election, # <u>31</u> Exhibit 31 – CTCL Announcement of Zuckerberg Donation, # <u>32</u> Exhibit 32 – WEC Approves Grants and Mailing for Fall Elections 05–29–20, # <u>33</u> Exhibit 33 – Affidavit of Bartholomew R. Williams, # <u>34</u> Exhibit 34 – Affidavit of Marie Klobuchar, # <u>35</u> Exhibit 35 – Spoiling Absentee Ballot Guidance 10.19.20, # <u>36</u> Exhibit 36 – WEC Uniform Absentee Instructions – By–Mail Voters, # <u>37</u> Exhibit 37 – What Poll Watchers Can and Cant Do 10.20.20, # <u>38</u> Exhibit 38 – Affidavit of Beth A. Brown, # <u>39</u> Exhibit 39 – Affidavit of Mary Angelina Horn, # <u>40</u> Exhibit 40 – Affidavit of Charles A. Armgardt, # <u>41</u> Exhibit 41 – Affidavit of Steven S. Goetz, # <u>42</u> Exhibit 42 – Affidavit of Lana Sloane, # <u>43</u> Exhibit 43 – Affidavit of Kyle Hudson, # <u>44</u> Exhibit 44 – Affidavit of Jeremy Bowers)(Bock, William) |
| 12/03/2020 | <u>13</u> | LETTER from Jeff Mandell . (Attachments: # <u>1</u> Exhibit Filings from 20–CV–1771)(Mandell, Jeffrey) |
| 12/03/2020 | | Summons Issued as to John Antaramian, Tom Barrett, Marge Bostelmann, George L Christenson, Tara Coolidge, Tony Evers, Eric Genrich, Julietta Henry, Ann S Jacobs, Dean Knudson, Matt Krauter, Douglas J La Follette, Cory Mason, Scott McDonell, Jim Owczarski, Satya Rhodes–Conway, Robert F Spindell, Jr, Kris Teske, Mark L |

| | | Thomsen, Maribeth Witzel–Behl and Claire Woodall–Vogg. (vkb) |
|---|---|---|
| 12/03/2020 | 14 | NOTICE OF STATUS/SCHEDULING CONFERENCE: The Court will conduct a status/scheduling conference in this matter on 12/04/2020 at 1:00 p.m. by telephone. Counsel for the plaintiff is expected to provide notice to opposing counsel for any defendants who have not yet appeared. Counsel for all parties are expected to be ready to discuss a plan for the efficient resolution of the case and plaintiffs pending preliminary injunction motion. To appear by telephone, you must call the Court conference line at 1–866–434–5269, and enter access code 1737450# before the scheduled hearing time. All participants other than lead counsel for each party are asked to keep their phones muted. (cc: all counsel) (MP) |
| 12/03/2020 | 15 | DISCLOSURE Statement by Donald J Trump. (Bock, William) |
| 12/03/2020 | 16 | MOTION to Intervene *and MOTION for Leave to File Response to Plaintiff's Motion* by Wisconsin State Conference NAACP, Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss. (Leitner, Mark). Added MOTION for Leave to File on 12/4/2020 (vkb) |
| 12/03/2020 | 17 | BRIEF in Support filed by Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP re 16 MOTION to Intervene *and for Leave to File Response to Plaintiff's Motion* . (Attachments: # 1 Exhibit 1 – Pennsylvania Decision)(Leitner, Mark) |
| 12/03/2020 | 18 | DECLARATION of Dorothy Harrell (Leitner, Mark) |
| 12/03/2020 | 19 | DECLARATION of Wendell J. Harris Sr. (Leitner, Mark) |
| 12/03/2020 | 20 | DECLARATION of Earnestine Moss (Leitner, Mark) |
| 12/03/2020 | 21 | NOTICE of Appearance by Michelle M Umberger on behalf of Democratic National Committee. Attorney(s) appearing: Michelle M. Umberger (Umberger, Michelle) |
| 12/03/2020 | 22 | NOTICE of Appearance by Charles G Curtis, Jr on behalf of Democratic National Committee. Attorney(s) appearing: Charles G. Curtis (Curtis, Charles) |
| 12/04/2020 | 23 | MOTION to Intervene by Democratic National Committee. (Attachments: # 1 Text of Proposed Order)(Umberger, Michelle) |
| 12/04/2020 | 24 | BRIEF in Support filed by Democratic National Committee re 23 MOTION to Intervene . (Umberger, Michelle) |
| 12/04/2020 | 25 | DISCLOSURE Statement by Democratic National Committee. (Umberger, Michelle) |
| 12/04/2020 | 26 | NOTICE of Appearance by Jon Greenbaum on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Jon Greenbaum (Greenbaum, Jon) |
| 12/04/2020 | 27 | NOTICE of Appearance by Andrew A Jones on behalf of George L Christenson, Julietta Henry. Attorney(s) appearing: Andrew A. Jones (Jones, Andrew) |
| 12/04/2020 | 28 | MOTION to Expedite *Discovery* by Donald J Trump. (Attachments: # 1 Exhibit A – RFP to WEC, # 2 Exhibit B – RFA to WEC, # 3 Exhibit C – RFA to Mayor Tom Barrett, # 4 Text of Proposed Order)(Bock, William) |
| 12/04/2020 | 29 | DISCLOSURE Statement by Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. (Leitner, Mark) |
| 12/04/2020 | 30 | NOTICE of Appearance by Ezra D Rosenberg on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Ezra D. Rosenberg (Rosenberg, Ezra) |
| 12/04/2020 | 31 | NOTICE of Appearance by Joseph S Goode on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Joseph S. Goode (Goode, Joseph) |
| 12/04/2020 | 32 | NOTICE of Appearance by Mark M Leitner on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Mark M. Leitner (Leitner, Mark) |

| | | |
|---|---|---|
| 12/04/2020 | 33 | NOTICE of Appearance by John W Halpin on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: John W. Halpin (Halpin, John) |
