2021 WL 850635
Only the Westlaw citation is currently available.
Supreme Court of the United States.

Donald J. TRUMP,

v.

WI ELECTIONS COMMISSION, et al.

No. 20-883
|
March 8, 2021

Case below, 983 F.3d 919.

**Opinion**

**\*1**  The petition for writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2021 WL 850635 (Mem)

---

End of Document   © 2021 Thomson Reuters. No claim to original U.S. Government Works.