2021 WL 666465
Only the Westlaw citation is currently available.
Supreme Court of the United States.

Donald J. TRUMP, et al.
v.
Joseph R. BIDEN, et al.

No. 20-882
|
February 22, 2021

Case below, 951 N.W.2d 568.

**Opinion**

*1 The petition for writ of certiorari is denied.

**All Citations**

--- S.Ct. ----, 2021 WL 666465 (Mem)

---

End of Document © 2021 Thomson Reuters. No claim to original U.S. Government Works.