# EXHIBIT A

| | TRUMP v. WEC TIME ENTRIES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | JAM Description | JAM Hours | RES Description | RES Hours | RAM Description | RAM Hours | Description (Others) | Hours |
| 1-Dec | | | | | | | | |
| 2-Dec | [Trump] - Review Trump v. WEC complaint (1.1); telephone conference with VPP team (0.7); intraoffice conferences and emails re Trump v. WEC complaint (0.6). | 2.4 | [Trump] - Conference calls and email exchange with Mr. Mandell, Mr. Manthe, and co-counsel re Trump v. WEC complaint. | 0.6 | [Trump] - Conference calls and email exchange with Mr. Mandell, Ms. Snyder, and co-counsel re Trump v. WEC complaint. | 0.6 | | |
| 3-Dec | [Trump] - Draft and file letter to Judge Ludwig (0.8); email exchanges and telephone conferences with VPP team (4.2); conference with Ms. Snyder re Trump case (0.2). | 5.2 | [Trump] - Conference with Mr. Mandell re Trump case (0.2); Zoom conference with co-counsel re Trump case (1.0). | 1.2 | [Trump] - Outline arguments against Trump v. WEC motion for TRO. | 1.5 | | |
| 4-Dec | [Trump] - Email exchanges and telephone conferences with VPP team re Trump case (2.4); telephone conference with DOJ team, Mr. Nilsestuen, and Mr. Eisen re Trump case (0.9); prepare for and lead telephone conference among defendants in Trump case (1.7); prepare for and participate in scheduling conference in Trump case (1.5); divvy up work for TRO briefs in Trump case (0.4); email exchanges with team (0.9). | 7.8 | [Trump] - Conference calls with co-counsel and clients re Trump case (1.9); conference call with co-defendants re Trump case (1.3); attend scheduling conference (1.5); review draft brief in opposition to Trump TRO request (1.8). | 6.5 | [Trump] - Draft brief opposing Trump's motion for TRO (5.3); phone conference with counsel for co-defendants (1.0); attend court scheduling conference (1.5). | 7.8 | | |
| 5-Dec | [Trump] - Telephone conference with Mr. Nilsestuen re Trump case (0.2); telephone conferences with Ms. Snyder re Trump case (0.4); email exchanges with Mr. Roth re Trump case (0.3); email exchanges with Ms. Snyder and Mr. Manthe re Trump case (0.3). | 1.2 | [Trump] - Telephone conference with Mr. Mandell re Trump case (0.4); email exchanges with Mr. Mandell and Mr. Manthe re Trump case (0.3). | 0.7 | [Trump] - Email exchanges with Ms. Snyder and Mr. Mandell re Trump case. | 0.3 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | Description | Hours |
|---|---|---|---|---|---|---|---|---|
| 6-Dec | [Trump] - Email exchange with defense counsel in Trump case (0.4); telephone conference with Mr. O'Neill re Trump case (0.3); review Trump's witness list (0.3). | 1.0 | | 0 | | 0 | | |
| 7-Dec | [Trump] - Telephone conference with other defense counsel in Trump case (1.0); telephone conference and follow-up email exchange with Dr. Burden (0.6); research and begin drafting brief in support of motion to dismiss in Trump case (6.1); telephone conferences, email exchanges, and instant messages with Ms. Snyder and Mr. Manthe (1.2). | 8.9 | [Trump] - Begin drafting Trump v. WEC brief in support of motion to dismiss (3.9); status call with counsel for co-defendants in Trump case (1.0); conference call with Mr. Mandell and Mr. Manthe re brief in Trump case (1.2). | 6.1 | [Trump] - Draft brief opposing motion for injunction in Trump case (6.3); conference with counsel for co-defendants re Trump case (1.0); conference with Mr. Mandell and Ms. Snyder re brief in Trump case (1.2). | 8.5 | | |
