CURRICULUM VITAE

JEFF SCOTT OLSON



Address:     The Jeff Scott Olson Law Firm, S. C.
             131 West Wilson Street, Suite 1200
             Madison, WI 53703-3225

Telephone:   (608) 283-6001
FAX:         (608) 283 0945
E-mail:      jsolson@scofflaw.com
Website:     http://www.scofflaw.com

## EMPLOYMENT HISTORY

Professional Employment History:

1999-present     The Jeff Scott Olson Law Firm, S. C.

1994-1999        Solo Practitioner

1987-1994:       Member, Julian, Olson & Lasker, S.C.

1980-1987:       Member, Julian & Olson, S.C.

1979-1980:       Member, Julian, Olson & Crandall, S.C.

1976-1979:       Associate, Julian & Associates, S.C.

Pre-professional Employment History:

Law Clerk, Julian & Associates, 330 E. Wilson St., Madison, WI 53703, part-time 1975-1976

Law Clerk, Garvey, O'Brien, Anderson and Kelly, 204 E. Grand Ave., Eau Claire, WI 54701, Summer, 1975

Law School Project Assistant to Professor Stuart G. Gullickson, 1973-1974, Summer, 1974, 1974-1975

Private Banjo Instructor, 1975-1976

Banjo Instructor, "Pickin' and Grinnin'" Workshops, 1974-1984

Private Guitar Instructor 1973-1975

Madison YMCA's Guitar Instructor, 1973-1974

Machine Operator, Bush Bros. Cannery, Augusta, WI Summers of 1970, 1971, 1972

Part-time Worker, U.W. Hospitals Food Service, 1971-1972

Editor, The Augusta Free Press, summer, 1970

Computer Program Documenter, Casa Lee, San Juan, Puerto Rico, Summer, 1969

Other Part-time or Short-term Work: Printer's Devil, Swimming Instructor, Farm Worker, Performing Musician


## EDUCATION

Legal Education:     University of Wisconsin, 1973-1976

     Degree:     J.D. 1976

             Activities:     Founding Member, Madison Folk Music Society, 1974-1976

             Chairman of the Board of Governors, Warren Gamalial Harding Memorial Foundation, Inc. (a historical and social organization and a Wisconsin non-profit corporation), 1969-1976

             Member, "The Backwoods Revival" (a semi-professional bluegrass and old-time string  band) 1973-1976

             Assistant to the Program Chairman, Dane County Bar Association, 1974-1975

Graduate Education: Yale University, 1972-1973

     Major: Sociology

     Activities:     Member: New Haven Folk Music Society

             Member: "The Overnight String Band"

2

<u>Undergraduate Education</u>:  University of Wisconsin at Madison, 1968-1972

Degree:        B.A. with Honors, 1972

Major:         Sociology

Activities:    U.W. Fencing Squad, 1968

U.W. Percussion Ensemble, 1969-1971

President, U.W. Folk Arts Society, 1972

<u>High School Education</u>:  Augusta High School, Augusta, Wisconsin, 1964-1968

Activities:    Almost all, including forensics, music, journalism, and athletics; several offices.

Honors
and
Awards:        National Merit Scholar, 1968

United States Presidential Scholar, 1968


## **<u>BAR ADMISSIONS</u>**


<u>Federal Courts of Last Resort</u>

Supreme Court of the United States, 1979

<u>Federal Courts of Appeals</u>

United States Court of Appeals for the Seventh Circuit, 1977

United States Court of Appeals for the Eighth Circuit, 1977

<u>Federal District Courts</u>

United States District Court for the District of Minnesota, 2008

United States District Court for the Central District of Illinois, 2008

United States District Court for the Northern District of Illinois, 2000

3

United States District Court for the District of Arizona, 1990

United States District Court for the Eastern District of Wisconsin, 1977

United States District Court for the Western District of Wisconsin, 1976

<u>State Courts of Last Resort</u>

Supreme Court of the State of Wisconsin, 1976


## **HONORS, ACTIVITIES AND MEMBERSHIPS**

<u>Honors and Awards:</u>

1986:          "Volunteer Attorney of the Year -- 1986," ACLU of Wisconsin Foundation

1988:          "Fair Housing Advocate Award" [with Percy L. Julian, Jr.], Fair Housing Council of Dane County

1994:          "Best Civil Rights Lawyer in Madison" [tie with Michael R. Fox], Madison Magazine

2007           Inducted as a Fellow of the National College of Labor and Employment Lawyers

2010           "Most Decisive Victory of the Year," Wisconsin Employment Lawyers Association

2013           Best Lawyers' 2014, Madison, Litigation - Labor & Employment, "Lawyer of the Year"

2013           Dane County Criminal Defense Lawyers Association, "Warrior of the Year"

2014           Top 25 Lawyers, Madison Magazine

<u>Offices</u>:

1990-91        Chair, State Bar of Wisconsin Individual Rights Section

1986-92        Editor, "RIGHTS," the State Bar of Wisconsin Individual Rights Section Newsletter

1985-88;
2010-2012:
2019 -         Member, Governing Council, State Bar of Wisconsin Civil Rights and Civil

4

Liberties Rights Section

1989-95          Managing Attorney; 1985-1989: Director of Recruiting and Training, Unemployment Compensation Appeals Clinic, Madison, Wisconsin

Activities:

1977-89          Coordinator (for Monona Grove High School) Wisconsin Bar Foundation's "Project Inquiry" (provided attorney-speakers for high school classes)

1977-90          Supervising Attorney, University of Wisconsin Law School Community Law Office (volunteer law student legal aid)

1991             Member, Wisconsin Bicentennial Committee on the Constitution

1991             Member, State Bar Bill of Rights Committee

Biographical Listings:

1989-Present          The Best Lawyers in America

2005-Present          Wisconsin Superlawyers

Biographical Articles:

Doug Moe, "Jeff Olson, A Courtroom Tiger but a Nice One," 31 Madison Magazine, No. 8, 13 (August, 1989).

Chuck Nowlen, "Michael Fox and Jeff Scott Olson," in "Top Lawyers: Dane County Attorneys Pick the Best of Their Peers," 36 Madison Magazine, No. 1, 28 (January, 1994).

Sheridan Glen, "Ode to Papa," Madison Magazine (December, 2002).

