# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the United States of America,

    Plaintiff,

v.                                    Case No.: 2:20-cv-01785-BHL

THE WISCONSIN ELECTIONS COMMISSION, and its Members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity,

    Defendants.

## DEFENDANTS CORY MASON, TARA COOLIDGE, JOHN ANTARAMIAN, MATT KRAUTER, ERIC GENRICH, AND KRIS TESKE'S MOTION FOR AN AWARD OF ATTORNEY FEES

Defendants Cory Mason, Mayor of the City of Racine, Tara Coolidge, City Clerk of the City of Racine, John Antaramian, Mayor of the City of Kenosha, Matt Krauter, City Clerk of the City of Kenosha, Eric Genrich, Mayor of the City of Green Bay, and Kris Teske, City Clerk of the

City of Green Bay by their attorneys Lawton & Cates, S.C., by Daniel P. Bach, Dixon R. Gahnz, Daniel S. Lenz, and Terrence M. Polich respectfully request this Court to tax attorney fees in the amount of $42,570, imposed jointly and severally against Plaintiff Donald J. Trump and his attorneys pursuant to 28 U.S.C. § 1927; 28 U.S.C. § 1988; and the Court's inherent authority. *Royce v. Michael R. Needle P.C*., 950 F.3d 939, 953 (7th Cir. 2020). The bases for this motion are set forth in the Brief in Support of their Motion for an Award of Attorney Fees, and the Declaration of Daniel P. Bach.

Dated this 2nd day of April, 2021.    LAWTON & CATES, S.C.

*/s/ Daniel S. Lenz*
Dixon R. Gahnz, SBN: 1024367
Daniel P. Bach, SBN: 1005751
Daniel S. Lenz, SBN: 1082058
Terrence M. Polich, SBN: 1031375

345 W. Washington Avenue, Suite 201
P.O. Box 2965
Madison, WI 53701-2965
(608) 282-6200

dgahnz@lawtoncates.com
dbach@lawtoncates.com
dlenz@lawtoncates.com
tpolich@lawtoncates.com