| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 176090.001 Cities of Green Bay, Racine, & Kenosha** | | | | | | | | | |
| 176090.001 | 12/04/2020 | 14 | A | 1 | 275.00 | 1.50 | 412.50 | Office conference; Review Pleadings; Legal research | ARCH |
| 176090.001 | 12/05/2020 | 14 | A | 1 | 275.00 | 6.10 | 1,677.50 | Review Pleadings; Legal Research; Office Conferences; Telephone conference with clients; Telephone conference with counsel for City of Madison; Begin drafting brief. | ARCH |
| 176090.001 | 12/06/2020 | 14 | A | 1 | 275.00 | 5.30 | 1,457.50 | Continue drafting brief and related legal research; Office conference; Review and revise response to Motion for Emergency Relief. | ARCH |
| 176090.001 | 12/07/2020 | 14 | A | 1 | 275.00 | 1.90 | 522.50 | Telephone conference with counsel from Madison. Review and revise brief. Review Michigan court decision re: laches; mootness and abstention. | ARCH |
| 176090.001 | 12/08/2020 | 14 | A | 1 | 275.00 | 2.10 | 577.50 | Office conference; Review and revise brief, motion and response to Motion for Emergency relief. | ARCH |
| 176090.001 | 12/08/2020 | 14 | A | 1 | 275.00 | 0.20 | 55.00 | Review orders of the court denying motions to postpone/cancel evidentiary hearing. | ARCH |
| 176090.001 | 12/08/2020 | 14 | A | 1 | 275.00 | 0.50 | 137.50 | Office conference. Review proposed stipulation and revised request for relief. | ARCH |
| 176090.001 | 12/15/2020 | 14 | A | 1 | 275.00 | 0.60 | 165.00 | Attend conference of defense counsel via phone. Office conference. | ARCH |
| 176090.001 | 12/17/2020 | 14 | A | 1 | 275.00 | 1.00 | 275.00 | Review Appellant's brief. Legal research. | ARCH |
| 176090.001 | 12/18/2020 | 14 | A | 1 | 275.00 | 1.50 | 412.50 | Review brief of Government defendants. Legal research. Office conference via email. | ARCH |
| 176090.001 | 03/31/2021 | 14 | P | 1 | 275.00 | 0.50 | 137.50 | Review email. Review and revise declaration. Draft TMP's qualifications section. | 80 |
| 176090.001 | 03/31/2021 | 14 | P | 1 | 275.00 | 1.70 | 467.50 | Office Conference. Review and revise brief regarding attorney's fees. Legal Reasearch | 81 |
| 176090.001 | 03/31/2021 | 14 | P | 1 | 275.00 | 1.20 | 330.00 | Legal research regarding 7th Circuit cases imposing sanctions for meritless litigation. | 82 |
| Subtotal for Timekeeper 14 | | | | | Billable | 24.10 | 6,627.50 | Polich/Terrence M | |
| 176090.001 | 12/04/2020 | 25 | A | 1 | 275.00 | 3.50 | 962.50 | t/c Racine and Kenosha attys, review complaint review attachments to complaint, t/c co-counsel, internet research regarding pending litigation and decisions, t/c mike may city of madison, t/c jeff mandell governor's office | ARCH |
| 176090.001 | 12/05/2020 | 25 | A | 1 | 275.00 | 7.50 | 2,062.50 | research Ohio, PA, GA, MI FL cases on election law, t/c co-counsel, t/c clients, t/c mike may, outline of action plan, research safe harbor deadline and implications of missing it, research standing in election cases, research mootness, review WI cases on election challenges, work on response to lawsuit | ARCH |
| 176090.001 | 12/06/2020 | 25 | A | 1 | 275.00 | 4.20 | 1,155.00 | survey all federal cases on mootness as it relates to 2020 election, draft mootness section of brief, review and edit consolidated brief | ARCH |
| 176090.001 | 12/07/2020 | 25 | A | 1 | 275.00 | 6.10 | 1,677.50 | t/c city of Madison attorneys, re-write laches section, t/c with all defense counsel, correspondence DOJ re state suit, revise laches and mootness sections, t/c Kilpatrick regarding clerks and municipality responsibilities in election, t/c client, revise and edit brief, work on the response to the request for injunction | ARCH |
