UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DONALD J. TRUMP,

    Plaintiff,

v.                                       Case No. 20-CV-1785-BHL

WISCONSIN ELECTIONS COMMISSION,
*et al.*,

    Defendants.

---

## MOTION FOR ATTORNEY FEES OF DEFENDANTS
## GEORGE L. CHRISTENSON AND JULIETTA HENRY

---

Pursuant to 28 U.S.C. § 1927 and this Court's inherent authority, defendants George L. Christenson, in his capacity as the Milwaukee County Clerk, and Julietta Henry, in her capacity as the Milwaukee County Elections Director (together, "Milwaukee County"), respectfully move for an order requiring plaintiff, Donald J. Trump, and his attorneys, jointly and severally, to pay Milwaukee County's attorney fees in this action.

Governor Evers' motion for fees and costs, supporting brief, and declarations (ECF Nos. 144–151) comprehensively lay out the grounds for awarding fees in this case. Milwaukee County joins in Governor Evers' arguments and incorporates them by reference in support of its motion. In addition, Milwaukee County is filing a memorandum of law in further support of its motion, as well as a declaration from Andrew A. Jones setting forth details about the fees sought.

1

Dated at Milwaukee, Wisconsin this 8th day of April, 2021.

HANSEN REYNOLDS LLC

*/s/ Andrew A. Jones*
Andrew A. Jones
James F. Cirincione
301 N. Broadway, Suite 400
Milwaukee, WI 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com
jcirincione@hansenreynolds.com

John W. McCauley
10 E. Doty Street, Suite 800
Madison, WI 53703
(608) 841-1351 (phone)
jmcauley@hansenreynolds.com

*Attorneys for Defendants*
*George L. Christenson and Julietta Henry*