# Exhibit A

# Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 2-Dec | Initial review of complaint filed by plaintiff. | 1.0 | Review and analyze complaint (1.30); review motion for expedited relief and injunction (.40); consider arguments for response (.50). | 2.2 | | | Review complaint and consider strategy for defense of same. | 2.7 |
| 3-Dec | Review pleadings filed by plaintiff and consider strategy for response to same, including related research and communications with clients (4.30); begin drafting brief in support of motion to dismiss and in opposition to motion for expedited consideration and injunction (6.50). | 10.8 | Research and analyze complaint (.60); formulate strategy and develop arguments for response and motion to dismiss (.50); analyze Bush v. Gore decision and impact on case (.50); review initial draft of motion and opposition to injunction motion (.30); review order setting status conference (.10). | 2.0 | Assist in drafting brief in opposition to plaintiff's motion for injunctive and declaratory relief. | 5.4 | Review complaint and relevant documents, including related legal research and work on section of draft brief regarding equal protection arguments. | 2.5 |
| 4-Dec | Follow up regarding response to complaint and motion for expedited relief, including participation in status conference with court. | 4.7 | Review updates on status conference before Judge Ludwig (.40); review court order setting briefing schedule, pre-hearing disclosures, and 12/10 evidentiary hearing (.20); consider strategy and next steps (.40); research and analyze case law and develop arguments for motion to dismiss (2.50). | 3.5 | Assist in drafting brief in opposition to motion for declaratory and injunctive relief. | 6.3 | Further assist in drafting pleadings in response to complaint and motion for expedited relief, including review of Wisconsin Supreme Court order in related matter, legal research, and revisions to equal protection section of brief. | 2.8 |
| 5-Dec | Continue drafting brief in support of motion to dismiss and in opposition to motion for emergency declaratory and injunctive relief and related pleadings, including review of complaint and supporting evidence. | 7.5 | Review updated draft of motion to dismiss and in opposition to motion for expedited consideration and injunctive relief (.80); continue research, analysis, and development of arguments for same (2.20). | 3.0 | Continue to assist in drafting motion to dismiss complaint and in opposition to motion for declaratory and injunctive relief. | 8.1 | Review and revise draft brief in support of motion to dismiss. | 1.3 |

Milwaukee County Fees Petition - Jones Decl., Ex. A

# Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 6-Dec | Continue drafting and edits to brief in support of motion to dismiss and in opposition to motion for expedited declaratory and injunctive relief (4.70); review and consider witness list served by plaintiff (.50). | 5.2 | Review witness list for evidentiary hearing (.30); continue outlining and writing motion inserts (2.0); research and analyze case law and secondary sources regarding Electors Clause and Bush v. Gore (2.0). | 4.3 | | | Legal research regarding equal protection and due process issues raised in brief and revisions to sections of brief regarding same. | 1.9 |
| 7-Dec | Continue drafting and edits to brief and related pleadings in support of motion to dismiss and in opposition to motion for expedited injunctive relief filed by plaintiff, including related research (5.0); participate in call among counsel for defendants (.70). | 5.7 | Write and circulate inserts for motion to dismiss (on Electors Clause, Bush v. Gore, remedy) (1.50); research and analyze case law regarding same (1.0); review revised brief (.50); consider attaching affidavit (.20); enter appearance (.20); consider likely Seventh Circuit appeal and strategy for response (.40); consider memo from J. Mandell regarding recent decisions in other courts/jurisdictions potentially helpful for motion (.20); revise brief and cut text to meet page limit (1.4); proofread final papers for filing and prepare redlines (2.0); review plaintiff's witness list (.10). | 7.5 | Continue to draft and revise motion to dismiss and response in opposition to plaintiff's motion for declaratory and injunctive relief. | 8.3 | Further assist in drafting brief in support of motion to dismiss including review of defense filings in Feehan v. WEC in support of motion to dismiss/in opposition to motion for preliminary injunction, review of Georgia, Arizona, Michigan, and 11th Circuit Court of Appeals decisions on identical election law issues, revise draft brief to include citation to E.D. Michigan decision regarding laches, and additional legal research. | 6.7 |
Correction for 7-Dec row hours: AAJ 5.7, JWM 7.5, JFC 8.3, AJK 6.7.

## Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 8-Dec | Finish and file pleadings in support of motion to dismiss and in opposition to motion for injunctive relief filed by plaintiff, including related follow up. | 1.4 | Finalize motion to dismiss brief, opposition to plaintiff's motion for injunction, and related papers for filing (1.0); review news on Texas lawsuit in Supreme Court (.10); file appearance (.10); review docket activity (disclosure statements, filings, exhibits, appearances) (.30); review co-defendant's motion to quash subpoena and motion in limine to delay evidentiary hearing (.50); review and analyze co-defendants' motions (.80); review Seventh Circuit rules and handbook regarding expedited appeals in anticipation of likely appeal (.50); develop strategy and arguments for expected appeal (.70). | 4.0 | | | Review and analyze Texas v. Pennsylvania, Georgia, Michigan, and Wisconsin case filed in U.S. Supreme Court and analyze relevance of arguments to plaintiff's case, including preparation of outline of arguments. | 4.7 |

Milwaukee County Fees Petition - Jones Decl., Ex. A

# Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 9-Dec | Participate in telephone conference with court and multiple conferences and email communications with counsel for other parties (4.50); prepare for hearing scheduled for December 10, including review of reply brief filed by plaintiff and briefs filed by other parties (4.70). | 9.2 | Review status of Texas suit in Supreme Court (.10); review and analyze plaintiff's reply brief (.30); consider counters to same (.40); review plaintiff's proposed stipulation regarding exhibits (.10); continue review and analysis of Seventh Circuit rules and arguments for expected expedited appeal (1.10); review EDWI order dismissing related Feehan case (.10); continue review of various motions to dismiss, oppositions to injunction, and related filings (2.0); review Judge Ludwig's order denying motion to stay evidentiary hearing and order granting permission to file amicus brief (.20); review filed amicus briefs (Whitman, Center for Technology and Civic Life) (.50); review plaintiff's reply brief in support of preliminary injunction (.20); review Gov. Evers' motion in limine (.10); review filed meet-and-confer report (.10); review court order setting remote hearing protocols (.10); review filed exhibit lists for hearing (.20). | 5.5 | Assist in preparation for oral arguments and evidentiary hearing, including attendance at status conference among the court and counsel, review of plaintiff's proposed joint stipulation regarding proposed facts and trial exhibits and plaintiff's exhibits relating to Milwaukee County, and analyze case law relied on by plaintiff to assert Article III standing. | 9.7 | Further assist in preparation for court hearing, including additional review of Texas v. PA lawsuit, review of defense briefs filed in support of motion to dismiss and in opposition to judgment, additional legal research regarding same, review and analyze plaintiff's reply brief, additional legal research regarding standing issues, and review of Feehan dismissal order. | 6.7 |

## Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 10-Dec | Participate in court hearing, including final preparation for same and related follow up (10.50); phone conference with B. Knee (.20). | 10.7 | Review updates on evidentiary hearing (.40); analyze replies in support of motions to dismiss (.80); review stipulation concerning facts and exhibits (.30); review docket activity (declarations, appearances, supplemental authority, related filings for hearing) (.50); continue preparation for Seventh Circuit appeal (review rules models and prepare shell of appellate brief) (1.60). | 3.6 | | | Monitor evidentiary hearing and oral arguments, including related legal research and review of stipulation of facts. | 3.8 |
| 11-Dec | | | Outline and write initial draft of Seventh Circuit brief (1.90); review and analyze relevant rules, case law, and record below (1.40). | 3.3 | | | | |
| 12-Dec | Review court order dismissing case, including related communications with clients. | 0.8 | Review and analyze Judge Ludwig's decision dismissing case (.40); review notice of appeal (.10); formulate strategy for appeal (.50). | 1.0 | | | | |
| 13-Dec | Review notice of appeal filed by plaintiff. | 0.2 | | | | | | |

# Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 14-Dec | Follow up regarding Seventh Circuit appeal, including review of related deadlines and consider strategy for brief in opposition. | 1.7 | Develop arguments for Seventh Circuit brief and make revisions (2.50); research and analyze case law regarding same (2.50); incorporate points from Judge Ludwig's decision (.30); review plaintiff's motion for expedited hearing and consider whether to oppose (.20); review Seventh Circuit's orders expediting appeal and requiring consolidated briefing (.20); review other docket activity (appeal notices and related filings; 26.1 disclosure statements; appearances) (.50). | 6.2 | | | | |
| 15-Dec | Develop strategy for Seventh Circuit brief, including phone call among defense counsel regarding same. | 2.9 | Confer with all defendants' counsel regarding plans for briefing and case strategy (.80); review outline from Gov. Evers' counsel and related correspondence (.70); research law and develop arguments on Electors Clause (4.0); file appearance (.20). | 5.7 | | | | |
| 16-Dec | Begin preparation of section of Seventh Circuit brief addressing merits of Electors Clause claim, including related research and review of brief filed by plaintiff. | 3.4 | Review and analyze plaintiff's appellate brief (1.5); develop/refine and outline Electors Clause arguments for response brief (4.50); review docket activity (26.1 statements, appearances, amicus motions) (.50). | 6.5 | | | | |

Milwaukee County Fees Petition - Jones Decl., Ex. A

## Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 17-Dec | Draft and edit argument regarding Electors Clause and Equal Protection for inclusion in joint Seventh Circuit brief, including related research and communications with counsel for other defendants. | 5.9 | Write sections of appellate brief on Electors Clause and Bush v. Gore (4.0); research and analyze case law and record below regarding same (2.20); review briefing and decisions in other, related elections cases (1.20); correspond with co-defendants' counsel regarding same (.50); review docket activity (order granting amicus permission to file brief) (.10); review amicus brief filed Center for Tech and Civic Life (.20). | 8.2 | | | | |
| 18-Dec | Further assist in drafting and edits to opposition brief, including review of second brief to be filed by DNC (2.90); prepare email forwarding briefs to clients (.10). | 3.0 | Review and finalize Seventh Circuit brief for filing (4.0); analyze, edit, and comment on briefs/sections from government defendants, DNC, and amici (2.10); multiple correspondence with defendants' counsel regarding same (.90); review docket activity (.30); review joint defendants' appendix (.20); review Whitman amicus brief and order permitting same (.20); review NCAAP brief (.10). | 7.8 | | | | |
| 19-Dec | | | | | | | | |
| 20-Dec | | | Review and analyze plaintiff's Seventh Circuit reply brief (.80); review docket activity (26.1 disclosures) (.20). | 1.0 | | | | |

Milwaukee County Fees Petition - Jones Decl., Ex. A

# Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 21-Dec | Follow up regarding status of appeal. | 0.2 | Analyze appellate briefing and parties' arguments, with focus on plaintiff's reply brief (.80); review further docket activity (.20). | 1.0 | | | | |
| 22-Dec | | | Review plaintiff's motion for clarification regarding oral argument and consider potential response to same. | 0.4 | | | | |
| 23-Dec | | | Review Seventh Circuit's order on oral argument. | 0.2 | | | | |
| 24-Dec | Review decision issued by Seventh Circuit and forward to clients. | 0.5 | Review and analyze Seventh Circuit's decision affirming district court ruling (.80); consider potential next steps (.20). | 1.0 | Review opinion issued by Seventh Circuit. | 0.4 | Review Seventh Circuit Opinion. | 0.5 |
| 25-Dec | | | | | | | | |
| 26-Dec | | | | | | | | |
| 27-Dec | | | | | | | | |
| 28-Dec | | | | | | | | |
| 29-Dec | | | | | | | | |
| 30-Dec | | | Review petition for certiorari. | 0.3 | | | | |
| 31-Dec | | | | | | | | |
| 1-Jan | | | | | | | | |
| 2-Jan | | | | | | | | |
| 3-Jan | | | | | | | | |
| 4-Jan | Further follow up review of Supreme Court docket in related election cases and Supreme Court rules regarding motions before Court. | 0.6 | | | | | | |
| 5-Jan | Review status of certiorari petition. | 0.1 | | | | | | |
| 6-Jan | Further follow up regarding certiorari petition including communications with counsel for WEC and Biden/Harris campaign regarding same. | 0.6 | | | | | | |

