# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | | |
|---|---|---|
| Donald J. Trump, Candidate for President of the United States of America, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. 2:20-cv-01785 |
| The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE THE TIME IN WHICH PLAINTIFF AND HIS LEGAL COUNSEL MAY RESPOND TO PENDING MOTIONS FOR IMPOSING ATTORNEY FEES AND COSTS INDIVIDUALLY, JOINTLY AND SEVERALLY UPON PLAINTIFF AND EACH OF HIS COUNSEL**

Plaintiff Donald J. Trump ("Plaintiff"), by his undersigned attorneys, and pursuant to

Fed.R.Civ.P. 6 and Civil LR 7(b), submits this Unopposed Motion for Enlargement of Time for

Response to Pending Motions for attorney fees and costs filed by various Defendants herein, and in support of this Motion states:

1. On December 12, 2020, this Court issued its Decision and Order (Dkt No. 134) and Judgment in a Civil Case (Dkt No. 135) dismissing this action with prejudice.

2. On March 31, 2021, one hundred and nine (109) days after entry of final judgment in this case, Defendant Governor Evers filed his *Motion to Recover Attorney Fees and Costs* (Dkt No. 144), along with his *Brief in Support of His Petition for Attorney Fees and Sanctions* (Dkt No. 145), the *Declaration of Jeffrey A. Mandell* (Dkt No. 146), the *Declaration of Matthew O'Neill* (Dkt No. 147), the *Declaration of Stacie Rosenzweig* (Dkt No. 148), the *Declaration of Mark Leitner* (Dkt No. 149), the *Declaration of Tamara Packard* (Dkt No. 150), and the *Declaration of Jeffrey Scott Olson* (Dkt No. 151) (collectively referred to as the "Evers Motion").

3. The Evers Motion seeks to make Plaintiff and each of his attorneys individually, jointly, and severally liable for $145,174.90 in attorney's fees and costs.

4. Pursuant to Civil LR 7(b), Plaintiff's response and that of his attorneys to the Evers Motion is presently due on Wednesday, April 21, 2021, which time has not expired.

5. On April 2, 2021, one hundred and eleven (111) days after entry of final judgment in this case, the Defendants Cory Mason, Tara Coolidge, John Antaramian, Matt Krauter, Eric Genrich, and Kris Teske filed their *Motion for an Award of Attorney Fees* (Dkt No. 152), along with their *Brief in Support of Motion for An Award of Attorney Fees* (Dkt No. 153), and the *Declaration of Attorney Daniel P. Bach* (Dkt No. 154) (collectively referred to as the "Mason Motion").

6. The Mason Motion seeks to make Plaintiff and each of his attorneys individually, jointly, and severally liable for $42,570.00 in attorney's fees and costs.

7. Pursuant to Civil LR 7(b), Plaintiff's response to the Mason Motion is presently due Friday, April 23, 2021, which time has not expired.

8. On April 8, 2021, one hundred and seventeen (117) days after entry of final judgment in this case, the Defendants George L. Christenson and Julietta Henry filed their *Motion for an Award of Attorney Fees* (Dkt No. 155), along with a *Memorandum of Law in Support of Their Motion for Attorney Fees* (Dkt No. 156), and the *Declaration of Attorney Andrew A. Jones in Support of Motion for Attorneys Fees* (Dkt No. 157) (collectively referred to as the "Christenson Motion").

9. The Christenson Motion seeks to make Plaintiff and each of his attorneys individually, jointly, and severally liable for $65,520.00 in attorney's fees and costs.

10. Pursuant to Civil LR 7(b), Plaintiff's response to the Christenson Motion is presently due Thursday, April 29, 2021, which time has not expired.

11. Due to a variety of factors inherent in the Evers, Mason and Christenson Motions (collectively, the "Fees and Costs Motions"), counsel for the Plaintiff reasonably require an enlargement of the time in which to respond, such factors include:

- Plaintiff's disagreement with many of the factual and legal assertions made in the Fees and Costs Motions;
- the unusual and unforeseen nature of the Fees and Costs Motions,
- the lengthy time period after judgment which intervened before the Fees and Costs Motions were filed,

- the fact that liability is sought to be imposed individually, jointly, and severally upon Plaintiff and upon each of his attorneys,
- the significant amounts sought in the Fees and Costs Motions, and
- the number of ancillary affidavits associated with the Fees and Costs Motions,

12. Additionally, there exist a number of scheduling and other matters making reasonable an enlargement of the time in which Plaintiff may respond to the Fees and Costs Motions which include that:

- Plaintiff's counsel has upcoming deadlines in other cases and a significant number of previously scheduled commitments and obligations which were pending at the time the Fees and Costs Motions were filed; and
- Plaintiff's three attorneys of record are scheduled to be out-of-state for a variety of work and family matters over the next four weeks, including but not limited to a child's college graduation, family vacations, and work meetings, all of which require out-of-state travel.

13. On Thursday, April 8, 2021, counsel for Plaintiff contacted Mr. Jeffrey Mandel who filed the Evers Motion concerning this Motion for Enlargement and is authorized to represent that neither Mr. Mandel, nor his client, object to Plaintiff and his counsel receiving an enlargement of time to and including Thursday, June 10, 2021 for Plaintiff and his attorneys to respond to the Evers Motion.

14. On Thursday, April 8, 2021, counsel for Plaintiff contacted Mr. Daniel Bach who filed the Mason Motion concerning this Motion for Enlargement and is authorized to represent that neither Mr. Bach, nor his clients, object to Plaintiff and his counsel receiving an enlargement

of time to and including Thursday, June 10, 2021 for Plaintiff and his attorneys to respond to the Mason Motion.

15. On Thursday, April 8, 2021, counsel for Plaintiff contacted Mr. Andrew Jones who filed the Christenson Motion concerning this Motion for Enlargement and is authorized to represent that neither Mr. Jones, nor his clients, object to Plaintiff and his counsel receiving an enlargement of time to and including Thursday, June 10, 2021 for Plaintiff and his attorneys to respond to the Christenson Motion.

16. Based on the foregoing, Plaintiff's motion for enlargement of time to respond is reasonable, will not prejudice any party, is filed in good faith and is not made to unduly delay the proceedings in this matter.

17. By filing this motion to enlarge the time in which he and his counsel may respond to the Fees and Costs Motions may be filed neither Plaintiff Donald J. Trump nor his legal counsel concede that the Fees and Costs Motions, or any of them, were timely filed or merited, and all defenses thereto are hereby intended to be preserved.

WHEREFORE, Plaintiff Donald J. Trump, and his legal counsel, respectfully request the Court GRANT this Motion for Enlargement of Time, and ORDER that the time in which Plaintiff and his legal counsel may respond to the Evers Motion, the Mason Motion and the Christenson Motion is enlarged to include Thursday, June 10, 2021, and for all other just and proper relief.

Respectfully Submitted,

KROGER, GARDIS & REGAS, LLP

/s/ William Bock, III
William Bock III, Indiana Attorney No. 14777-49
James A. Knauer, Indiana Attorney No. 5436-49
Kevin D. Koons, Indiana Attorney No. 27915-49

ATTORNEYS FOR PLAINTIFF DONALD J. TRUMP

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000

## CERTIFICATE OF SERVICE

    A copy of the foregoing document was served upon all parties' counsel of record via this Court's CM/ECF service on this 12th day of April, 2021.

/s/ William Bock, III