UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:20-cv-01785 |
| Defendants. | |

## ORDER ON
## PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE THE TIME IN WHICH PLAINTIFF AND HIS LEGAL COUNSEL MAY RESPOND TO PENDING MOTIONS FOR IMPOSING ATTORNEY FEES AND COSTS INDIVIDUALLY, JOINTLY AND SEVERALLY UPON PLAINTIFF AND EACH OF HIS COUNSEL

This cause having come before this Court on the Plaintiff's Unopposed Motion to

Enlarge the Time in Which Plaintiff and His Legal Counsel May Respond to Pending Motions

for Imposing Attorney Fees and Costs Individually, Jointly And Severally Upon Plaintiff and Each of His Counsel, and the Court having reviewed said Motion finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the time in which Plaintiff and his legal counsel may respond to the Motions for Attorney Fees and Costs filed by: (i) Defendant Governor Tony Evers (filed March 31, 2021); (ii) Defendants Cory Mason, Tara Coolidge, John Antaramian, Matt Krauter, Eric Genrich and Kris Teske (filed April 2, 2021); and (iii) Defendants George L. Christenson and Julietta Henry (filed April 8, 2021), is enlarged to include Thursday, June 10, 2021.

Dated: _____

                                                JUDGE, U.S. District Court
                                                Eastern District of Wisconsin

Copies to Counsel of Record