# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, ) ) ) ) Plaintiff, ) ) vs. ) ) ) The Wisconsin Elections Commission, and its ) members, Ann S. Jacobs, Mark L. Thomsen, ) Marge Bostelman, Dean Knudson, Robert F. ) Spindell, Jr., in their official capacities, Scott ) McDonell in his official capacity as the Dane ) County Clerk, George L. Christenson in his ) official capacity as the Milwaukee County ) Clerk, Julietta Henry in her official capacity as ) the Milwaukee Election Director, Claire ) Woodall-Vogg in her official capacity as the ) Executive Director of the Milwaukee Election ) Commission, Mayor Tom Barrett, Jim ) Owczarski, Mayor Satya Rhodes-Conway, ) Maribeth Witzel-Behl, Mayor Cory Mason, Tara ) Coolidge, Mayor John Antaramian, Matt ) Krauter, Mayor Eric Genrich, Kris Teske, in ) their official Capacities; Douglas J. La Follette, ) Wisconsin Secretary of State, in his official ) capacity, and Tony Evers, Governor of ) Wisconsin, in his Official capacity. ) ) ) Defendants. ) | Case No. 2:-20-cv-01785-BHL |

## ORDER ON
## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE ONE CONSOLIDATED OVERSIZED RESPONSE MEMORANDUM OF UP TO <u>FIFTY-SIX (56) PAGES IN LENGTH</u>

This cause having come before this Court on the Plaintiff Donald J. Trump's

Unopposed Motion for Leave to File One Consolidated, Oversized Response

1

Memorandum of Up to Fifty-Six (56) Pages in Length, and the Court having reviewed said Motion finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Donald J. Trump is granted leave to file an oversized Response memorandum in opposition to the attorneys fees motions of Defendant Tony Evers, the Green Bay, Kenosha and Racine Defendants, and the Milwaukee County Defendants, of not more than fifty-six (56) pages.

Dated: _____

                                                               _____
                                                                JUDGE, U.S. District Court
                                                                Eastern District of Wisconsin

Copies to Counsel of Record