# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Donald J. Trump, Candidate for President of the United States of America, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>The Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knudson, Robert F. Spindell, Jr., in their official capacities, Scott McDonell in his official capacity as the Dane County Clerk, George L. Christenson in his official capacity as the Milwaukee County Clerk, Julietta Henry in her official capacity as the Milwaukee Election Director, Claire Woodall-Vogg in her official capacity as the Executive Director of the Milwaukee Election Commission, Mayor Tom Barrett, Jim Owczarski, Mayor Satya Rhodes-Conway, Maribeth Witzel-Behl, Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich, Kris Teske, in their official Capacities; Douglas J. La Follette, Wisconsin Secretary of State, in his official capacity, and Tony Evers, Governor of Wisconsin, in his Official capacity.<br><br>Defendants. | Case No. 2:20-cv-01785-BHL |

### SUBMISSION OF UNPUBLISHED AUTHORITY CITED IN PLAINTIFF'S CONSOLIDATED MEMORANDUM IN OPPOSITION TO MULTIPLE DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES

Plaintiff-Appellant Donald J. Trump, Candidate for President of the United States of America, pursuant to Civil L.R. 7(j), tenders this Submission of Unpublished Authority with the following unpublished orders attached hereto and cited on page 4, n.10 and on page 35, n.33 of his Consolidated Memorandum in Opposition to Multiple Defendants' Motions for Attorneys' Fees filed simultaneously herewith:

1. Unpublished Order of the United States Court of Appeals for the Fifth Circuit in *Texas Alliance for Retired American; Sylvia Bruni; DSCC; DCCC v. Ruth Hughs*, Case No. 20-40643 (March 11, 2021).

2. Unpublished Order of the United States Court of Appeals for the Fifth Circuit in *Texas Alliance for Retired American; Sylvia Bruni; DSCC; DCCC v. Ruth Hughs*, Case No. 20-40643 (June 30, 2021).

**DATE: July 12, 2021**

        Respectfully Submitted,

        KROGER, GARDIS & REGAS, LLP

        /s/ William Bock, III
        William Bock III, Indiana Attorney No. 14777-49
        James A. Knauer, Indiana Attorney No. 5436-49
        Kevin D. Koons, Indiana Attorney No. 27915-49
        KROGER, GARDIS & REGAS, LLP
        111 MONUMENT CIRCLE, SUITE 900
        INDIANAPOLIS, IN 46204
        PHONE: (317) 692-9000

*Counsel for Plaintiff-Appellant Donald J. Trump, candidate for President of the United States*

## CERTIFICATE OF SERVICE

A copy of the foregoing document was served upon all parties' counsel of record via this Court's CM/ECF service on this 12th day of July, 2021.

/s/ William Bock, III