UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the United States of America,

        Plaintiff,

   v.

THE WISCONSIN ELECTIONS COMMISSION, and its members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity.

        Defendants.

Case No. 20CV1785

**UNOPPOSED MOTION TO ENLARGE TIME FOR REPLY BRIEFS BY DEFENDANTS IN SUPPORT OF THEIR MOTIONS FOR FEES AND COSTS**

Defendants Governor Tony Evers, George L. Christenson, Julietta Henry, Cory Mason, Tara Coolidge, John Antaramian, Matt Krauter, Eric Genrich and Kris Teske, in their official capacities ("Defendants"), and pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 7(c), submit this Unopposed Motion to Enlarge the Time To File Reply Briefs in Support of Their Motions for Fees and Costs. In support of this Motion Defendants state as follows:

1. Pursuant to Civil LR 7(c), Defendants' reply brief is presently due Monday, July 26, 2021, which time has not expired.

2. This Court previously granted Plaintiff and his attorneys an additional three months to file a consolidated response brief in opposition to the Defendants' motions for attorney fees.

3. There exist a number of scheduling and other matters making reasonable an enlargement of the time in which Defendants may reply to the Plaintiff's response brief which include that:

- Governor Evers's counsel has a week-long jury trial scheduled in the Eastern District of Wisconsin during the reply brief period; and
- Various attorneys for Defendants are scheduled to be out of state over the next several weeks, for pre-scheduled family vacations and work meetings.

4. Given that Plaintiff filed one consolidated brief in opposition to Defendants' motions for fees and costs, it is both logical and desirable to have all Defendants file reply briefs in support of those motions on the same schedule.

5. On Monday, July 12, 2021, Mr. William Bock, counsel for Plaintiff, authorized Defendants' counsel to represent that neither Mr. Bock nor his client objects to Defendants receiving an enlargement of time to and including August 27, 2021 to file reply briefs in this matter.

6. Based on the foregoing, Defendants' motion for enlargement of time to reply is reasonable, will not prejudice any party, is filed in good faith, and is not made to unduly delay the proceedings in this matter.

WHEREFORE, Defendants respectfully request the Court GRANT this Motion for Enlargement of Time, and ORDER that the time in which Defendants may file a reply brief for

their motions for fees is enlarged to include Friday, August 27, 2021, and for all other just and proper relief.

/s/ Jeffrey A. Mandell
Jeffrey A. Mandell
Rachel E. Snyder
Richard A. Manthe
STAFFORD ROSENBAUM LLP
222 W. Washington Ave., Suite 900
Madison, WI 53701-1784
Telephone: 608-256-0226
Email: jmandell@staffordlaw.com
Email: rsnyder@staffordlaw.com
Email: rmanthe@staffordlaw.com

*Attorneys for Defendant,*
*Governor Tony Evers*

**HANSEN REYNOLDS LLC**
/s/ Andrew A. Jones
Andrew A. Jones
James F. Cirincione
301 N. Broadway, Suite 400
Milwaukee, WI 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com
jcirincione@hansenreynolds.com
John W. McCauley
10 E. Doty Street, Suite 800
Madison, WI 53703
(608) 841-1351 (phone)
jmcauley@hansenreynolds.com
*Attorneys for Defendants*
*George L. Christenson and Julietta Henry*

LAWTON & CATES, S.C.
/s/ Daniel S. Lenz
Dixon R. Gahnz, SBN 1024367
Daniel P. Bach, SBN 1005751
Terrence M. Polich, SBN 1031375
Daniel S. Lenz, SBN 1082058
345 West Washington Avenue, Suite 201 Madison, WI 53703 (608) 282-6200

3

dgahnz@lawtoncates.com
dbach@lawtoncates.com
tpolich@lawtoncates.com
dlenz@lawtoncates.com

*Cory Mason, Mayor of the City of Racine,*
*Tara Coolidge, City Clerk of the City of Racine,*
*John Antaramian, Mayor of the City of Kenosha,*
*Matt Krauter, City Clerk of the City of Kenosha,*
*Eric Genrich, Mayor of the City of Green Bay,*
*and Kris Teske, City Clerk of the City of Green Bay*