# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the
United States of America,

        Plaintiff,

  v.

THE WISCONSIN ELECTIONS COMMISSION, and its
members, ANN S. JACOBS, MARK L. THOMSEN,
MARGE BOSTELMANN, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official capacities,
SCOTT MCDONELL in his official capacity as the Dane
County Clerk, GEORGE L. CHRISTENSON in his
official capacity as the Milwaukee County Clerk,
JULIETTA HENRY in her official capacity as the
Milwaukee Election Director, CLAIRE WOODALL-
VOGG in her official capacity as the Executive Director
of the Milwaukee Election Commission, MAYOR TOM
BARRETT, JIM OWCZARSKI, MAYOR SATYA
RHODES-CONWAY, MARIBETH WITZEL-BEHL,
MAYOR CORY MASON, TARA COOLIDGE, MAYOR
JOHN ANTARAMIAN, MATT KRAUTER, MAYOR
ERIC GENRICH, KRIS TESKE, in their official
capacities; DOUGLAS J. LA FOLLETTE, Wisconsin
Secretary of State, in his official capacity, and TONY
EVERS, Governor of Wisconsin, in his official capacity.

        Defendants.

Case No. 20CV1785

## ORDER ON UNOPPOSED MOTION TO ENLARGE TIME FOR REPLY BRIEFS BY DEFENDANTS IN SUPPORT OF THEIR MOTIONS FOR FEES AND COSTS

This cause having come before this Court on the unopposed motion to enlarge time for filing reply briefs by Defendants Governor Tony Evers, George L. Christenson, Julietta Henry, Mason, Tara Coolidge, John Antaramian, Matt Krauter, Eric Genrich and Kris Teske, in their official capacities ("Defendants") in support of their pending motions for attorney fees and costs, and the Court having reviewed said motion, finds that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the time in which Defendants may file their reply briefs in support of their motions for attorney fees and costs is enlarged to include Friday, August 27, 2021.

Dated:_____

_____
JUDGE, U.S. District Court
Eastern District of Wisconsin