UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONALD J. TRUMP,

    Plaintiff,

v.    Case No. 20-C-1785

THE WISCONSIN ELECTIONS COMMISSION, et al.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Tyrone M. St. Junior, II, Assistant City Attorney, hereby moves the Court to accept his withdrawal as counsel for the City of Milwaukee defendants – Tom Barrett, Claire Woodall-Vogg, and Jim Owczarski, due to his resignation from city service. The undersigned's last day in the employ of the City of Milwaukee is August 27th, 2021.

Dated and signed at Milwaukee, Wisconsin this 27th day of August, 2021.

    TEARMAN SPENCER
    City Attorney

    s/Tyrone M. St. Junior
    TYRONE M. ST. JUNIOR
    Assistant City Attorney
    State Bar No. 1079284
    Attorneys for Defendants
    *Attorneys for Defendants, Tom Barrett,*
    *Claire Woodall-Vogg, and Jim Owczarski*

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
1077-2020-1711/276116