UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the United States of America,

    Plaintiff,

v.

THE WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONNELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official Capacities, DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity,

    Defendants.

Case No.: 20CV1785

## SUPPLEMENTAL DECLARATION OF JEFFREY A. MANDELL IN SUPPORT OF FEE PETITION

Jeffrey A. Mandell hereby makes the following declaration:

1.     I am a partner at the law firm of Stafford Rosenbaum LLP ("Stafford"). I submit this supplemental declaration in support of the request of Defendant Governor Tony Evers for attorneys' fees and expenses in connection with special counsel services that Stafford rendered to represent Governor Evers, and through him all Wisconsin voters, in these proceedings.

2. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify to them.

3. On March 31, 2021, Governor Evers filed a Motion to Recover Attorney Fees and Costs, a companion brief, and several supporting declarations (Dkt. 144-151)

4. Among the supporting declarations was one by me, detailing the qualifications of Governor Evers's counsel at Stafford Rosenbaum LLP, the attorney time incurred in defending this action, and the value of that time through March 28, 2021. (Dkt. 146) In that declaration, I averred that I would supplement later with details of additional attorney time incurred in litigating this action subsequent to March 28, 2021. (*Id.*, ¶34)

5. A spreadsheet reflecting the services Stafford provided to Governor Evers in this matter between March 29, 2021 and August 27, 2021, is attached to this supplemental declaration as Exhibit 1.

6. It is my opinion, based on my 15 years of litigation experience and my observations of attorneys from other firms with which I have co-counseled or opposed, that all of the services described on Exhibit 1 were necessary and reasonable for the defense of this case. Likewise, in my opinion, the time associated with the services described on Exhibit 1 was reasonable.

7. The total number of hours of legal work shown on Exhibit 1 is 86.5. Multiplying the hours of service performed by the reasonable hourly rates detailed in my prior declaration (Dkt. 146, ¶¶29-30) and supported by the other declarations filed (Dkt. 147-151) yields the following total for Stafford's litigation of this case on behalf of Governor Evers between March 29, 2021 and August 27, 2021: $35,960.

8. Combining the fees incurred between March 29, 2021 and August 27, 2021 with the amount of $145,174.90 previously detailed (*see* Dkt. 146, ¶33), the updated aggregate total of the fees and expenses incurred for Stafford's work in this case that are sought to be recovered is $181,134.90.

9. Governor Evers may continue to accrue fees and costs in this matter. Governor Evers reserves the right to further supplement his request for fees and costs at any appropriate juncture.

This declaration is made under penalty of perjury.

Respectfully submitted this 27th day of August, 2021.

/s/ Jeffrey A. Mandell
Jeffrey A. Mandell
STAFFORD ROSENBAUM LLP
222 W. Washington Ave., Suite 900
Madison, WI 53701-1784
Telephone: 608-256-0226
Email: jmandell@staffordlaw.com

*Attorney for Defendant, Governor Tony Evers*