# EXHIBIT 1

. WEC TIME ENTRIES

| Date | JAM Description | JAM Hours | RES Description | RES Hours | RAM Description | RAM Hours | Description (Others) | Hours |
|---|---|---|---|---|---|---|---|---|
| 29-Mar | Review and revise brief in support of fees in Trump case (1.8) | 1.8 | | | | | Revise brief in support of fee petition (0.8); email exchange regarding the same (0.2) | 1.0 |
| 30-Mar | Telephone conference with Mr. Manthe and Ms. Snyder re fee petition in Trump case (0.2); telephone conference with Mr. Nilsestuen (0.3); telephone conference with Ms. Eyers re fee petition in Trump case (0.1); conference with Ms. Snyder regarding Trump brief and petition (0.1) | 0.7 | Conference with Mr. Mandell and Mr. Manthe regarding Trump fee petition (0.2); conference with Mr. Mandell regarding Trump brief and petition (0.1) | 0.3 | Revise brief in support of fees for Trump matter (1.5); draft motion for fees in Trump matter (0.4); telephone conference with Mr. Mandell and Ms. Snyder (0.2) | 2.1 | Cite check brief (5.5) | 5.5 |
| 31-Mar | Conference with Ms. Snyder and Mr. Manthe (0.1); finalize and file fee petition in Trump case (1.1) | 1.2 | Conference with Mr. Mandell and Mr. Manthe regarding Trump brief (0.1) | 0.1 | Conference with Mr. Mandell and Ms. Snyder (0.1); revise brief in support of fee petition in Trump matter (0.5) | 0.6 | | |
| 2-Apr | Review filings by Kenosha, Racine, and Green Bay for fees in Trump case (0.2); email exchange with Mr. Lenz re Trump case (0.1) | 0.3 | | | | | | |
| 8-Apr | Telephone conference and email exchange with Mr. Bock re fee petition in Trump v. WEC (0.4); email exchange with other defense counsel re fee petition in Trump v. WEC (0.3); review fee motions filed by Milwaukee County in Trump v. WEC (0.3); | 1.0 | | | | | | |
| 12-Apr | Review motion and order for extension of time in Trump (0.1) | 0.1 | | | | | | |

| Date | JAM Description | JAM Hours | RES Description | RES Hours | RAM Description | RAM Hours | Description (Others) | Hours |
|---|---|---|---|---|---|---|---|---|
| 18-May | Review email from Mr. Bock seeking further extension in Trump case (0.1); email to client about timing in Trump case (0.1) | 0.2 | | | | | | |
| 19-May | Telephone conference with Ms. Snyder re requested extension in Trump case (0.1); review emails re requested extension in Trump case (0.1); email to Mr. Bock re his request for an extension in Trump case (0.1); email to Mr. Bach and Mr. Jones re requested extension in Trump case (0.1) | 0.4 | Review email from opposing counsel in Trump fee petition regarding extension of deadlines (0.1); confer with Mr. Mandell regarding the same (0.1); email to co-counsel regarding the same (0.1) | 0.3 | | | | |
| 30-Jun | Review email from Mr. Bock re briefing (0.1); email exchange with Mr. Jones and Mr. Bach re request from Mr. Bock (0.1) | 0.2 | | | | | | |
| 1-Jul | Email exchanges re Mr. Bock's request for additional pages (0.4) | 0.4 | Review email correspondence among Mr. Mandell, co-counsel, and opposing counsel re motion to file brief in excess of page limits (0.1) | 0.1 | | | | |
| 12-Jul | Email exchanges re briefing deadlines (0.3); skim Trump brief in opposition to fee petitions (0.3); email to Mr. Nilsestuen (0.1) | 0.7 | Review Trump response to petition for sanctions (0.6) | 0.6 | | | | |

