UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the United States of America,

        Plaintiff,

  v.

THE WISCONSIN ELECTIONS COMMISSION, and its members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity.

        Defendants.

Case No. 20CV1785

**DEFENDANT GOVERNOR EVERS'S RESPONSE TO TRUMP'S EXPEDITED CIVIL LOCAL RULE 7(h) MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO THE GOVERNOR'S REQUEST FOR FEES AND SANCTIONS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DONALD J. TRUMP, Candidate for President of the United States of America,

        Plaintiff,

  v.

THE WISCONSIN ELECTIONS COMMISSION, and its members, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, SCOTT MCDONELL in his official capacity as the Dane County Clerk, GEORGE L. CHRISTENSON in his official capacity as the Milwaukee County Clerk, JULIETTA HENRY in her official capacity as the Milwaukee Election Director, CLAIRE WOODALL-VOGG in her official capacity as the Executive Director of the Milwaukee Election Commission, MAYOR TOM BARRETT, JIM OWCZARSKI, MAYOR SATYA RHODES-CONWAY, MARIBETH WITZEL-BEHL, MAYOR CORY MASON, TARA COOLIDGE, MAYOR JOHN ANTARAMIAN, MATT KRAUTER, MAYOR ERIC GENRICH, KRIS TESKE, in their official capacities; DOUGLAS J. LA FOLLETTE, Wisconsin Secretary of State, in his official capacity, and TONY EVERS, Governor of Wisconsin, in his official capacity.

        Defendants.

Case No. 20CV1785

**DEFENDANT GOVERNOR EVERS'S RESPONSE TO TRUMP'S EXPEDITED CIVIL LOCAL RULE 7(h) MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO THE GOVERNOR'S REQUEST FOR FEES AND SANCTIONS**

Plaintiff Donald Trump filed an expedited motion, pursuant to Civil L.R. 7(h), for leave to file a sur-reply brief. (Dkt. 173) In response, Defendant Governor Tony Evers states the following:

1. On March 31, 2021, Governor Evers filed a motion for fees and sanctions, with a brief and supporting declarations. (Dkt. 144-151) On July 12, 2021, Trump filed a consolidated brief in opposition to that motion and motions by some co-Defendants for fees and sanctions. (Dkt. 164) On August 27, 2021, Governor Evers filed a reply brief in support of his motion, along with a supplemental declaration in support. (Dkt. 170-171)

2. Governor Evers's reply brief cited two recent decisions assessing sanctions against lawyers who litigated post-election lawsuits. (Dkt. 170 at 2, 10-13 (citing *King v. Whitmer*, No. 20-13134, --- F. Supp. 3d ---, 2021 WL 3771875 (E.D. Mich. Aug. 25, 2021); *O'Rourke v. Dominion Voting Sys. Inc.*, No. 20-CV-3747, --- F. Supp. 3d ---, 2021 WL 3400671 (D. Colo. Aug. 3, 2021))[1]) Both decisions are designated for publication, but F. Supp. 3d citations are not yet available.

3. Governor Evers cited *King* and *O'Rourke* in an effort to provide complete and accurate arguments to this Court. There was no attempt to treat Trump unfairly.

4. Trump now seeks to address *King* and *O'Rourke* in a sur-reply. (Dkt. 173)

5. Governor Evers does not object to Trump's request for a sur-reply, so long as Governor Evers—as the proponent of the fees motion, and thereby the party entitled to the last word[2]—has an opportunity to submit a short sur-response.

6. Trump's proffered sur-reply argues that Governor Evers raised new legal arguments and facts in reply. (Dkt. 173-1 at 2-3, 5) This is incorrect. Governor Evers will address this issue, as well as Trump's efforts to distinguish *King* and *O'Rourke*, in his sur-response.

WHEREFORE, Defendant Governor Tony Evers respectfully asks that, if this Court grants Plaintiff Trump's motion for leave to file a sur-reply, it grant Governor Evers an opportunity to file a sur-response of up to 6 pages in length within one week of the Court's order.

---

[1] Governor Evers's reply brief cited to, and provided a copy of, the slip opinion from the *King* docket.

[2] *See, e.g.*, *Gorokhovsky v. State Pub. Def. Off.*, No. 20-CV-1098-PP, 2021 WL 39544, at *5 (E.D. Wis. Jan. 5, 2021) ("The movant gets the last word on the movant's own motion.").

Respectfully submitted this 4th day of September, 2021.

/s/ Jeffrey A. Mandell
Jeffrey A. Mandell
Rachel E. Snyder
Richard A. Manthe
STAFFORD ROSENBAUM LLP
222 W. Washington Ave., Suite 900
Madison, WI 53701-1784
Telephone: 608-256-0226
Email: jmandell@staffordlaw.com
Email: rsnyder@staffordlaw.com
Email: rmanthe@staffordlaw.com

*Attorneys for Defendant,
Governor Tony Evers*