STATE OF WISCONSIN
FOR THE EASTERN DISTRICT OF WISCONSIN

**DONALD J. TRUMP,**

    Plaintiff,

Vs.                          **CASE NO**. 20-CV-1785-BHL

**WISCONSIN ELECTIONS COMMISSION, et al.,**

    Defendants.

## MOTION TO WITHDRAW AS ATTORNEY

    Attorney Daniel S. Lenz hereby moves this Honorable Court for an order permitting Mr. Lenz to withdraw as attorney for Defendants Mayor Cory Mason, Tara Coolidge, Mayor John Antaramian, Matt Krauter, Mayor Eric Genrich and Kris Teske, in the above-captioned matter. These defendants will continue to be represented by Dixon R. Gahnz, Daniel P. Bach and Terry M. Polich of Lawton & Cates, S.C.

    Dated: October 25, 2021

*Electronically signed by Daniel S. Lenz*
Daniel S. Lenz, SBN: 1082058
345 W. Washington Avenue, Suite 201
P.O. Box 2965
Madison, WI 53701-2965
Phone: (608) 282-6200
Fax: (608) 282-6252
dlenz@lawtoncates.com