| 12/04/2020 | 34 | NOTICE of Appearance by Allison E Laffey on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Allison E. Laffey (Laffey, Allison) |
| 12/04/2020 | 35 | NOTICE of Appearance by James M Carroll on behalf of Tom Barrett, Jim Owczarski, Claire Woodall–Vogg. Attorney(s) appearing: Tearman Spencer, Scott Brown, Kathryn Block, James Carroll, Elleny Christopoulos, Patrick McClain, Tyrone St. Junior and Julie P. Wilson (Carroll, James) |
| 12/04/2020 | 36 | NOTICE of Appearance by Justin A Nelson on behalf of Tony Evers. Attorney(s) appearing: Justin A. Nelson (Nelson, Justin) |
| 12/04/2020 | 37 | NOTICE of Appearance by Davida Brook on behalf of Tony Evers. Attorney(s) appearing: Davida Brook (Brook, Davida) |
| 12/04/2020 | 38 | NOTICE of Appearance by Steven C Kilpatrick on behalf of Marge Bostelmann, Ann S Jacobs, Dean Knudson, Douglas J La Follette, Robert F Spindell, Jr, The Wisconsin Elections Commission, Mark L Thomsen. Attorney(s) appearing: Colin T. Roth; Thomas C. Bellavia; Gabe Johnson–Karp (Kilpatrick, Steven) |
| 12/04/2020 | 39 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of Tony Evers. Attorney(s) appearing: Stephen L. Shackelford, Jr. (Shackelford, Stephen) |
| 12/04/2020 | 40 | NOTICE of Appearance by Richard Manthe on behalf of Tony Evers. Attorney(s) appearing: Richard A. Manthe (Manthe, Richard) |
| 12/04/2020 | 41 | NOTICE of Appearance by Paul M Smith on behalf of Tony Evers. Attorney(s) appearing: Paul M. Smith (Smith, Paul) |
| 12/04/2020 | 42 | NOTICE of Appearance by James E Bartzen on behalf of Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl. Attorney(s) appearing: James E. Bartzen (Bartzen, James) |
| 12/04/2020 | 43 | NOTICE of Appearance by Barry J Blonien on behalf of Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl. Attorney(s) appearing: Barry J. Blonien (Blonien, Barry) |
| 12/04/2020 | 44 | NOTICE of Appearance by Margaret C Daun on behalf of George L Christenson, Julietta Henry. Attorney(s) appearing: Margaret C. Daun (Daun, Margaret) |
| 12/04/2020 | 45 | Court Minutes and Order from Status/Scheduling Conference held 12/4/20 before Judge Brett Ludwig. The court GRANTS 28 motion for expedited discovery. Defendants response to plaintiff's request for production and admission by 12/8/20 at 5:00 p.m. Plaintiff's witness lists due 12/6/20 at 12:00 p.m. Defendants' witness lists due 12/8 at 5:00 p.m. Defendants response to complaint and preliminary injunction due 12/8/20 at 5:00 p.m. Plaintiff must reply by 12/9/20 at 12:00 p.m. Final Pretrial Conference set for 12/9/2020 at 03:00 PM by Telephone. To appear by telephone, you must call the Court conference line at 1–866–434–5269, and enter access code 1737450#. Evidentiary Hearing set for 12/10/2020 at 09:00 AM by Video Conference. (Court Reporter Susan A.) (MP) |
| 12/04/2020 | 46 | ANSWER to 1 Complaint, *by Proposed – Intervenor* by Democratic National Committee.(Umberger, Michelle) |
| 12/05/2020 | 47 | NOTICE of Appearance by Dixon R Gahnz on behalf of John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Kris Teske. Attorney(s) appearing: Dixon R. Gahnz (Gahnz, Dixon) |
| 12/05/2020 | 48 | NOTICE of Appearance by Terrence M Polich on behalf of John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Kris Teske. Attorney(s) appearing: Terrence M. Polich (Polich, Terrence) |
| 12/05/2020 | 49 | NOTICE of Appearance by Daniel S Lenz on behalf of John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Kris Teske. Attorney(s) appearing: Daniel S. Lenz (Lenz, Daniel) |

| 12/05/2020 | 50 | NOTICE of Appearance by Daniel Bach on behalf of John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Kris Teske. Attorney(s) appearing: Daniel P. Bach (Bach, Daniel) |
|---|---|---|
| 12/06/2020 | 51 | Witness List by Donald J Trump. (Bock, William) |
| 12/07/2020 | 52 | NOTICE of Appearance by Michael P May on behalf of Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl. Attorney(s) appearing: Michael P. May (May, Michael) |
| 12/07/2020 | 53 | TRANSCRIPT of Status Conference held on December 4, 2020 before Judge Brett H. Ludwig Court Reporter/Transcriber Susan Armbruster, Contact at 414–290–2641. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 1/4/2021. Redacted Transcript Deadline set for 1/11/2021. Release of Transcript Restriction set for 3/11/2021. (Armbruster, Susan) |
| 12/07/2020 | 54 | NOTICE of Appearance by David S Lesser on behalf of Democratic National Committee. Attorney(s) appearing: David S. Lesser (Lesser, David) |
| 12/07/2020 | 55 | NOTICE to Appearance by Jamie Dycus on behalf of Democratic National Committee. Attorney(s) appearing: Jamie S. Dycus (Dycus, Jamie) |
| 12/07/2020 | 56 | NOTICE of Appearance by Nancy A Temple on behalf of Christine Todd Whitman, et al. Amici Group. Attorney(s) appearing: Nancy A. Temple (Temple, Nancy) |
| 12/07/2020 | 57 | MOTION to File Amicus Brief by Christine Todd Whitman, et al. Amici Group. (Attachments: # 1 Exhibit Proposed Brief of Amici Curiae)(Temple, Nancy) |