| 8-Dec | [Trump] - Review, revise, finalize, and file briefs in Trump case (8.7); email exchanges with Mr. Wessler re Trump case (0.3); email exchange with Mr. Shackelford re Trump case (0.2); instant message exchange and telephone conferences with Mr. Manthe re Trump case (0.2); review DOJ motion to stay evidentiary hearing in Trump case (0.3); telephone conferences with Ms. Eyers re Trump case (0.4); telephone conference with Mr. Manthe, Ms. Snyder and co-counsel re Trump case (1.1); email exchange with Ms. Callan re FRCP 12(i) (0.2). | 11.4 | [Trump] - Continue drafting and finalize motion to dismiss (0.6), brief in support of motion to dismiss (2.6), and brief in opposition to TRO (3.4); conference with Mr. Mandell, Mr. Manthe, and co-counsel re Trump case (1.1). | 7.7 | [Trump] - Draft brief opposing motion for injunction in Trump case (6.6); conference with Mr. Mandell, Ms. Snyder, and co-counsel regarding the same (1.1); instant message exchange and telephone conferences with Mr. Mandell re Trump case (0.2) | 7.9 | LEC: Email exchange with Mr. Mandell (0.2); research regarding FRCP 12(i); (1.1) prepare email to Mr. Mandell regarding the same and 7th Circuit caselaw interpreting or using Rule 12(i) (0.2). | 1.5 |

| Date | Task | Hrs | Task | Hrs | Task | Hrs | | |
|---|---|---|---|---|---|---|---|---|
| 9-Dec | [Trump] - Prepare for and participate in pretrial conference in Trump case (4.2); host three separate alignment calls among defense counsel in Trump case (1.9); participate in meet-and-confer telephone conference with Plaintiff's counsel (1.0); review draft motion in limine (0.4); telephone conferences with Mr. Nilsestuen re Trump case (0.7); review Bowyer and decision (0.6); telephone conferences with VPP team re use of Bowyer and Feehan decisions in Trump case (2.1); telephone conferences with Ms. Brook (0.5); telephone conferences with Ms. Snyder, Mr. Manthe, and Ms. Eyers re Trump case (0.7). | 12.1 | [Trump] - Prepare exhibits for evidentiary hearing in Trump case (1.0); conference calls with co-defendants (1.9); conference call with Mr. Mandell, Mr. Manthe, and co-counsel (1.0); participate in pre-trial conference call ith opposing counsel, co-counsel, co-defendants, and Judge Ludwig (2.0); assist with prepration for hearing in Trump case (2.2). | 8.1 | [Trump] - Draft reply brief in support of motion to dismiss in Trump case (5.9); attend pre-trial conference in Trump case (2.0); conference with Mr. Mandell, Ms. Snyder and co-counsel (1.0); assist in preparations for merits hearing in Trump case (3.3). | 12.2 | | |
| 10-Dec | [Trump] - Prepare for and participate in trial of Trump case (10.6); VPP telephone conferences (1.3); conference with Mr. Mandell, Mr. Manthe, and co-counsel (.8). | 12.7 | [Trump] - Prepare for (1.3) and attend evidentiary hearing (5.5); conference with Mr. Mandell, Mr. Manthe, and co-counsel (.8). | 7.6 | [Trump] - Conference with Mr. Mandell, Ms. Snyder, and co-counsel in preparation for merits hearing (.8); assist Mr. Mandell in preparation for merits hearing (1.2); attend merits hearing (5.7). | 7.7 | | |
| 11-Dec | [Trump] - Draft, revise, finalize, and file subsequent authority notice in Trump case (1.2); email exchanges with VPP team (0.4); conference with Ms. Snyder, Mr. Manthe, and co-counsel (1.6); email exchange with Prof. Sherry (0.2). | 3.4 | [Trump] - Draft two notices of supplemental authority and prepare for filing (2.1); conference with Mr. Mandell, Mr. Manthe, and co-counsel (1.6). | 3.7 | [Trump] - Review decision of state court in Trump v. Biden (.7); conference with Mr. Mandell, Ms. Snyder and co-counsel (1.6). | 2.3 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 12-Dec | [Trump] - Review Judge Ludwig's decision in Trump case (1.2); review appeal paperwork in Trump case (0.4); email exchanges and telephone conferences with co-counsel and with co-defendants re decision in Trump case (1.4). | 3.0 | [Trump] - Review court order. | 0.8 | | | | |