Doug Moe, "Jeff Scott Olson: A Civil Rights Crusader," Madison Magazine (December, 2017).

Other Selected Articles:

Larry Kaplan, "Club Owner Scores Legal Victory with 'Charm and Patience,'" Exotic Dancer's Club Bulletin (May 2009) 68-69.

5

American Bar Association; Bar Association of the Seventh Circuit; State Bar of Wisconsin; Dane County Bar Association; National Association of Criminal Defense Lawyers; American Trial Lawyers Association; First Amendment Lawyers Association, Wisconsin Academy of Trial Lawyers, Dane County Criminal Defense Lawyers Association; Wisconsin Employment Lawyers Association

## PUBLICATIONS

Professional Publications:

"Permanent Disability Evaluation under the Wisconsin Worker's Compensation Law," 53 Wis. Bar Bull. 14 (October, 1980)

"Effective Use of Expert Testimony in the Defense of Drunk Driving Cases," 54 Wis. Bar Bull. 17 (December, 1981)

"Truth in Billing," 69 ABA Journal 1344 (October, 1983)

"Protection, Persuasion and Proof: Toward a Model Civil Rights Retainer Agreement for the 90s," in 3 Civil Rights Litigation and Attorneys' Fees Annual Handbook (Lobel and Wolvovitz, eds., Clark Boardman, 1987).

"Contingency Enhancements of Attorneys' Fee Awards: the Lower Courts Respond to Delaware Valley II," in 5 Civil Rights Litigation and Attorneys' Fees Annual Handbook (Wolvovitz, Ed., Clark Boardman, 1989)

"The New Orthodoxy in the Law of Attorneys' Fees Awards," in 6 Civil Rights Litigation and Attorneys' Fees Annual Handbook (Wolvovitz, ed., Clark Boardman, 1990)

"A New Model Retainer Agreement for Civil Rights Cases: Nailing Things Down on Settled Ground," in 7 Civil Rights Litigation and Attorneys' Fees Annual Handbook (Wolvovitz, ed., Clark Boardman Callaghan, 1991)

Margaret Coullard and Jeff Scott Olson, A Comparative Study of the Procedural Effectiveness of State Employment Discrimination Laws and the Relationship Between Strong Employment Discrimination Laws and Strong State Economies (State Bar of Wisconsin Individual Rights and Responsibilities Section, 1991)

"Seeing No Evil: The Metastases of Qualified Immunity 1991-1992," in 8 Civil Rights Litigation and Attorneys' Fees Annual Handbook (Wolvovitz, ed., Clark Boardman Callaghan, 1992)

"A Step Toward Procedural Equality for Civil Rights Claimants:  The Supremes Nix "Heightened Pleading" in <u>Monell</u> Cases," in 9 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Saltzman and Wolovitz, eds., Clark Boardman Callaghan, 1993)

"Trial of Employment Discrimination Cases" in Employment Discrimination, 18-1 (Merrick Rossein, author and editor, 1993)

"Model Retainer Agreement" in Employment Discrimination, App. Q-1 (Merrick Rossein, author and editor, 1993)

"Bunglers at the Gates:  A Fractured Court Fumbles the Right to be Free from Criminal Prosecution Absent Probable Cause," in 10 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Saltzman and Wolovitz, eds., Clark Boardman Callaghan, 1994)

"A Simpler Model Retainer Agreement for Civil Rights Cases," in 11 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Lobel and Saltzman, eds., Clark Boardman Callaghan, 1995)

"How Do You Mend a Broken Heart?  Damages for Emotional Injuries in Civil Rights Actions," in 14 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Saltzman, ed., West Group, 1999)

"A Model Retainer Agreement for Twenty-First Century Civil Rights Lawyers," in 19 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Saltzman, ed., West, 2003)

"The Retainer Agreement in the Modern Plaintiffs' Civil Rights Litigation Practice," in 25 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Saltzman and Wolovitz, eds., Thompson Reuters, 2009)

"Ever Farther from the Path – Recent Decisions on Attorneys' Fees Awards" in 27 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Saltzman, ed., Thompson Reuters, 2011)

"A Model Attorneys' Fees Application" in 28 Civil Rights Litigation and Attorneys' Fees Annual Handbook, (Saltzman, ed., Thompson Reuters, 2012)

"The Role of Quantitative Evidence  from the Private Market in Determining the Amounts of Fee-Award Reductions  on Account of the Amount at Stake and the Results Obtained," in 29 Civil Rights Litigation and Attorney Fees Annual Handbook, 266 (Steven Saltzman, ed., Thompson Reuters, 2013).

"The Deadly Sins of Fee Litigation -- Three Lessons from a Recent Case," in 30 Civil Rights Litigation and Attorney Fees Annual Handbook, (Steven Saltzman, ed., Thompson Reuters, 2014).

"Cavalcade of Lunacy: Attorneys' Fee Applicants Continue to Ignore the Elements of Effective Supporting Affidavits," in 31 Civil Rights Litigation and Attorney Fees Annual Handbook, (Steven Saltzman, ed., Thompson Reuters, 2015).

"Where the Edge Is: Attorneys' Fees Before Judgment, and for Post-Judgment Work, and for Nominal Damages," in 32 Civil Rights Litigation and Attorney Fees Annual Handbook, (Steven Saltzman, ed., Thompson Reuters, 2016).

"A Mature Model Retainer Agreement with Some New Wrinkles For Lawyers Representing Plaintiffs Under Fee-shifting Statutes" in 33 Civil Rights Litigation and Attorney Fees Annual Handbook, (Steven Saltzman, ed., Thompson Reuters, 2017).

"Honoring – More or Less – the Strong Presumption that the Lodestar is the Correct Award -- Recent Decisions on Attorney's Fees Awards," in 34 Civil Rights Litigation and Attorney Fees Annual Handbook, (Steven Saltzman, ed., Thompson Reuters, 2018).

"The Ethics of Contingent-Fee Retainer Agreements that Permit Counsel to Recover the Greater of Either a Percentage Fee or an Enhanced Hourly Fee in Civil Rights Cases," in 35 Civil Rights Litigation and Attorney Fees Annual Handbook, (Steven Saltzman, ed., Thompson Reuters, 2019).