| 176090.001 | 12/08/2020 | 25 | A | 1 | 275.00 | 2.50 | 687.50 | draft motion, final edit on brief, review briefs of all other defendants | ARCH |
| 176090.001 | 12/09/2020 | 25 | A | 1 | 275.00 | 5.20 | 1,430.00 | review trump reply brief, conference call with defense counsel, attend final pre-trial, work on stipulated facts with defense counsel and Trump counsel, review Judge Pepper decision in election lawsuit, prepare for hearing | ARCH |
| 176090.001 | 12/10/2020 | 25 | A | 1 | 275.00 | 10.50 | 2,887.50 | prepare for and attend hearing | ARCH |
| 176090.001 | 12/12/2020 | 25 | A | 1 | 275.00 | 0.80 | 220.00 | review decision, notice of appeal, t/c co-counsel, prepare for appeal | ARCH |
| 176090.001 | 12/15/2020 | 25 | A | 1 | 275.00 | 0.70 | 192.50 | attend phone conference with defense counsel, correspondence with clients about plan on briefing | ARCH |

Case 2:20-cv-01785-BHL    Filed 04/02/21    Page 1 of 3    Document 154-1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 176090.001 Cities of Green Bay, Racine, & Kenosha** | | | | | | | | | |
| 176090.001 | 12/16/2020 | 25 | A | 1 | 275.00 | 1.20 | 330.00 | review plaintiff's brief and appendices, review correspondence between defense counsel, including outline of argument and facts | ARCH |
| | Subtotal for Timekeeper 25 | | | | Billable | 42.20 | 11,605.00 | Gahnz, Dixon R | |
| 176090.001 | 12/04/2020 | 29 | A | 1 | 275.00 | 2.00 | 550.00 | Review Complaint; Telephone conference with AAG Kilpatrick | ARCH |
| 176090.001 | 12/04/2020 | 29 | A | 1 | 275.00 | 0.50 | 137.50 | Review new Complaint | ARCH |
| 176090.001 | 12/05/2020 | 29 | A | 1 | 275.00 | 1.75 | 481.25 | Conference call regarding response to Complaint; Issues regarding Motion to Dismiss; Conference call with clients; Review exhibits with Complaint | ARCH |
| 176090.001 | 12/06/2020 | 29 | A | 1 | 275.00 | 5.75 | 1,581.25 | Draft portion of brief on standings; research regarding standing issue | ARCH |
| 176090.001 | 12/07/2020 | 29 | A | 1 | 275.00 | 4.75 | 1,306.25 | 2 conference calls with co-cousel; review new decision regarding similar cases; draft remedies section; review Motion to Dismiss | ARCH |
| 176090.001 | 12/08/2020 | 29 | A | 1 | 275.00 | 3.50 | 962.50 | Review and edit response to Motion for PI; review and edit joint brief regarding Motion to Dismiss; telephone conference regarding status of filings; final review of filings | ARCH |
| 176090.001 | 12/09/2020 | 29 | A | 1 | 275.00 | 4.50 | 1,237.50 | Review Plaintiff's filings; pretrial conference with Court; conference call with co-counsel; conference call with all defendants; review stipulated fact proposal; correspondence regarding stipulation | ARCH |
| 176090.001 | 12/10/2020 | 29 | A | 1 | 275.00 | 9.00 | 2,475.00 | Prepare for hearing; conference call with all defense counsel; review AZ decision; review Judge Pepper decision; hearing on PI and Motion to Dismiss | ARCH |
| 176090.001 | 12/11/2020 | 29 | A | 1 | 275.00 | 0.50 | 137.50 | Review supplemental authorities filed in preparation for appeal | ARCH |
| 176090.001 | 12/12/2020 | 29 | A | 1 | 275.00 | 1.25 | 343.75 | Review Court decision; correspondence regarding appeal | ARCH |
| 176090.001 | 12/15/2020 | 29 | A | 1 | 275.00 | 0.50 | 137.50 | Review Court Orders regarding appeal; correspondence regarding appellate brief; conference regarding issues on appeal | ARCH |