Milwaukee County Fees Petition - Jones Decl., Ex. A

**Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)**

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 7-Jan | Follow up regarding certiorari petition, including email with B. Knee and M. Daun regarding same. | 0.3 | Review status of certiorari petition and strategy for response to same. | 0.2 | | | | |
| 8-Jan | | | Consider potential mootness argument in light of certification of electoral college results. | 0.1 | | | | |
| 9-Jan | | | | | | | | |
| 10-Jan | | | | | | | | |
| 11-Jan | Follow up regarding certiorari petitions, including email to B. Knee regarding denial of motions to expedite (.30); review correspondence from counsel for plaintiff (.10). | 0.4 | | | | | | |
| 12-Jan | | | | | | | | |
| 13-Jan | | | | | | | | |
| 14-Jan | | | | | | | | |
| 15-Jan | | | Review issuance of mandate and docket activity. | 0.2 | | | | |
| 16-Jan | | | | | | | | |
| 17-Jan | | | | | | | | |
| 18-Jan | | | Review memo from J. Mandell regarding waiver of response to certiorari petition and potential motion for fees and consider whether to file companion motion. | 0.4 | | | | |
| 19-Jan | Review email from counsel for Gov. Evers regarding strategy moving forward. | 0.1 | | | | | | |
| 20-Jan | | | Review correspondence among defendants regarding waiver of response to certiorari and potential fees petition. | 0.3 | | | | |
| 21-Jan | | | Review filed waivers of response to certiorari petition and docket activity. | 0.2 | | | | |

Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 22-Jan | Prepare waiver form and accompanying cover letter (.50); consider proposed motion for attorneys fees by defendant Evers (.40). | 0.9 | | | | | | |
| 23-Jan | | | | | | | | |
| 24-Jan | | | | | | | | |
| 25-Jan | File and serve Supreme Court waiver form. | 0.2 | | | | | | |
| 26-Jan | Email to B. Knee regarding potential fee petition by Gov. Evers, including phone conference with Mr. Knee regarding same. | 1.0 | | | | | | |
| 27-Jan | Follow up on potential petition for fees, including email to clients regarding same. | 0.9 | Review filed waivers and docket activity, including consideration of potential fee petition and strategy regarding same. | 1.0 | | | | |
| 28-Jan | | | | | | | | |
| 29-Jan | | | | | | | | |
| 30-Jan | | | | | | | | |
| 31-Jan | | | | | | | | |
| 1-Feb | | | | | | | | |
| 2-Feb | Further consider strategy for continued defense of action in light of potential motion for fees by Gov. Evers, including email to counsel for co-defendants regarding same. | 0.6 | Consider potential arguments for recovery of fees, including initial analysis of applicable rules and case law. | 1.1 | | | | |
| 3-Feb | Continued follow up with counsel for co-defendants regarding potential fees petitions. | 0.3 | | | | | | |
| 4-Feb | | | | | | | | |