| Date | JAM Description | JAM Hours | RES Description | RES Hours | RAM Description | RAM Hours | Description (Others) | Hours |
|---|---|---|---|---|---|---|---|---|
| 13-Jul | Email exchange with Mr. Bach re reply deadline (0.1); email exchange with Mr. Bock re reply deadline (0.3); intraoffice conferences with Mr. Manthe re reply brief (0.6); review, revise, and finalize unopposed motion for extension of time and corresponding proposed order (0.7) | 1.7 | | | Review Trump's response brief opposing imposition of fees (0.8); intraoffice conference with Mr. Mandell (0.6); draft motion and order for enlargement of time to file reply (0.3) | 1.7 | | |
| 23-Jul | | | | | Review Trump's response brief (0.9); outline reply brief arguments (0.3) | 1.2 | | |
| 24-Jul | Email exchange with Mr. Manthe (0.1) | 0.1 | | | Email exchange with Mr. Mandell (0.1) | 0.1 | | |
| 29-Jul | Telephone conference with Mr. Manthe re reply brief (0.2) | 0.2 | | | Telephone conference with Mr. Mandell re reply brief (0.2) | 0.2 | | |
| 4-Aug | Review sanctions order in Colorado case (0.9); emails to Mr. Manthe and Ms. Snyder re Trump reply (0.3) | 1.2 | Review sanctions order in Colorado case (0.5) | 0.5 | | | | |
| 9-Aug | | | | | Draft reply brief (1.5) | 1.5 | | |
| 10-Aug | | | | | Draft reply brief (1.9) | 1.9 | | |
| 11-Aug | | | | | Draft reply brief (3.1) | 3.1 | | |
| 12-Aug | Email exchanges with Mr. Manthe re reply brief (0.2) | 0.2 | | | Draft Trump fee reply brief (3.4); email exchanges with Mr. Mandell (0.2) | 3.6 | | |
| 13-Aug | Email exchange with Mr. Manthe re reply brief (0.3) | 0.3 | | | Draft Trump fee reply brief (3.4); email exchange with Mr. Mandell (0.2) | 3.6 | | |
| 15-Aug | Email exchange with Mr. Manthe (0.1) | 0.1 | | | Email exchange with Mr. Mandell (0.1) | 0.1 | | |
| 16-Aug | Telephone conference with Mr. Manthe re reply brief (0.3) | 0.3 | | | Revise reply brief (3.4) | 3.4 | | |
| 17-Aug | Review, research, and revise reply brief (4.1); telephone conference with Mr. Manthe (0.2) | 4.3 | | | Revise reply brief (1.1); telephone conference with Mr. Mandell (0.2) | 1.1 | | |
| 18-Aug | Review, revise, and research reply brief (3.7) | 3.7 | | | Revise reply brief (2.8) | 2.8 | | |

| Date | JAM Description | JAM Hours | RES Description | RES Hours | RAM Description | RAM Hours | Description (Others) | Hours |
|---|---|---|---|---|---|---|---|---|
| 19-Aug | Review and revise successive drafts of reply brief (3.1); email exchange and telephone conference with Mr. Manthe re reply brief (0.4); emails re draft reply brief (0.4). | 3.9 | | | Revise reply brief (.8); email exchange and telephone conference with Mr. Mandell re reply brief (0.4) | 1.2 | | |
| 20-Aug | Review and revise draft supplemental affidavit (1.0); email to Mr. Manthe (0.1); email exchanges with Mr. Jones and Mr. Bach (0.1) | 1.2 | Review and revise reply brief (0.7) | 0.7 | Research regarding reply brief (0.4); draft supplemental declaration (0.3) | 0.7 | | |
| 23-Aug | Emails with Mr. Manthe and Ms. Snyder re reply brief (0.1) | 0.1 | Review and revise reply brief in support of sanctions (0.9); emails with Mr. Mandell and Mr. Manthe re the same (0.1) | 1.0 | Revise reply brief (2.3); emails with Mr. Mandell and Ms. Snyder re reply brief (0.1) | 2.4 | | |
| 24-Aug | Review and revise reply brief (1.6); emails with Mr. Manthe and Ms. Snyder re reply brief (0.2); email exchange with Ms. Eyers re supplemental declaration (0.1); review and revise supplmental declaration and exhibits (0.3); email draft brief to client (0.1) | 2.3 | Review reply brief in support of sanctions (0.4) email exchange with Mr. Mandell and Mr. Manthe re reply brief (0.2) | 0.6 | Review reply brief (0.8); email exchanges with Mr. Mandell and Ms. Snyder (0.2) | 1.0 | | |
| 25-Aug | Telephone conference with Mr. Shackelford re reply brief (0.3); email exchange with Mr. Bach (0.2); review sanctions order in King v. Whitmer (1.8); email exchange with Mr. McCauley (0.1); telephone conference with Mr. Manthe (0.2); email exchange with Mr. Manthe and Ms. Snyder (0.3); substantially revise reply brief to incorporate King decision (3.5) email exchange with Mr. Bach (0.2) | 6.6 | Email exchange with Mr. Mandell and Mr. Manthe (0.1) | 0.1 | Review King v. Whitmer sanctions order (1.4); telephone conference with Mr. Mandell (0.2); email exchange with Mr. Mandell and Ms. Snyder (0.2); email exchange with Mr. Nilsestuen (0.1); email to Mr. Bach, Mr. Jones, and Mr. McCauley (0.1) | 2.0 | | |

| Date | JAM Description | JAM Hours | RES Description | RES Hours | RAM Description | RAM Hours | Description (Others) | Hours |
|---|---|---|---|---|---|---|---|---|
| 26-Aug | Email exchange and telephone conferences with Mr. Manthe re reply brief (0.2); review, research, revise, and finalize reply brief (2.2); telephone conference with Mr. Nilsestuen (0.2); email exchanges with Mr. Manthe and Ms. Snyder (0.1) | 2.7 | Review King v. Whitmer sanctions order (0.5); review and revise reply brief (1.4); conference with Mr. Manthe re reply brief (0.1); email exchanges with Mr. Mandell and Mr. Manthe (0.1) | 2.1 | Revise reply brief (2.3); email exchanges with Mr. Mandell and Ms. Snyder (0.1) | 2.4 | | |
| 27-Aug | Finalize supplemental declaration and reply brief for filing (1.0 | 1.0 | | | | | | |
| TOTAL | | 36.9 | | 6.4 | | 36.7 | | 6.5 |