| 12/07/2020 | 58 | DISCLOSURE Statement by Christine Todd Whitman, et al. Amici Group. (Temple, Nancy) |
| 12/07/2020 | 59 | NOTICE of Appearance by Stephen Morrissey on behalf of Tony Evers. Attorney(s) appearing: Stephen E. Morrissey (Morrissey, Stephen) |
| 12/08/2020 | 60 | NOTICE of Appearance by Corey F Finkelmeyer on behalf of Marge Bostelmann, Ann S Jacobs, Dean Knudson, Douglas J La Follette, Robert F Spindell, Jr, The Wisconsin Elections Commission, Mark L Thomsen. Attorney(s) appearing: Corey F. Finkelmeyer (Finkelmeyer, Corey) |
| 12/08/2020 | 61 | ORDER signed by Judge Brett Ludwig on 12/8/20 GRANTING 16 Motion to Intervene; GRANTING 23 Motion to Intervene. Intervenors may respond to plaintiffs complaint and motion for declaratory and injunctive relief by no later than 5:00 p.m. on 12/8/20. (cc: all counsel) (MP) |
| 12/08/2020 | 62 | MOTION to Stay *Evidentiary Hearing, or in the alternative MOTION to Quash Subpoena for Meagan Wolfe* filed by Marge Bostelmann, Ann S Jacobs, Dean Knudson, Douglas J La Follette, Robert F Spindell, Jr, The Wisconsin Elections Commission, Mark L Thomsen. (Kilpatrick, Steven). Added MOTION to Quash on 12/8/2020 (vkb) |
| 12/08/2020 | 63 | ORDER ESTABLISHING EXHIBIT PROCEDURES signed by Judge Brett Ludwig on 12/8/20. No later than Wednesday, December 9, 2020, at 5 p.m. (CT), the parties must file exhibits on the docket and deliver courtesy copes to the District Court. (cc: all counsel)(MP) |
| 12/08/2020 | 64 | NOTICE of Appearance by Seth P Waxman on behalf of Democratic National Committee. Attorney(s) appearing: Seth P. Waxman (Waxman, Seth) |
| 12/08/2020 | 65 | NOTICE of Appearance by James F Cirincione on behalf of George L Christenson, Julietta Henry. Attorney(s) appearing: James F. Cirincione (Cirincione, James) |
| 12/08/2020 | 66 | NOTICE of Appearance by Andrew J Kramer on behalf of George L Christenson, Julietta Henry. Attorney(s) appearing: Andrew J. Kramer (Kramer, Andrew) |

| | | |
|---|---|---|
| 12/08/2020 | 67 | NOTICE of Appearance by John W McCauley on behalf of George L Christenson, Julietta Henry. Attorney(s) appearing: John W. McCauley (McCauley, John) |
| 12/08/2020 | 68 | Rule 7(h) Expedited Non–Dispositive MOTION to Quash *Subpoena, MOTION for Protective Order or Order in Limine Barring Testimony of Maribeth Witzel–Behl and Delaying Any Evidentiary Hearing* by Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl. (May, Michael). Added MOTION for Order in Limine and for Protective Order on 12/8/2020 (vkb) |
| 12/08/2020 | 69 | MOTION to Dismiss by Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl. (May, Michael) |
| 12/08/2020 | 70 | COMBINED BRIEF in Support filed by John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Scott McDonell, Satya Rhodes–Conway, Kris Teske, Maribeth Witzel–Behl re 69 MOTION to Dismiss . (May, Michael) |
| 12/08/2020 | 71 | MOTION to Dismiss by John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Kris Teske. (Gahnz, Dixon) |
| 12/08/2020 | 72 | NOTICE by Tony Evers *of Joinder in Other State Defendants' Motion to Stay Evidentiary Hearing* (Mandell, Jeffrey) |
| 12/08/2020 | 73 | DECLARATION of Michael P. May (Attachments: # 1 Exhibit 1 – Petition for Original Action, # 2 Exhibit 2 – Order entered by Supreme Court on 12/3/2020, # 3 Exhibit 3 – Notice of Appeal, # 4 Exhibit 4 – Certificate of Ascertainment for President, # 5 Exhibit 5 – Wisconsin Supreme Court Order dated 3/31/2020, # 6 Exhibit 6 – The Wisconsin Election Commission Amended Guidance, # 7 Exhibit 7 – Wisconsin Supreme Court Order dated 12/4/2020, # 8 Exhibit 8 – U.S. District Court Order dated 10/14/2020, # 9 Exhibit 9 – King v. Whitmer, No. 20–13134, # 10 Exhibit 10 – MI Court of Appeals Order dated 12/4/2020, # 11 Exhibit 11 – Photo of secure ballot drop box)(May, Michael) |
| 12/08/2020 | 74 | CERTIFICATE OF SERVICE by Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl (May, Michael) |
| 12/08/2020 | 75 | RESPONSE to Motion filed by John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Scott McDonell, Satya Rhodes–Conway, Kris Teske, Maribeth Witzel–Behl re 6 MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* MOTION for Hearing . (Gahnz, Dixon) |
| 12/08/2020 | 76 | RESPONSE to Motion filed by Tom Barrett, Jim Owczarski, Claire Woodall–Vogg re 6 MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* MOTION for Hearing . (Carroll, James) |
| 12/08/2020 | 77 | DISCLOSURE Statement by George L Christenson, Julietta Henry. (Jones, Andrew) |
| 12/08/2020 | 78 | MOTION to Dismiss by George L Christenson, Julietta Henry. (Jones, Andrew) |
| 12/08/2020 | 79 | Expedited MOTION to Stay *Evidentiary Hearing or in the Alternative, MOTION to Quash Subpoenas to Defendants Barrett and Woodall–Vogg* by Tom Barrett, Jim Owczarski, Claire Woodall–Vogg. (McClain, Patrick). Added MOTION to Quash on 12/8/2020 (vkb) |