| 13-Dec | [Trump] - Telephone conference with Mr. Nelson; telephone conferences with Mr. Devaney; telephone conference with Mr. Roth; email exchanges with VPP team; text exchange with Mr. Nilsestuen. | 1.3 | | | | | | |
| 14-Dec | [Trump] - Review briefing schedule for Seventh Circuit in Trump appeal (0.2); email exchanges with counsel for WEC and municipalities in Trump case (0.4); email exchanges with VPP team re Trump case (0.7); email exchanges with Ms. Snyder and Mr. Manthe re collateral estoppel (0.8). | 2.1 | [Trump] - Email exchanges with Mr. Mandell and Mr. Manthe re collateral estoppel. | 0.8 | [Trump] - Email exchanges with Mr. Mandell and Ms. Snyder re collateral estoppel. | 0.8 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 15-Dec | [Trump] - Email exchanges with Mr. Manthe re Trump appeal (0.3); email exchanges with counsel for co-defendants in Trump appeal (0.9); telephone conference with Mr. Roth re Trump appeal (0.6); telephone conference with Ms. Brook (0.5); prepare for and lead call among all Trump defense counsel (1.8); follow-up email to all defense counsel in Trump case (0.8); telephone conference with Ms. Snyder and Mr. Manthe re Trump case (0.7). | 5.6 | [Trump] - Prepare outline for appellate response brief in Trump case (2.7); conference with Mr. Mandell and Mr. Manthe re Trump case (.7); conference call with co-defendants and co-counsel regarding response brief (1.0). | 4.4 | [Trump] - Email exchanges with Mr. Mandell (.3); research regarding response to appeal (3.3); call with counsel for co-defendants regarding briefing strategy (1.0); telephone conference with Mr. Mandell and Ms. Snyder re Trump case (0.7). | 5.3 | | |
| 16-Dec | [Trump] - Telephone conference with Mr. Manthe and Ms. Snyder re Trump briefing (0.6); email exchanges with other defendants' counsel in Trump case (0.8); review Trump appellate brief (4.2). | 5.6 | [Trump] - Conference with Mr. Mandell and Mr. Manthe (0.6); draft portions of the appellate repsonse brief (6.2). | 6.8 | [Trump] - Research for appellate response brief (6.0); draft response brief (2.0); conference with Mr. Mandell and Ms. Snyder (0.6). | 8.6 | | |
| 17-Dec | [Trump] - Telephone conferences with Ms. Eyers re Trump appeal (0.2); telephone conference and email exchanges with Mr. Manthe and Ms. Snyder (0.5); email exchanges with counsel for other defendants in Trump case (1.4); telephone conference with Ms. Brook (0.3); stitch together, review, and revise brief (9.6); email exchange with Mr. Curtis re Trump brief (0.4). | 12.4 | [Trump] - Conference and email exchanges with Mr. Mandell and Mr. Manthe (0.5); legal research regarding jurisdictional statements and federal rules of appellate procedue (1.4); email exchange with co-counsel and co-defendants (0.6); draft appellate response brief (4.2). | 6.7 | [Trump] - Draft appellate brief (4.6); research regarding jurisdictional statements (1.5); telephone conference with co-counsel (0.8); telephone conference and email exchanges with Mr. Mandell and Ms. Snyder (0.5). | 7.4 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 18-Dec | [Trump] - Review, revise, finalize, and file brief and appendix in Trump appeal (6.5); email exchanges and telephone conferences with counsel for other defendants (1.4); telephone conference with Ms. Brooke (0.2); telephone conferences with Ms. Eyers (0.3); telephone conferences with Ms. Snyder and Mr. Manthe (0.6). | 9.0 | [Trump] - Revise and finalize appellate response brief (4.1); conferences with Mr. Mandell and Mr. Manthe (0.6). | 4.7 | [Trump] - Draft appellate brief (6.2); conferences with Mr. Mandell and Ms. Snyder (0.6). | 6.8 | | |