"Significant Fee Awards for Small Damages Recoveries in Civil Rights and Public Interest Cases as a Necessary Vaccine Against Small Damages Violations," in 36 Civil Rights Litigation and Attorney Fees Annual Handbook, (Steven Saltzman, ed., Thompson Reuters, 2020).


Other Publications:

"Why There's No Justice in America," 7 Isthmus No. 35, 29 (August 27, 1982) [review of The Best Defense by Alan M. Dershowitz]

"Drinking and Driving - A Defense Lawyer Tells an Unpopular Story," 9 Isthums No. 28, 1 (July 13, 1984), excerpts also published as "Why Go to Court for a Drinking Driver?", Cleveland Plain Dealer (August 1, 1984), and "A Matter of Defense," The Cincinnati Inquirer (August 11, 1984)

"Crandall for the Defense -- A Look Back at the Beginning of a Brilliant Career," 23 Isthmus No. 41, 1 (October 7, 1988)

"Sexual Harassment Law Outdated," Wisconsin State Journal (October 20, 1991)

"Now the real effort for justice in the courts begins for Tony Robinson's family," Wisconsin State Journal (May 13, 2015)

8

"I want a judge who gives the underdog a fair shot at justice," Wisconsin State Journal (April 2, 2016)

"Andrea J. Farrell and Jeff Scott Olson, "No dishonor in reasonable settlement of Tony Robinson case," Wisconsin State Journal (March 4, 2017)

Published Photographs:

Photograph of Sarah Crandall in Moe, D., "Sarah Crandall -- One of Madison's Best Criminal Defense Lawyers," 29 Madison Magazine, No. 3, 77 (March, 1987)

Photograph of George Blair in "Beloved Bartender Blair Leaves Behind Memories," Wisconsin State Journal, Madison, Wisconsin, (July 18, 1988)

Photograph of John Simon in "Irish Bars of Madison," Madison Magazine (March, 1993)

Photographs of Chuck Nowlen in "Cheating Death in Omro," Madison Magazine (August, 1993)

Photograph of Willow Bacon in "Under the Needle," Madison Magazine (March, 1994)

In Progress:

Starting Out Right on the Banjo -- Frailing from Scratch

## **LEGISLATIVE TESTIMONY**

| | |
|---|---|
| December 8, 1987 | Testimony on behalf of the Individual Rights Section of the State Bar of Wisconsin before the Wisconsin Assembly Judiciary Committee on AB 175 (obscenity). |
| November 15, 1989 | Testimony on behalf of the Individual Rights Section of the State Bar of Wisconsin before the Wisconsin Assembly Colleges and Universities Committee, Small Business Employment and Training Committee, and State Affairs Committee on Sex Harassment |
| November 20, 1989 | Testimony before the Wisconsin Assembly Judiciary Committee on 1989 Assembly Bill 637 (Civil Rights) |
| February 19, 1990 | Testimony before the Wisconsin Senate Committee on Aging, Banking, Commercial Credit and Taxation on Resuscitation in |

9

Nursing Homes

May 7, 1991    Testimony on behalf of the State Bar of Wisconsin Individual Rights Section before the Wisconsin Senate Judiciary Committee and the Wisconsin Assembly Elections and Constitutional Law Committee on 1991 Senate Bill 1 and 1991 Assembly Bill 192 (Private Right of Action for Civil Rights Violations)

### EXPERT TESTIMONY

June 11, 1990    Testimony for the defense in <u>Acharya v. Carroll</u>, Case No. 86-CV-6941, in the Circuit Court for Dane County, Wisconsin, legal malpractice, verdict for defense.

### SPEECHES, PRESENTATIONS AND APPEARANCES

March, 1979    Radio Panelist, "Housing Discrimination in Madison", an hour-long informational call-in show broadcast live on WHA Radio, Madison

September, 1979    Speaker, "Permanent Disability Evaluations in Worker's Compensation Law," A combined program for University of Wisconsin Medical School, Department of Rehabilitation Medicine, and the University of Wisconsin Hospitals' Vocational Evaluation and Counseling Service

November 14, 1980    Speaker, "Wage Discrimination in Employment Under Title VII of the Civil Rights Act of 1964 as Amended -- A Discussion of Pay Inequity," United States Equal Employment Opportunity Commission Fifteenth Anniversary Program, Milwaukee, Wisconsin

November 14, 1980    Television Panelist, "For the Record, In Brief -- Equal Opportunity Day," WMVF-TV, Milwaukee, Wisconsin

December 18, 1980    Speaker, "Law as a Career," Guidance Institute for Talented Students, School of Education University of Wisconsin at Madison

June 9-10, 1981    Lecturer, "Defending Speeding and Drunk Driving Cases," State Bar of Wisconsin Advanced Training Seminar - Continuing Legal Education, Madison, Milwaukee, Wisconsin

| | |
|---|---|
| March 1, 1982 | Radio Panelist, "Wisconsin Issues Forum -- Pornography and Civil Rights," WHA Radio, Madison, Wisconsin |
| November 15, 1982 | Television Panelist, "Innervisions -- The Experience of Filing a Racial Discrimination Complaint," Cable 4 Television, Madison, Wisconsin |
| February 17, 1983 | Speaker, "Public Interest Law and the Private Market," a conference sponsored by the University of Wisconsin Law School Placement Office and the Public Interest Law Students Association, Madison, Wisconsin |
| June 15, 1983, September 15, 1983 | Trainer, Equal Opportunity Advocates, University of Wisconsin Law School, Madison, Wisconsin |
| January 17, 1984 | Lecturer, "Wisconsin Labor and Employment Law Update," National Business Institute, Appleton, Wisconsin |
| March 23, 1984 | Lecturer, "Blowing Them Out with Your Expert" in "Winning Wisconsin Drunk Driving Cases -- Beating Big Brother in 1984", National Legal Seminars, Inc., Madison, Wisconsin |
| January 24, 1985 | Lecturer, "Mr. Green Comes Home -- Awards of Attorneys' Fees in Civil Rights Cases  After Thompson, Watkins, Henry, Hensley and Blum," State Bar of Wisconsin Individual Rights Section, Milwaukee, Wisconsin |
| February 20, 1985 | Lecturer, "Improving Your Hearing Strategy:   A Mock U.C. Hearing," Unemployment Compensation Appeal Clinic, Madison, Wisconsin |
| April 20, 1985 | Lecturer, "Trial of Free Speech Cases Under the Wisconsin Constitution," at the 1985  WCLUF  Litigation  Conference, Wisconsin Civil Liberties Union Foundation, Milwaukee, Wisconsin |