| 176090.001 | 12/16/2020 | 29 | A | 1 | 275.00 | 1.00 | 275.00 | Review Plaintiff's brief on appeal; correspondence regarding brief | ARCH |
| 176090.001 | 12/18/2020 | 29 | A | 1 | 275.00 | 1.25 | 343.75 | Review drafts of both 7th circuit briefs | ARCH |
| 176090.001 | 01/05/2021 | 29 | A | 1 | 275.00 | 0.50 | 137.50 | Review petition for certiorari | ARCH |
| 176090.001 | 01/07/2021 | 29 | A | 1 | 275.00 | 0.50 | 137.50 | Review recovery of attorney fees | ARCH |
| 176090.001 | 01/28/2021 | 29 | P | 1 | 275.00 | 0.25 | 68.75 | Conference call regarding attorney fees | 62 |
| 176090.001 | 03/08/2021 | 29 | P | 1 | 275.00 | 0.50 | 137.50 | Research regarding attorneys fees motion | 72 |
| 176090.001 | 03/09/2021 | 29 | P | 1 | 275.00 | 2.00 | 550.00 | Research on fees issue; correspondence with Attorney Mandell; outline legal standards | 73 |
| 176090.001 | 03/10/2021 | 29 | P | 1 | 275.00 | 1.00 | 275.00 | Begin draft of Fee petition | 74 |
| 176090.001 | 03/11/2021 | 29 | P | 1 | 275.00 | 1.00 | 275.00 | Work on brief regarding fee petition | 75 |
| 176090.001 | 03/14/2021 | 29 | P | 1 | 275.00 | 2.25 | 618.75 | Work on brief regarding fee petition; research 1927 cases | 76 |
| 176090.001 | 03/15/2021 | 29 | P | 1 | 275.00 | 2.25 | 618.75 | Draft portion of argument section of fee brief; conference call with Evers attorneys | 77 |
| 176090.001 | 03/16/2021 | 29 | P | 1 | 275.00 | 0.25 | 68.75 | Correspondence regarding fee petition; review additional paragraphs for brief | 78 |
| 176090.001 | 03/17/2021 | 29 | P | 1 | 275.00 | 0.25 | 68.75 | Conference call regarding Attorney fee petition | 79 |
| | Subtotal for Timekeeper 29 | | | | Billable | 46.50 | 12,787.50 | Bach, Daniel P | |
| | | | | | Non-billable | 0.50 | 137.50 | | |
| | | | | | Total | 47.00 | 12,925.00 | | |
| 176090.001 | 12/07/2020 | 38 | A | 1 | 275.00 | 4.50 | 1,237.50 | Work on response to Motion for Preliminary Injunction | ARCH |
| 176090.001 | 12/08/2020 | 38 | A | 1 | 275.00 | 2.00 | 550.00 | Work on motion response, email correspondence with co-counsel, review order, review motion to adjourn, review pleadings | ARCH |
| 176090.001 | 12/09/2020 | 38 | A | 1 | 275.00 | 1.50 | 412.50 | Review filing, conference with Atty. Gahnz, review | ARCH |

Case 2:20-cv-01785-BHL   Filed 04/02/21   Page 2 of 3   Document 154-1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Client ID 176090.001 Cities of Green Bay, Racine, & Kenosha**

| Client | Trans Date | Tmkr | H P | Tcode/Task Code | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reply brief, conference with counsel, review witness/exhibit lists and orders | |
| 176090.001 | 12/10/2020 | 38 | A | 1 | 275.00 | 0.50 | 137.50 | View/attend hearing, email correspondence | ARCH |
| 176090.001 | 12/11/2020 | 38 | A | 1 | 275.00 | 4.50 | 1,237.50 | Work on briefing | ARCH |
| 176090.001 | 12/12/2020 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Review Notice of Appeal, docketing statement, emails, talk to Atty. Bach | ARCH |
| 176090.001 | 12/14/2020 | 38 | A | 1 | 275.00 | 1.00 | 275.00 | Review transmission, notices from Seventh Circuit, review Motion, draft response | ARCH |
| 176090.001 | 12/15/2020 | 38 | A | 1 | 275.00 | 1.00 | 275.00 | Review order, filings, conference call | ARCH |
| 176090.001 | 12/16/2020 | 38 | A | 1 | 275.00 | 0.75 | 206.25 | Review Appellant's brief | ARCH |