Milwaukee County Fees Petition - Jones Decl., Ex. A

# Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 5-Feb | | | Research and analyze statutes and case law on Section 1983 fees awards, applicable standard, and potential grounds (1.50); consider arguments for fees in election cases (1.0). | 2.5 | | | | |
| 6-Feb | | | | | | | | |
| 7-Feb | | | | | | | | |
| 8-Feb | | | | | | | | |
| 9-Feb | Review supplemental brief filed by plaintiff with Supreme Court, including email to B. Knee regarding strategy with respect to same and fees issue. | 1.7 | Review and analyze plaintiff's supplemental brief in support of certiorari, including whether to file a response, and review of memo from Gov. Evers's counsel and correspondence with co-defendants' counsel regarding same. | 1.0 | | | | |
| 10-Feb | | | Continue legal research and analysis in support of potential motion for fees. | 2.0 | | | | |
| 11-Feb | Further consider potential petition for fees, including review of district court and Seventh Circuit decisions. | 0.8 | Analyze Rule 54 and procedure for fee petitions (.80); assess impact of appeal and certiorari petition on filing deadline (.70); research case law and treatises regarding same (1.0); analyze briefs and pleadings in elections case and consider possible grounds for frivolousness argument (1.50); continue research regarding same (.60). | 4.6 | | | | |

**Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)**

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 12-Feb | | | Review dockets and example motions by defendants seeking fees in Section 1983 cases (1.0); further develop potential arguments for fees in election case (.50); continue analysis of law regarding same (.80); further analyze deadline for filing and timeliness under Rule 54 and applicable case law (.80). | 3.1 | | | | |
| 13-Feb | | | | | | | | |
| 14-Feb | | | | | | | | |
| 15-Feb | Further consider strategy with respect to potential fees petition. | 0.2 | Consider potential fee petition and strategy. | 0.2 | | | | |
| 16-Feb | Telephone conference with counsel for Gov. Evers, including related follow up. | 0.6 | | | | | | |
| 17-Feb | Review notice from Court regarding distribution of petition for conference of justices on March 5, including review of court dockets for related election matters. | 0.2 | Review update on Supreme Court petition for certiorari, likely timeline for decision, and impact on fee petition. | 0.1 | | | | |
| 18-Feb | | | Analyze plaintiff's arguments, briefs, and potential frivolousness (1.0); analyze arguments and decisions in other election challenges filed by plaintiff (.50). | 1.5 | | | | |
| 19-Feb | Review docket activity. | 0.1 | | | | | | |
| 20-Feb | | | | | | | | |
| 21-Feb | | | | | | | | |
| 22-Feb | | | | | | | | |
| 23-Feb | | | | | | | | |

**Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)**

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 24-Feb | | | Research and analyze case law and rules regarding attorneys fees in 1983 cases, applicable standards, and potential grounds (2.50); assess and develop arguments for fees against plaintiff (1.0). | 3.5 | | | | |
| 25-Feb | | | | | | | | |
| 26-Feb | | | Continue research, analysis, and development of arguments for fee petition against plaintiff. | 3.0 | | | | |
| 27-Feb | | | | | | | | |
| 28-Feb | | | | | | | | |
| 1-Mar | | | Research and analyze arguments in plaintiff's election challenge in order to consider grounds for award of fees, including review of statutes and case law regarding same. | 4.5 | | | | |
| 2-Mar | | | Continue research and analysis for potential fee petition, including Rule 11 cases and availability of sanctions for claims that were frivolous in part or based on frivolous remedy. | 5.1 | | | | |

**Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)**

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 3-Mar | | | Review and analyze record below and in Seventh Circuit to develop arguments for award of fees and costs, including analysis of court opinions, review of cases and opinions from other jurisdictions, analysis of problems with plaintiff's requested remedy, including constitutional problems and potential disparate impact between different counties in Wisconsin, and research of Seventh Circuit case law regarding Section 1983 fees. | 6.6 | | | | |
| 4-Mar | | | Continue to develop and outline arguments for fee petition, including continued research and analysis of record, statutes, and case law in support of same. | 7.4 | | | | |
| 5-Mar | | | | | | | | |
| 6-Mar | | | | | | | | |
| 7-Mar | | | | | | | | |
| 8-Mar | Review order denying certiorari, including email to B. Knee and M. Daun regarding same and further consideration of potential petition for fees in light of same. | 0.9 | Review Supreme Court's denial of certiorari, including further consideration of strategy for fee petition. | 0.6 | | | | |
| 9-Mar | Further review strategy for potential fees petition in light of communication from counsel for Gov. Evers regarding same, including phone conference with B. Knee regarding same. | 0.3 | Consider likely fee petition by Gov. Evers and strategy for potential petition on behalf of clients, including research and analysis of Section 1927 and court's inherent authority as possible basis for sanctions. | 4.0 | | | | |