| 12/08/2020 | 80 | DECLARATION of Claire Woodall–Vogg (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Carroll, James) |
| 12/08/2020 | 81 | BRIEF in Opposition filed by George L Christenson, Julietta Henry re 6 MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* and Motion for Hearing *and BRIEF IN SUPPORT of 78 Motion to Dismiss* (Jones, Andrew) |
| 12/08/2020 | 82 | DECLARATION of Andrew A. Jones (Attachments: # 1 Exhibit 1 – Milwaukee County Complaint, # 2 Exhibit 2 – WI Appeal No. 2020–AP–557 Order)(Jones, Andrew) |

| 12/08/2020 | 83 | Magistrate Judge Jurisdiction Form filed by George L Christenson, Julietta Henry. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Jones, Andrew) |
|---|---|---|
| 12/08/2020 | 84 | MOTION to Dismiss *Plaintiff's Complaint* by Tony Evers. (Mandell, Jeffrey) |
| 12/08/2020 | 85 | NOTICE of Appearance by Maxted M Lenz on behalf of Center for Tech and Civic Life. Attorney(s) appearing: Maxted Lenz (Lenz, Maxted) |
| 12/08/2020 | 86 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Tom Barrett, Jim Owczarski, Claire Woodall–Vogg. (Carroll, James) |
| 12/08/2020 | 87 | BRIEF in Support filed by Tom Barrett, Jim Owczarski, Claire Woodall–Vogg re 86 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . (Carroll, James) |
| 12/08/2020 | 88 | NOTICE of Appearance by Kendall W Harrison on behalf of Center for Tech and Civic Life. Attorney(s) appearing: Kendall W. Harrison (Harrison, Kendall) |
| 12/08/2020 | 89 | DISCLOSURE Statement by Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl. (May, Michael) |
| 12/08/2020 | 90 | JOINDER by Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP re 62 MOTION to Stay *Evidentiary Hearing, or in the alternative to Quash Subpoena for Meagan Wolfe*, 79 Expedited MOTION to Stay *Evidentiary Hearing and Quash Subpoenas to Defendants Barrett and Woodall–Vogg* . (Goode, Joseph) |
| 12/08/2020 | 91 | Rule 7(h) Expedited Non–Dispositive MOTION for Leave to File *Non–Party Amicus Brief* by Center for Tech and Civic Life. (Attachments: # 1 Exhibit A – Amicus Brief with Appendix A, # 2 Text of Proposed Order)(Harrison, Kendall) |
| 12/08/2020 | 92 | DISCLOSURE Statement by Center for Tech and Civic Life. (Harrison, Kendall) |
| 12/08/2020 | 93 | TEXT ONLY ORDER signed by Judge Brett Ludwig on 12/8/2020 re 62 Civil L.R. 7(h) Expedited Nondispositive Motion to Stay Evidentiary Hearing or, in the alternative, to Quash Subpoena for Meagan Wolfe by Defendants Wisconsin Elections Commission and its Members and Wisconsin Secretary of State Douglas LaFollette. The State Defendants' motion to stay the evidentiary hearing is denied. Consistent with the discussions at last Friday's status/scheduling conference, the Court will allow the plaintiff a hearing on the claims raised and relief sought in the complaint. Defendants will have the opportunity to make any arguments raised in their forthcoming motion to dismiss at the December 10, 2020 hearing. The State Defendants' motion to quash will be addressed at the December 9, 2020 final pretrial conference. The Court understands the State Defendants' desire not to unnecessarily burden the proposed witness, particularly where, as plaintiff has acknowledged, the material facts are not in dispute. Accordingly, in advance of the final pretrial conference, the parties are directed to meet and confer on a potential set of stipulated facts that would obviate the need for the witnesses' testimony. If no agreement is reached, the Court will rule on the motion at the final pretrial conference. (cc: all counsel) (MP) |
| 12/08/2020 | 94 | BRIEF in Opposition filed by Tony Evers re 6 MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* MOTION for Hearing . (Attachments: # 1 Exhibit 1 WVA v. WEC, # 2 Exhibit 2 Trump v. Boockvar, # 3 Exhibit 3 Trump v. Secretary Commonwealth, # 4 Exhibit 4 Trump v. Evers Order, # 5 Exhibit 5 Trump v. Biden Consolidation Order, # 6 Exhibit 6 King v. Whitmer, # 7 Exhibit 7 Kelly v. Commonwealth, # 8 Exhibit 8 Wood v. Raffensperger, # 9 Exhibit 9 Wood v. Raffensberger (11th Cir.), # 10 Exhibit 10 WVA v. Racine, # 11 Exhibit 11 Trump v. Biden Notice of Appeal, # 12 Exhibit 12 Trump v. Biden Motion for Judgment)(Mandell, Jeffrey) |
| 12/08/2020 | 95 | BRIEF in Support filed by Tony Evers re 84 MOTION to Dismiss *Plaintiff's Complaint* . (Attachments: # 1 Appendix A Outline of Complaint Headings, # 2 Exhibit 1 King v. Whitmer, # 3 Exhibit 2 Pearson v. Kemp Dkt. 74, # 4 Exhibit 3 Trump v. Sec. of PA, # 5 Exhibit 4 Bognet v. Commonwealth, # 6 Exhibit 5 Hotze v. Hollins, # 7 Exhibit 6 Jefferson v. Dane County, # 8 Exhibit 7 WVA v. Racine, # 9 Exhibit 8 Ga. Voters All. v. Fulton Cty., # 10 Exhibit 9 S.C. Voters All. v. Charleston Cty., # 11 Exhibit 10 PA Voters All. v. Ctr. Cty., # 12 Exhibit 11 Tex. Voters All. v. |

| | | | |
|---|---|---|---|