| 19-Dec | | | | | | | | |
| 20-Dec | [Trump] - Review Trump reply brief to Seventh Circuit (1.0); email exchange with Mr. Curtis (0.2); send Trump reply brief to VPP team (0.1). | 1.3 | | | | | | |
| 21-Dec | Email exchange and telephone conference with Ms. Eyers re printed briefs for Seventh Circuit. | 0.3 | [Trump] - Review Seventh Circuit rules for brief submission (0.5); conference with Ms. Eyers (0.2); review appellate reply brief (1.1). | 1.8 | [Trump] - Review reply brief of appellants. | 0.4 | | |
| 22-Dec | | | | | | | | |
| 23-Dec | | | | | | | | |
| 24-Dec | [Trump] - Review Seventh Circuit decision affirming judgment in Trump case (0.6); email exchanges with VPP team (0.2). | 0.8 | | | | | | |
| 25-Dec | | | | | | | | |
| 26-Dec | | | | | | | | |
| 27-Dec | | | | | | | | |
| 28-Dec | | | | | | | | |
| 29-Dec | [Trump] - Email exchange with Mr. Manthe re costs in Trump appeal (0.1); review Trump campaign cert. petition (0.5); email exchange with Mr. Devaney and Mr. Goode re bill of costs in Trump appeal (0.2) | 0.8 | | | [Trump] - Research regarding attorney fees and costs (.8); email exchange with Mr. Mandell re costs in appeal (.1). | 0.9 | | |

| Date | Description | Hours | | Description | Hours | |
|---|---|---|---|---|---|---|
| 30-Dec | [Trump] - Emails re Trump cert petition in Trump v. Wisconsin Elections Commission (0.3); email to Mr. Nelson (0.2). | 0.5 | | [Trump] - Draft motion for declaration of costs. | 0.7 | |
| 31-Dec | | | | | | |
| 1-Jan | | | | | | |
| 2-Jan | | | | | | |
| 3-Jan | | | | | | |
| 4-Jan | [Trump] - Email exchange with Mr. Manthe and Ms. Umberger re bill of costs in Trump appeal. | 0.1 | | [Trump] - Draft Bill of Costs in Trump appeal. | 0.2 | |
| 5-Jan | | 3.7 | | | | |
| 6-Jan | [Trump] - Email exchanges re statement of costs in Trump appeal (0.2). | 0.2 | | [Trump] - Prepare bill of costs (.3) | 0.3 | |
| 7-Jan | [Trump] - Email exchanges re statement of costs in Trump appeal (0.2); email exchange with Mr. Nilsestuen re seeking costs and fees in Trump case (0.2). | 0.4 | | [Trump] - Prepare bill of costs for filing | 0.2 | |
| 8-Jan | | | | | | |
| 9-Jan | | | | | | |
| 10-Jan | | | | | | |
| 11-Jan | [Trump] - Exchange messages re Supreme Court denial of motions to expedite cert. petitions in Trump appeals (0.2). | 0.2 | | | | |
| 12-Jan | | | | | | |
| 13-Jan | [Trump] - Email exchange with Mr. Nelson about post-inauguration steps in Trump case (0.1). | 0.1 | | | | |

| Date | Description | Hours | Description | Hours | Description | Hours |
|---|---|---|---|---|---|---|
| 14-Jan | [Trump] - Telephone conference with Mr. Manthe re next steps in Trump case (0.2); telephone conference with Mr. Roth re next steps in Trump case (0.2); telephone conference with Mr. Gahnz re Trump v. WEC (0.2). | 0.6 | | | [Trump] - Telephone conference with Mr. Mandell re next steps in Trump case (0.2). | 0.2 |
| 15-Jan | [Trump] - Telephone conference and email exchange with Ms. Snyder re Trump case (0.3); email exchange with Mr. Nelson re Trump case (0.1). | 0.4 | [Trump] - Conference with Mr. Mandell regarding Trump v. WEC motion to dismiss (0.2); legal research regarding SCOTUS motions to dismiss Trump cert. petition (0.5); email to Mr. Mandell regarding SCOTUS rules (0.2). | 0.9 | [Trump] - Research regarding mootness of Trump cert. petition; draft motion to dismiss cert. petition for mootness; research regarding fee petition in Trump. | 1.7 |
| 16-Jan | | | | | | |
| 17-Jan | | | | | | |