Case 2:20-cv-01785-BHL   Filed 03/31/21   Page 11 of 25   Document 151-1

| | |
|---|---|
| November 8, 1985 | Lecturer, "The Ten Commandments of Compensation: How to Ensure Adequate Attorneys' Fees Awards in Civil Rights Cases," at the Civil Pro Bono Seminar, United States District Court for the Eastern District of Wisconsin, Milwaukee, Wisconsin |
| June 26, 1986 | Lecturer, "Mr. Green Goes to the Hospital -- Nascent Developments in Attorneys' Fees Jurisprudence," State Bar of Wisconsin Individual Rights Section, Fontana, Wisconsin |
| November 1, 1986 | Lecturer, "Protection, Persuasion and Proof:  Toward A Model Retainer Agreement for the '90s," NAACP Legal Defense and Educational Fund, Inc., Lawyers' Institute, Airlie, Virginia |
| November 6-7, 1986 | Lecturer, "Suing and Defending the Government," CES Education Services, Madison and Milwaukee, Wisconsin |
| June 10, 1987 | Lecturer, "Understanding Mr. Green:  A Litigator's Approach to Attorneys' Fees    Jurisprudence," National Association of Protection and Advocacy Systems, Washington, D.C., Annual Conference |
| December 9, 1987 | Lecturer, "Section 1983 in 1988: What Criminal Lawyers Will Need to Know," Dane County Criminal Defense Lawyers Association, Madison, Wisconsin |
| October 11, 1988 | Lecturer, "Equal Employment Opportunity and Cultural Diversity Awareness Management Training Program," Odom & Associates, Inc., for the Milwaukee Metropolitan Sewerage District, Milwaukee, Wisconsin |
| October 21, 1988 | Lecturer, "Contingency Enhancements of Attorneys' Fees Awards:  Mr. Green is Alive and Well and Living in Delaware Valley II," Civil Rights Advocacy in the Post-Reagan Era, Wisconsin ACLU and State Bar of Wisconsin Individual Rights Section, Milwaukee, Wisconsin |
| November 14, 1988 | Panelist, "Racism and the Law:  Rights, Wrongs and Remedies," National Lawyers' Guild and Wisconsin Black Lawyers' Association, Madison, Wisconsin |

| | |
|---|---|
| April 14, 1989 | Lecturer, "Working with Lawyers in Proving Violations of the Fair Housing Laws," Fair Housing Staff Training Legal Seminar on the Fair Housing Act Amendments of 1988, a seminar for the staffs of several Wisconsin fair housing councils sponsored by Julian, Olson & Lasker, S.C., Madison, Wisconsin |
| April 27, 1989 | Speaker, "An Attorney's Perspective on How to be a Good Witness," Metropolitan Milwaukee Fair Housing Council Annual Tester Social, Metropolitan Milwaukee Fair Housing Council, Milwaukee, Wisconsin |
| November 20-21, 1989 | Lecturer, "Concurrent State Court Jurisdiction Over Federal Employment Litigation -- The Wisconsin Courts Are Open," State Bar of Wisconsin Labor Law Section, Madison and Milwaukee, Wisconsin |
| December 6, 1989 | Lecturer, "Worker's Compensation in Wisconsin-- Issues and Answers," National Business Institute, Inc., Madison, Wisconsin |
| June 20, 1990 | Lecturer, "Mr. Green in State Court: Retainer Agreements and Attorneys' Fees Awards," State Bar of Wisconsin Individual Rights Section, Oshkosh, Wisconsin |
| June 21, 1990 | Lecturer, "Tort Litigation against the Government: State Law Causes of Action," State Bar of Wisconsin Government Lawyers Division, Oshkosh, Wisconsin |
| September 14, 1990 | Lecturer, "Attorneys' Fees Awards," Institute of Continuing Legal Education in Georgia and Atlanta Chapter National Lawyers Guild Fifth Annual Seminar: Litigation Under 42 U.S.C. § 1983: Litigation of a § 1983 Case, Start to Finish, Atlanta, Georgia |
| September 15, 1990 | Lecturer, "The Civil Rights Act of 1990 and the Americans with Disabilities Act," National Lawyers Guild Southern Regional Conference, Atlanta, Georgia |

Case 2:20-cv-01785-BHL   Filed 03/31/21   Page 13 of 25   Document 151-1

| | |
|---|---|
| November 30, 1990 | Lecturer, "Hot Potatoes Today: Problem Recognition in the Employment Discrimination Arena," Wisconsin Academy of Trial Lawyers 1990 Winter Seminar and Annual Meeting, Milwaukee, Wisconsin |
| March 14, 1991 | Luncheon Speaker: "Right to Privacy v. Freedom of Information," Women in Communications, Inc., Madison, Wisconsin |
| May 4, 1991 | Panelist, "A Public Forum on the Proposed Civil Rights Act of 1991," Madison Branch, National Association for the Advancement of Colored People, Madison, Wisconsin |
| September 27, 1991 | Lecturer, "Section 1983 in State Court: A Start to Finish Demonstration," American Civil Liberties Union of Wisconsin, Individual Rights and Responsibilities Section, State Bar of Wisconsin, and Wisconsin Association of Minority Attorneys, Milwaukee, Wisconsin |
| June 24, 1992 | Lecturer, "Plaintiffs' Counsel's Perspective on Handicap Discrimination Litigation: Choice of Law and Choice of Forum" in The Americans With Disabilities Act in Wisconsin, Professional Education Systems, Inc., Madison, Wisconsin |
| September 25, 1992 | Lecturer, "Litigation Under the Civil Rights Act of 1991 and the Americans With Disabilities Act: A Start to Finish Demonstration," The Individual Rights and Responsibilities Section of the State Bar of Wisconsin, The American Civil Liberties Union of Wisconsin Foundation, The Wisconsin Association of Minority Attorneys, and The Wisconsin Employment Lawyers Association, Milwaukee, Wisconsin |
| October 2, 1992 | Lecturer, "Personnel Law Update 1992," Council on Education in Management, Madison, Wisconsin |
| October 10, 1993 | Lecturer, "Personnel Law Update 1993," Council on Education in Management, Madison, Wisconsin |
| January 27, 1994 | Lecturer, "Practical Implications of the New Civil Rights Act--Winning Maximum Results," State Bar of Wisconsin Midwinter Convention, Milwaukee, Wisconsin |