| 176090.001 | 12/17/2020 | 38 | A | 1 | 275.00 | 0.50 | 137.50 | Review amicus brief, order, outline | ARCH |
| 176090.001 | 12/18/2020 | 38 | A | 1 | 275.00 | 2.00 | 550.00 | Review briefs, amici | ARCH |
| 176090.001 | 12/20/2020 | 38 | A | 1 | 275.00 | 0.50 | 137.50 | Review Reply brief, motion to file oversized brief | ARCH |
| 176090.001 | 12/22/2020 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Review motion for clarification | ARCH |
| 176090.001 | 12/23/2020 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Review order | ARCH |
| 176090.001 | 12/24/2020 | 38 | A | 1 | 275.00 | 0.50 | 137.50 | Review COA decision | ARCH |
| 176090.001 | 12/29/2020 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Research, email correspondence | ARCH |
| 176090.001 | 12/30/2020 | 38 | A | 1 | 275.00 | 0.75 | 206.25 | Review Cert. petition and accompanying documents, email | ARCH |
| 176090.001 | 01/07/2021 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Review filings | ARCH |
| 176090.001 | 01/11/2021 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Review SCOTUS order, email to counsel | ARCH |
| 176090.001 | 01/12/2021 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Review Supreme Court rules regarding responses to Petition | ARCH |
| 176090.001 | 01/15/2021 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Review Mandate from COA | ARCH |
| 176090.001 | 01/21/2021 | 38 | A | 1 | 275.00 | 0.50 | 137.50 | Research rules, draft waiver, file. | ARCH |
| 176090.001 | 01/27/2021 | 38 | A | 1 | 275.00 | 0.25 | 68.75 | Email correspondence, review docketing notices | ARCH |
| 176090.001 | 02/09/2021 | 38 | P | 1 | 275.00 | 0.25 | 68.75 | Review Trump supplemental briefing | 61 |
| 176090.001 | 03/08/2021 | 38 | P | 1 | 275.00 | 0.25 | 68.75 | Review Order list | 63 |
| 176090.001 | 03/09/2021 | 38 | P | 1 | 275.00 | 0.75 | 206.25 | Emails re: fees, research | 64 |
| 176090.001 | 03/11/2021 | 38 | P | 1 | 275.00 | 3.00 | 825.00 | Review exhibits, draft brief section | 65 |
| 176090.001 | 03/12/2021 | 38 | P | 1 | 275.00 | 3.50 | 962.50 | Work on fact section for fee petition | 66 |
| 176090.001 | 03/15/2021 | 38 | P | 1 | 275.00 | 1.50 | 412.50 | Work on brief, conference call | 67 |
| 176090.001 | 03/16/2021 | 38 | P | 1 | 275.00 | 1.00 | 275.00 | Emails, work on brief, review Arizona case | 68 |
| 176090.001 | 03/17/2021 | 38 | P | 1 | 275.00 | 2.25 | 618.75 | Work on brief | 69 |
| 176090.001 | 03/18/2021 | 38 | P | 1 | 275.00 | 2.50 | 687.50 | Work on lodestar brief section | 70 |
| 176090.001 | 03/23/2021 | 38 | P | 1 | 275.00 | 0.25 | 68.75 | Work on fee petition | 71 |
| 176090.001 | 03/25/2021 | 38 | P | 1 | 275.00 | 2.25 | 618.75 | Work on Declaration | 83 |
| 176090.001 | 03/26/2021 | 38 | P | 1 | 275.00 | 0.75 | 206.25 | Work on declaration | 84 |
| 176090.001 | 03/31/2021 | 38 | P | 1 | 275.00 | 1.00 | 275.00 | Work on brief, declaration, review filings | 85 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subtotal for Timekeeper 38 | | | | | Billable | 42.00 | 11,550.00 | Lenz, Daniel | |
| **Total for Client ID 176090.001** | | | | | Billable | 154.80 | 42,570.00 | Cities of Green Bay, Racine, & Kenosha | |
| | | | | | Non-billable | 0.50 | 137.50 | ED - Trump v. WEC - (#20CV1785) | |
| | | | | | Total | 155.30 | 42,707.50 | | |

**GRAND TOTALS**

| | | | |
|---|---|---|---|
| Billable | 154.80 | 42,570.00 | |
| Non-billable | 0.50 | 137.50 | |
| Total | 155.30 | 42,707.50 | |

Case 2:20-cv-01785-BHL   Filed 04/02/21   Page 3 of 3   Document 154-1