Milwaukee County Fees Petition - Jones Decl., Ex. A

**Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)**

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 10-Mar | Further analysis of potential fees petition. | 0.2 | Continue research, analysis, and outline for fee petition, including further research on section 1927. | 2.7 | | | | |
| 11-Mar | | | | | | | | |
| 12-Mar | | | | | | | | |
| 13-Mar | | | | | | | | |
| 14-Mar | | | | | | | | |
| 15-Mar | | | Review other elections cases and court rulings involving plaintiff, including petition for fees in Georgia case, and continue to analyze and develop arguments for fee petition in E.D. Wis. in light of same. | 2.3 | | | | |
| 16-Mar | | | Analyze arguments and case law regarding frivolousness of plaintiff's requested remedy and constitutional implications of same. | 1.2 | | | | |
| 17-Mar | Email exchange with counsel for Gov. Evers regarding potential petition for attorneys fees. | 0.2 | Continue analysis of plaintiff's remedy and constitutional problems with same, including review of applicable case law. | 1.5 | | | | |
| 18-Mar | | | | | | | | |
| 19-Mar | Further review strategy for potential fees petition. | 0.9 | Prepare/revise outline of fee petition, including summary of key case law and record below. | 3.7 | | | | |
| 20-Mar | | | | | | | | |
| 21-Mar | | | | | | | | |
| 22-Mar | | | | | | | | |

Milwaukee County Fees Petition - Jones Decl., Ex. A

**Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)**

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 23-Mar | | | Conduct further research and analysis of laches/delay and duplication of state and federal proceedings as additional grounds for fees petition, including review of Seventh Circuit decision and Wisconsin Supreme Court decisions concerning same and analysis of case law regarding federal review of state election law. | 4.5 | | | | |
| 24-Mar | | | | | | | | |
| 25-Mar | | | | | | | | |
| 26-Mar | | | | | | | | |
| 27-Mar | | | | | | | | |
| 28-Mar | | | | | | | | |
| 29-Mar | | | Review update on Gov. Evers' fee petition. | 0.1 | | | | |
| 30-Mar | Review status of fees petition by Gov. Evers. | 0.1 | | | | | | |
| 31-Mar | Review fee petition filed by Gov. Evers and consider strategy for petition on behalf of County. | 1.3 | Review pleadings filed by Gov. Evers' (motion, brief, and declarations) and consider impact on strategy for Milwaukee County petition. | 5.2 | | | | |
| 1-Apr | Review strategy for intended petition for attorneys fees. | 1.1 | Outline fee petition, including analysis and summary of case law, review and summary of record, preparation of timeline regarding same, comparison of Gov. Evers' filings, and consideration of declaration and other supporting documentation. | 3.5 | | | | |

Milwaukee County Fees Petition - Jones Decl., Ex. A

**Trump v. Wisconsin Elections Commission, et al. (E.D. Wis. Case No. 20-CV-1785)**

| Date | AAJ Description | AAJ Hours | JWM Description | JWM Hours | JFC Description | JFC Hours | AJK Description | AJK Hours |
|---|---|---|---|---|---|---|---|---|
| 2-Apr | Continue to assist in drafting of pleadings in support of fee petition, including exhibit reflecting time entries. | 0.6 | Review and summarize cities' fee petition and related filings and further analyze and outline County's fee petition in light of same. | 4.7 | | | | |
| 3-Apr | | | Outline and draft fee petition and supporting papers. | 5.0 | | | | |
| | | | | | | | | |
| TOTAL | | 90.0 | | 165.8 | | 38.2 | | 33.6 |

BILLED EXPENSES: NONE

Milwaukee County Fees Petition - Jones Decl., Ex. A