| | | | Dallas Cty., # 13 Exhibit 12 Iowa Voters All. v. Black Hawk Cty., # 14 Exhibit 13 Election Integrity v. Lansing, # 15 Exhibit 14 Minn. Voters All. v. Minneapolis, # 16 Exhibit 15 O'Bright v. Lynch, # 17 Exhibit 16 Trump v. Evers, # 18 Exhibit 17 Wis. Voters All. v. WEC, # 19 Exhibit 18 Trump v. Biden Consolidation Order, # 20 Exhibit 19 Trump v. Biden Recount Petition, # 21 Exhibit 20 Wood v. Raffensperger (11th Cir.), # 22 Exhibit 21 Kelly v. Commonwealth, # 23 Exhibit 22 Wood v. Raffensperger, # 24 Exhibit 23 Andino v. Middleton)(Mandell, Jeffrey) |
| 12/08/2020 | 96 | | MOTION to Dismiss by Marge Bostelmann, Ann S Jacobs, Dean Knudson, Douglas J La Follette, Robert F Spindell, Jr, The Wisconsin Elections Commission, Mark L Thomsen. (Roth, Colin) |
| 12/08/2020 | 97 | | MOTION to Dismiss by Democratic National Committee. (Umberger, Michelle) |
| 12/08/2020 | 98 | | BRIEF in Opposition filed by Marge Bostelmann, Ann S Jacobs, Dean Knudson, Douglas J La Follette, Robert F Spindell, Jr, The Wisconsin Elections Commission, Mark L Thomsen 6 MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution and Motion for Hearing* and BRIEF IN SUPPORT of 96 MOTION to Dismiss . (Roth, Colin) Modified on 12/8/2020 (vkb) |
| 12/08/2020 | 99 | | MOTION to Dismiss for Failure to State a Claim and MOTION to Dismiss for Lack of Jurisdiction filed by Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss and Wisconsin State Conference NAACP (Goode, Joseph) Modified on 12/8/2020 (vkb) |
| 12/08/2020 | 100 | | BRIEF IN OPPOSITION re 6 Motion for Preliminary Injunction and BRIEF IN SUPPORT re 99 MOTION to Dismiss for Lack of Jurisdiction and FOR FAILURE TO STATE A CLAIM filed by Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss and Wisconsin State Conference NAACP. (Attachments: # 1 Exhibit A – Oral Argument, # 2 Exhibit B – Trump v. Evers, # 3 Exhibit C – Mueller v. Jacobs, # 4 Exhibit D – Wisc. Voters v. Wisc. Election Commission)(Goode, Joseph) Modified on 12/8/2020 (vkb) |
| 12/08/2020 | 101 | | BRIEF in Opposition filed by Democratic National Committee re 6 MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution* MOTION for Hearing . (Attachments: # 1 Exhibit 1 – Trump v. Evers Case, # 2 Exhibit 2 – Mueller v. Jacobs Case, # 3 Exhibit 3 – Wisconsin Voters Alliance Case, # 4 Exhibit 4 – King v. Whitmer Case, # 5 Exhibit 5 – March 29, 2020 Guidance, # 6 Exhibit 6 – Jefferson v. Dane Case, # 7 Exhibit 7 – CTCL Webpage, # 8 Exhibit 8 – Sept 26, 2020 Guidance, # 9 Exhibit 9 – Aug 19, 2020 Guidance, # 10 Exhibit 10 – October 18, 2016 Guidance, # 11 Exhibit 11 – Election Manual, # 12 Exhibit 12 – Wisconsin Election Commission Press Release)(Umberger, Michelle) |
| 12/08/2020 | 102 | | TEXT ONLY ORDER signed by Judge Brett Ludwig on 12/8/2020 re 57 Motion for Leave to File Brief of Amici Curiae Christine Todd Whitman, John Danforth, Lowell Weicker, et al., in Support of Defendants' Opposition to the Motion for Preliminary Injunctive Relief. The Motion is GRANTED. (cc: all counsel) (MP) |
| 12/08/2020 | 103 | | TEXT ONLY ORDER signed by Judge Brett Ludwig on 12/8/2020 re 91 Civil L.R. 7(h) Expedited Non–Dispositive Motion for Leave to File Non–Party Amicus Brief. The Motion is GRANTED. (cc: all counsel) (MP) |
| 12/08/2020 | 104 | | TEXT ONLY ORDER signed by Judge Brett Ludwig on 12/8/2020 re 68 Civil L.R. 7(h) Expedited Nondispositive Motion to Quash Subpoena, for Protective Order or Order In Limine Barring Testimony of Maribeth Witzel–Behl and Delaying Any Evidentiary Hearing. The Defendants' motion to delay the evidentiary hearing is denied. Consistent with the discussions at last Friday's status/scheduling conference, the Court will allow the plaintiff a hearing on the claims raised and relief sought in the complaint. The Defendants' motion to quash, for protective order or order in limine will be addressed at the December 9, 2020 final pretrial conference. The Court understands the Defendants' desire not to unnecessarily burden the proposed witness, particularly where, as plaintiff has acknowledged, the material facts are not in dispute. Accordingly, in advance of the final pretrial conference, the parties are directed to meet and confer on a potential set of stipulated facts that would obviate the need for the witnesses' testimony. If no agreement is reached, the Court will rule on the motion at the final pretrial conference. (cc: all counsel) (MP) |

| | | |
|---|---|---|
| 12/08/2020 | 105 | TEXT ONLY ORDER signed by Judge Brett Ludwig on 12/8/2020 re <u>79</u> Civil L.R. 7(h) Expedited Non–Dispositive Motion to Stay Evidentiary Hearing or, in the alternative, to Quash Subpoena for Thomas Barrett and Claire Woodall–Vogg. The Defendants' motion to stay the evidentiary hearing is denied. Consistent with the discussions at last Friday's status/scheduling conference, the Court will allow the plaintiff a hearing on the claims raised and relief sought in the complaint. Defendants will have the opportunity to make any arguments raised in their motion to dismiss at the December 10, 2020 hearing. The Defendants' motion to quash will be addressed at the December 9, 2020 final pretrial conference. The Court understands the Defendants' desire not to unnecessarily burden the proposed witnesses, particularly where, as plaintiff has acknowledged, the material facts are not in dispute. Accordingly, in advance of the final pretrial conference, the parties are directed to meet and confer on a potential set of stipulated facts that would obviate the need for the witnesses' testimony. If no agreement is reached, the Court will rule on the motion at the final pretrial conference. (cc: all counsel) (MP) |