| 18-Jan | [Trump] - Telephone conference with Mr. Nelson re Trump appeal (0.2); conference with Ms. Snyder and Mr. Manthe re next steps in Trump appeal (0.1); follow email exchange between Mr. Smith and Ms. Snyder re Trump appeal (0.1); email to counsel for all defendants in Trump case (1.3). | 1.7 | [Trump] - Conference with Mr. Mandell and Mr. Manthe regarding motion to dismiss Trump appeal (0.1); email exchange with co-counsel regarding SCOTUS rules (0.1); email exchange with Mr. Smith re Trump appeal (0.2). | 0.4 | [Trump] - Conference with Mr. Mandell and Ms. Snyder regarding motion to dismiss Trump appeal (0.1). | 0.1 |
| 19-Jan | [Trump] - Email exchanges with other Trump defendants re waiver of cert response (0.2). | 0.2 | | | | |

| Date | Task | Hrs | Task | Hrs | Task | Hrs |
|---|---|---|---|---|---|---|
| 20-Jan | [Trump] - Telephone conferences with Ms. Snyder and Ms. Eyers re SCOTUS filings in Trump case (0.1). | 0.1 | [Trump] - Research and draft waiver of response for Trump v. WEC SCOTUS cert petition (0.5); telephone conferences withMr. Mandell and Ms. Eyers re SCOTUS filings in Trump case (0.1). | 0.6 | | |
| 21-Jan | [Trump] - Review SCOTUS filings and emails about them in Trump case (0.1). | 0.1 | [Trump] - Email to co-defendants regarding waiver of response to Trump v. WEC SCOTUS cert petition. | 0.1 | [Trump] - Research regarding attorney fees in Trump case (0.4). | 0.4 |
| 22-Jan | | | | | [Trump] - Draft outline of Trump Fee Petition (1.1). | 1.1 |
| 23-Jan | | | | | | |
| 24-Jan | | | | | | |
| 25-Jan | [Trump] - Review Supreme Court orders list for Trump case (0.1); email exchange with Mr. Manthe and Ms. Snyder re Trump case (0.1). | 0.3 | [Trump] - Email exchange with Mr. Manthe and Mr. Mandell re Trump case (0.1); email to opposing counsel regarding Trump filings (0.2). | 0.3 | [Trump] - Draft outline of fee petition arguments against Trump (.3); email exchange with Mr. Mandell and Ms. Snyder re Trump case (0.1). | 0.4 |
| 26-Jan | [Trump] - Email exchanges re fee petitions in Trump case. | 0.1 | | | | |
| 27-Jan | [Trump] - Emails regarding waivers of response to Trump cert. petition (.2). | 0.2 | | | [Trump] - Research for and draft fee petition brief in Trump case. | 0.8 |
| 28-Jan | | | | | [Trump] - Draft brief in support of fee petition in Trump case. | 0.7 |
| 29-Jan | | | | | | |
| 30-Jan | | | | | | |
| 31-Jan | | | | | | |
| 1-Feb | | | | | | |
| 2-Feb | | | | | | |
| 3-Feb | | | | | | |
| 4-Feb | | | | | | |
| 5-Feb | | | | | | |
| 6-Feb | | | | | | |
| 7-Feb | | | | | | |
| 8-Feb | | | | | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 9-Feb | [Trump] - Review Trump supplemental brief in Supreme Court (0.2); email exchange with Mr. Smith, Mr. Nelson, Mr. Shackelford, Ms. Brook, Mr. Morrissey, Ms. Snyder, and Mr. Manthe re Trump supplemental brief (0.1); email to Mr. Nilsestuen re Trump supplemental brief (0.1); email exchanges with counsel for other defendants in Trump case re Trump supplemental brief (0.3). | 0.7 | [Trump] - Review Trump supplemental brief submitted to SCOTUS (.5). | 0.5 | [Trump] - Email correspondence from Mr. Mandell (.1). | 0.1 | | |
| 10-Feb | | | | | | | | |
| 11-Feb | | | | | | | | |
| 12-Feb | | | | | | | | |
| 13-Feb | | | | | | | | |
| 14-Feb | | | | | | | | |
| 15-Feb | | | | | | | | |
| 16-Feb | [Trump] -Telephone conference with Mr. Jones re Trump v. WEC (0.4); telephone conference with Mr. Manthe re Trump v. WEC (0.3). | 0.7 | | | [Trump] - Telephone conference with Mr. Mandell re Trump v. WEC (.3). | 0.3 | | |
| 17-Feb | [Trump] - Telephone conference with Mr. Nilsestuen re Trump case (0.1); email exchange with Mr. Manthe re timing of Trump case at SCOTUS (0.1). | 0.2 | | | [Trump] - Email exchange with Mr. Mandell re timing of Trump case at SCOTUS (.1). | 0.1 | | |
| 18-Feb | | | | | [Trump] - Draft outline of Trump fee petition (.9). | 0.9 | | |