| | |
|---|---|
| February 25, 1994 | Lecturer, "The Law of Damages in Civil Rights Cases," Individual Rights and Responsibilities Section of the State Bar of Wisconsin, The American Civil Liberties Union of Wisconsin Foundation, and The Wisconsin Employment Lawyers Association, Milwaukee, Wisconsin |
| September 29-30, 1994 | Lecturer, "Analysis and Implications of the Recent Supreme Court Case, Lindas v. Cady, 183 Wis. 2d 547 (1994), State Bar of Wisconsin, Labor and Employment Law Section CLE Luncheon Meeting, Milwaukee and Madison, Wisconsin |
| November 15, 1994 | Lecturer, "How to Assess Damages under the Civil Rights Act of 1991," ABA/EEOC Liaison Committee, Milwaukee, Wisconsin |
| November 29, 1994 | Lecturer, "Litigating in the Administrative Forum: Pitfalls for the Unwary Practitioner," Dane County Bar Association, Madison, Wisconsin |
| September 19, 1996 | Lecturer, "Dancing with Mr. Green: How to Streamline the Judicial Role in Attorneys' Fees Disputes by Getting the Lawyers to do Their Jobs," Supreme Court of Wisconsin Director of State Courts 1996 Civil Law Seminar for Wisconsin Judges, Appleton, Wisconsin |
| January 25, 1996 | Lecturer, "The Cow that Ate the Courthouse -- Worker's Compensation Exclusivity's Limits as Seen Through A New Lentz," State Bar of Wisconsin Mid-Winter Convention, Milwaukee, Wisconsin |
| March 7, 1997 | Lecturer, "Issue and Claim Preclusion," State Bar of Wisconsin Individual Rights and Responsibilities Section, American Civil Liberties Union Foundation of Wisconsin, and Wisconsin Employment Lawyers Association Annual Civil Rights Seminar: *All Rise for the Jury*, Madison, Wisconsin |

Case 2:20-cv-01785-BHL   Filed 03/31/21   Page 15 of 25   Document 151-1

| | |
|---|---|
| December 4, 1997 | Moderator/Panelist, "Effective Use of A Private Investigator in a Litigation Practice," National Legal Seminars, Inc., Madison, Wisconsin |
| February 10, 1998 | Lecturer, "How to Select Cases You Won't Live to Regret," Legal Association for Women, Madison, Wisconsin |
| June 25, 1998 | Lecturer, "'That's Mint Green to You':  Dancing into the Twenty-First Century with the Perennial Millennial Mr. Green -- Bedrock Principles of Fee Eligibility and Fee Computation," State Bar of Wisconsin Public Interest Law Committee, Lake Geneva, Wisconsin |
| May 18, 1999 | Speaker, "Current Issues Affecting Local Government Officials -- Adult Entertainment", University of Wisconsin Extension, Madison, Wisconsin |
| June 8, 2000 | Lecturer, "Structuring Retainer Agreements and Settlement Agreements to Achieve Tax Savings for Both Sides", Western District of Wisconsin Bar Association Continuing Legal Education Program, Madison, Wisconsin. |
| April 10, 2001 | Speaker, "Why We Love Clients Who Don't Listen to Us," Madison Area Business Consultants, Madison, Wisconsin. |
| March 8, 2002 | Lecturer, "Private Investigation and Protecting Work Product," Wisconsin Academy of Trial Lawyers, Green Bay, Wisconsin. |
| May 31, 2002 | Lecturer, "Bedrock Principles of Fee Eligibility and Fee Computation," National Organization of Lawyers for Education Associations, Anchorage, Alaska. |
| June 29, 2002 | Lecturer, "Problematic Case Scenarios After Buckhannon Board & Care Home v. West Va. D.H.H.R., 532 U.S. 598 (2001)," (with Percy L. Julian, Jr.) National Employment Lawyers Association, Orlando, Florida. |
| August 10, 2002 | Lecturer, "Say Goodnight, Gracie:  "Bawdyhouse Nuisance Actions against Adult Businesses," First Amendment Lawyers Association, Denver, Colorado. |
| May 9, 2003 | Lecturer, "Ten Things You Should Know About Suing the Government," State Bar of Wisconsin, Annual Convention, Milwaukee, Wisconsin. |

| | |
|---|---|
| June 13, 2003 | Lecturer, "Pitfalls to Avoid in Regulating Adult Businesses," Wisconsin League of Municipalities, Municipal Attorneys' Institute, Green Lake, Wisconsin. |
| December 17, 2003 | Lecturer, "Qualified Immunity," and "Prosecuting Police Misconduct Cases," Lorman Education Systems, Madison, Wisconsin. |
| April 1, 2005 | Lecturer, "Use of Experts to Overcome the Qualified Immunity Defense," State Bar of Wisconsin Individual Rights Section, *et al.*, Madison, Wisconsin. |
| September 13, 2005 | Lecturer, "What Criminal Defense Lawyers Should Know About Civil Damages Recoveries For Clients Whose Constitutional Rights have been Violated by the Police," Dane County Criminal Defense Lawyers Association, Madison, Wisconsin |
| February 17, 2006 | Lecturer, "Reviewing the Elements of A Well-Drafted Settlement Document," The Labor and Employment Section of the State Bar of Wisconsin, Madison, Wisconsin. |
| November 10, 2006, | Lecturer, "Winning Fair Compensation for Legal Services in Civil Rights Cases," The Individual Rights and Responsibilities Section of the State Bar of Wisconsin, The American Civil Liberties Union Foundation of Wisconsin, The Wisconsin Employment Lawyers Association, and The National Employment Lawyers Association, Illinois Chapter, Waukesha, Wisconsin. |
| February 8, 2008, | Lecturer, "Witness Interviewing and Private Investigation for Paralegals," Wisconsin Association of Paralegals, Madison Chapter. |
| June 19, 2008 | Speaker, Tribute to Percy L. Julian, Jr., Western District Bar Association Annual Meeting, Madison, Wisconsin. |
| February 16, 2009 | Panelist, "Attorneys' fees, Attorney/Client Contracts, and Protecting your Fee," 8th Annual Seventh Circuit National Employment Lawyers Association Conference, Chicago Illinois. |
| October 3, 2009 | Lecturer, "Best Practices in the Selection of an Investigative Product," The Professional Association of Wisconsin Licensed Investigators, Inc., Greenfield, Wisconsin. |