| 12/08/2020 | <u>106</u> | AMICUS BRIEF filed by Christine Todd Whitman, John Danforth, Lowell Weicker, et al in Support of Defendants' Oppositions to the Motion for Preliminary Injunctive Relief (vkb) |
| 12/08/2020 | <u>107</u> | AMICUS BRIEF filed by Center for Tech and Civic Life (Attachments: # <u>1</u> Appendix A)(vkb) |
| 12/09/2020 | <u>108</u> | AMENDED DISCLOSURE Statement filed by Scott McDonell, Satya Rhodes–Conway, Maribeth Witzel–Behl (May, Michael) Modified on 12/9/2020 (vkb) |
| 12/09/2020 | <u>109</u> | REPLY BRIEF in Support filed by Donald J Trump re <u>6</u> MOTION for Preliminary Injunction *For Expedited Declaratory and Injunctive Relief Pursuant to Article II of the United States Constitution and Motion for a Hearing and BRIEF in Response to Motions to Dismiss (Consolidated)* (Motions to Dismiss <u>69</u> , <u>71</u> , <u>78</u> , <u>84</u> , <u>86</u> , <u>96</u> , <u>97</u> and <u>99</u> ) (Attachments: # <u>1</u> Exhibit A – WEC Original Action Brief)(Bock, William) Modified on 12/9/2020 (vkb) |
| 12/09/2020 | <u>110</u> | MOTION for Leave to File Excess Pages *One Oversized Reply Brief of Up to Fifty Pages* by Donald J Trump. (Attachments: # <u>1</u> Text of Proposed Order)(Bock, William) |
| 12/09/2020 | <u>111</u> | NOTICE of Appearance by Joshua A Matz on behalf of Center for Tech and Civic Life. Attorney(s) appearing: Joshua Matz (Matz, Joshua) |
| 12/09/2020 | <u>112</u> | NOTICE of Appearance by Harmann Singh on behalf of Center for Tech and Civic Life. Attorney(s) appearing: Harmann Singh (Singh, Harmann) |
| 12/09/2020 | <u>113</u> | DISCLOSURE Statement by John Antaramian, Tara Coolidge, Eric Genrich, Matt Krauter, Cory Mason, Kris Teske. (Gahnz, Dixon) |
| 12/09/2020 | <u>114</u> | MOTION in Limine by Tony Evers. (Brook, Davida) |
| 12/09/2020 | <u>115</u> | Report *of Parties' Meet and Confer Conference*. (Attachments: # <u>1</u> Exhibit A – Report of Parties Meet and Confer Conf.)(Bock, William) |
| 12/09/2020 | <u>116</u> | ORDER ESTABLISHING REMOTE HEARING PROTOCOLS signed by Judge Brett Ludwig on 12/9/20. By 12/9/20 at 9:00 p.m. counsel should email the court and provide the names of witnesses and 1–2 attorneys per party who will participate in the hearing. On 12/10/20 at 8:45 am. (fifteen minutes before the set time for the hearing), all counsel and witnesses shall participate in a pre–hearingtesting of the Zoom audio and video conference technologies. (cc: all counsel)(MP) |
| 12/09/2020 | <u>117</u> | Exhibit List by Donald J Trump. (Attachments: # <u>1</u> Exhibit 1 – Wisconsin Public Radio 11.6.20, # <u>2</u> Exhibit 2 – Guidance for Indefinitely Confined Electors, # <u>3</u> Exhibit 3 – Dane County Clerk Facebook Post, # <u>4</u> Exhibit 4 – Milwaukee Sentinel Journal 3.25.20, # <u>5</u> Exhibit 5 – Rep.Steineke and Sen. Roth editorial 4.20–.20, # <u>6</u> Exhibit 6 – Washington Examiner 11.10.20, # <u>7</u> Exhibit 7 – Building Confidence in U.S. Elections–Report of Comm. on Fed.Election Reform, # <u>8</u> Exhibit 8 – Fed.Prosecution of Election Offenses 2017, # <u>9</u> Exhibit 9 – Voting Fraud is a Real Concern – Newsweek, # <u>10</u> Exhibit 10 – As More Vote by Mail, Faulty Ballots Could Impact Elections – The New York Time, # <u>11</u> Exhibit 11 – Real Clear Politics Top Battlegrounds Page, # <u>12</u> Exhibit 12 – Approved Wisconsin State Voting Plan 2020, # <u>13</u> Exhibit 13 – WEC Drop Box Guidance 8.19.20, # <u>14</u> Exhibit 14 – Absentee Ballot |

| | | Drop Box Info – WI Elections Commissions, # 15 Exhibit 15 – CISA Ballot Drop Box Page, # 16 Exhibit 16 – Wisconsin Center for Investigative Journalism 10.29.20, # 17 Exhibit 17 – Wisconsin Watch – Search for a ballot drop box in your community 10.27.20, # 18 Exhibit 18 – WEC Drop Box List, # 19 Exhibit 19 – Drop Box Info – Hayward WI, # 20 Exhibit 20 – Drop Box Info – City of Menasha Library Drop Box, # 21 Exhibit 21 – Drop Box Info – City of Vermont – Dane County, # 22 Exhibit 22 – Drop Box Info – Village of DeForest – Dane County, # 23 Exhibit 23 – Drop Box Info – Village of Boyd, # 24 Exhibit 24 – Milwaukee Journal Sentinel – Milwaukee gears up for historic election, # 25 Exhibit 25 – Milwaukee Journal Sentinel – Absentee ballot drop boxes replaced, # 26 Exhibit 26 – City of Madison Notice re Drop Boxes 10.16.20, # 27 Exhibit 27 – Drop Box Info – Madison, WI – Elver Park, # 28 Exhibit 28 – CTCL Partners