| 19-Feb | [Trump] - Review blog post re supplemental brief in Trump v. WEC case (0.1). | 0.1 | | | [Trump] - Draft outline for Trump fee petition (.3); revise Mr. Mandell's declaration (.2). | 0.5 | | |
| 20-Feb | | | | | | | | |
| 21-Feb | | | | | | | | |
| 22-Feb | | | | | | | | |
| 23-Feb | | | | | [Trump] - Correspond with co-counsel regarding fee petitions for Trump case (.3). | 0.3 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 24-Feb | | | | | | | | |
| 25-Feb | | | | | | | | |
| 26-Feb | | | | | | | | |
| 27-Feb | | | | | | | | |
| 28-Feb | | | | | | | | |
| 1-Mar | | | | | [Trump] - Revise brief in support of petition for fees. | 1.6 | | |
| 2-Mar | [Trump] - Conference with Ms. Snyder and Mr. Manthe regarding fee petition strategy and research plan (.3). | 0.3 | [Trump] - Conference with Mr. Mandell and Mr. Manthe regarding fee petition strategy and research plan (.3). | 0.3 | [Trump] - Conference with Ms. Snyder and Mr. Mandell regarding fee petition strategy and research plan (.3). | 0.3 | | |
| 3-Mar | | | | | | | | |
| 4-Mar | | | | | | | | |
| 5-Mar | | | | | | | | |
| 6-Mar | | | | | | | | |
| 7-Mar | | | | | | | | |
| 8-Mar | [Trump] - Review Supreme Court orders list for cert denial in Trump v. WEC (0.1); draft email to counsel for co-defendants in Trump v. WEC (0.2). | 0.3 | | | [Trump] - Research regarding fee petition (.2). | 0.2 | | |
| 9-Mar | [Trump] - Email exchanges with counsel for co-defendants in Trump v. WEC (0.3); email exchange with Mr. Manthe and Ms. Snyder re Trump v. WEC (0.1); telephone conference with Mr. Nilsestuen (0.1). | 0.5 | [Trump] - Email exchange with Mr. Manthe and Mr. Mandell re Trump v. WEC (0.1) | 0.1 | [Trump] - Email exchange with Mr. Mandell and Ms. Snyder re Trump v. WEC (0.1) | | | |
| 10-Mar | [Trump] - Review emails from Mr. Devaney and Mr. Kilpatrick re fee issues in Trump case (0.1). | 0.1 | | | [Trump] - Research regarding fee petition (.7). | 0.7 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 11-Mar | [Trump] - Review research memo re fees issues in Trump case (0.2). | 0.2 | [Trump] - Research regarding district court jurisdiction over appellate fee petitions and joint and several liability for fee awards (.9) email to Mr. Mandell and Mr. Manthe regarding the same (.2). | 1.1 | [Trump] - Research regarding fee petition (.4). | 0.4 | | |
| 12-Mar | [Trump] - Telephone conference with Mr. Manthe and Ms. Snyder re fee petitions in Trump case (.5) | 0.6 | [Trump] - Conference with Mr. Mandell and Mr. Manthe regarding Trump fee petition (.5) | 0.5 | [Trump] - Research regarding fee petition (.5); call with Mr. Mandell and Ms. Snyder regarding fee petition (.5); draft Trump fee petition (.9). | 1.9 | | |
| 13-Mar | | | | | | | | |
| 14-Mar | | | | | | | | |
| 15-Mar | [Trump] - Telephone conference with Mr. Bach, Mr. Lenz, Ms. Snyder, and Mr. Manthe re Trump v. WEC (0.4); telephone conference with Ms. Snyder re Trump v. WEC (0.1). | 0.5 | [Trump] - Conference call with Mr. Mandell and Mr. Manthe and counsel for co-defendants regarding fee petitions (.4); conference with Mr. Mandell regarding the same (.1). | 0.5 | [Trump] - Draft Trump fee petition brief (3.9); call with co-defendants to discuss petition strategy (.4). | 4.1 | | |
| 16-Mar | [Trump] - Telephone conference with Ms. Rosenzweig re declaration in support of fee petitions in Trump case (.1). | 0.1 | | | [Trump] - Draft brief in support of fee petition in Trump matter (5.4). | 5.4 | | |
| 17-Mar | [Trump] - Email exchange with Mr. Jones re Trump v. WEC (0.2). | 0.2 | | | [Trump] - Draft Trump fee petition brief (3.2) | 3.2 | | |
| 18-Mar | | | | | | | | |
| 19-Mar | | | | | | | | |