| | |
|---|---|
| April 2, 2011 | Dinner Speaker, "Ten Things I Learned from Percy Julian," National Lawyers Guild Midwest Regional Conference, Madison, Wisconsin. |
| May 8, 2012 | Lecturer, "A Case Study at the Intersection of Criminal Defense and Civil Rights Offense: The Capitol Protests," Dane County Criminal Defense Lawyers Association, Madison, Wisconsin. |
| July 30, 2012 | Lecturer, "Confronting Challenges to Your Petitions for Attorneys' Fees," American Association for Justice, Civil Rights Section, Chicago, Illinois. |
| November 8, 2012 | Speaker, How to Construct Winning Attorneys' Fees Applications -- Lessons from Recent Decisions on Attorney's Fees Awards, National Police Accountability Project of the National Lawyers Guild, Chicago Chapter, Chicago, Illinois |
| August 22, 2013 | Lecturer, "Broad Name, Narrow Rule: Common-Law Wrongful Discharge in Wisconsin," State Bar of Wisconsin 2013 Health, Labor and Employment Law Institute, Wisconsin Dells, Wisconsin. |
| October 24, 2013 | Lecturer, "Recovery of Attorneys' Fees in Civil Rights Litigation," National Police Accountability Project, San Juan, Puerto Rico |
| February 25, 2014 | Speaker, "Freedom of Speech & Assembly – An Update on the Capitol Protest Cases," Dane County Bar Association, Madison, Wisconsin |
| April 9, 2014 | Speaker, "Summary Judgment Motions," Legal Association for Women, Madison, Wisconsin |
| October 16-17, 2014 | Speaker, "Attorneys' Fees Motions: How to Construct them and how to Exploit their Weaknesses -- Three Lessons from a Recent Case," State Bar of Wisconsin, Milwaukee and Madison, Wisconsin |
| December 16, 2014 | Webcast Speaker, "Constitutional Law Disputes with Local Government," National Business Institute, Inc., Eau Claire, Wisconsin |
| December 8, 2016 | Speaker, "Recovering Damages for Arrested Protestors – The Wisconsin Capitol Cases," State Bar of Wisconsin, Milwaukee, Wisconsin |

| February 10, 2017 | Speaker, "Prior Restraints: What are they, when are they constitutional, and what must they include to be lawful?" First Amendment Lawyers Association, San Diego, California |
| --- | --- |
| April 6, 2017 | Speaker, "Use of Force in Arrests and Pretrial Detentions: Deadly Force," State Bar of Wisconsin, Madison, Wisconsin |
| May 1, 2017 | Speaker, "Due Process – What Is It and Who Gets It," Dane County Bar Association, Madison, Wisconsin |
| June 14, 2017 | Speaker, "Recovering Damages for Arrested Protestors -- the Wisconsin Capitol Cases," Legal Association for Women, Madison, Wisconsin |
| December 8, 2017 | Speaker, "The Riot Act: The Wisconsin Legislature's Effort to Make Protestors into Felons," State Bar of Wisconsin Annual Constitutional Law Symposium, Milwaukee, Wisconsin |
| April 6, 2018 | Webinar Speaker, "First Amendment Speech for Government Employees: What is Protected?" State Bar of Wisconsin Webcast: Freedom of Speech in the Workplace: Exploring the Rights of Public and Private Employees, Madison, Wisconsin |
| July 20, 2018 | Speaker, "Attorneys' Fees," National Police Accountability Project, Chicago, Illinois |
| November 19, 2019 | Speaker, "Relief, Defenses and Pleading," in "A Section 1983 Overview for General Litigators," State Bar of Wisconsin Civil Rights & Liberties Section, Madison, Wisconsin |
| July 15, 2020 | Speaker, "A Primer for Trial Lawyers on Litigating Excessive Force Cases Against the Police," Wisconsin Association for Justice, Webinar |

## SELECTED REPORTED CASES

**Chief Counsel for the Plaintiff**

Sherkow v. Wisconsin Department of Public Instruction, 17 E.P.D. (CCH) Par. 8553, 17 FEP Cases (BNA) 1627 (W.D. Wis. 1978) (employment discrimination/sex under Title VII), aff'd. Sherkow v. State of Wisconsin Department of Public Instruction, 630 F.2d 498 (7th Cir. 1980).

Earl v. Marcus, 92 Wis.2d 13, 284 N.W.2d 690 (Ct. App. 1979)(false imprisonment of tenant by landlord.)

A. O. Smith Corp. v. Wisconsin Labor and Industry Review Commission, 25 E.P.D. (CCH) Sec. 31, 780 (Wis. Cir. Ct., Mil. Co. 1981) (employment discrimination/race case under Wisconsin Fair Employment Act)

Briggs & Stratton Corp. v. Wisconsin Labor and Industry Review Commission, 28 E.P.D. (CCH) Sec. 32, 542 (Wis. Cir. Ct., Mil. Co. 1981) (employment discrimination/race case under Wisconsin Fair Employment Act)

Carpenter v. Board of Regents of the University of Wisconsin System, 529 F. Supp. 525 (W.D. Wis. 1982) (charge filing deadlines under Title VII)

State of Wisconsin ex rel. Adams v. City of Madison Equal Opportunities Commission, 33 E.P.D. (CCH) para. 34,183 (Cir. Ct. Dane County, Wisconsin, 1983) (due process in judicial review)

Carpenter v. Board of Regents of the University of Wisconsin System, 728 F.2d 911 (7th Cir. 1984) (employment discrimination/race/disparate impact under Title VII)

Reichenberger v. Pritchard, 660 F.2d 280 (7th Cir. 1982) (Ku Klux Klan Act conspiracy)