with 5 Wisconsin Cities to Implement Safe Voting Plan 7.6.20, # 29 Exhibit 29 – Voter Turnout in Madison and Dane Surpass Record, # 30 Exhibit 30 – Green Bay Election, # 31 Exhibit 31 – CTCL Announcement of Zuckerberg Donation, # 32 Exhibit 32 – WEC Approves Grants and Mailing for Fall Elections 05–29–20, # 33 Exhibit 33 – Affidavit of Bartholomew R. Williams, # 34 Exhibit 34 – Affidavit of Marie Klobuchar, # 35 Exhibit 35 – Spoiling Absentee Ballot Guidance 10.19.20, # 36 Exhibit 36 – WEC Uniform Absentee Instructions – By–Mail Voters, # 37 Exhibit 37 – What Poll Watchers Can and Cant Do 10.20.20, # 38 Exhibit 38 – Affidavit of Beth A. Brown, # 39 Exhibit 39 – Affidavit of Mary Angelina Horn, # 40 Exhibit 40 – Affidavit of Charles A. Armgardt, # 41 Exhibit 41 – Affidavit of Steven S. Goetz, # 42 Exhibit 42 – Affidavit of Lana Sloane, # 43 Exhibit 43 – Affidavit of Kyle Hudson, # 44 Exhibit 44 – Affidavit of Jeremy Bowers, # 45 Exhibit 45 – Q&A with Meagan Wolfe, # 46 Exhibit 46 – WEC CARES Subgrant Prog.Announcement, # 47 Exhibit 47 – Article & Photo of Oshkosh City Hall, # 48 Exhibit 48 – Photo of Oshkosh City Hall–2020, # 49 Exhibit 49 – Stmt of Madison City Clerk Maribeth Witzel Behl, # 50 Exhibit 50 – Madison City Clerk Tweet – Sept 25, 2020, # 51 Exhibit 52 – Wisc. Republicans tried to stifle plan – 9.26.20, # 52 Exhibit 53 – City of Madison PowerPoint Pres. on Democracy in the Park, # 53 Exhibit 54 – Photo of Duffle Bags from City Madison PowerPoint, # 54 Exhibit 55 – Madison Democracy in the Park Event 10.1.20, # 55 Exhibit 56 – Video from Madison Democracy in the Park Event, # 56 Exhibit 57 – Photo of Madison Democracy in the Park 10.1.20, # 57 Exhibit 58 – Absentee Ballot Drop Boxes Available 15 locations (Madison), # 58 Exhibit 59 – Wisc.Public Radio, Madison Receives..., # 59 Exhibit 60 – City's Ballot Boxes Getting Heavy Use 10.6.20, # 60 Exhibit 61 – City Milwaukee Common Council Press Release, # 61 Exhibit 62 – Affidavit of Claire Woodall–Vogg 11.27.20, # 62 Exhibit 63 – Milwaukee Election Results Expedted...11.3.20, # 63 Exhibit 64 – Milwaukee's Central Count facility will tabulate...11.1.20, # 64 Exhibit 65 – Audio–Radio Ad for Democracry in the Park by Biden for President, # 65 Exhibit 66 – Pltf's Submission Excerpts from Wisc.Election Code, # 66 Exhibit 67 – Wisc.Elections Comm.Q&A with Clerks, # 67 Exhibit 68 – WEC's Responses to Pltf's Req.Admissions and Doc.Requests, # 68 Exhibit 69 – Tweet by Madison Clerk 10.28.20, # 69 Exhibit 70 – Organizing and Processing Absentee Ballots Schrenshot fr WEC Training Video, # 70 Exhibit 71 – WEC Clerks Training Video 2020, # 71 Exhibit 72 – WEC Response to Disc.Req. #1, # 72 Exhibit 73 (Part 1) – WEC Response to Req.No. 2, # 73 Exhibit 73 (Part 2) – WEC Response to Disc.Req. 2, # 74 Exhibit 74 – WEC Response to Disc.Req. #3 Concerning Public Access, # 75 Exhibit 75 – Affidavit of David Bolter)(Bock, William) |
| 12/09/2020 | 118 | NOTICE of Appearance by Christopher Bouchoux on behalf of Democratic National Committee. Attorney(s) appearing: Christopher Bouchoux (Bouchoux, Christopher) |
| 12/09/2020 | 119 | Exhibit List by Tony Evers. (Attachments: # 1 Exhibit 501 Wis. 2020 Certificate of Ascertainment, # 2 Exhibit 502 Recount Petition, # 3 Exhibit 503 11.11.20 Tweet from Donald Trump Jr., # 4 Exhibit 504 11.25.20 Washington Post Article, # 5 Exhibit 505 Summary of 2020 WI Election–Related Cases, # 6 Exhibit 506 Trump Withdrawal of Motion in Georgia)(Mandell, Jeffrey) |
| 12/09/2020 | 120 | REPLY BRIEF in Support filed by Tony Evers re 84 MOTION to Dismiss *Plaintiff's Complaint* . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Brook, Davida) |
| 12/09/2020 | 121 | NOTICE by Democratic National Committee *of Supplemental Authority* (Attachments: # 1 Exhibit 1: Bowyer v. Ducey Order)(Umberger, Michelle) |

| | | |
|---|---|---|
| 12/09/2020 | <u>122</u> | Court Minutes and Order from Final Pre–trial Conference held 12/9/20 before Judge Brett Ludwig. The court granted <u>110</u> Motion for Leave to File Excess Pages. Parties may file replies to their motions to dismiss by 9:00 p.m. on 12/9/20. Parties shall meet and confer to discuss a potential stipulation of facts and an exhibit list to be used for each witness before the final hearing. A report of the conference must be filed by 8:30 a.m. on 12/10/20. (Court Reporter Thomas M.) (MP) |
| 12/09/2020 | <u>123</u> | NOTICE by Tony Evers *Governor Evers' Notice of Supplemental Authority* (Attachments: # <u>1</u> Exhibit A)(Brook, Davida) |