| 20-Mar | [Trump] - Review and revise brief in support of fee petition in Trump v. WEC (3.7). | 3.7 | | | | | | |
| 21-Mar | [Trump] - Research, review, and revise brief in support of fee petition in Trump v. WEC (7.7). | 7.7 | | | | | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 22-Mar | [Trump] - Telephone conference with Mr. Manthe and Ms. Snyder re fee petition in Trump (0.6); email exchanges and telephone conferences with other attorneys about declaration in support of fee petition in Trump (0.2). | 0.8 | [Trump] - Conference call with Mr. Mandell and Mr. Manthe regarding Trump brief in support of motion for fees (.6). | 0.6 | [Trump] - Conference with Mr. Mandell and Ms. Snyder regarding fee petition briefs (.6); revise brief in support of fee petition in Trump matter (1.9) | 2.5 | | |
| 23-Mar | [Trump] - Email exchanges and telephone calls with other counsel re fee petitions in Trump case (0.2); review and revise brief in support of fee petition in Trump case (3.9); email exchanges with Mr. Manthe and Ms. Snyder re brief in support of fee petition in Trump case (0.2). | 4.3 | [Trump] - Email exchanges with Mr. Mandell and Mr. Manthe re brief in support of fee petition in Trump case (0.2). | 0.2 | [Trump] - Draft Trump fee petition (2.3); email exchanges with Mr. Mandell and Ms. Snyder re brief in support of fee petition in Trump case (0.2). | 2.5 | | |
| 24-Mar | [Trump] - Draft declaration in support of Trump fee petition (1.6); telephone conference and emails exchanges with attorneys submitting declarations in support of Trump fee petition (0.4). | 2.0 | [Trump] - Review Mr. O'Neill's Trump fee petition declaration (.1). | 0.1 | [Trump] - Revise brief in support of fees in Trump matter (2.2). | 2.2 | | |
| 25-Mar | [Trump] - Review and revise declaration in support of fee petition in Trump case (1.6); review and revise brief in support of fee petition in Trump case (1.2); telephone conference with Mr. Manthe re Trump case (0.2); telephone conference with Mr. Nelson re fee petition in Trump case (0.2). | 3.2 | [Trump] - Review brief in support of Trump fee petition (.5). | 0.5 | [Trump] - Draft brief in support of fee petition in Trump matter (2.8); telephone conference with Mr. Mandell (.2). | 3 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | Description | Hours |
|---|---|---|---|---|---|---|---|---|
| 26-Mar | [Trump] - Review and revise brief in support of fees in Trump case (1.7); conference with Ms. Snyder re fee petition brief (.1). | 1.8 | [Trump] - Conference with Mr. Mandell re Trump fee petition brief (.1); review and edit Trump fee petition brief (.4). | 0.5 | [Trump] - Draft brief in support of fee petition in Trump matter (3.2). | 3.2 | | |
| 27-Mar | | | | | | | | |
| 28-Mar | [Trump- Telephone conference with Ms. Callan re brief on fee motion (.3). | 0.3 | | | | | [Trump] - Edit brief in support of petition for attorneys' fees and sanctions (5.7); telephone conference with Mr. Mandell regarding the same (.3). | 6 |
| 29-Mar | | | | | | | | |
| 30-Mar | | | | | | | | |
| 31-Mar | | | | | | | | |
| TOTAL | | 145.5 | | 75.4 | | 119.2 | | 7.5 |

## Billed Expenses

| Event | Exp | Date | Units | Value | Ref # | Text |
|---|---|---|---|---|---|---|
| 3PC3274 | CA82 | 12/05/20 | | 71.67 | 129355 | Conference Call 12/04/20 |
| | | 12/23/20 | | 183.60 | | Court Reporter Fee for 12/10 Hearing Transcript |
| 3PN2011 | CA82 | 01/05/21 | | 83.87 | 129495 | Conference Call 12/07/2020 |
| 3PN2012 | CA82 | 01/05/21 | | 87.56 | 129495 | Conference Call 12/09/2020 |
| 3PN2013 | CA82 | 01/05/21 | | 120.13 | 129495 | Conference Call 12/09/2020 |
| 3PN2014 | CA82 | 01/05/21 | | 18.07 | 129495 | Conference Call 12/10/2020 |
| **Matter Total** | | | | **564.90** | | |