Wakeen v. Hoffman House, Inc., 724 F.2d 1238 (7th Cir. 1983) (employment discrimination/sex/class action under Title VII)

Stearns v. Consolidated Management, Inc., 747 F.2d 1105 (7th Cir. 1984) (employment discrimination/age and sex under Title VII and the ADEA)

Caviale v. State of Wisconsin Department of Health and Social Services, 744 F.2d 1289 (7th Cir. 1984) (employment discrimination/sex/disparate impact under Title VII)

Watkins v. LIRC, 117 Wis. 2d 753, 345 N.W. 2d 482 (1984) (established right to award of attorneys' fees for prevailing employment discrimination claimants under Wisconsin Fair Employment Act)

Gilbert v. State of Wisconsin Medical Examining Board, 119 Wis. 2d 168, 349 N.W. 2d 68 (1984) (due process in the context of professional license revocation)

Meyett v. Coleman, 613 F.Supp. 39 (W.D. Wis. 1985) (employment discrimination/sex/Sec. 1983)

Jacobs v. Major and Nu Parable, 132 Wis. 2d 82, 390 N.W. 2d 86 (Ct. App. 1986), rev'd., 139 Wis. 2d 492, 407 N.W.2d 832 (1988) (free speech in shopping malls)

Thompson v. County of Rock, 648 F.Supp. 861 (W.D. Wis. 1986) (class action based on invalid search and arrest warrants)

County of Milwaukee v. LIRC, 142 Wis. 2d 307, 418 N.W.2d 35 (Ct. App. 1987) (affirming dismissal of petition for review of LIRC decision holding that seniority-based layoffs having a disparate impact on minority employees violate the Wisconsin Fair Employment Act)

Hussein v. Oshkosh Motor Truck Co., 816 F.2d 348 (7th Cir. 1987) (employment discrimination/race/Title VII and 42 U.S. C. Sec. 1981)

Lindas v. Cady, 142 Wis. 2d 857, 419 N.W.2d 345 (Ct. App. 1987), reversed, 150 Wis. 2d 421, 441 N.W.2d 705 (1989) (sovereign immunity of state agencies under sec. 1983 and Title VII)

Johnson v. General Motors Corp., 692 F.Supp. 1003 (W.D. Wis. 1987) (racial harassment)

City News & Novelty, Inc. v. City of Waukesha, 170 Wis. 2d 14, 487 N.W.2d 316 (1992) (challenging adult bookstore regulations)

Lindas v. Cady, 175 Wis. 2d 270, 494 N.W.2d 692 (Ct. App. 1993) (administrative preclusion in the context of public sector sex discrimination claims)

Santiago v. Leik, 179 Wis. 2d 786, 508 N.W.2d 456 (Ct. App. 1993) (reversing summary judgment for defendants based on qualified immunity in the context of a disabled prisoner's Eighth Amendment claims under § 1983)

Supreme Video v. Schauz, 808 F.Supp. 1380 (E.D. Wis. 1992) (issues of probable cause and misrepresentation in connection with search warrant raid of adult bookstore)

Supreme Video v. Schauz, 15 F.3d 1345 (7th Cir. 1994) (issues of probable cause and misrepresentation in connection with search warrant raid of adult bookstore)

Donovan v. City of Milwaukee, 17 F. 3d 944 (7th Cir. 1994)(Chase/roadblock as Fourth Amendment "seizure")

Burrus v. Goodrich, 194 Wis. 2d 654, 535 N.W.2d 85 (Ct. App. 1995) (ex post facto clause challenge to new mandatory minimum time periods for certain offenders to remain in

certain security classifications)

Humphrey v. Tharaldson Enterprises, Inc., 95 F. 3d 624(7th Cir. 1996)(Preclusion in the context of a public accommodations discrimination case)

Tee & Bee, Inc. v. City of West Allis, 214 Wis. 2d 194, __ N.W.2d ___ (Ct. App. 1997) (challenge to procedures employed in revocation of adult-oriented establishment license)

Harrington v. Rice Lake Weighing Systems, Inc., 122 F. 3d 456 (7th Cir. 1997)(ADA claim)

Hartman v. Winnebago County, 216 Wis. 2d 418, 574 N.W.2d 222 (1998) (attorneys' fees issues: timeliness of petition)

Special Souvenirs, Inc. v. Town of Wayne, 56 F. Supp. 2d 1062 (W. D. Wis. 1999) (successful First Amendment challenge to adult-use zoning scheme)

City News & Novelty, Inc. v. City of Waukesha, 231 Wis. 2d 93, 604 N.W.2d 870 (Ct. App. 1999) (challenging adult bookstore licensing scheme)

Wollin v. Gondert, 192 F. 3d 616 (7th Cir. 1999)(Fourth Amendment false arrest claim)

Crawford County v. Masel, 2000 WI App 172, 238 Wis. 2d 380, 617 N.W.2d 188 (Market rates in civil rights attorneys' fees awards).

City News & Novelty, Inc. v. City of Waukesha, 531 U.S. 278 (2001)(Adult bookstore licensing).

Wil-Kar, Inc., d/b/a Video Update v. Village of Germantown, 153 F. Supp. 2d 982 (E. D. Wis., 2001)(Definition of adult business in licensing ordinance unconstitutionally overbroad).

Wisconsin Vendors, Inc., v. Lake County, Illinois, 152 F. Supp. 2d 1087 (N. D. Ill., 2001)(Definition of adult business in licensing ordinance unconstitutionally vague).

Hicks v. Nunnery, 2002 WI App 87, 253 Wis.2d 721, 643 N.W.2d 809 (Ct. App. 2002)(Failure to order DNA testing as professional negligence).

Clarkson v. Town of Florence, 198 F.Supp. 2d 997 (E.D. Wis. 2002)(First Amendment overbreadth of anti-nudity ordinance).

Peters v. City of Mauston, 311 F. 3d 835 (7th Cir. 2002)(Failure to accommodate disability).

Doe v. Gustavus, 294 F. Supp. 2d 1003 (2003)(Eighth Amendment challenge to birth in prison).

MDK, Inc., v. Village of Grafton, 277 F. Supp. 2d 943 (E.D. Wis. 2003)(Severability of

unconstitutional ordinance provisions).