| 12/10/2020 | <u>124</u> | SUMMONS Returned Executed by Donald J Trump. All Defendants. (Attachments: # <u>1</u> Proof of Service – Rhodes–Conway, served on 12/4/2020 # <u>2</u> Proof of Service – Woodall–Vogg, served on 12/4/2020 # <u>3</u> Proof of Service – Christenon, served on 12/4/2020 # <u>4</u> Proof of Service – Jacobs, served on 12/4/2020 # <u>5</u> Proof of Service – Owczarski, served on 12/4/2020 # <u>6</u> Proof of Service – Thomsen, served on 12/4/2020 # <u>7</u> Proof of Service – Evers, served on 12/4/2020 # <u>8</u> Proof of Service – Mason, served on 12/4/2020 # <u>9</u> Proof of Service – Barrett, served on 12/4/2020 # <u>10</u> Proof of Service – Henry, served on 12/4/2020 # <u>11</u> Proof of Service – Teske, served on 12/4/2020 # <u>12</u> Proof of Service – Genrich, served on 12/4/2020 # <u>13</u> Proof of Service – Bostelman, served on 12/4/2020 # <u>14</u> Proof of Service – Spindell, served on 12/4/2020 # <u>15</u> Proof of Service – La Follette, served on 12/4/2020 # <u>16</u> Proof of Service – McDonell, served on 12/4/2020 # <u>17</u> Proof of Service – Coolidge, 12/4/2020 # <u>18</u> Proof of Service – Krauter, served on 12/4/2020 # <u>19</u> Proof of Service – Artaramian, served on 12/4/2020 # <u>20</u> Proof of Service – Knudson, served on 12/4/2020 # <u>21</u> Proof of Service – Witzel–Behl, served on 12/4/2020)(Bock, William) Modified on 12/10/2020 (asc). |
| 12/10/2020 | <u>125</u> | WAIVER OF SERVICE Returned Executed (Attachments: # <u>1</u> Waiver of Service – Christenson, waiver mailed on 12/7/2020 # <u>2</u> Waiver of Service – Henry, waiver mailed on 12/7/2020)(Bock, William) Modified on 12/10/2020 (asc). |
| 12/10/2020 | <u>126</u> | Report *Tender of Proof of Service of Subpoenas on Defendants*. (Attachments: # <u>1</u> Proof of Service (Subpoena) – Woodall–Vogg, # <u>2</u> Proof of Service (Subpoena) – Barrett, # <u>3</u> Proof of Service (Subpoena) – Atty Carroll for Woodall–Vogg and Barrett)(Bock, William) |
| 12/10/2020 | <u>127</u> | STIPULATION *of Proposed Facts and Exhibits* by Tony Evers. (Attachments: # <u>1</u> Exhibit A – Williams Declaration, # <u>2</u> Envelope B – Bolter Declaration)(Mandell, Jeffrey) |
| 12/10/2020 | <u>128</u> | DECLARATION of Bartholomew R. Williams and David J. Bolter (**SIGNED**) in reference to (ECF No. <u>127</u> ) (Attachments: # <u>1</u> Declaration of Bartholomew R. Williams, # <u>2</u> Declaration of David J. Bolter)(Bock, William) Modified on 12/10/2020 (mlm). Modified on 12/10/2020 (mlm). |
| 12/10/2020 | <u>129</u> | NOTICE of Appearance by Mike B Wittenwyler on behalf of Center for Tech and Civic Life. Attorney(s) appearing: Mike B. Wittenwyler (Wittenwyler, Mike) |
| 12/10/2020 | <u>130</u> | TRANSCRIPT of EVIDENTIARY HEARING held on 12/10/2020 before Judge Brett Ludwig Court Reporter/Transcriber John Schindhelm & Susan Armbruster, Contact at 414–290–2640 or 414–290–2641. Transcripts may be purchased using the Transcript Order Form found <u>on our website</u> or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website <u>www.wied.uscourts.gov</u> Redaction Statement due 1/7/2021. Redacted Transcript Deadline set for 1/14/2021. Release of Transcript Restriction set for 3/15/2021. (Schindhelm, John) |
| 12/11/2020 | <u>131</u> | NOTICE by Tony Evers *of Supplemental Authority* (Mandell, Jeffrey) |
| 12/11/2020 | <u>132</u> | NOTICE by Tony Evers *of Supplemental Authority* (Attachments: # <u>1</u> Exhibit A – Simanek's Order, # <u>2</u> Exhibit B – Findings of Fact Excerpt, # <u>3</u> Exhibit C – Recount Hearing Transcript)(Mandell, Jeffrey) |
| 12/12/2020 | <u>133</u> | Court Minutes and Order from Final Hearing held 12/10/20 before Judge Brett Ludwig. The court denies as moot: <u>62</u> Motion to Quash, <u>68</u> Motion to Quash, <u>79</u> Motion to Quash and <u>114</u> Motion in Limine. The court takes under advisement: <u>6</u> |

| | | |
|---|---|---|
| | | motion for preliminary injunction and all motions to dismiss,ECF Nos. 69 , 71 , 78 , 84 , 86 , 96 , 97 , and 99 . The stipulation of proposed facts and exhibits, 127 is APPROVED. Defendant Governor Evers oral motion for judgment is taken under advisement(Court Reporter John S. and Susan A.) (MP) |
| 12/12/2020 | 134 | DECISION AND ORDER signed by Judge Brett Ludwig on 12/12/20. Plaintiffs complaint 1 is DISMISSED WITH PREJUDICE. Plaintiffs motion for preliminary injunction 6 is DENIED as moot. Defendants motions to dismiss 69 , 71 , 78 , 84 , 86 , 96 , 97 , and 99 , are GRANTED. Defendant Governor Evers oral motion for judgment under Fed. R. Civ. P. 52 is GRANTED. (cc: all counsel) (MP) |
| 12/12/2020 | 135 | JUDGMENT signed by Deputy Clerk on 12/12/20. The action is DISMISSED WITH PREJUDICE and the plaintiff shall recover nothing on the complaint. (cc: all counsel) (MP) |
| 12/12/2020 | 136 | NOTICE OF APPEAL as to 134 Order on Motion to Dismiss,,,,,,,, Order on Motion for Preliminary Injunction,, Order on Motion to Dismiss for Failure to State a Claim,,,,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,, Order on Motion for Hearing, 135 Judgment by Donald J Trump. Filing Fee PAID $505, receipt number AWIEDC–3667398 (cc: all counsel) (Bock, William) |
| 12/12/2020 | 137 | Docketing Statement by Donald J Trump re 136 Notice of Appeal, (cc: all counsel) (Bock, William) |
| 12/12/2020 | 138 | Report *Plaintiff's Notice of Filing*. (Bock, William) |