Allen v. Guerrero, 2004 WI App 188, 276 Wis.2d 679, 688 N.W.2d 673 (Damages action for incarceration beyond the expiration of a sentence under the Eighth Amendment).

Kraimer v. City of Schofield, 342 F.Supp. 2d 807, 814 (W.D.Wis. 2004)(Declaring ordinances restricting burlesque club unconstitutional).

MDK, Inc. v. Village of Grafton, 345 F. Supp. 2d 952 (E.D. Wis. 2004)(Declaring ordinance restricting burlesque club unconstitutional).

Bell v. Duperrault, 367 F.3d 703 (7th Cir. 2004) (Class-of-one Equal Protection).

Foelker v. Outagamie County, 394 F.3d 510 (7th Cir. 2005)(Eighth Amendment  damages action for failure to take inmate for treatment during psychotic episode).

Eggert Group, LLC v. Town of Harrison, 372 F.Supp.2d 1123 (E.D.Wis, 2005)(First Amendment action challenging burlesque club ordinance).

Jones v. Wilhelm, 425 F.3d 455 (7th Cir. 2005)(Fourth Amendment damages action for unlawful home invasion by police).

Burke v. Johnston, 452 F.3d 665 (7th Cir. 2006)(Eighth Amendment prisoner rights case.)

Kainz v. Ingles, 2007 WI App 118, 731 N.W.2d 313 (Competence to decide on civil litigation settlement).

Van De Yacht v. The City of Wausau, 661 F.Supp.2d 1026 (W.D. Wis. 2009)(Damages action by City Council member alleging retaliation for First Amendment-Protected speech).

Midrad, LLC v. Dane County, Wis., 676 F.Supp.2d 795 (W.D. Wis. 2009) (First Amendment action challenging burlesque club ordinances).

Green Valley Inv., LLC v. County of Winnebago, 790 F.Supp.2d 94 (E.D. Wis. 2011), reversed, 794 F.3d 864 (7th Cir. 2015)( First Amendment action challenging burlesque club ordinances).

Theyerl v. Manitowoc County, 41 F.Supp.3d 737 (E.D. Wis. 2014)(First Amendment right to speak at public meeting).

Six Star Holdings, LLC v. City of Milwaukee, 821 F.3d 795 (7th Cir. 2016)(affirming damages verdict for would-be gentlemen's club proprietor).

Estate of Clark v. Walker, 865 F.3d 544 (7th Cir. 2017)(Deliberate indifference to maximum risk of jail suicide violates 8th Amendment).

Nordstrom v. Town of Stettin, No. 16-CV-616-JDP, 2017 WL 2116718 (W.D. Wis. May 15, 2017)(Retaliation against elected official for exercise of First Amendment rights).

Hoeppner v. Billeb, No. 17-CV-430-BBC, 2018 WL 5282898 (W.D. Wis. Oct. 24, 2018)(False arrest and First Amendment right to record police).

Mason v. Green County, No. 19-CV-83-BBC, 2020 WL 1939008 (W.D. Wis. Apr. 22, 2020)(summary judgment for Plaintiff on warrantless entry of home).


**Chief Counsel for the Defense**

State of Wisconsin v. Jean L. Crandall, 133 Wis. 2d 251, 394 N.W.2d 905 (1986) (state constitution due process).

Frank L. MacDougall v. Gary McCaughtry, 951 F.2d 822 (7th Cir. 1992) (first degree murder federal habeas corpus)

Town of Wayne v. Bishop, 210 Wis. 2d 219, 565 N.W.2d 201 (Ct. App. 1997) (successful First Amendment challenge to adult-use zoning scheme).

United States v. Bennett A. Masel, 54 F. Supp. 2d 903 (W. D. Wis., 1999)(First Amendment Challenge to National Forest assembly permit requirement).

State v. Tee & Bee, Inc., 229 Wis. 2d 446 (Ct. App. 1999)(Obscenity prosecution).

Sauk County v. Gumz, 2003 WI App 165, 66 Wis. 2d 758, 669 N.W.2d 509 (First Amendment challenge to Open-Air Assembly Ordinance).

State v. Crute, 2015 WI App 15, 360 Wis. 2d 429, 860 N.W.2d 284 (First Amendment challenge to administrative rules restricting expressive activity on state property).


**Chief Counsel for Amici Curiae**

Horn v. Stone, 126 Wis. 2d 447, 377 N.W.2d 176 (Ct. App. 1985) (state constitution free speech on private property) (chief counsel for amicus curiae Wisconsin Civil Liberties Union Foundation, Inc.)

Felder v. Casey, 150 Wis. 2d 458, 441 N.W.2d 725 (1989) (police misconduct § 1983 statute of limitations) (chief counsel for amicus curiae ACLU of Wisconsin Foundation, Inc.)

State of Wisconsin ex rel. Harlan Richards v. C. William Foust, 165 Wis. 2d 429, 477 N.W.2d 608 (1991) (Wisconsin Public Records Act) (chief counsel for amicus curiae State Bar of Wisconsin Individual Rights Section, by invitation of the Court)

<u>Hutchison v. Amateur Electronics Corp.</u>, 42 F.3d 1037 (7th Cir. 1994) (civil rights attorneys' fees) (chief counsel for amicus curiae Wisconsin Employment Lawyers Association and ACLU of Wisconsin Foundation, Inc.)

<u>Shaw v. Leatherberry</u>, 2005 WI 163, 286 Wis.2d 380, 706 N.W.2d 299 (standard of proof in § 1983 actions)(chief counsel for amicus curiae Wisconsin Academy of Trial Lawyers and Wisconsin Employment Lawyers Association).

<u>State v. Obriecht</u>, 2015 WI 66, 363 Wis. 2d 816, 824, 867 N.W.2d 387, 391(chief counsel for amicus curiae Wisconsin Association of Criminal Defense Lawyers).

### **<u>MISCELLANEOUS</u>**

<u>Hobbies and Interests:</u>

| | | |
|---|---|---|
| Folk Music: | I play the banjo and guitar, have performed regularly and promoted concerts featuring both local and nationally-known artists. | |
| Photography | | |

<u>Born</u>: 1950

<u>Religion</u>:  Christian

<u>Marital Status</u>:  Single